Stephen E. Taylor (SBN 058452)
Email: staylor@tcolaw.com
Jonathan A. Patchen (SBN 237346)
Email: jpatchen@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

Ross A. Buntrock (*pro hac vice to be submitted*)
Email:  ross.buntrock@agg.com
Maayan Y. Lattin (*pro hac vice to be submitted*)
Email:  maayan.lattin@agg.com
Eric D. Olson (*pro hac vice to be submitted*)
Email:  eric.olson@agg.com
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Telephone: (202) 677-4910
Facsimile: (202) 677-4911

Attorneys for Defendants
*Alarm.com Incorporated and*
*Alarm.com Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ABANTE ROOTER & PLUMBING, INC., *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, *et al.*,<br><br>Defendants. | Case No. 3:15-cv-06314-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Joseph C. Spero |

1  Pursuant to Civil Local Rule 6-1(a), Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. (collectively "Alarm.com") and Plaintiffs Abante Rooter and Plumbing, Inc., George Ross Manesiotis, Mark Hankins, and Philip J. Charvat ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Class Action Complaint for Damages and Injunctive Relief ("Complaint") on January 19, 2016;

WHEREAS, Alarm.com currently has until February 9, 2016, to answer or respond to Plaintiffs' Complaint;

WHEREAS, Alarm.com has requested, and Plaintiffs have consented, to the extension of the date for Alarm.com's answer or response to Plaintiffs' Complaint to February 26, 2016;

WHEREAS, a brief, seventeen-day extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Alarm.com shall answer or otherwise respond to Plaintiffs' Complaint by February 26, 2016.

Dated: February 5, 2016        TAYLOR & COMPANY LAW OFFICES, LLP

By:    */s/ Stephen E. Taylor*
       Stephen E. Taylor (SBN 058452)
       Email: staylor@tcolaw.com
       Jonathan A. Patchen (SBN 237346)
       Email: jpatchen@tcolaw.com
       One Ferry Building, Suite 355
       San Francisco, California 94111
       Telephone:  (415) 788-8200
       Facsimile:   (415) 788-8208

Dated: 2/9/16

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

1.

|   |   |
|---|---|
|   | ARNALL GOLDEN GREGORY LLP |
|   | By:   */s/ Ross A. Buntrock* |
|   | Ross A. Buntrock (pro hac vice to be submitted) |
|   | Email:  ross.buntrock@agg.com |
|   | Maayan Y. Lattin (pro hac vice to be submitted) |
|   | Email:  maayan.lattin@agg.com |
|   | Eric D. Olson (pro hac vice to be submitted) |
|   | Email:  eric.olson@agg.com |
|   | ARNALL GOLDEN GREGORY LLP |
|   | 1775 Pennsylvania Avenue NW, Suite 1000 |
|   | Washington, DC 20006 |
|   | Telephone: (202) 677-4910 |
|   | Facsimile: (202) 677-4911 |
|   |   |
|   | *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.* |
| Dated:  February 2, 2016 | TERRELL MARSHALL LAW GROUP PLLC |
|   | By:   /s/ *Beth E. Terrell* |
|   | Beth E. Terrell, SBN #178181 |
|   | Email: bterrell@terrellmarshall.com |
|   | Jennifer Rust Murray, *Admitted Pro Hac Vice* |
|   | Email:  jmurray@terrellmarshall.com |
|   | Kerem M. Levitas |
|   | Email: klevitas@terrellmarshall.com |
|   | 936 North 34th Street, Suite 300 |
|   | Seattle, Washington  98103 |
|   | Telephone:  (206) 816-6603 |
|   | Facsimile:   (206) 319-5450 |
|   |   |
|   | Michael F. Ram, SBN #104805 |
|   | Email:  mram@rocklawcal.com |
|   | RAM, OLSON, CEREGHINO |
|   |    & KOPCZYNSKI LLP |
|   | 101 Montgomery Street, Suite 1800 |
|   | San Francisco, California 94104 |
|   | Telephone:  (415) 433-4949 |
|   | Facsimile:  (415) 433-7311 |
|   |   |
|   | Marc R. Weintraub |
|   | E-mail: mweintraub@baileyglasser.com |
|   | BAILEY & GLASSER, LLP |
|   | 360 Central Avenue, Suite 1500 |
|   | St. Petersburg, Florida 33701 |
|   | Telephone:  (727) 894-6745 |
|   | Facsimile:  (727) 894-2649 |

2.

*STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT: Case No. 15-cv-06314-JCS*

John W. Barrett, *Admitted Pro Hac Vice*
E-mail: jbarrett@baileyglasser.com
Jonathan R. Marshall, *Admitted Pro Hac Vice*
Email:  jmarshall@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Telephone:  (304) 345-6555
Facsimile:   (304) 342-1110

Edward A. Broderick
Email: ted@broderick-law.com
Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone:  (617) 738-7080
Facsimile:   (617) 830-0327

Matthew P. McCue
E-mail: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts  01760
Telephone:  (508) 655-1415
Facsimile:   (508) 319-3077

*Attorneys for Plaintiffs*

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Stephen E. Taylor, am the ECF user whose ID and password are being used to file the above Stipulation To Extend Time To Respond To Complaint.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each counsel listed above has concurred in this filing.


Dated:  February 5, 2016          By:  */s/ Stephen E. Taylor*
                                       Stephen E. Taylor

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On February 5, 2016, I served true copies of the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** by CAND/ECF transmission on all parties so registered to receive electronic service in the above-captioned action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2016, at San Francisco, California.

_____
Jacob C. Metz