UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABANTE ROOTER AND PLUMBING, INC., et al., | Case No. 15-cv-06314-YGR |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| ALARM.COM INCORPORATED, et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING RE MEDIATOR | Friday, April 22, 2016 at 9:01 a.m. |
| EXPERT WITNESS DISCLOSURES RE CLASS CERTIFICATION: | Plaintiff 11/7/16<br>Defendant 12/5/16<br>Plaintiff Rebuttal 12/19/16 |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | December 22, 2016 |
| EXPERT DISCOVERY RE CLASS CERTIFICATION TO BE COMPLETED BY: | January 17, 2017 |
| CLASS CERTIFICATION MOTION TO BE FILED BY: | January 30, 2017 (response 2/20/17; reply 3/6/17) |
| SUPPLEMENTAL CASE MANAGEMENT PLAN TO BE FILED BY: | 10 days following Court's ruling on Class Certification |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by April 15, 2016 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, April 22, 2016 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By April 15, 2016, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic

appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 11, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge