Michael F. Ram, SBN #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:   (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
CASE NO. 4:15-cv-06314-YGR

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rules 79-5 and 7-11, Plaintiffs seek leave to file under seal the documents described herein.  This Administrative Motion is supported by the Declaration of Beth E. Terrell in Support of Administrative Motion to File Under Seal.

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Civil L.R. 79-5(e) states that if the party submitting a motion to file under seal "is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ('the Designating Party')."

The parties are subject to a stipulated protective order in this case (Dkt. No. 55). Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. have designated certain documents as confidential.  Plaintiffs now move to file the following documents under seal in compliance with the protective order:

1. Portions of Plaintiffs' Notice of Motion and Memorandum of Points and Authorities in Support of Class Certification; and

2. Exhibits 5, 6, 8 and 19 to the Declaration of Beth E. Terrell in Support of Motion for Class Certification.

Plaintiffs request that the Court grant this administrative motion to seal.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 7th day of March, 2017. |
| 2 | TERRELL MARSHALL LAW GROUP PLLC |
| 3 | |
| 4 | By:   Beth E. Terrell, SBN #178181   |
| 5 | Beth E. Terrell, SBN #178181<br>Email: bterrell@terrellmarshall.com |
| 6 | Jennifer Rust Murray, *Admitted Pro Hac Vice*<br>Email:  jmurray@terrellmarshall.com |
| 7 | 936 North 34th Street, Suite 300<br>Seattle, Washington  98103 |
| 8 | Telephone:  (206) 816-6603<br>Facsimile:  (206) 319-5450 |
| 9 | |
| 10 | Michael F. Ram, SBN #104805<br>Email:  mram@rocklawcal.com |
| 11 | RAM, OLSON, CEREGHINO<br>  & KOPCZYNSKI LLP |
| 12 | 101 Montgomery Street, Suite 1800 |
| 13 | San Francisco, California 94104<br>Telephone:  (415) 433-4949 |
| 14 | Facsimile:  (415) 433-7311 |
| 15 | John W. Barrett, *Admitted Pro Hac Vice*<br>E-mail: jbarrett@baileyglasser.com |
| 16 | Jonathan R. Marshall, *Admitted Pro Hac Vice*<br>Email:  jmarshall@baileyglasser.com |
| 17 | Ryan McCune Donovan, *Admitted Pro Hac Vice* |
| 18 | Email:  rdonovan@baileyglasser.com<br>BAILEY & GLASSER, LLP |
| 19 | 209 Capitol Street<br>Charleston, West Virginia  25301 |
| 20 | Telephone:  (304) 345-6555<br>Facsimile:   (304) 342-1110 |
| 21 | |
| 22 | Edward A. Broderick<br>Email: ted@broderick-law.com |
| 23 | Anthony I. Paronich, *Admitted Pro Hac Vice*<br>Email: anthony@broderick-law.com |
| 24 | BRODERICK & PARONICH, P.C. |
| 25 | 99 High Street, Suite 304<br>Boston, Massachusetts 02110 |
| 26 | Telephone:  (617) 738-7080<br>Facsimile:   (617) 830-0327 |
| 27 | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 3
CASE NO. 4:15-CV-06314-YGR

Matthew P. McCue
E-mail: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

*Attorneys for Plaintiffs and the Proposed Classes*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Stephen E. Taylor, SBN #058452
>Email: staylor@taylorpatchen.com
>Jonathan A. Patchen, SBN #237346
>Email: jpatchen@taylorpatchen.com
>Cheryl A. Cauley, SBN #252262
>Email: ccauley@taylorpatchen.com
>TAYLOR & PATCHEN, LLP
>One Ferry Building, Suite 355
>San Francisco, California 94111
>Telephone: (415) 788-8200
>Facsimile: (415) 788-8208
>
>Martin W. Jaszczuk, *Admitted Pro Hac Vice*
>Email: mjaszczuk@jaszczuk.com
>Margaret M. Schuchardt, *Admitted Pro Hac Vice*
>Email: mschuchardt@jaszczuk.com
>Keith L. Gibson, *Admitted Pro Hac Vice*
>Email: kgibson@jaszczuk.com
>JASZCZUK P.C.
>311 South Wacker Drive, Suite 1775
>Chicago, Illinois 60606
>Telephone: (312) 442-0311
>
>Ross A. Buntrock, *Admitted Pro Hac Vice*
>Email: ross@olspllc.com
>OBSIDIAN LEGAL PLLC
>1821 Vernon Street NW
>Washington, DC 20009
>Telephone: (202) 643-9055
>
>*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

DATED this 7th day of March, 2017.

              TERRELL MARSHALL LAW GROUP PLLC

              By:  /s/ Beth E. Terrell, SBN #178181
                    Beth E. Terrell, SBN #178181
                    Email: bterrell@terrellmarshall.com
                    936 North 34th Street, Suite 300
                    Seattle, Washington  98103-8869
                    Telephone:  (206) 816-6603
                    Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs*