Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed: December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
CASE NO. 4:15-CV-06314-YGR

1        I, Beth E. Terrell, declare as follows:

2        1.      I am a member of the law firm of Terrell Marshall Law Group PLLC, co-counsel
3   in this matter.  I am a member in good standing of the bars of the states of California and
4   Washington.  I respectfully submit this declaration in support of Plaintiffs' Administrative
5   Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11.  Except as otherwise noted, I
6   have personal knowledge of the facts set forth in this declaration, and could testify competently
7   to them if called upon to do so.

8        2.      My declaration in support of Plaintiffs' motion for class certification attaches
9   documents that Defendants have designated as confidential.  Plaintiffs are therefore filing the
10  documents under seal in compliance with the stipulated protection order in this case (Dkt. No.
11  55).  Submitted herewith are the unredacted versions of the below listed documents for filing
12  under seal.

| Document | Portion Designated Confidential |
|---|---|
| Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification | Page 4, lines 14-23 |
| | Page 5, lines 4-5 |
| | Page 6, lines 14-16 |
| | Page 6, lines 19-20 |
| | Page 7, lines 12-13 |
| | Page 7, lines 14-20 |
| **Exhibits to the Declaration of Beth E. Terrell** | |
| Exhibit 5 | Entire document |
| Exhibit 6 | Entire document |
| Exhibit 8 | Entire document |
| Exhibit 19 | Entire document |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 2
CASE NO. 4:15-CV-06314-YGR

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.
3 | EXECUTED at Seattle, Washington, this 7th day of March, 2017.
4 |
5 |    /s/ Beth E. Terrell, SBN #178181
   Beth E. Terrell, SBN #178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 3
CASE NO. 4:15-cv-06314-YGR

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Stephen E. Taylor, SBN #058452
>Email: staylor@taylorpatchen.com
>Jonathan A. Patchen, SBN #237346
>Email: jpatchen@taylorpatchen.com
>Cheryl A. Cauley, SBN #252262
>Email:  ccauley@taylorpatchen.com
>TAYLOR & PATCHEN, LLP
>One Ferry Building, Suite 355
>San Francisco, California 94111
>Telephone:  (415) 788-8200
>Facsimile:   (415) 788-8208
>
>Martin W. Jaszczuk, *Admitted Pro Hac Vice*
>Email: mjaszczuk@jaszczuk.com
>Margaret M. Schuchardt, *Admitted Pro Hac Vice*
>Email:  mschuchardt@jaszczuk.com
>Keith L. Gibson, *Admitted Pro Hac Vice*
>Email:  kgibson@jaszczuk.com
>JASZCZUK P.C.
>311 South Wacker Drive, Suite 1775
>Chicago, Illinois 60606
>Telephone: (312) 442-0311
>
>Ross A. Buntrock, *Admitted Pro Hac Vice*
>Email: ross@olspllc.com
>OBSIDIAN LEGAL PLLC
>1821 Vernon Street NW
>Washington, DC 20009
>Telephone: (202) 643-9055
>
>*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
CASE NO. 4:15-CV-06314-YGR

1 | DATED this 7th day of March, 2017.

2 | TERRELL MARSHALL LAW GROUP PLLC

3 | By: /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
4 | Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
5 | Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
6 | Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs*

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 5
CASE NO. 4:15-CV-06314-YGR