— **EXHIBIT  25** —

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,

               Plaintiffs,

    v.

ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,

               Defendants.

NO. 4:15-cv-06314-YGR

**EXPERT REPORT OF ANYA VERKHOVSKAYA, A.B. DATA, LTD.**

JURY TRIAL DEMAND

Complaint Filed: December 30, 2015

Honorable Yvonne Gonzalez Rogers

## I. EXPERIENCE AND QUALIFICATIONS

1.     I regularly oversee and direct the analysis of call records in my capacity as a Partner and Chief Operating Officer of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), headquartered in Milwaukee, Wisconsin.  A.B. Data provides a full range of class action and complex litigation support services and specializes in multifaceted project management as well as notice, claims, and settlement fund administration.  A copy of my curriculum vitae is attached to this Expert Report as Exhibit A.

2.      Plaintiffs have retained me at an hourly rate of $425 an hour.

3.      In cases brought under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, A.B. Data routinely analyzes call records to identify class members.  As part of this analysis, A.B. Data partners with established and reputable data vendors, such as LexisNexis, Experian, Nexxa Group, Inc. ("Nexxa"), Microbilt Corp., TransUnion, and others (collectively, "Data Processors").  A.B. Data has long-standing relationships and prior experience with the Data Processors.  The Data Processors are able to provide information via access to numerous records and sources.  For example: (i) Nexxa provides information from the National Do Not Call Registry ("NDNCR"), including date of registry, (ii) Experian provides skip-tracing services to identify the most recent address of an individual based on a combination of name, address history, and/or telephone number;[1] (iii) LexisNexis provides information from public and proprietary records, including information regarding whether a particular telephone number was associated with a business or residence and telephone number subscription information;[2] and (iv) TransUnion provides subscriber information that identifies the person who subscribed to a particular telephone number as of the date of the call.

4.      I regularly use these Data Processors in coordinating data analysis prior to class certification and in administering class action settlements, a context in which maximum accuracy and reliability are critical.  In my experience, gained over the course of several years of working with the Data Processors, they provide accurate and reliable information and are regularly called upon to provide this type of information in court-supervised class action settlements.

5.      A.B. Data has provided data analysis utilizing Data Processors' services in TCPA cases that include, but are not limited to, the following:

---

[1]  According to Experian, at www.experian.com/consumer-information/skip-tracing-services.com,  MetroNet provides access to comprehensive contact data on more than 140 million households and 19 million businesses with multiple data sources updated regularly to ensure the most accurate, up-to-date information available.

[2]  It is common knowledge within the class action administration industry that LexisNexis is one of the largest aggregators of public records and proprietary information.  Their information comes from governmental sources, leading credit bureaus, national address databases, national phone databases, utility information, warranty and subscription information, and thousands of other sources.

EXPERT REPORT OF ANYA VERKHOVSKAYA, A.B. DATA, LTD. - 2
CASE NO. 4:15-CV-06314-YGR

a. *Desai, et al. v. ADT Sec. Servs., Inc., et al.,* Case No. 1:11-cv-1925, United States District Court for the Northern District of Illinois, Eastern Division (as Court-approved settlement administrator);

b. *D. Michael Collins and Milford & Ford Assoc. Inc. v. ACS, Inc.*, Case No. 1:10-cv-11912, United States District Court, District of Massachusetts (as Court-approved settlement administrator);

c. *Brey Corp. t/a Hobby Works v. Life Time Improvements, Inc.*, Case No. 349410-v, Circuit Court for Montgomery County, Maryland (as Court-approved settlement administrator);

d. *Evan Fray-Witzer v. Olde Stone Land Survey Co., Inc.*, Case No. 2008-04175, Suffolk Superior Court of Massachusetts (as Court-approved settlement administrator);

e. *Milford & Ford Assoc., Inc., and D. Michael Collins v. Cell-Tek, LLC*, Case No. 1:09-cv-11261-DPW, United States District Court, District of Massachusetts (as Court-approved settlement administrator);

f. *Mann & Co., PC v. C-Tech Indus. Inc.*, Case No. 1:08CV11312-RGS, United States District Court, District of Massachusetts (as Court-approved settlement administrator);

g. *Diana Mey et al. v. Herbalife Int'l, Inc., et al.*, Case No. 01-C-263, Circuit Court of Ohio County, West Virginia (as Court-approved settlement administrator);

h. *Evan Fray-Witzer and Beardsley Ruml v. Metro. Antiques, LLC*, Case No. 02-5827, Suffolk Superior Court of Massachusetts (as Court-approved settlement administrator);

i. *Benzion v. Vivint, Inc.*, Case No. 12-CV-61826-WJZ, United States District Court, Southern District of Florida, Fort Lauderdale Division (as Court-approved settlement administrator);

1          j.      *Krakauer v. DISH Network, LLC*, Civil Action No. 1:14-cv-333, United

2 States District Court, Middle District of North Carolina (involving two putative classes certified

3 on September 9, 2015); and

4          k.      *Ikuseghan v. Multicare Health System*, No. 3:14-cv-05539-BHS, United

5 States District Court for the Western District of Washington at Tacoma (putative class certified

6 on July 29, 2015).

7       6.      I have testified in the following matters as an expert witness at deposition or trial

8 in the last four years in the following cases:

9          a.      In *Donaca v. Dish Network, L.L.C.*, Case No. 11-cv-2910-RBJ-KLM,

10 United States District Court for the District of Colorado, I provided an expert report and

11 testimony regarding analysis of call records as compared to the NDNCR;

12          b.      In *Benzion v. Vivint, Inc.*, Case No. 12-CV-61826-WJZ, United States

13 District Court, Southern District of Florida, Fort Lauderdale Division, I provided an expert report

14 and testimony regarding data analysis of call logs, including comparison of call records to the

15 NDNCR and analysis of call records to identify calls made to wireless telephone numbers;

16          c.      In *Southwell, et al. v. Mortgage Investors Corporation of Ohio, Inc., et al.*,

17 Case No. 2:13-cv-01289-MJP, United States District Court, Western District of Washington,

18 I provided an expert report and testimony regarding the analysis of call records to identify

19 telephone numbers associated with businesses or residences;

20          d.      In *Horton v. Cavalry Portfolio Services, LLC*, Case No. 13 CV0307 JAH

21 WVG, United States District Court, Southern District of California, I provided an expert report

22 and testimony regarding analysis of call records to identify calls made to wireless telephone

23 numbers and to identify subscribers;

24          e.      In *Krakauer v. DISH Network, LLC*, Civil Action No. 1:14-cv-00333,

25 United States District Court, Middle District of North Carolina, I provided an expert report and

26 testimony regarding analysis of call records to identify calls made to individuals on the NDNCR

27 and internal "no call" lists and the process by which subscribers could be identified;

f.      In *Shamblin v. Obama For America, et al.,* Case No. 8:13-cv-02428-VMC-TMB, United States District Court, Middle District of Florida, Tampa Division, I provided an expert report and testimony regarding analysis of call records to identify calls made to cellular telephone numbers and ability to identify subscribers;

g.      In *Duchene v. Westlake Services, LLC, d/b/a Westlake Financial Services, LLC*, Civil Action No. 2:13-cv-157-MRH, United States District Court, Western District of Pennsylvania, I provided an expert report and testimony regarding call record analysis;

h.      In *Mey v. Frontier Communications Corp.*, Case No. 13-cv-01191-JAM, United States District Court for the District of Connecticut, I provided an expert report and testimony regarding analysis of call records to identify calls made to individuals on the NDNCR;

i.      In *Roberts v. Wyndham Hotels and Resorts, LLC*, Case No. 5-12-cv-05083-PSG, United States District Court for the Northern District of California, I provided an expert report and testimony regarding analysis capabilities of A.B. Data; and

j.      In *Biringer v. First Family Ins., Inc.*, Case No. 4-14-cv-566-RH/CAS, United States District Court for the Northern District of Florida, Tallahassee Division, I provided an expert report and testimony regarding call record analysis to identify calls made to individuals on the NDNCR.

## II.  SCOPE OF WORK

7.      Plaintiffs' Counsel asked me to analyze call records produced in the above-captioned litigation (the "Action").  I understand that, *inter alia*, Plaintiffs allege that Defendants violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, by initiating, or others initiating on its behalf, telephone solicitations to persons whose telephone numbers were listed on the NDNCR.  Plaintiffs' counsel asked me to identify the telephone numbers that (1) received two or more calls within a 12-month period, as based on call log information, (2) were on the NDNCR at least 30 days prior to the first call, and (3) were not identified as business telephone numbers.

8.      All of the work accomplished in connection with this report was performed at my direction and with my supervision.  In particular, Information Systems Manager Mark Parlow assists me with the data analysis.  *See* attached Exhibit B.

### III.  ANALYSIS

**A.      Source Data Files**

9.      The below listed data files were provided by Plaintiffs' Counsel.  I understand these files represent calls placed by, or on behalf of, Defendants (the "Source Data"):

- ALLIANCE_000023.csv
- ALLIANCE_000024.csv
- ALLIANCE_000025.csv
- ALLIANCE_000026.csv
- ALLIANCE_000027.csv
- ALLIANCE_000028.csv
- ALLIANCE_000029.csv
- ALLIANCE_000030.csv
- ALLIANCE_000031.csv
- ALLIANCE_000032.csv
- ALLIANCE_000033.csv
- ALLIANCE_000034.csv
- ALLIANCE_000035.csv
- ALLIANCE_000036.csv
- ALLIANCE_000037.csv
- ALLIANCE_000038.csv
- ALLIANCE_000039.csv
- ALLIANCE_000040.csv
- ALLIANCE_000041.csv

- ALLIANCE_000055.csv
- ALLIANCE_000056.csv
- ALLIANCE_000057.csv
- ALLIANCE_000058.csv
- ALLIANCE_000059.csv
- ALLIANCE_000060.csv
- ALLIANCE_000061.csv
- ALLIANCE_000062.csv
- ALLIANCE_000063.csv
- ALLIANCE_000064.csv
- ALLIANCE_000065.csv
- ALLIANCE_000066.csv
- ALLIANCE_000067.csv
- ALLIANCE_000068.csv
- ALLIANCE_000069.csv
- ALLIANCE_000070.csv
- ALLIANCE_000071.csv
- ALLIANCE_000072.csv
- ALLIANCE_000073.csv

- ALLIANCE_000042.csv
- ALLIANCE_000043.csv
- ALLIANCE_000044.csv
- ALLIANCE_000045.csv
- ALLIANCE_000046.csv
- ALLIANCE_000047.csv
- ALLIANCE_000048.csv
- ALLIANCE_000049.csv
- ALLIANCE_000050.csv
- ALLIANCE_000051.csv
- ALLIANCE_000052.csv
- ALLIANCE_000053.csv
- ALLIANCE_000054.csv

- ALLIANCE_000074.csv
- ALLIANCE_000075.csv
- ALLIANCE_000076.csv
- RINGCENTRAL_000001.csv
- NATIONWIDE_000012.xlsx
- NATIONWIDE_000013.xlsx
- NATIONWIDE_000014.xlsx
- NATIONWIDE_000015.xlsx
- NATIONWIDE_000016.xlsx
- NATIONWIDE_000017.xlsx
- NATIONWIDE_000018.xlsx
- NATIONWIDE_000019.xlsx

10.     I understand that the Source Data with Bates ranges ALLIANCE_000023-ALLIANCE_000076 and RINGCENTRAL_000001 reflect calls made by, or on behalf of, Alliance Security and the Source Data with Bates range NATIONWIDE_000012-NATIONWIDE_000019 reflect calls made by, or on behalf of, Nationwide.

11.     To perform the analysis, the Source Data, including all relevant data points, was loaded into a database (the "Analysis Database") from which further data analysis could occur, queries could be run, and additional data points tracked.  As part of the data load process, the filename and source (Alliance Security or Nationwide) were tracked for each call record.  As requested by Plaintiffs' counsel, for purposes of analysis, the data was aggregated in two groupings by source.  The two groupings were:  Alliance Security and Nationwide.

**B.     Preliminary Qualifying Call Analysis**

12.     At the outset, the data was reviewed to identify and exclude true duplicate records (meaning the call record included exact duplicate data points for every field of data).

13.     Next, calls that would be considered "qualifying" were identified from the remaining Source Data for further analysis.  My team and I coordinated with Plaintiff's counsel to identify the criteria that would be classified as "Qualifying Calls" as set forth in Chart 1:

**Chart 1**

| Source | Qualifying Call Criteria |
|---|---|
| Alliance Security | Disposition of answered; *and* duration of 0:00:01 or greater; *and* call type outbound. |
| Nationwide | Minutes (length) of greater than 0 minutes. |

14.     The Qualifying Calls were next analyzed to identify those telephone numbers that received at least two calls in any 12-month period.  The results of this analysis provided the "Multiple Qualifying Calls Numbers" by source, as set forth in Chart 2, below:

**Chart 2**

| Source | Multiple Qualifying Calls Numbers |
|---|---|
| Alliance Security | 1,500,673 |
| Nationwide | 22,889 |

**C.     NDNCR Analysis**

15.     The Multiple Qualifying Calls Numbers were reviewed to identify telephone numbers that received more than one Qualifying Call within any 12-month period, at a time when that telephone number had been listed on the NDNCR for at least 30 days prior to the first Qualifying Call.[3]

16.     First, the Multiple Qualifying Calls Numbers were analyzed to determine which telephone numbers were listed on the NDNCR and, for those records, the date each telephone

---

3 This and any subsequent references to 30-day timeframes designate inclusive timeframes, meaning, for example, that a telephone number was on a list or registry for at least 30 full days prior to a subsequent call.

EXPERT REPORT OF ANYA VERKHOVSKAYA, A.B. DATA, LTD. - 8
CASE NO. 4:15-CV-06314-YGR

1   number was added to the NDNCR.  This analysis was performed together with Nexxa.  I

2   understand that Nexxa obtains information regarding the NDNCR, including date of registry,

3   from the Federal Trade Commission ("FTC").  A.B. Data has an Organization ID number issued

4   by the FTC that Nexxa uses to access information available from the NDNCR.  Based on my

5   experience, Nexxa provides accurate and reliable NDNCR registration information, and I

6   regularly rely on its analysis.

7         17.     At my direction, Nexxa was advised that two files would be forwarded for

8   NDNCR analysis.

9         18.     A file listing the 1,500,673 Alliance-Security-source Multiple Qualifying Calls

10  Numbers and another listing the 22,889 Nationwide-source Multiple Qualifying Calls Numbers

11  (the "Working Files") were prepared and uploaded to the Nexxa .ftp site (the "FTP").  The

12  Working Files are attached hereto as Exhibits C and D.

13        19.     Nexxa performed its analysis and produced two output files (the "Outputs"),

14  received via FTP, that included whether each Multiple Qualifying Calls Number had been listed

15  on the NDNCR and, if applicable, the date the telephone number was added to the NDNCR.  The

16  Outputs are attached hereto as Exhibits E and F.

17        20.     The Outputs were then reviewed to identify all Multiple Qualifying Call

18  Numbers that were listed on the NDNCR as of 30 days prior to the date the first Qualifying

19  Call made to that telephone number (the "Source Data NDNCR Numbers") and that there was

20  at least one or more Qualifying Call(s) after the first NDNCR-eligible Qualifying Call.

21        21.     A total of 405,496 Source Data NDNCR Numbers were identified.  This total

22  was further analyzed to breakdown the Source Data NDNCR Numbers by source, as set forth in

23  Chart 3:

24

25

26

27

EXPERT REPORT OF ANYA VERKHOVSKAYA, A.B. DATA, LTD. - 9
CASE NO. 4:15-CV-06314-YGR

1

**Chart 3**

2

3

| Source | NDNCR Numbers |
|---|---|
| Alliance Security | 400,867 |
| Nationwide | 4,629 |

4

5

6

7      22.     The Source Data NDNCR Numbers were reviewed to identify any that were

identified as business telephone numbers during the relevant timeframe.  I understand that

8      LexisNexis has access to information from public and proprietary records, including information

9      regarding whether a particular telephone number was associated with a business or residence.  At

10     my direction, LexisNexis analyzed the Source Data NDNCR Numbers to determine which

11     telephone numbers were identified as business numbers during the relevant timeframe.  I

12     understand that LexisNexis analyzed each telephone number based on the date of each

13     Qualifying Call to determine if the call was a business number at that time.  It is common

14     knowledge within the class action administration industry that LexisNexis is one of the largest

15     aggregators of public data.  Based on my experience in this industry, LexisNexis provides

16     accurate and reliable information and I regularly rely on its analysis to administer class action

17     settlements.

18     23.     The Source Data NDNCR Numbers were submitted to LexisNexis to identify

19     which Source Data NDNCR Numbers were associated with businesses.

20     24.     The outputs received from LexisNexis were reviewed to identify the quantity of

21     business-identified numbers.  The outputs received from LexisNexis are attached hereto as

22     Exhibits G and H.

23     25.     A total of 7,307 Source Data NDNCR Numbers were identified as businesses and

24     398,189 non-business-identified Source Data NDNCR Numbers (the "Non-Business-Identified

25     Source Data NDNCR Numbers") were identified.  These totals were further analyzed to

26

27

breakdown the business-identified and Non-Business-Identified Source Data NDNCR Numbers by source, as set forth in Chart 4:

**Chart 4**

| Source | Business-Identified Source Data NDNCR Numbers | Non-Business-Identified Source Data NDNCR Numbers |
|---|---|---|
| Alliance Security | 7,254 | 393,613 |
| Nationwide | 53 | 4,576 |

26.     The Non-Business-Identified Source Data NDNCR Numbers were then compared to the Qualifying Calls to identify the total number of calls made to Non-Business-Identified Source Data NDNCR Numbers after they had been on the NDNCR for at least 30 days prior.  A total of 3,829,467 Qualifying Calls were made to Non-Business-Identified Source Data NDNCR Numbers after they had been on the NDNCR for at least 30 days prior.  This total was further analyzed to breakdown the number of Qualifying Calls made to Non-Business-Identified Source Data NDNCR Numbers by source, as set forth in Chart 5:

**Chart 5**

| Source | Qualifying Calls to Non-Business-Identified Source Data NDNCR Numbers |
|---|---|
| Alliance Security | 3,806,485 |
| Nationwide | 22,982 |

Attached hereto as Exhibits I and J are the Qualifying Calls made to Non-Business-Identified Source Data NDNCR Numbers for Alliance Security and Nationwide.

**D.     Plaintiff Charvat**

27.     I understand that Plaintiff Philip J. Charvat's telephone number is (614) 895-8940.  Plaintiff Charvat's telephone number appears in the Non-Business-Identified Source Data

NDNCR Numbers.  This means that at least two calls in a twelve-month period were placed to Plaintiff Charvat's telephone number (614) 895-8940 after the number had been on the NDNCR for at least 30 days.

**E.     Subscriber Information**

28.     A.B. Data can identify names and addresses associated with telephone numbers called by, or on behalf of, Defendants.  Specifically, A.B. Data can identify the owner/subscriber of a given telephone number and the address of the owner/subscriber for that given telephone number at the time of a specific call.

29.     A.B. Data would use information from reputable data vendors, such as TransUnion, LexisNexis, Experian, Microbilt, Nexxa Group, Inc., and others.  I have long worked with these companies and used their database information to identify class members in settlements and for litigation purposes.

30.     To obtain such subscriber information, A.B. Data would, at my direction, provide the relevant telephone numbers to the above-identified data vendors.  The data vendors would access their databases of public and proprietary information to produce an output including the name and address of the owners/subscribers of those telephone numbers at the time the calls were placed.

31.     A.B. Data would also coordinate to update any addresses through the United States Postal Service ("USPS") National Change of Address ("NCOA$^{Link}$") database, which contains approximately 160 million records or 48 months of permanent address changes. NCOA$^{Link}$ is updated daily and USPS regularly provides change-of-address information to NCOA$^{Link}$ licensees.  NCOA$^{Link}$ helps reduce undeliverable-as-addressed ("UAA") mail by correcting input addresses prior to mailing.  Additional address updating via Experian's MetroNet® service would be coordinated for any addresses determined to be undeliverable. Further, A.B. Data could coordinate with additional data vendors, such as Experian, to identify addresses based upon name and telephone number information for further supplementation of addresses or other information that has not yet been identified.

32.     I regularly use these processes are to identify class members in class actions, as do other administration firms.  In my experience, these processes are reliable, and are approved by courts charged with oversight of class actions, class notice, and settlement administration.

## IV.  SUMMARY

33.     In summary, my opinion is that Defendants, or others acting on behalf of Defendants, made 3,829,467 calls to 398,189 unique non-business telephone numbers after those telephone numbers were listed on the NDNCR for at least 30 days and calls were placed to each number at least twice within a twelve-month period.  From these totals, it is my opinion that Alliance Security made 3,806,485 calls to 393,613 unique non-business telephone numbers after those telephone numbers were listed on the NDNCR for at least 30 days and calls were placed to each number at least twice within a twelve-month period.  It is my opinion that Nationwide made 22,982 calls to 4,576 unique non-business telephone numbers after they were listed on the NDNCR for at least 30 days and calls were placed to each number at least twice within a twelve-month period.

34.     I have reached the opinions expressed herein based on a reasonable degree of certainty in the fields of data management, data analysis, class member identification, and claims administration.

Executed at Milwaukee, Wisconsin, this 7th day of November 2016.

Anya Verkhovskaya

# Exhibit A

# ANYA VERKHOVSKAYA

## CURRICULUM VITAE

Partner and Chief Operating Officer
A.B. Data, Ltd.

Phone: 414-961-6441
Cell: 414-617-4403
Fax: 414-961-4860
anya.verkhovskaya@abdata.com

---

Anya Verkhovskaya is a Partner and Chief Operating Officer of the Class Action Administration Company of A.B. Data, Ltd. ("A.B. Data"). A.B. Data, founded in 1980, is an international firm that offers a full range of class action and complex litigation support services, with offices in New York, New York; West Palm Beach, Florida; and Milwaukee, Wisconsin. Ms. Verkhovskaya oversees all aspects of A.B. Data's class action administration, and leads a team of legal, finance, information systems, information technology, claims administration, administrative, facilities, and operations professionals. A.B. Data is the fastest-growing company in the class action administration industry, with more than $2.5 billion of settlements currently in various stages of management.

Ms. Verkhovskaya has extensive experience administering some of the largest and most complex class action settlements in history, involving all aspects of direct, media and third party notice programs, data management, claims administration, and settlement fund distribution.

Ms. Verkhovskaya has been a pioneer in class member location and identification in Telephone Consumer Protection Act (TCPA) cases, in class certification and effectuating notice programs. Ms. Verkhovskaya regularly provides expert opinions and testimony concerning ascertainability, class certification, notice adequacy and settlement issues in connection with TCPA matters as well as a variety of other types of class actions.

Ms. Verkhovskaya has directed notice and/or settlement administration in hundreds of consumer, Telephone Consumer Protection Act (TCPA), civil rights, insurance, antitrust, ERISA, securities, employment, wage and hour, human rights, environmental, and other types of class action and Securities and Exchange Commission fairness actions including, but not limited to, the following cases:

- *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc. et al.*, No. SACV11-00436-GW (FFMx), United States District Court, Central District of California

- *Acevedo v. Lawyers Title Insurance Corporation*, Case No. 03-CH-07718, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *In re ACS Shareholders Litigation*, Master File No. 3:06-CV-1592-M, United States District Court, Northern District of Texas, Dallas Division

- *In re Adolor Corporation Shareholders Litigation*, C.A. No. 6997-VCN, In the Court of Chancery of the State of Delaware

- *In re Affiliated Computer Services ERISA Litigation*, Master File No. 3:06-CV-1592-M, Northern District of Texas, Dallas Division

- *In re AIG ERISA Litigation*, Master File No.: 04-CV-9387 (JES) (AJP), United States District Court, Southern District of New York

- *In re AirGate PCS, Inc. Securities Litigation*, Civil Action No.: 1:02-CV-1291-JOF, United States District Court, Northern District of Georgia, Atlanta Division

- *Akins v. Worley Catastrophe Response*, LLC, Civil Action No. 12-2401, United States District Court, Eastern District of Louisiana

- *Alakayak v. All Alaskan Seafoods, Inc.*, Case No. 3AN-95-4676 CIV, In the Superior Court for the State of Alaska, Third Judicial District at Anchorage

- *Allen v. HealthPort Technologies, LLC*, Case No. 12-CA-013154, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida General Civil Division

- *Alper v. Warnock Ford, Inc.*, Docket No.: MRS-L-1644-10, Superior Court of New Jersey, Morris County

- *Altier v. Worley Catastrophe Response, LLC*, Civil Action No. 11-00241, United States District Court, Eastern District of Louisiana

- *In re American Italian Pasta Company Securities Litigation* (AIPC and Ernst Settlements), Consolidated Civil Action No. 05-CV-0725-W-ODS, United States District Court for the Western District of Missouri, Western Division

- *In re Andrx Corporation, Inc., Taztia™ XT Securities Litigation*, CASE NO.: 02-60410-CIV-UNGARO-BENAGES, United States District Court, Southern District of Florida

- *Arias v. Award Homes, Inc.*, Case No. M54183, Superior Court of California, County of Monterey

- *Arteaga v. MODA Furniture, Inc.*, Docket No: L-000980-05, Superior Court of New Jersey, Morris County

- *In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation*, MDL 1374, United States District Court, Southern District of New York

- *In re Atlas Energy, Inc. Shareholders Litigation*, C.A. No. 5990-VCL, Court of Chancery, State of Delaware

- *Austrian Banks Holocaust Litigation*, Case Nos. 01-3017, 01-3019, 01-3024, 01-3025, United States District Court for the Southern District of New York

- *Balschmiter v. TD Auto Finance LLC*, 2:2013cv01186, United States District Court, Eastern District of Wisconsin

- *Baptista v. Mutual of Omaha Insurance Company*, CA 10-467 ML, United States District Court, District of Rhode Island

- *Bauman v. Superior Financial Corp.*, Civ. Action No. 4-01-CV-00756 GH, United States District Court, Eastern District of Arkansas, Western Division

- In *re Bear Stearns Companies, Inc. ERISA Litigation*, Case No. 08-MDL-1963, United States District Court, Southern District of New York

- *In re Beazer Homes USA, Inc. ERISA Litigation*, Civil Action No. 1:07-CV-00952 (RWS), United States District Court for the Northern District of Georgia, Atlanta Division

- *In re Beckman Coulter, Inc. Securities Litigation*, Case No.: 8:10-cv-1327-JST (RNBx), United States District Court, Central District of California

- *Benzion v. Vivint, Inc.*, Case No. 12-CV-61826-WJZ, United States District Court, Southern District of Florida, Fort Lauderdale Division

- *In re BigBand Networks, Inc. Securities Litigation*, Master File No. 07-CV-5101 SBA, United States District Court, Northern District of California, Oakland Division

- *In re BISYS Securities Litigation*, Civil Action No. 04-CV-3840 (JSR), United States District Court, Southern District of New York

- *Black v. Metso Paper USA, Inc.*, Civil Action No. 3:05-CV-1951, United States District Court for the Middle District of Pennsylvania

- *Blanco v. KeyBank USA, N.A.*, Case No.: 1-03-CV-524, In the United States District Court, Northern District of Ohio, Eastern Division

- *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services Inc.*, No. SACV11-00437-GW (FFMx)

- *Bosland v. Warnock Dodge, Inc.*, Docket No.: MRS-L-844-06, Superior Court of New Jersey, Morris County

- *In re BP Prudhoe Bay Royalty Trust Securities Litigation*, Case No. C06-1505 MJP, United States District Court, Western District of Washington at Seattle

- *Bragg v. Bill Heard Chevrolet, Inc.-Plant City*, Case No. 8:02-CV-609-T-30EAJ, In the United States District Court, Middle District of Florida, Tampa Division

- *Brattain v. Richmond State Hospital*, Cause No. 49D11-0108-CP-1309, Cause No. 49D11-0108-CP-1309, Marion Superior Court, County of Marion, State of Indiana

- *Brey Corp. v. Life Time Improvements, Inc.*, Civil Action No. 349410-V, In the Circuit Court for Montgomery County, Maryland

- *Brieger v. Tellabs, Inc.*, Case No. 1:06-cv-1882, United States District Court, Northern District of Illinois, Eastern Division

- *Broad St. Partners Fund v. Dods*, Case No. 2011 CH 001505, State of Illinois, County of Du Page, Circuit Court of the Eighteenth Judicial Circuit

- *Brown v. Hayt, Hayt & Landau, LLC*, Docket No.: L-7042-07, Superior Court of New Jersey, Essex County

- *Brumfield v. Countrywide Home Loans, Inc.*, 1:08-CV-93-HSO-JMR, Mississippi Southern District Court

- *Burns v. First American Bank*, Case No. 04 C 7682, United States District Court for the Northern District of Illinois, Eastern Division

- *In re Calpine Corporation ERISA Litigation*, Master File No. C 03-CV-1685 (SBA), United States District Court, Northern District of California, Oakland Division

- *Canning v. Concord EFS, Inc.*, Docket No. L-6609-02, Superior Court of New Jersey, Law Division: Camden County

- *Capovilla v. Lone Star Technologies, Inc.*, Cause No. 07-02979, In the District Court of Dallas County, Texas, 14th Judicial District

- *In re Cardinal Health, Inc. ERISA Litigation*, No. C2-04-643 (ALM), United States District Court, Southern District of Ohio, Eastern Division

- *Carlson v. C.H. Robinson Worldwide, Inc.*, Civil Action No. CV 02-3780, United States District Court for the District of Minnesota

- *Carlson v. State of Alaska, Commercial Fisheries Entry Commission*, Case No. 3AN-84-5790 CI, Superior Court for the State of Alaska, Third Judicial District at Anchorage

- *In re Cbeyond, Inc. Securities Litigation*, Civil Action No. 1:08-cv-1666 (CC), United States District Court, Northern District of Georgia

- *Cement Masons & Plasterers Joint Pension Trust v. TNS, Inc.*, Case No. 1:06 CV 363 CMH/BRP, United States District Court, Eastern District of Virginia

- *Cerda v. Associates First Capital Corporation*, Civil Action No. M-03-146, United States District Court, Southern District of Texas, McAllen Division

- *Chao v. Slutsky*, Civil Action File No. 01-CIV-7593, United States District Court, Eastern District of New York

- *Clayton v. Velociti, Inc.*, Case No. 08-CV-2298-CM/GLZ, In the United States District Court for the District of Kansas at Kansas City

- *Clearview Imaging, L.L.C. v. Dairyland Insurance Company*, Case No.: 04-11399, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Mercury Insurance Company of Florida*, Case No. 03-5170, Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Nationwide Mutual Insurance Company*, Case No. 04-10396 Division H (consolidated), Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Progressive Consumers Insurance Company*, Case No. 03-4174 Division C, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clemons v. Thompson*, Docket No.: MON-L-001980-07, United States District Court, Eastern District of New York

- *In re CNX Gas Corporation Shareholders Litigation*, C.A. No. 5377-VCL, In the Court of Chancery of the State of Delaware

- *Cohen v. JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*, Case No. 04 CV 4098, United States District Court, Eastern District of New York

- *Coleman v. Lincoln Wood Products, Inc.*, 99-CVS-1362, Superior Court of New Jersey, Middlesex County: Law Division

- *Collins v. American Consumer Shows, Inc.*, Civil Action No. 1:10-CV-11912-RGS, United States District Court, District of Massachusetts

- *Commonwealth of Massachusetts v. H&R Block, Inc.*, Civil Action No. 08-2474-BLS1, Suffolk Superior Court

- *In re Connetics Securities Litigation*, Case No. C 07-02940 SI, United States District Court for the Northern District of California

- *In re: The Consumers Trust*, Case No. 05 – 60155 (REG), United States Bankruptcy Court, Southern District of New York

- *Coppess v. Healthways, Inc.*, Case No. 3:10-cv-00109, United States District Court, Middle District of Tennessee, Nashville Division

- *Corsello v. Verizon New York, Inc.*, Case No. 39610/07, Supreme Court of the State of New York

- *Cotton v. Ferman Management Services Corporation*, Case No.: 02-08115, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Cottrell v. Gardner*, Civ. Action No. CV-2002-121(I), Superior Financial Corp. Derivative Action, State of Arkansas, Sebastian County, Arkansas

- *In re CP Ships Ltd. Securities Litigation*, Case No. 8:05-MD-1656-T-27TBM, United States District Court for the Middle District of Florida

- *Croxall v. Tampa Hund L.P.*, Case No. 03-6201, The Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Cruz v. Condor Capital Corporation*, Docket No. MID-L-2108-06, Superior Court of New Jersey, Middlesex County: Law Division

- *Curtis v. Northern Life Insurance Company*, No. 01-2-18578-1 SEA, Superior Court of Washington for King County

- *Dandong, et al. v. Pinnacle Performance Limited, et al.*, No. 10-cv-8086 (JMF), United States District Court, Southern District of New York

- *In re: DDAVP Indirect Purchaser Antitrust Litigation*, Civil Action No. 05-cv-2237 (CS), United States District Court, Southern District of New York

- *DeCario v. Lerner New York, Inc.*, Case No. BC 317954, Superior Court of the State of California, Los Angeles County

- *In re Del Monte Foods Company Shareholder Litigation*, Consolidated C.A. No. 6027-VCL, Court of Chancery, State of Delaware

- *In re Delphi Financial Group Shareholders Litigation*, Consolidated C.A. No. 7144-VCG, In the Court of Chancery of the State of Delaware

- *Deprospo v. The Provident Bank*

- *Desai v. ADT Security Services, Inc.*, Case No. 1:11-CV-1925, United States District Court, Northern District of Illinois

- *Di Popolo v. Ramsey Nissan, Inc.*, Docket No. BER-L-10319-09, Superior Court of New Jersey, Bergen County

- *In re Diebold ERISA Litigation*, No. 5:06 CV 0170, United States District Court for the Northern District of Ohio Eastern Division

- *Dishkin v. Tire Kingdom, Inc.*, Case No. 3D08-2088, Circuit Court for Miami-Dade County, Florida

- *Drury v. Countrywide Home Loans, Inc.*, Case No. 6:08-cv-152-ORL-28 DAB, United States District Court, Middle District of Florida, Orlando Division

- *In re Dura Pharmaceuticals, Inc. Securities Litigation*, Master File No. 99-CV-0151-JLS (WMC), United States District Court, Southern District of California

- *Eisenberger v. Boston Service Company, Inc.*, Docket No.: MID-L-10366-09, Superior Court of New Jersey, Middlesex

- *In re Electronic Data Systems Corp. ERISA Litigation*, 6:03-MD-1512 and Lead Case: 6:03-CV-126 (ERISA), United States District Court, Eastern District of Texas, Tyler Division

- *In re Emergent Group, Inc. Shareholder Litigation*, Lead Case No. BC455715, Superior Court of the State of Califiornia, County of Los Angeles

- *In re: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation*, MDL No. 2056, United States District Court for the Western District of Pennsylvania

- *Epstein v. Sears, Roebuck and Co.*, Docket No.: UNN-L-1732-09, Superior Court of New Jersey, Union County: Law Division

- *Estate of Gary Robertson v. ADS Alliance Data Sys., Inc.*, Case No. 8:11-cv-1652-T-33TBM, United States District Court, Middle District of Florida, Tampa Division;

- *Estates of Hampton v. Beverly Enterprises-Arkansas, Inc.*, No. CV 2004-95-3, Circuit Court of Bradley County, Arkansas

- *Estep v. Smythe Volvo, Inc.*, Case No. UNN-L-004184-03, Superior Court of New Jersey, Union County: Law Division

- *Evans v. Stewart Title Guaranty Company*, Case No. 04-06630-05, Circuit Court of the 17th Circuit, Broward County, Florida

- *Family Open MRI, Incorporated v. Direct General Insurance Company*, Case No. 03-4175, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re Fannie Mae ERISA Litigation*, Consolidated Civil Action No.: 1:04-cv-01784 (RJL), United States District Court, District of Columbia (Washington, D.C.)

- *Fernando v. Neopost USA, Inc.*, Case No.: BC439856, Superior Court of the State of Califiornia, County of Los Angeles

- *Fernando v. Priority Mailing Systems*, Case No. BC439857, Superior Court of the State of Califiornia, County of Los Angeles

- *Ferro v. Florida Windstorm Underwriting Association*, Civil 00014808, 17th Judicial Circuit, Broward County, Florida

- *In re FLAG Telecom Holdings, Ltd. Securities Litigation*, Master File No. 02-CV-3400 (CM) (PED), United States District Court, Southern District of New York

- *Flood v. Dominguez*, Case No. 2:08-CV-153, United States District Court for the Northern District of Indiana

- *Kellman v. Forever 21 Retail, Inc.*, Case No. 12-32841 CA 05, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida

- *Francis v. A&E Stores, Inc.*, Case No. 06 CV 1638(CS)(GAY), United States District Court, Southern District of New York

- *Franco v. Ace Parking Management Inc.*, Case No. BC 392809, Superior Court of the State of California, Los Angeles County

- *Fray-Witzer v. Metropolitan Antiques, LLC*, Civil Action No. 02-5827, Commonwealth of Massachusetts, Superior Court, Department of the Trial Court, Suffolk Division

- *Fray-Witzer v. Olde Stone Land Survey Company, Inc.*, C.A. No.: 2008-04175, Superior Court C.A. No. 2008-04175, Commonwealth of Massachusetts

- *In re Fremont General Corporation Litigation*, CV07-02693 JHN(FFMX), United States District Court for the Central District of California

- *Friedman v. Rayovac Corporation*, Case No. 02-C-0308-C, United States District Court for the Western District of Wisconsin

- *Froumy v. Stark & Stark*, Case No. 3:09-cv-04890, United States District Court, District of New Jersey

- *FW Transportation, Inc. v. Associates Commercial Corporation*, Case No. C200000084, District Court of Johnson County, Texas, 18th Judicial District

- *In re General Electric Company Securities Litigation*, Civ. No. 09-CIV-1951 (DLC), United States District Court, Southern District of New York

- German Forced Labor Compensation Program (GFLCP)

- *In re Gilead Sciences Securities Litigation*, Master File No. C-03-4999-SI, United States District Court, Northern District of California

- *Gilley v. Ernie Haire Ford, Inc.*, Case No.: 02-8101, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re Goodrich Shareholders Litigation*, Index No. 13699/2011 (Consolidated), Supreme Court of the State of New York, County of Nassau: Commercial Division

- *Graham v. Town & Country Disposal of Western Missouri, Inc.*, Case No.: 4:10-CV-00551-NKL, In the United States District Court for the Western District of Missouri, Western Division

- *Greenstein v. Nations Title Agency of Florida, Inc.*, Case No.502007CA014085XXXMBAA, In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida

- *Griffin v. Flagstar Bancorp,. Inc.*, Case No. 2:10-cv-10610, United States District Court, Eastern District of Michigan, Southern Division

- *Groen v. PolyMedica Corporation*, Civil Action No. 07-3352, Commonwealth of Massachusetts, Superior Court Department, Middlesex County

- *Gulf Coast Injury Center, LLC v. Nationwide Mutual Fire Insurance Company*, Case No.: 08-CA-012621, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Hall v. The Children's Place Retail Stores, Inc.*, Civil Action No. 1:07-cv-08252-SAS (Consolidated), United States District Court, Southern District of New York

- *Hamilton v. ATX Services Inc.*, Case No. 08-0030-CV-W-SOW, United States District Court for the Western District of Missouri, Western Division

- *Hargrave v. TXU Corp.*, Case No. 3:02-CV-2573-K, United States District Court, Northern District of Texas, Dallas Division

- *Harris v. First Regional Bancorp*, Case No.: CV10-7164 CJC (MLGx), United States District Court Central District of California

- *Harris v. Koenig*, Case No. 1:02-CV00618 (GK), In the United States District Court for the District of Columbia

- *In re Hartford Financial Services Group Inc. ERISA Litigation*, Master File: 3:08-CV-01708 (PCD), United States District Court, District of Connecticut

- *Haynes v. Baptist Health*, 240 S.W.3d 576 (2006), Supreme Court of Arkansas

- *In re: Hearst-Argyle Shareholder Litigation*, Index No. 09-Civ-600926, Supreme Court of the State of New York, County of New York

- *Hellmers v. Countrywide Home Loans, Inc.*, Civil Action No. 07-7703, United States District Court, Eastern District of Louisiana

- *Hess v. Oriole Homes Corp.*, Civil Action No. 07-7703, Circuit Court of the 15th Judicial Circuit, Palm Beach County, Florida

- *Hill v. American Medical Security Life Insurance Company*, C.A. No. W-06 CA 332, United States District Court, Western District of Texas, Waco Division

- *Hill v. Countrywide Home Loans, Inc.*, Case No. A-0178441, United States District Court, Eastern District of Texas

- *Holley v. Kitty Hawk, Inc.*, Case No. 3-00 CV 0828-P, United States District Court for the Northern District of Texas, Dallas Division

- *In re Holocaust Victim Assets Litigation* (Swiss Banks) (HVAP), Master Docket No. CV-96-4849 , United States District Court, Eastern District of New York

- *Horton v. Cavalry Portfolio Services, LLC*, Case No. 13 CV0307 JAH WVG, United States District Court, Southern District of California;

- *Hudson United Bank v. Chase*, Docket No.: L-235-05, Superior Court of New Jersey, Hunterdon County

- *Hughley v. Maryland Casualty Company*, Case No.: 06-21428-CIV-ALTONAGA, United States District Court for the Southern District of Florida, Miami Division

- *Hunt v. PacifiCare Life and Health Insurance Company*, Case No. 37-2009-00088839-CU-IC-CTL,

- *Hutson v. Baptist Health*, Case No. CV 08-8221, Pulaski Circuit/County Court [Arkansas]

- *Hutt v. Martha Stewart Living Omnimedia, Inc.*, Index No. 651249/2012, Supreme Court of New York, County of New York

- *In re ICG Communications, Inc. Securities Litigation*, Civil Action No. 00-cv-1864-REB-BNB (Consolidated), United States District Court for the District of Colorado

- *In re: InfoSonics Securities Litigation*, Civil Action No. 06-CV-1231-JLS (WMC), District Court for the Southern District of California

- *In re ING Groep, N.V. ERISA Litigation*, Master File No. 1:09-CV-00400-JEC, United States District Court, Northern District of Georgia, Atlanta Division

- *In re International Business Machines Corp. Securities Litigation*, Civil Action No. 1:05-cv-6279 (AKH), United States District Court, Southern District of New York

- International Commission on Holocaust Era Insurance Claims (ICHEIC)

- *In re Iowa Ready-Mixed Concrete Antitrust Litigation*, Case No. 5:10-CV004038-MWB, In the United States District Court, Northern District of Iowa, Western Division

- *In re J. Crew Group, Inc. Shareholders Litigation*, Case No. 6043-CS, In the Court of Chancery of the State of Delaware

- *In re JDS Uniphase Corporation ERISA Litigation*, Master File No. C 03-04743 CW, United States District Court, Southern District of West Virginia at Beckley

- *Kalow & Springut, LLP v. Commence Corporation*, Case No. 07-3443 (FLW/JJH), In the United States District Court for the District of New Jersey

- *Kay v. Wells Fargo & Company*, Case No. 07-01351 WHA, United States District Court, Northern District of California

- *In re: King Pharmaceuticals, Inc. Securities Litigation*, No. 2:03-CV-77, United States District Court, Eastern District of Tennessee, Greeneville Division

- *Krakauer v. DISH Network, LLC*, Civil Action No. 1:14-cv-00333-CCE-JEP, United States District Court, Middle District of North Carolina

- *Kreher v. City of Atlanta, Georgia*, Case No. 1:04-cv-2651, United States District Court, Northern District of Georgia

- *Kubacki v. Peapod, LLC*, Case No. 13 C 729, United States District Court for the Northern District of Illinois, Eastern Division

- *Kubota v. Walker*, Cause Number 06-02446, District Court of Dallas County, Texas, 95th Judicial District

- *The Lafayette Life Insurance Company v. City of Menasha*, Cause No. 4:09-CV-64TLS-APR, United States District Court, Northern District of Indiana, Hammond Division (Lafayette)

- *In re LDK Solar Securities Litigation*, Master File No. C 07-05182 WHA, United States District Court, Northern District of California

- *In re Lear Corp. ERISA Litigation*, Master File: 2:06-CV-11735 (AJT-VMM), United States District Court, Eastern District of Michigan

- *Lehmann v. Ivivi Technologies, Inc.*, Docket No. C-343-09, Superior Court of New Jersey, Bergen County, Chancery Division

- *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 09-MD-2017 (LAK), United States District Court, Southern District of New York

- *In re Lernout & Hauspie Securities Litigation* (Directors and FLV Settlements), Civil Action No. 00-CV-11589 (PBS), United States District Court for the District of Massachusetts

- *In re Lernout & Hauspie Securities Litigation* (KPMG Settlement), Case No. 04-CV-1738, United States District Court for the District of Massachusetts

- *Leslie Niederklein v. PCS Edventures!.com, Inc.*, Civil Action No. 1:10-cv-00479-CWD, United States District Court, District of Idaho

- *Lilly v. Oneida Ltd. Employee Benefits Admin. Comm.*, Case No. 6:07-cv-00340 (NPM/ATB), United States District Court, Northern District of New York

- *In re Limelight Networks, Inc. Securities Litigation*, Master File No. CV07-01603-PHX-SRB, United States District Court, District of Arizona

- *Lofton v. Verizon Wireless (VAW) LLC*; Case No. C 13-05665 YGR, United States District Court for the Northern District of California, Oakland Division

- *Long v. Eschelon Telecom, Inc.*, File Number 27-CV-07-6687, Fourth Judicial District of the State of Minnesota, County of Hennepin

- *Lopera v. The Receivable Mgmt. Servs. Corp.*, Case No. 12-CV-9649, United States District Court for the Northern District of Illinois, Eastern Division

- *The Louisiana Municipal Police Employees Retirement System v. Deloitte & Touche LLP*, Civil Action No. 04-621 (LDW), United States District Court, Eastern District of New York

- *Mann & Company, PC v. C-Tech Industries, Inc.*, Civil Action No. 1:08CV11312-RGS, United States District Court, District of Massachusetts

- *Mann v. Lawyers Title Insurance Corporation*, Case No. 03 CH 15223, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *Mantzouris v. Scarritt Motor Group, Inc.*, Case No. 8:03CV0015-T-30-MSS, United States District Court, Middle District of Florida, Tampa Division

- *In re Marine Hose Antitrust Litigation* (Bridgestone, Dunlop, Parker, Trelleborg, and Yokohama Settlements), Master Docket No. 08-MDL-1888-Graham/Turnoff, United States District Court, Southern District of Florida, Miami Division

- *In re Marsh ERISA Litigation*, Master File No.: 04 cv 8157 (CM), United States District Court, Southern District of New York

- *In re Martek Biosciences Corp. Securities Litigation*, Civil Action No. MJG 05-1224, United States District Court, District of Maryland, Northern Division

- *Martin v. aaiPharma, Inc.*, Master File No: 7:04-CV-27-D, United States District Court, Eastern District of North Carolina

- *Martin v. Dun & Bradstreet, Inc.*, Case No. 1:12-cv-00215, United States District Court for the Northern District of Illinois

- *Martin v. Foster Wheeler Energy Corporation*, Case No. 3:06-CV-00878, United States District Court, Central District of California

- *In re Massey Energy Co. Securities Litigation*, Civil Action No. 5:10-cv-00689-ICB, United States District Court for the Northern District of California

- *Mayer v. Administrative Committee of the Smurfit-Stone Container Corporation Retirement Plans*, Case No. 1:09-cv-02984, United States District Court, Northern District of Illinois

- *Mayes v. The Geo Group, Inc.*, Case No. 5:08-cv-248/RS/EMT, United States District Court, Northern District of Florida, Panama City Division

- *Mayotte v. Associated Bank, N.A.*, Case No. 2:07-CV-00033, United States District Court, Northern District of Florida, Panama City Division

- *In re MBNA Corp. Securities Litigation*, Case No. 1:05-CV-00272-GMS CONSOLIDATED, United States District Court, District of Delaware

- *Meadows v. Clearwater Bay Marketing*, LLC, Cause No. 49C01-0812-PL-054708, Marion Circuit Court, Civil Division, Marion County, Indiana

- *Means v. River Valley Financial Bank*, Cause No. 49D12-0704-PL016504, In the Marion Superior Court, County of Marion, State of Indiana

- *In re Merck & Co. Inc. Vytorin ERISA Litigation*, Civil Action No. 08-CV-1974 (DMC), United States District Court, District of New Jersey

- *Merrimon v. UNUM Life Insurance Company of America*, CIV. NO. 2:10-cv-00447-NT, United States District Court, District of Maine

- *In re Metavante Technologies, Inc. Shareholder Litigation*, Consolidated Case No. 09-CV-5325 State of Wisconsin, Milwaukee County Circuit Court

- *Mey v. Herbalife International, Inc.*, Civil Action No. 01-C-263, In the Circuit Court of Ohio County, West Virginia

- *Mey v. Honeywell Int'l, Inc., et al.*, Case No. 2:12-cv-1721, United States District Court the for Southern District of West Virginia

- *In re Micromuse, Inc. Securities Litigation*, Case No. C-04-0136 BZ, United States District Court, Northern District of California

- *Milford & Ford Associates, Inc. v. Cell-Tek, LLC*, C.A. NO. 1:09-CV-11261-DPW, United States District Court, District of Massachusetts

- *Miller v. Weltman, Weinberg & Reis Co., L.P.A.*, Docket No. MID-L-006248-07, Superior Court of New Jersey, Law Division: Middlesex County

- *In re: MK Resources Company Shareholders Litigation*, C.A. Nos. 1692-VCS and 1598-VCS, Court of Chancery, New Castle County, State of Delaware

- *Montalvo v. Tripos, Inc.*, Case No. 4:03CV995SNL, United States District Court, Eastern District of Missouri

- *Moore v. The Hertz Corporation*, 03-11772 Division K, In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida in and for Hillsborough, County Civil Division

- *In re Morgan Asset Management, Inc.* (Kelsoe and Weller Settlements), Administrative Proceeding File No. 3-13847, United States of America Before the Securities and Exchange Commission

- *Morrison v. MoneyGram International, Inc.*, Case No. 08-CV-01121 (PJS/JJG), United States District Court for the District of Minnesota

- Mortgage Settlement Consumer Restitution Program (Foreclosure Restitution Program and Bank of America Victims Program)

- *In re Motive, Inc. Securities Litigation*, Civil Action No. A-05-CV-923-LY and Case No. A-06-CA-017-LY, United States District Court, Western District of Texas

- *Mozenter v. Nalco Holding Company*, Case No. 2011-MR-001043 (Consolidated), United States of America, State of Illinois, County of Dupage, In the Circuit Court of the Eighteenth Judicial Circuit

- *Mulhern v. MacLeod d/b/a ABC Mortgage Company*, Civil Action No. 2005-01619, Commonwealth of Massachusetts

- *In re: National City Corporation Securities, Derivative & ERISA Litigation*, Case No. 08-nc-70000, United States District Court for the Northern District of Ohio, Eastern Division

- *The People of the State of New York v. SKS Associates, LLC*, IAS Part 58, Index No. 400908/12, Supreme Court of the State of New York, County of New York

- *Norflet v. John Hancock Life Insurance Company*, Civil No. 3:04cv1099 (JBA), United States District Court, District of Connecticut

- *In re Novamed, Inc. Shareholders Litigation*, Consolidated C.A. No. 6151-VCP, Court of Chancery in the State of Delaware

- *NSL Capital Management v. Gorman*, Docket No. C-48-08,  Superior Court of New Jersey, Chancery Division, Monmouth County

- *Nthenge v. Pressler and Pressler, LLP*, Master File No. C-00-1211-PH United States District Court for the Northern District of California

- *In re: NX Networks Securities Litigation*, Civil Action Nos. 00-CV-11850-JLT and 01-CV-10377-JLT, United States District Court, District of Massachusetts

- *Obermeyer v. MarineMax East, Inc.*, Case No. 08-54007-CA-24, Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida

- *Olivo v. Homecomings Financial LLC*, Index No. 4625/06, Supreme Court of the State of New York, Nassau County

- *Open MRI of Pinellas, Inc. v. Atlanta Casualty Insurance Company*, Case No.: 03-7721, Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida

- *Ori v. Fifth Third Bank and Fiserv, Inc.*, Case No. 08-CV-00432-LA, United States District Court, Eastern District of Wisconsin

- *In re: Ortiz v. Aurora Health Care, Inc.*, Case No. 2:12-cv-00295-LA, United States District Court for the Eastern District of Wisconsin

- *Osborn v. EMC Corporation*, Case No. C 04-00336 JSW, Northern District of California, San Francisco Division

- *In re OSI Pharmaceuticals, Inc. Securities Litigation*, Master File No. 2:04-CV-05505-JS-WDW, United States District Court, Eastern District of New York

- *Otte v. Life Insurance Company of North America*, Civ. No. 09 CV 11537 RGS, United States District Court, District of New Hampshire

- *Overby v. Tyco International Ltd.*, Case No. 02-CV-1357-B, United States District Court, District of New Hampshire

- *Ownby v. Citrus County, Florida*, Case No. 2004-CA-1840, In the Circuit Court of the Fifth Judicial Circuit of the State of Florida, in and for Citrus County, Civil Division

- *In re: Pacific Gateway Exchange, Inc. Securities Litigation*, Master File No. C-00-1211-PJH, United States District Court for the Northern District of California

- *Paliotto v. Johnny Rockets Group, Inc.*, 1:06-cv-02253-RCL, United States District Court for the District of Columbia (Washington, D.C.)

- *In re Par Pharmaceutical Companies, Inc. Shareholders Litigation*, C.A. No. 7715-VCP, In the Court of Chancery of the State of Delaware

- *In re Par Pharmaceutical Securities Litigation*, Master File No. 2:06-cv-03226 (ES) (SCM), United States District Court, District of New Jersey

- *Parker v. American Medical Security Group, Inc.*, Civil Action File No. 04-1-1980-42, In the Superior Court of Cobb County, State of Georgia

- *Parthiban v. GMAC Mortgage Corporation*, SACV05-768-ODW (MLGx), United States District Court, Central District of California, Southern Division

- *Paskowitz v. Ernst & Young, LLP* (Motive, Inc.), Civil Action No. A-08-CA-188-LY, United States District Court for the Western District of Texas, Austin Division

- *Patel v. Baluchi's Indian Restaurant*, Civ. Action No.: 08 CIV 9985 (RJS)(THK), United States District Court, Southern District of New York

- *Payson v. Capital One Home Loans, LLC* (FLSA and KWPA Settlements), Case No. 07-CV-2282-JTM/DWB , United States District Court for the District of Kansas at Kansas City

- *Pension Trust Fund for Operating Engineers v. Assisted Living Concepts, Inc.*, Case No. 12-CV-884-JPS, United States District Court, Eastern District of Wisconsin

- *Pereira v. Foot Locker, Inc.*, Civil Action No. 07-CV-2157-JCJ, United States District Court, Eastern District of Pennsylvania

- *Perez v. Rent-A-Center, Inc.*, Civil Action File No. 01-CIV-7593, Superior Court of New Jersey, Law Division: Camden County

- *Pettway v. Harmon Law Offices, P.C.*, Civil Action No. 03-10932-RGS, United States District Court, District of Massachusetts

- *In re: PFF Bancorp, Inc. ERISA Litigation*, No. CV 08-01093-SVW (PLAx), United States District Court, Central District of California

- *Pickett v. Triad Financial Corporation*, Docket No.: MID-L-007727-05, Superior Court of New Jersey, Middlesex County

- *In Re: Platinum And Palladium Commodities Litigation*, Master File No. Civ 3617 (WHP), United States District Court, Southern District of New York

- *Police and Fire Retirement System of the City of Detroit, Plymouth County Retirement System v. SafeNet, Inc.*, Case No. 06 Civ. 5797 (PAC)

- *Pollitt v. DRS Towing, LLC*, Case No. 3:10-cv-1285, United States District Court of New Jersey, Trenton Vicinage

- *In re Potash Antitrust Litigation (II)*, MDL Dkt. No. 1996, No. 1:08-CV-6910, In the United States District Court for the Northern District of Illinois

- *Premier Open MRI, LLC v. Progressive American Ins. Co.*, Case No. 04-00021, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- Project HEART-Holocaust Era Asset Restitution Taskforce

- *Provo v. China Organic Agriculture, Inc.*, Case No.: 08-cv-10810, United States District Court, Southern District of New York

- *Puritan Budget Plan, Inc. v. Amstar Insurance Company*, Case No. 04-10428, In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

- *Quaak v. Dexia, S.A.*, No.: 03-CV-11566 (PBS), United States District Court, District of Massachusetts

- *Ragsdale v. SanSai USA, Inc.*, Case Number 07-cv-1246 WQH (CAB), United States District Court, Southern District of California

- *Ramirez v. GreenPoint Mortgage Funding, Inc.*, Case No. 08-CV-00369 TEH, United States District Court for the Northern District of California

- *Raspante v. Harris Interactive et al.*, C.A. 9148-VCP, Court of Chancery, State of Delaware

- *Raul v. Western Liberty Bancorp*, Case No. A-12-668865-B, District Court of Clark County, Nevada

- *In re RBC Dain Rauscher Overtime Litigation*, Master File: 06-03093 JRT-FLN, United States District Court, District of Minnesota

- *In re RCN Corporation ERISA Litigation*, Master File No.: 04-CV-5068 (FLW), United States District Court, District of New Jersey

- *In re Ready-Mixed Concrete Antitrust Litigation*, Case No. 1:05-cv-00979-SEB-VSS, United States District Court for the Southern District of Indiana, Indianapolis Division

- *In re Reliant Securities Litigation*, Civil Action No. H-02-1810 (CONSOLIDATED), United States District Court, Southern District of Texas, Houston Division

- *In re RenaissanceRe Holdings Ltd. Securities Litigation*, Master No. 1:05-cv-06764-WHP, United States District Court, Southern District of New York

- *In re R.H. Donnelley Corp. ERISA Litigation*, Case No. 09-CV-07571 (RWG/MTM), United States District Court, Northern District of Illinois

- *Rolark v. Lawyers Title Insurance Corporation*, Case No. 03 CH 13789, In the Circuit Court of Cook County, Illinois County Department, Chancery Division

- *Rubin v. MF Global, Ltd.*, Case No. 08 Civ. 2233 (VM,) United States District Court, Southern District of New York

- *Rupp v. Thompson*, Court File No. C5-03-347, State of Minnesota District Court, County of Lyon, Fifth Judicial District

- *S. Parker Hardware Mfg. Corp. v. AT&T Corp.*, Docket No. BER-L-162-06, Superior Court of New Jersey, Bergen County

- *Saint Pete MRI v. Hartford*, Case No.: 10-03925, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Saint Pete MRI v. Auto Club South Insurance Company*, Case No.: 10-CA-013134, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Sam v. White*, Cause No. 49D06-1006-PL-027492, State of Indiana, In the Marion Superior Court No. 6, Civil Division

- *Santos v. Silver*, Docket No.: MID-L-08188-07, Superior Court of New Jersey, Middlesex County

- *Scher v. Oxford Health Plans, Inc.*, AAA No. 11 193 00548 05, American Arbitration Association

- *In re Schering-Plough Corp. Enhance ERISA Litigation*, Civil Action No. 08-CV-1432 (DMC), United States District Court, District of New Jersey

- *In re Schering-Plough Corp. ERISA Litigation*, Civil Action No. 03-1204 (KSH), United States District Court, District of New Jersey

- *Schmitz v. Liberty Mutual Insurance Company*, Civil Action No. 4:08-cv-02945, In the United States District Court for the Southern District of Texas Houston Division

- *In re Scottish Re Group Securities Litigation*, Master File No. 06-cv-5853 (SAS), United States District Court, Southern District of New York

- *In re Sears, Roebuck & Co. ERISA Litigation*, Case No. 02-C-8324, United States District Court, Northern District of Illinois

- *SEC v. Anderson*, Civil Action No. 05-1128 (D. Minn.)

- *SEC v. Gen-See Capital Corporation and Richard S. Piccoli*, Civil Action 09-cv-00014S, United States District Court, Western District of New York

- *SEC v. RenaissanceRe Holdings Ltd.*, Case No. 1:07-cv-00865 RWS, United States District Court, Southern District of New York

- *In re SEC v. Rockford Funding Group*, Docket 1:09-cv-10047-PGG, United States District Court, Southern District of New York

- *In re SEC v. Take-Two Interactive Software, Inc.*, Civil Action No. 09-cv-03113, United States District Court, Southern District of New York

- *SEC v. Tecumseh Holdings Corporation*, 03 Civ. 5490 (SAS), United States District Court, Southern District of New York

- *SEC v. The BISYS Group, Inc.*, Civil Action No. 07-cv-04010-KMK, United States District Court, Southern District of New York

- *SEC v. Value Line, Inc.*, A.P. File No. 3-13675, Securities and Exchange Commission

- *SEC v. WexTrust Capital, LLC*, Case No. 08-cv-7104 (DC), United States District Court, Southern District of New York

- *SEC v. Zomax, Inc.*, Civil Action No. 04-1155 (DWF/SRN), United States District Court, District of Minnesota

- *Serino v. Kenneth Lipper v. PricewaterhouseCoopers, LLP*, Index No. 04/602106, Supreme Court of the State of New York, County of New York

- *In re Sexy Hair Concepts, LLC*, Case No. 1:10-bk-25919-GM, United States Bankruptcy Court for the Central District of California, San Fernando Valley Division

- *In re SFBC International Securities & Derivative Litigation*, Case No. 2:06-cv-000165-SRC, United States District Court, District of New Jersey

- *Shamblin v. Obama For America, et al.*, Case No. 8:13-cv-02428-VMC-TMB, United States District Court, Middle District of Florida, Tampa Division

- *Shane v. Edge*, Case No. 3:10-CV-50089, United States District Court for the Northern District of Illinois, Northern Division

- *Sheikh v. Maxon Hyundai, Inc.*, Docket No: L-000476-09, Superior Court of New Jersey, Union County

- *Silke v. Irwin Mortgage Corporation*, Cause No. 49D03-0304-PL-000697, State of Indiana, Marion Superior Court, Civil Division

- *Sivsubramanian v. DNC Health Corp.*, Case No. 2:10-cv-03522-VBF (FMOx), United States District Court, Central District of California at Los Angeles

- *In re SLM Corporation Securities Litigation*, Case No. 08-Civ-1029 (WHP), United States District Court, Southern District of New York

- *Smith v. Mill-Tel, Inc.*, Case No. 08-CV-2016-JAR/JPO, United States District Court, District of Kansas, at Kansas City

- *Smolkin v. Leviton Manufacturing Co., Inc.*, Case No.: 03-C-04-008929, In the Circuit Court for Baltimore County

- *Soden v. East Brunswick Buick-Pontiac-GMC, Inc.*, Docket Nos. L-2510-03 and L-5617-03, Superior Court of New Jersey, Middlesex County

- *Sokoloski v. Stewart Title Guaranty Company Settlement*, Case No. 3:08-cv-00236-AWT, United States District Court, District of Connecticut

- *Sonoda v. Amerisave*, Case No. CV11-01803-EMC, United States District Court for the Northern District of California, San Francisco Division

- *Southeast Texas Medical Associates, LLP v. VeriSign, Inc.*, Case No. 1-05-CV-035550, Superior Court of the State of California, County of Santa Clara

- *Special Situations Fund III, L.P. v. Quovadx, Inc.*, Case No. 04-cv-01006-RPM, United States District Court for the District of Colorado

- *Steele v. GE Money Bank*, Case No. 08-CV-1880 United States District Court for the Northern District of Illinois

- *Stein v. Pactiv Corporation*, Case No. 10-CH-35455, In the Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *In re Sterling Financial Corporation Merger Litigation*, No. 13-2-03848-4 (Consolidated with Case Nos. 13-2-03904-9 and 13-2-03986-3), In the Superior Court of Washington in and for Spokane County

- *In re: Sterling Financial Corporation Securities Class Action*, Civil Action No. 07-2171, United States District Court, Eastern District of Pennsylvania

- *Stoffels v. SBC Communications, Inc.*, Case No. 5:05-CA-00233-WWJ, United States District Court for the Western District of Texas, San Antonio Division

- *In re Stone & Webster, Inc. Securities Litigation*, Civil Action No. 00-CV-10874-RWZ, United States District Court, District of Massachusetts

- *In re: Supervalu, Inc. Securities Litigation*, Civil Action No. 02-CV-1738 (JEL/JGL), United States District Court, District of Minnesota

- *In re Suprema Specialties, Inc. Securities Litigation*, Master File No. 02-168 (WHW), United States District Court, District of New Jersey

- *Sutterfield v. Carney*, Case No. C-04-0893 BZ, United States District Court, Northern District of California

- *In re Symbol Technologies, Inc. Securities Litigation*, Case No. 02-CV-1383 (LDW), United States District Court, Eastern District of New York

- *In re Take-Two Interactive Securities Litigation and SEC v. Brant*, No. 1:06-cv-00803-RJS, United States District Court, Southern District of New York

- *Taylor v. McKelvey (Monster Worldwide, Inc.)*, Civil Action No.: 06-cv-8322 (AKH), United States District Court, Southern District of New York

- *In re TD Banknorth Shareholders Litigation*, Consolidated C.A. No. 2557-VCL, In the Court of Chancery of the State of Delaware

- *In re Ticketmaster Entertainment Shareholder Litigation*, Case No. BC407677, Superior Court for the State of California, County of Los Angeles, Central Civil West

- *In re: Tyson Foods, Inc. Securities Litigation*, Civil Action No. 01-425-SLR, United States District Court for the District of Delaware

- *In the Matter of UBS Financial Services Inc. of Puerto Rico*, File No. 3-14863, United States of America Before the Securities and Exchange Commission

- *Ultra Open MRI Corporation v. Hartford Casualty Insurance Company*, Case No. 07-CA-009132, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Ultra Open MRI Corporation v. Nationwide Assurance Company*, Case No. 03-010725, Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, Division H

- *United Consumer Financial Services Company v. William Carbo v. A&M Merchandising, Inc.*, Case No. L-3438-02, Superior Court of New Jersey, Law Division: Hudson County

- *Valley National Bank v. Cahn*, Docket No. L-0504-04, Superior Court of New Jersey, Law Division, Mercer County

- *Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc.*, Case No. SACV 03-989 DOC (Anx), United States District Court, Central District of California

- *In re Vaso Active Pharmaceuticals Derivatives Litigation*, Master Docket No. 04-10792 (RCL) (Consolidated Derivative Action), United States District Court, District of Massachusetts

- *In re Vaso Active Pharmaceuticals Securities Litigation*, Master Docket No. 04-10708 (RCL), United States District Court, District of Massachusetts

- *Veal v. Crown Auto Dealerships, Inc.*, Case No. 8:04-CV-0323-T-27 MSS, United States District Court, Middle District of Florida, Tampa Division

- *In re Viisage Technology, Inc. Securities Litigation*, Civil Action No. 05-cv-10438-MLW, United States District Court, District of Massachusetts

- *In re VisionAmerica, Inc. Securities Litigation*, Master File No. 3-00-0279, United States District Court, Middle District of Tennessee, Nashville Division

- *Von Friewalde v. Boeing Aerospace Operations, Inc.*, C.A. No. SA06CA0236-OG, United States District Court for the Western District of Texas, San Antonio Division

- *In re Vonage Initial Public Offering (IPO) Securities Litigation*, Docket No. 07-CV-177 (FLW/TJB), United States District Court, District of New Jersey

- *Walker v. Hill Wallack LLP*, Case No. MID-L-003480-08, Superior Court of New Jersey, Middlesex County, Law Division

- *Walter v. Level 3 Communications, Inc.*, Civil Action No. 09-cv-0658-REB-CBS, United States District Court, District of Colorado

- *In re Warner Chilcott Limited Securities Litigation*, Case No. 06-CV-11515-WHP, United States District Court, Southern District of New York

- *Warren v. Orkin Exterminating Company, Inc.*, Civil Action No. 01-1-8395-35, In the Superior Court of Cobb County, State of Georgia

- *Wells v. DTD Enterprises, Inc.*, Case No. L-9012-07, Superior Court of New Jersey, Middlesex County, Law Division

- *Brown v. Wells Fargo & Company*, Case No. 11-1362 (JRT/JJG), United States District Court, District of Minnesota

- *Wenger v. Brunswick Buick Pontiac GMC, Inc.* and *Soden v. East Brunswick Buick Pontiac GMC Inc.*, Docket Nos. L-2510-03 and L-5617-03, Superior Court of New Jersey, Middlesex County

- *Wenger v. Cardo  Inc., et al.*, Docket No.: MID-L-4924-07, Superior Court of New Jersey – Middlesex County: Law Division

- *Wenger v. Freehold Subaru, LLC*, Civil Action, Docket No. MON-L-4003-10, Superior Court of New Jersey, Monmouth County – Law Division

- *White v. E-Loan, Inc.*, Case No. C O5-02080SI, United States District Court, Northern District of California

- *Will v. American Equity Mortgage, Inc.*, Case No. 09-CV-10305, State of Wisconsin, Milwaukee County Circuit Court

- *Williams v. CBE Group*, Case No.: 2:11-cv-3680-PS, United States District Court, District of New Jersey

- *Wisniak v. Mirant Americas Generation, LLC*, Civil Action No. 1:03-CV-2049-BBM, In the United States District Court for the Northern District of Georgia, Atlanta Division

- *Wyatt v. El Paso Corporation*, Civil Action No. H-02-2717, United States District Court, Southern District of Texas, Houston Division

- *Herrera v. Wyeth ERISA Litigation*, Civil Action: 08 Civ. 04688 (RJS), United States District Courts, Southern District of New York

- *Yarviv v. AT&T Corp.*, Docket No. SOM-L-272-05, Superior Court of New Jersey, Law Division: Somerset County

- *Yingling, et al. v. eBay, Inc.*, C 09 01733 JW (PVT), United States District Court, Northern District of California, San Jose Division

- *Yost v. First Horizon*, Civil Action No. 08-02293, United States District Court for the Western District of Tennessee

- *Young v. Heimbuch*, Case No: CV10-8914 ODW (MANx), United States District Court , Central District of California

- *In re: YRC Worldwide, Inc. ERISA Litigation*, Case No. 2:09-cv-02953, United States District Court, District of Kansas

- *Zametkin v. Fidelity Management & Research Company*, No. 1:08-cv-10960-MLW, United States District Court, District of Massachusetts

- *Zelnick v. Citation Homes, Inc.*, Case No. 413861, Superior Court of California, County of San Mateo

- *Zilhaver v. UnitedHealth Group Incorporated*, No. 06-C-2237, United States District Court, District of Minnesota

- *In re Zomax, Inc. Securities Litigation*, Case No. 05-cv-01128, United States District Court, District of Minnesota

## NOTABLE ENGAGEMENTS

**Project HEART – Holocaust Era Asset Restitution Taskforce**: In February 2011, A.B. Data was appointed the Administrator of Project HEART (Holocaust Era Asset Restitution Taskforce) to provide essential tools, strategy, and information that will ultimately enable the Government of Israel and its partners to secure a measure of justice for eligible Jewish victims and their heirs. Project HEART is one of the most comprehensive multilingual notice campaigns ever undertaken, covering 126 countries. As part of its efforts, A.B. Data launched a multilingual, interactive website (heartwebsite.org), established a 24-hour call center using 13 languages, distributed more than 500,000 documents to potentially eligible families of Holocaust victims, handled over 80,000 calls, conducted archival research, and created the most comprehensive online repository in history, with records of more than 2 million looted Holocaust-era properties. In addition, A.B. Data reached out to 15,000 nongovernmental organizations that are now engaged in the project, assisted thousands of Holocaust victims and their heirs, established an active social media campaign, held numerous press conferences, participated in dozens of radio programs, and processed tens of thousands of claims.

**Holocaust Victim Assets Litigation (Swiss Banks)**: In this $1.25 billion settlement, as the court-appointed Notice Administrator, Ms. Verkhovskaya played a key role in a worldwide Phase I notice program that resulted in the processing of more than 500,000 initial questionnaires. In Phase III, A.B. Data delivered notice to over 10,000 Jewish communities in 109 countries and administered international help and call centers in Phases I and III that directly assisted more than 100,000 potential claimants. A.B. Data created a class-appropriate notice targeting Romanies (Gypsies) in 48 countries and directed hundreds of staff members in communicating orally and directly with Romani communities and individuals. A.B. Data notified more than 2 million people and, as designated by the International Organization for Migration (IOM), directly assisted more than 22,000 Romanies in 17 countries of central and eastern Europe with claim completion.

**German Forced Labor Compensation Programme (GFLCP)**: As designated by IOM, A.B. Data, under the direction of Ms. Verkhovskaya, located more than 43,000 Romani survivors in 17 countries of central and eastern Europe who were potentially eligible for humanitarian aid. A.B. Data created a comprehensive database for the GFLCP and the Holocaust Victim Assets Programme and directly assisted more than 11,000 Romanies in eight central and eastern European countries with claim completion.

## ADDITIONAL INFORMATION

Prior to joining A.B. Data, Ms. Verkhovskaya served in a variety of consulting, community outreach, and film production roles. She has worked with Steven Spielberg, heading the European and Asian operations of the Shoah Foundation, was a producer of the 1999 Oscar-winning Best Documentary Feature, *The Last Days*, and won the 54th Annual Christopher Award in Television & Cable for her co-production efforts in *Children from the Abyss* (2001).

Ms. Verkhovskaya has served on the Advisory Committee for New Émigrés in New York City and is a founder and member of the Board of Directors of the Archive: Institute of Russian Jewish American Diaspora, New York City, a nonprofit organization whose Honorary Chair is Sir Martin Gilbert. This organization was founded to preserve the history and collective memory of the Jewish immigrant community from the former Soviet Union.

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**DECLARATION OF MARK PARLOW, A.B. DATA, LTD.**<br><br><u>JURY TRIAL DEMAND</u><br><br>Complaint Filed:  December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers |

I, Mark Parlow, declare as follows:

1.      I am an adult over the page of 18 and a resident of the state of Wisconsin.  Unless indicated otherwise, I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2.      I regularly analyze call records in my capacity as a Information Systems Manager at A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), headquartered in Milwaukee, Wisconsin.

3.     I assisted with the preparation of the Expert Report of Anya Verkhovskaya, A.B. Data, Ltd.  I am familiar with and can provide testimony regarding the methodologies used to generate and the results set forth in Ms. Verkhovskaya's report.  I adopt and hold the opinions expressed in each of the reports to a reasonable degree of certainty in the field of data management and data analysis.

Executed at Milwaukee, Wisconsin, this 7 day of November 2016.

_____

Mark Parlow

DECLARATION OF MARK PARLOW, A.B. DATA, LTD. - 2
CASE NO. 4:15-CV-06314-YGR