Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
   & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC., <br><br> Defendants. | NO. 4:15-cv-06314-YGR <br><br> **DECLARATION OF RACHEL E. HOOVER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> <u>JURY TRIAL DEMAND</u> <br><br> Complaint Filed: December 30, 2015 <br><br> Honorable Yvonne Gonzalez Rogers <br><br> DATE: April 25, 2017 <br> TIME: 2:00 p.m. <br> LOCATION: Oakland Courthouse <br> Courtroom 1 - 4th Floor |

DECLARATION OF RACHEL E. HOOVER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 4:15-CV-06314-YGR

I, Rachel E. Hoover, declare as follows:

1.      I am a paralegal at Terrell Marshall Law Group PLLC ("TMLG") and am over the age of eighteen.  I make this declaration in support of Plaintiffs' Motion for Class Certification. I make this declaration based on personal knowledge.  If called to testify as to the contents of this declaration, I could and would competently do so.

2.      On May 24, 2016, Plaintiffs received documents from third party Nationwide Alarms, LLC ("Nationwide") in response to a subpoena in this matter.  Included in this production of documents were six Excel spreadsheets consisting of call detail records, which were produced to Defendants by Plaintiffs in this matter and Bates labeled NATIONWIDE_000012-NATIONWIDE_000017 ("Call Detail Records").

3.      I have reviewed the Call Detail Records.  Each of the Excel spreadsheets that make up the Call Detail Records contain the following number of rows and columns:

| File Name | Number of Rows | Number of Columns |
|---|---|---|
| NATIONWIDE_000012 | 6,918 | 18 |
| NATIONWIDE_000013 | 175,871 | 18 |
| NATIONWIDE_000014 | 13,326 | 14 |
| NATIONWIDE_000015 | 178,435 | 14 |
| NATIONWIDE_000016 | 367 | 22 |
| NATIONWIDE_000017 | 14,081 | 22 |

Each of the Excel spreadsheets contain some common fields (columns), including unique ID, telephone number dialed, and call date and time.

4.      Using a data preparation, blending, and analytics program called Alteryx, I combined the Call Detail Records into one Alteryx database from which I could perform a number of analyses.

5.      First, I examined the data and removed all rows for which the telephone number dialed field contained an invalid telephone number—one containing more or less than 10 digits. I performed this step by running a basic "filter" command in Alteryx, which filtered out and

1   excluded all rows containing a telephone number that was not 10 digits in length.  This filter
2   resulted in a list of 205,178 rows ("Filtered Call Detail Records").

3        6.     Next, I downloaded the current copy of the IMS wireless cell block identifier
4   database, which I understand is list of all telephone numbers assigned as cell phone numbers, and
5   the Neustar Ported Numbers databases, which I understand are two lists of (1) all landline phone
6   numbers that have been reassigned or "ported" to cell phone numbers and (2) all cell phone
7   numbers that have been reassigned or "ported" to landline numbers.  The Neustar Ported
8   Numbers databases included a date field showing the date when each number was reassigned or
9   ported, if any.  I understand these lists are regularly used to identify whether a phone number is a
10  cell phone number.

11       7.     To determine which telephone numbers listed in the Filtered Call Detail Records
12  were cell phone numbers as of the date of the calls indicated in Nationwide's records, I first
13  compared all of the telephone numbers listed in them against the numbers listed in the IMS
14  database.  This involved simply importing both the Filtered Call Detail Records and the IMS
15  wireless cell block identifier list into Alteryx, and then executing a basic "join" command telling
16  the program to compare the two lists to identify the matches.

17       8.     Then, I compared the list of phone numbers in the Filtered Call Detail Records to
18  the lists of phone numbers in the Neustar Ported Numbers databases to see which ones had been
19  reassigned from landline to cell or from cell to landline at the time of the call.  This involved the
20  same process described above.  I imported the Neustar Ported Numbers databases into Alteryx,
21  along with the Filtered Call Detail Records and IMS database, and executed another basic "join"
22  command telling the program to compare the lists to identify the matches, and simultaneously
23  identify which of the numbers that were reassigned were nevertheless wireless numbers at the
24  time of the call.

25       9.     I could have performed these comparisons manually (by simply looking at the two
26  lists), but that would take an exceptionally long period of time given the size of the lists.

27

DECLARATION OF RACHEL E. HOOVER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 3
CASE NO. 4:15-CV-06314-YGR

10.     My comparisons resulted in a list of 125,346 calls to cell phone numbers and 64,726 calls to non-cell, or landline, phone numbers.

11.     I then determined the unique number of cell phone numbers called by simply deduplicating the list of calls to cell phone numbers using a basic "unique" command in Alteryx, which removed any duplicate records based on each row's telephone number dialed.  This deduplication step resulted in a list of 22,118 unique cell phone numbers.

12.     I also determined the unique number of landline phone numbers called by again simply deduplicating the list of calls to landline phone numbers using the "unique" command, which resulted in a list of 22,102 unique landline phone numbers.

13.     I reviewed the list of unique cell phone numbers called by Nationwide and determined that Plaintiff Abante Rooter and Plumbing, Inc.'s cell phone number, (510) 540-7210, is included in the list.

14.     I reviewed the list of unique cell phone numbers called by Nationwide and determined that Plaintiff Mark Hankins' cell phone number, (813) 503-9101, is included in the list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Seattle, Washington, this 6th day of March, 2017.

_____

Rachel E. Hoover

DECLARATION OF RACHEL E. HOOVER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 4
Case No. 4:15-cv-06314-YGR

## I.  LOCAL RULE 5-1(I)(3) STATEMENT

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the declarant, and that I will maintain records to support this concurrence by the declarant as required under the local rules.

DATED this 7th day of March, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

2

3      I, Beth E. Terrell, hereby certify that on March 7, 2017, I electronically filed the

4  foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

5  such filing to the following:

6          Stephen E. Taylor, SBN #058452
           Email: staylor@taylorpatchen.com
7          Jonathan A. Patchen, SBN #237346
           Email: jpatchen@taylorpatchen.com
8          Cheryl A. Cauley, SBN #252262
           Email:  ccauley@taylorpatchen.com
9          TAYLOR & PATCHEN, LLP
           One Ferry Building, Suite 355
10         San Francisco, California 94111
           Telephone:  (415) 788-8200
11         Facsimile:   (415) 788-8208

12         Martin W. Jaszczuk, *Admitted Pro Hac Vice*
           Email: mjaszczuk@jaszczuk.com
13         Margaret M. Schuchardt, *Admitted Pro Hac Vice*
           Email:  mschuchardt@jaszczuk.com
14         Keith L. Gibson, *Admitted Pro Hac Vice*
           Email:  kgibson@jaszczuk.com
15         JASZCZUK P.C.
           311 South Wacker Drive, Suite 1775
16         Chicago, Illinois 60606
           Telephone: (312) 442-0311
17

18         Ross A. Buntrock, *Admitted Pro Hac Vice*
           Email: ross@olspllc.com
19         OBSIDIAN LEGAL PLLC
           1821 Vernon Street NW
20         Washington, DC 20009
           Telephone: (202) 643-9055
21

22         *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

23

24

25

26

27

DECLARATION OF RACHEL E. HOOVER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 6
Case No. 4:15-cv-06314-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DATED this 7th day of March, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, SBN #178181
     Beth E. Terrell, SBN #178181
     Email: bterrell@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
     Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs*

DECLARATION OF RACHEL E. HOOVER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 7
CASE NO. 4:15-CV-06314-YGR