1  Stephen E. Taylor, SBN 058452
2  Jonathan A. Patchen, SBN 237346
3  Cheryl A. Galvin, SBN 252262
   TAYLOR & PATCHEN, LLP
4  One Ferry Building, Suite 355
   San Francisco, CA 94111
5  Telephone: 415-788-8200
   Facsimile: 415-788-8208
6  E-mail: staylor@taylorpatchen.com
   E-mail: jpatchen@taylorpatchen.com
7  E-mail: cgalvin@taylorpatchen.com

8  Ross Allen Buntrock
   OBSIDIAN LEGAL PLLC
9  1821 Vernon St., NW
   Washington, DC 20009
10 Telephone: (202) 643-9055
   Email: ross@olspllc.com
11
12 [Additional Counsel Appear on Signature Page]

13 *Attorneys for Defendants Alarm.com Incorporated
   and Alarm.com Holdings, Inc.*
14

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 4:15-cv-06314-YGR<br><br>**DECLARATION OF MARGARET SCHUCHARDT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED CONFIDENTIAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

1      I, Margaret Schuchardt, make the following Declaration based on personal knowledge of the matters set forth herein. If called upon, I could and would testify competently to the following:

1. I am a partner at Jaszczuk, P.C., counsel to Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. ("Alarm.com" or "Defendants") in this matter. I submit this Declaration in support of Defendants' Administrative Motion to File Under Seal Materials Designated Confidential.

2. My declaration in support of Defendants' Response to Plaintiffs' Motion for Class Certification attaches documents that Defendants have designated as confidential.

3. Defendants therefore seek to file these documents under seal pursuant to the Stipulated Protective Order in this case (Dkt. 55) because the documents contain "trade secret[s] or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). Submitted herewith are the unredacted versions of the below-listed documents for filing under seal.

| Document | Portion Designated Confidential |
| --- | --- |
| Excerpts of the transcript of the deposition of Stephen Trundle (Exhibit 2 to Schuchardt Decl. in Support of Defendants' Response to Plaintiffs' Motion for Class Certification) | Entire document |
| Alarm 0018581-83 (Exhibit 14 to Schuchardt Decl. in Support of Defendants' Response to Plaintiffs' Motion for Class Certification) | Entire document |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  EXECUTED in Chicago, IL on March 28, 2017.

                                    /s/ Margaret M. Schuchardt
                                    Margaret M. Schuchardt

# CERTIFICATE OF SERVICE

I, Margaret M. Schuchardt, hereby certify that on March 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive electronic service in the above-captioned action.

Dated:   March 28, 2017

Respectfully submitted,

JASZCZUK P.C.

By:  /s/  Margaret M. Schuchardt
Martin W. Jaszczuk (*pro hac vice*)
Margaret M. Schuchardt (*pro hac vice*)
Keith L. Gibson (*pro hac vice*)
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois  60606
Telephone:  (312) 442-0509
Facsimile:  (312) 442-0519
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com
kgibson@jaszczuk.com

*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*