```
 1  Stephen E. Taylor, SBN 058452
    Jonathan A. Patchen, SBN 237346
 2  Cheryl A. Galvin, SBN 252262
    TAYLOR & PATCHEN, LLP
 3  One Ferry Building, Suite 355
    San Francisco, CA 94111
 4  Telephone: 415-788-8200
    Facsimile: 415-788-8208
 5  E-mail: staylor@taylorpatchen.com
    E-mail: jpatchen@taylorpatchen.com
 6  E-mail: cgalvin@taylorpatchen.com
 7
    Ross Allen Buntrock
 8  OBSIDIAN LEGAL PLLC
    1821 Vernon St., NW
 9  Washington, DC 20009
10  Telephone: (202) 643-9055
    Email: ross@olspllc.com
11
    [Additional Counsel Appear on Signature Page]
12
    Attorneys for Defendants Alarm.com Incorporated
13  and Alarm.com Holdings, Inc.
14
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 4:15-cv-06314-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED CONFIDENTIAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. ("Defendants") have filed an Administrative Motion to File Under Seal Certain Documents Designated Confidential.

The Court has reviewed Defendants' Motion, and IT IS HEREBY ORDERED that the documents will be sealed:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 2 to Declaration of Margaret Schuchardt in Support of Defendants' Response to Plaintiffs' Motion for Class Certification | Defendants' Administrative Motion to File Under Seal Certain Documents Designated Confidential; Declaration of Margaret Schuchardt in Support of Motion, ¶ 2 | |
| Exhibit 14 to Declaration of Margaret Schuchardt in Support of Defendants' Response to Plaintiffs' Motion for Class Certification | Defendants' Administrative Motion to File Under Seal Certain Documents Designated Confidential; Declaration of Margaret Schuchardt in Support of Motion, ¶ 2 | |

Dated this ___ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE