Stephen Scott Trundle
February 15, 2017

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ABANTE ROOTER AND PLUMBING,

INC., GEORGE ROSS MANESIOTIS,

MARK HANSKINS AND PHILIP J. CHARVAT,

Individually and on behalf of all

Others similarly situated,

        Plaintiffs    CASE NO:

Vs.                       4:15-CV-06314-YGR

ALARM.COM, INCORPORATED AND

ALARM.COM HOLDINGS, INC.,

        Defendants.

_____/

The Deposition of:

    STEPHEN SCOTT TRUNDLE,

A Witness, called for examination by Counsel For

Plaintiff, pursuant to Notice, held at the Offices of

Morrison Foerster, 1650 Tysons Boulevard, Suite 400,

McLean, Virginia, on February 15, 2017, scheduled to

commence at 9:00 a.m., before Chris Fox, Notary Public,

when were present on behalf of the respective parties:

Stephen Scott Trundle
February 15, 2017



Stephen Scott Trundle
February 15, 2017







Stephen Scott Trundle
February 15, 2017

