Chiharu Sekino, SBN #306589
Email: csekino@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed: December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
CASE NO. 4:15-CV-06314-YGR

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rules 79-5 and 7-11, Plaintiffs seek leave to file under seal the document described herein. This Administrative Motion is supported by the Declaration of Beth E. Terrell in Support of Administrative Motion to File Under Seal.

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiffs are filing an amended version of their Reply in Support of Motion for Class Certification. Civil L.R. 79-5(e) states that if the party submitting a motion to file under seal "is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ('the Designating Party')."

The parties are subject to a stipulated protective order in this case (Dkt. No. 55). Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. have designated certain documents as confidential. Plaintiffs now move to file portions of the following document that discuss a document Defendants designated as confidential under seal in compliance with the protective order:

1. Plaintiffs' Reply in Support of Motion for Class Certification, page 5 lines 21-26.

Plaintiffs request that the Court grant this administrative motion to seal.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 12th day of April, 2017. |
| 2 | TERRELL MARSHALL LAW GROUP PLLC |
| 3 | |
| 4 | By:  Beth E. Terrell, SBN #178181 |
| | Beth E. Terrell, SBN #178181 |
| 5 | Email: bterrell@terrellmarshall.com |
| | Jennifer Rust Murray, *Admitted Pro Hac Vice* |
| 6 | Email:  jmurray@terrellmarshall.com |
| 7 | 936 North 34th Street, Suite 300 |
| | Seattle, Washington  98103 |
| 8 | Telephone:  (206) 816-6603 |
| | Facsimile:   (206) 319-5450 |
| 9 | |
| 10 | John W. Barrett, *Admitted Pro Hac Vice* |
| | E-mail: jbarrett@baileyglasser.com |
| 11 | Jonathan R. Marshall, *Admitted Pro Hac Vice* |
| | Email:  jmarshall@baileyglasser.com |
| 12 | Ryan McCune Donovan, *Admitted Pro Hac Vice* |
| | Email:  rdonovan@baileyglasser.com |
| 13 | BAILEY & GLASSER, LLP |
| | 209 Capitol Street |
| 14 | Charleston, West Virginia  25301 |
| 15 | Telephone:  (304) 345-6555 |
| | Facsimile:   (304) 342-1110 |
| 16 | |
| | Edward A. Broderick |
| 17 | Email: ted@broderick-law.com |
| | Anthony I. Paronich, *Admitted Pro Hac Vice* |
| 18 | Email: anthony@broderick-law.com |
| 19 | BRODERICK & PARONICH, P.C. |
| | 99 High Street, Suite 304 |
| 20 | Boston, Massachusetts 02110 |
| | Telephone:  (617) 738-7080 |
| 21 | Facsimile:   (617) 830-0327 |
| 22 | |
| | Matthew P. McCue |
| 23 | E-mail: mmccue@massattorneys.net |
| | THE LAW OFFICE OF MATTHEW P. McCUE |
| 24 | 1 South Avenue, Suite 3 |
| 25 | Natick, Massachusetts  01760 |
| | Telephone:  (508) 655-1415 |
| 26 | Facsimile:   (508) 319-3077 |
| 27 | |

1
2
3
4
5

Chiharu Sekino, SBN #306589
Email: csekino@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367

6
7
8
9
10

James C. Shah, SBN #260435
Email: jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
35 East State Street
Media, Pennsylvania 19063
Telephone:  (610) 891-9880
Facsimile:  (866) 300-7367

11

*Attorneys for Plaintiffs and the Proposed Classes*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
CASE NO. 4:15-CV-06314-YGR

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Stephen E. Taylor, SBN #058452
>Email: staylor@taylorpatchen.com
>Jonathan A. Patchen, SBN #237346
>Email: jpatchen@taylorpatchen.com
>Cheryl A. Cauley, SBN #252262
>Email: ccauley@taylorpatchen.com
>TAYLOR & PATCHEN, LLP
>One Ferry Building, Suite 355
>San Francisco, California 94111
>Telephone: (415) 788-8200
>Facsimile: (415) 788-8208
>
>Martin W. Jaszczuk, *Admitted Pro Hac Vice*
>Email: mjaszczuk@jaszczuk.com
>Margaret M. Schuchardt, *Admitted Pro Hac Vice*
>Email: mschuchardt@jaszczuk.com
>Keith L. Gibson, *Admitted Pro Hac Vice*
>Email: kgibson@jaszczuk.com
>JASZCZUK P.C.
>311 South Wacker Drive, Suite 1775
>Chicago, Illinois 60606
>Telephone: (312) 442-0311
>
>Ross A. Buntrock, *Admitted Pro Hac Vice*
>Email: ross@olspllc.com
>OBSIDIAN LEGAL PLLC
>1821 Vernon Street NW
>Washington, DC 20009
>Telephone: (202) 643-9055
>
>*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

1  DATED this 12th day of April, 2017.

2                           TERRELL MARSHALL LAW GROUP PLLC

3  By: /s/ Beth E. Terrell, SBN #178181
    Beth E. Terrell, SBN #178181
4      Email: bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
5      Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
6      Facsimile:  (206) 350-3528

7

8  *Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 6
CASE NO. 4:15-CV-06314-YGR