1  Chiharu Sekino, SBN #306589
   Email: csekino@sfmslaw.com
2  SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   44 Montgomery Street, Suite 650
3  San Francisco, CA 94104
   Telephone: (415) 429-5272
4  Facsimile: (866) 300-7367

5
   Beth E. Terrell, SBN #178181
6  Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, *Admitted Pro Hac Vice*
7  Email:  jmurray@terrellmarshall.com
   TERRELL MARSHALL LAW GROUP PLLC
8  936 N. 34th Street, Suite 300
   Seattle, Washington  98103
9  Telephone:  (206) 816-6603
   Facsimile:   (206) 319-5450
10

11 [Additional Counsel Appear on Signature Page]

12 *Attorneys for Plaintiffs and the Proposed Classes*

13                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                            OAKLAND DIVISION

15

16 ABANTE ROOTER AND PLUMBING,
   INC., GEORGE ROSS MANESIOTIS,            NO. 4:15-cv-06314-YGR
17 MARK HANKINS, and PHILIP J.
   CHARVAT, individually and on behalf of all **DECLARATION OF BETH E.**
18 others similarly situated,                 **TERRELL IN SUPPORT OF**
                                              **PLAINTIFFS' ADMINISTRATIVE**
19                  Plaintiffs,               **MOTION TO FILE UNDER SEAL**

20        v.
                                            JURY TRIAL DEMAND
21 ALARM.COM INCORPORATED, and
   ALARM.COM HOLDINGS, INC.,               Complaint Filed:  December 30, 2015
22
                   Defendants.              Honorable Yvonne Gonzalez Rogers
23

24

25

26

27

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
CASE NO. 4:15-CV-06314-YGR

I, Beth E. Terrell, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC, co-counsel in this matter. I am a member in good standing of the bars of the states of California and Washington. I respectfully submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Plaintiffs' Reply in Support of Motion for Class Certification discusses a document that Defendants have designated as confidential. Plaintiffs are therefore filing the relevant portion of this document under seal in compliance with the stipulated protection order in this case (Dkt. No. 55). Submitted herewith is the unredacted versions of the below listed document for filing under seal.

| Document | Portion Designated Confidential |
|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification | Page 5 lines 21-26 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 12th day of April, 2017.

    /s/ Beth E. Terrell, SBN #178181
    Beth E. Terrell, SBN #178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 2
CASE NO. 4:15-CV-06314-YGR

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Stephen E. Taylor, SBN #058452
> Email: staylor@taylorpatchen.com
> Jonathan A. Patchen, SBN #237346
> Email: jpatchen@taylorpatchen.com
> Cheryl A. Cauley, SBN #252262
> Email:  ccauley@taylorpatchen.com
> TAYLOR & PATCHEN, LLP
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone:  (415) 788-8200
> Facsimile:   (415) 788-8208
>
> Martin W. Jaszczuk, *Admitted Pro Hac Vice*
> Email: mjaszczuk@jaszczuk.com
> Margaret M. Schuchardt, *Admitted Pro Hac Vice*
> Email:  mschuchardt@jaszczuk.com
> Keith L. Gibson, *Admitted Pro Hac Vice*
> Email:  kgibson@jaszczuk.com
> JASZCZUK P.C.
> 311 South Wacker Drive, Suite 1775
> Chicago, Illinois 60606
> Telephone: (312) 442-0311
>
> Ross A. Buntrock, *Admitted Pro Hac Vice*
> Email: ross@olspllc.com
> OBSIDIAN LEGAL PLLC
> 1821 Vernon Street NW
> Washington, DC 20009
> Telephone: (202) 643-9055
>
> *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

DATED this 12th day of April, 2017.

                    TERRELL MARSHALL LAW GROUP PLLC

                    By:  /s/ Beth E. Terrell, SBN #178181
                          Beth E. Terrell, SBN #178181
                          Email: bterrell@terrellmarshall.com
                          936 North 34th Street, Suite 300
                          Seattle, Washington 98103-8869
                          Telephone: (206) 816-6603
                          Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
CASE NO. 4:15-CV-06314-YGR