1   Chiharu Sekino, SBN #306589
    Email: csekino@sfmslaw.com
2   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
    44 Montgomery Street, Suite 650
3   San Francisco, CA 94104
    Telephone: (415) 429-5272
4   Facsimile: (866) 300-7367

5
    Beth E. Terrell, SBN #178181
6   Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, *Admitted Pro Hac Vice*
7   Email:  jmurray@terrellmarshall.com
    TERRELL MARSHALL LAW GROUP PLLC
8   936 N. 34th Street, Suite 300
    Seattle, Washington  98103
9   Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450
10

11  [Additional Counsel Appear on Signature Page]

12  *Attorneys for Plaintiffs and the Proposed Class*

13              UNITED STATES DISTRICT COURT
14        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
15

16  ABANTE ROOTER AND PLUMBING,
    INC., GEORGE ROSS MANESIOTIS,          NO. 4:15-cv-06314-YGR
17  MARK HANKINS, and PHILIP J.
    CHARVAT, individually and on behalf of all   **[PROPOSED] ORDER GRANTING**
18  others similarly situated,                   **PLAINTIFFS' ADMINISTRATIVE**
                                                 **MOTION TO FILE UNDER SEAL**
19                Plaintiffs,

20        v.                                     JURY TRIAL DEMAND

21  ALARM.COM INCORPORATED, and                  Complaint Filed:  December 30, 2015
    ALARM.COM HOLDINGS, INC.,
22                                               Honorable Yvonne Gonzalez Rogers
                  Defendants.
23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO
FILE UNDER SEAL - 1
CASE NO. 4:15-CV-06314-YGR

1

2

3

4

The Court has reviewed Plaintiffs' Administrative Motion to File Under Seal, as well as all papers filed by Plaintiffs and Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. in support of the Motion.  IT IS HEREBY ORDERED that the document will be sealed:

5

6

7

8

9

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification at page 5 lines 21-26 | Declaration of Beth E. Terrell in Support of Administrative Motion to File Under Seal, ¶ 2 | |

10

11

IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

12

13

14

_____
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on April 12, 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

> Stephen E. Taylor, SBN #058452
> Email: staylor@taylorpatchen.com
> Jonathan A. Patchen, SBN #237346
> Email: jpatchen@taylorpatchen.com
> Cheryl A. Cauley, SBN #252262
> Email:  ccauley@taylorpatchen.com
> TAYLOR & PATCHEN, LLP
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone:  (415) 788-8200
> Facsimile:   (415) 788-8208
>
> Martin W. Jaszczuk, *Admitted Pro Hac Vice*
> Email: mjaszczuk@jaszczuk.com
> Margaret M. Schuchardt, *Admitted Pro Hac Vice*
> Email:  mschuchardt@jaszczuk.com
> Keith L. Gibson, *Admitted Pro Hac Vice*
> Email:  kgibson@jaszczuk.com
> JASZCZUK P.C.
> 311 South Wacker Drive, Suite 1775
> Chicago, Illinois 60606
> Telephone: (312) 442-0311
>
> Ross A. Buntrock, *Admitted Pro Hac Vice*
> Email: ross@olspllc.com
> OBSIDIAN LEGAL PLLC
> 1821 Vernon Street NW
> Washington, DC 20009
> Telephone: (202) 643-9055
>
> *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DATED this 12th day of April, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, SBN #178181
     Beth E. Terrell, SBN #178181
     Email: bterrell@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
     Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO
FILE UNDER SEAL - 4
CASE NO. 4:15-CV-06314-YGR