Chiharu Sekino, SBN #306589
Email: csekino@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:   (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>**\*AS MODIFIED BY THE COURT\***<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers |

1  This matter came before the Court on Plaintiffs' Unopposed Motion to Remove
2  Incorrectly Filed Document.  The Court has reviewed the pleadings and HEREBY GRANTS the
3  motion as follows: The clerk shall permanently lock Docket Entry No. 108 in the ECF Filing
4  System for the Northern District of California.
5  IT IS SO ORDERED.
6  DATED this  17th day of April, 2017.

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on April 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Stephen E. Taylor, SBN #058452
> Email: staylor@taylorpatchen.com
> Jonathan A. Patchen, SBN #237346
> Email: jpatchen@taylorpatchen.com
> Cheryl A. Cauley, SBN #252262
> Email: ccauley@taylorpatchen.com
> TAYLOR & PATCHEN, LLP
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone:  (415) 788-8200
> Facsimile:   (415) 788-8208
>
> Martin W. Jaszczuk, *Admitted Pro Hac Vice*
> Email: mjaszczuk@jaszczuk.com
> Margaret M. Schuchardt, *Admitted Pro Hac Vice*
> Email: mschuchardt@jaszczuk.com
> Keith L. Gibson, *Admitted Pro Hac Vice*
> Email: kgibson@jaszczuk.com
> JASZCZUK P.C.
> 311 South Wacker Drive, Suite 1775
> Chicago, Illinois 60606
> Telephone: (312) 442-0311
>
> Ross A. Buntrock, *Admitted Pro Hac Vice*
> Email: ross@olspllc.com
> OBSIDIAN LEGAL PLLC
> 1821 Vernon Street NW
> Washington, DC 20009
> Telephone: (202) 643-9055
>
> *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT - 3
CASE NO. 4:15-CV-06314-YGR

| | |
|---|---|
| 1 | DATED this 17th day of April, 2017. |
| 2 | TERRELL MARSHALL LAW GROUP PLLC |
| 3 | By: /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice* |
| 4 | Jennifer Rust Murray, *Admitted Pro Hac Vice* Email: jmurray@terrellmarshall.com |
| 5 | 936 North 34th Street, Suite 300 Seattle, Washington 98103-8869 |
| 6 | Telephone: (206) 816-6603 Facsimile: (206) 350-3528 |
| 7 | |
| 8 | *Attorneys for Plaintiffs* |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT - 4
CASE NO. 4:15-CV-06314-YGR