UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABANTE ROOTER AND PLUMBING, INC., ET AL., | Case No. 15-cv-06314-YGR |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| ALARM.COM INCORPORATED, et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 11, 2017 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | November 17, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | November 15, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 4, 2017<br>Rebuttal: January 15, 2018 |
| EXPERT DISCOVERY CUTOFF: | February 5, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | July 10, 2018 [Filed 5/1/18; Oppositions filed 5/29/18; Reply filed 6/12/18] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, September 14, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 7, 2018 |
| PRETRIAL CONFERENCE: | Friday, September 21, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, October 9, 2018 at 8:30 a.m. for 5 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, September 14, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by July 7, 2017 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, July 14, 2017 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By July 7, 2017, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 2, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge