| | |
|---|---|
| 1 | Chiharu Sekino, SBN #306589 |
| 2 | Email: csekino@sfmslaw.com |
|  | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |
| 3 | 44 Montgomery Street, Suite 650 |
|  | San Francisco, California 94104 |
| 4 | Telephone: (415) 429-5272 |
| 5 | Beth E. Terrell, SBN #178181 |
|  | Email: bterrell@terrellmarshall.com |
| 6 | Jennifer Rust Murray, *Admitted Pro Hac Vice* |
|  | Email:  jmurray@terrellmarshall.com |
| 7 | TERRELL MARSHALL LAW GROUP PLLC |
| 8 | 936 N. 34th Street, Suite 300 |
|  | Seattle, Washington  98103 |
| 9 | Telephone:  (206) 816-6603 |
| 10 | [Additional Counsel Appear on Signature Page] |
| 11 | *Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND CLASS DEFINITIONS**<br><br><u>JURY TRIAL DEMAND</u><br><br>Complaint Filed:  December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:          September 26, 2017<br>TIME:           2:00 p.m.<br>LOCATION:  Oakland Courthouse<br>                       Courtroom 1 - 4th Floor |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION
TO AMEND CLASS DEFINITIONS - 1
CASE NO. 4:15-CV-06314-YGR

1    I, Beth E. Terrell, declare as follows:

2    1.     I am a member of the law firm Terrell Marshall Law Group PLLC ("TMLG"), counsel of record for Plaintiffs in this case. I am a member in good standing of the bars of the states of California and Washington. I respectfully submit this declaration in support of Plaintiffs' Motion to Amend Class Definitions. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration. If called to testify as to the contents of this declaration, I could and would competently do so.

3    2.     In connection with Plaintiffs' class certification motion, Plaintiffs' expert, Anya Verkhovskaya, and TMLG's paralegal, Rachel Hoover, analyzed calling data produced by Alarm.com's vendor, Alliance Security, and one of Alliance's subvendors, Nationwide Security. Ms. Verkhovskaya and Ms. Hoover's analysis was limited to the calling data they had obtained from Alliance and Nationwide during discovery. Plaintiffs believed that additional data exists that would identify additional class members.

4    3.     After the Court certified this case as a class action, Plaintiffs aggressively pursued additional calling data from Alliance. Alliance produced data from its "leads" database, which includes names and contact information for consumers Alliance targeted in its sales efforts. However, Alliance failed to produce any additional calling data. Plaintiffs conferred with Alliance multiple times and were on the verge of filing a motion to compel when Alliance declared bankruptcy. Alliance then took the position that it did not need to produce anything further due to the automatic stay.

5    4.     I reached out to Alarm.com's counsel by telephone and asked if Alarm.com would agree to narrower class definitions tied to the calling records Plaintiffs had obtained during class certification discovery. I sent them the list of numbers that comprised the class list. I conferred again in person with Alarm.com's counsel in their Chicago office on August 15, 2017. Alarm.com declined to stipulate to the amended class definitions.

6    5.     Attached hereto as Exhibit 1 is a revised proposed postcard notice reflecting the proposed modified class definitions.

6. Attached hereto as <u>Exhibit 2</u> is a revised proposed long-form notice reflecting the proposed modified class definitions.

7. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of draft "banner ad" notices that KCC proposes to use in its banner ad campaign.

8. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Second Order Modifying Class Definition (Dkt. No. 271) entered in the case entitled *Krakauer v. Dish Network, L.L.C.*, 1:14-cv-333 (M.D. N.C.) on December 29, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Seattle, Washington, this 16th day of August, 2017.

       /s/ Beth E. Terrell, SBN #178181
       Beth E. Terrell, SBN #178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION
TO AMEND CLASS DEFINITIONS - 3
CASE NO. 4:15-CV-06314-YGR

# **CERTIFICATE OF SERVICE**

I, Beth E. Terrell, hereby certify that on August 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>  Kasey C. Townsend, SBN #152992
>  Email: ktownsend@murchisonlaw.com
>  Susan J. Welde, SBN #205401
>  Email: swelde@murchisonlaw.com
>  MURCHISON & CUMMING, LLP
>  275 Battery Street, Suite 850
>  San Francisco, California 94111
>  Telephone: (415) 524-4300
>
>  Martin W. Jaszczuk, *Admitted Pro Hac Vice*
>  Email: mjaszczuk@jaszczuk.com
>  Margaret M. Schuchardt, *Admitted Pro Hac Vice*
>  Email:  mschuchardt@jaszczuk.com
>  Keith L. Gibson, *Admitted Pro Hac Vice*
>  Email:  kgibson@jaszczuk.com
>  JASZCZUK P.C.
>  311 South Wacker Drive, Suite 1775
>  Chicago, Illinois 60606
>  Telephone: (312) 442-0311
>
>  Ross A. Buntrock, *Admitted Pro Hac Vice*
>  Email: ross@olspllc.com
>  OBSIDIAN LEGAL PLLC
>  1821 Vernon Street NW
>  Washington, DC 20009
>  Telephone: (202) 643-9055
>
>  *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION
TO AMEND CLASS DEFINITIONS - 4
CASE NO. 4:15-CV-06314-YGR

DATED this 16th day of August, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, SBN #178181
　　　Beth E. Terrell, SBN #178181
　　　Email: bterrell@terrellmarshall.com
　　　936 North 34th Street, Suite 300
　　　Seattle, Washington  98103-8869
　　　Telephone:  (206) 816-6603
　　　Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs*