— **EXHIBIT 3** —

 **Alarm.com Incorporated Class Action Settlement**
Sponsored



If you received a telephone call that promoted Alarm.com's services, your rights may be affected by a class action lawsuit.

Alarm.com Incorporated Class Action Settlement
EXAMPLE.COM
Learn More

 Like    Comment    Share

**If you received a telephone call that promoted Alarm.com's services, your rights may be affected by a class action lawsuit.**

Learn More

www.EXAMPLE.com





### Alarm.com Incorporated Class Action Settlement

- **Home**
- Posts
- Photos
- About
- Community

**Create a Page**



👍 Like    🔊 Follow    ➤ Share    •••

**Consulting Agency**

**Community**  See All

👥 **Invite your friends** to like this Page

**About**  See All

🗄 Consulting Agency

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2017




**Alarm.com Incorporated Class Action Settlement**

Sponsored ·

If you received a telephone call that promoted Alarm.com's services, your rights may be affected by a class action lawsuit.



**Alarm.com Incorporated Class Action Settlement**

example.com

Learn More

 Like    Comment    Share

**If you received a telephone call that promoted Alarm.com's services, your rights may be affected by a class action lawsuit.**

**Learn More**

www.EXAMPLE.com