Chiharu Sekino, SBN #306589
Email: csekino@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 429-5272

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC., <br><br> Defendants. | NO. 4:15-cv-06314-YGR <br><br> **DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFFS' PROPOSED NOTICE PLAN** <br><br> JURY TRIAL DEMAND <br><br> Complaint Filed:  December 30, 2015 <br><br> Honorable Yvonne Gonzalez Rogers |

I, Jennifer Rust Murray, declare as follows:

1.     I am a member of the law firm of Terrell Marshall Law Group PLLC, co-counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bars of the states of Washington and Oregon.  I respectfully submit this declaration in support of Plaintiffs' proposed notice plan. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.     Attached as **Exhibit A** is Plaintiffs' proposed Email Notice.

3.     Attached as **Exhibit B** is Plaintiffs' proposed Postcard Notice.

4.     Attached as **Exhibit C** are Plaintiffs' proposed internet Banner Notices.

5.     Attached as **Exhibit D** is Plaintiffs' proposed Website Notice.

6.     Attached as **Exhibit E** is a true and correct copy of the expert report of Randall Snyder (without its voluminous exhibits).

7.     Attached as **Exhibit F** is a true and correct copy of the Supplemental Expert Report of Anya Verkhovskaya (without its voluminous exhibits).

8.     Attached as **Exhibit G** is a copy of the Federal Judicial Center's Judge's Class Action Notice and Claims Process Checklist and Plain Language Guide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 16th day of January, 2018.


       /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac Vice*

DECLARATION OF JENNIFER RUST MURRAY IN
SUPPORT OF PLAINTIFFS' PROPOSED NOTICE PLAN - 1
CASE NO. 4:15-CV-06314-YGR

1

CERTIFICATE OF SERVICE

2

I, Jennifer Rust Murray, hereby certify that on January 16, 2018, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4

such filing to the following:

5

6

Kasey C. Townsend, SBN #152992
Email: ktownsend@murchisonlaw.com
Susan J. Welde, SBN #205401

7

Email: swelde@murchisonlaw.com
MURCHISON & CUMMING, LLP

8

275 Battery Street, Suite 850
San Francisco, California 94111

9

Telephone: (415) 524-4300

10

Martin W. Jaszczuk, *Admitted Pro Hac Vice*

11

Email: mjaszczuk@jaszczuk.com
Margaret M. Schuchardt, *Admitted Pro Hac Vice*

12

Email:  mschuchardt@jaszczuk.com
Keith L. Gibson, *Admitted Pro Hac Vice*

13

Email:  kgibson@jaszczuk.com
JASZCZUK P.C.

14

311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606

15

Telephone: (312) 442-0311

16

17

Ross A. Buntrock, *Admitted Pro Hac Vice*
Email: ross@olspllc.com

18

OBSIDIAN LEGAL PLLC
1821 Vernon Street NW

19

Washington, DC 20009
Telephone: (202) 643-9055

20

21

*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

22

23

24

25

26

27

DECLARATION OF JENNIFER RUST MURRAY IN
SUPPORT OF PLAINTIFFS' PROPOSED NOTICE PLAN - 2
CASE NO. 4:15-CV-06314-YGR

DATED this 16th day of January, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray, *Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac* Vice
Email: jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile: (206) 319-5450

*Class Counsel*

DECLARATION OF JENNIFER RUST MURRAY IN
SUPPORT OF PLAINTIFFS' PROPOSED NOTICE PLAN - 3
CASE NO. 4:15-CV-06314-YGR