- Exhibit A -

PLAINTIFFS' PROPOSED NOTICE PLAN—EXHIBIT A

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

**You may be a member of the Class if an automated call from Alliance Security or its agent promoting Alarm.com was placed to your cellular telephone or you received multiple calls to a telephone number previously registered on the National Do-Not-Call Registry.**

The lawsuit is called *Abante Rooter and Plumbing, Inc., et al. v. Alarm.com, Incorporated, et al.*, No. 4:15-cv-06314-YGR, and is in the United States District Court for the Northern District of California. The lawsuit claims that Alliance Security or its agents placed phone calls on behalf of Alarm.com Inc. and Alarm.com Holdings, Inc. ("Defendants" or "Alarm.com") in violation of the Telephone Consumer Protection Act ("TCPA") by use of automated or prerecorded calls to cellular telephone lines, as well as calls to telephone numbers registered on the National Do-Not-Call Registry. The lawsuit seeks $500-$1,500 in statutory damages for each call Alliance or its agents placed in violation of the TCPA on behalf of Defendants. The Court has scheduled a trial for Month XX, XXXX to decide who is right in this case. The Court decided this lawsuit should be certified as a class action on behalf of a "Class," or group of people, that could include you. This Notice summarizes your rights and options before trial. You have to decide whether to stay in the Class and be bound by any result, or ask to be excluded and keep your right to sue the Defendants. **There is no money available now and no guarantee that there ever will be.** More information is in a detailed notice available at the case website [==WEBSITE==].

**<u>Why did I get this Notice?</u>**   Calling records indicate that you received a telephone call from Alliance Security or its agent promoting Alarm.com: (1) to your cell phone made through the use of an automatic telephone dialing system or prerecorded voice since October 15, 2013; or (2) to your phone number that is registered on the National Do-Not-Call Registry since December 30, 2011 and you received two or more calls in a 12-month period.

**<u>What is this case about?</u>**   This lawsuit claims that Defendants violated the TCPA because their agent (1) placed a phone call through the use of an automatic telephone dialing system or prerecorded voice to cell phones promoting Alarm.com's products and services without first obtaining consent from the persons they called and (2) placed at least two calls in a 12-month period to residential telephone lines that had been registered on the National Do-Not-Call Registry. Defendants deny that they did any wrong. The Court has not decided whether Plaintiffs or Defendants are right. The lawyers for Plaintiffs will have to prove their claims at a trial.

**<u>YOUR LEGAL RIGHTS AND OPTIONS</u>**

**<u>Do Nothing</u>. Stay in this lawsuit. Await the outcome. Give up certain rights.**

If you do nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement. If you stay in the case you will be bound by any Court decisions or any trial in the case. There is no money available now and no guarantee that there ever will be. If you stay in the case, you give up any rights to sue Defendants separately about the same legal claims relating to the same phone calls as the ones in this lawsuit.

The Court decided that Terrell Marshall Law Group PLLC, Bailey & Glasser, LLP, Broderick & Paronich, P.C., The Law Office of Matthew P. McCue, and Shepherd, Finkelman, Miller & Shah, LLP are qualified to represent you and all Class Members. If you do nothing and stay in the case, those lawyers will represent the interests of you and the Class. If you have questions about whether you need your own lawyer, visit the case website at [WEBSITE] or call [NUMBER].

**Opt Out**. **Get out of this lawsuit.  Get no benefits from it.  Keep rights.**

If you ask to be excluded and money or benefits are later awarded to the Class, you won't share in those. But, you keep any rights to sue Defendants separately about the same legal claims as the ones in this lawsuit. You may exclude yourself from the lawsuit and keep your right to sue Defendants on your own by visiting [WEBSITE] and typing in your name to identify yourself as someone who wishes to be excluded from the lawsuit, or by sending an email to [EMAIL] stating that you wish to be excluded from the lawsuit. You must exclude yourself from the lawsuit by [DATE].

**How can you get more information**:  If you have questions or want a detailed notice or other documents about this lawsuit and your rights, visit [WEBSITE], write to Terrell Marshall Law Group PLLC, 936 N. 34th Street, Suite 300, Seattle, Washington 98103, or call toll-free [NUMBER].

[NUMBER]      [WEBSITE]