- Exhibit B -

Alarm.com Notice Administrator
P.O. Box XXXXX
City, State Zip Code

A COURT AUTHORIZED
THIS LEGAL NOTICE

«Barcode»

Postal Service: Please do not mark barcode

**If you received an automated telephone call or calls to a phone number registered on the National Do Not Call Registry from Alliance Security or its agent promoting Alarm.com's goods or services, please read this notice—it may affect your rights.**

«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

PLAINTIFFS' PROPOSED NOTICE PLAN--EXHIBIT B

**WHO IS A CLASS MEMBER?**

You may be in one of the two Classes if you received telephone calls from Alliance Security or its agent promoting Alarm.com: (1) to your cell phone made through the use of an automatic telephone dialing system or prerecorded voice since October 15, 2013; or (2) to your phone number that is registered on the National Do-Not-Call Registry since December 30, 2011 and you received two or more calls in a 12-month period.

The lawsuit is called *Abante Rooter and Plumbing, Inc., et al. v. Alarm.com, Incorporated, et al.*, No. 4:15-cv-06314-YGR, and is in the United States District Court for the Northern District of California. The lawsuit claims that Alliance Security or its agent placed phone calls on behalf of Alarm.com Inc. and Alarm.com Holdings, Inc. ("Defendants") in violation of the Telephone Consumer Protection Act ("TCPA") by use of automated or prerecorded calls to cellular telephone lines, as well as calls to telephone numbers registered on the National Do-Not-Call Registry. The lawsuit seeks $500-$1,500 in statutory damages for each call Alliance or its agent placed in violation of the TCPA on behalf of Defendants. The Court has scheduled a trial for Month XX, XXXX to decide who is right in this case.

**YOUR RIGHTS AND OPTIONS**

**Do Nothing.  Stay in this lawsuit.  Await the outcome.  Give up certain rights.**
If you do nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement. If you stay in the case, you will be bound by any Court decisions or any trial in the case. There is no money available now and no guarantee that there ever will be. If you stay in the case, you give up any rights to sue Defendants separately about the same legal claims as the ones in this lawsuit.

The Court decided that Terrell Marshall Law Group PLLC, Bailey & Glasser, LLP, Broderick & Paronich, P.C., The Law Office of Matthew P. McCue, and Shepherd, Finkelman, Miller & Shah, LLP are qualified to represent you and all Class Members. If you do nothing and stay in the case, those lawyers will represent the interests of you and the Class. If you have questions about whether you need your own lawyer, visit the Class website at www.XXXXX.com or call 1-XXX-XXX-XXXX.

**Opt Out**.  **Get out of this lawsuit.  Get no benefits from it.  Keep rights.**
If you ask to be excluded and money or benefits are later awarded to the Classes, you won't share in those. But, you keep any rights to sue Defendants separately about the same legal claims as the ones in this lawsuit. You may exclude yourself from the lawsuit and keep your right to sue Defendants on your own by sending a letter to the claims administrator stating that you want to be excluded from *Abante Rooter and Plumbing v. Alarm.com* and mailing it to [ADDRESS]. Be sure to include your name, address, and sign the letter. Your letter must be postmarked by Month XX, XXXX. Please see the case website at

www.XXXXX.com for more details or call 1-XXX-XXX-XXXX.

**This Notice is a summary. Details about the case are on the website: www.XXXXX.com. Please do not contact the Court.**

- 2 -