- Exhibit C -

**Internet Banner Ads**

If you received a
telephone call that
promoted Alarm.com's
services,
your rights may be
affected by a class
action lawsuit.

**Learn More**

www.EXAMPLE.com

If you received a telephone call that promoted Alarm.com's services, your rights may be affected by a class action lawsuit.


www.EXAMPLE.com

If you received a telephone call that promoted Alarm.com's services, your rights may be affected by a class action lawsuit.

**Learn More**

www.EXAMPLE.com