1   Chiharu Sekino, SBN #306589
    Email: csekino@sfmslaw.com
2   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
    44 Montgomery Street, Suite 650
3   San Francisco, California 94104
    Telephone: (415) 429-5272
4   Facsimile: (866) 300-7367

5   Beth E. Terrell, SBN #178181
    Email: bterrell@terrellmarshall.com
6   Jennifer Rust Murray, *Admitted Pro Hac Vice*
    Email:  jmurray@terrellmarshall.com
7   Elizabeth A. Adams, SBN #290029
    Email:  eadams@terrellmarshall.com
8   TERRELL MARSHALL LAW GROUP PLLC
    936 N. 34th Street, Suite 300
9   Seattle, Washington 98103
    Telephone: (206) 816-6603
10  Facsimile: (206) 319-5450

11  [Additional Counsel Appear on Signature Page]

12  *Attorneys for Plaintiffs and the Proposed Class*

13              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                  OAKLAND DIVISION

15  ABANTE ROOTER AND PLUMBING,
    INC., MARK HANKINS, and PHILIP J.        NO. 4:15-cv-06314-YGR
16  CHARVAT, individually and on behalf of all
    others similarly situated,               **DECLARATION OF JENNIFER RUST**
17                                            **MURRAY IN SUPPORT OF**
                    Plaintiffs,              **PLAINTIFFS' ADMINISTRATIVE**
18                                            **MOTION TO FILE UNDER SEAL**
           v.
19                                            JURY TRIAL DEMAND
    ALARM.COM INCORPORATED, and
20  ALARM.COM HOLDINGS, INC.,                 Complaint Filed:  December 30, 2015

21                  Defendants.               Honorable Yvonne Gonzalez Rogers

22                                            DATE:
23                                            TIME:
                                             LOCATION:  Oakland Courthouse
24                                                        Courtroom 1 - 4th Floor

25  DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFFS'
    ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
    CASE NO. 4:15-CV-06314-YGR

I, Jennifer Rust Murray, declare as follows:

1.      I am a member of the law firm of Terrell Marshall Law Group PLLC, co-counsel in this matter. I am a member in good standing of the bars of the states of Oregon and Washington.  I respectfully submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11.  Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      Plaintiffs' Response to Defendants' Request for Summary Judgment Pre-Filing Conference discusses a document that Defendants have designated as confidential and that was previously filed under seal (ECF No. 86-5). Plaintiffs are therefore filing the relevant portion of the Response under seal in compliance with the stipulated protection order in this case (ECF No. 55). Submitted herewith is the unredacted version of the below-listed document for filing under seal.

| Document | Portion Designated Confidential |
|---|---|
| Plaintiffs' Response to Defendants' Request for Summary Judgment Pre-Filing Conference | Excerpts of pages 1-2 |

3.      Before filing this motion, I emailed asking if they would agree to this request. They indicated that they had no objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 2
CASE NO. 4:15-CV-06314-YGR

1    EXECUTED at Seattle, Washington, this 21st day of March, 2018.

2

3                                                _/s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*_
                                                  Jennifer Rust Murray, *Admitted Pro Hac Vice*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFFS'
     ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 3
     CASE NO. 4:15-CV-06314-YGR

<u>CERTIFICATE OF SERVICE</u>

I, Jennifer Rust Murray, hereby certify that on March 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kasey C. Townsend, SBN #152992
Email: ktownsend@murchisonlaw.com
Susan J. Welde, SBN #205401
Email: swelde@murchisonlaw.com
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850
San Francisco, California 94111
Telephone: (415) 524-4300

Martin W. Jaszczuk, *Admitted Pro Hac Vice*
Email: mjaszczuk@jaszczuk.com
Margaret M. Schuchardt, *Admitted Pro Hac Vice*
Email:  mschuchardt@jaszczuk.com
Keith L. Gibson, *Admitted Pro Hac Vice*
Email:  kgibson@jaszczuk.com
Seth H. Corthell, *Admitted Pro Hac Vice*
Email: scorthell@jaszczuk.com
Daniel I. Schlessinger, *Admitted Pro Hac Vice*
Email: dschlessinger@jaszczuk.com
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
Telephone: (312) 442-0311

Ross A. Buntrock, *Admitted Pro Hac Vice*
Email: ross@olspllc.com
OBSIDIAN LEGAL PLLC
1821 Vernon Street NW
Washington, DC 20009
Telephone: (202) 643-9055

*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
CASE NO. 4:15-CV-06314-YGR

1    DATED this 21st day of March, 2018.

2                                    TERRELL MARSHALL LAW GROUP PLLC

3                                    By:  /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
                                         Jennifer Rust Murray, Admitted Pro Hac Vice
4                                        Email:  jmurray@terrellmarshall.com
                                         936 North 34th Street, Suite 300
5                                        Seattle, Washington  98103-8869
                                         Telephone:  (206) 816-6603
6                                        Facsimile: (206) 319-5450

7                                    *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFFS'
      ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 5
      CASE NO. 4:15-CV-06314-YGR