UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALARM.COM INCORPORATED, et al.,<br><br>    Defendants. | Case No. 15-cv-06314-YGR<br><br>**ORDER SETTING SUMMARY JUDGMENT PRE-FILING CONFERENCE; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 179-181 |

The Court has reviewed the parties' letters requesting a summary judgment pre-filing conference. (Dkt. Nos. 179-181.) Accordingly, the Court **SETS** a summary judgment pre-filing conference in the above-captioned matter for **Friday, April 6, 2018**, on the Court's **2:00 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

The Court further **ORDERS** plaintiffs to show cause as to why plaintiffs should not be sanctioned for filing-effectively two letter briefs or one six-page brief. (Dkt. Nos. 180 and 181.) A hearing on the order to show cause shall be held on **Friday, April 6, 2018**, on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: March 26, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge