Martin W. Jaszczuk (*pro hac vice*)
Daniel I. Schlessinger (*pro hac vice*)
Margaret M. Schuchardt (*pro hac vice*)
Keith L. Gibson (*pro hac vice*)
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
dschlessinger@jaszczuk.com
mschuchardt@jaszczuk.com
kgibson@jaszczuk.com

Craig S. Primis, P.C. (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5921
cprimis@kirkland.com

Kasey C. Townsend (SBN 152992)
Susan J. Welde (SBN 205401)
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850
San Francisco, CA 94111
Telephone: (415) 524-4300
ktownsend@murchisonlaw.com
swelde@murchisonlaw.com

Attorneys for Defendants ALARM.COM
INCORPORATED and ALARM.COM
HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>    Defendants. | Case No.: 4:15-CV-06314-YGR<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:         Hon. Yvonne Gonzalez Rogers<br>Hearing Date: July 24, 2018<br>Time:          2:00 pm<br>Courtroom:    Courtroom 1, 4th Floor |

To the Clerk of the Northern District of California and all parties and their attorneys of record:

PLEASE TAKE NOTICE that, pursuant to Local Rules 79-5 and 7-11, Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. (together, "Alarm.com") seek leave to file under seal the documents described herein. This Administrative Motion is supported by the Declaration of Margaret Schuchardt.

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Defendants seek to maintain as confidential and file under seal Exhibits 1, 9 and 13 to the Declaration of Martin Jaszczuk in Support of Defendants' Motion for Summary Judgment, and also seek to redact portions of Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment and Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment that reference these confidential Exhibits. In compliance with Civil Local Rule 79-5(b), which requires requests to seal to "be narrowly tailored to seek sealing only of sealable material," Defendants only seek to seal limited information as follows:

a. Exhibit 1 contains the Dealer Agreement between Alarm.com and Alliance Security, Inc. ("Alliance"). The Dealer Agreement contains non-public pricing and other confidential contractual information.

b. Exhibit 9 contains excerpts of the transcript of the deposition of Steve Trundle, the Chief Executive Officer of Alarm.com. Mr. Trundle's testimony contains information concerning confidential internal strategy, operations, and business decisions; confidential communications; and other non-public information regarding Alarm.com's contractual relationships with entities who are not parties to this lawsuit.

c. Exhibit 13 contains a communication between nonparty Alliance (formerly Versatile Marketing Solutions, Inc.) and the Federal Trade Commission, which has been designated confidential by Alliance.

Rule 26(c) of the Federal Rules of Civil Procedure provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). Courts allow material

to be sealed in cases where, as here, parties' confidential information would otherwise be made public and available to competitors. *See, e.g., GPNE Corp. v. Apple Inc.*, No. 12-CV-02885-LHK, 2015 U.S. Dist. LEXIS 92773, at *6-7 (N.D. Cal. July 16, 2015). Defendants submit that Exhibits 1, 9 and 13 are appropriately considered confidential and respectfully request that the Court grant this administrative motion to seal.

Dated: May 1, 2018                                                 Respectfully submitted,

By: /s/ Martin W. Jaszczuk
Martin W. Jaszczuk (*pro hac vice*)
Daniel I. Schlessinger (*pro hac vice*)
Margaret M. Schuchardt (*pro hac vice*)
Keith L. Gibson (*pro hac vice*)
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
dschlessinger@jaszczuk.com
mschuchardt@jaszczuk.com
kgibson@jaszczuk.com

Craig S. Primis (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5921
Facsimile: (202) 879-5200
craig.primis@kirkland.com

Kasey C. Townsend (SBN 152992)
Susan J. Welde (SBN 205401)
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850
San Francisco, CA 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058
ktownsend@murchisonlaw.com
swelde@murchisonlaw.com

*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

# CERTIFICATE OF SERVICE

I, Martin W. Jaszczuk, hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive electronic service in the above-captioned matter.

Dated: May 1, 2018

Respectfully submitted,

By: /s/ Martin W. Jaszczuk
Martin W. Jaszczuk (*pro hac vice*)
Daniel I. Schlessinger (*pro hac vice*)
Margaret M. Schuchardt (*pro hac vice*)
Keith L. Gibson (*pro hac vice*)
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
dschlessinger@jaszczuk.com
mschuchardt@jaszczuk.com
kgibson@jaszczuk.com

Craig S. Primis (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5921
Facsimile: (202) 879-5200
craig.primis@kirkland.com

Kasey C. Townsend (SBN 152992)
Susan J. Welde (SBN 205401)
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850
San Francisco, CA 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058
ktownsend@murchisonlaw.com
swelde@murchisonlaw.com

*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*