Martin W. Jaszczuk (*pro hac vice*)
Daniel I. Schlessinger (*pro hac vice*)
Margaret M. Schuchardt (*pro hac vice*)
Keith L. Gibson (*pro hac vice*)
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
dschlessinger@jaszczuk.com
mschuchardt@jaszczuk.com
kgibson@jaszczuk.com

Craig S. Primis, P.C. (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20009
Telephone: (202) 643-9055
cprimis@kirkland.com

Kasey C. Townsend (SBN 152992)
Susan J. Welde (SBN 205401)
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850
San Francisco, CA 94111
Telephone: (415) 524-4300
ktownsend@murchisonlaw.com
swelde@murchisonlaw.com

Attorneys for Defendants ALARM.COM
INCORPORATED and ALARM.COM
HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | Case No.: 4:15-CV-06314-YGR<br><br>**DECLARATION OF MARTIN W. JASZCZUK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: July 24, 2018<br>Time: 2:00 pm<br>Courtroom: Courtroom 1, 4th Floor |

I, Martin W. Jaszczuk, declare:

1. I am a partner at the law firm of Jaszczuk P.C., attorneys of record for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. (collectively, "Alarm.com"). I am a member in good standing of the bar of Illinois. This Court granted my application to appear *pro hac vice* in this action on November 23, 2016. See 11/23/16 Order, ECF No. 69.

2. I submit this declaration in support of Alarm.com's Motion for Summary Judgment. I have personal knowledge of the statements made in this declaration and am competent to testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Dealer Agreement executed by Alarm.com Incorporated and Versatile Marketing Solutions, Inc. on June 25, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Alarm.com Terms of Service.

5. Attached hereto as Exhibit 3 is a true and correct copy of the declaration of Anne Ferguson, dated March 28, 2017, previously submitted as ECF No. 95 in this matter.

6. Attached hereto as Exhibit 4 is a true and correct copy of the declaration of Matthew Pitts, dated March 24, 2017, previously submitted as ECF No. 94 in this matter.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Matthew Pitts, taken in this matter on December 8, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of the declaration of Matthew Pitts, dated November 17, 2017.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Jasit Gotra, taken in this matter on December 7, 2017.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Joseph Moretti, taken in this matter on December 7, 2017.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Stephen Scott Trundle, taken in this matter on February 15, 2017.

1  12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition of Anne Ferguson, taken in this matter on October 27, 2016.

13. Attached hereto as Exhibit 11 is a true and correct copy of exhibit 17 to the deposition of Donald "Nate" Natale, taken in this matter on October 27, 2016.

14. Attached hereto as Exhibit 12 is a true and correct copy of email correspondence between Nate Natale and Steve Trundle, dated May 1, 2012, and containing the subject line "VMS/Today Show."

15. Attached hereto as Exhibit 13 is a true and correct copy of Versatile Marketing Solutions, Inc.'s Response to the Federal Trade Commission's Civil Investigative Demand, dated June 4, 2012.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the deposition of Philip J. Charvat, taken in this matter on March 14, 2017.

17. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the deposition of Fred Heidarpour, taken in this matter on March 10, 2017.

18. Attached hereto as Exhibit 16 is a true and correct copy of transcripts of telemarketing calls allegedly placed by Alliance Security, Inc. to Philip J. Charvat in September 2015.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition of Noah Billger, taken in this matter on October 28, 2016.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Vendor Agreement executed by Precise Enterprises, LLC and Royal Administration Services, Inc. on October 14, 2011.

21. Attached hereto as Exhibit 19 is a true and correct copy of an email sent by Jason DaCosta to Andrew Heidarpour, dated August 19, 2015, and containing the subject line "Pre-Suit Notification of Federal Telemarketing Law Violation."

1  22. Attached hereto as Exhibit 20 is a true and correct copy of the Corrected Expert Report of Randall A. Snyder, dated January 11, 2018.

23. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the deposition of Randall A. Snyder, taken in this matter on March 2, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Martin W. Jaszczuk*
Martin W. Jaszczuk

4:15-CV-06314-YGR
DECLARATION OF MARTIN W. JASZCZUK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 4

# CERTIFICATE OF SERVICE

I, Martin W. Jaszczuk, hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive electronic service in the above-captioned matter.

Dated: May 1, 2018

Respectfully submitted,

/s/ Martin W. Jaszczuk
Martin W. Jaszczuk (*pro hac vice*)
Daniel I. Schlessinger (*pro hac vice*)
Margaret M. Schuchardt (*pro hac vice*)
Keith L. Gibson (*pro hac vice*)
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
dschlessinger@jaszczuk.com
mschuchardt@jaszczuk.com
kgibson@jaszczuk.com

Craig S. Primis, P.C. (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20009
Telephone: (202) 643-9055
cprimis@kirkland.com

Kasey C. Townsend (SBN 152992)
Susan J. Welde (SBN 205401)
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850
San Francisco, CA 94111
Telephone: (415) 524-4300
ktownsend@murchisonlaw.com
swelde@murchisonlaw.com

*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*