1  MARTIN W. JASZCZUK (admitted *pro hac vice*)
   MARGARET M. SCHUCHARDT (admitted *pro hac vice*)
2  DANIEL I. SCHLESSINGER (admitted *pro hac vice*)
   KEITH L. GIBSON (admitted *pro hac vice*)
3  JASZCZUK P.C.
   311 South Wacker Drive, Suite 3200
4  Chicago, Illinois 60606
   Telephone: (312) 442-0509
5  Facsimile: (312) 442-0519
   Email: mjaszczuk@jaszczuk.com
6  Email: mschuchardt@jaszczuk.com
   Email: kgibson@jaszczuk.com
7
   CRAIG S. PRIMIS, P.C. (*pro hac vice* pending)
8  KIRKLAND & ELLIS LLP
   665 15th Street, N.W.
9  Washington, DC 20005
   Telephone: (202) 879-5921
10 Email: cprimis@kirkland.com

11 KASEY C. TOWNSEND (SBN 152992)
   SUSAN J. WELDE (SBN 205401)
12 MURCHISON & CUMMING, LLP
   275 Battery Street, Suite 850
13 San Francisco, California 94111
   Telephone: (415) 524-4300
14 Email: ktownsend@murchisonlaw.com
   Email: swelde@murchisonlaw.com
15
   *Attorneys for Defendants ALARM.COM*
16 *INCORPORATED AND ALARM.COM*
   *HOLDINGS, INC.*
17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | Case No.: 4:15-CV-06314-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS VERKHOVSKAYA AND SNYDER**<br><br>Honorable Yvonne Gonzalez Rogers |

1
2
3   Having considered Defendants' Motion to Exclude Plaintiffs' Experts Verkhovskaya and Snyder ("Motion"), all papers and evidence submitted in support and opposition, the pertinent court filings, and the applicable law, the Court hereby GRANTS Defendants' Motion.

4   IT IS SO ORDERED.

5   Dated this ___ day of _____, 2018

6
7   _____
    UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4:15-CV-0631YR
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS'
EXPERTS VERKHOVSKAYA AND SNYDER