1  MARTIN W. JASZCZUK (admitted *pro hac vice*)
   MARGARET M. SCHUCHARDT (admitted *pro hac vice*)
2  DANIEL I. SCHLESSINGER (admitted *pro hac vice*)
   KEITH L. GIBSON (admitted *pro hac vice*)
3  JASZCZUK P.C.
   311 South Wacker Drive, Suite 3200
4  Chicago, Illinois 60606
   Telephone: (312) 442-0509
5  Facsimile: (312) 442-0519
   Email: mjaszczuk@jaszczuk.com
6  Email: mschuchardt@jaszczuk.com
   Email: kgibson@jaszczuk.com
7
   CRAIG S. PRIMIS, P.C. (*pro hac vice* pending)
8  KIRKLAND & ELLIS LLP
   665 15th Street, N.W.
9  Washington, DC 20005
   Telephone: (202) 879-5921
10 Email: cprimis@kirkland.com

11 KASEY C. TOWNSEND (SBN 152992)
   SUSAN J. WELDE (SBN 205401)
12 MURCHISON & CUMMING, LLP
   275 Battery Street, Suite 850
13 San Francisco, California 94111
   Telephone: (415) 524-4300
14 Email: ktownsend@murchisonlaw.com
   Email: swelde@murchisonlaw.com
15
   *Attorneys for Defendants ALARM.COM*
16 *INCORPORATED AND ALARM.COM*
   *HOLDINGS, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | Case No.: 4:15-CV-06314-YGR<br><br>**DECLARATION OF DANIEL SCHLESSINGER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS VERKHOVSKAYA AND SNYDER**<br><br>Honorable Yvonne Gonzalez Rogers |

I, Daniel I. Schlessinger, declare as follows:

1. I am a partner at the law firm of Jaszczuk P.C., attorneys of record for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. (together, "Alarm.com"). I am a member in good standing of the bar of Illinois. This Court granted my application to appear pro hac vice in this action on November 13, 2017. *See* 11/13/17 Order, ECF No. 156.

2. I submit this declaration in support of Alarm.com's Motion to Exclude Plaintiffs' Experts Verkhovskaya and Snyder. I have personal knowledge of the statements made in this declaration and am competent to testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Corrected Supplemental Expert Report of Anya Verkhovskaya.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Anya Verkhovskaya, taken in this matter on March 6, 2018.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Joseph Moretti, taken in this matter on December 7, 2017.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Jasit Gotra, taken in this matter on December 7, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Matthew Pitts, taken in this matter on December 8, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Randall Snyder, taken in this matter on March 2, 2018.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Corrected Expert Report of Randall A. Snyder.

I declare under penalty of perjury that the foregoing is true and accurate.

EXECUTED in Chicago, IL on May 1, 2018.

/s/ Daniel I. Schlessinger
Daniel I. Schlessinger