-EXHIBIT 3-

```
                                                              Page 1
 1               UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       OAKLAND DIVISION

 4

 5                     Civil Action No. 4:15-cv-06314-YGR

 6
     ****************************************
 7   ABANTE ROOTER AND PLUMBING, INC.,       *
     MARK HANKINS, and PHILIP J. CHARVAT,    *
 8   individually and on behalf of all       *
     others similarly situated,              *
 9                                           *
                      Plaintiffs             *
10                                           *
     v.                                      *
11                                           *
     ALARM.COM INCORPORATED, and             *
12   ALARM.COM HOLDINGS, INC.,               *
                                             *
13                    Defendants             *
     ****************************************
14

15

16          DEPOSITION OF:   JOSEPH MORETTI

17         CATUOGNO COURT REPORTING SERVICES, INC.

18              155 South Main Street, Suite 201

19                  Providence, Rhode Island

20           December 7, 2017            10:03 a.m.

21

22

23                      Ellen M. Muir

24                      Court Reporter
```

Joseph Moretti
December 7, 2017

Page 37

```
 1        A.    His knowledge of the business.
 2        Q.    Was Jasit Gotra aware that Mr. Crins was
 3   your business partner?
 4              MS. SCHUCHARDT:  Objection to form.
 5        A.    I believe so.
 6        Q.    And how do you know that?
 7        A.    I don't.  I'm not sure, I mean, I believe
 8   that he was.
 9        Q.    All right.  I'm going to show you some
10   documents that were produced to us in this
11   litigation.
12              MS. MURRAY:  Do you want to take a break?
13              MR. BRODERICK:  Yeah, why don't we take a
14        break.  Yes.
15
16              (Short break was at 10:51 a.m.)
17
18              (Back on at 10:54 a.m.)
19
20        Q.    I'm going to show you documents that were
21   produced in this case marked Exhibit 144 Nationwide
22   10.  So do you recognize this document?
23        A.    No.
24        Q.    This was a document that was produced by
```

```
                                                        Page 38
 1   you in response to that subpoena.
 2       A.   It's a bunch of numbers. I have no idea,
 3   that could be anything.
 4       Q.   Did you log onto the Ytel system; would
 5   it show you call logs of calls that your, that
 6   Nationwide had made?
 7       A.   Would Ytel show me calls that Nationwide
 8   had made?  Absolutely, yes.
 9       Q.   So you could log onto the system and see
10   outbound calls, correct?
11       A.   Yes.
12       Q.   And does this look like that, because
13   this something that we got from you in response to
14   that subpoena?
15       A.   It may have been but I don't recall.
16   There's nothing familiar about the document.
17       Q.   Do you recognize -- you don't know
18   recognize anything about this?  Does the format at
19   least look familiar to what the Ytel system did look
20   like when --
21       A.   It looks familiar.
22       Q.   And you had an account with Ytel, right?
23       A.   I think we've already established that.
24       Q.   What did you do when you got that
```

Page 39

1  subpoena that you looked at earlier?
2       A.   I don't recall, that was years ago.
3       Q.   It was in 2016?
4       A.   Years ago.
5       Q.   It was a year ago.  And you don't
6  remember producing documents to Mr. Paronich in this
7  case?
8       A.   I don't recall what those documents were,
9  no.
10      Q.   Do you remember what your account number
11 was with Ytel?
12      A.   Not even close.
13      Q.   Do you remember your user name with him?
14      A.   No, sir.
15      Q.   What does it mean for you that you were
16 an independent business operator of Alliance?
17      A.   Independent business operator of
18 Alliance.  I don't know what that means.
19      Q.   Look at Exhibit 146.  Do you recognize
20 that document?
21      A.   Yes, sir.
22      Q.   And it says "Alliance Security IBO
23 Agreement"?
24      A.   Yes, sir.