1  Chiharu Sekino, SBN #306589
   Email: csekino@sfmslaw.com
2  SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 429-5272
4  Facsimile: (866) 300-7367

5  Beth E. Terrell, SBN #178181
   Email: bterrell@terrellmarshall.com
6  Jennifer Rust Murray, *Admitted Pro Hac Vice*
   Email: jmurray@terrellmarshall.com
7  Elizabeth A. Adams, SBN #290029
   Email: eadams@terrellmarshall.com
8  TERRELL MARSHALL LAW GROUP PLLC
   936 N. 34th Street, Suite 300
9  Seattle, Washington 98103
   Telephone: (206) 816-6603
10 Facsimile: (206) 319-5450

11 [Additional Counsel Appear on Signature Page]

12 *Attorneys for Plaintiffs and the Proposed Class*

13                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                           OAKLAND DIVISION

15  ABANTE ROOTER AND PLUMBING,
    INC., MARK HANKINS, and PHILIP J.         NO. 4:15-cv-06314-YGR
16  CHARVAT, individually and on behalf of all
    others similarly situated,                **PLAINTIFFS' ADMINISTRATIVE**
17                                            **MOTION TO FILE UNDER SEAL**
                  Plaintiffs,
18
         v.                                   JURY TRIAL DEMAND
19
    ALARM.COM INCORPORATED, and               Complaint Filed: December 30, 2015
20  ALARM.COM HOLDINGS, INC.,
                                              Honorable Yvonne Gonzalez Rogers
21                Defendants.

22

23

24

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
CASE NO. 4:15-CV-06314-YGR

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 79-5 and 7-11, Plaintiffs seek leave to file under seal the document described herein. This Administrative Motion is supported by the Declaration of Jennifer Rust Murray in Support of Administrative Motion to File Under Seal.

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Plaintiffs are filing a response to Defendants' motion for summary judgment and cross-motion for partial summary judgment. Civil L.R. 79-5(e) states that if the party submitting a motion to file under seal "is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ('the Designating Party')."

The parties are subject to a stipulated protective order in this case (ECF No. 55). Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc. have designated certain documents as confidential. Plaintiffs now move to file the following documents under seal in compliance with the protective order:

1.   Exhibits 1, 7, 31, and 34 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Response to Defendants' Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment.

2. Excerpts from Plaintiffs' Response to Defendants' Motion for Summary Judgment and Cross Motion for Partial Summary Judgment that quote or discuss the contents of Exhibits 1, 7, 31, and 34.

3. Excerpts from Plaintiffs' Response to Defendants' Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment that quote or discuss the contents of Exhibits 1, 7, 31, and 34.

Plaintiffs request that the Court grant this administrative motion to seal.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of May, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: Jennifer Rust Murray, *Admitted Pro Hac Vice*
Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Elizabeth A. Adams, SBN #290029
Email: eadams@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

John W. Barrett, *Admitted Pro Hac Vice*
E-mail: jbarrett@baileyglasser.com
Email: crobinson@baileyglasser.com
Jonathan R. Marshall, *Admitted Pro Hac Vice*
Email: jmarshall@baileyglasser.com
Ryan McCune Donovan, *Admitted Pro Hac Vice*
Email: rdonovan@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

Edward A. Broderick *Admitted Pro Hac Vice*
Email: ted@broderick-law.com

1 | Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@broderick-law.com
2 | BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
3 | Boston, Massachusetts 02110
Telephone: (617) 738-7080
4 | Facsimile: (617) 830-0327

5 |
Matthew P. McCue
E-mail: mmccue@massattorneys.net
6 | THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3
7 | Natick, Massachusetts 01760
Telephone: (508) 655-1415
8 | Facsimile: (508) 319-3077

9 |
Chiharu Sekino, SBN #306589
Email: csekino@sfmslaw.com
10 | SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
11 | 44 Montgomery Street, Suite 650
San Francisco, California 94104
12 | Telephone: (415) 429-5272
Facsimile: (866) 300-7367
13 |
James C. Shah, SBN #260435
14 | Email: jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER
15 |   & SHAH, LLP
35 East State Street
16 | Media, Pennsylvania 19063
Telephone: (610) 891-9880
17 | Facsimile: (866) 300-7367

18 | *Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
CASE NO. 4:15-CV-06314-YGR

## CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kasey C. Townsend, SBN #152992
    Email: ktownsend@murchisonlaw.com
    Susan J. Welde, SBN #205401
    Email: swelde@murchisonlaw.com
    MURCHISON & CUMMING, LLP
    275 Battery Street, Suite 850
    San Francisco, California 94111
    Telephone: (415) 524-4300

    Martin W. Jaszczuk, *Admitted Pro Hac Vice*
    Email: mjaszczuk@jaszczuk.com
    Margaret M. Schuchardt, *Admitted Pro Hac Vice*
    Email: mschuchardt@jaszczuk.com
    Keith L. Gibson, *Admitted Pro Hac Vice*
    Email: kgibson@jaszczuk.com
    Seth H. Corthell, *Admitted Pro Hac Vice*
    Email: scorthell@jaszczuk.com
    Daniel I. Schlessinger, *Admitted Pro Hac Vice*
    Email: dschlessinger@jaszczuk.com
    JASZCZUK P.C.
    311 South Wacker Drive, Suite 1775
    Chicago, Illinois 60606
    Telephone: (312) 442-0311

    Craig S. Primis, *Admitted Pro Hac Vice*
    Email: craig.primis@kirkland.com
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 879-5921
    Facsimile: (202) 879-5200

    *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

1    DATED this 22nd day of May, 2018.

2                                TERRELL MARSHALL LAW GROUP PLLC

3                                By: /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
                                        Jennifer Rust Murray, *Admitted Pro Hac Vice*
4                                         Email: jmurray@terrellmarshall.com
                                        936 North 34th Street, Suite 300
5                                         Seattle, Washington 98103-8869
                                        Telephone: (206) 816-6603
6                                         Facsimile: (206) 319-5450

7                                         *Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 6
CASE NO. 4:15-CV-06314-YGR