— **EXHIBIT  4** —

 1                UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3     - - - - - - - - - - - - - -x

 4     ABANTE ROOTER AND           :

 5     PLUMBING, INC., GEORGE      :

 6     ROSS MANESIOTIS, MARK       :   No. 3:15-cv-06314-YGR

 7     HANKINS, and PHILIP J.      :

 8     CHARVAT, individually       :

 9     and on behalf of all        :

10     others similarly            :

11     situated,                   :

12              Plaintiffs,        :

13        v.                       :

14     ALARM.COM INCORPORATED,     :

15     AND ALARM.COM HOLDINGS,     :

16     INC.,                       :

17              Defendants.        :

18     - - - - - - - - - - - - - -x

19          Deposition of ALARM.COM INCORPORATED,

20       By and through its Designated Representative

21               ANNE FERGUSON

22               Washington, DC

23          Thursday, October 27, 2016

24               9:09 a.m.

1    management services.

2         Q    And then you mentioned manufacturing partners.

3    What do partners do?

4         A    They manufacture the security panels that

5    would actually go on the wall in the home or business.

6    We also have partners who manufacture video cameras,

7    thermostats, locks, lighting and garage door openers.

8         Q    How many manufacturers does Alarm.Com

9    currently work with with regard to the security systems?

10        A    15 to 20.

11        Q    And then you mentioned distributing partners?

12        A    Mm-hmm.

13        Q    And what do those folks do?

14        A    Distributors are, have facilities based

15   throughout North America where our security service

16   providers purchase the hardware that they would utilize

17   in an installation.

18        Q    And so as the senior director of partner

19   marketing what is your -- what's your sort of job

20   description day to day in a very general level?  Then

21   we'll get more specific.

22        A    I'm responsible for ensuring that our various

23   partners and service providers have the information and

24   resources needed to sell and retain Alarm.Com's

```
1    subscribers.  I'm also responsible for our events as an
2    organization as well, so trade events that we attend.
3          Q     And it sounds like you have a team of people?
4          A     I do.
5          Q     How big is that team currently?
6          A     Twelve people.
7          Q     Okay.
8          A     Twelve heads, 11 roles filled.  Right now one
9    is an open rack.
10         Q     Are you familiar with a company called
11   Alliance?
12         A     Yes.
13         Q     Where does Alliance fit in into the three
14   buckets of partners you just talked about, if at all?
15               MR. JACOBOVITZ:  Objection.  Form.  What
16   do you mean by fit in?
17         Q     You're familiar with Alliance.Com?
18         A     Not --
19         Q     That company?
20         A     Alliance Security.
21         Q     Alliance Security, sorry.  Are they a service
22   provider?
23         A     They are a service provider.
24         Q     Does Alarm.Com currently work with Alliance?
```

```
 1          A    Yes.

 2          Q    Do you directly interact with Alliance in any

 3    way?

 4          A    Yes.

 5          Q    Okay.  How do you interact with Alliance?

 6          A    With their head of marketing.

 7          Q    And who is their head of marketing?

 8          A    Jake Murray.

 9          Q    Can you give me some examples of the way that

10    you interact with Mr. Murray?

11          A    Two recent examples would be communicating

12    with him regarding an Alarm.Com event, a partner event

13    that we had recently, inviting him to it, making sure

14    that he had the information that he needed about the

15    event and the logistics for it; also communicate with

16    him and members of my team communicate with him

17    regarding their usage of marketing development funds

18    that are made available to them.

19          Q    Is your team responsible for developing

20    materials and collateral for the service providers?

21          A    Yes.

22          Q    Is your team responsible for any training that

23    is done of the service providers?

24          A    We do assist with training.
```

1   complaint came in, and what was the nature of the

2   complaint; do you recall?

3       A    That a service provider was contacting the

4   consumer with greater frequency than the consumer

5   preferred.

6       Q    Is there any, any indication that they were on

7   the Do Not Call list or was it just the frequency of

8   calls they were complaining about?

9       A    Just the frequency of calls.

10      Q    Any indication whether they had been called on

11  their cell phone?

12      A    No, no indication.

13      Q    No indication, right, one way or the other.

14  And so it was determined that the lead had been provided

15  through the CLS; right?

16      A    Correct.

17      Q    Tell me what that means.

18      A    Alarm.Com has a customer lead service where

19  consumers can enter a lead funnel through the Alarm.Com

20  public site.  As part of that process if the consumer

21  goes all the way through the funnel, they explicitly

22  indicate their consent to be contacted via the methods

23  that they submit to, that they submit through that form.

24      Q    And so how were you or how was the company

```
 1    able to determine that this consumer had come to the
 2    company through the CLS?
 3         A    We store that information when it is input.
 4         Q    And where is that information stored?
 5         A    Our data warehouse.
 6         Q    I had to ask even though I know the answer.
 7    And with regard to the information that -- well, let's
 8    just talk about that particular consumer.  You go to the
 9    data warehouse, you want to see, you know, did this
10    person come in through the CLS or was a lead generated
11    through the CLS.  What sort of information do you see in
12    the data warehouse about that particular consumer?
13         A    You would see information that the consumer
14    input themselves through the form.  You would also see
15    an indication of which service providers the individual
16    had selected that they wanted to be connected with.  If
17    the lead had been converted to a subscriber, that would
18    be noted as well.
19         Q    And so if the lead is generated through the
20    CLS and the consumer has selected more than one service
21    provider, what happens then in terms of that lead?
22         A    Once the consumer has indicated their consent
23    which they have to do by selecting a particular box,
24    then they are presented with a, a list of potential
```

1        Q      Leads.

2        A      We only accept leads through our -- we

3   transmit lead information back to our partners through

4   our customer lead service and through one other

5   marketing resource that we make available to our

6   partners which is a co-branded web page that they can

7   utilize that has a simple lead input form.  That is not

8   a shared lead.  That is information that is transmitted

9   directly to that service provider.

10       Q      Okay.  So let's talk about Alliance.Com --

11  Alliance.Com -- I'm going to call them that -- Alliance

12  Security for a minute.  Do you have an understanding as

13  to with regard to the subscribers that they deliver to

14  Alarm.Com where they obtained the information, I'll call

15  it lead information, but the information about those

16  subscribers to then market Alarm.Com's product to them?

17       A      Outside of the leads that they received

18  directly through the customer lead service from

19  Alarm.Com, I don't have specific information where they

20  are obtaining leads.

21       Q      Are there any limitations on the method by

22  which service providers can obtain leads outside of the

23  CLS?

24       A      We don't control or direct our service

1   providers' marketing activities or sales activities.

2        Q    So the answer's no, there are no limitations

3   on that?

4        A    (No verbal response.)

5        Q    And I know I'm bouncing around a little bit,

6   but it seems like it sort of makes some sense.

7        A    One point of clarification.

8        Q    Yeah.

9        A    As part of our service provider agreement we

10  do ask, require that our service providers comply with

11  all applicable laws and regulations.  So to the extent

12  that they need to do that, that is part of our service

13  provider agreement.

14       Q    Okay.  What, if anything, does Alarm.Com do to

15  make sure that the service providers are complying with

16  that part of the agreement?

17       A    We do not put ourselves in the role of direct

18  compliance there.  However, if we were made aware of an

19  egregious case, that's something that we would

20  investigate and, if needed, take action on.

21       Q    I saw some references to an audit process that

22  was conducted with regard to a certain number of service

23  providers.  Are you familiar with that process?

24       A    I am familiar with our customer lead service

1      A      Yes.

2      Q      And what type of information would be in

3  there?

4      A      In our partner marketing folder in one of the

5  subdirectories there is an Alliance folder; it contains

6  information specific to how we have helped Alliance

7  utilize their marketing development funds over the last

8  few years, specific orders that we've helped with,

9  images of co-branding that have been utilized for those

10  purposes.

11      Q      Would correspondence to and from Alliance be

12  in a folder like that?

13      A      No.

14      Q      Would the agreement or any iterations of the

15  agreement with Alliance be in a folder like that?

16      A      No.

17      Q      Because that's a marketing folder; right?

18      A      Correct.

19      Q      Are you aware of other Alliance folders

20  outside the marketing department that might contain

21  different information?

22      A      I'm not aware of those.

23      Q      All right.  Do you know whether it's possible

24  to pull up a full directory of all of those folders to

1          A      Once someone is a subscriber Alarm.Com will

2     have interaction with the consumer.  We don't control or

3     manage in any way how our service provider might also

4     engage with that consumer.

5          Q      Does Alarm.Com -- this is going to seem like

6     an obvious question -- but does Alarm.Com always know

7     which service provider signed up the subscriber?

8          A      Yes.

9          Q      Okay.  And how does Alarm.Com become aware of

10    a service provider signing up a subscriber?

11         A      A service provider would in all cases sign up

12    a new subscriber through our service provider portal.

13    Log-ins are done at the service provider level so we

14    would always know which log-in associated with which

15    service provider was creating a new subscriber account.

16         Q      Had that log-in process and that use of the

17    portal been the case since you've been with the company?

18         A      Yes.

19         Q      All right.  So if one wanted to pull a list of

20    all of the subscribers that have been generated say by

21    Alliance, one could do that?

22         A      With appropriate permissions, yes.

23         Q      And that information is within the data

24    warehouse?

ABANTE ROOTER AND PLUMBING v
ALARM.COM INCORPORATED

ANNE  FERGUSON, CORPORATE
October 27, 2016

1   Graziano and Angeline Roda, all of whom have had

2   responsibility for performing those audits in the past.

3        Q      And when did Alarm.Com start utilizing CLS

4   audits?

5        A      To the best of my knowledge in early 2014.

6        Q      And so with regard to Alliance, what did you

7   learn about the frequency of CLS audits?

8        A      They were audited quite frequently as one of

9   the larger recipients of leads.

10       Q      Do you have a recollection of how many times

11  they've been audited?

12       A      Ever since the implementation of the audits,

13  over 20 times.

14       Q      And did you review the reports that were

15  generated as a result of the audits of Alliance?

16       A      I did review some.

17       Q      Okay.  Can you tell me anything you recall

18  about those audit reports?

19       A      Some of those audit reports were, were fine in

20  that they adhered to what we were looking for in terms

21  of representing the relationship with Alarm.Com

22  appropriately and utilizing appropriate base handling

23  tactics.  In some cases they did not.

24       Q      And tell me any, any issues or problems that

```
 1   you saw in those audit reports of Alliance.
 2        A    Specifically in some cases making more calls
 3   than we would recommend.
 4        Q    So over-calling?  Is that what you guys call
 5   that?
 6        A    Yes.
 7        Q    Okay.  Anything else?
 8        A    Over-calling and utilizing an automated
 9   service for calls.
10        Q    What do you mean an automated service?
11        A    A -- not knowing their specific service, I can
12   tell you how I would define it.  That would be an
13   automated system leaving some sort of mechanized
14   voicemail type of response.
15        Q    So prerecorded message?
16        A    Mm-hmm.
17        Q    You said they were audited over 20 times.  Do
18   you have a recollection of in how many of those audits
19   was there a concern about a prerecorded message?
20        A    I don't recall exactly how many.
21        Q    Was it more than one?
22        A    Yes.
23        Q    Was it more than five?
24        A    Not to my knowledge or recollection.
```

1      Q     And do you have a recollection of what the

2   most recent date was where there was an audit of

3   Alliance where there was a concern about a prerecorded

4   message?

5      A     Within -- not -- specifically not related to a

6   prerecorded message but with regard to over-calling.

7      Q     What was the most recent audit that you can

8   recall where there was a concern about a prerecorded

9   message by Alliance?

10     A     Within the last year.

11     Q     Okay.  And so what, if anything, was done to

12  follow up on this audit of Alliance that show that there

13  was the use of a prerecorded message within the last

14  year?

15              MR. JACOBOVITZ:  Objection.  Form.

16     A     As with other cases where we have some sort of

17  concern about how the lead is handled, we would reach

18  out directly to the service provider, to our marketing

19  contact with our service provider, discuss the concern

20  and encourage different tactics.

21     Q     And is that what happened with regard to this

22  audit report?

23     A     Yes.

24     Q     And were you involved in that?

```
 1        A     I have not.

 2        Q     Have Alliance Security employees ever visited

 3   the Alarm.Com offices?

 4        A     They have.

 5        Q     Where are the partner summits held?

 6        A     They're -- the last several ones have been

 7   held here in Washington, DC.

 8        Q     Tell me about the circumstances under which

 9   Alliance Security employees would visit the Alarm.Com

10   offices.

11        A     It could be a number of different scenarios.

12   Examples could include where we might want to talk about

13   marketing resources, where we might be providing

14   installation training for their technicians or

15   installers, and then executive level meetings.

16        Q     And when you say marketing resources, what do

17   you include within that description?

18        A     Co-branded content that's available for our

19   service providers to take advantage of.  That would

20   include video content, printed collateral, website

21   content.

22        Q     When Alarm.Com does co-branding activities

23   with, with its service providers, is the Alarm.Com logo

24   on that material?
```

ABANTE ROOTER AND PLUMBING v
ALARM.COM INCORPORATED

ANNE FERGUSON, CORPORATE
October 27, 2016

1        A     We typically utilize the Powered by Alarm.Com

2    logo on that.

3        Q     And tell me about that.  What's the difference

4    between the Alarm.Com and the Powered by Alarm.Com logo?

5        A     With most of the co-branding that we do the

6    service provider's logo is going to be the more

7    prominent one, and then the services that are in fact

8    powered by Alarm.Com are referenced as being powered by

9    Alarm.Com, so we typically utilize that logo on

10   co-branded content.

11       Q     When was the Powered by Alarm.Com logo

12   developed, if you know?

13       A     I do.  To the best of my recollection, 2013 is

14   when we started using that.

15       Q     And so prior to that was just the simple

16   Alarm.Com logo used?

17       A     Yes.

18       Q     Does Alarm.Com encourage its service providers

19   to put their logos on the website?

20       A     Which logos on which website?

21       Q     Does Alarm.Com encourage the service providers

22   to put their, in other words, the service provider's

23   logos on Alarm.Com's website?

24       A     The service provider does not have control

1    over the content on the Alarm.Com website.  We do show

2    the names of our contracted service providers on our

3    website for consumers to be able to potentially search

4    for a service provider in their area or to validate that

5    a service provider offers Alarm.Com services.

6         Q    Does Alarm.Com encourage the service providers

7    to put Alarm.Com's logo on the service providers'

8    websites?

9         A    Yes.

10        Q    And which, which logo do the service providers

11   tend to use?

12        A    Either Alarm.Com, our corporate logo or the

13   Powered by Alarm.Com logo.

14        Q    If a consumer has one of Alarm.Com's service

15   providers visit them to discuss an installation and

16   provide a contract, whose name is on that contract and

17   whose logo, which company?

18        A    I cannot speak to all instances, but the

19   consumer would be contracting with the service provider.

20   I can't speak to logos that might be included on those

21   agreements.

22        Q    Who within Alarm.Com would be aware of the

23   logos that are in the company names that are typically

24   on the contracts presented by the service provider to

1    the consumer?

2         A    To my knowledge we do not review the contracts

3    or agreements that the service provider provides to the

4    end user.

5         Q    Are the service providers supposed to have the

6    Alarm.Com logo or name on the contracts that they

7    present to consumers?

8         A    To my knowledge that's not a requirement that

9    we, that we make at all.

10        Q    Are they allowed to have Alarm.Com's name or

11   logo on the contracts presented to the consumers?

12        A    If it is a representation of services being

13   delivered that are powered by Alarm.Com but not that

14   they, not that the end subscriber is contracting

15   directly with Alarm.Com.

16        Q    Have you ever seen a contract where

17   Alarm.Com's logo is the only one on the contract?

18        A    I have not seen an end subscriber contract

19   where that's the case.

20        Q    Go ahead and take a look at Exhibit 1, please,

21   and if you would turn to page 11.  Do you see topic 9

22   under the heading telemarketing?

23        A    I do.

24        Q    I'm just going to read it just so it's in the

| | |
|---|---|
| 1 | record.  It's not that I don't think you can read. |
| 2 | "Alarm.Com's knowledge of and participation in all |
| 3 | scripts used for telemarketing purposes including who |
| 4 | drafted the scripts, any revisions to the scripts and |
| 5 | any training provided regarding using the scripts to |
| 6 | make such calls."  Do you understand that you were |
| 7 | designated to testify on behalf of the company for that |
| 8 | topic? |
| 9 | A    I do. |
| 10 | Q    What did you do to prepare to testify today |
| 11 | about that topic? |
| 12 | A    I reviewed information that we have regarding |
| 13 | that topic. |
| 14 | Q    What information did you review? |
| 15 | A    I specifically reviewed a dealer resource |
| 16 | guide that we have which contains recommended scripts |
| 17 | for phone conversations that a service provider might |
| 18 | have with a prospective interested consumer. |
| 19 | Q    And so those scripts would be used during the |
| 20 | course of a telemarketing call; right? |
| 21 | MR. JACOBOVITZ:  Objection.  Form. |
| 22 | Q    Or could be used? |
| 23 | A    They could be used in, in a phone |
| 24 | conversation. |

ANNE FERGUSON, CORPORATE
October 27, 2016

```
 1        Q    Okay.  And would you agree with me that a
 2   phone call that is placed to sell goods or services like
 3   alarm services is a telemarketing call?
 4        A    It could be categorized as such.
 5        Q    Okay.  All right.  And so you would agree that
 6   the scripts that are provided by Alarm.Com to its
 7   service providers in the dealer resource guide, those
 8   could be used for telemarketing calls; right?
 9        A    They could be.
10        Q    Okay.  And so I also saw the scripts in the
11   dealer resource guide, and we'll look at some of those a
12   little bit later if we think we need to, but did you
13   look at any other sources of scripts other than the
14   dealer resource guide?
15        A    We also had some information that is very
16   specific to CLS noted under our CLS lead handling
17   guidelines and CLS best practices as relates to
18   contacting prospective individuals.
19        Q    Any other sources of scripts that you located?
20        A    No.
21        Q    And who was responsible for drafting those
22   scripts?
23        A    A -- members of our sales organization drafted
24   those.  I reviewed those.
```

ABANTE ROOTER AND PLUMBING v
ALARM.COM INCORPORATED

ANNE  FERGUSON, CORPORATE
October 27, 2016

1      Q      And when did Alarm.Com first start providing

2   scripts to its service providers for the use in their

3   telemarketing activities?

4      A      To the best of my recollection, 2012, and

5   these were not specific to telemarketing.

6      Q      And have those scripts been materially revised

7   over the years?

8      A      No.

9      Q      Does Alarm.Com provide any training to its

10  service providers about how to use the scripts?

11     A      Which scripts?

12     Q      The telemarketing scripts.

13     A      No.

14     Q      And so let's talk about that a little bit.

15  Let's go ahead and talk about the partner summit.  How

16  long has Alarm.Com held partner summits?

17     A      This was our fifth annual partner summit.

18     Q      All right.  And how long does the summit last?

19     A      It's two and a half days.

20     Q      Okay.  And are the partners required to attend

21  the summit?

22     A      No.

23     Q      Do most of the partners attend the summit?

24     A      We only invite members of our premier partner

1   program.  We do have a capacity limit.  So it's

2   essentially a first come first serve.

3        Q    And so what is the, how many, how many service

4   providers are allowed to come?  What's your capacity for

5   service providers at the partner summit?

6        A    270 individuals.

7        Q    Okay.  Has Alliance Security attended the

8   partner summit?

9        A    They have.

10       Q    Do you know for how many consecutive years or

11  how many times?

12       A    I believe four years.

13       Q    So four out of five years?

14       A    Correct.

15       Q    Did they attend this last year?

16       A    They did.  Do you mean 2016, yes.

17       Q    2016.  Do you know which year they didn't

18  attend?

19       A    I -- to the best of my recollection they have

20  attended the past four years.  Not always the same

21  individuals.

22       Q    And at the partner summit, what if anything,

23  does Alarm.Com present to its partners about marketing

24  activities generally?

1        A      We do talk about marketing activities.  We

2    talk about marketing resources.  We talk about

3    co-branded collateral content that is available to them

4    and where they can find that information.  We discuss

5    our mobile sales app that is available to our partners.

6    We discuss the co-branded web page that is available to

7    our partners and all of the other resources that I would

8    generally classify as co-branded content that are

9    available through our portal, through our service

10   provider portal.

11       Q      Let's talk about the co-branded web page for a

12   minute.  Where is that posted?

13       A      On Alarm.Com.

14       Q      And who has access to the co-branded web page?

15   Is that something that's available to consumers?

16       A      It is a marketing resource that Alarm.Com

17   makes available to our service providers.  Once that URL

18   is generated it's up to the service provider as to where

19   and how they choose to use it.

20       Q      So they can provide it to consumers if they

21   want or put it on their own web page, whatever?

22       A      Correct.

23       Q      And -- all right.  At the partner summit are

24   there any sessions or materials or discussions about

ABANTE ROOTER AND PLUMBING v
ALARM.COM INCORPORATED

ANNE FERGUSON, CORPORATE
October 27, 2016

```
 1    TCPA compliance?
 2         A    No.
 3         Q    Are there any sessions, discussions, materials
 4    about any other legal restrictions or limitations on
 5    telemarketing activity?
 6         A    No.
 7         Q    Has Alarm.Com ever discussed whether, whether
 8    it should provide some information to its service
 9    providers about how to comply with the TCPA?
10              MR. JACOBOVITZ:  Outside of any
11    communication with attorneys.
12         A    We don't engage in telemarketing.  We're not
13    experts in telemarketing.  We can't consult on
14    telemarketing.
15         Q    So my question was different.  It was -- I
16    understand that that is Alarm.Com's position.  The
17    question is whether outside the presence of legal
18    counsel you've ever been aware of any discussions about
19    whether TCPA compliance issues should be addressed with
20    the service providers at the partner summit or
21    otherwise?
22         A    Not in conversation that I've had.
23         Q    Are the CLS audits -- have they ever been
24    addressed at the partner summits?
```

1          A       Not broadly, no.

2          Q       Now, if you say "broadly," then I have to ask

3     what do you mean?  At all have they ever been discussed

4     at the partner summit?

5          A       Not in any public forum at the partner summit.

6     I can't speak to individual conversations that might

7     have happened in that environment.

8          Q       Fair enough.  How, if at all, are the service

9     providers made aware of the CLS audit process?

10         A       When a service provider indicates an interest

11    in becoming part of the customer lead service, we

12    require that they attend a webinar.  During that webinar

13    we give them information about how the system, or how

14    the service rather, works, how they can do things such

15    as setting up their bidding parameters, how they can

16    indicate additional information about their company, and

17    as part of that we do let them know that there is an

18    audit process.

19         Q       Is there a name of that webinar?

20         A       CLS webinar.

21         Q       Is that it?  Good.  Even I can find that.  And

22    let's talk about the lead bidding process a little bit.

23    Can you just describe -- well, first of all, when did

24    Alarm.Com start having a bidding process for leads?

```
 1        A     It has always been part of the CLS service.

 2        Q     Okay.  So, and that was 2000 --

 3        A     Late 2012, mid to late 2012, best of my

 4   recollection.

 5        Q     All right.  Describe for me, if you would, the

 6   lead bidding process, and again, in connection with CLS.

 7        A     So a service provider would log on to our

 8   service provider portal.  If it is a provider who has

 9   been approved as part of CLS, as previously mentioned,

10   they would have to go through the webinar process.  They

11   have to be in good financial standing with us to be

12   approved.  They have the opportunity to set up their

13   bidding information.  So they indicate what minimum bid

14   they would like to have applied.

15        Q     And tell me what that means.  What are they

16   bidding on and how much?  What's -- give me an example.

17        A     A service provider is bidding to receive leads

18   that match the criteria that are appropriate for that

19   service provider.  The bidding amount, there is a five

20   dollar minimum.  Beyond that it is entirely up to the

21   service provider what amount they want to, they want to

22   bid for a lead.

23              There are caps that they can put in place, for

24   example, a monthly cap on the amount of money that they
```

```
1    would want to spend, so provide some protection for them
2    in that regard, and there are some differential bidding
3    elements as well.
4         Q     Are all lead providers allowed to bid on CLS
5    leads?
6         A     Only service providers that are part of the
7    CLS program can bid on CLS leads.
8         Q     Okay.
9         A     Or have access to the CLS pages within our
10   provider portal.
11        Q     Okay.  You said there are around 6,000 service
12   providers; is that right?
13        A     Mm-hmm.
14             MR. JACOBOVITZ:  Yes or no.
15        A     Yes.
16        Q     Of that 6,000 how many of those participate in
17   the CLS program?
18        A     As of this month, 340.
19        Q     All right.  And does Alliance Security
20   participate in the CLS program?
21        A     They do.
22        Q     Do you know when they first started
23   participating in the CLS program?
24        A     To the best of my recollection, 2013.
```

1      Q      So when Alliance decided to participate in the

2   CLS program, what steps did they have to take to become

3   qualified to participate in it?

4      A      They need to represent Alarm.Com on their

5   website which could be through the use of our logo on

6   their website.  Like any other partner who would be

7   joining the program, they need to be in good financial

8   standing with Alarm.Com.  They need to attend the

9   webinar that I previously mentioned, and then they would

10  need to set up their bidding criteria and basic

11  information as part of the CLS service.  The service

12  provider has the opportunity at any given time to pause

13  their participation, and they may pause and unpause at

14  will.

15     Q      Okay.  Did there ever come a time when

16  Alliance paused participation in CLS?

17     A      Yes.

18     Q      When was that?

19     A      I don't have the specific dates, but we can

20  furnish that.

21     Q      And do you have an understanding as to why

22  they paused their participation in CLS?

23     A      Not specific to Alliance.  There are a variety

24  of reasons why someone might.

ABANTE ROOTER AND PLUMBING v                    ANNE  FERGUSON, CORPORATE
ALARM.COM INCORPORATED                          October 27, 2016

1        Q     Did you ever become aware that Alliance was

2   interested in perhaps shifting most or all of its

3   business to Honeywell?

4        A     I have heard that they were in a conversation

5   with Honeywell.

6        Q     Were you involved in any discussions

7   internally about how to retain Alliance as a service

8   provider?

9        A     Yes.

10       Q     Who did you have those conversations with?

11       A     Noah Billger, Nate Natale.

12       Q     And what time period was that when you were

13   having these conversations about retaining Alliance and

14   preventing them from perhaps going to Honeywell?

15       A     To the best of my recollection a year to a

16   year and a half ago.

17       Q     And let me just follow up on one thing so I

18   don't forget.  So in connection with becoming qualified

19   to participate in the CLS program, is there -- does

20   Alarm.Com do any due diligence on a service provider?

21   I'll just stop there.

22       A     Not beyond what I've already described.

23       Q     And so no investigation into whether they've

24   ever been fined by a regulatory agency?

1     A     No.

2     Q     Okay.  No investigation as to whether they've

3   ever been sued for telemarketing violations?

4     A     No.

5     Q     Any investigation into any compliance issues

6   whatsoever of a service provider?

7     A     Not specifically related to their

8   participation in CLS, no.

9     Q     All right.  Let me make sure I understand what

10  you're saying.  Does Alarm.Com ever investigate sort of

11  the regulatory and legal standing of a service provider?

12     A     Not to my knowledge.

13     Q     Okay.  Does Alarm.Com ever conduct any

14  criminal background checks of any of its service

15  providers or its key employees?

16     MR. JACOBOVITZ:  Objection.  Form.  When

17  you say key employees, you're talking about key

18  employees of the service provider?

19     Q     Yes.

20     A     Not to my knowledge, no.

21     Q     Why did Alarm.Com want to retain Alliance as a

22  service provider?

23     A     They are a strong service provider of ours or

24  historically had been in terms of putting on a

```
 1   significant number of subscribers.
 2        Q    Is there sort of a threshold for that
 3   analysis?  Is there a quantitative analysis that was
 4   done in terms of number of subscribers per year or, you
 5   know, historically?  How, you know, is there something
 6   quantitative about saying they're a strong service
 7   provider?
 8        A    Sure.  My frame of reference for that would be
 9   our premier partner program.  It is a tiered system, and
10   they -- Alliance Security fell into the top tier of
11   that.
12        Q    Is that the platinum?
13        A    Yes.
14        Q    All right.  And what does it mean to be a
15   platinum partner?
16        A    It means that the service provider is putting
17   on a minimum of 5200 accounts annually, meaning calendar
18   year, and that they have at least a 50 percent log-in
19   rate among the Alarm.Com subscriber base.
20        Q    Is that 5200 new accounts annually?
21        A    Yes.
22        Q    Okay.  What does 50 percent log-in rate mean?
23        A    Of the Alarm.Com subscribers that any
24   particular service provider has, at least 50 percent of
```

1     them need to have logged on to the Alarm.Com services

2     period, so either through the customer, our Alarm.Com

3     customer website or through our app.

4          Q    Let me just make sure I understand that.  If I

5     have an Alarm.Com system in my house, can I utilize it

6     without logging in?

7          A    You cannot utilize the Alarm.Com-powered

8     services --

9          Q    Got it.

10         A    -- without logging in.

11         Q    Why does -- this is going to seem obvious.

12    Why does Alarm.Com care whether the subscribers log in?

13         A    Attrition rates are significantly lower among

14    those subscribers who have logged in and utilized the

15    services.

16         Q    Because they're using the services?

17         A    Yes.

18         Q    They actually remember that it is there?

19         A    Yes.

20         Q    So they pay, okay.

21         A    They don't --

22         Q    They continue to pay.  No, I understand.  I

23    understand.  Fair enough.

24              So that's it?  There's just two criteria for

1   being platinum:  Number of accounts per year and 50

2   percent log-in rate?

3        A    And being in good financial standing with

4   Alarm.Com.

5        Q    And being in good financial standing.  All

6   right.  Does Alarm.Com ever evaluate whether it's

7   receiving complaints from consumers when it's looking at

8   which tier to put a partner in?

9        A    That's not part of the decision-making

10  criteria for tiers.

11       Q    What sort of perks does a platinum partner

12  get?  Why would a partner want to be in the platinum

13  tier other than it sounds good?

14       A    All members of the premier partner program

15  have the opportunity to be engaged with CLS.  Again,

16  membership in premier partner program does not

17  automatically grant them membership into the CLS

18  program.  They would still have to go through the

19  aforementioned steps to take part in that.

20            Being in the premier partner program provides

21  the opportunity for one of our service providers to

22  apply for marketing development funds.  More marketing

23  development funds are available at successive levels of

24  the tier.  So to specifically answer your question why

1    would someone be interested in platinum versus gold,

2    more marketing development funds are available to them.

3        Q    Is that the only distinction?

4        A    We also invite premier partners to events like

5    the partner summit.  They can have the opportunity to

6    participate in some cases in product betas that might

7    not be available to the broader subscriber base.

8        Q    Is it typical for Alarm.Com to pay for service

9    providers' Christmas parties?

10       A    There are a number of cases where we provide

11   monetary donations to service providers for particular

12   events for some of our larger partners.

13       Q    You're aware that Alarm.Com paid for

14   Alliance's Christmas party?

15       A    Yes.

16       Q    It was $10,000; is that right?

17       A    That sounds right.

18       Q    Can you explain generally to me sort of the

19   monetary component of the relationship between Alarm.Com

20   and Alliance?  How is Alliance compensated for the

21   consumers that it generates?

22       A    So Alliance pays Alarm.Com per subscriber.

23   Alliance will have a set rate that they will pay per

24   subscriber, and that's going to be related to the

1        Q     And maybe I'm just being dense, but I'm trying

2   to understand.   I assume since you're in marketing that

3   means it would translate into additional revenue.   How

4   does Alliance, Alliance's reputation or influence on

5   Monitronics translate into additional revenue for

6   Alarm.Com?

7        A     Monitronics is a service provider partner of

8   ours.   Alliance is a service provider partner of ours.

9   They have a, what we would call subdealer and dealer

10  program relationship that is entirely between the two of

11  them.   Alarm.Com is not involved with that.   We are

12  always mindful of our dealer program service providers,

13  and where we also work with some of their larger

14  subdealer service providers we are mindful of those

15  relationships and want to make sure that we are helping

16  to support, to support those service providers as much

17  as possible so that they can grow their subscriber base.

18       Q     Let me make sure that I unpack something that

19  you said.   You said where we also work with the

20  subdealer.   What do you mean by that?

21       A     What I would refer to, what Alarm.Com would

22  refer to as a dealer program, Monitronics is an example

23  of that, meaning that they purchase accounts from other,

24  from other service providers.   We would refer to those

1    premier partner program.  When looking at that we're not
2    distinguishing between CLS leads versus other leads.  We
3    are focused on subscribers, not leads.  We have no
4    knowledge of leads outside the CLS system.
5         Q    All right.  Okay.  So I interrupted your
6    answer.  So we know that this part of the proposal was
7    adopted, auditing the 25 largest dealers every month.
8    What other parts were adopted?
9         A    We do attempt to audit what are defined as key
10   dealers and problematic dealers.
11        Q    What's a problematic dealer?
12        A    Dealers who have been previously audited as
13   part of the process and who were identified as not
14   following some of our best practices for lead handling.
15        Q    Is Alliance a problematic dealer?
16        A    At times they were identified as such based on
17   the results from a monthly audit specific to CLS.
18        Q    What other parts of this proposal were
19   adopted?
20        A    We do try to audit new dealers into the CLS.
21        Q    Are they automatically audited or how does
22   that work?
23        A    The audits are occurring all internally at
24   this point.  So the individual conducting the audits

1    covers it?  Okay.  What about -- what about --

2         A     Also under knowledge of --

3              MR. JACOBOVITZ:  Okay.  Was your answer

4    finished?  Or if not, continue.

5         A     That's fine.

6         Q     Were there any training materials generated in

7    connection with -- I know it still is being sort of

8    tested internally, is that right, that dealer audit

9    score?

10        A     It is.

11        Q     Okay.  Are there any other materials that

12   describe sort of the criteria and what it means and

13   would sort of more clearly link the best practices to

14   the point system?

15        A     Not to my knowledge.

16        Q     Okay.  Where on here, if at all, is the issue

17   of using an automated dialer?

18        A     It would be covered under two areas under call

19   volume.  So if the automated dialer were delivering more

20   than ten total calls, that would be captured under the

21   call volume note.

22              If there were an automated dialer that were,

23   that was not leaving voicemails consistent with the

24   points that you see under voicemail quality, would be

1    captured, could be captured there as well.

2        Q    What about the use of a prerecorded message,

3    where is that captured on the dealer audit score?

4        A    It is not specifically captured under the

5    dealer audit score.

6        Q    Okay.  But you agree it's one of four problem

7    areas that are supposed to be addressed by the audit;

8    right?

9        A    Yes.

10       Q    Is there a similar audit process for the use

11   of e-mail to promote Alarm.Com's services by service

12   providers?

13       A    We do not audit outside of the CLS program.

14       Q    Well, let me make sure I understand your

15   answer.  Service providers are encouraged to both e-mail

16   and call leads who have been given to service providers

17   through the CLS program; right?

18       A    Yes.

19       Q    Okay.  So my question is, is there an audit

20   process that is directed at the use of e-mail to contact

21   those consumers whose leads are generated through the

22   CLS program?

23       A    Yes.  It is included as part of this audit

24   process.  When we are looking at, if you look at initial

```
 1        A    That it was around some aggressive sales
 2   tactics.
 3        Q    Any specifics about those sales tactics?
 4        A    Nothing specifically that I'm recalling.
 5        Q    Take a look at Exhibit 11.
 6        A    Thank you.
 7        Q    I only have one.  I don't know why.  Have you
 8   seen that e-mail before?
 9        A    I have not.
10        Q    So Exhibit 11 is Bates stamped 1252.  It's
11   dated --
12        A    I'm sorry.  Could you give me just a minute?
13        Q    Oh, I'm sorry.  I thought you were done.
14        A    Okay.
15        Q    So it's Bates stamped 1252.  It's dated May
16   1st, 2012.  It's from Nate Natale to Steve Trundle,
17   Martin Hebert and Noah Billger, and it's about VMS/Today
18   Show, and you see Mr. Trundle's e-mail.  So Mr. Natale
19   is forwarding the clip from The Today Show, and the name
20   of it is NBC Today Show, Telemarketers Ignoring Do Not
21   Call List, it's forwarding that to Mr. Hebert -- is it
22   Hebert?  How do you say it?
23        A    Hebert.
24        Q    Hebert?  I figured I was saying it wrong --
```

```
 1   Billger and Trundle, and Mr. Trundle, again, he's the
 2   CEO; is that right?
 3        A    Correct.
 4        Q    And the president?  Yeah.  So he saw the clip,
 5   and he said, That's not good.  I tend not to trust the
 6   mass market news media other than the Wall Street
 7   Journal too much because I have seen the reporting
 8   consistently be biased and sometimes slanderous.  The
 9   ostentatious yellow Ferrari makes the story too juicy
10   for the news to pass up.  If their primary tactic is
11   cold calling random numbers and they are filtering out
12   all DNC list people, then they should be fine with it,
13   just you and the law, but the chances are that they are
14   not getting very many highly educated and informed
15   consumers.  That is the general problem we have because
16   I think the door-knockers are also generally not getting
17   the highly educated and informed consumers.  With the
18   marketing that we are doing behind CLS we are hoping to
19   find those high-end consumers and drive them through our
20   dealer channel.  To be successful we have to have a
21   bunch of dealers like SyngID and CPI ready to take the
22   lead and succeeding with the program.
23             So this is 2012, and as I recall, VMS, now
24   Alliance; right?
```

1      A      Correct.

2      Q      They sort of applied to be part of the CLS

3    program in you thought 2013?

4      A      To my recollection.

5      Q      Was there any discussion of the issues that

6    were raised in The Today Show segment as Alarm.Com was

7    discussing whether or not to bring Alliance into the CLS

8    program?

9      A      Not that I was a part of.

10      Q      When this become -- when this issue, this

11    Today Show segment became known to Alarm.Com back in May

12    of 2012, was there any discussion of trying to ensure

13    that any telemarketing activity that Alliance was doing

14    trying to sell Alarm.Com products and services would

15    comply with the law?

16      A      As you can see in the statement made by Steve,

17    that was definitely something of concern.

18      Q      Yeah.  What steps were taken to address that

19    concern?

20              MR. JACOBOVITZ:  Objection.  Form.

21      Q      Let me -- let me clear that one up.  What

22    steps did Alarm.Com take to address the concerns about

23    Alliance not complying with the TCPA when it became

24    aware of it in May of 2012?

```
 1              MR. JACOBOVITZ:  Objection.  Form.
 2      A    We were made of some allegations -- we were
 3   made aware of some allegations here.  As you can see
 4   through this e-mail chain, Nate spoke with Jay Gotra,
 5   also spoke with another service provider partner who
 6   worked with Alliance to try and get a better handle of
 7   the situation and understand specifically what was, what
 8   was happening.
 9      Q    Mm-hmm.
10      A    So it was something that, that generated some
11   concern and it was followed up on.
12      Q    All right.  And they did that in or around May
13   of 2012; right?
14      A    It would appear to be so.
15      Q    Right?  I mean they took it seriously; right?
16      A    It certainly appears that way.
17      Q    So I'm curious though.  What concrete steps
18   were taken to ensure that Alliance was no longer going
19   to violate the law?
20              MR. JACOBOVITZ:  Objection.  Asked and
21   answered.  She just answered the question.  Do you have
22   anything further to add?  Go ahead.
23      A    We do not actively monitor or control the
24   sales and marketing practices of our service providers.
```

 1        Q    So I asked you earlier when you had, when
 2   Alarm.Com had become aware that Alliance had faced some
 3   allegations of illegal telemarketing, and I think your
 4   answer was sometime in the last year.
 5        A    I specifically referenced the complaint,
 6   specific to this particular complaint.
 7        Q    Right.  So Alarm.Com has known about
 8   allegations against Alliance for illegal telemarketing
 9   since at least May of 2012; right?
10        A    We have been aware of some allegations that
11   were made.
12        Q    Has there ever been a discussion at Alarm.Com
13   about perhaps terminating the relationship with Alliance
14   because it seems to be incapable of complying with the
15   law?
16        A    No.
17                  MR. JACOBOVITZ:  Objection.  Form.
18        A    Not to my knowledge.
19        Q    You were in charge of investigating the
20   specific complaints of the plaintiffs in this case, all
21   of which involve telemarketing practices by Alliance;
22   correct?
23        A    I was involved with it, yes.
24        Q    As a result of learning that in fact Alliance

1    had not changed its practices and was continuing to

2    engage in illegal telemarketing, what steps did

3    Alarm.Com take to prevent that illegal conduct in the

4    future?

5              MR. JACOBOVITZ:  Objection.  Form.  Lacks

6    foundation.  If you can answer.

7         A    Alarm.Com does not control the marketing or

8    sales tactics of our partners.

9         Q    What steps, if any, has Alarm.Com taken to

10   enforce the contractual obligation that Alliance has to

11   comply with all rules and regulations governing

12   telemarketing now that it knows that Alliance does not

13   comply with those laws and regulations?

14             MR. JACOBOVITZ:  Objection.  Form.  Asked

15   and answered.  You can answer, if you can.

16        A    Alarm.Com does not control the marketing and

17   sales practices of service providers.  If allegations

18   are made, we will listen to those certainly and pay

19   attention to those, but we are not responsible for law

20   enforcement.

21        Q    So my question was a little different.

22   There's actually a contractual obligation that Alliance

23   allegedly owes to Alarm.Com to comply with the law.

24   What steps, if any, has Alliance taken to enforce that

ABANTE ROOTER AND PLUMBING v                    ANNE  FERGUSON, CORPORATE
ALARM.COM INCORPORATED                          October 27, 2016

```
 1   contractual obligation against Alliance?
 2                MR. JACOBOVITZ:  Objection.  Form.
 3   Objection.  Asked and answered.  You may answer.
 4        A    You asked what -- you asked what Alliance,
 5   what steps Alliance has taken against Alliance.  I
 6   assume you meant Alarm.Com --
 7        Q    I did.
 8        A    -- has taken against Alliance.  To my
 9   knowledge we have not taken any active measures against
10   Alliance.
11        Q    Why not?
12        A    I am not responsible for the overall account.
13   I think there is someone else who would be better able
14   to answer that.
15        Q    Is Alarm.Com aware of any other service
16   providers that are engaging in illegal telemarketing
17   activities?
18                MR. JACOBOVITZ:  Objection.  I'm
19   instructing you not to answer.  It's the same question
20   as before, based on relevance.  Why is this relevant to
21   this lawsuit?
22                MS. TERRELL:  So under the TCPA there are
23   two levels of damages available.  One is $500.  One is
24   $1500, and the conduct that a company engages in when it
```

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2              I, Janet A. Hamilton, Registered Diplomate
 3    Reporter and Notary Public before whom the foregoing
 4    deposition was taken, do hereby certify that the
 5    foregoing transcript is a true and correct record of the
 6    testimony given; that said testimony was taken by me
 7    stenographically and thereafter reduced to typewriting
 8    under my direction; that review was not requested; and
 9    that I am neither counsel for, related to, nor employed
10    by any of the parties to this case and have no interest,
11    financial or otherwise, in its outcome.
12              IN WITNESS WHEREOF, I have hereunto set my
13    hand this 7th day of November, 2016.
14
15
16
17
18
19    Jan Hamilton
20    _____
21    Registered Diplomate Reporter
22    My commission expires
23    March 14, 2018.
24
```