# — EXHIBIT  5 —



ALARM-0016621





# Overview Presentation

Presenter's Name



Copyright ©
Alarm.com 2016.

ALARM-0016622



Here's our agenda for today. We're going to start off with a background on Alarm.com and talk about how Alarm.com continues to be the technology leader in the Interactive Services and Home Automation space.

We'll talk about what this means for you as a dealer, and how Alarm.com offers key features that will help set you apart from the competition. We'll also cover the resources that Alarm.com provides you as a dealer and business partner to help you meet your business goals.

We'll also save time for Q&A at the end, but feel free to stop me if you have any questions along the way.

ALARM-0016623



ALARM-0016624



We not only created the interactive security market, but have maintained being the leader in our space by staying innovative. We have multiple patents and also hold many industry firsts: 1st wireless interactive security, 1st native mobile app, 1st to market with the Image Sensor, Smart Schedules, and Geo-Services. We also focus exclusively on interactive services and are a technology at our core (we are not branched off of a hardware company or a central station). This dedication to technology enables us to stay ahead of the competition, own the space, and offer highly sticky services that allow you to develop long-lasting and profitable customer relationships.

ALARM-0016625



Our solution is cloud based and is updated weekly allowing us to expanding our offering quickly meeting the needs of our partners and customers.   This includes many Fortune 500 companies that want to be part of the "Connected Home" space.  We are working with great partners like Lutron, LiftMaster, Kwikset, DSC and Qolsys who all want to work with Alarm.com to integrate their services with ours. These relationships are essential to our success and your success as we see "Interactive Services" becoming the standard for many customers.  Many of these relationships like LiftMaster are exclusive that further differentiates our solution from the competition.



So with that said, let's review a quick visual on how Alarm.com works in the home.

With our dedicated cellular connection, all security devices in the home are able to communicate with the Alarm.com backend (NOC). Security devices and z-wave gadgets communicate over our patented two-way cellular connection and IP video cameras and Garage Doors communicate over broadband. As signals are communicated to our NOC, Alarm.com will forward any necessary signals to the central monitoring station of your choice, as well as proactively push out notifications and alerts to customers if needed.

Throughout the entire process, customers have access to control the system and receive notifications and alerts through

ALARM-0016627

any web and/or mobile device. This puts control of the home in their hands and provides customers with a fully "connected home" from anywhere.

ALARM-0016628



We are a clear market leader with millions of monitored properties, connecting more devices & sensors that anyone in the interactive space.  In just one week, we collect over 300 million activities in our network operations center.   This data allows us to monitor trends in our data warehouse that helps educate our dealers to provide the right service at the right time.  At Alarm.com, we are data junkies at heart and believe that Data tells a story.  This data helps our dealers serve their customers better and adapt to our ever changing landscape.

ALARM-0016629



So Why Alarm.com?  In this next section I'll walk through a number of reasons that makes Alarm.com unique.

ALARM-0016630



# Mobile Device Compatibility



**iOS App**

Compatible with iPhone and iPod Touch (iOS 5.0 or later) and iPad (iOS 5.0 or later). To download, visit the iTunes App Store.



**Android App**

Compatible with any device running Android OS 1.6 or later. To download, visit the Google Play Store.



**Windows Phone**

Compatible with Windows Phone Devices running OS 7 or higher. To download, visit the Windows Phone Marketplace.



**Amazon Kindle Fire**

Android app compatible. To download the app to your Amazon Kindle Fire, visit the Amazon Appstore.



**m.alarm.com**

Mobile-friendly version of the Alarm.com website for any web-enabled cell phone.

Copyright ©
Alarm.com 2016

A very big benefit of using Alarm.com is that your customers can access it from anywhere since we're mobile across all platforms (computer, iPhone, Android, Windows Phone, iPad, Kindle). We're also constantly developing new apps and staying on top of consumer demand. Other companies in the market can't offer and sustain multiple apps across multiple platforms the way that Alarm.com does. For example, some of our competitors may only offer an iPhone app (but not an Android app) or vice versa.

If you don't already have the Alarm.com app downloaded on your phone, do it now! Also, make sure your customers are downloading the app as well at the time of installation.  Not only is the mobile app a great selling tool (i.e. "look at what I can do on my phone"), but it's a great way to generate referrals from your customers as they show off their "cool new app"

ALARM-0016631

to friends, family, neighbors, etc.

Our most successful dealers are using their smartphones and iPads/tablets to engage their prospects early in the sales cycle.  So take a moment to download the app and go through the Alarm.com tutorial that can also be used as a selling tool with your prospects.

ALARM-0016632



And on top of everything I've already mentioned, Alarm.com is focused on delivering the features that your customers are asking for, and the features that will help you build and strengthen your customer relationships. We want your customers to be able to take advantage of all the power of advanced wireless web and mobile technologies to protect their families and offering the convenience and control that technology offers today.  We offer you features that aren't available from other home monitoring systems.

With a focus on more than just traditional security, we can also help you as a dealer expand your offerings and attract customers that aren't enticed by traditional security offerings.

ALARM-0016633

You might be asking yourself – all these features are going to be expensive right?  Not the case, many of these features are part of our Interactive Gold offering.  It offers everything we have at a steep discount.  Rather than pay over $20 a month, you have access to it for under $10 dollars and further discounts apply after putting on only 5 accounts.

ALARM-0016634



# Cloud Based Platform

Weekly enhancements & new feature availability for you and your customers

## Flexible

- Multiple cellular carriers (Verizon, T-Mobile and AT&T)
- Highly scalable, customer centric database

## Secure

- Highly secure, reliable and redundant
- Remote back-up and data retention off premise

## Evolution

- Supports seamless integration of new devices and services
- On-going enhancements, new features and services to keep you ahead

Copyright ©
Alarm.com 2016

And... since Alarm.com is a cloud based platform, you can access your "Connected Home/Business" from anywhere, anytime. Each week Alarm.com releases new updates and features through our cloud, so each week your customers get a brand new system unlike our competition. So how are we able to update your security panels weekly? This is case because our "communication" magic lies within the cellular radio. We are the only solution that provides multiple cellular options including AT&T, T-Mobile and Verizon. It's also highly secure with a network operation centers in Ashburn, VA (the same NOC used by the most security government agencies in the US) and a redundant system in Phoenix, AZ.

Since we value ourselves on being able to provide a flexible and secure system for your customers, we've also built a platform that can easily scale. As the market changes and customer begin to demand more and more features, the

ALARM-0016635

Alarm.com cloud based system can receive ongoing, instantaneous updates. And this is important because we are evolving….quickly! There has been more change in this industry in the last few years than the previous 40, and Alarm.com strives to stay on top of that change.

ALARM-0016636



So by now, you've hopefully picked up on the message that Alarm.com invented the interactive security space. However, there are now a lot of competitors that are trying to jump in the space as well. One thing to note though is that Alarm.com takes pride with being the leader, and you can actually use your competitor's offerings to your advantage. Let me explain…

First, as I'm sure you know, there are a lot of well known brands (i.e. Comcast – Xfinity, AT&T) that are jumping into the security space. As a dealer, you can use that to your advantage – ask your customers if they've seen the commercials on TV about Home Automation and how easy it is to control your lights, locks and thermostats with your security system. Chances are they have. That's your opportunity to show them that you can provide those services as well and MUCH

ALARM-0016637

more. The Alarm.com system is completely customizable to each customer's needs.

Also, be aware that these ads on TV have been educating customers on the capabilities of a security system. This new messaging has made today's customer expect basic functionality, such as being able to arm and disarm their system from an app. Since customers now expect that their security system can handle remote arming, lights, locks, etc, you as a dealer need to make sure you don't blend in with the competition and start to look just like "everyone else". Instead, you need to make sure you differentiate yourself.  You can do this by offering Alarm.com key differentiating products such as Image Sensor and the LiftMaster Garage Door Opener. All of these features are included on our Interactive Gold package, so your best bet is to standardize on this package.

By focusing on Alarm.com differentiators, you will grab the attention of the homeowner and continue to do so to avoid a competitor, or a door knocker from taking your account.

ALARM-0016638



When we talk about key services, we typically talk about the unique, exclusive features to Alarm.com that will set you apart from the competition. In today's market, customers are no longer saying "Oh that's cool, show me more!" but instead are saying "I've seen commercials for that, everyone's offering it – how are you different?"

When customers are focused on what you do differently and what you do better than "the next guy", the following will be features that you should always highlight when selling Alarm.com.

ALARM-0016639



As technologies have evolved, Alarm.com has led the advance to integrate other mission critical systems in the home and business into a single service. Our interactive security system now includes Video Monitoring, Energy Management and Automation to create a seamlessly connected experience. Our customers can control all aspects of their home or business through the Alarm.com interface, and that makes you as a dealer their "one stop shop."

This also means that you're able to differentiate yourself as a security dealer. No longer do you provide just security (which has become commoditized/everyone offers that), but you provide the cutting-edge interactive services that today's dynamic customer base is demanding. Also, remember that while only 1 out of 5 customers says they want a security system, 4 out of 5 people that I talk to want to control and automate their home. Alarm.com gives you the ability to engage with consumers in new markets and expand your potential customer base.

ALARM-0016640



Interactive security is at the core of what we do.  As you compete with more automation and energy management systems, know that an upgrade path to security allows you to differentiate yourself.  Let's review a few of the interactive services that will allow you stand out in the crowd.

ALARM-0016641



Geo-Services lets the customer create location-based alerts and rules based on the location of one or more phones, or "Geo-Devices." Location-based services have always existed, but with Alarm.com, we can make the location of your customer's phone trigger various reminders and rules to make their security system smarter. Since Alarm.com is always innovating, Geo-Services was a free upgrade given to any customer with an interactive plan, and we continue to roll out more and more functionality.

With Geo-Services, customers can draw a fence around areas of interest (i.e. their home, office, children's school, etc) and receive texts and notifications as those fences are entered/exited. For example, customers can receive arming reminders based off of the location of their phone, have their thermostats automatically adjust to a specific Target

ALARM-0016642

Temperature when they leave their house, or pause their video recordings when they are within a specified Geo-Fence.

ALARM-0016643



The Image Sensor, a unique and patented Alarm.com product. The Image Sensor is the next evolution in motion detection and is a completely wireless way to capture an image of a motion event.  No broadband connection needed, easy to move and takes two double A batteries.  Differentiate yourself by offer image sensors instead of the outdate motion detectors in your packages.  Why?  Because people love pictures and we see a 200% increase in usage with image sensor.  Pictures are important to people (why else would the #1 website in the world Facebook buy Instagram for $1 billion?).  Our historical data shows that Image Sensor will help increase customer engagement which leads to lower attrition and more referrals!  Let me ask you this… do you think you get more referrals from a traditional security system that goes beep, beep beep or from a person that wants to show-off the daily notification they receive when their kids come home from school?   The image sensor provides customers with image captures and on-demand visual verification.

ALARM-0016644

Also, with the Image Sensor, your customers have access to a full image gallery of captures they've taken and can set up rules and schedules for when they want the Image Sensor to take pictures. Customers can also use our popular "peek in" feature to take on demand pictures of events happening at their property. Those pictures can be instantaneously sent to the customer for visual verification purposes. For example, what customer wouldn't want to get a picture confirming that their kids came home from school on time and safe.

Remember, people love pictures, which is a great way to not only differentiate your offering, but to get more referrals!  The image sensor will make you money!

ALARM-0016645



As we collect more data and our customer base grows we have new services that are being developed because of the data aggregation that is taking place on our servers.   No one can offer power failure notifications because they don't collect the proper data combined with shear size of our customer base to pull enough data points.   Data is a key differentiator to your offering.

ALARM-0016646





# Video Monitoring

- Live and Saved Video via Web and Mobile

- Event and Motion Triggered Recordings

- Real-Time Video Alerts

- Secure Off-site Video Storage

- EZinstall for Simplified Network Set-up

- 720p, HD, Indoor/Outdoor, Fixed/Mobile & Infrared Camera Options

Copyright ©
Alarm.com 2016

Alarm.com's interactive video monitoring technology is a popular feature that allows customers to see what's happening at their home or business property when they can't be there. Customers can record and view clips of events that matter to them and all video is stored in the cloud, making it safe and secure, unlike a DVR solution which can be stolen or damaged.

Alarm.com has a full line of HD-quality IP cameras that can communicate wirelessly over the customer's router, giving them the ability to view live, streaming video on demand. Not only are video cameras a great life-safety device to help customers better protect their loved ones and belongings, but they are also popular even for customers that want to watch their pets from work!

ALARM-0016647

ALARM-0016648



All New:
 Dome camera
 Night vision indoor camera
 Wireless night vision outdoor camera
 Pan tilt with 350 degree turning radius
 4ch Video Server

Features:
 802.11N - "Wireless N"

ALARM-0016649

HD 720P resolution

WPS wireless setup

H.264 encoding

ALARM-0016650



# New Stream Video Recorder (SVR)



- Allows for 500GB-2TB of continuous recording
- Intelligent allocation of cloud and local storage assets; seamless to user
- Fully integrated into Alarm.com platform
- Supports up to 4 cameras per HVG
- Store well over a month of video

Copyright ©
Alarm.com 2016

22

The Stream Video Recorder (SVR), will be able to stream recorded video and fulfills the need for people that would like to record video 24x7.

Key features:
- Viewing events and videos through a timeline view over a long period of time and being able to drill down to view specific time-frames quickly and easily
- Setting up recording schedules for the SVR and cameras connected to it
- Support up to two 2TB hard drives, either in RAID mirror (backup) or continuous (double capacity) mode
Perform basic disk maintenance on the hard drives

ALARM-0016651

Additional service pricing may apply.

Contact your sales rep for more information.

Coming out Q2'14, Beta in May, contact your sales rep for more info

- Will work with all Alarm.com branded cameras

- Supports 4 cameras

- Multiple SVRs can be installed on a single account

ALARM-0016652





# Home Automation

*Integrated management of lights, locks, shades, garage doors and other mission critical home systems*

- ❖ Security System Triggered Alerts & Events

- ❖ Remote Monitoring and Control

- ❖ Smart Schedules™ for Highly Personalized Automation Rules and Schedules

- ❖ Robust Access Control Options

- ❖ HVAC Shut-off During Smoke/CO Alarm Events
- ❖
- ❖ Partnerships with Chamberlain, Lutron, and all major lock manufacturers



Copyright ©
Alarm.com 2016

With Home Automation services from Alarm.com, your customers can have remote control and intelligent automation of the lights, appliances, thermostats and door locks in their home or business from anywhere in the world. Not only will customers have the ability to control lights and locks from a smart phone or computer, they will also be able to program their devices to "control themselves" by setting schedules, scenes, or events that trigger their devices to work automatically. Their home automation devices can also be integrated to work with their security system so that the basic arming or disarming of the panel triggers a cascade of other events to happen automatically. For example, imagine going to bed at night after a long day and arming your security system – how great is it that this one action can also cause your garage door to close, your front door to lock, all the lights in your house to turn off, and your thermostat to adjust to a comfortable temperature.

ALARM-0016653

ALARM-0016654



# Rules Engine

ALARM.COM

*Highly configurable, easy to set event triggered and scheduled automation rules*

Security | Video | emPower™ | History | Notifications | Profile

Devices | Lights | Locks | Thermostats | Energy | **Rules**

Rule Summary

emPower

**Event-Triggered Rules**

| Trigger | Timeframe | Action | Device | Follow-up | | Delete All |
|---|---|---|---|---|---|---|
| LIGHTS | | | | | | |
| Living Room Motion Activated | Every Day 11:30pm to 6:00am | Turn ON | Den Floor Lamp Corner Table Lamp | Turn OFF 3 mins later | Active | Edit \| Delete |
| Any device Alarm | Always | Turn ON | Den Floor Lamp Corner Table Lamp | Leave ON | Active | Edit \| Delete |
| LOCKS | | | | | | |
| Panel Armed Stay | Always | LOCK After 1 min | Front Door Lock | N/A | Active | Edit \| Delete |

Add a Rule

**Scheduled Automation**

| Based on | Devices | Days of Week | Action | Follow-up | | Delete All |
|---|---|---|---|---|---|---|
| Exact Time | Den Floor Lamp Corner Table Lamp | Every Day | Turn ON at 6:00 pm | Turn OFF at 10:00 pm | Active | Edit \| Delete |

Add a Schedule (new version)

Copyright © Alarm.com 2014.

Highly configurable, easy to set event triggered and scheduled automation rules. As a dealer you should always set one non-Alarm notification and at least one rules based activity.

# LiftMaster® Garage Door Integration

ALARM.COM

- Remotely view the status and control garage doors

- Receive notifications when garage door is left open

- Garage door automation integrated with full connected home platform

- Quick to install retrofit kit that works with virtually any garage door in the US

- Exclusive relationship with Alarm.com




   

Copyright ©
Alarm.com 2016

Next is our exclusive partnership with LiftMaster garage door control.  Over 70% of people use their garage door as the main point of entry, so it only makes sense that Alarm.com would offer garage door control, giving customers the ability to control this point of access through the web or mobile app.  Alarm.com customers can also see the current status of their garage door as well as set up rules for convenience. For example, customers can have their garage door automatically close when their security system is armed after 10pm at night.

Since LiftMaster is the market leader and already in the majority of homes, Alarm.com dealers can offer their customers a reliable and UL compliant solution.

ALARM-0016656

ALARM-0016657





# Lutron Integration

*Seamlessly connect industry leading light and shade control to an Alarm.com system*

Mobile App Control

Interactive Service Integration

Easy to Establish Scenes for Full Room Control

Security Event Triggered Actions for Lutron Devices

Copyright ©
Alarm.com 2016

We have Lutron integration.  Seamlessly connect industry leading light and shade control to an Alarm.com system to create scenes for full room control.

ALARM-0016658



Customers can also take control of their energy consumption and cut energy costs without compromising their lifestyle. All Energy Management & Home Automation devices can be integrated with Alarm.com security to provide the customer with an ever-expanding home ecosystem that can be controlled and automated.  As a dealer, you can cash in on the concept of the eco friendly connected home!

ALARM-0016659



With smart schedules with track activity patterns in your home not just from one motion sensor, but from their entire network of devices. These data inputs from multiple sources gives us a clear picture of the activity of the home and then recommends a schedule providing an ideal balance of comfort and savings. It also shows you the savings compared to prior schedule settings.

ALARM-0016660



- Pure Energy partnership enables customers to save more on solar rather than traditional electrical utility companies. We see solar as a trend that we can't ignore.  As new solar technologies become available we extend and inform our dealer network.  Solar goes beyond just roofing systems now with opportunities to offer solar generators, solar emergency travel kits and even solar backpacks which is a great giveaway item.  Solar technology has advanced so much in recent years that the average home install on a 2,500 square feet home from 9 hours to as little as 2 hours.  Many dealers are participating in the solar market to differentiate themselves.

ALARM-0016661



The Wellness offering is an add-on to Advanced Interactive or Interactive Gold for $3.50 per month. The purpose of Wellness is to give our dealers a service offering that allows them to market to the quickly growing boomer market as well as to the large population of 50-somethings who are "sandwich generation", living with both kids and aging parents in one home.  With the Wellness service, end users can add sensors specifically designed to monitor well being for someone living with vulnerabilities, as well as create a sensor view that gives a graphic depiction of what's going on in the home. There is PERS functionality either though a neck-worn pendant or a stationary button, and there are recommended notifications, designed by aging experts to alert caregivers about events that might signal a change in wellness or well being.

ALARM-0016662

For those dealers who are already in the PERS business or interested in innovating in the PERS category, The Wellness platform offers our dealers a product that's far superior to anything on the PERS market and has opened up new business channels that were previously unavailable.  In 80% of emergencies, PERS buttons don't get pushed.  The wellness offering provides a much broader safety net to detect accidents or a change in condition.

ALARM-0016663



ALARM-0016664



What should a solution offer to a dealer that matter most?   We will walk through how Alarm.com is supporting dealers with lowering their attrition, charging higher RMR while increasing user actvitiy and offer more referrals so allow you to work smarter, not harder.  Let's dive into the numbers….

ALARM-0016665



Here are some stats on attrition.
ADT 16% attrite rateGeneral Industry attrite rate is 12%

With Alarm.com;
Interactive accounts drop to 8%
If they use their mobile phone it drops to 3%

ALARM-0016666



As you sell more products, user activity rises with these advanced features.

Empower = lights, locks and thermostats
Video = 111% rise
Image Sensor = A motion device that takes pictures has the largest impact on user activity because people love pictures. Facebook (the most popular website in the world) purchased Instagram for $1B because they know how valuable pictures to driving people back to their website / app.

ALARM-0016667



One app is better than 20 apps.
And keep in mind, you get more referrals when they engage with your app.   (ex. Image Sensor pictures)

It is essential that as a dealer you not only set-up alarm notifications to protect their family, but set-up at least one non-alarm notification and one rules based alert so you engage the customer with their system and get them to enjoy the convenience and control.  Everyone wants to talk about a cool app with family and friends.  If you set-up the proper notifications you'll get your customer base selling for you.   Very important to remember this as a dealer.  Work smarter, not harder.

ALARM-0016668



PARTNER SUPPORT

Copyright ©
Alarm.com 2016

ALARM-0016669



The big takeaway here is that Alarm.com provides the resources to make you successful:

Dedicated support staff, on-the-go support through MobileTech, multiple training opportunities such as recorded on-demand webinars, distribution training events, Alarm.com Academy, etc. We also provide you a full suite of marketing materials and end-user brochures, flyers, etc that can be co-branded.  Sales tools like our interactive demo for your iPad or a virtual demo that you can use to demonstrate our features.  In addition, we now have a dealer resource guide that provides calls scripts, rebuttals and email templates. And lastly we deliver highly qualified and quality leads back to our dealers through our Customer Leads Service Program.

ALARM-0016670



Our partner portal gives you access to a number of features beyond just easy account creation.   We have AirFX which is a remote toolkit for troubleshooting to eliminate truck rolls, extensive support documentation, sales & marketing materials, access to dealer account settings (i.e. customer default settings) and permissioned by dealer user so each member of your team sees information relevant to their role.

ALARM-0016671



We give our dealers access to sales & marketing materials and provide a platform of services designed to help support the growth of your business.  95% of our dealers don't have a marketing person on staff.  We continue to grow our marketing team to meet the needs of our dealers and become part of their team with the goal of engaging your customers and ensuring they are using the services so they become a long term customer.   Although we recommend seeing your customer annually, we have programs in place to keep the customers engaged throughout the year.

ALARM-0016672



Customer connections is a brilliant program that offers relevant content and the proper time to your customer base.  With your brand throughout the messaging, our dealers can now offer engagement campaigns that will assist you with customer awareness, product upsell and customer loyalty.  The uptick in engagement is impressive with geo-services improving over 75% on average.   Now more than ever, you don't need to feel the pressure to sell everything during the first visit.  Let the customer further engage with the system over time.

ALARM-0016673

# Sales Support

*Best practice Dealer Resource Guide*

- Getting Started
- Solution Review
- Selling Connected Home Services
- Call Scripts
- Email Templates
- Rebuttals
- Promotions
- Customer Experiences
- Sales Tools

ALARM.COM

Copyright ©
Alarm.com 2016

For the dealer, training is critical.   If we had 2 days to train your sales team, the Dealer Resource Guide is a great starting point.  The dealer resource guide contains helpful tips in getting started, goes through a full solution review, tricks on how to sell along with call scripts, email templates, rebuttals that can be fully customized.  This is a great resource to replace any outdated material in your office.  We provide a PDF file that contains the most current information for you to use.

ALARM-0016674



# MobileTech

*Advanced app for installers resulting in improved accuracy and decreased installation time and support calls*



- Create and edit customer accounts
- Enter Z-Wave add/remove mode
- Run Z-Wave network rediscoveries
- Add/test Image Sensors
- View camera details and device statuses
- Check signal coverage
- Review module information
- Access support documentation



Copyright ©
Alarm.com 2016

MobileTech is an app used by installers that help decrease the installation time.  You can create and edit customer accounts, enter z-wave devices and network discoveries, check signal coverage and even access support documentation. Every installer should have this app on their phone.

ALARM-0016675



# Web Services

*Web Services are programming standards that allow different types of software to communicate over the Internet, without human intervention*

- Seamlessly integrate Alarm.com data with your existing customer management systems to:
  - Automate repetitive tasks
  - Reconcile data in real time
  - Reduce duplicate data entry

- We offer more than 75 methods of integration to help you:
  - Manage customers
  - Order equipment
  - Track invoices



Copyright ©
Alarm.com 2016

43

Web services are programming standards (API's) that allow different types of software to communicate over the internet without human intervention.  These API's allow your company to efficient and helps eliminate duplicate data entry, automates repetitive tasks and reconciles data in real time.  We have more API's that anyone in the industry with over 75 methods of integration assisting with managing your customers, order equipment and even tracking your invoices.

ALARM-0016676



# Business Intelligence



*An innovative mobile app designed to provide your Partners with detailed, actionable insights into the trends and activities that are driving their businesses*

- Feature Attachment Rates

- Customer Heat maps

- Feature and Usage Specific Attrition Analysis

Business Intelligence is available in two different ways with Alarm.com.

Larger dealers have access to an innovative mobile app designed to provide our partners with actionable insight into trends and activities  AND….
Montly business health reports showing key trends and figures for your business similar to a monthly bank statement.   It lets you know how you are doing.

ALARM-0016677



Here is a screenshot into the app.

ALARM-0016678



# Team Support

*Our organization is structured to deliver outstanding support to our Partners at all levels*

- Sales
  - Project management
  - Sales training
  - In-field, local branch support
- Technical Account Management
  - Technical training
  - On-site troubleshooting
  - New product integration
- Engineering
  - Application builds
  - Weekly new feature deployments
  - On-site integration support



Copyright ©
Alarm.com 2016

45

ALARM-0016679



With Alarm.com, take advantage of our Learning Management System.  This allows you to monitoring your Alarm.com certification process and have your sales team train any time of day.  Make sure your team is up to speed in services that they can sell to your customers and prospects.   By the way, the service is free!  Get started today by logging into the partner site and selecting the

ALARM-0016680



So to summarize…..

Thanks for your time!

ALARM-0016681



ALARM-0016682