— **EXHIBIT 9** —

**From:** Allison Morris
**Sent:** Tuesday, July 29, 2014 9:09 AM
**To:** Nate Natale
**Subject:** RE: Account update
**Attachments:** Growth Rate by Territory-7.2014.xlsx

SysUserProp:   88334F2CCA0D8E51C8530404366F9B82

Hi Nate,

Pulled the information and from this list we are still missing some account updates. (Corporate Accounts that Marty handles, a few from Erin and Adam Westhoff since he was gone last week).

I am going to email everyone right now to update this ASAP. I have attached the excel document for your reference of the updates that have been completed.

Let me know if you would like this formatted another way as well.

Thanks,
Allison

**Allison Morris**
*Lead Sales Operations Associate*

*Dealer Onboarding*
800-495-6579 Direct
703-342-4392 Fax
newdealer@alarm.com
www.alarm.com

 

**ALARM.COM**
*Your home in your hands.*

___

**From:** Allison Morris
**Sent:** Monday, July 28, 2014 1:31 PM
**To:** Nate Natale
**Subject:** RE: Account update

Checked with Shawn and he is looking into gathering this information. He needs to see how to pull out this information from Salesforce.

**Allison Morris**
*Lead Sales Operations Associate*

*Dealer Onboarding*
800-495-6579 Direct
703-342-4392 Fax
newdealer@alarm.com
www.alarm.com

 

**ALARM.COM**
*Your home in your hands.*

___

**From:** Nate Natale
**Sent:** Monday, July 28, 2014 8:26 AM
**To:** Allison Morris
**Subject:** FW: Account update
**Importance:** High

Do we have the updates from each AE?!

**Nate Natale**
*VP of Sales*
703-304-0867 Cell

___

**From:** Nate Natale
**Sent:** Tuesday, July 22, 2014 1:40 PM
**To:** Shawn Barry; Martin Hebert; Andy Feldman
**Cc:** Allison Morris
**Subject:** Account update
**Importance:** High

Can we give each executive or CAM their accounts and have them give a detailed overview on why they are up or down?  We are especially interested in why we are seeing any decline or stagnant business and what we are doing about it.

Steve wants this ASAP, so if we can get this to everyone as soon as possible and ask for a report by the weekend (the sooner the better).

Thx

**Nate Natale**
*VP of Sales*
703-304-0867 Cell

nate@alarm.com
www.alarm.com



**ALARM.COM**
*Your home in your hands.*

ALARM-0005868

# Growth Rate by

{Activations - Last Year} >= 500

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 902 | Liberty Security Systems, Inc. | Canada | 61.83% | 1695 | 2743 | (Update 7/24/14) Liberty has seen growth because of a successful pre-season recruiting effort and a drive to adopt our services on nearly all of their sales. They began the season with a sales force considerably larger that last years. Trainings and meetings conducted at the start of their selling season left no room for doubt that they are big fans and were pushing for more adoption of our service. Growth and greater adoption of EmPower devices all substantiate the sentiment they have shared. |
| 271 | Price's Alarm Systems Ltd. | Canada | 22.27% | 220 | 269 | customers by next month easily. Jim brought up concerns in a recent meeting with our #3G upgrade program not being very beneficial to them but was very very pleased when I let him know that we will have a new program for Canada in a couple weeks. They will be able to purchase a 3G radio anywhere, not just directly from us, and will receive an automated $30 credit when this is swapped for a 2G. Price's is the first dealer I have brought this new program up with, so I was happy they were so enthusiastic about it, especially since they have 641 upgrade eligible accounts. When we discussed new features, including #Mobiletech, they said they don't have techs use this, because it is a security risk since they are kept logged in. They were not sold on image sensor since they both had very negative experiences testing the product last year. . I have sent them another couple ISs for testing since they may have been testing on a beta version before. They do see the value in LiftMaster and the IG service package though, and would like to do a sales contest for the rest of the summer with the sales rep who sells the most IG accounts with at least one add on feature winning an iPad. I will set this up and send official rules next week. When we discussed marketing and sales tools they were thrilled with #Business Intelligence reports but wish we also showed login rates, especially mobile login rates after I showed them under Customer Summary that they were very low (>40%) in this category. They will see to it that their installers are making sure to get the app downloaded and get customers logged in. We looked at new marketing programs too and there were a lot of questions and lack of understanding about the #CLS program and #Customer Connections. I reached out to CLS to get in contact with Robert to help address some of his questions and concerns. They thought Customer Connections is a great idea, but want to be able to opt in for just certain campaigns, not all. They also wish it was possible to filter who receives, like residential customers but not commercial. Recent meetings with Patrick and myself went very well and were very productive. They consistently declare how much everyone at Price's loves Alarm.com, especially Jim and Robert. They sell about 25% Alarm.com currently and want to see this increase to at least 50% in the year ahead. |
| 1801 | Canadian Security Professi | Canada | 14.35% | 209 | 239 | CSP is one of the biggest sub-dealers under Reliance Protectron, putting on ~30/month through RP and ~5/month in-house. Almost 90% of these accounts are WSF, and Anas has claimed several times that he has no need for training on interactive services as he is very much familiar with all our services. My argument has been that the sales reps may be in need of training. I have trained a couple RP reps that came from CSP and both we're blown away by the interactive services that we offer. Both reps said they wish they'd had training on this when they were with CSP. Neither had seen our app/website or heard of an IS. I worked out a deal with Anas that we would allow panel/app branding even thought they are not Silver tier because of the fact that 90% of accounts are WSF. The condition was that he allow me to come in to the office to do interactive services training with his sales reps. He has agreed to this in late spring/early summer. Pricing was also adjusted for his in-house accounts with lower activation fees for interactive accounts in hopes this will also help to boost adoption. App and panel branding has still not been implemented for some reason.. Nicole has been on this and there is a ticket in Jira to see this gets done. Not sure why the process is so complicated but we will continue to push to get in for interactive services training once the branding is completed. |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 1968 | Alliance Security Systems | Canada | -4.04% | 223 | 214 | Reliance Protectron sub-dealer using telemarketing and door-knocking hard sales tactics. They are starting a sales promo for the summer. Main contact is Terry Joshi, Operations Manager. I offered to come in and do some training, but we haven't been able to make this happen yet. Terry thinks sales training could be useful because he doesn't feel that their sales team is selling the product correctly. I will try to set something up over the summer and will keep in regular contact. Sales remain constant but would like to boost interactive services. |
| 1028 | SecurTek Monitoring Solutions Inc. | Canada | -13.18% | 220 | 191 | SecurTek is the security arm of SaskTel, a big telco in Canada. My main contacts are Deborah Harris, Product Research Analyst, Kristy Cihoc, VP of Marketing, and Allan Varjassy, Head of Dealer Relations. I met with Kristy and Allan before the Canasa conference in September 2013 and we discussed the importance of having their sub-dealers set up correctly so that everyone is happy. They have been reluctant to set up as a dealer program even though this is how they have been operating all along for fear of what sub-dealers would be able to see if they have logins for the dealer site. I met with them in February to get everything organized correctly. They were unhappy with all options for sub dealer login permissions and we decided that instead of setting up a specific login with all their requirements we would wait until the customizable sub dealer logins were launched so they could test on these and provide these to invisible sub-dealers, such as Brigadier, who are struggling to support their accounts since they are unable to view them in the dealer site or Mobile Tech. This was promised by late June, but since Raisa left the company, this task got neglected on our end and Rose has since started delegating on this and is expecting release in late August. SecurTek and Brigadier are very frustrated by the delay so Patrick and I are working with Rose to get this prioritized as they are one of our top programs in Canada. Once sub dealers are set up correctly, the 3G program for Canada is fully launched and now that Broadband modules are accessible through Tri Ed, we should see a remarkable boost in volume. |
| 3735 | EIT Security | Canada | -42.15% | 325 | 188 | 0 |
| 7809 | Battikha Security | Canada | -62.87% | 474 | 176 | Battikha is one of RP's top sub dealers with 1022 total accounts. Noah and I have worked with them extensively during the past year, especially Noah, providing training and support in how to promote interactive services and how to use marketing tools at their disposal to their benefit. There is a reduction in ADC accounts recently which we will need to look into. |
| 3416 | INTELIFE SECURITY & AUTOMATION LTD | Canada | -68.48% | 257 | 81 | Vault Security is a Reliance Protectron sub-dealer who was doing substantial volume with ADC until this tapered of in 2013. After repeated attempts to reach out to CEO, Bojan, we finally connected in November when he announced that they plan to move forward aggressively with us again in 2014, doing mainly in-house accounts. Funding from investors has increased and they are planning a door knocking endeavor where they are required to sign on a minimum of 1000 new accounts between May and September, but they are shooting for 1800. They will be doing all interactive accounts using either XTi or Advisor, depending what is the option at that point. We worked out some special pricing to aide in this endeavor and will work closely with Bojan and the rest of the team in 2014 to see that they reach their volume goals. |
| 1491 | Builder Security Group, Inc. | Central | 302.14% | 140 | 563 | BSG's production is up in 2014 due to the fact they converted entirely from HON towards the end of last year. Prior to the conversion, only their Austin office used Interlogix and ADC. Now, both San Antonio and Austin use the Concord and ADC. The improvement of the housing market in TX has helped, as well. Still work to do on adoption of full feature set, but their management is engaged and on board. |
| 2877 | AZ Alarm Company | Central | 134.03% | 191 | 447 | Have had very little luck connecting with AZ Alarm Co. Have left many VMs and offered onsite meetings and trainings to no avail. Still heavy on BI activations and not much adoption of emPower, video, and other added services. Noticed an uptick in production towards the end of 2013 but have not been able to connect to have a conversation about this. Kevin Marquess has been in AZ frequently as he prepares to take over this state in 2015. Will utilize this to engage AZ Alarm Company. |
| 785 | HomePro, Inc. | Central | 85.75% | 414 | 769 | HomePro is now using ADC exclusively. Still have not fully adopted full suite of services, but an effort in the form of a visit at least once per quarter intends to change this. Solid/improving housing market in TX is helping numbers in 2014. |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 1974 | Reliable Home Technology, Inc | Central | 70.00% | 300 | 510 | Reliable Home has really embraced all the resources that we provide to our partners. They expanded their service area to include more zip codes and have had success with CLS. Ownership has been involved in making this happen from the top down. This is reflected in the increased production of 2014. |
| 1279 | WH Security | Central | 61.33% | 150 | 242 | Some training has been conducted but being available to help at a moments notice has help them support themselves on their own. More request for energy savings in the area created more knowledge of the product (DG) |
| 1637 | Datasmart, LLC. / Duncan Security LLC | Central | 39.77% | 435 | 608 | Duncan Security committed 100% attachment to us a couple years back, negotiated great monthly pricing with no activation fees, and have ramped up their builder business. Tanya Lawrence, their Sales Manager and de facto GM has been fully immersed in integrating ADC into their business and taking advantage of all the resources we provide. They hung with us during some recent z-wave issues, and that ultimately led to a stronger relationship. Their Marketing firm has also worked closely with the ADC Marketing Dept to create custom pieces for their showrooms, where ADC is featured. Overall, we've done a great job supporting Duncan Security, recognizing their potential, and making them feel like VIPs with their involvement in our beta programs, our support of their internal sales contests, etc. We still need to see improvement on their overall adoption of all our services (empower, video, Image Sensor, etc), but I am confident that this will occur as they become more comfortable with new products and services, and as they move past their recent emPower issues that were a major concern for them and were affecting their relationships with customers. |
| 2884 | DFW Security | Central | 32.81% | 704 | 935 | The main reason is that they have fully adopted us management is fully on board with us and interactive services, in addition I have been there several times for training and have conducted detailed training with the sales staff, having them follow along with a laptop or Ipad. Along with this the housing market is up in the DFW market (DG) |
| 2814 | AAA Home Security | Central | 29.68% | 283 | 367 | The main reason is that they have fully adopted us management is fully on board with us and interactive services, in addition I have been there several times for training and have conducted detailed training with the sales staff. Along with this the housing market is up in the DFW market (DG) |
| 1423 | Tekna, LLC | Central | 26.32% | 38 | 48 | I have never been able to get in contact with this dealer. Tried several times and even drove by the location in Coolidge. Ghost town!!! (DG) |
| 1071 | Alpha Alarm | Central | 25.34% | 521 | 653 | The main reason is that they have fully adopted us management is on board, in addition I have been there several times for training and have conducted detailed training. Everytime I go Managment sits in on my presentation and gets something out of it that will help their business. Most of the time it is a misunderstanding about what we can do for their customer or something new that just came out. (DG) |
| 315 | Silverline Security | Corporate Accounts | 250.00% | 4 | 14 | 0 |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 485 | My Alarm Center | Corporate Accounts | 239.13% | 1035 | 3510 | The largest bump in My Alarm Center this year has been the Hawk Security Services acquisition. My Alarm Center had roughly 10k accounts before the acquisition, and Hawk brought over about 7k accounts from their previous dealer, Interface. This acquisition alone almost doubled their ADC accounts. Hawk is now responsible for about 1/3 of My Alarm Center's new business each month putting on roughly 330 accounts per month which are all Interactive Gold. Hawk is very interested in home automation and energy management. They try to put a thermostat on every account. We are trying to work on IS and garage door adoption with them. My Alarm Center has a few other larger branches that I'd like to see start using ADC. SCAN and AMSA are larger branches, but they are heavy HON dealers. I'm working with Brandon on a few things that will at least get our foot in the door with these dealers (demo systems and ACA's employee discount program—the program will only be support by ADC so these branches will have to install ADC in their homes to receive any discounts). My Alarm Center has a few projects coming up that could help increase their numbers. They are working on a DIY solution that they are shy to speak of considering their relationship with FrontPoint. They are looking into using Qolsys for the DIY solution and possibly adopting Qolsys in more branches depending on how their first few installs go. |
| 1747 | Central Security Group | Corporate Accounts | 86.75% | 1638 | 3059 | CSG has added 3 new members to their executive team this year. We've seen the most change since they've hired Jim Boots, previously with ASG. He is working on growing their organic business through their existing branches. He hired John Byrne, previously with Moni, to help train their sales team in the branches. In years prior their branches were not responsible for new sales, only upselling existing accounts and maintaining the accounts they already have. We've done Interactive Gold contests, Image Sensor contests, and a few other contests in the branches to get them excited. The most improved branches are Houston, OK City, and Tulsa. Jim thinks CSG will grow their organic business more this year by his focus on the branches and through acquisitions since they've hired Richard as their CEO. As John told me today, Richard went to CSG's board and said "it's time to break out your checkbooks. We are going to make this company larger than P1." CSG's program is also on the up. They've added a few larger dealers to join their program this year. Smith Monitoring has typically been their largest dealer in the past and they put on mostly BI. Clear Protection Technologies is their most productive dealer right now, but they put on over 60% WSF. There is a lot of room to grow with them. This company was with SN/Moni but reopened under another name so they could sell to CSG. Royal Security in CA is another big player in their program; again they sell almost 50% WSF. The Alarm Guys moved over from Monitronics a few months ago. CSG won their business by giving them a ridiculously good multiple. The Alarm Guys put on 99% Interactive Gold with CSG at this point with 15% of their accounts with Image Sensor. I think we have room to grow within their program and encouraging dealers to put on quality accounts verse quantity. I also expect them to try to recruit a few more of the SN/Moni dealers this year. |
| 125 | Monitronics | Corporate Accounts | 62.39% | 8641 | 14032 | 0 |
| 1632 | Alarm Protection Technology, LLC | Corporate Accounts | 59.19% | 7199 | 11460 | 0 |
| 507 | Guardian Protection Services | Corporate Accounts | 31.08% | 8144 | 10675 | 0 |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 323 | Reliance Protectron Security Services | Corporate Accounts | 24.71% | 3424 | 4270 | (7/25/14 Update) Reliance Protectron has seen about 25% growth over 2013 production levels. This added volume has been realized because of the adoption of packages that are primarily comprised of Alarm.com inclusive services and additional RP dealer adoption. A majority of their monthly activation volume is produced through organic efforts and about 40% comes as a result of dealer sales efforts. Erin, Patrick and I are working with dealers and RP corporate offices to educate to try to drive additional adoption of our services. We've also launched a 2014 sales contest to drive awareness of our interactive services and Interactive Gold. We are also delivering special attention to RP's largest dealers and have seen healthy growth from their largest Alarm.com dealer partner, Liberty. We should expect additional growth in 2015 with the integration of our service with DSC, the release of a broadband solution release with 2GIG and the potential of Qolsys winning a spot in their panel lineup. Obstacles over the next year will include meeting demand for communications solutions in more rural or poor coverage areas through and competitive pricing pressure. I believe we will deliver these options through relationships with additional Canadian carriers, U.S. based carriers with roaming agreements or broadband communications options. I anticipate that the recent acquisition of RP by ADT, coupled with renegotiated cellular carrier agreements, will probably put them in a better position to address their need for better service pricing. Old Update) Reliance Protectron is by far our largest dealer in Canada. They are a dealer program and many of our other top dealers in Canada are actually their sub-dealers. They have offered Alarm.com as their main interactive offering since 2005 but there is word that this may be changing in 2014 and they are looking to offer a Broadband-based solution as well because of coverage issues on the Rogers network and pricing. Throughout 2013 we worked closely with all levels to provide training and maintained a high level of support and involvement. We may need to increase involvement to keep volume levels up if this new offering is adopted. |
| 429 | Safe Home Security, Inc. | Corporate Accounts | 24.63% | 1076 | 1341 | Safe Home has realized about a 30% increase in 2014 production year over year. This activation increase can be related to increased awareness from their inside sales team and overall dealer adoption. This year we've worked feverishly to grow relationships and volume with Safe Home's dealers and create relationship with the sales teams inside the Safe Home organization. We've seen opposition from their CEO, Dave Roman, and other members of the executive team as they develop a competitive radio solution to try to drive down their monthly services investment. I believe we will maintain our place within their lineup of available services and expect to see more growth as we continue to gain momentum in the adoption rate of SHS's largest dealers. We will be working through a couple obstacles this year with competitive pricing and a continued effort to help them deliver an enhanced service experience to their customers. They've put little focus on quality and refuse to have any part of MobilExec or business intelligence. He focus is very price centric and for this reason they are working on a low cost communicator that he indicates will provide competitive interactive solutions. With little regard for installation and support quality, the number of accounts that indicate they are in some type of trouble or failed state is high. This is a problem Katie and I will continue to work through with them to ensure a quality experience and lower attrition. |
| 5436 | Protection 1 | Corporate Accounts | 21.27% | 18060 | 21902 | 0 |
| 28 | CPI Security | Corporate Accounts | 20.67% | 12414 | 14980 | CPI's year over year growth should be attributed simply to their company's general goal of growth. They are also continuing to increase their attachment of add-on services, which we would expect to decrease their attrition, allowing more net growth. |
| 6255 | KB Homes | House Accounts | 2750.00% | 14 | 399 | #N/A |
| 627 | FrontPoint Security Solutions, LLC | House Accounts | 19.89% | 21694 | 26008 | 0 |
| 3767 | Lutron | House Accounts | 0.70% | 1426 | 1436 | 0 |

| Creating Business | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation | |
|---|---|---|---|---|---|---|---|
| 850 | Vision Security, LLC | House Accounts | -13.44% | 9388 | 8126 | | 0 |
| 1274 | 2gig Technologies | House Accounts | -32.59% | 135 | 91 | | 0 |
| 111 | 2gig Technologies - Vivint | House Accounts | -71.10% | 182083 | 52619 | | 0 |
| 733 | Platinum Protection | House Accounts | -95.00% | 20 | 1 | | 0 |
| 169 | Pinnacle Security | House Accounts | -99.97% | 2881 | 1 | | 0 |
| 604 | Security Associates, Inc. | Mid Atlantic | 152.76% | 127 | 321 | | 0 |
| 3780 | Homeland Security Inc | Mid Atlantic | 137.23% | 94 | 223 | | 0 |
| 1517 | GuardME Security | Mid Atlantic | 78.44% | 617 | 1101 | | 0 |
| 297 | Crimpco, Inc. | Mid Atlantic | 48.39% | 155 | 230 | | 0 |
| 24 | ADC Security | Mid Atlantic | 29.17% | 24 | 31 | | 0 |
| 185 | InterAmerican Security, Inc. | Mid Atlantic | 26.09% | 46 | 58 | | 0 |
| 253 | CV Security | Mid Atlantic | 18.06% | 72 | 85 | | 0 |
| 89 | Vintage Security | Mid Atlantic | 15.81% | 1240 | 1436 | | 0 |
| 81 | Alarm Engineering | Mid Atlantic | 13.09% | 191 | 216 | | 0 |
| 1353 | BeClose Biz Name | Mid Atlantic | 12.68% | 71 | 80 | | #N/A |
| 3491 | Qolsys | None | 132.67% | 101 | 235 | | 0 |
| 6803 | SHS-Customer Service | Northeast | 723.88% | 67 | 552 | | #N/A |
| 149 | Electronic Security Systems | Northeast | 187.04% | 54 | 155 | Increased adoption has primarily come as a result of competitive radio swaps. We have seen a slowdown in the rate of the activation because of poor coverage from AT&T and Verizon on the Vineyard but they remain as loyal as they are able. Ralph's believes the Napco Starlink AT&T 3G radio offers better coverage and I'm working with him to explore the reality of his assumption. We've nearly maxed out our opportunity with regards production but am continuing with my effort to push the adoption of services beyond WSF. | |
| 5068 | Safeguard Security & Surveillance, Inc | Northeast | 134.62% | 156 | 366 | (Update 7/24/14) Ongoing training efforts, coupled with the hiring of a new sales manager, Ron, has resulted in increased adoption. Ron has proven to be a fantastic advocate and Mark is buying into our ability to support his organizations training needs and more importantly the power of our service to empower and differentiate his sales organization. We should expect to see additional growth over next year. Old Summary: Mark Theriaque owns what is one of Safe Home's oldest dealers and promotes the Interlogix hardware. We continue to see an increased rate of adoption and he continues to be a solid advocate for us, even within an almost anti-ADC program. Their sales are derived from a combination of telemarketing and cold calling sales techniques and we have a great opportunity to see much more growth as his program expands and adoption continues to tick up. Mark has also proven to be a valuable asset in providing insights into the SHS relationship and has demanded that Dave Roman keep our service available to him. Currently he is receiving a lot of value from our MDF program and has just joined our CLS. My focus will be to continue to make them more dependent on us for leads and differentiators. | |

| Creating Business | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 6568 | RG Secure Homes Inc 1235-0 7325-0 812970002 | Northeast | 124.24% | 66 | 148 | 0 |
| 2284 | suretyCAM | Northeast | 102.33% | 129 | 261 | (Update 7/24/14) SuretyCam's online sales effort ramped up to contribute to this increase in production. Production will stay steady until they find a winning formula to drive more web traffic and capitalize on improved SEO. This is a think outside of the box organization and I believe their drive to win and their adoption of our entire suite of services will result in additional growth over the next year. (Old Update) Ryan Boder is keeping a majority of his accounts in-house but is funding some of his accounts through TimePayment Corp. Their panel of choice is the 2GIG GoControl but they'll soon be adding the Qolsys to their lineup. He recently launched a DIY division that has proven to be somewhat successful. As he continues to ramp up marketing efforts, we are expecting in excess of 100 activation per month. We've seen a healthy attachment rate of EmPower services to their activations and he's sold a handful of 2GIG Image Sensors. Currently we're working through some Z-Wave and Image Sensor related issues. When we work through these, I will work with Ryan more aggressively to increase Interactive Gold adoption. |
| 898 | Alliance Security | Northeast | 88.79% | 6759 | 12760 | (Update 7/24/14) Alliance has seen explosive growth because of their effort to incorporate us in to nearly every sale and drive to creative ways to boost volume. Continued education with inside sales reps and "selling" technicians has also contributed to this growth. Additionally, they've positioned themselves as a "master dealer" and are leveraging their high multiple payouts from Moni to capture sales from smaller dealers looking for a no chargeback and high multiple payout program. They have about 30-35 dealers currently feeding them volume to maintain their spot as Monitronics #1 dealer. (Old Update) Alliance is one of Monitronics largest dealers. Their production comes as a result of the efforts of dozens of smaller dealers selling deals to Alliance and the salesmanship of a few dozen inside sales teams. One challenge we will face with in 2014 is wining with an ADC solution to meet an expressed desire to incorporate a low cost radio/service into every account. We'll need to find a way to continue to drive Interactive Gold and maintain their WSF volume, on the basis that those accounts can be upgraded and we incorporate Crash and Smash. Currently his counter is they can afford to upgrade the hardware if they're adding the additional services. We will focus on maintaining our place as the primary solution and growing the adoption rate of Interactive and Interactive Gold –through sales of Image Sensor and LiftMaster. |
| 509 | Safe-N-Sound Security, Inc | Northeast | 82.70% | 422 | 771 | (Update 7/24/14) We've stayed close to this Guardian dealer and have seen continue to see growth through their own efforts to adopt us more and our support of their organization. Guardian has set a goal of over 80% interactive adoption on new sales. They'll continue to expand into new regions of the country as they locate capable managers and teams are assembled. We will see a lot of additional growth from Ryan over the coming years. (Old Update) Safe N Sound is a great example of a door knocking organization in the Northeast that has been able to produce in significant quantity year round. They continue to find ways to grow even in the traditional summer programs off-season. They're currently working in the Ohio and Florida markets with plans to expand into AZ and CA. Ryan is committed to using us and this relationship continues to grow. With Ryan's positive management style and my belief that he can continue to scale this operation, we could see his volume grow by 300% in the next couple years. The focus will be to get more face time with his sales teams and ensure we're properly supporting them through these growth spurts. I'll be working to influence Ryan's packaging of our services to make Interactive Gold a larger part of what they sell. |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 861 | Security Systems of America | Northeast | 39.60% | 202 | 282 | (Update 7/24/14) Tim Moneypenny has been instrumental in preaching our message and supporting our effort to realize greater Interactive adoption. The sales team is very traditional in their approach but we have a voice that regularly reminds them of the importance of delivering a message that resonates with today's prospect. We can expect additional growth and but significant growth will be stunted by a lack of additional sale staff. (Old Update) This is one of the largest independent security dealers in the Pittsburgh area and is a big promoter of the Interlogix hardware line. The dozen person sales team is very traditional in their approach and has been slow to adapt to the interactive services era but with continued reinforcement, we've see this account finally move into the productive category. The focus in 2014 is to move them to 75 new activations per month and see a greater adoption of or services. |
| 330 | Hart Alarm Systems Inc. | Northeast | 26.83% | 41 | 52 | Hart depends primarily on relationships with small local builders to generate new residential business. Their increase is directly related to an increase in demand from new home purchases. Their business model favors commercial opportunities and I believe we will see more growth from their commercial business this year. |
| 584 | Alarmex, Inc | Northeast | 26.37% | 91 | 115 | Alarmex has historically been consumed by the commercial fire opportunities that the Boston market has to offer but has, over the last year, begun capturing more residential business. We will see an even greaterl increase in residential business with Rich's focus on realizing even more volume. |
| 68 | EMC Security | South | 1176.32% | 38 | 485 | Update (7/22/14): Based on a proposal that I provided to EMC late last year, they made a decision to move their business to Alarm.com, with the exception of non-compatible takeovers. They are eager to update their existing customers' PowerSeries systems with Alarm.com, should we move in that direction, and they are also patiently hoping for a universal takeover module. The combination of these would cause their activations to increase even more greatly. Older Notes: Longtime dealer of ours doing all in-house accounts. They had relatively low production before this year because they primarily installed HON and didn't want to convert due to costs. Jessica recently did sales and technical trainings with them, and they went really well. They're now selling 100% IG and don't charge extra for additional services (but rather let customers add any included add-ons later at no extra charge). They also prefer ADC over HON when it comes to adding z-wave devices (since we have it built into every radio and customers can add devices on their own) and video monitoring (HON cameras have too high of bandwidth). One thing they'd still like to see though is for us to have the ability to manually bypass sensors through our Mobile app (which HON can do because they have a keypad feature). They provided a few scenarios where this would be useful, but we have given them solutions that should displace that need. We are working on a solution here, but overall, they now prefer ADC over HON, and we should continue to see increasing numbers from them. They also have a large number of existing DSC accounts which will need to be upgraded to 3G, so we should see an influx of business there, especially if we decide to move forward with the Power Series integration. |
| 3301 | A-Com Protection Services Inc | South | 398.33% | 60 | 299 | A-Com adopted Alarm.com and 2GIG a few years ago but scaled back their adoption after having network issues, when 2GIG had not yet launched CDMA. It took a while to earn back their trust, but they are now installing almost primarily our services out of their headquarters, and we expect to expand that into other branches this year. |

| Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|
| 4990 Del-Air Security Services | South | 166.67% | 123 | 328 | Update (7/22/14): Del Air Security is a new dealer who was just starting to ramp up. The majority of their current businesss, with Alarm.com, is new builder installs, but they also plan to ultimately leverage their existing HVAC customer base. I believe we're still seeing only the start of what they can do with us. Older Notes: Del-Air is a relatively new dealer north of Orlando who is doing a lot of builder work in the state. They, historically, are one of the largest HVAC companies in Florida, and they decided to get into security, first with Honeywell, last year. They're currently doing the majority of their business out of design centers, selling basic security prior to the home being built, with the expectation that they'll go back and upsell closer to completion. They also want to generate leads by pitching security to existing customers who call in for service and by having techs leave behind literature when they're in the home. The business plan is good, but they're struggling with organization and leadership, I think, because they don't have one person managing security currently. They are looking for a manager for the division, and in think that will make a huge difference, if they find the right person. |
| 658 Phoenix Systems | South | 70.08% | 264 | 449 | Update (7/22/14): Phoenix works heavily in the builder market and has taken on several new communities in which they are installing us 100%. Older notes: Phoenix Systems is a versatile company who does both security and A/V integration. They're based in Atlanta and also operate an office out of Orlando. The majority of their business is done through builders, which is why we've seen an increase in their volume this year. They've very big supporters of Alarm.com interactive services, and I think we should continue to see this volume, as long as the housing market remains steady or improves. |
| 221 Scott Alarm Inc. | South | 64.32% | 227 | 373 | Scott Alarm filters through sales plans and dealer programs, but they seem to be happy and successful with their current arrangement, which includes primarily telemarketing and accounts sold through Ralph Gregory's group. |
| 294 Vitex Systems Inc | South | 50.38% | 395 | 594 | Update (7/22/14): Vitex works on new construction, primarily, and they have several large new communities all of the state, which they are installing with Alarm.com systems. They are working to launch two other offices, as well, to support this business, so even as the homes come to completion, there should be organic business being generated in these new markets. Older Notes: Vitex is a carriage trade dealer who does a lot of business with builders. They used to sell all Concord, but now they sell quite a bit of 2GIG also. They are very into emPower, and I think Image Sensor will do well with them too, once it becomes available. I touched briefly on the Image Sensor at our last meeting, but once it's released, I'm going to go in to review and provide a full IS training to their sales team. Growth from them is based mainly on them generating builder relationships and winning deals. |
| 2542 Security Safe Company, Inc. | South | 46.08% | 217 | 317 | Update (7/22/14): Joe's son, Joseph, has taken a more active role in the business and, I believe, urged his dad in the direction on more interactive services. They are also trying to grow their business, so they have increased sales, generally. Older Notes: Security Safe is a carriage trade dealer out of Northern, middle-of-nowhere Florida. They sell a combination of XT and NX, and their biggest frustration has always been signaling. With the release of CDMA for NX, I think this should be alleviated. While their operations manager, Donny, is completely onboard with us, owner, Joe, always seems to be a half step away from the door. His latest concern is the 2G sunset, so I've been hinting of our replacement program and need to get that out to him as soon as possible. He's also considering the CMS solution, since he's a longtime customer of theirs. Considering, though, that his primary issues have always been needing Verizon and the challenges with NX, I see very little chance of him actually switching to a platform that doesn't offer Verizon or support NX today. I've made these facts pretty clear to him, so I hope that wins out over price. Should we decide to lower or eliminate activation fees, that would also make a big difference with him. |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 1671 | Provision Inc. | South | 43.75% | 176 | 253 | Update (7/22/14): This dealer just hit the radar as a productive dealer toward the end of last year. Maddy and I have not had a lot of success getting in touch with him, but after meeting Adam Green at the Vector conference, they have been working closely together, and I expect to see sustained growth from them. Provision is small staffed but they have productive sales reps, drive majority of their new accounts from a strong incentive referral program. They also have had some success with the CLS program, which they joined recently. They sell all of their accounts to Vector. On a positive note, their new customer % of WSF is down in favor of more BI, but have not come to adopt empower or automation services. Interested in Image Sensor, so hoping this will drive more IG growth. -Adam G Older Notes: Vector Sub-Dealer, sell all of their accounts to Vector. Need to dig deeper with them and make sure ADC is getting 100% of their business. Also need to schedule a time to stop by their office for training or meet and greet. Have yet to attend any formalized ADC training. Noel Pitman is point of contact. |
| 5694 | Homeland Security | South | 42.05% | 937 | 1331 | Update (7/22/14): Homeland Security has been increasing their business with us since about this time last year. They have two sales groups - the first does telemarketing to set appointments, followed up by a technician who upsells the customer. The second group knocks doors for preliminary sales, but their technicians also upsell at the time of install. Older Notes: Homeland is a Safe Home branch in Tampa who sells all XT and generates business through their call center. The sales team generates basic appointments and then their "Sales Ninjas," or sales reps disguised as techs, go in to upsell and install. Their business has increased 50% just in the last few months, since I've started working with them more closely. Noah's been involved in this account as well, since owner, John Keith, splits his time between Tampa and Connecticut. They're getting ready to launch Image Sensor, and we jumped on their weekly tech call to provide some training and answer questions. This seems like the best avenue to provide training that's accessible to all of the team who needs it, so I'd like to try to be on this call monthly to give updates. |
| 1650 | Tapper Security Inc. | South | 20.90% | 134 | 162 | Steve Tapper's business has been getting stronger in the last six months. He has been moving increasing amounts of his business from funded to in house, and he recently hired a sales rep to supplement his own sales. |
| 3039 | JSB Security Solutions Inc. | South Central | 502.68% | 112 | 675 | JSB Security Solutions was an Alarm.com dealer who left us for the Honeywell Wi-Fi solution in early 2013 due to some issues with the GE products. It wasn't long before they started running into so many service an install issues with the Honeywell product that they came back to Alarm.com, this time with the 2GIG panel. They were back to producing their normal numbers with us well before the end of the year and gave us some great intel on the reason for the switch back. Andy has been an integral part in their conversion back to Alarm.com and continues to keep in close contact with them. They are a Security Networks sub-dealer and sell all of their accounts. 7/23/14- Increase in sales reflected on 2 sales contest held for JSB. Current sales contest ends June 30, 2014 JED |
| 1657 | Hi-Tec Systems | South Central | 208.33% | 24 | 74 | Hi-Tec was formerly Access Alarms. Sean Sullivan, owner of AAA Installations helped set up Hi-Tec for his Dad, Doug Sullivan, who is the owner. They do primarily 2GIG. 20-30 panels/month. Increase in accounts in 2014 is due to outside sales people being hired and trained. 95% of their installs are ADC. JED |
| 448 | Laurens Electric Cooperative dba ProTec Services | South Central | 196.72% | 61 | 181 | Laurens is an electrical co-op that has a significant security sales program that grew from the acquisition of a number of local security companies. They sell various manufacturers products, but primarily Interlogix and Honeywell. 3 years ago they moved away from Interlogix to Honeywell due to frustrations with keypad and other hardware problems. In the past few months, they have begun to sell and install 2GIG with ADC which has translated to significant ADC growth YOY from 2013 to 2014. |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 1971 | Pinnacle Security Systems | South Central | 142.73% | 110 | 267 | Have not worked with Eric at Pinnacle much but met him at the Vector Conference. He sells all of his accounts to Vector. He feels he is constantly competing with CPI so feels obligated for his reps to inform the customers of everything ADC offers, otherwise he has had bad experiences of CPI Taking over their accounts. Big alarm.com advocate and puts every account under Interlogix with adc when he can. His production numbers is very evenely spread accout across WSF BI and IG, with empower, video and IS add-on's all hovering around ~8%. Very low maintenance, but is eager to hear about our new powerline and SVR comes out. Finds WIFI range and no local storage has held back video numbers. - Adam G Update 7/23/14- J Dix: Pinnacle Security Systems in Charlotte, NC was one of the original dealers in the Vector Dealer Program, and is held in high regard by Vector and other Vector Dealers. They are primarily a door knocking and leads-based sales entity. They are promoting more interactive security, and therefore the increase in ADC YOY 2013-2014 growth. There have very few but very productive sales staff, lead by owner Eric Meyers. |
| 777 | Simplx Security LLC | South Central | 96.49% | 114 | 224 | 0 |
| 737 | Butler Durrell Security Inc. | South Central | 90.63% | 32 | 61 | 0 |
| 5018 | Trinity Technology Services | South Central | 84.83% | 211 | 390 | Trinity Technology Services is based just outside of Chicago. Trinity heard about us through 2gig, and when they joined as an Alarm.com dealer near the end of 2012, they really had not done much with security, as they are primarily a plumbing, heating, and air conditioning contractor. They keep some accounts in-house, but most of their accounts are under their My Alarm Center sub-dealer account. They have teamed up with other dealers in the area (mainly CCA Services) to swap licensing and telemarketing which has helped them to grow their ADC account base quite quickly. The team of dealers each have established territories and most are installing more than 20 accounts per month. |
| 334 | Silent Guard Security | South Central | 80.52% | 77 | 139 | 0 |
| 416 | Interactive Security Systems | South Central | 43.59% | 117 | 168 | Interactive Security Systems has significant market share with local builders. They will merge with ACE (acct 61) on 7/25/14, which will strengthen both companies and prove positive for ADC. Due diligence has helped strengthen Interactive's profitability already, and the influence of Tom Lundborg has caused them to sell more ADC with each account. |
| 3871 | Integrity Surveillance Solutions | South Central | 41.62% | 370 | 524 | INTEG, a Guardian dealer, started off very slow. Initially when they converted from Honeywell to Interlogix, they wanted no alarm.com training, afraid their business model of selling in low income areas could not support a big increase in the RMR due to interactive service. Ron Baskin, one of the owners who run the sales team thought they were not ready for it. In November 2012, we were allowed to come in and provide training and the numbers steadily increased. At first a few accounts a month to now over 60 on average! There is still big upside as they install 175 a month and Guardian wants their interactive percentage to more than double. |
| 7260 | Assurance Alarm | West | 1934.78% | 23 | 468 | Door knocking company funding all accounts through Moni. Owner Lewis Ward has plans to start keeping a percentage in house later this year. They've moved around quite a bit. Lewis originally started the business in ID, but has since then been selling in AZ and southern CA. His team is now working the Bakersfield, CA market. I helped Lewis create an in house dealer account in addition to his Moni account back in April, and we reviewed the marketing resources and branding options. Lewis set 100/month as his goal when I spoke with him in the spring, which he has now hit. He's now up to 14 reps working the Bakersfield area, and we should continue to see volume increases as their team continues to grow. |

| | Creating Business | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 7006 | synergy security inc | West | 717.86% | 56 | 458 | Large 2Gig Moni dealer based in Las Vegas. Owners Robert Sin and Andrew Noonoo have set the bar high, as they want to reach 100/month by end of the year. They're currently at 75/month. They poached a few reps from Honeywell dealer IDS last summer, and got off to a very fast start. We are working to get them to fully adopt Interactive Gold, as half of their activations are BI and WSF. Robert is originally from the Reno area, and has just recently expanded into that market in addition to Vegas. The inclusion of the Reno/Sparks market is the big reason for the 700% volume increase. |
| 5528 | GHS Interactive Security, LLC | West | 492.59% | 513 | 3040 | They used to be known as Lifeline Security until re-branding as GHS in early 2013. They've been aggressively recruiting on a weekly basis through Craigslist. Their expansion into new markets is the main reason for their spike in production. They've opened opened multiple offices over the past year, including Orange, Rancho Cucamonga, Fresno, Modesto, Dallas, and Fremont. They'll also be opening up Las Vegas in September, and Montana later in the year. Glen has been very involved in their growth, and has been providing all the necessary sales and technical training for their new hires. |
| 6638 | Global Alarm Solutions, Inc. La Crescenta, CA | West | 387.04% | 108 | 526 | Global Alarm Solutions services southern CA and funds 100% of their accounts through Guardian. The majority of their accounts are on a Basic Interactive plan using the Simon XT panel. We've had very little success getting in touch with them. We never hear from them, and just recently found a working phone number on Yelp. The main contact, Eva Balog-Sipos does not return our calls or emails, and they do no appear to have a website. |
| 5705 | V3 Security | West | 296.50% | 143 | 567 | Door-knocking company based in Sacramento, CA. Owner Josh Collette hired sales manager Eric Corbridge six months ago. Eric has made a huge impact on their production, as he is 100% focused on driving sales growth and recruiting efforts. We should continue to see higher volume and greater adoption of our platform under Eric's leadership. He wants to fully embrace our services moving forward, as they haven't been offering the full suite in the past. We have them on our schedule to do training this week. |
| 4961 | Infinity Technologies Inc. | West | 219.34% | 181 | 578 | Monitronics dealer in northern CA, keeps about 10% in house. Owner Cameron Kelly has been aggressively recruiting this year, and has taken the initiative to embrace all of our services. They want to take a deeper dive into z-wave, and LiftMaster, and start pushing automation much more aggressively. With over 20 reps, they have more feet on the street now. They also have plans for expansion into central and southern CA. They are taking a more conservative approach when it comes to expanding, as they want to make sure they perfect processes locally before moving into new markets. We should see a higher percentage of Interactive Gold accounts and higher login rates as they continue to adopt more of our services. Glen and Tom McGinn are at their office for tech training today. |
| 322 | Mountain Alarm | West | 210.70% | 430 | 1336 | Mountain continues to be a huge player for us in the west. Their DIY division, Link Home Security continues to have a lot of success through the Costco channel. They're adding about 150/month through Costco alone. Mountain has also just acquired Kenco Security, a large Honeywell dealer out of Billings, MT. They will push to steer Kenco onto the ADC platform, so we should see increases in the coming months. |
| 1134 | Optima Home Security | West | 176.67% | 30 | 83 | Monitronics program dealer based in UT selling XT and a little Concord. Owner Todd Barlow attended an Alarm.com training at Mountain West Distributors last year, and got very excited about a platform. Since then, he has been a huge advocate for us, and made a big push to get my customers more involved with Alarm.com and all the features that are available. Michael Merrill left the company in 2010, leaving Todd at the helm. They are doing about 10/month, and we believe we can get them to productive level in the coming months. They recently joined CLS, and are taking advantage of the Premier Partner Program benefits. We will be doing training for them again later this summer. |

| Creating Business | | Creating Business Territory | YOY Growth | Activations - Last Year YTD | Activations YTD | AE's Explanation |
|---|---|---|---|---|---|---|
| 3160 | OmniGuard Security | West | 118.81% | 101 | 221 | Based in Lake Oswego, OR, OmniGuard services the greater Portland area selling 100% 2Gig/ADC. They are funding about half of their accounts through My Alarm Center. Owner Noah Stokes is a very sharp guy, and a huge advocate of our platform. We should credit him for all of the growth we've seen since last year. He's been steadily hiring over the past year, and is currently a productive dealer for us at 30 accounts/month. Adam Woodruff provided technical training for his team in the spring, and Glen has done several sales/admin trainings for them over the course of the year. |
| 2393 | Peak Alarm Company | West | 117.32% | 127 | 276 | Peak Alarm is based in Salt Lake City, UT, and is an SNA Member. Andy and Marty converted them from Honeywell mid last year, which is why we've seen so much growth. They are now selling ADC/2Gig exclusively for all residential and commercial applications, and have standardized on Interactive Gold for all interactive plans. We have a very positive outlook with them, as they want to adopt our video verification product and plan to get more aggressive with advertising. Kevin will be visiting Clint Beecroft in the coming weeks. |