# — EXHIBIT 10 —



ALARM.COM
Dealer Sales and Marketing Programs
CUSTOMER LIFECYCLE
Copyright © Alarm.com 2012.
1



What's possible if ….
We execute on a sales plan that leverages cutting edge technology, addresses what your consumers see on TV, and move quickly with a clear and concise game plan …. Together.

What happens then?



So lets talk about what matter to you.

Here are some stats on attrition.
General Industry attrite rate is 12%

With Alarm.com;
Interactive accounts drop to 8%
If they use their mobile phone it drops to 3%



ALARM.COM
Higher RMR
User Activity Rises with Advanced Features
200% Rise
111% Rise
100% Rise
No Add-On
Empower
Video
Image Sensor
% Of Customers Engaging Every-Other-Day or More (Sending Commands, Receiving Notifications, Logging In)
Copyright © Alarm.com 2012.
4



One app is better than 20 apps.
And keep in mind, you get more referrals when they engage with your app.   (ex. Image Sensor pictures)



# Current Process

## *Sales Tools for all Sales Methods*

**Call Center** **Door Knocking** **DIY**

Copyright © Alarm.com 2012.

# Customer Lifecycle Support

***Dealer Resource Guide***

- Getting Started
- Solution Review
- Selling Connected Home Services
- Call Scripts
- Email Templates
- Rebuttals
- Promotions
- Customer Experiences
- Sales Tools




Copyright © Alarm.com 2012.



Most Popular Resource
Interactive Demo
Remote Management
8

(Available on iPhone and iPad)

ALARM-0010780



Remote Management
79
77
powered by ALARM.COM



SECURITY
Security
Video
Images
Lights
Locks
Thermostats
System is Disarmed
Tap Arm (Stay) Arm (Away) or Video sidebar button to continue.
OPEN
ACTIVATED
ACTIVATED
powered by ALARM.COM
powered by ALARM.COM



SECURITY
Security
Video
Images
Lights
Locks
Thermostats
System is Armed Away
Tap Video sidebar button to continue
powered by ALARM.COM
powered by ALARM.COM



LIGHTS
The Smith Home
Tap All Lights off, or the Locks sidebar button to continue.
All Lights
Security
Video
Images
Lights
Locks
Thermostats
powered by ALARM.COM



Remote Management
79
77
powered by ALARM.COM



Tap Disarm or any bottom button to continue
3:29 PM
The Smith Home
Arming
System is Armed Away
powered by ALARM.COM



# Customer Lifecycle - Consultation

## Sales Cheat Sheet

ALARM.COM

Sales Cheat Sheet

Copyright © Alarm.com 2012.

ALARM.COM
Customer Lifecycle - Engagement
Alarm.com Customer Connection
Welcome Series
Solution Engagement
Product Upsell
Customer Loyalty
YOUR HOME CONNECTION
XYZ Security
Summer Tips
New Products & Features
XYZ Security
Copyright © Alarm.com 2012.
16





# Continued Engagement
***Annual Check-in***

- Review all new add-on features (free and fee based)
- Update all signs and decals
- Remind customers of homeowners insurance discount
- Have at least 5 emergency contacts for notifications
- Inquire about home and business solutions
- Ask for referrals - $100 (hand deliver to get more!)

Copyright © Alarm.com 2012.



# Continued Engagement

***Call Script for Check-in***

Hi, this is Shawn from XYZ, Inc. I am calling to follow-up on the security system we installed in your home last year. I would like to spend 30 minutes with you on the phone to;

- Review a few key "Free" features that have been added to your system such as…
- Give you a few free tips for your system that you may consider
- Get a status of your system and make sure you are happy with it.

Can I schedule 30 minutes with you later this week?

Copyright © Alarm.com 2012.

Have a recorded script that is recorded.

Also, have you notified your insurance company that you have our system in place to receive an insurance discount? Is there anyone else you know that may be interested in our services? We do offer a $100 referral fee.

Hi ______________. I am calling about your security and automation system we installed last year. My name is ____________ with XYZ Security. We check-in once a year to give you an update on all the new features that have been

updated on your system free of charge. I typically cover this in 20 minutes and happy to give you a quick overview along with some useful tips. Is now a good time to chat? If no; When would be a good time for me to follow-up with you? If yes, then.

Great, let me start off by asking you a couple questions.
Are you happy with our system?
Anything we can improve on?
What are you favorite notifications?

Excellent. Well, let me walk you through a couple new features that many of clients are not taking advantage of that is not available in any other system.



# Continued Engagement

***Email Template for Check-in***

Hi, this is Shawn from XYZ, Inc. I am following-up on the security system we installed in your home last year. I would like to spend 30 minutes with you on the phone to;

- Review a few key "Free" features that have been added to your system such as...
- Give you a few free tips for your system
- .....

Copyright © Alarm.com 2012.



# Training – Ongoing Options

- Alarm.com Academy
  - Monthly classroom training at Alarm.com HQ
  - Covers key Alarm.com services, market trends, sales tools and more
- Additional Training Opportunities
  - Sales and technical training onsite
  - Online video tutorials
  - Live webinars
  - Distribution training centers
- Online Training and Certification
  - Targeted, comprehensive distributed training launching in late 2013

Copyright © Alarm.com 2012.

Custom Sales Training
Custom Technical Training
Online training modules
Online video tutorials
Support Documents
Live webinars



ALARM.COM
Learning Management System
ALARM.COM ACADEMY
ALARM.COM
ACADEMY
Training for Authorized Dealers
Welcome, Kathryn Refano
My Courses
Resume
Calendar
Find a Course
Resources
Latest News
Copyright © Alarm.com 2012.



A platform of services designed to help support the growth of your business
Driving more customers, and customer that are more engaged with your business



ALARM.COM
Appendix: Customer Lifecycle
Copyright © Alarm.com 2012.
23

ALARM.COM

# The Customer Lifecycle

- Awareness
- Interest
- Trial
- Activation
- Upsell
- Retention

Copyright © Alarm.com 2012.



ALARM.COM
Awareness – Advertising
ALARM.COM
USAIRWAYS
ELECTRONIC HOUSE
Lights. Camera. Action.
KNOW YOUR HOME IS SECURE.
GET CONNECTED TODAY
ALARM.COM
Aware ness



ALARM.COM
Alarm.com Commercial
0:05 / 0:31
So Smart, It's Simple - Real Time Alerts
Copyright © Alarm.com 2012.
26

ALARM.COM

## So smart, its simple.

Digital - Overview

Lock your front door.

Adjust your thermostat.

Turn off your lights.

All with the
touch of
one button.

Home
Automation
so smart,
it's simple.

ALARM.COM
Your home in your hands.

Copyright © Alarm.com 2012.

# So smart, its simple.

ALARM.COM

Digital – Dedicated Connection

Cut phone line.

Broadband down.

Power outage.

Alarm.com's Dedicated Connection prevents security system interruptions.

Home Security
so smart,
it's simple.

ALARM.COM
Your home in your hands.
LEARN MORE

Alarm.com 2012.



ALARM.COM
Awareness – Partner Opportunities
Co-branded Website
With Lead Capture
Unlock Your Home's Potential
Get Started Today
Interactive Security
Mobile apps
Home Automation
Video Monitoring
Get Started Today
Aware ness

Link out if Jay isn't already

ALARM-0010802



ALARM.COM
Co-Branded Advertising & Mailings
Smarter Energy at your fingertips.
XYZ Security
1-800-123-4567
www.xyzsecurity.com
Contact us today to get a no-risk professional security system evaluation!
XYZ Security
www.xyzsecurity.com
1-800-555-5555
powered by ALARM.COM
Get the Best Interactive Solution for Your Home!
Print Ads
New Postcards
Aware ness



Rich or Kelly from Associated Alarms here?



ALARM.COM
Event Kit
• Co-branded signs, tableskirts, videos and collateral at your fingertips
SMARTER SECURITY
XYZ Security
ADVANCED HOME MANAGEMENT
XYZ Security
Aware ness

Update table skirt

ALARM-0010805



ALARM.COM
Customer Lifecycle
Awareness
Interest
Trial
Activation
Upsell
Retention
Awareness
Interest
Trial
Activation
Upsell
Retention
CUSTOMER LIFECYCLE
Copyright © Alarm.com 2012.
33



# Be Online

***Potential customers are looking for you online***

## Have a solid web presence

**Social Media:**

- ✓ Be Present
- ✓ Pay attention
- ✓ Promote Success
- ✓ Leverage Content

twitter

Interest



ALARM.COM
Customer Lead Service
• High quality, cost effective leads
• Differential bidding – get the leads you want
• Pause anytime
• Spending controls
• Unique promotions
ALARM.COM
Get Started with Alarm.com!
ALARM.COM
ALARM.COM
Interest



# Lead Capture Page

- Fast set-up
- Instantly integrate into your website
- Leads only go to you
- Update anytime
- No cost to you

Interes



Add additional videos - Click to show co-branded versions of 1 or 2 that Jay doesn't show



ALARM.COM
Customer Lifecycle
• Awareness
• Interest
➢ Trial
• Activation
• Upsell
• Retention
Awareness
Interest
Trial
Activation
Upsell
Retention
CUSTOMER
LIFECYCLE
Copyright © Alarm.com 2012.
38



# Point of Sale Tools

- Take-a-Tour app feature
- Co-brandable interactive demo
- Flipbooks
- Demo accounts
- Rich service packages

Interactive Security
Constant Connection via Reliable Wireless Networks
Proven Patented Crash & Smash Protection
Wireless Two-Way Voice Service
Full Suite of Mobile Apps
Severe Weather Alerts
Geo-Services
Image Sensor
Thermostats
73°F
72°F

Trial

3
9

ALARM-0010812



ALARM.COM
Co-brandable Collateral
PROTECTED & CONNECTED BY
XYZ Security
Yard Signs & Decals
Smarter Security
Flyers & Brochures
Trial



ALARM.COM
Image Library: Enhance Your Marketing
Anytime access to print or web quality images
powered by ALARM.COM
ALARM.COM AUTHORIZED DEALER
Contact DealerMarketing@alarm.com anytime with questions
Trial



ALARM.COM
Customer Lifecycle
Awareness
Interest
Trial
Activation
Upsell
Retention
Awareness
Interest
Trial
Activation
Upsell
Retention
CUSTOMER LIFECYCLE
Copyright © Alarm.com 2012.
42



ALARM.COM

# Installation = Activation

- Use getting started guides
- Don't leave until customer has downloaded the app and logged in
- Use a common set of notifications for all installs

Logging in for the First Time

Getting Started
Security Summary
User & Contact Management

Activation 43

ALARM-0010816



# Customer Connection – Activation Campaign

- Email new customers every time
- Get them setup and engaged right away
- Drip campaign to help them in the first month
- Establish immediate connection with new customers



ALARM.COM
Customer Lifecycle
• Awareness
• Interest
• Trial
• Activation
➢ Upsell
• Retention
Awareness
Interest
Trial
Activation
Upsell
Retention
CUSTOMER LIFECYCLE
Copyright © Alarm.com 2012.
45



ALARM.COM
Billing Inserts
Smarter Security at your fingertips
Contact us today to see how easy it is to take advantage of all these great services!
Keep Current Customers
Create Awareness for new services
Drive Upsell and increase RMR
Copyright © Alarm.com 2012.
46



# Promotions – Garage Door Offer

- Limited Time Offer: Buy 1 LiftMaster Kit, Get a 2nd FREE
- Exclusive offering to help your business stand out
- Available NOW – order via dealer website

*Questions? Email: DealerMarketing@alarm.com*



ALARM.COM
Customer Lifecycle
• Awareness
• Interest
• Trial
• Activation
• Upsell
➢ Retention
Awareness
Interest
Trial
Activation
Upsell
Retention
CUSTOMER
LIFECYCLE
Copyright © Alarm.com 2012.
48





- 2 day in depth training sessions
- Hosted at Alarm.com HQ
- CEU Credit Classes
- *No cost* to attend
- Ideal for Sales and "train the trainer"
- Excellent feedback from attendees

| JUNE 2013 \| AGENDA | |
|---|---|
| **Tuesday, June 25** | |
| 11:30-12:15 | Customer Experience Overview |
| 12:15-1:00 | Welcome Lunch & Program Overview |
| 1:00-2:30 | State of the Market & How Alarm.com Can Help You Respond |
| 2:30-2:45 | Break |
| 2:45-3:30 | Alarm.com Partner Website Overview |
| 3:30-4:15 | Product Training - emPower |
| 4:15-4:30 | Break |
| 4:30-5:15 | Product Training - Image Sensor |
| 5:15-6:15 | Alarm.com Hosted Happy Hour |
| 6:30-8:30 | Alarm.com Hosted Dinner |
| **Wednesday, June 26** | |
| 7:30-8:00 | Breakfast & Product Training - Video |
| 8:00-8:30 | Commercial Services Overview |
| 8:30-8:45 | Break |
| 8:45-9:15 | Hands-On with Alarm.com Equipment |
| 9:15-10:15 | Boost RMR with New Selling Tools |
| 10:15-11:00 | What's Next in Alarm.com Products and Services |
| 11:00 | Lunch & Wrap Up |

*Email: Academy@alarm.com for more information*



Training – 570 - 420 at ISC; 150 at ADC

Certification & Online Learning System coming



# New Product Features

- Marketing tools to support the latest offerings
- Image Sensor, Garage door connectivity, Lutron lighting
- Brochures, videos, training material, promotions

Retention



# Customer Connections – Engagement

- Stay Connected
- Let customers know about new features
  - System gets better at no additional cost
- Quarterly Newsletter
  - Helpful tips and tricks
  - Stay in touch

Newsletter:

ALARM.COM

# Partner Marketing Services

- Leverage Alarm.com Resources
- Use end to end AIM services
- Or pick and choose to supplement you ongoing activities

*Alarm.com Integrated Marketing*

## Get Started Today!

Copyright © Alarm.com 2012.

Awareness
MDF, Co-advertising, Mass market advertising through print, online, TV,
Interest
CLS, promotions, videos, trade show assets
MDF, Collateral, Websites, Social Content
Trial
Flipbooks, videos, brochures, interactive demos, training
Activation
Getting started guides, website tutorials, Customer Connection

Upsell
Customer Connection, brochures, videos, promotions
Retention
Customer Connection, training, promotions

Key Programs:
Premier Partner Program
Marketing Portal
Marketing Development Fund
Customer Lead Service
Academy
Events (ISC, ESX, Partner Summit)
Customer Connections
Co-Advertising



# Dealers Benefit from Co-Branding

- Your brand is the primary brand
- Use Alarm.com as an ingredient brand
- Integrate “powered by” inclusion

Copyright © Alarm.com 2012.



# Why Alarm.com?

- Leader in Interactive security and automation services with 2 million subscribers
- Optimized for both broadband and cellular communication platforms
- 14 years of platform development and regular releases of new features and services
- Profitable, well funded with strong cash flow and EBITDA
- Over 250 employees and 80 engineers
- Strong foundation in business intelligence and data mining
- Alarm.com has a proven track record of supporting high volume dealers and helping them succeed
- Creation costs are driven down by Alarm.com's automation efficiencies and product and service reliability
- Employee product interaction and satisfaction is key to successful product implementation
- Multiple cellular network providers offer the best chance for a successful install the first time

Copyright © Alarm.com 2012.



# Why Alarm.com?

- A low risk strategy
  - Minimal capital investment and straightforward IT integration effort to deploy services
  - No hidden costs or expenses
  - Can be easily integrated with and overlay existing monitoring options and quickly deployed
  - Leverages Alarm.com technical and engineering resources to minimize hiring of network and IT experts
  - In most cases, Alarm.com invests in meeting requirements of a prospective partner without NRE charges
  - Customer accounts are fungible; can grow through acquisition or exit business if necessary
- Ongoing ARPU and upsell opportunities
  - Flexible service packages and the ability to easily upsell subscriber services as customer needs change
  - Ongoing development and launch of new features that keep customers engaged and expand revenue sources

Copyright © Alarm.com 2012.



# What You Can Do

- Take advantage of training
  - Product material in portal
  - Online webinars
  - Alarm.com Academy ONLINE!
- Communicate complete solution
  - Update materials
  - Differentiate on service
  - Join the conversation online
- Create customer connections
  - Installation = Activation
  - Take advantage of co-brandable materials
  - **Sign up for Customer Connections**

*Updated Collateral*

*Billing insert*

Copyright © Alarm.com 2012.



# What You Can Do

- Update your website
  - Utilize the *Image Library*
  - Add the lead capture form
  - Link to the free website content

www.alarm.com/us/InteractiveSecurity

*Lead capture page*

- Integrate co-brand
  - Your brand is the primary brand
  - Alarm.com is an ingredient brand
  - Integrate "powered by" inclusion

Copyright © Alarm.com 2012.



# What You Can Do

- Have Fun.
- Need to add Picture of ADC Team in MINN

Copyright © Alarm.com 2012.



# Premier Partner Program Overview

| Tier | Requirements | Benefits |
|---|---|---|
| BRONZE LEVEL | 10 customers<br>2 interactive accts/mth<br>50% log-in rate | • Co-branded Interactive Services Website<br>• Co-branded Video Content<br>• MDF Funds - $500<br>• Qualification for CLS with 5 interactive accounts per month<br>• Free Alarm.com Collateral (up to 100 pieces) |
| SILVER LEVEL | 100customers<br>15 interactive accts/mth<br>50% log-in rate | • Co-branded Interactive Services Website<br>• Co-branded Video Content<br>• Co-branded Mobile App<br>• MDF Funds - $1,250<br>• Qualification for CLS<br>• Free Alarm.com Collateral (up to 500 pieces) |
| GOLD LEVEL | 1,000 customers<br>100 interactive accts/mth<br>50% log-in rate | • Co-branded Interactive Services Website<br>• Co-branded Video Content<br>• Co-branded Mobile App<br>• MDF Funds - $2,000<br>• Qualification for CLS<br>• Free Alarm.com Collateral (up to 1,000 pieces) |
| | | • Custom Consultation |

Copyright © Alarm.com 2012.

ALARM.COM

# Program Benefits

| | BRONZE LEVEL | SILVER LEVEL | GOLD LEVEL | PLATINUM LEVEL |
|---|---|---|---|---|
| Unlimited Marketing Portal Access | ✔ | ✔ | ✔ | ✔ |
| Co-Branded Login Page | ✔ | ✔ | ✔ | ✔ |
| Alarm.com Branded Collateral | 100 | 500 | 1000 | 2000 |
| Marketing Development Funds | $500 | $1,250 | $2,000 | $4,000 |
| Customer Lead Service | Yes* | ✔ | ✔ | ✔ |
| Co-Branded Video Content | | ✔ | ✔ | ✔ |
| Co-Branded Mobile App | | ✔ | ✔ | ✔ |
| Custom Support | | | ✔ | ✔ |

*Premier Partners must bring on 5 interactive Accounts per Month to qualify for the CLS

Copyright © Alarm.com 2012.

ALARM.COM

# Marketing Development Fund Overview

**MDF dollars are available for the purchase of co-branded marketing materials to eligible dealers**

- 2013 Fund Levels
  - Bronze Level: $50C
  - Silver Level: $1,25(
  - Gold Level: $2,000
  - Platinum Level: $4

- Access MDF progra rketing Portal
  - Permission based onlin l implementation
- Adherence to Brand Requirements = APPROVED!
- Email DealerMarketing@alarm.com for more information

Copyright © Alarm.com 2012.



# CLS Overview

**The Customer Lead Service generates high-quality customer leads and shares them with our eligible Premier Partners.**

- Qualification Criteria:
  - ✓ Premier Program Partner (Bronze, Silver, Gold or Platinum)
  - ✓ Sell a minimum of 5 Interactive accounts per month
  - ✓ Offer all of Alarm.com's services
  - ✓ Meet Alarm.com Brand Guidelines
  - ✓ Adhere to Lead Handling Guidelines

- To participate in the CLS program, Premier Partners are required to attend a brief webinar

- Email Leads@alarm.com for more information

Copyright © Alarm.com 2012.