# — EXHIBIT  11 —



PROGRAM SUMMARY

## Marketing Development Fund (MDF) Overview

The Marketing Development Fund program is an exclusive benefit for our Premier Partners. The program provides eligible Partners with funds to apply towards the purchase of co-branded print, video, web, and digital content available on the Alarm.com Marketing Portal.

### Accessing Funds

Members of the Premier Partner Program must apply for Marketing Development Funds by agreeing to the program Terms & Conditions, which includes adherence to Alarm.com's Brand Guidelines.* Upon approval, funds can be applied towards purchases on the Marketing Portal. During check-out, all available funds will appear as a credit that can immediately be applied towards your purchase.

- ✓ To apply for funds, visit the Alarm.com Dealer Site and go to Support & Sales > Marketing Center. Click the Marketing Development Fund box on the right side of the Marketing Center Page, fill out your contact information, and click the "Accept Terms & Conditions" button.

- ✓ Your information will be submitted to Dealer Marketing and you will be contacted with information on the next steps within 1 business day.

Please note that you must have a Dealer Administrator role to see the Marketing Funds box.
Email **DealerMarketing@alarm.com** with any questions regarding the MDF Program.



## Customer Lead Service (CLS) Overview

The Customer Lead Service is a fair and transparent lead generation program designed to share high-quality customer leads with our eligible Premier Partners.

**Premier Partner Program members must meet the following criteria to qualify for the CLS program:**

- ✓ Offer all of Alarm.com's services
- ✓ Meet Alarm.com Brand Guidelines*
- ✓ Adhere to Lead Handling Guidelines**



### Registering for CLS

To participate in the CLS program, Premier Partners are required to attend a brief webinar that reviews the program's structure and registration process.

Please email **Leads@alarm.com** for the schedule of upcoming webinars or any questions regarding the CLS program.

*Alarm.com Brand Guidelines can be found at: https://alarmadmin.alarm.com/docs/ADC_Branding_Guidelines.pdf.
**CLS Lead Handling Guidelines can be found at: https://alarmadmin.alarm.com/docs/ADC_CLS_Lead_Handling_Guidelines.pdf.

ALARM-0000282