— **EXHIBIT 13** —

**From:** Nate Natale [NNatale@alarm.com]
**Sent:** Tuesday, May 01, 2012 11:27 AM
**To:** Steve Trundle; Martin Hebert; Noah Billger
**Subject:** RE: VMS / Today show.

I spoke to Jay this morning and they have a lot of safeguards in place to make sure this doesn't happen. To generate as many sales as they do this was a minor problem with the software they were using. I also talked to Bruce and they have seen no negative impact and believes VMS is doing the right thing.

Jay also told me that they are now 100% ADC and 2 Gig and will buy at least 1000 radios this month. Moni says their attrition and quality is good and the telemarketing piece will not affect them. The Ferrari is kind of funny and Jay is a flashy guy. I'm sure NBC loved that.

Nate Natale
Vice President Sales

703-304-0867
Nate@alarm.com
www.alarm.com

ALARM.COM
Stay Secure. Stay Connected.

---

**From:** Trundle, Steve
**Sent:** Tuesday, May 01, 2012 10:39 AM
**To:** Natale, Nate; Hebert, Martin; Billger, Noah
**Subject:** RE: VMS / Today show.

That's not good. I tend not to trust the mass market news media other than the WSJ too much because I have seen their reporting consistently be biased and sometimes slanderous. The ostentatious yellow Ferrari makes the story too juicy for the news to pass up. If their primary tactic is cold calling random numbers, and they are filtering out all the DNC list people, then they should be fine with this issue and the law but chances are that they are not getting very many highly educated and informed consumers. That is a general problem we have because I think the door-knockers are also generally not getting the highly educated and informed consumers. With the marketing that we are doing behind CLS, we are hoping to find those high-end customers and drive them through our dealer channel. To be successful, we have to have a bunch of Dealers like Vintage and CPI ready to take the leads and succeeding with the program.

Steve

---

**From:** Natale, Nate
**Sent:** Tuesday, May 01, 2012 8:36 AM
**To:** Hebert, Martin; Billger, Noah
**Cc:** Trundle, Steve
**Subject:** VMS / Today show.

http://www.hulu.com/watch/355173/nbc-today-show-telemarketers-ignoring-do-not-call-list

Nate Natale
Vice President Sales

703-304-0867
Nate@alarm.com
www.alarm.com

ALARM.COM
Stay Secure. Stay Connected.