# — EXHIBIT 15 —

3/6/2017 — Kentucky.gov :: Attorney General Conway Announces Recovery from Marketing Company over Violations to Kentucky's No Call Law

Case 4:15-cv-06314-YGR Document 206-15 Filed 05/22/18 Page 2 of 2

# Office of the Attorney General

Attorney General Conway Announces Recovery from Marketing Company over Violations to Kentucky's No Call Law

**Press Release Date:** Wednesday, January 04, 2012
**Contact Information:** Shelley Catharine Johnson
Deputy Communications Director
502-696-5659 (office)

Attorney General Jack Conway today announced an agreement with a Rhode Island based Marketing company to resolve violations of the Kentucky Do Not Call Act. Versatile Marketing Solutions (VMS) has entered into an Assurance of Voluntary Compliance with the Office of the Attorney General and will pay a civil penalty of $20,000.

"This agreement should send a clear message that there are consequences for failure to follow Kentucky's Do Not Call and telemarketing fraud statutes," General Conway said. "My Office of Consumer Protection is committed to protecting Kentucky families and consumers from businesses that try to operate outside of the law."

VMS violated Kentucky's Do Not Call Law and telemarketing fraud statute by soliciting Kentucky consumers who were on the Do Not Call List to purchase home alarm systems. Many consumers were asked to participate in a "survey" that then led to a sales pitch.

The Attorney General's Office received nearly 60 complaints related to VMS calls from December 2010 to November 2011. The agreement with VMS was entered in Franklin Circuit Court by Judge Phillip Shepherd.

For more information about the Do Not Call Law or to sign up for the Do Not Call List, visit General Conway's Consumer Protection page at http://ag.ky.gov/consumers.htm