# — EXHIBIT 21 —

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - -x
 4   ABANTE ROOTER AND              :
 5   PLUMBING, INC., GEORGE         :
 6   ROSS MANESIOTIS, MARK          :  No. 3:15-cv-06314-YGR
 7   HANKINS, and PHILIP J.         :
 8   CHARVAT, individually          :
 9   and on behalf of all           :
10   others similarly               :
11   situated,                      :
12             Plaintiffs,          :
13      v.                          :
14   ALARM.COM INCORPORATED,        :
15   AND ALARM.COM HOLDINGS,        :
16   INC.,                          :
17             Defendants.          :
18   - - - - - - - - - - - - - - -x
19           Deposition of ALARM.COM INCORPORATED,
20       By and through its Designated Representative
21                    DONALD NATALE
22                   Washington, DC
23             Thursday, October 27, 2016
24                     2:48 p.m.
```

ABANTE ROOTER AND PLUMBING v  
ALARM.COM INCORPORATED

DONALD NATALE  
October 27, 2016

```
 1        Q    Did Alarm.Com ever become aware of the
 2   Pennsylvania Attorney General fining VMS/Alliance
 3   $28,000 for violating Pennsylvania's do not call
 4   registry law?
 5        A    I don't know if they were or not.
 6        Q    So we included those allegations in our
 7   complaint which we filed December 30th of 2015.  Has
 8   Alarm.Com ever discussed with Alliance how they are, are
 9   or are not complying with the various laws and
10   regulations including the TCPA, the Do Not Call Registry
11   and various state laws?
12        A    We typically do not police or get involved in
13   a dealer's business or investigate their telemarketing
14   practices or otherwise.
15        Q    Even if the company has knowledge that the
16   service provider is engaging in illegal telemarketing?
17             MR. JACOBOVITZ:  Objection.  Form.  Asked
18   and answered.  You can answer again.
19        A    Now, can you restate the question?  What was
20   the question?
21        Q    Is it the case that Alarm.Com does not
22   investigate or look into the telemarketing practices of
23   its platinum partners even if it becomes aware that that
24   platinum partner is engaging in illegal telemarketing?
```

1              CERTIFICATE OF SHORTHAND REPORTER
2              I, Janet A. Hamilton, Registered Diplomate
3    Reporter and Notary Public before whom the foregoing
4    deposition was taken, do hereby certify that the
5    foregoing transcript is a true and correct record of the
6    testimony given; that said testimony was taken by me
7    stenographically and thereafter reduced to typewriting
8    under my direction; that review was not requested; and
9    that I am neither counsel for, related to, nor employed
10   by any of the parties to this case and have no interest,
11   financial or otherwise, in its outcome.
12             IN WITNESS WHEREOF, I have hereunto set my
13   hand this 8th day of November, 2016.
14
15
16
17
18
19            *Jan Hamilton*
20   _____
21   Registered Diplomate Reporter
22   My commission expires
23   March 14, 2018.
24