# — EXHIBIT 22 —

PC: Call_log_script.doc                                   2 Calls                        Revised: 7/9/99

Date: 11/14/17  Day: TU     Time: 5:25PM  Line: 8990   Answered By: Phil
                                    5:30

Recorded: No ___ Yes ✓    Tape Label: 1706A    Begin/End: 651/790
                                                                      670

Recommended: Listen to the whole sales pitch. Then ask:
   1. Is the purpose of your call to encourage the sale of a product or service?   Ans:_____
   2. Are there any other things you want to tell me before I ask a few questions?

LW O TSR2
LW (2) TSR

Notes: _____ Home Sentry _____

Caller: **Full** Name: TSR2 Donald Boyd       Volunteered? Refused? ____

On Behalf Org. Name: Alarm Sentry           Volunteered? Refused? ____

Behalf Org. Tel. No.: Promotion Wireless    Volunteered? Refused? ____
   --OR--                                       for cellphone
Behalf Org. Address: pp : Alarms.com         Volunteered? Refused? ____

Behalf Org. City/State: 4 Doors              Volunteered? Refused? ____

Actual Org. Name: www.Alm Sent.com           Volunteered? Refused? ____

Actual Org. Tel. No.: Alarm.com              Volunteered? Refused? ____
   --OR--
Actual Org. Address: (877) 746 2559          Volunteered? Refused? ____

Actual Org. City/State: _____ Volunteered? Refused? ____

0. "Charities" only: What percentage of the amount goes to the charity?   Ans: _____
1. "Do you have a do-not-call *maintenance* policy?"                      Ans: _____
2. "On what date were you trained in the use of a do-not-call list?"      Ans: _____
  "Did you check your do-not-call list before calling me today?"         Ans: _____
6. "Do you maintain and use your DNC list to screen numbers?"             Ans: _____

Notices:
   "I advise you of the TCPA within the Telecommunications Act of 1934, as amended at 47 U.S.C. §227, Ohio Criminal Law §2917.21, and the Ohio Consumer Sales Practices Act, §1345.01."
   "I request you put my name and both phone numbers on your do-not-call list for all products and services, and do not call any person at this premises again. Do this for your organization, all affiliated organizations, all principles, all subsidiaries, and all agents of any of them. Notify all such associated entities of this do-not-call demand."
   "I demand you mail me a copy of your do-not-call maintenance policy within 5 business days."

Telemarketing firms:
   "Do this for all your present or future customers,
      these demands are made of *both* your customer and *your own organization*."

3. "Can you record my name and *both* phone numbers on your DNC list *right now*?"   Ans: _____
  "Do you intend to fulfill my requests at this time?"                        Ans: _____
  "On what date will the policy be mailed?"                                   Ans: _____
  "Do you have my name/address/phone numbers?"   Provide them if necessary.   Ans: _____

   "Ohio criminal law is binding on *all* calling organizations. Your organization *will be sued* if it calls again."

Supervisor Contacted?   Yes_____ No_____    Repeat Notices above.

Supervisor's Name: _____   Title: _____

If they have called before, ask: "Why do these call backs recur?"   Ans: _____