— **EXHIBIT  24** —

Page 1

1

2                    UNITED STATES DISTRICT COURT

3               FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                         OAKLAND DIVISION

5                             NO. 4:15-cv-06314-YGR

6

    ABANTE ROOTER AND PLUMBING,      )
7   INC, MARK HANKINS and PHILIP J.  )
    CHARVAT, similarly and on        )
8   behalf of all others similarly   )
    situated,                        )   DEPOSITION OF:
9                   Plaintiffs,       )
                                      ) JEFFREY
10      -vs-                          ) ZWIRN
                                      )
11  ALARM.COM INCORPORATED and        )
    ALARM.COM HOLDINGS, INC,          )
12                                    )
                    Defendants.       )
13

14  _____

15

16              TRANSCRIPT of the stenographic notes of

17  the proceedings in the above-entitled matter, as

18  taken by and before DEBORAH A. GAUGHAN, a Certified

19  Shorthand Reporter and Notary Public of the State of

20  New Jersey, License No. X100687, held at the Clinton

21  Inn Hotel, 145 Dean Drive, Tenafly, New Jersey, on

22  March 29, 2018 commencing at 9:15 a.m.

23

24

25

1   today.  Someone would have paid attention to these

2   indicators.  Alliance could not have done what they

3   did because Alarm.com had the ability to control them

4   both professionally and technically.

5          Q.     What could Alarm.com have done after the

6   Alliance relationship begun to exercise that?

7          A.     Send them a letter, get proof of what

8   they're doing, do an investigation and to the extent

9   they weren't satisfied or to the extent based on the

10  egregious nature of what Alliance did, they could

11  have given them notice and turned those radios off

12  immediately, all the radios.

13         Q.     What's the effect of turning the radios

14  off?

15         A.     Customer has no monitoring, did not deal

16  with a transfer to another dealer based on the

17  egregious nature Alliance already admitted to

18  violating the law. If they can violate the law

19  millions of dollars plus this new lawsuit against Jay

20  Gotra.  They want to prohibit him from doing any

21  telemarketing. That's how egregious this company is.

22  It's not like they were covert. They were overt.

23                They had multiple opportunities to stop

24  this conduct and they had a duty to stop the conduct

25  because of the relationship, the ability to control

1   what they had on Alliance.

2        Q.     Can Alarm.com have shut off the ability

3   of Alliance to sell the Alarm.com services?

4        A.     Absolutely.

5        Q.     Could Alarm.com do that with respect to

6   you, Alarm.com dealer?

7        A.     They absolutely could. My expectation,

8   they wouldn't be disconnecting dealers that were

9   following the rules, paying their bills and not

10  getting sued by two state attorney generals offices,

11  not on the Today Show being investigated.

12             This not just a violation. One of the

13  most notorious ones I've ever seen in the industry

14  based on history.  This is all they do is violate

15  federal law to get these consumers. That's

16  unacceptable and outrageous.

17       Q.     I apologize. I don't have the specific

18  reference in your report.  In your report you quote

19  ESA guidelines that you were referring to that

20  specifically demonstrate the industry standard.

21       A.     I do.

22       Q.     Can you pull up that portion of your

23  report where you cite the guideline itself?

24       A.     Sure.

25       Q.     I believe maybe on page 7, paragraph 20.

Page 122

1          A.          Paragraph 20 states "The code
2     specifically addresses the issue of provider control.
3     The Code requires ESA members to not only train their
4     employees in compliance issues, but also to require
5     their representatives which include employees,
6     independent contractors, agents, dealers, deal
7     networks, associations and other entities and
8     individuals who market or sell electronic life safety
9     and security products and services on behalf of a
10    member to implement appropriate and effective
11    controls to ensure compliance with the Code.
12              See ESA Code of Ethics and Standards of
13    Conduct at page 2.
14              Further, members are prohibited from
15    structuring a relationship with a dealer in order to
16    avoid application of the Code to the member's
17    customers."
18          Q.          What is the--when you say compliance
19    with the code, what are you referring to?
20          A.          ESA Code of Ethics.
21          Q.          In compliance with what provision?
22          A.          ESA Code of Ethics attached to these
23    exhibits by counsel. I'm looking at a document that
24    was in exhibit-7 that's entitled Electronic Security
25    Association Incorporated Code of Ethics, standards of

1   conduct.  I'm going to a particular section, under

2   consumer.  It says "members shall require compliance

3   with the following practices."

4          Q.    What report are you reading from?

5          A.    Page 3 of 7 of the Standards of Conduct

6   under 1.2 Consumer Respect, it says "members shall

7   require compliance with the following practices" and

8   the word shall of course in the alarm industry is a

9   mandatory requirement.

10         Under on page 4 of 7 under 1.2.4 it

11   states "members and their representatives shall

12   comply with all applicable laws that prohibit or

13   regulate solicitations, including and honoring all

14   applicable do-not-call lists and all other requests

15   not to be called, Contacting consumers electronically

16   in conformance with the CAN-SPAM Act and honoring

17   requests not to receive additional e-mails or faxes

18   for or on behalf of the consumer." Let's see if

19   there's anything else.

20         Q.    Turn to page 6, Standard 4, do you see

21   that, governs relationships with representatives."

22         A.    Yes.

23         Q.    You had earlier read the definition of

24   representatives including independent contractors,

25   dealers and so on.  Do you recall that?

Page 128

C E R T I F I C A T E

1

2

3        I, DEBORAH A. GAUGHAN, a Notary Public

4    and Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that prior to the

6    commencing of the examination JEFFREY D. ZWIRN was

7    duly sworn by me to testify the truth, the whole

8    truth and nothing but the truth.

9        I DO FURTHER CERTIFY that the foregoing

10   is a true and accurate transcript of the testimony as

11   taken stenographically by and before me at the time,

12   place and on the date hereinbefore set forth.

13       I DO FURTHER CERTIFY that I am neither a

14   relative nor employee nor attorney nor counsel of any

15   of the parties to this action, and that I am neither

16   a relative nor employee of such attorney or counsel,

17   and that I am not financially interested in the

18   action.

19

20

21

22   Notary Public of the State of New Jersey

23   My Commission Expires:  3/19/19

24

25



## EXPERT REPORT OF JEFFREY D. ZWIRN, PRESIDENT

United States District Court
Northern District of California
Oakland Division

Case No. 4:15-cv-06314-YGR

ABANTE ROOTER AND PLUMBING INC., MARK HANKINS, AND PHILIP J. CHARVAT,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,

Defendants.

Prepared for: Class Counsel, Terrell Marshall Law Group PLLC, Bailey & Glasser, LLP,
Broderick & Paronich, P.C., The Law Office of Matthew McCue, and Shepherd, Finkelman,
Miller & Shah LLP

Prepared by: Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, MBAT,  President,
IDS Research and Development, Inc.

Date: February 16, 2018                   Signature:_____

Jeffrey D. Zwirn, President

# TABLE OF CONTENTS

I.       INTRODUCTION ................................................................................... 1

II.      BACKGROUND ..................................................................................... 1

III.     QUALIFICATIONS ............................................................................... 2

IV.     COMPENSATION ................................................................................. 4

V.      METHODOLOGY ................................................................................. 4

VI.     REBUTTAL OPINIONS ........................................................................ 6

        A. Rebuttal to Joseph Colosimo's Report .......................................... 6

        B. Rebuttal to Steve Kaufer's Report ............................................... 10

VI      MATERIALS REVIEWED .................................................................. 13

i

## I.   INTRODUCTION

1.   According to Alarm.com, it is "the leader in Smart Home Security, giving you solutions to monitor, protect and automate your home. More than a smart app or a cool thermostat, Alarm.com seamlessly connects the key devices in your home on one platform — so they work together and work smarter. Each system is easily customized to your home's unique configuration and your needs. With our network of authorized service providers, you can consult with security experts to find the solution that's right for you."[1]

2.   During the class period, Alliance Security was one of the approximately 6,000 Alarm.com dealers, and was also one of Alarm.com's largest dealers. Importantly, Alliance Security was notoriously engaged in illegal activity, in that it materially and repeatedly violated the TCPA.

## II.   BACKGROUND

3.   Alarm.com, Inc. is a publicly traded company that sells home-monitoring hardware and subscriptions to wireless home-security monitoring systems. To generate subscribers, Alarm.com relies on a network of third-party authorized dealers. One of these dealers – Alliance Security -- has a notorious history of generating sales through illegal telemarketing, having paid millions in fines to government agencies for telemarketing violations.  Despite knowledge of this dealer's practices, Alarm.com expressly authorized Alliance Security to promote and sell Alarm.com products and services using Alarm.com sales contracts and the Alarm.com name.[2]

4.   As a result of the actions and inactions of both Alliance Security and Alarm.com, the Plaintiffs in this matter filed a class action lawsuit against Alarm.com and obtained class

---

[1] See Alarm.com.
[2] See Plaintiffs Class Action Complaint under the Introduction section at paragraph one (1).

certification. I have been retained by Class Counsel to provide a rebuttal to the opinions expressed by Alarm.com's consultants, Mr. Joe Colosimo and Mr. Steven Kaufer.

## III.   QUALIFICATIONS

5.     A current copy of my curriculum vitae is attached as Exhibit 1 to this expert report which elaborates on my extensive and specialized education, skill, knowledge, training, experience, and nationally recognized peer reviewed credentials in the Alarm and Security Industry, in Forensic Investigations and the following:

6.     For more than eighteen (18) years, I have been an Active Designated Expert Instructor for the New York City Police Department (NYPD) and have created peer reviewed training curriculum and testing for local, state, and federal law enforcement agencies on a myriad of topics, which includes, but is not limited to; Forensic Investigations, The Forensic Study of Alarm Systems, Alarm Science, Security Science, the Duties of Alarm Providers,  nationally recognized industry standards and best practices, Case Studies, Foreseeability Studies, Adequate Security or Not Analysis, Risk and Vulnerability Assessments, The Crime Triangle, and The Routine Activity Approach Theory.

7.     I am a Certified Protection Professional [CPP] and am Board Certified in Security Management. The CPP Designation is administered through the Professional Certification Board [PCB] of ASIS International, which is the world's largest Security Organization. According to ASIS International, the CPP is awarded to industry professionals who demonstrate an in depth knowledge of security issues through academic excellence and practical experience.

8.     The CPP designation attests to an individual's mastery of the body of security knowledge through job experience and academic study. To earn the CPP designation, I had to pass

2

a difficult battery of mandatory and specialty closed book written examinations after having met strict experience and/or education prerequisites.

9.     To maintain the credential, I have had to pursue a program of continuing education and professional activity to earn required recertification credits every three years. The CPP designation not only identifies the most qualified security professionals in the field, but it is an internationally recognized qualification. The CPP designation is recognized both inside and outside of the security field as a true measure of competency and commitment to the security profession. Furthermore, this ASIS certification is the first of its kind program to be awarded the SAFETY Act Designation by the U.S. Department of Homeland Security.

10.     I have provided college instruction to both undergraduate and graduate students who major in criminal justice and/or homeland security, on a multitude of security topics, which include, but are not limited to Alarm Science, nationally recognized industry standards and best practices, Forensic Investigations, Premises Liability, Foreseeability Studies, The Routine Activity Approach Theory, The Crime Triangle, Risk and Vulnerability Assessments and CPTED- Crime Prevention through Environmental Design Methodologies.

11.     For more than thirty (30) years, I have been an instructor and/or have provided training to the National Burglar and Fire Alarm Association, now known as the Electronic Security Association (ESA), the Security Industry Association (SIA), the National Fire Protection Association (NFPA), the American Society for Industrial Security, now known as ASIS International, the Central Station Alarm Association, now known as the Monitoring Association, The American Society of Certified Engineering Technicians (ASCET), State Alarm Associations including but not limited to the Metropolitan Burglar and Fire Alarm Association, the New Jersey Electronic Security Association, the Connecticut Alarm & Systems Integrators Association, the

3

Pennsylvania Burglar and Fire Alarm Association and at The International Security Conference (ISC) venues across the country.

12.     I have been qualified by courts as an Alarm and Security Expert and in a multitude of other areas, including the Forensic Study of Alarm Systems, Alarm and Security Science, the duties of a business owner and/or company, nationally recognized industry standards and best practices, Foreseeability Studies, and the detection of Fraud and Fraudulent Conduct.

**IV.     COMPENSATION**

13.     For my work in this matter, I am being paid at the rate of $450 per hour plus all related expenses. For the full scope of charges see the IDS Research and Development, Incorporated's Expert Witness Agreement For Services.

**V.     METHODOLOGY**

14.     Each of my expert opinions in this matter is based on reliable methodologies supported by Nationally and Internationally Recognized ASTM [1] Standards, including ASTM Standard Designation E 620-97 Standard Practice for Reporting Opinions of Technical Experts, ASTM Designation E620-11 Standard Practice For Reporting Opinions Of Scientific Or Technical Experts. My opinions also are based on:

a.  My specialized education, skill, knowledge, training, experience and nationally recognized peer reviewed credentials in the alarm, security and central station industries for more than forty (40) years.

b.  My work as an active alarm contractor continuously for over forty (40) years, which includes my active alarm contracting practice that I have had in the States of New York and then in New Jersey since approximately 1994. My active alarm contracting company is also an authorized Alarm.com Dealer.

4

c. My personal involvement in the security survey, need analysis, sales, marketing, design, installation, inspection, testing, maintenance and monitoring of thousands of residential, commercial and industrial security systems for more than forty (40) years. This includes alarm systems which utilize wireless radio alarm transmitters to NOCS and Central Station, and further allows consumers and other subscribers to utilize their cell phone and an App to receive information on their security system and to be able to control their security system and other technologies through companies such as Uplink, Napco, Telular, Secure Net, 2GIG, Interlogix, Bosch, and Alarm.com.

d. My experience providing expert training to the technical community of the alarm, security and central station monitoring industries.

e. Crime prevention, alarm science, security methodologies and nationally recognized industry standards and best practices in the discipline and science of alarm, security, central stations and the duties of alarm providers, which I have taught as an active Designated Expert Instructor to the New York City Police Department [NYPD] for more than eighteen [18] years.

f. Peer reviewed best practices and industry standards which are recognized by ASIS International, [the world's largest security organization] training curriculum, and The Protection of Assets [POA] which is recognized in the security industry as the most authoritative treatise on Security. Its contents are comprised of accepted industry standards, sections of published books, and other literature for the education and advancement of all principles and disciplines of Security. ASIS International is the preeminent Professional Security organization worldwide, consisting of vetted qualified members in every discipline of security.

15.     The information which I reviewed, relied upon, and considered in this report is the type of information that qualified Alarm and Central Station Alarm Monitoring Experts and Certified Fraud Examiners (CFE) in my professional field reasonably rely upon when expressing opinions about these subject matters. Similarly, the theories, techniques, tools, and methodologies which I used in my investigation of this matter are generally recognized as being valid and reliable by Qualified Forensic Experts;

16.     I have used the methodologies in other forensic cases where I have testified in both State and Federal Courts in the Forensic Study of Alarm Systems, as an Alarm and Central Station Alarm Monitoring Expert, as an expert in the Duties of Alarm Providers, nationally recognized industry standards and best practices, and as a Certified Fraud Examiner (CFE), for both Plaintiffs and Defendants, nationally. A list of the cases in which I have provided testimony in the last four years is attached to this report as Exhibit 2.

## VI.     REBUTTAL OPINIONS

### A.     Rebuttal to The Joseph Colosimo Report.

17.     Mr. Colosimo states that he is qualified to provide opinions on the relationship between professional alarm companies and their dealers and subdealers. However, Mr. Colosimo has been a paid consultant for Alarm.com since May 2017 to the present. He accepted this assignment of being an expert witness for all the while knowing that he could not feasibly say anything adverse against Alarm.com without running the risk of damaging the financial relationship he has with Alarm.com.

18.     In paragraphs 5-18, Mr. Colosimo purports to describe generally the alarm industry. To the extent that this general description suggests that it is an alarm industry standard that companies selling security products and services, cannot and do not control the dealers that sell their

6

products, I strongly disagree. As set forth below, the industry standard is for alarm providers to monitor the marketing practices of the companies they retain to sell their products and to take steps to ensure that these companies comply with all laws and regulations, including telemarketing laws.

19.     In paragraph 19, Mr. Colosimo asserts that in the alarm industry, manufacturers are generally not aware of the marketing activities dealers undertake and cannot control the marketing methods that the various dealers employ. I respond. First, Mr. Colosimo does not appear to be qualified to opine about what manufacturers are or are not aware of, nor does it appear that he has scientifically surveyed manufacturers in the alarm industry. Second, it is not true that alarm system manufacturers or providers of alarm services like Alarm.com cannot control the marketing methods of their dealers. To the contrary, the industry standard is the opposite. The Electronic Security Association, Inc. ("ESA"), which is the key alarm industry trade association, has implemented a Code of Ethics that sets forth a "Standard of Conduct" for the industry. This Code of Conduct sets forth detailed guidelines for marketing alarm products and services. The Code specifically requires that members and their "Representatives" comply with all telemarketing laws.

20.     The Code specifically addresses the issue of provider control. The Code requires ESA members to not only train their employees in compliance issues, but also to require their "Representatives" – which include "employees, independent contractors, agents, dealers, dealer networks, associations, and other entities and individuals who market or sell electronic life safety and security products and services on behalf of" a member – to implement "appropriate and effective controls" to ensure compliance with the Code. *See* ESA Code of Ethics and Standards of Conduct at page 2. Further, members are prohibited from structuring a relationship with a dealer in order to avoid application of the Code to the member's customers.

21.     Simply put, Mr. Colosimo is wrong when he says that alarm manufacturers like

7

Alarm.com "cannot control the marketing methods" of their dealers. To the contrary, the industry standard is that the alarm manufacturers such as Alarm.com <u>must</u> control their dealers. The Code of Ethics sets the alarm industry apart from industries like the brewing industry. The alarm industry has acknowledged that all industry participants must take affirmative steps to ensure that their employees and vendors comply with consumer protection laws, including telemarketing laws.

22. In paragraph 20 of his report, Mr. Colosimo states that manufacturers do not control how their dealers market their products. Again, this is not the industry standard. Companies involved in the alarm industry must involve themselves in their dealers' practices to ensure that the dealers' marketing practices comply with the law.

23. In my experience, alarm providers such as Alarm.com can ensure that their dealers comply with marketing laws in several ways. They can and do periodically audit their dealers, they can and do hold periodic training events at which they provide presentations on compliance issues and best practices, and they can and do terminate a relationship with a dealer when they learn that the dealer has failed to comply with laws and regulations. Periodic audits and training events are particularly effective for companies like Alarm.com, which have an extensive dealer network.

24. Alarm.com provided Alliance Security with financial marketing assistance so that Alliance Security could market Alarm.com products and services to consumers through the incentives that it provided. Consistent with industry standards, Alarm.com could have ensured that the marketing it helped pay for was performed in compliance with its own contractual mandates, the ESA Code of Ethics, the ESA Standards of Conduct and nationally recognized industry standards and best practices.

25. In paragraph 21, Mr. Colosimo describes his experience at Guardian Security and opines that in his experience most manufacturers do not allow dealers to identify themselves as the

manufacturer when marketing security systems. This does not appear to be true in the case of Alarm.com. I have reviewed documents that Alarm.com produced in this case, which show that Alarm.com required the dealer at issue in this case, Alliance Security, to use the phrase "Powered by Alarm.com" when marketing Alarm.com services and on Alliance Security's website.

26.      In paragraph 22, Mr. Colosimo states that Alarm.com does not control Guardian's marketing. I have reviewed case documents and this does not appear to be true. Alarm.com audited Guardian's telemarketing practices and found that Guardian was engaged in "overcalling." Case documents do not indicate whether Alarm.com disciplined or terminated Guardian for its violations. However, case documents show that Alarm.com knew that Alliance Security was violating telemarketing rules and regulations and failed to do anything about it.

27.      In paragraph 23, Mr. Colosimo states that companies like Alarm.com are like breweries that have no control over a particular bar. Again, this is not true. The industry standard is for companies like Alarm.com to exercise control over the dealers that sell their products.

28.      In paragraph 9, Mr. Colosimo states that the Code of Ethics applies to regular members of the ESA and asserts that "Manufacturers are not considered members of the ESA and are not subject to the ESA Code of Ethics." In paragraph 24, Mr. Colosimo further states that it is the responsibility of dealers and not manufacturers like Alarm.com to make sure that their employees and subcontractors comply with the Code of Ethics and the law. These statements are false. I called the ESA's national offices and spoke to a person who told me that the Code of Ethics applies to all members, regardless of membership type. The ESA's Vice President of Customer Engagement, Mike Hampton, followed up with a letter that said the following:

Thank you for reaching out to the Electronic Security Association (ESA)! In response to your email below, all members regardless of membership type fall under our Code of Ethics policy. If

you know someone in violation please let me know and I can provide you with the process to file an official complaint.

*See* Exhibit 3.

      **B.**    **Rebuttal to Steve Kaufer's Report.**

      29.    Throughout Mr. Kaufer's report, he characterizes Alarm.com as an equipment manufacturer. This is not accurate. Alarm.com sells "software as a service" and thus has an ongoing relationship with the end users of the service. Alarm.com's dealers upload information regarding the customer into Alarm.com's technology platform, which Alarm.com and the dealer use together to provide Alarm.com's ongoing services. This is not a case of a company manufacturing shrink-wrapped "widgets" and then selling them to the public either directly or through a distributor.

      30.    In paragraph 19, Mr. Kaufer states that Alarm.com is a "component maker" of a security system. Again, this is not true. As Alarm.com suggests in its slogan, its security systems are "powered by" Alarm.com. It also is not true that a business like Alarm.com cannot control the business decisions of a dealer. To the contrary, as set forth above, the ESA Code of Ethics requires members like Alarm.com to control the dealers that sell its products and services. The ESA prohibits members like Alarm.com from structuring their companies to avoid controlling their dealers' marketing practices. Case documents show that Alarm.com can comply with the ESA by auditing its dealers, holding periodic events that include presentations on compliance issues, and disciplining dealers that fail to abide by the ESA Code of Ethics and laws and regulations.

      31.    In paragraph 20, Mr. Kaufer states that the use of a manufacturer's trademark does not mean that the manufacturer has control over the dealer. Mr. Kaufer mischaracterizes the situation in this case. Here, Alarm.com <u>required</u> Alliance Security to use the slogan "Powered by Alarm.com" when marketing Alarm.com's products and services and on its website. This is not a case where

10

Alarm.com simply gave Alliance Security a license to use its slogan.

32.     In paragraph 21, Mr. Kaufer states that it is not realistic for service providers like Alarm.com to involve themselves in the day-to-day activities of dealers. But the ESA Code of Ethics requires companies like Alarm.com to engage with dealers to the extent necessary to ensure compliance. Here, Alarm.com knew that Alliance Security was engaged in telemarketing abuses but failed to do anything about it. To the contrary, it deliberately took the position that it did not have to take any steps to ensure that Alliance complied with the law. The industry standard is that Alarm.com could have done that and should have done that but failed to do so.

33.     In paragraph 22, Mr. Kaufer states that Alarm.com cannot control its dealers because it chooses to employ a large number of them. But the Code of Ethics makes no exception for companies that employ thousands of dealers. Such a result would be palpably unfair to smaller companies that employ fewer dealers that comply with the law.

34.     In conclusion, I disagree with Mr. Kaufer's opinion that companies like Alarm.com cannot control the marketing practices of their dealers. The industry standard is to the contrary.

35.     I disagree with the opinions offered by Mr. Kaufer which are not relevant to the fact pattern in this case, and the discovery which has been produced in this matter.

I disagree with the opinions offered by Mr. Colisomo which are not relevant to the fact pattern in this case, and the discovery which has been produced in this matter.

To the extent that I am questioned on the opinions of Mr. Kaufer and/or Mr. Colisomo regarding information that maybe accurate, but is not relevant and/or has no nexus to the facts in this case, and/or my forensic analysis of this matter, I will disagree accordingly.

Based on my cumulative education, skill, knowledge, training, experience, and nationally recognized peer reviewed credentials, the forgoing opinions are held to a reasonable degree of alarm science, forensic, technical, nationally recognized industry standards and best practices, and professional certainty.

Finally, this Expert Report is by way of specification, but not limitation, and to the extent new information is revealed to me as part of my investigation in this matter, I reserve the right to amend this report.

## VII.   MATERIALS REVIEWED

Complaint;

Expert Report Of Mr. Joseph Colosimo;

Expert Report Of Mr. Steve Kaufer;

Stipulated Protective Order;

Orders Granting Plaintiff's Motion For Class Certification As Modified By The Court;

Granting In Part And Denying In Part Defendant's Motions To Strike;

Deposition Transcript Of Mr. Shawn Barry And Exhibits Dated January 25, 2017;

Deposition Transcript Of Mr. Noah Biliger And Exhibits Dated October 28, 2016;

Deposition Transcript Of Mr. Matthew Pits Dated December 8, 2017;

Deposition Transcript Of Mr. Stephen Scott Trundle Dated February 15, 2017;

Deposition Transcript Of Ms. Anne Ferguson And Exhibits Dated October 27, 2016;

Deposition Transcript Of Mr. Allen J. Gollinger And Exhibits Dated October 28, 2016;

Deposition Transcript Of Mr. Luke Holman And Exhibits Dated January 25, 2017;

Deposition Transcript Of Mr. Donald Natale And Exhibits Dated October 27, 2016;

Declaration Of Beth E. Terrell In Support Of Motion For Class Certification And Exhibits;

Declaration Of Beth E. Terrell In Support Of Plaintiff's Reply And Exhibits;

Declaration Of Margaret Schuchardt In Support Of Defendant's Response To

Plaintiff's Motion For Class Certification;

Declaration Of Matthew Pitts;

Defendants' Response In Opposition To Plaintiff's Motion For Class Certification;

Defendant's Unopposed Administrative Motion For Leave To File Sur-Reply In Opposition To Plaintiffs' Motion For Class Certification;

Plaintiff's Notice Of Motion And Memorandum Of Points And Authorities In Support Of Motion For Class Certification;

Plaintiff's Reply In Support Of  Motion For Class Certification;

Security Alarm Services & Smart Homes: Industry Overview And Performance Article;

Unredacted Exhibits To Declaration Of Margaret Schuchardt In Support Of Motion For Class Certification;

2016 Alarm.com Annual Report;

Alarm.com Documents Bate Stamp ALARM-0000005-ALARM-0000019;

The 5 Marketing Obstacles Created By The New TCPA Regulatory Revisions- And How To Overcome Them Bate Stamp ALARM-0000697- ALARM-0000704;

Electronic Security Association, Inc. Code Of Ethics And Standards Of Conduct;

Stipulated Final Order For Permanent Injunction And Civil Penalty Judgement-UNITED STATES OF AMERICA, Plaintiff, V. VERSATILE MARKETING SOLUTIONS, INC., A Massachusetts Corporation, Also Doing Business As VMS Alarms, VMS, Alliance Security, And Alliance Home Protection, And JASJIT GOTRA, Individually And As An Officer Of Versatile Marketing Solutions, Inc., Defendants;

Today Show Report;

Intrusion Detection Systems, Principles of Operation and Application, Robert Barnard, Published by Butterworth Publishers, 1981;

Basic Alarm Electronics, John Sanger, Published by Butterworths, 1988;

The History of Alarm Security, Second Edition, William Greer, Published by The National Burglar and Fire Alarm Association, 1991;

ASTM Designation E620-97 Standard Practice For Reporting Opinions Of Technical Experts, Published by The American Society For Testing and Materials, 1998;

Introduction to Security, Sixth Edition, Robert J. Fischer and Gion Green, Published by Butterworth- Heinemann, 1998;

Handbook of Loss Prevention and Crime Prevention, Third Edition, Lawrence J. Fennelly, Published by Butterworth- Heinemann, 1999;

Security Industry Dictionary, Second Edition, the National Training School, (NTS) a Member of the National Burglar and Fire Alarm Association, March 2000;

Understanding Alarm Systems, the National Training School, (NTS) a Member of the National Burglar and Fire Alarm Association, 2003;

Encyclopedia of Security Management, 2nd Edition, John Fay, Published by Butterworth-Heinemann, 2007;

Security Sales Essentials, Electronic Security Association, Published by the Electronic Security Association, (formally known as the NBFAA- the National Burglar and Fire Alarm Association) 2011;

ASTM Designation E620-11 Standard Practice For Reporting Opinions Of Scientific Or Technical Experts; Published by The American Society For Testing Materials, 2011;

Protection of Assets, ASIS International, Published by ASIS International, 2012;

The Alarm Science Manual, Jeffrey Zwirn, Published by Book Masters, 2014;

BYLAWS of the Security Industry Association, Published By the Security Industry Assocation, 2015;

# EXHIBIT 1

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Exhibit 1

## Services Provided Nationwide

## PROFESSIONAL SUMMARY:

Master Alarm Technician, Florida, New Jersey And  New York State Burglar And Fire Alarm Certified Contractor, Florida State Registered Electrical Contractor, Certified Burglar And Fire Alarm Specialty Electrician, Certified Protection Professional (CPP)-Board Certified In Security Management, American Society For Industrial Security, Certified Fire Protection Specialist (CFPS) National Fire Protection Association International (NFPA), Level IV NICET[1] Certified Senior Engineering Technician, Fire Protection Engineering Technology/Fire Alarm Systems, National Institute For Certification In Engineering Technologies- A Division Of The National Society Of Professional Engineers, Certificate Number 111275, Level I and II NICET Certified Technician, Inspection and Testing of Fire Alarm Systems, National Institute For Certification In Engineering Technologies-A Division Of The National Society Of Professional Engineers, With Over Forty Years Of Expertise And Experience In Security, Access Control, Personal Emergency Response Systems (PERS), Medical Alarm Systems, And Fire Alarm And Life Safety System Design, Development, Installation, Sales, Maintenance, Operational Management, Project Management, And UL Listed Central Station Monitoring Of All Types And Brands Of Burglar And Fire Alarm Systems And Equipment. Appointed NFPA 72®, The National Fire Alarm Code®, Principal Technical Committee Member, Special Expert Category[2], Appointed NFPA 72®, The National Fire Alarm And Signaling Code, Principal Technical Committee Member, Special Expert Category,[3],[4] UL Technical Committee Member And Expert Consultant To FM Global And Monthly Technical Contributor And Writer In Security Science For The Nationally Recognized Security Sales And Integration Magazine. Sixty Seven (67) Accepted Submissions To NFPA 730,

---

[1] Eleven (11) extra work elements were also successfully passed over NICET's core requirements.
[2] *"Committee Membership Classifications.* The following classifications apply to Technical Committee members and represent their principal interest in the activity of a committee. *SE, Special Expert:* A person not representing any of the previous classifications, but who has special expertise in the scope of the standard or portion thereof."
[3] Technical Committee Member from July of 2002 through November 2009.
[4] NFPA is proud of its long history and ongoing work to eliminate loss from fire, electrical and other hazards. We are also extremely proud to say we don't accomplish any of this alone. We are joined by all of you - the thousands of volunteers around the globe who give your time, voice and expertise to our standards development process. Together, we are NFPA and we are saving lives and property. On behalf of NFPA and the millions of people that rely on us every day, thank you for your role in developing critical codes and standards used by governments, private industry and many others around the world. Every few years we provide a small token of our appreciation for your involvement as a member of our technical committees. While I'm sure you are appreciative of the gesture, this year we wanted to do something in line with our mission that will have a lasting impact on the very individuals changed by fire. NFPA works diligently to create standards, education, research and resources to eliminate death, injury, property and economic loss from fire, electrical and other hazards. Even with the good work we do, unfortunately accidents do happen.  Each year more than 40,000 people in the United States and thousands more around the world will be hospitalized with a severe burn injury.  Life after a burn injury comes with a hard reality – that survival is only the beginning.  True recovery is a lifelong journey that requires care and compassion for the body, mind, and spirit. NFPA is honored to join with Phoenix Society for Burn Survivors, the leader of a worldwide community of burn survivors, their loved ones, health professionals, and firefighters, as they embark on a journey of unprecedented growth of the their programs, advocacy, and impact.  Our support on behalf of our volunteers will help expand the services, allowing the Phoenix Society to reach more people whose lives have been altered by a burn injury in more places than ever before. It will allow them to make sure that no one is ever alone on their recovery journey! Nothing heals people like other people.  The Phoenix Society has become a strong advocacy partner for NFPA. Together, we are educating, advocating and raising awareness so burn injuries can be minimized and striving to see that all those who are burned have the hope and support needed to not just survive but thrive again.  Thank you for the work you do on our technical committees and thank you for being the foundation of our gift to the Phoenix Society. For more information on the campaign we are supporting visit https://www.phoenix-society.org/ways-to-give/nfpa-honor-gift. The Phoenix Society will also be in the expo at the Conference in Expo in Las Vegas this year. Sincerely, Jim Pauley, President and CEO, NFPA.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Report Of The Committee On Premises Security And Provides Physical Security Evaluations, Recommendations And Countermeasures. Experienced As A Consultant And Expert Testimonial Witness In Alarm And Premise Liability And Security Related Matters For Insurance Companies, Law Firms, Government And Law Enforcement Agencies, Public And Private Institutions And Nationally Recognized Alarm And Central Station Companies. Over 10,000 Hours Of Technical Training At Local, State, And National Seminars, Manufacturer And Association Training, Conferences, Meetings, Symposiums, And Conventions. Instructor To The Technical Community Of The Alarm, Security, And Law Enforcement Industries. College And University Instructor For Undergraduate And Graduate Students Of Institutions Of Higher Education In Alarm Science, Advanced Electronic And Physical Security Countermeasures, Security Surveys, Needs Analysis, Security Systems, Physical Security, And Fire Alarm And Life Safety Systems And Methodologies. Security And Alarm System Test Questions Submitted To And Accepted By The American Society For Industrial Security For The Coveted And Internationally Recognized Certified Protection Professional Certification Examination And As A Task Group Member And Subject Matter Expert, Has Written Examination Questions For The Nationally Recognized Fire Alarm System Certification Program For Levels I, II, III And IV In Fire Protection Engineering Technology/Fire Alarm Systems, Administered Through The National Institute For Certification In Engineering Technologies (NICET). Provided Expert Assistance In Valuation Of Alarm Companies, Central Stations, Mergers, Acquisitions And Due Diligence For All Types Of Alarm And Security System Accounts. Mr. Zwirn Has Also Developed Training Curriculum And Written Alarm And Security Test Examinations For The New York City Police Department And The Joint Terrorism Task Force And Is Recognized As An 18 Year Active Designated Expert Instructor To The New York City Police Department, The Leader In Law Enforcement, Crime Prevention Section In Its Basic Methods Of Security Course Awarded Two United States Patents On Electronic Security Inventions And One Patent Pending For An Electronic Security Invention.

I Am Committed To Continually Augmenting My Education, Skill, Knowledge, Training, And Experience In The Alarm And Security Industry. As Part Of This Continuing Educational Process, I Am An Active And Participating Member Of The Following Locally, Nationally, And Internationally Recognized Organizations: Electronic Security Association, American Society For Industrial Security, Association Of Certified Fraud Examiners, International Association Of Electrical Inspectors, National Fire Protection Association (NFPA), New Jersey Electronic Security Association, Security Industry Association, Automatic Fire Alarm Association, National Institute For Certification In Engineering Technologies (NICET), The Monitoring Association[5], The American Society Of Certified Engineering Technicians (ASCET), Board Of Professional Certification (BOPC), And Underwriters Laboratories, Inc. (UL).

---

[5] Formerly the Central Station Alarm Association.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

## EXPERIENCE:

**1969-1993**                                                                                       *Florida*
*Intruder Detection Systems, Inc. (Incorporated 1979)*
*Founder, President & Chief Executive Officer*

Established And Grew Successful Organization From Innovative Concept To One Of The Largest Independent Alarm Companies In The State Of Florida. Developed, Designed, Serviced, Maintained, Installed And Monitored Thousands Of Access Control, Fire Alarm And Security Systems For Commercial, Industrial And Residential Clients. Increased Billings Through Referrals, Repeat Business And Customer Service Excellence. Qualified[6] And Maintained A UL Listed Alarm Company Providing UL Certificated And Listed Alarm Systems Grade A2, AA2, A3 And AA3. Budgeting And Financial Planning, Evaluation, Purchasing And Inventory Management; Sales And Marketing Of Increasingly Sophisticated Integrated Fire And Burglary Protection Systems And Devices.

**1980-Present**                                                                                 *New Jersey*
*IDS Research & Development, Inc. (Incorporated 1985)*
*Expert Witness And Consultation Services, Multi State Court Qualified Alarm*
*And Security Expert*
*Nationwide*

Created And Developed A Separate Division Of Alarm Installing Company For Expert Witness And Consultation Services On A Wide Range Of Alarm And Security Related Matters For Many Agencies And Professional Organizations In Both The Public And Private Sectors. To Date, Expert Witness And/Or Consultation Services Provided In Hundreds Of Alarm And Security Related Cases And Claims For Plaintiffs, Defendants And For A Diverse Clientele Including Numerous Insurance Companies; Nationally Recognized Alarm And Central Station Companies; FM Global, Fortune 500 Companies; The City Of North Miami Police Department; NYPD Police Training Academy And Crime Prevention Unit; American Society For Industrial Society[7] (ASIS);   Bureau Of Alcohol, Tobacco And Firearms (ATF); US Drug Enforcement Administration (DEA); The United States Coast Guard And The Department Of Corrections, FBI, Joint Terrorism Task Force (JTTF), Counter Terrorism Bureau And The NYPD Major Case Squad. Services Include But Are Not Limited To System Review, Design And Laboratory Analyses; Systems Inspection To Meet Manufacturer Specifications, NFPA, UL, U.S. Customs Bonded Warehouse Standards, Nationally Recognized Industry Standards And Practices And Certified Fraud Examination And Investigation Services.

*Personal Protection Systems 1995–Present*                                   *New York, New York*
*IDS Research And Development, Inc. 1998-Present*                              *New Jersey*
*Intruder Detection Systems, Inc. 1999-Present*                                   *New Jersey*

Design, Service, Installation And Maintenance Of (UL) Certificated And Non-UL Access Control, Burglar And Fire Alarm Systems For Residential And Commercial Properties With 24 Hour UL Listed Central Station Monitoring.

---

[6] UL Listed June 1984.

[7] The ASIS certification program has been awarded accreditation by the American National Standards Institute (ANSI), the U.S. member of the International Organization for Standardization (ISO). This prestigious endorsement confirms that ASIS global certification programs adhere to the highest professional standards.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

1996 – Present
***Burglar And Fire Alarm Reporting Services*™**                                                    *Nationwide*

A Loss Prevention And Risk Management Tool For The Insurance Industry That Analyzes All Types Of Burglar And Fire Alarm Systems To Minimize Loss Potential, And Takes The Guess Work Out Of Alarm System Performance Before A Loss Occurs.

1998 – Present
***The Lightning Damage Claims Institute*™**                                                    *Nationwide*

Nationwide Investigation And Certification Of Lightning Damage Claims To Burglar And Fire Alarm Systems And Other Low Voltage Equipment And Systems.

2003 – Present
***The Alarm Test*™**                                                    *Nationwide*

Nationwide Evaluation And Inspection Of Security And Fire Alarm Systems To Verify Compliance With The Equipment Manufacturer's Specifications, UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices.

**EXPERTISE:**

**PRESENTATIONS AND TEACHING EXPERIENCE:**

- February 2018, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2019 License Renewal, Fire Alarm, Burglar Alarm And Locksmith Laws And Regulations, Hackensack, New Jersey. Topics: General Provisions Regarding Licensing Of Alarm And Locksmith Businesses, Locksmith Licensure Regulations, And Burglar Alarm And Fire Alarm License Requirements. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.
- February 2018, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2019 License Renewal, New Jersey Uniform Construction Code, Hackensack, New Jersey. Topics: Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method.
- February 2018, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2019 License Renewal, Barrier Free Subcode, Hackensack, New Jersey. Topics: 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections.

- February 2018, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2019 License Renewal, Americans With Disabilities Act (ADA), Hackensack, New Jersey. Topics: Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box.

- February 2018, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For the 2019 License Renewal, Industrial Safety: NFPA 70E: Electrical Safety In The Workplace, Hackensack, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms (NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors.

- May 2017, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, New York City Police Academy, College Point, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Police Officers From the 7th, 13th, 17th, 28th, 30th, 46th, 48th, 50th, 60th, 66th, 81st, 93rd, 94th, 107th, 112th, 114th, 115th, and 120th Precincts, Representatives From the NYPD Special Services Division, Police Officer from The World Trade Center Command Unit, Sergeants, Detectives and Police Officers From Patrol Borough Brooklyn North, Sergeants From Patrol Borough Queens North, Police Officers From Police Service Areas 2 and 4, Police Officers From The Corruption Prevention Division, and Police Officers From Midtown South.

- March 2017, Instructor, When Bad Things Happen To Good Alarm Companies:  The Forensic Science of Minimizing Risk, Security Sales & Integration Webcast Series, Moderated By Scott Gold Fine, Editor-in-Chief, Security Sales & Integration Magazine.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- March 2017, Instructor, Existing Systems & Takeovers, New Jersey Electronic Security Association (ESA) 2017 Annual Symposium, Atlantic City, New Jersey. Topics: Policies And Procedures When Connecting To Existing And Take Over Accounts That Your Company Did Not Design Or Install, Identifying Defects And Irregularities On Existing And Take Over Accounts, Documenting Services Provided To Help Minimize Liability, Documenting Services Not Being Provided To Help Minimize Liability, Offering Full System Inspections, Developing Policies And Procedures To Address Existing And Takeover Accounts So The Systems Reliability And Effectiveness Can Be Quantified, Common But Serious Mistakes And Case Studies.
- March 2017, Instructor, International Residential Code, New Jersey Electronic Security Association (ESA) 2017 Annual Symposium, Atlantic City, New Jersey. Topics: Topics: Pertinent Sections Of The IRC For Burglar And Fire Alarm Contractors, Title, Scope, Purpose, Department Of Building Safety, Permits, Construction Documents, Temporary Structures And Uses, Fees, Inspections, Certificate Of Occupancy, Board Of Appeals, Violations, Stop Work Order, Definitions, Building Planning And Construction, Smoke Detection And Notification, NFPA 72®, Location, Alterations, Repairs, Additions, Exceptions, Power Source, Emergency Escape And Rescue Openings, Means Of Egress, Guards, Electrical Definitions, Branch, Circuit And Feeder Requirements, Branch Circuit Ratings, Conductor Sizing And Overcurrent Protection, Class 2 Remote-Control Signaling And Power-Limited Circuits, Power Sources, Wiring Methods, Installation Requirements, ICC International Residential Code Electrical Provisions, National Electrical Code Cross Reference And Fire Sprinkler Systems.
- March 2017, Instructor, The Alarm Contractor Policies And Procedures, New Jersey Electronic Security Association (ESA) 2017 Annual Symposium, Atlantic City, New Jersey. Topics: The Policies, Procedures, Customs, And Habits Of Alarm Contractors, Ways To Minimize Liability When Alarm Contracting, Minimum Industry Standards, Dealing With High Risk Accounts, Advanced Documentation Methodologies, Case Studies, And System Impairments.
- March 2017, Instructor, Overt And Covert CCTV Systems, New Jersey Electronic Security Association (ESA) 2017 Annual Symposium, Atlantic City, New Jersey. Topics: Proper Design And Installation Of CCTV Systems, Understanding The Differences Between Overt And Covert CCTV Systems, Liability Concerns When Installing CCTV Systems, Types Of Occupancies, Lighting, Security Concerns, Vandalism, Prior Loss History, Purpose Of System, Expectation Of Privacy, Equipment Manufacturer's Specifications, Onsite Surveillance, Remote View, DVR Technologies.
- March 2017, Instructor, All You Need To Know About Fire Alarm Systems And Taking Over Fire Alarm Systems Webinar, Kirschenbaum And Kirschenbaum, Moderated By Kenneth Kirschenbaum, Attorney at Law.
- November 2016, Guest Speaker, Lessons Learned From Forensic Alarm Science, ASIS International, West Jersey Chapter 18th Annual All Day Seminar, Randolph, New Jersey. Topics: Criticality Of Complying With Industry Standards, Case Studies, Investigative Findings, Panic Buttons, Forensic Audio Clips, And Utilizing The Alarm System As  A Silent Witness. Participants: New York State Homeland Security Officials, Cause & Origin Investigators, Fire Officials, Fire Marshalls, And Authorities Having Jurisdiction.
- November 2016, Instructor, Forensic Examination Of Alarm Systems, New York State Homeland Security And Emergency Services-Fire Prevention And Control's[8] 42 Annual Arson Seminar[9], New York State Academy Of Fire Science, Montour Falls, New York. Topics: The Alarm System-A Silent Witness, What The Alarm System

---

[8] Our mission is to assist our members in the advancement of their skills and knowledge as Fire Investigators. To facilitate the sharing of new information, ideas, and techniques in the field of Fire Investigation, and to promote a teamwork approach in the investigation of fires.
[9] This year's theme will be "Fire Investigation Start To Finish"; with concentration on getting it right from scene processing, to report writing, and court room testimony, ensuring a just and proper conclusion. The Office of Fire Prevention and Control has made major changes to the format for the year's program. Those changes include; Broadcasting all of the presentations to allow attendees to participate in every one, Attendance Verification via barcode scanning, The National Pro Board Fire Investigator Certification Exam will be offered on Wednesday, November 2, 2016, PRIOR to the start of the Seminar.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Can Attest To, Case Studies, How To Scientifically And Technically Use The Forensic Analysis Of An Alarm System In Arson, Fire, Subrogation And Fraud Investigations, Identifying & Preserving Alarm System Evidence, Preservation Of Alarm Equipment Evidence And What It Reveals,  Applying Equipment Manufacturer's Specifications, UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices For Security And Fire Alarm Systems In Arson, Fire And Loss Investigations, Analysis Of Central Station Database Activity, Safes, UL 687, Telephone Line Security Methodologies, Advantages And Benefits, If Any, Of Telephone Line Security, What Is A One Way Radio?, What Is An IP Communicator, Location Of Telephone Equipment, UL 981, And Redundant Line Security Methodologies.  Participants: Local And Federal Law Enforcement Authorities.

- October, 2016, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of  Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Police Officers From the 7th, 13th, 17th, 28th, 30th, 46th, 48th, 50th, 60th, 66th, 81st, 93rd, 94th, 107th, 112th, 114th, 115th, and 120th Precincts, Representatives From the NYPD Special Services Division, Police Officer from The World Trade Center Command Unit, Sergeants, Detectives and Police Officers From Patrol Borough Brooklyn North, Sergeants From Patrol Borough Queens North, Police Officers From Police Service Areas 2 and 4, Police Officers From The Corruption Prevention Division, and Police Officers From Midtown South.

- August 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Fire Alarm, Burglar Alarm And Locksmith Laws And Regulations, Vector Security, Lawrenceville, New Jersey. Topics: General Provisions Regarding Licensing Of Alarm And Locksmith Businesses, Locksmith Licensure Regulations, And Burglar Alarm And Fire Alarm License Requirements. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.

- August 2016, Instructor, When Bad Things Happen To Alarm Companies, New York State Electronic Security Association Annual Conference, Verona, New York. Topics: Are Security Systems Helpful In Hardening The Target To Reduce Crimes, Are Security Systems Being Circumvented By The Criminal Element?, Are Security Systems Failing Due To Other Causes?, The Crime Triangle, How Important Is Early Warning To A Fire Alarm System's Effectiveness?, How Important Is Police Or Fire Department Response To A Security System's Effectiveness?, Educating The Customer, Duty, Breach Of Duty, Proximate Cause, Damages, Foreseeability, Detectability, Preventability, Theories Of Legal Liability When Connecting To An Existing Alarm System For Central Station Monitoring That Your Company Did Not Design, Program, Install, Service, Or Ever Maintain?, Liability Or Minimization Of Liability?, Alarm Contractor Duties, And Alarm Science Or Junk Science. Participants: Alarm Installers, Technicians, Service Personnel, Sales Professionals, Central Station Operators, Supervisors, Upper Management, And Presidents Of Alarm Companies And System Integrators.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- August 2016, Instructor, Alarm Science, IAAI Tennessee Chapter 2016 Annual Training Conference, Pigeon Forge, Tennessee. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: Cause & Origin Investigators, Arson Investigators, Local And Federal Law Enforcement, And Authorities Having Jurisdiction.
- July 2016, Instructor, How Secure Are Your Security Alarm Systems Webinar, ASIS International.
- June 2016, Keynote Speaker, Guest Lecturer, Forensic Analysis Of Alarm Systems, Annual Insurance Fraud Conference, Sponsored By The Illinois Chapter of International Association Of Special Investigation Units (IASIU), Addison, Illinois. Topics: The Alarm System- A Silent Witness, What Can  The Alarm System Attest To, Case Studies, How To Scientifically And Technically Use The Forensic Analysis Of An Alarm System In Arson, Fire, Subrogation, And Fraud Investigations, Identifying & Preserving Alarm System Evidence, Preservation Of Alarm Equipment Evidence, Applying Equipment Manufacturer's Specifications, UL Standards, NFPA Standards, And Industry Standards And Practices For Security And Fire Alarm Systems In Arson, Fire And Loss Investigations, Analysis Of Central Station Database Activity, Duties Of An Alarm Contractor, Duties Of A Remote Station, Duties Of A Central Station, Theories Of Liability, Basic Components Of A Security System, Types Of Systems, Forms Of Remote Station Communications, And Common Defects Founds In Security Systems. Participants: Insurance Company Professionals, Law Enforcement And Fire Personnel.
- May 2016, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of  Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.
- May 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Carbon Monoxide Design & Installation, Tenafly, New Jersey. Topics: Topics: Detection And Annunciation Of The Presence Of Carbon Monoxide, Evacuation Of Premises, Notification Of Authorities, UL Standards For Carbon Monoxide Sensors, UL 2034, UL 2075, Detection Principles Of Carbon Monoxide Sensors, Causes Of Carbon Monoxide, Equipment Manufacturer's Specifications, Detection Thresholds For Alarm Activation In Parts Per Million (PPM), Exposure Affects, Installation And Testing, Location And Placement Of Carbon Monoxide Sensors, Minimum Standards For The Installation Of Carbon Monoxide Sensors In Protected Premises, Functional And Exposure Testing Of Carbon Monoxide Sensors, Functional And Reliable Life Expectancy Of Carbon Monoxide Sensors And Circuit, Power, And Initiating Device Supervision And Annunciation. Participants: New Jersey Burglar And/Or Fire Alarm License Holders And NICET Certified Alarm Technicians.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- May 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Designing Fire Alarm Systems, Tenafly, New Jersey. Topics: Fire Alarm System Design Fundamentals, Overview Of Fire Alarm Systems, Codes And Standards Applicable To Fire Alarm System Design, Initiating Devices, Notification Appliances, Suppression Supervisory Equipment, Integration With Other Building Systems, Integration With Other Building Systems, Fire Alarm Control Unit (FACU), The Input-Output Matrix, UL, Detector Types, Detector Selection, Detection System Cost, Predominant Application, Detection Speed, Fire Alarm Control Units, Fire Alarm Power Supplies, Photoelectronic Smoke Detector, Ionization Smoke Detection, Heat Detectors, Visual Alarms, Wiring Types, Case Studies, And Fire Alarm System Science, Industry Standards, Recognized Practices And Standards Of The Technical Community Of The Fire Alarm Industry. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.
- April 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Residential Security & Fire Alarm Systems, Tenafly, New Jersey. Topics: Detection, Deterrence, Annunciation And Notification, Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Residential Security And Fire Alarm Systems, Existing Residential Security And Fire Alarm Systems, Equipment Manufacturer's Specifications, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, UL 1023, UL 985, Low Temperature And Water Leak Detection Systems, VOIP Dangers, Testing And Completion, Detection Principles, Meeting Minimum Standards, Initiating Devices, Inherent Safeguards, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Contacts Only, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Exceeding Code Requirements, Supplemental Issues With Residential Fire And Code Restrictions With System Detectors And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders And NICET Certified Alarm Technicians.
- April 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Burglar Alarm System Testing Inspection And Maintenance, Tenafly, New Jersey. Topics: For The Burglar Alarm System Testing Inspection And Maintenance Course: Identifying Defects And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/Or Damaged Equipment, Identifying Changes In The Protected Premises That Can Affect Burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plans, Minimum Standards Relating To Testing Of Burglar Alarm Systems, Functional Testing Of Initiating Devices, Documents Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspections, Documentation Findings And Appropriately Notifying Subscribers, Minimum Standards Relating To Maintaining Burglar Alarm Systems, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment, What To Do When The System Cannot Be Repaired And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders And NICET Certified Alarm Technicians.
- April 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Alarm Science, Tenafly, New Jersey. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders And NICET Certified Alarm Technicians.
- April 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Smoke Detectors-The Science Of Automatic Detection, Tenafly, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders And NICET Certified Alarm Technicians.

- April 2016, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Fire Alarm, Burglar Alarm And Locksmith Laws And Regulations, Tenafly, New Jersey. Topics: General Provisions Regarding Licensing Of Alarm And Locksmith Businesses, Locksmith Licensure Regulations, And Burglar Alarm And Fire Alarm License Requirements. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.
- March 2016, Keynote Speaker, When Bad Things Happen To Alarm Companies…The Forensic Science Of Minimizing Risk, Connecticut Alarm And Systems Integrators Association (CASIA), Hamden, Connecticut.
- December 2015, Instructor, Extreme Alarm Science Boot Camp™, John Jay College Of Criminal Justice, The City University of New York, Center For Protection And Safety, Manhattan, New York, Sponsored By John Jay College Of Criminal Justice, Chairman And Professor Charles P. Nemeth, JD, PhD, LL.M Of The Security, Fire And Emergency Management Department, And Professor Of Security Management, Robert D. McCrie, PhD, CPP, Department Of Law, Police Science & Criminal Justice Administration, John Jay College Of Criminal Justice, New York, New York. *Advanced Education Level Course.*
- November 2015, Executive Guest Lecturer, The Forensic Expert, MADS 6639[10], Fairleigh Dickinson University, Teaneck, New Jersey. Topics: Alarm And Security Science, The Crime Triangle, The Routine Activity Approach Theory, Elements That Make Security Systems Effective And Reliable, Duration, Frequency And Methodology, Crime Prevention Through Environmental Design (CPTED), Critical Detection Points (CDP), Duty, Breach Of Duty, Proximate Cause Damages, Foreseeability, Detectability, Preventability, Security Surveys, Needs Analysis, And Case Studies. Participants: Undergraduate And Graduate Students Of Farleigh Dickinson University.
- September 2015, Instructor, How Secure are Your Security Systems? ASIS International 61st Annual Seminar and Exhibits[11], Evolve2Advance[12], Anaheim, California. *Advanced Education Level Course.* Topics: Three Minimal Elements Of The Routine Activity Approach Theory, A Security System Is A Capable Guardian, If

---

[10] This course was held in conjunction with Dr. Eamon P. Doherty, Ph.D., CCE, CPP, who is the associate professor of the Cybercrime Training Lab Director, Petrocelli College of Continuing Studies at Farleigh Dickinson University.
[11] ASIS International (ASIS) founded in 1955 is a leading organization for security professionals worldwide.
[12] Notably, the attendance at this International Seminar Event was estimated at 20,000 security professionals.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

We Decrease The Opportunity Will Crime Rates Go Down?, Are Security Systems Helpful In Hardening The Target To Reduce Crimes?, Fifteen Elements That Make Security Systems Effective and Reliable, Fifteen

Elements That Make Security Systems Effective And Reliable, Critical Detection Point, Foreseeability, Detectability, Preventability, What Is A Security System?, What Is The Purpose Of A Needs Analysis?, What Is A One Way Radio?-What Are The Advantages And Disadvantages, What Is A Two Way Radio?-What Are the Advantages And Disadvantages, PPF, CFC, Data-Bus, FHSS, GSM, GPRS, CDMA & HSPA Technologies And End To End Coupler Cord. Participants: Security Experts, Law Enforcement, Certified Protection Professionals, Security Directors, Loss Prevention Experts, Physical Security Professionals, And Certified Professional Investigators.

- September 2015, Instructor, When Bad Things Happen To Alarm Companies.....The Forensic Science Of Minimizing Risk, New Jersey Electronic Security Association (NJESA) Central Membership Meeting, Hazlet, New Jersey. Topics: Are Security Systems Helpful In Hardening The Target To Reduce Crimes?, Are Security Systems Being Circumvented By The Criminal Element, Are Security Systems Failing Due To Other Causes?, The Crime Triangle, How Important Is Early Warning To A Fire Alarm System's Effectiveness?, How Important Is Police Or Fire Department Response To A Security System's Effectiveness?, And Educating The Customer. Participants: New Jersey Certified And Licensed Alarm Contractors, Central Station Representatives, Equipment Manufacturers, And Alarm Technicians.

- August 2015, Instructor, Central and Remote Station Monitoring Instructions-Are Your Instructions Safe or Foreseeably Dangerous?, Webinar, Hosted By Kirschenbaum & Kirschenbaum, P.C., Participants: Alarm Technicians, Fire Alarm Technicians, NICET Certified Fire Alarm Technicians, Sales Professionals, Authorities Having Jurisdiction, Alarm Company Senior Management, Central Station Management And Consultants.

- July 2015, Instructor, Residential Fire Alarm Systems-Life Safety Or Fatal Flaws, Webinar, Hosted By Kirschenbaum & Kirschenbaum, P.C., Participants: Alarm Technicians, Fire Alarm Technicians, NICET Certified Fire Alarm Technicians, Sales Professionals, Authorities Having Jurisdiction, Alarm Company Senior Management, Central Station Management And Consultants.

- July 2015, Instructor, Forensic Alarm Expert's Perspective On Alarm Company Liability: Case Studies and Ways To Help Minimize Your Liability, Webinar, Hosted By Kirschenbaum & Kirschenbaum, P.C., Participants: Alarm Technicians, Fire Alarm Technicians, NICET Certified Fire Alarm Technicians, Sales Professionals, Authorities Having Jurisdiction, Alarm Company Senior Management, Central Station Management And Consultants.

- July 2015, Instructor, Connect To Existing System Installed By Others; What Are Your Duties? & Ambush, Panic and Hold-Up Systems-The Customer's Lifeline to Safety and Security or Not?, Webinar Hosted By Kirschenbaum & Kirschenbaum, P.C., Participants: Alarm Technicians, Fire Alarm Technicians, NICET Certified Fire Alarm Technicians, Sales Professionals, Authorities Having Jurisdiction, Alarm Company Senior Management, Central Station Management And Consultants.

- June 2015, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Barrier Free Subcode, Lawrenceville, New Jersey. Topics: 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- June 2015, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Americans With Disabilities Act (ADA), Lawrenceville, New Jersey. Topics: Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible

  Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box.
- June 2015, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For the 2016 License Renewal, Industrial Safety: NFPA 70E: Electrical Safety In The Workplace, Lawrenceville, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms (NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors.
- June 2015, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, New Jersey Uniform Construction Code, Lawrenceville, New Jersey. Topics: Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method.
- June 2015, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Smoke Detectors-The Science Of Automatic Detection, Hackensack, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And

## IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why.

- June 2015, Instructor, New Jersey Division of Consumer Affairs Approved Courses For Continuing Education Credits For the 2016 License Renewal, New Jersey Laws and Rules Governing the Provision of Burglar Alarm, Fire Alarm, and Locksmithing Services, Hackensack, New Jersey. Topics: Definitions of Services, Common Exemptions From Licensing, Central Monitoring Stations License Requirements, Continuing Education Requirements, Advertisement Guidelines, Individual and Business Firm Licensing Requirements, Applications, Business Firm Qualifiers, Supervision Of Licensed And Unlicensed Employees, Standards Of Practice And Prohibited Practices and Acts, The Home Improvement Contractors Act, Contractor's Registration Act, And The Home Improvement Practice Regulations.
- June 2015, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For the 2016 License Renewal, Industrial Safety: NFPA 70E: Electrical Safety In The Workplace, Hackensack, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms (NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors.
- June 2015, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Americans With Disabilities Act (ADA), Hackensack, New Jersey. Topics: Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box.
- June 2015, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, New Jersey Uniform Construction Code, Hackensack, New Jersey. Topics: Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method.
- June 2015, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Barrier Free Subcode, Hackensack, New Jersey. Topics: Topics: 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE; SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9

Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections.

- June 2015, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.
- May 2015, Instructor, 2015 Pennsylvania Burglar And Fire Alarm Association (PBFAA) Annual Expo, Valley Forge, Pennsylvania.
- May 2015, Instructor, 2015 International Association of Arson Investigators, Inc. (IAAI) 66th International Training Conference, The Forensic Analysis of Alarm Systems, Rosemont, Illinois.
- February 2015, Instructor, New Jersey Electronic Security Association (NJESA) 2015Annual Symposium, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Smoke Detectors-The Science Of Automatic Detection, Atlantic City, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why.

- January 2015, Instructor, ASIS Western New Jersey Chapter 088 Monthly Meeting, Methodologies Utilized By The Criminal Element To Circumvent Alarm Systems And Electronic Counter-Measures, Florham Park, New Jersey.


- November 2014, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Police Officers From The 25th, 26th, 45th, 61st, 67th, 70th, 71st, 72nd, 79th, 81st, 83rd, 90th, 94th, 100th, 109th, 114th, 120th, 121st And 122nd Precincts, Representatives From Transit Districts 11, 30, 34, Police Service Area Community Affairs Officers, Special Police Officers From Hostos Community College-CUNY, Special Agents From The FBI And Joint Terrorism Task Force, Detectives From The NYPD And Joint Terrorism Task Force.
- November 2014, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Fire Alarm, Burglar Alarm And Locksmith Laws And Regulations, Hackensack, New Jersey. Topics: General Provisions Regarding Licensing Of Alarm And Locksmith Businesses, Locksmith Licensure Regulations, And Burglar Alarm And Fire Alarm License Requirements. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.
- October 2014, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Barrier Free Subcode, Hackensack, New Jersey. Topics: Topics: 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.
- October 2014, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, Americans With Disabilities Act (ADA), Hackensack, New Jersey. Topics: Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.

- October 2014, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2016 License Renewal, New Jersey Uniform Construction Code, Hackensack, New Jersey. Topics: Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor

Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method, Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Participants: New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.

- October 2014, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For the 2016 License Renewal, Industrial Safety: NFPA 70E: Electrical Safety In The Workplace, Teaneck, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms (NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors.  Participants: New Jersey Burglar And/Or Fire Alarm License Holders, New Jersey Certified And Licensed Alarm Contractors And NICET Certified Alarm Technicians.

- October, 2014, Guest Speaker, Metropolitan Burglar And Fire Alarm Association (MBFAA) General Meeting, Forensic Alarm Science, Bayside, Queens. Topics: Marketing, Liability, Or Minimization Of Liability, System Design and Methodologies, Inherent Safeguards, Anatomy Of A Lawsuit, Case Studies, Existing Systems, FPA Standards, Forensic Analysis, Alarm Contractor Duties, What The Alarm Industry Says.., Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Operations, What Action To Take If Your Alarm Company Is Sued, And Theories Of Legal Liability. Participants: Certified and Licensed New York State Alarm Contractors, CCTV System Contractors, President Of The MBFAA And Executive Director Of The Metropolitan Burglar And Fire Alarm Association, New York State Certified Alarm Instructors, Certified Protection Professional (CPP) And Physical Security Professional (PSP) From Microsoft, Attorney Ken Kirschenbaum, Lawyers Of Kirschenbaum And Kirschenbaum, Equipment Manufacturers And Alarm And CCTV Distributors.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- September 2014, Conference Instructor, New York State Electronic Security Association (NYSESA) Annual Conference, When Bad Things Happen To Alarm Companies...The Forensic Science Of Minimizing Risk, Ellenville, New York. Topics: Are Security Systems Helpful In Hardening The Target To Reduce Crimes?, Are Security Systems Being Circumvented By The Criminal Element, Are Security Systems Failing Due To Other Causes?, The Crime Triangle, How Important Is Early Warning To A Fire Alarm System's Effectiveness?, How Important Is Police Or Fire Department Response To A Security System's Effectiveness?, And Educating The Customer. Participants: New York, New Jersey And Pennsylvania Alarm Contractors, NICET Certified Technicians, Board Members Of The NYSESA, New Jersey Alarm Association And Pennsylvania Burglar And Fire Alarm Association (PBFAA), Equipment Manufacturers Representative, Security Company Consultants,

  Authorities Having Jurisdiction, And Executive Director Of The Pennsylvania Burglar & Fire Alarm Association (PBFAA).

- May 2014, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.

- May 2014, Speaker, New Jersey Municipal Electrical Inspectors Association Of New Jersey (MEIA) Meeting, Lyndhurst, New Jersey.

- November 2013, Speaker[13], Expert Witness, Honeywell Connect 2013[14], Los Angeles, California. Topics: Protecting Your Company Requires More Than Well Written Contracts And Clauses! Learn From Jeffrey Zwirn, CPP, CFPS, CFE, DABFET, CHS-III, SET, CCI, President of IDS Research & Development, Incorporated, A Nationally Recognized Forensic Alarm And Security Expert Witness, On Advanced Methodologies And Practices To Help Minimize Your Company's Liability. You'll Hear How To Avoid Lawsuits That Result In Large Award Settlements Because Of System Design, Installation And Even Clerical Mistakes Made By Employees Or Sub-Contractors. This Session Is Sponsored By Security America Risk Retention Group, An Industry Owned General Liability With Errors And Omissions Insurance Provider. Participants: Representatives From Honeywell's Three Largest Dealer Organizations-First Alert Professional (FAP), Commercial Security Systems (CSS), And Honeywell Integrated Security (HIS), Mr. Greg McLochlin, Director, Dealer Development Group, Authorized Dealer Programs, Honeywell Security Products America, Mr. John Knox, Current President Of Electronic Security Association (ESA), Mr. Mike Miller, Former President Of

---

[13] *Educational Sessions: Whether your goal is to learn about industry trends, business strategies, or selling techniques, education is a key reason for attending Connect 2013. This year we have a line-up of breakout sessions that is better than ever! We've recruited industry experts and dealers from around the country to present on topics that you've told us are critical to your business.* Connect 2013 Website.

[14]Honeywell's largest-ever gathering of its authorized dealers. A three-day conference featuring 40 educational sessions, which will be presented by Honeywell technology experts, dealers and enterprise-level integrators. "Arming our authorized dealers and integrators with the knowledge to better position themselves for the future of the security industry is a very serious undertaking," Marek Robinson, president of Honeywell Security Products America's Authorized Dealer Groups, said in a statement. "What better way to do that than by engaging industry experts and hearing from industry peers?"

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Electronic Security Association (ESA), Mr. Bart Didden, Former President Of The Electronic Security Association (ESA) And President Of USA Central Station Alarm Association, And Mr. Marshall Marinace, Vice President Of The Electronic Security Association.

- June 2013, Executive Guest Lecturer, The Forensic Expert, MADS 6639[15], Fairleigh Dickinson University, Teaneck, New Jersey. Topics: Alarm And Security Science, The Crime Triangle, The Routine Activity Approach Theory, Elements That Make Security Systems Effective And Reliable, Duration, Frequency And Methodology, Crime Prevention Through Environmental Design (CPTED), Critical Detection Points (CDP),

  Duty, Breach Of Duty, Proximate Cause Damages, Foreseeability, Detectability, Preventability, Security Surveys, Needs Analysis, And Case Studies. Participants: Undergraduate And Graduate Students Of Farleigh Dickinson University.

- May 2013, Guest Speaker, North Jersey American Society Of Certified Engineering Technicians (ASCET) Meeting, Case Studies Of Alarm Liability, Middlesex, New Jersey. Topics: Case Studies, Duties Of An Alarm Contractor, The Security Survey, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Security System Design, Application, Recommendations, Sales, Installation, Service, Testing, Maintenance, Inspections And Monitoring, Types Of Line And Wireless Based Telephone Line Security Technologies, Fire Alarm Systems, Life Safety Systems, Fire Alarm Science, Obscuration And Stratification, Carbon Monoxide Systems, Installation Policies And Procedures, Central Station Monitoring Policies And Procedures, Connect To Existing Systems And Takeovers, And Training And Supervision. Participants: Members Of American Society Of Certified Engineering Technicians (ASCET).

- May 2013, Instructor, New Jersey Division of Consumer Affairs Approved Courses for Continuing Education Credits For The 2013 License Renewal, Recessed Contacts: Aesthetically Pleasing Or The New Liability, Hackensack, New Jersey. Topics: Identifying Liability Concerns When Installing Recessed Contacts, Window And Door Manufacturer's Warranties, Installing Recessed Contracts In Door Or Windows Voids The Manufacturer's Warranty, Alternative Methodologies To Recessed Alarm Contacts, Identifying Exclusions In Errors And Omissions Coverage For Builder Tract Homes And The Installation Of Recessed Contacts, Case Studies, Water Damage, Mold And Piercing The Building Envelope. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- May 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Machine Wired Screens: Proper Application And Installation, Teaneck, New Jersey. Topics: Proper Application And Installation Of Machine Wired Screens, Type Of Machine Wired Screens, Inside Screens, Outside Screens, Wire Trap, Magnetic Contact Trap, Horizontal Vs. Vertical Mesh Installation, Protective Loop Circuit Supervision, Case Studies, Best Practices When Ordering Machine Wired Screens, When Not Use Machine Wired Screens And False Alarm Issues With Machine Wired Screens And How To Avoid Them. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- May 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, The Alarm Technician, Sponsored By The New Jersey Electronic Security Association, The International Security Conference (ISC) East, New York, New York. Topics: The Policies, Procedures, Customs, Habits, Training And Supervision Of alarm Technicians Will Be Analyzed To Help Determine What, If Anything Need To Be Addressed, Changed, Updated, Modified, Or, Corrected, Understanding Ways To Address Liability Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits, Training, And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform, And Case Studies. Participants: Licensed New Jersey Burglar And Fire Alarm Contractors.

---

[15] This course was held in conjunction with Dr. Eamon P. Doherty, Ph.D., CCE, CPP, who is the associate professor of the Cybercrime Training Lab Director, Petrocelli College of Continuing Studies at Farleigh Dickinson University.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- May 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Residential Security & Fire Alarm Systems, Teaneck, New Jersey. Topics: Detection, Deterrence, Annunciation And Notification, Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Residential Security And Fire Alarm Systems, Existing Residential Security And Fire Alarm Systems, Equipment Manufacturer's Specifications, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, UL 1023, UL 985, Low Temperature And Water Leak Detection Systems, VOIP Dangers, Testing And Completion, Detection Principles, Meeting Minimum Standards, Initiating Devices, Inherent Safeguards, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Contacts Only, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat

  Detection, Carbon Monoxide Detection, Gas Detection, Exceeding Code Requirements, Supplemental Issues With Residential Fire And Code Restrictions With System Detectors And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.
- May 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Designing Fire Alarm Systems, Teaneck, New Jersey. Topics: Fire Alarm System Design Fundamentals, Overview Of Fire Alarm Systems, Codes And Standards Applicable To Fire Alarm System Design, Initiating Devices, Notification Appliances, Suppression Supervisory Equipment, Integration With Other Building Systems, Integration With Other Building Systems, Fire Alarm Control Unit (FACU), The Input-Output Matrix, UL, Detector Types, Detector Selection, Detection System Cost, Predominant Application, Detection Speed, Fire Alarm Control Units, Fire Alarm Power Supplies, Photoelectronic Smoke Detector, Ionization Smoke Detection, Heat Detectors, Visual Alarms, Wiring Types, Case Studies, And Fire Alarm System Science, Industry Standards, Recognized Practices And Standards Of The Technical Community Of The Fire Alarm Industry. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.
- April 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Electronic Countermeasures To Highly Skilled & Other Types Of Burglarious Circumvention Attacks, Teaneck, New Jersey. Topics: Methodologies To Defecting And Helping To Minimize Successful Circumvention Techniques To Disable Alarm Systems, Employing Sophisticated Countermeasures To Detect System Attacks, Understanding Ways To Help Lower Your loss Potential When Designing, Installing And Monitoring High-Risk, High-Burglary Exposure Protected Premises, Types of Occupancy, Assets To Be Protected, Physical Security Safeguards, Value Of Assets, Technology And System Options, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.
- April 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Telephone Line Security Methodologies, Teaneck, New Jersey. Topics: Detection And Remote Station Notification Of A Perpetrators Attempt To Cut The Protected Premises Telephone Lines In An Effort To Circumvent The Alarm System, Electronic Countermeasures Utilized For Circumvention Techniques To Disable An Alarm System By Either Cutting The Protected Premises Telephone Lines Or Attacking The Alarm System Equipment Itself, Or Both, Which Would Otherwise Not Be Detected By The Alarm System., Offering Enhanced Security And Monitoring Capabilities To Subscribers, Telephone Line Fault Monitor Options, Telephone Line Security Options, One Way Radio, Two Way Radio, Digital Cellular Radio, Derived Channel Technology, Internet Monitoring, Proper Installation Of Telephone Line Security, Equipment Manufacturer Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Telephone Line Fault Monitor, Remote Station Monitoring Of Telephone Line Security, Industry Standards Relating To The Monitoring And Dispatching Of Line Cut And/Or Communication Failure Conditions From Protected Premises, Handling Test Fail Conditions, Redundant Telephone Line Security Methodologies, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- March 2013, Guest Speaker, Alarm Science, The New Jersey Electronic Security Association Meeting, Clark, New Jersey. Topics: Legal Theories & Subrogation: Duty, Breach Of Duty, Proximate Cause, Damages, Legal Arguments: Fraud, Gross Negligence, Violation Of A Fire Code, Failing To Complete The Installation, Violations Of Local Or State Licensing Laws, The UL Certificate, Duties Of An Alarm Contractor: Compliance With The Equipment Manufacturer's Specifications, NFPA Standards, UL Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Advise the Customer Of What You Did, Did Not Do, Why, And What If Anything Else Needs To Be Done, Alarm Science, Equipment Manufacturer's Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Steps To Help Lower Loss Potential When Designing Security Systems: The Security Survey, What Does The Proposal Say, Recommendations Made To The Subscriber, Recommendations Accepted By The Subscriber, Recommendations Made, But Rejected By The Subscriber As A Cost Consideration, What Does The Contract

  Say?, No Verbal Understandings Changing Or Modifying Any Of The Terms And Conditions Of The Contract, The Existing System: Is Any Part Of The Existing System Ever Tested As Part Of The Takeover And Or New Installation?, Was The Functional And Reliable Life Expectancy Of Existing Components Ever Taken Into Consideration, High Risk High Burglary Exposure Premises, NFPA Standards, When The AHJ Accepts The Wrong Methodology And Case Studies. Participants: Members Of The New Jersey Electronic Association.

- March 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Understanding The Fire Protection Handbook, Teaneck, New Jersey. Topics: Applying The Fire Protection Handbook To The Design, Application, Recommendations, Installation, Programming, Service, Maintenance, And Monitoring Of Fire Alarm And Life Safety Systems, Basics Of Fire And Fire Science, Americas Fire Problem And Fire Protection, Fundamentals Of Fire Safety Building Design , System Concepts For Building Safety, Building And Fire Codes And Standards, Chemistry And Physics Of Fire, Explosions, Dynamics Of Compartment Fire Growth, Theory Of Fire Extinguishment, Environmental Issues In Fire Protection, Fire And Life Safety Education, Fire And Life Safety Education: The State Of The Art, Using Data For Public Education Decision Making, Designing Disaster Education Programs, Fire And Life Safety Education: Theory And Techniques, Reaching High-Risk Groups, Fire Prevention, Electrical Systems And Appliances, Control Of Electrostatic Ignition Sources, Lightning Protection Systems, Emergency And Standby Power Supplies, Heating Systems And Appliances, Boiler-Furnaces, Industrial And Commercial Heat Utilization Equipment, Materials, Products, And Environments, Fire Hazards Of Materials, Combustion Products And Their Effects On Life Safety, Detection And Alarm, Fire Alarm Systems, Automatic Fire Detectors, Notification Appliances, Household Fire Warning Equipment, Gas And Vapor Detection Systems And Monitors, Suppression, Water And Water Additives For Fire Fighting, Water Storage Facilities And Suction Supplies, Fire Pumps, Theory Of Automatic Sprinkler Performance, Confining Fires, Building And Site Planning For Fire Safety, Building Construction, Confinement Of Fire In Buildings, Smoke Movement In Buildings, Evacuation Of Occupants, Human Behavior And Fire, Concepts Of Egress Design, System Approaches To Property Classes, Assessing Life Safety Buildings, Organizing For Fire Protection, Evaluation And Planning Of Public Fire Protection, Fire Prevention And Code Enforcement, Planning Fire Station Locations, Information And Analysis For Fire Protection, Fire And Arson Investigation, Fire Data Collection And Data Bases, Fire Risk Analysis, And Performance-Based Fire Codes And Standards. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Fortress Protection, LLC, Spark Security And Electronics, Inc., Prism Electronics, Integrated Electronics Solutions And Marshall Alarm Systems, Inc.

- February 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Alarm Company Ethics, Teaneck, New Jersey. Topics: The Policies, Procedures, Customs, And Habits Of Alarm Contractors Will Be Analyzed To Help Determine, What If Anything Needs To Be Addressed, Changed, Updated, Modified, Or Corrected, Ways To Minimize Liability When Alarm Contracting, Minimum Industry Standards, Dealing With High Risk Accounts, Advanced Documentation Methodologies, Case Studies And System Impairments. Participants: New Jersey Burglar

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Spark Security & Electronics, Incorporated, DNE Security Communications, Jaymer Communications Corporation, AJR Security Systems, Incorporated, 1st Precinct Security.

- February 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Selling Effective Security Systems, Teaneck, New Jersey. Topics: Understanding The Methodology Of Alarm Science, Understanding The Attributes Of What Makes A Security System Effective, Understanding The Function Of A Security Survey, Understanding The Criticality Of A Needs Analysis, Understanding How To Quantify The Selling Of Effective Security Systems, Understanding The Motivations Of Purchasing A Security System, How To Sell An Effective Security System, Establishing Credibility, What Are You Actually Selling?, Defining The Risk, Educating The Subscriber, The

  Anxiety Factor Of The Sale, Determining The Best System For The Application, Hardwired Versus Wireless Systems, Open And Obvious Risks, Environmental Conditions, Cost Considerations, Intentionally Exceeding Minimum Standards, Equipment Manufacturers Specifications, NFPA Standards, UL Standards, And Nationally Recognized Industry Standards And Practices, The Science Of Selling Security Systems, Effective Security System Sales For Twelve Different Types Of Applications, And the Forensic Liability And  Case Studies Regarding Litigation Which Was Based On The Sale Of The Security System. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Spark Security & Electronics, Incorporated, DNE Security Communications, Jaymer Communications Corporation, AJR Security Systems, Incorporated, 1st Precinct Security.

- February 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Alarm Science, The New Jersey Electronic Security Association[16] Annual Symposium, Atlantic City, New Jersey. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- February 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Troubleshooting, Service & Maintenance, The New Jersey Electronic Security Association Annual Symposium, Atlantic City, New Jersey. Topics: The Fundamentals Of Troubleshooting, Service And Maintenance For All Types Of Residential And Commercial Systems, Understanding Reference Material From NFPA 70, Understanding NFPA 72® When Performing Troubleshooting, Service And Maintenance, Understanding NFPA 730 When Performing Troubleshooting, Service And Maintenance, Understanding NFPA 731 When Performing Troubleshooting, Service And Maintenance, What Is Troubleshooting?-The Art Of Deductive Reasoning, What Is Service?-Keeping The Subscriber Satisfied, What Is Maintenance?-Identifying problems And providing A Corrective Action Plan, How To Minimize Repeat Calls?, Best Practices, When To Attempt To "Fix" It Over The Phone And When A House Call is Necessary?, False Alarms-The Scourge Of The Alarm Industry, Troubleshooting Techniques, Service-Are You Meeting Standards Of Care? Standards As To Charges For Troubleshooting, Service, And Maintenance, Maintenance-What Are Your Duties When Providing Maintenance On An Alarm System?, Forensic Liability Concerns When Providing Troubleshooting, Service, And Maintenance, Examples Of Difficult Problems To Find In Alarm Systems When Providing Troubleshooting, Service, And Maintenance And Forensic Case Studies Regarding Troubleshooting, Service, And Maintenance Liability. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

---

[16] Formerly The New Jersey Burglar And Fire Alarm Association.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- January 29, 2013, Instructor, Alarm Science Webinar, Doyle Security Systems, Incorporated Annual Meeting, Teaneck, New Jersey. Topics: Legal Theories & Subrogation: Duty, Breach Of Duty, Proximate Cause, Damages, Legal Arguments: Fraud, Gross Negligence, Violation Of A Fire Code, Failing To Complete The Installation, Violations Of Local Or State Licensing Laws, The UL Certificate, Duties Of An Alarm Contractor: Compliance With The Equipment Manufacturer's Specifications, NFPA Standards, UL Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Advise the Customer Of What You Did, Did Not Do, Why, And What If Anything Else Needs To Be Done, Alarm Science, Equipment Manufacturer's Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Steps To Help Lower Loss Potential When Designing Security Systems: The Security Survey, What Does The Proposal Say, Recommendations Made To The Subscriber, Recommendations Accepted By The Subscriber,

  Recommendations Made, But Rejected By The Subscriber As A Cost Consideration, What Does The Contract Say?, No Verbal Understandings Changing Or Modifying Any Of The Terms And Conditions Of The Contract, The Existing System: Is Any Part Of The Existing System Ever Tested As Part Of The Takeover And Or New Installation?, Was The Functional And Reliable Life Expectancy Of Existing Components Ever Taken Into Consideration, High Risk High Burglary Exposure Premises, NFPA Standards, When The AHJ Accepts The Wrong Methodology And Case Studies. Participants: Executive Staff Of Doyle Security Systems, Incorporated.
- December 2013, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.
- November 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, The Alarm Technician, Sponsored By The New Jersey Electronic Security Association, The International Security Conference (ISC) East, New York, New York. Topics: The Policies, Procedures, Customs, Habits, Training And Supervision Of Alarm Technicians Will Be Analyzed To Help Determine What, If Anything Need To Be Addressed, Changed, Updated, Modified, Or, Corrected, Understanding Ways To Address Liability Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits, Training, And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform, And Case Studies. Participants: Licensed New Jersey Burglar And Fire Alarm Contractors.
- November 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Security Surveys And Risk Analysis, Sponsored By The New Jersey Electronic Security Association, The International Security Conference (ISC) East, New York, New York. Topics: What Is A Security Survey, How To Apply Security Surveys To Alarm Systems, What Is Risk Analysis, How To Apply Risk Analysis To Alarm Systems, The Crime Triangle, Crime Prevention

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Through Environmental Design (CPTED) Techniques And Methodologies, Performing A Security Survey: What To Do, What Not To Do, And How To Help Make Sure That You Have Not Missed Anything, Foreseeability And Criticality, Quantifying Risk Analysis And Incorporating It Into The Security Survey, Applying The Crime Triangle Into The Security Survey, Utilizing CPTED In The Security Survey And Risk Analysis Of The Subject Premises, Written Reports And Recommendations And Case Studies. Participants: Licensed New Jersey Burglar And Fire Alarm Contractors.

- November 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Burglar Alarm System Testing Inspection And Maintenance, Vector Security, Lawrenceville, New Jersey. Topics: For The Burglar Alarm System Testing Inspection And Maintenance Course: Identifying Defects And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/Or Damaged Equipment, Identifying Changes In The Protected Premises That Can Affect Burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plans, Minimum Standards Relating To Testing Of Burglar Alarm Systems,

Functional Testing Of Initiating Devices, Documents Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspections, Documentation Findings And Appropriately Notifying Subscribers, Minimum Standards Relating To Maintaining Burglar Alarm Systems, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment, What To Do When The System Cannot Be Repaired And Case Studies. Participants: Vector Staff Who Hold New Jersey Burglar Alarm Licenses.

- November 2013, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, The Alarm Technician, Vector Security, Lawrenceville, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training And Supervision Of Alarm Technicians Will Be Analyzed To Help Determine What, If Anything Need To Be Addressed, Changed, Updated, Modified, Or, Corrected, Understanding Ways To Address Liability Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits, Training, And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform, And Case Studies. Participants: Vector Staff Who Hold New Jersey Burglar Alarm Licenses.

- October 2012, Executive Guest Lecturer, The Forensics Of Alarm Science, Current Issues In Cyber Forensics-MADS6997[17], Fairleigh Dickinson University, Teaneck, New Jersey. Topics: The Forensic Study Of Alarm Systems, Case Studies, Methodologies, Investigative Techniques, Equipment Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Identifying Defects, Irregularities And Indicators Of Fraud In Alarm And Security Investigations. Participants: Undergraduate And Graduate Students Of Farleigh Dickinson University.

- October 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Troubleshooting, Service And Maintenance, Teaneck, New Jersey. Topics: The Fundamentals Of Troubleshooting, Service And Maintenance For All Types Of Residential And Commercial Systems, Understanding Reference Material From NFPA 70, Understanding NFPA 72® When Performing Troubleshooting, Service And Maintenance, Understanding NFPA 730 When Performing Troubleshooting, Service And Maintenance, Understanding NFPA 731 When Performing Troubleshooting, Service And Maintenance, What Is Troubleshooting?-The Art Of Deductive Reasoning, What Is Service?-Keeping The Subscriber Satisfied, What Is Maintenance?-Identifying problems And Providing A Corrective Action Plan, How To Minimize Repeat Calls?, Best Practices, When To Attempt To "Fix" It Over The Phone

---

[17] This course was held in conjunction with Dr. Eamon P. Doherty, Ph.D., CCE, CPP, who is the associate professor of the Cybercrime Training Lab Director, Petrocelli College of Continuing Studies at Farleigh Dickinson University.

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

And When A House Call is Necessary, False Alarms-The Scourge Of The Alarm Industry, Troubleshooting Techniques, Service-Are You Meeting Standards Of Care? Standards As To Charges For Troubleshooting, Service, And Maintenance, Maintenance-What Are Your Duties When Providing Maintenance On An Alarm System?, Forensic Liability Concerns When Providing Troubleshooting, Service, And Maintenance, Examples Of Difficult Problems To Find In Alarm Systems When Providing Troubleshooting, Service, And Maintenance And Forensic Case Studies Regarding Troubleshooting, Service, And Maintenance Liability. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- October 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Alarm System Programming, Teaneck, New Jersey. Topics: Understanding How To Ensure That Internal System Programming In Both Residential And Commercial Security System Applications Is Properly Performed, Understanding How Equipment Manufacturer Specifications Can Positively Or Negatively Impact On Residential And Commercial Security System Applications, Understanding How NFPA Standards Can Positively Or Negatively Impact On Residential And

Commercial Security System Applications, Understanding How Nationally Recognized Industry Standards And Practices Can Positively Or Negatively Impact On Residential And Commercial Security System Applications, Dangers In System Programming, Forensic Liability In System Programming, The Science Of Alarm Programming, Are Your Programming Choices Scientifically And Technically Sound?, What Does Your Subscriber, Know About The Internal Programming Of Their System?, Downloading, Uploading, And Keypad Programming, Dealer Lockout, Verifying Existing System And Takeover Programming, What Standards Did You Follow When You Programmed The System?, Delay Zones-How Much Time Do You Need?, Instant Zones, Controlled Interior Zones, Auto Stay Shunting, Night Stay, 24 Hour Zones, Audible And Silent Zones, Cross-Zoning, Zone Attributes, Stay Shunting, Auto Arming, Auto Disarming, Dialer Delay, Loop Response Time Programming, System Supervision And Timing Parameters, Default Or Custom Internal System Programming And Forensic Case Studies Regarding Alarm System Programming. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- October 2012, Guest Speaker, American Society for Industrial Security (ASIS) Western New Jersey Chapter Meeting, Alarm Science: The Forensic Study of Alarm Systems, Florham Park, New Jersey. Topics: Alarm Science; The Security Survey; Needs Analysis; Critical Detection Points; The Crime Triangle; Case Studies; Circumvention Techniques Utilized By The Criminal Element; Physical Security And Electronic Countermeasures; Defects And Irregularities In Security And Fire Alarm System Design, Application, Recommendations, Installation, Service, Inspection, Maintenance, Repair, Testing And Central Station Monitoring; Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards and Practices; Telephone Line Security, Line Fault Monitoring, and VOIP Issues; One And Two Way Radios; Ambush, Panic and Holdup Systems; Smoke, Heat, And CO Detection Systems, And Utilizing A Security System As A Silent Witness To The Event. Participants: United States Secret Service, Drug Enforcement Administration, Corporate Security Directors, Managers, Security Consultants, And Certified Protection Professionals.

- October 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2012 License Renewal, Fire Alarm System Technical Writing, Teaneck, New Jersey. Topics: Understanding How To Help Ensure That Fire Alarm System Inspection, Testing, And Maintenance Is Properly Performed, Understanding NFPA 72®, The National Fire Alarm Code®, When Performing Fire Alarm System Inspection, Testing And Maintenance, Understanding Equipment Manufacturer's Specifications When Performing Fire Alarm System Inspection, Testing And Maintenance, Forensic Case Studies Will Be Presented In How The Inspection, Testing, And Maintenance Of Fire Alarm Systems Became Significant In Litigation Cases Against Alarm Companies, The Science Of Fire Alarm System Inspection, Testing, And Maintenance, Alarm Contractor Responsibilities When Performing Fire Alarm System

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Inspection, Testing, And Maintenance, Quantifying System History, Quantifying System Reliability, Meeting Minimum Standards, Having All The Right Tools, Obscuration And Stratification, Functional And Sensitivity Testing, Meeting NFPA 72® Standards, Meeting UL Standards, Identifying Defects And Irregularities In Fire Alarm System Design And Installation, The Fire Watch-When To Call In The Troops, Documentation, The How Of System Inspection, Testing, And Maintenance, Conventional, Addressable, And Analog Systems, Smoke Detectors, Beam Detectors, Heat Detectors, Rate Of Rise Heat Detectors, Duct Detectors, Internal System Programming, Primary And Secondary Communication Paths And Forensic Case Studies Regarding Fire Alarm System Inspection, Testing, And Maintenance. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- October 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2012 License Renewal, Carbon Monoxide Design & Installation, Teaneck, New Jersey. Topics: Topics:  Detection And Annunciation Of The Presence Of Carbon Monoxide, Evacuation Of Premises, Notification Of Authorities, UL Standards For Carbon Monoxide Sensors, UL 2034, UL 2075, Detection Principles Of Carbon Monoxide Sensors, Causes Of Carbon Monoxide, Equipment Manufacturer's

Specifications, Detection Thresholds For Alarm Activation In Parts Per Million (PPM), Exposure Affects, Installation And Testing, Location And Placement Of Carbon Monoxide Sensors, Minimum Standards For The Installation Of Carbon Monoxide Sensors In Protected Premises, Functional And Exposure Testing Of Carbon Monoxide Sensors, Functional And Reliable Life Expectancy Of Carbon Monoxide Sensors And Circuit, Power, And Initiating Device Supervision And Annunciation. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- September 2012, Guest Speaker, The New Jersey Burglar And Fire Alarm Association (NJBFAA) Northern New Jersey Chapter Meeting, Alarm Science And Forensic Case Studies, Hackensack, New Jersey. Topics: Alarm Science, The Security Survey, Needs Analysis, Critical Detection Points, The Crime Triangle, Case Studies, Duties Of An Alarm Contractor, NFPA 72®, The National Fire Alarm Code®, Training And Supervision, The National Electrical Code (NEC), OSHA Standards, VOIP Issues, Telephone Line Seizure And Telephone Line Security, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, And Nationally Recognized Industry Standards and Practices, Defects And Irregularities In Security And Fire Alarm System Design, Application, Recommendations, Installation, Service, Inspection, Maintenance, Repair, Testing and Central Station Monitoring. Participants: New Jersey Burglar and Fire Alarm Licensed Contractors,
- NJBFAA Members and Board Members, NICET Certified Technicians, Equipment Manufacturers And UL Listed Central Stations.
- July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2012 License Renewal, Smoke Detectors-The Science Of Automatic Detection, Teaneck, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2012 License Renewal, Ambush, Holdup & Panic Alarm Systems, Teaneck, New Jersey. Topics: Understanding The Criticality And Purpose Of Ambush, Holdup And Panic Alarm Systems In Residential And Commercial Premises, Understanding And Applying UL 636-The Standard Of Safety For Holdup Alarm Units In Protected Premises, Understanding And Applying The Proper Design, Programming, Location, Installation, Testing And Monitoring Of Ambush, Holdup, And Panic Alarm Systems, Nationally Recognized Industry Standards And Practices, UL 636 Scope, Terminology, Normal Operation Test, Circuit Protection Test, Power Supply Test, Types Of Remote Stations, Extent Of Protection, Bandit-Resisting

  Enclosure And Alarm, Semiautomatic-Alarm, Manual Alarm, Types Of Radio Frequency Operated Initiating Devices, Manufacturing And Production Tests, Marking, Accessory Equipment, Operation And Electrical Supervision, Power Supplies, Installation, Outside Cables, Wiring Inside Buildings, Maintenance, Standards For Components, Dual Action Vs. Single Action Initiating Devices, Design And Installation Of Holdup And Panic Alarms, The Security Survey, Threat Assessment, Type Of Risk, Accessibility, OSHA Standards Relating To High-Risk Robbery Environments, Industry Standards, Duties Of An Alarm Contractor When Recommending, Designing, Installing, Placing, Programming, Testing, Inspecting, And Monitoring Of Ambush, Holdup And Panic Alarm Systems, Installer Training, Subscriber Training, What The Perpetrator May Already Know About Panic And Holdup Alarm Systems-And How To Counter It, Ambush, Holdup And Panic Alarm Systems For Safes And Vaults, How To Ensure Functional, Technical, Operational And Monitoring Reliability Of Ambush, Holdup, And Panic Alarm Systems, The Crime Triangle And Criminality: Motive, Intent And Opportunity, And Forensic Case Studies Regarding Ambush, Holdup And Panic Alarm System. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2012 License Renewal, Security Surveys & Risk Analysis, Teaneck, New Jersey. Topics: Defining The Security Survey, How To Apply Security Surveys To Alarm Systems, Defining Risk Analysis, Hoe To Apply Risk Analysis To Alarm Systems, The Crime Triangle-Recognizing Motive, Intent And Opportunity, CPTED-Crime Prevention Through Environmental Design, Techniques And Methodologies, Performing A Security Survey-What To Do, What Not To Do, And How To Help Make Sure That You Have Not Missed Anything, Foreseeability And Criticality, Quantifying Risk Analysis And Incorporating It Into The Security Survey, Applying The Crime Triangle Into The Security Survey-How To Help Break The Crime Triangle, Utilizing CPTED, Crime Prevention Through Environmental Design In The Security Survey And Risk Analysis Of The Subject Premises, Utilizing Either Passive, Active, Or Combination Methodologies, Written Reports And Recommendations, What To Say, What Not To Say, And How To Help Make Sure That Your Recommendations Are Not A One Size Fits All Approach. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2012 License Renewal, New Jersey Uniform Construction Code, Teaneck, New Jersey. Topics: Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2012, Instructor, July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Americans With Disabilities Act (ADA), Teaneck, New Jersey. Topics: Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Barrier Free Subcode, Teaneck, New Jersey. Topics: Topics: 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For the 2013 License Renewal, Industrial Safety, Teaneck, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms (NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: New Jersey Burglar And/Or Fire Alarm License Holders.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- June 2012, Instructor, Best Practices For Installation Managers, 2012 Electronic Security Expo (ESX)-Tune Into the Future, Nashville, Tennessee. Topics: What Is Alarm Science, Duties Of An Alarm Contractor, Compliance, Statutory Requirements, Training And Supervision, Advanced Documentation Methodologies, Specialized Needs Checklist, Testing, And Liability Concerns. Participants: Alarm Industry Professionals From The Following Companies: Leading Security Solutions, AVC Security, Inc., Interactive Solutions Group LLC, ADT Commercial Security, G4S Technology, Communication Service Solutions (CSS), Heartland Security, AICC, Fleetwood Security & Electronic Services, Inc, American Video And Security, Frase Protection, AE Ventures, Elko & Associates, LTD, Safety Care Technologies LLC, Legrand North America, Rapid Response Monitoring, Falcon Security, ACS-Access Control Systems, LLC, DMP, First Alarm, IEL Security & Monitoring Ltd., eOriginal, Inc., MONITRONICS, Wayne Alarm Systems, FBN Security Co, LLC, Axis Communications Oberlander Alarm Systems, Inc., Modern Systems, Inc., Honeywell Systems, Ramond Lynn and Associates, LLC, Knox Integrated Systems, 25K Digital, Lutron Electronics Company, Inc., Moon Security Services, Inc, ADS Security, RAM Capital Corp. At Systems, Helpingleaders.com, CPI Security, Frase Protection, MicroPower Technologies, Inc, Secure US, SimplyHome, SIC Consulting Inc., The SAFEGUARD SYSTEM, INC, NuVo Technologies, ESA, Miller Protective Service, Inc., Amherst Alarm Inc, Monitronics, Control4, AFC Security, Security Central, Solquest Management, LLC, Van Couver Fire And Radus Security, Z-Wave Alliance, Welte Electronic Systems Co, Integrated Security Solutions, Inc., And Zoepaz Incorporated.

- June 2012, Instructor, Establishing Dealer Standards, 2012 Electronic Security Expo (ESX)-Tune Into the Future, Nashville, Tennessee. Topics: The Alarm Contractor, Alarm Contractor Duties, What Is Your Purpose, Legal Theories, Polices, Procedures, Customs & Habits, Questions Regarding Your Policies, Procedures And Operations, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Including Limitation Of Liability And Exculpatory Provisions, What The Alarm Industry Says, Alarm Science, Alarm Science Or Junk Science, Issues, Key Facts, Case Studies And What Action To Take If Your Company Is Sued. Participants: Alarm Industry Professionals From The Following Companies: ESC Central, FE Moran Inc, Crime Alert Monitoring Center, Inc., Customer Alarm/CCI, Interactive Solutions Group LLC, Rapid Response Monitoring Inc., SecureWatch 24, Security Response Center, G4S Technology, Communication Service Solutions (CSS), EGB Systems & Solutions, Inc., ADS Security, AICC, The Protection Bureau, Guardian Alarm Company, First Response Systems Inc., American Video and Security, Buckeye Protective Service, Inc., ELKO & Associates, LTD, Safety Care Technologies LLC, Legrand, North America, DMP, First Alarm , FE Moran, Inc., CPI Security, LDS Church Security, eOriginal, Inc., MONITRONICS, Alert Alarm Hawaii, FBN Security Group, LLC, Axis Communications, Quick Response, Waste Management Security Services, Honeywell Systems, Raymond Lynn And Associates, LLC, Certified System Design, LLC, Axis Communications, 25K Digital, Lutron Electronics Company, Inc., Loss Prevention Services, Inc., ComSouth, Honeywell Security Group, ADS Security, State Farm Insurance, RAM Capital Crop, General Alarm, Wayne Alarm Systems, Helpingleaders.com, Wegmans Food Markets, Inc., Devcon Security Services Crop., MicroPower Technologies, Inc., Alarm Detection Systems, Inc., Simply Home, SIC Consulting, Inc., Per Mar Security Services, The SAFEGUARD SYSTEM, INC, NuVo Technologies, Wayne Alarm Systems, State Farm Insurance, ESA, ESC Central, Control4, Honeywell Systems, Security Central, Z-Wave Alliance, Amherst Alarm, Inc., General Alarm And Delux.

- June 2012, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.

- June 2012, Keynote Speaker, Alarm Science Boot Camp, Pennsylvania Burglar And Fire Alarm Association (PBFAA) 30th Annual Exp, Lancaster, Pennsylvania. Topics: Educating The Customer, Definition Of Risk Assessment, Definition Of Threat, Threat Analysis, The Crime Triangle, Crime Prevention Through Environmental Design (CPTED), The Alarm Contractor, The Alarm Contractors Duties, The Alarm Contractor's Purpose, Types of Initiating Devices, Subrogation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Including Limitation Of Liability And Exculpatory Provisions, Legal Arguments, What The Alarm Industry Says, Temperature Sensors, Issues Facing Alarm Contractors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures And Operations, Policies, Procedures, Customs & Habits, Olin's law, What Actions To Take If Your Company Is Sued, Case Studies, Loss Potential, Legal Liability And Theories Utilized Against Alarm Companies, Misconceptions About Alarm Contractor Liability, Marketing, Liability, Or Minimization Of

Liability, Inherent Safeguards, Anatomy Of A Lawsuit, Existing Systems, NFPA Standards, High Risk High Burglary Exposure Premises, And Nationally Recognized Industry Standards And Practices. Participants: Security Industry Dealers, Installers, Supplies And Vendors.

- May 2012, Instructor, Alarm Science, Complete Security Systems, Incorporated, Marlboro, New Jersey. Topics: Alarm Science, Equipment Manufacturer's Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Industry Professionals, New Jersey's Alarm Contracting Licensing Laws, Duties Of An Alarm Contractor, 25 Principles of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing And Monitoring, How To Apply Alarm Science To Existing Takeover Systems That Your Company Did Not Install, How To Limit Your Liability When Subscriber Does Not Want To Pay To Have Their System Repair Or Replace In Accordance With Alarm Science And/Or Recommendations, Incorporating Alarm Science Into Your Policies, Procedures, Customs And Habits, Case Studies And Limiting Your Company's Loss Potential When Alarm Contracting, And/Or When Designing, Recommending, Applying, Installing, Servicing, Maintaining And Monitoring Security And Fire Alarm System. Participants: President, General Managers, Service Managers, Technicians, Installers, NICET Certified Technicians And Support Staff.

- May 2012, Instructor, Burglar Alarm System Inspection, Complete Security Systems, Incorporated, Marlboro, New Jersey. Topics: Identifying Defective And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/or Damaged Equipment, Identifying Changes In The Protected Premises That Can Affect Burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plans, Minimum Standards Relating To Testing Of Burglar Alarm Systems, Functional Testing Of Initiating Devices, Document Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspection, Documenting Findings And Appropriately Notifying Subscribers, Central Station Duration, Frequency, Location Methodology, Minimum Standards Relating To Maintaining Burglar Alarm System, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment What To Do When The System Cannot Be Repaired. Participants: President, General Managers, Service Managers, Technicians, Installers, NICET Certified Technicians And Support Staff.

- May 2012, Instructor, Existing Systems & Takeovers, Complete Security Systems, Incorporated, Marlboro, New Jersey. Topics: Policies And Procedures When Connecting To Existing And Take Over Accounts That

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Your Company Did Not Design Or Install, Identifying Defects And Irregularities On Existing And Take Over Accounts, Documenting Services Provided To Help Minimize Liability, Documenting Services Not Being Provided To Help Minimize Liability, Offering Full System Inspections, Developing Policies And Procedures To Address Existing And Takeover Accounts So The Systems Reliability And Effectiveness Can Be Quantified, Common But Serious Mistakes And Case Studies. Participants: President, General Managers, Service Managers, Technicians, Installers, NICET Certified Technicians And Support Staff.

- May 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Americans With Disabilities Act (ADA), Alarm Distributors, Hackensack, New Jersey. Topics: Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- May 2012, Instructor, New Jersey Division of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Barrier Free Subcode, Alarm Distributors, Hackensack, New Jersey. Topics: 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And

  Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits, 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- May 2012, Instructor, New Jersey Division of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, New Jersey Uniform Construction Code, Alarm Distributors, Hackensack, New Jersey. Topics: Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- March 2012, Executive Guest Lecturer, Alarm And Security Science John Jay College Of Criminal Justice[18], Manhattan, New York, For Assistant Professor Jana Arsovska, Ph.D, Sociology Department, John Jay College Of Criminal Justice. Topics: The Security Survey, Needs Analysis, Central Station Duration, Frequency And Location Methodology In Making The Security System A Capable Guardian, The Routine Activity Approach

---

[18] Provide test questions based on the curriculum for Undergraduate and Graduate Students in The International Criminology And Crime And Justice Theory Courses.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Theory, Three Minimal Elements Of The Routine Activity Approach, Target Hardening, Crime Prevention Through Environmental Design (CPTED, Critical Detection Point (CDP), Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Telephone Line Security Methodologies, Security System Reliability, The Crime Triangle, Covert And Overt Video Surveillance Systems, Verified Video, And Sonitrol Systems Using A Security System As A Capable Guardian, Quantifying Early Warning Detection To A Security Systems Effectiveness, The Criticality Of Central Station Notification To A Security Systems Effectiveness, Eleven Principles That Make Security System's Effective And Reliable, Circumvention Techniques Utilized By The Criminal Element, One And Two Way Radios, Interfacing Physical Security And Electronic Security, Forensic Case Studies, Indicators Of Fraud In Forensic Investigations, Are Security Systems Circumvented By The Criminal Element?, Are Security System Failing Due To Other Reasons?, Scientifically Examining Alarm System Failures And The Improper Methodologies Utilized, Foreseeability, Detectability, And Preventability, System Reliability- Mission Critical, Life Safety Detection Systems- Smoke, Heat And Carbon Monoxide Sensors, Early Warning, And Duty, One Size Fits All Approach Methodologies, Panic And Holdup Systems, Intrusion Detection Systems, Layers Of Detection And Protection, Concentric Circles Of Detection And Protection, UL Listed Safe Ratings, And The Theories Of Breach Of Duty, Proximate Cause, And Damages. Participants: Undergraduate And Graduate Students In The International Criminology And Crime And Justice Theory Courses.

- March 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, The Alarm Technician: Policies, Procedures, Customs, Habits, Training, And Supervision, Vector Security, Lawrenceville, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training and Supervision Of Alarm Technicians, Understanding Ways To Address Liability, Minimization Techniques For The Central Station Duration, Frequency, Location Methodology, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform And Case Studies. Participants: Vector Staff Who Hold New Jersey Burglar Alarm Licenses.
- March 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Burglar Alarm System Testing, Inspection, And Maintenance, Vector Security, Lawrenceville, New Jersey. Topics: Identifying Defective And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/Or Damaged Equipment, Identifying Changes In The Protected Premises That Can Affect burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plans, Minimum Standards Relating To Testing Of Burglar Alarm Systems, Functional Testing Of Initiating Devices, Document Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspection, Documenting Findings And Appropriately Notifying Subscribers, Central Station Duration, Frequency, Location Methodology, Minimum Standards Relating To Maintaining Burglar Alarm System, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment What To Do When The System Cannot Be Repaired. Participants: Vector Staff Who Hold New Jersey Burglar Alarm Licenses.
- February 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Troubleshooting, Service And Maintenance, The New Jersey Burglar And Fire Alarm Association Annual Symposium, Atlantic City, New Jersey. Topics: The Fundamentals Of Troubleshooting, Service And Maintenance For All Types Of Residential And Commercial Systems, Understanding Reference Material From NFPA 70, Understanding NFPA 72® When Performing Troubleshooting, Service And Maintenance, Understanding NFPA 730 When Performing Troubleshooting, Service And Maintenance, Understanding NFPA 731 When Performing Troubleshooting, Service And

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Maintenance, What Is Troubleshooting?-The Art Of Deductive Reasoning, What Is Service?-Keeping The Subscriber Satisfied, What Is Maintenance?-Identifying Problems And Providing A Corrective Action Plan, How To Minimize Repeat Calls, Best Practices, When To Attempt To "Fix" It Over The Phone And When A House Call Is Necessary, False Alarms-The Scourge Of The Alarm Industry, Troubleshooting Techniques, Service-Are You Meeting Standards Of Care? Standards As To Charges For Troubleshooting, Service, And Maintenance, Maintenance-What Are Your Duties When Providing Maintenance On An Alarm System?, Forensic Liability Concerns When Providing Troubleshooting, Service, And Maintenance, Examples Of Difficult Problems To Find In Alarm Systems When Providing Troubleshooting, Service, And Maintenance And Forensic Case Studies Regarding Troubleshooting, Service, And Maintenance Liability. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- February 2012, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Overt And Covert CCTV Systems, The New Jersey Burglar And Fire Alarm Association Annual Symposium, Atlantic City, New Jersey. Topics: Proper Design And Installation Of CCTV Systems, Understanding The Differences Between Overt And Covert CCTV Systems, Liability Concerns When Installing CCTV Systems, Types Of Occupancies, Lighting, Security Concerns, Vandalism, Prior Loss History, Purpose Of System, Expectation Of Privacy, Equipment Manufacturer's Specifications, Onsite Surveillance, Remote View, DVR Technologies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.


- February 2012, Instructor, The New Jersey Burglar And Fire Alarm Annual Symposium, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, The Alarm Technician: Policies, Procedures, Customs, Habits, Training & Supervision, Atlantic City, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training and Supervision Of Alarm Technicians, Understanding Ways To Address Liability, Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits Training And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.
- December 2011, Instructor, Alarm Science Boot Camp: Sales, Certified Security, Fort Lauderdale, Florida. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, Provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response, Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures And Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.
- December 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Certified Security, Fort Lauderdale, Florida. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits Of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity Vs. Functional Testing, Obscuration And Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Existing System, Reliability, Functionality, Fire alarm System Testing, Radio Back-up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles Of Alarm Sciences, Theories Of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, And Management.

- December 2011, Instructor, Alarm Science Boot Camp: Sales, Certified Security, Jacksonville, Florida. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, Provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response,

Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures and Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.

- December 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Certified Security, Jacksonville, Florida. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits Of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity Vs. Functional Testing, Obscuration and Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An Existing System, Reliability, Functionality, Fire Alarm System Testing, Radio Back-Up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles of Alarm Sciences, Theories Of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, and Management.

- November 2011, Instructor, Alarm Science Boot Camp: Sales, Vector Security, Inc. Columbus, Ohio. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures and Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.

- November 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Vector Security, Inc., Columbus, Ohio. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity Vs. Functional Testing, Obscuration and Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An Existing System, Reliability, Functionality, Fire Alarm System Testing, Radio Back-Up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles of Alarm Sciences, Theories Of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, And Management.

November 2011, Instructor, Alarm Science Boot Camp: Sales, Vector Security, Inc., Columbia, Maryland. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response, Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures and Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.

- November 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Vector Security, Inc., Columbia, Maryland. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity Vs. Functional Testing, Obscuration and Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An Existing System, Reliability, Functionality, Fire alarm System Testing, Radio Back-Up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles of Alarm Sciences, Theories of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, And Management.

**IDS Research & Development, Inc.**

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- October 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Vector Security, Inc., Wilkes-Barre, Pennsylvania. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits Of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity Vs. Functional Testing, Obscuration And Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An Existing System, Reliability, Functionality, Fire alarm System Testing, Radio Back-up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles Of Alarm Sciences, Theories Of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, And Management.

- October 2011, Instructor, Alarm Science Boot Camp: Sales, Vector Security Inc., Wilkes-Barre, Pennsylvania. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, Provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response, Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures and Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.

- September 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Vector Security, Inc., Warrendale, Pennsylvania. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity Vs. Functional Testing, Obscuration And Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An Existing System, Reliability, Functionality, Fire alarm System Testing, Radio Back-up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles of Alarm Sciences, Theories Of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, And Management.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

- September 2011, Instructor, Alarm Science Boot Camp: Sales, Vector Security, Inc., Warrendale, Pennsylvania. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, Provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response, Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures and Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.
- September 2011, Instructor, Alarm Science Boot Camp: Sales, Vector Security, Inc., Plymouth Meeting, Pennsylvania. Topics: Selling Security Systems, The Alarm Contractor's Representations, Recommendations And Design Of The System, Compliance With State Licensing Law, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Educate, Identify Risks And Vulnerabilities, Help Minimize Loss, Customer Satisfaction, Achieving Referrals, Provide Electronic Countermeasures, Getting The Job Done Properly, Types Of Initiating

  Devices, Subrogation, Duty, Breach Of Duty, Proximate Cause, Damages, Causation, Defeating Alarm Company Contracts, Legal Arguments Utilized To Bypass Alarm Contractor Protective Legal Language, Limitation Of Liability, Exculpatory Provisions, Legal Arguments And What The Alarm Industry Says In Response, Temperature Sensors, Alarm Science Or Junk Science, Key Facts, Questions Regarding Your Policies, Procedures and Operations, Polices, Procedures, Customs, Habits, What Action To Take If Your Company Is Sued, And Steps To Help Lower Loss Potential When Designing Security Systems. Participants: Vector Sales Personnel.
- September 2011, Instructor, Alarm Science Boot Camp: The Alarm Technician, Vector Security, Inc., Plymouth Meeting, Pennsylvania. Topics: The Alarm Technician-Duty, Breach Of Duty, Proximate Cause, Damages, Defining The Responsibilities Of An Alarm Technician, What Makes A Good Technician, Defining Bad Habits Of An Alarm Technician, Defining Good Habits of An Alarm Technician, UL Standards, NFPA Standards, Early Detection, Four States Of A Fire, Sensitivity vs. Functional Testing, Obscuration and Stratification, Supplemental Vs. Code Require, Limited, Partial And Complete Coverage, Nationally Recognized Industry Standards And Practices, Job Start And Clean Up, Customer Training, Paperwork, Documentation, Existing Systems And Takeovers, Limited Warranty, Contracts, Serious Defects And Irregularities, Monitoring An Existing System, Reliability, Functionality, Fire Alarm System Testing, Radio Back-Up Design And Installation, Hold-Up And Panic Buttons, Lower Temperature Sensors, Testing, Clear And Concise Documentation In The Alarm Industry, Common Defects Found In Residential And Commercial Alarm Systems, Magnetic Contacts, Identifying Liability Concerns and Minimize Liability, Service Records And History, 25 Principles Of Alarm Sciences, Theories Of Legal Liability When Connecting To An Alarm System For Central Station Monitoring, What Standards Do You Follow When Inspecting, Testing, And Maintaining Burglar Alarm Systems, And NFPA 731. Participants: Vector Technicians, Installers, And Management.
- June 2011, Instructor, The Importance Of Installation Documentation, 2011 Electronic Security Expo[19] (ESX), Charlotte, North Carolina. Topics: Requests For Proposals, Bids, Proposals, Customer Contracts, AIA

---

[19] The Electronic Security Expo (ESX), owned by the Central Station Alarm Association (CSAA) and NBFAA, recently released preliminary figures showing strong growth for the second year of the annual event. Exhibit space and total attendance

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Contracts, Changes And Modifications, Benefits Of Proper Documentation, Visibility Into Business Processes, Checks And Balances For Information, Tasks, And Expectations, Management Of Information, Project Budgeting And Scheduling, Operational Readiness, Supply Chain In Support To Start-Up Operations And Maintenance, Minimizing Liability, Minimizing Errors, Lowering The Potential Of Payment Issues, Lowering The Potential Of Counterclaims And Offsets To Billing, Providing Clarity When There Are Interpretation Issues, Recurring Services And Maintenance Duties, Streamline Acceptance By The Authority Having Jurisdiction, Approval And Verification Relating To Acceptance Or Change Orders, Final Submittal And Certification Expectations, Contract Representations, Contract Specifications, Functionality And Operational Requirements, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Statutory Requirements, As-Built Drawings, The Authority Having Jurisdiction, New Installation Diagram Systems And Practices, Retention Policies And Litigation Readiness.

- June 2011, Co-Instructor, Balancing Customer Service Excellence With Legal Requirements & Protocols, 2011 Electronic Security Expo (ESX), Charlotte, North Carolina. Topics: Growing Existing Customer Accounts, Marketing Plan For Existing Customer, Measuring Current Account Growth And New Accounts, Incentive Plans For Existing Customers And Growing Business, Central Station Liability Awareness, The Purpose Of A Central Station, How You Dispatch: One Size Fits All Approach Or Account Specific, High-Risk High Burglar Exposure Accounts, Standards That Apply To Central Stations: UL Standards, NFPA Standards, Industry Standards, Written Dispatch Instructions, Requirements Of The Authority Having Jurisdiction (AHJ), State Licensing Laws, Special Instructions, Training For Your Operators: Telephone Etiquette, Listening Skills, Facts, Tone Of Voice, Escalating Calls, Standard Operating Procedures, Risk Management, Documentation, The Criticality Of The Duration And Frequency Of Alarm Signals Received, Types Of Signals: Burglar Alarms, Smoke And Heat Alarms, Trouble Alarms, Panic, Hold-Up And Ambush Alarms, Failure To Restore, Test Fail Conditions, Supervisory, Carbon Monoxide Detection, Gas Detection, Low Temperature, Communications Failure Signal, Water Detection, Non-Supervised Test Timer Signals, Bad Habits, Do Not Dispatch Instructions, Do Not Dispatch Instructions While Construction Is On-Going, Only Report Facts-Never Guess, Log Only Instructions, Correctly Logging Information, Voice Logger Recordings, What You Tell The Subscriber, Notifying Subscribes And Emergency Contacts Of All Alarm Activations, What You Don't Tell The Subscriber, Identifying Problematic Dispatch Or Non-Dispatch Instructions, And Identifying Suspicious Account Activity Or Central Station Contacts.

- June 2011, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.

---

at the event both grew more than 25 percent vs. 2008 — 148 exhibiting and sponsoring companies filled just shy of 50,000 gross square feet of space, and more than 2,100 industry professionals attended the event, including roughly half of the 100 largest installing and monitoring companies in the nation.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- April 2011, Co-Instructor, Balancing Customer Service Excellence With Legal Requirements & Protocols, An ESXPERIENCE Webinar, Sponsored By Monitronics. Topics: Growing Existing Customer Accounts, Marketing Plan For Existing Customer, Measuring Current Account Growth And New Accounts, Incentive Plans For Existing Customers And Growing Business, Central Station Liability Awareness, The Purpose Of A Central Station, How You Dispatch: One Size Fits All Approach Or Account Specific, High-Risk High Burglar Exposure Accounts, Standards That Apply To Central Stations: UL Standards, NFPA Standards, Industry Standards, Written Dispatch Instructions, Requirements Of The Authority Having Jurisdiction (AHJ), State Licensing Laws, Special Instructions, Training For Your Operators: Telephone Etiquette, Listening Skills, Facts, Tone Of Voice, Escalating Calls, Standard Operating Procedures, Risk Management, Documentation, The Criticality Of The Duration And Frequency Of Alarm Signals Received, Types Of Signals: Burglar Alarms, Smoke And Heat Alarms, Trouble Alarms, Panic, Hold-Up And Ambush Alarms, Failure To Restore, Test Fail Conditions, Supervisory, Carbon Monoxide Detection, Gas Detection, Low Temperature, Communications Failure Signal, Water Detection, Non-Supervised Test Timer Signals, Bad Habits, Do Not Dispatch Instructions, Do Not Dispatch Instructions While Construction Is On-Going, Only Report Facts-Never Guess, Log Only Instructions, Correctly Logging Information, Voice Logger Recordings, What You Tell The Subscriber, Notifying Subscribes And Emergency Contacts Of All Alarm Activations, What You Don't Tell The Subscriber, Identifying Problematic Dispatch Or Non-Dispatch Instructions, And Identifying Suspicious Account Activity Or Central Station Contacts.  Participants: Presidents, Vice Presidents, Sales Representatives, Regional Sales Managers, Compliance Coordinators, Contract Administrators, General Managers, Project Managers, Managers, HR Managers, Regional Managers, Technical Recruiters, Central Station Managers,

  Directors, Partners, Operations Managers, Administration Officers, Directors Of Customer Services, Managing Directors, Risk Managers, Training Coaches, Operations Analysts, Directors Of Monitoring, Office Manages, Members, Marketing Supervisors, Assistant Supervisors, Quality Assurance Representatives, Systems Designers And Drafters, False Alarm Control Assistant Supervisors, CCC Managers, FACT Supervisors, Directors Of Outbound And Executive Teams, Marketing Managers, Monitoring Station Supervisors, Owners, Chief Executive Managers, CEOS, Info Sec. Specialists, District Vice Presidents And Telephone Operators Of The Following Companies: AAR Electronics, Inc., Absolute Alarm Inc., Acadian Monitoring Services, Ackerman Security Systems, Advanced Detection Systems, Inc., AE Ventures, ALARMGUARD SECURITY, INC., Amazing Security & Investigations, LLC, American Alarm Systems, Inc., AMP Alarm, AVC Security, Inc., Bass Security Services, Inc., Bay Alarm Company, BUCKEYE PROTECTIVE SERVICES, Castle Security & Home Integration, Checkpoint Systems, Inc., Clear Solutions, Inc., Custom Alarm/Custom Communications, Inc., Department Of Treasury, Dispatch Center, LTD., DMC Security Services, Inc., F.D. Security Systems, Inc., FBN Security Co LLC, Homeland Video 7 Security, HSS, Hunt Enterprises, Inc., Innovacs Systems Solutions, LLC, Kleinbard Bell & Brecker, LLP, LDS Church, Liamuiga Security Company, Loss Prevention Services, Inc., MADEAM, Inc. Mission Security Systems, Inc., MLN, Monitronics LP, Monitronics Security, Morgan Alarm Company, Inc., Northern Lights Security, Omnicare Associates, LTD, PASS Security, Rapid Response, Reed Brothers & Security, RFI Security, Inc., Safe Systems, Inc., Safetycare, SDA Security, Seacoast Security, Security Alarm Monitoring, Inc., Security One Solutions, Select Security, Systems By Walsh, Towne Monitoring Service, Universal Security Monitoring, LLC, Vector Security, Inc. VoIPAlarm.com And Wayne Alarm Systems, Inc.
- March 2011, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Classified Location. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures.

- February 2011, Instructor, Alarm Science Boot Camp, SecureWatch 24, New York, New York. Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems, Medical Alarm Systems And Nurse Call, CCTV And Access Control Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ 31X  Jack And Telephone Line Seizure, NFPA 72®,


Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: SecureWatch 24 Senior Level Executives. .

- January 2011, Instructor, New Jersey Burglar And Fire Alarm Association (NJBFAA) 2011 Annual Symposium New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Burglar Alarm System Testing, Inspection & Maintenance, Atlantic City, New Jersey. Topics: Identifying Defective And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/Or Damaged Equipment, Identifying Changes In The Protected Premises That Can Affect Burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plan, Minimum Standards Relating To Testing Of Burglar Alarm Systems, Functional Testing Of Initiating Devices, Documenting Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspections, Documenting Findings And Appropriately Notifying Subscriber, Minimum Standards Relating To Maintaining Burglar Alarm Systems, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment, What To Do When The System Cannot Be Repaired and Case Studies: Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- January 2011, Instructor, New Jersey Burglar And Fire Alarm Association (NJBFAA) 2011 Annual Symposium New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2013 License Renewal, Commercial Security & Fire Alarm Systems, Atlantic City, New Jersey. Topics: Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Commercial Security And Fire Alarm Systems, Existing Systems, Equipment Manufacturers Specification, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, VOIP Dangers, Testing And Completion, Loss Potential, Detection Principles, Minimum Standards, Initiating Devices, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Wet And Dry Sprinkler Systems, Exceeding Code Requirements And Case Studies.  Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- January 2011, Instructor, New Jersey Burglar And Fire Alarm Association (NJBFAA) 2011 Annual Symposium New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits

# IDS Research & Development, Inc.
### Security And Alarm Expert Witness And Consultation Services
### Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
### Board Certified in Security Management
### Nationwide: 800-353-0733
### www.alarmexpert.com

For The 2013 License Renewal, The Alarm Technician: Policies, Procedures, Customs, Habits, Training & Supervision, Atlantic  City, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training and Supervision Of Alarm Technicians, Understanding Ways To Address Liability, Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits Training And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- November 2010, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of  Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For

  Security System Design, And Central Station Policies And Procedures. Participants: Police Officers From The 6th, 40th, 62nd, 66th, 68th, 71st, 73rd, 75th, 81st, 84th, 88th, 106th, 108th, 110th, 112th And 115th Precincts, Police Sergeants From The 73rd And 75th Precincts, Detectives From CPS And PSA 2 And PSA 4, And Security Officers From Sloan Kettering Memorial Hospital Security.

- September 2010, Instructor, Fire Alarm Science Boot Camp, Township Of Teaneck Fire Department, Teaneck, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, Equipment System Options- Recipe For Disaster?, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®[20], Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Programming, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Were Reported To Fail, And The Reasons Why, Demonstrative Equipment, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Code Officials, Captains, And Firefighters.

- September 2010, Instructor, Alarm Science Boot Camp, ADS Security, Inc., Nashville, Tennessee. Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised

---

[20] Registered trademark of The National Fire Protection Association (NFPA).

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems, Medical Alarm Systems And Nurse Call, CCTV And Access Control Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ 31X Jack And Telephone Line Seizure, NFPA 72®, Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: Employees From All Divisions Of Company, Field Technicians, Central Station Dispatchers, Supervisors, Sales Consultants And Office Personnel, Leadership Team, ADS Security, Inc. Corporate Legal Counsel, President Of ADS Security, Inc.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Fire Alarm System Inspection, Testing & Maintenance, Vector Security, Incorporated, Lawrenceville, New Jersey. Topics: Topics: System Reliability, Detection Capabilities, Repair And/Or Replacement Of System Impairments, Testing, Inspection And Maintenance Standards, NFPA 72®, The Authority Having Jurisdiction, Nationally Recognized Industry Standards And Practices, Fire Alarm System Performance Criteria, Equipment Manufacturer Specifications, Life Expectancy Of Different Types Of Initiating Detection Devices, Quantifying Performance Of Fire Alarm Systems, Documentation, Inspection And Testing Records, Acceptance Testing, Re-Acceptance Testing, Delegation Of Duty For Maintenance On Fire Alarm Systems, AHJ Notification On System Impairments, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders For Vector Security, Incorporated.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal , Understanding UL Certificated Systems, Vector Security, Incorporated, Lawrenceville, New Jersey. Topics: UL Certified System Requirements, Performance Based Standards, Equipment Manufacturer's Specifications, UL 681, UL 827. The Authority Having Jurisdiction, The UL Certificate, Becoming UL Listed, Maintaining Your UL Listing, Yearly Inspection, Defects Report, Service And Maintenance Obligations And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders For Vector Security, Incorporated.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Existing Systems & Takeovers, Teaneck, New Jersey. Topics: Policies And Procedures When Connecting To Existing And Take Over Accounts That Your Company Did Not Design Or Install, Identifying Defects And Irregularities On Existing And Take Over Accounts, Documenting Services Provided To Help Minimize Liability, Documenting Services Not Being Provided To Help Minimize Liability, Offering Full System Inspections, Developing Policies And Procedures To Address Existing And Takeover Accounts So The Systems Reliability And Effectiveness Can Be Quantified, Common But Serious Mistakes And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Homeguard, Inc., Firmus Electronics, Inc., Quality Alarm, Reliant Systems, Universal Security Systems, Inc., WJM Innovations, Wire Excellence Security, Leading Edge, Deterrent Technologies, Radar Security Systems, Inc., Sirina Protection Systems, T.J. Security, Fire & Security Specialists, Shea Communications, And J.A.S.S. Security Systems, Inc.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, The Alarm Contractor: Policies, Procedures, Customs & Habits, Teaneck, New Jersey. Topics: The Policies, Procedures, Customs, And Habits Of Alarm Contractors, Ways To Minimize Liability When Alarm Contracting, Minimum Industry Standards, Dealing With High Risk Accounts, Advanced Documentation Methodologies, Case Studies, And System Impairments. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Homeguard, Inc., Firmus Electronics, Inc. , Quality Alarm, Reliant Systems, Universal Security Systems, Inc., WJM Innovations, Wire Excellence Security, Leading Edge, Deterrent Technologies, Radar Security Systems, Inc., Sirina

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Protection Systems, T.J. Security, Fire & Security Specialists, Shea Communications, And J.A.S.S. Security Systems, Inc.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, The Alarm Technician: Policies, Procedures, Customs, Habits, Training & Supervision, Teaneck, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training And Supervision Of Alarm Technicians, Understanding Ways To Address Liability, Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits Training And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Homeguard, Inc., Firmus Electronics, Inc., Quality Alarm, Reliant Systems, Universal Security Systems, Inc., WJM Innovations, Wire Excellence Security, Leading Edge, Deterrent Technologies, Radar Security Systems, Inc., Sirina Protection Systems, T.J. Security, And J.A.S.S. Security Systems, Inc.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Machine Wired Screens: Proper Application And Installation, Teaneck, New Jersey. Topics: Proper Application And Installation Of Machine Wired Screens, Type of Machine Wired Screens, Inside Screens, Outside Screens, Wire Trap, Magnetic Contact Trap, Horizontal Vs. Vertical Mesh Installation, Protective Loop Circuit Supervision, Case Studies, Best Practices When Ordering Machine Wired Screens, When Not Use Machine Wired Screens and False Alarm Issues With Machine Wired Screens And How To Avoid Them. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Fire & Security Specialists, Leading Edge, Aurora Home Systems, LLC, T.J. Security, Associated Fire Protection, Deterrent Technologies, Wire Excellence Security, Radar Security Systems, Inc., Marshall Alarm Systems, Inc., Flashback, Inc., Accutronic Systems, Reliant Systems, Firmus Electronics, LLC, Shea Communications, Universal Security Systems, Inc., And Jaymer Communications Corporation.

- August 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Fire Alarm System Testing, Inspection & Maintenance, Teaneck, New Jersey. Topics: System Reliability, Detection Capabilities, Repair And/Or Replacement Of System Impairments, Testing, Inspection And Maintenance Standards, NFPA 72®, The Authority Having Jurisdiction, Nationally Recognized Industry Standards And Practices, Fire Alarm System Performance Criteria, Equipment Manufacturer Specifications, Life Expectancy Of Different Types Of Initiating Detection Devices, Quantifying Performance Of Fire Alarm Systems, Documentation, Inspection And Testing Records, Acceptance Testing, Re-Acceptance Testing, Delegation Of Duty For Maintenance On Fire Alarm Systems, AHJ Notification On System Impairments, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Fire & Security Specialists, Leading Edge, Aurora Home Systems, LLC, T.J. Security, Associated Fire Protection, Deterrent Technologies, Wire Excellence Security, Radar Security Systems, Inc., Marshall Alarm Systems, Inc., Flashback, Inc., Accutronic Systems, Reliant Systems, Firmus Electronics, LLC, Sirina Protection Systems, Shea Communications, Universal Security Systems, Inc., And Q.A.L. Security Corporation.

- July 2010, Instructor, New Jersey Burglar And Fire Alarm Association (NBFAA), New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®: The National Fire Alarm Code®-2007 Edition, Red Bank, New Jersey. NFPA 72®-The National Fire Alarm Code®, Teaneck, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72®, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification Systems, Appliances, Purpose, Performance Based Design, General Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances, Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection, Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Ambush, Holdup & Panic Alarm Systems, Teaneck, New Jersey. Topics: Understanding The Criticality And Purpose Of Ambush, Holdup And Panic Alarm Systems In Residential And Commercial Premises, Understanding And Applying UL 636-The Standard Of Safety For Holdup Alarm Units In Protected Premises, Understanding And Applying The Proper Design, Programming, Location, Installation, Testing And Monitoring Of Ambush, Holdup, And Panic Alarm Systems, Nationally Recognized Industry Standards And Practices, UL 636 Scope, Terminology, Normal Operation Test, Circuit

Protection Test, Power Supply Test, Types of Remote Stations, Extent Of Protection, Bandit-Resisting Enclosure And Alarm, Semiautomatic-Alarm, Manual Alarm, Types Of Radio Frequency Operated Initiating Devices, Manufacturing And Production Tests, Marking, Accessory Equipment, Operation And Electrical Supervision, Power Supplies, Installation, Outside Cables, Wiring Inside Buildings, Maintenance, Standards For Components, Dual Action Vs. Single Action Initiating Devices, Design And Installation Of Holdup And Panic Alarms, The Security Survey, Threat Assessment, Type Of Risk, Accessibility, OSHA Standards Relating To High-Risk Robbery Environments, Industry Standards, Duties Of An Alarm Contractor When Recommending, Designing, Installing, Placing, Programming, Testing, Inspecting, And Monitoring Of Ambush, Holdup And Panic Alarm Systems, Installer Training, Subscriber Training, What The Perpetrator May Already Know About Panic And Holdup Alarm Systems-And How To Counter It, Ambush, Holdup And Panic Alarm Systems For Safes And Vaults, How To Ensure Functional, Technical, Operational And Monitoring Reliability Of Ambush, Holdup, And Panic Alarm Systems, The Crime Triangle And Criminality: Motive, Intent And Opportunity, And Forensic Case Studies Regarding Ambush, Holdup And Panic Alarm Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Fire & Security Specialists, Homeguard, Inc., Perfect Security Systems, Accutronic Security Systems, Han Kook Security, Inc., Leading Edge Technology Services, LLC, Jaymer Communications Corporation, Quality Alarm Company, W.J.M. Innovations, LTD, Flashback, Inc., D.N.E. Security Communications, APB Security Systems, Firmus Electronics, LLC, Fire Security Technologies, Aurora Home Systems, Bergen Protective, Statewide Monitoring, APS Security, Radar Security Systems, Inc., Deterrent Technologies, Stereo & Media Consultants, Inc. And Jaymer Communications, Corporation.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Industrial Safety: The National Electrical Code, Teaneck, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

(NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors.  Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Fire & Security Specialists, Homeguard, Inc., Perfect Security Systems, Accutronic Security Systems, Han Kook Security, Inc., Leading Edge Technology Services, LLC, Jaymer Communications Corporation, Quality Alarm Company, W.J.M. Innovations, LTD, Flashback, Inc., D.N.E. Security Communications, APB Security Systems, Firmus Electronics, LLC, Fire Security Technologies, Aurora Home Systems, Bergen Protective, Statewide Monitoring, APS Security, Radar Security Systems, Inc., Deterrent Technologies, Stereo & Media Consultants, Inc. And Jaymer Communications, Corporation.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Overt & Covert CCTV Systems, Teaneck, New Jersey. Topics: Proper Design And Installation Of CCTV Systems, Understanding The Differences Between Overt And Covert CCTV Systems, Liability Concerns When Installing CCTV Systems, Types Of Occupancies, Lighting, Security Concerns, Vandalism, Prior Loss History, Purpose Of System, Expectation Of Privacy, Equipment Manufacturer's Specifications, Onsite Surveillance, Remote View, DVR Technologies. Participants: New

  Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Bergen Protective Systems, Inc., E.F. Lorence & Sons, Inc., Leading Edge Technology Services, LLC, Homeguard, Inc., Falcon Engineered Systems, LLC, Stereo & Media Consultants, Inc., Firmus Electronics, LLC, Advanced Technology Partners, Inc., Quality Alarm Company, Carbone Security, Kriebel Security, Inc., Fire Security Technologies, Intercounty Alarm, DMI Security Services, Ever-Ready, Eastec, FBS Security, Flashback, Inc., APB Security Systems, Deterrent Technologies, APS Security, Aurora Home Systems, Stereo & Media Consultants, Inc., And Jaymer Communications Corporation.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Residential Security & Fire Alarm Systems, Teaneck, New Jersey. Topics: Detection, Deterrence, Annunciation And Notification, Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Residential Security And Fire Alarm Systems, Existing Residential Security And Fire Alarm Systems, Equipment Manufacturer's Specifications, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, UL 1023, UL 985, Low Temperature And Water Leak Detection Systems, VOIP Dangers, Testing And Completion, Detection Principles, Meeting Minimum Standards, Initiating Devices, Inherent Safeguards, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Contacts Only, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Exceeding Code Requirements, Supplemental Issues With Residential Fire And Code Restrictions With System Detectors And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Bergen Protective Systems, Inc., E.F. Lorence & Sons, Inc., Leading Edge Technology Services, LLC, Homeguard, Inc., Falcon Engineered Systems, LLC, Stereo & Media Consultants, Inc., Firmus Electronics, LLC, Advanced Technology Partners, Inc., Quality Alarm Company, Carbone Security, Kriebel Security, Inc., Fire Security Technologies, Intercounty Alarm, DMI Security Services, Ever-Ready, Eastec, FBS Security, Flashback, Inc., APB Security Systems, Deterrent Technologies, APS Security, Aurora Home Systems, Stereo & Media Consultants, Inc., And Jaymer Communications Corporation.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Security Surveys & Risk Analysis, Teaneck, New Jersey. Topics: Defining The Security Survey, How To Apply Security Surveys To Alarm Systems, Defining Risk Analysis, Hoe To Apply Risk Analysis To Alarm Systems, The Crime Triangle-Recognizing Motive, Intent And Opportunity, CPTED-Crime Prevention Through Environmental Design, Techniques And Methodologies, Performing A Security Survey-What To Do, What Not To Do, And How To Help Make Sure That You Have Not Missed Anything, Foreseeability And Criticality, Quantifying Risk Analysis And Incorporating It Into The Security Survey, Applying The Crime Triangle Into The Security Survey-How To Help Break The Crime Triangle, Utilizing CPTED, Crime Prevention Through Environmental Design In The Security Survey And Risk Analysis Of The Subject Premises, Utilizing Either Passive, Active, Or Combination Methodologies, Written Reports And Recommendations, What To Say, What Not To Say, And How To Help Make Sure That Your Recommendations Are Not A One Size Fits All Approach. Participants: Bergen Protective Systems, Inc., E.F. Lorence & Sons, Inc., Leading Edge Technology Services, LLC, Homeguard, Inc., Falcon Engineered Systems, LLC, Stereo & Media Consultants, Inc., Firmus Electronics, LLC, Advanced Technology Partners, Inc., Quality Alarm Company, Carbone Security, Kriebel Security, Inc., Fire Security Technologies, Intercounty Alarm, DMI Security Services, Ever-Ready, Eastec, FBS Security, Flashback, Inc., APB Security Systems, Deterrent Technologies, APS Security, Aurora Home Systems, Stereo & Media Consultants, Inc., And Jaymer Communications Corporation.
- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Carbon Monoxide Design & Installation, Teaneck, New Jersey. Topics: Detection And Annunciation Of The Presence Of Carbon Monoxide, Evacuation Of Premises,

Notification Of Authorities, UL Standards For Carbon Monoxide Sensors, UL 2034, UL 2075, Detection Principles Of Carbon Monoxide Sensors, Causes Of Carbon Monoxide, Equipment Manufacturer's Specifications, Detection Thresholds For Alarm Activation In Parts Per Million (PPM), Exposure Affects, Installation And Testing, Location And Placement Of Carbon Monoxide Sensors, Minimum Standards For The Installation Of Carbon Monoxide Sensors  In Protected Premises, Functional And Exposure Testing Of Carbon Monoxide Sensors, Functional And Reliable Life Expectancy Of Carbon Monoxide Sensors And Circuit, Power, And Initiating Device Supervision And Annunciation. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Inc., Carbone Security, Leading Edge Technology Services, LLC, Perfect Security Systems, Han Kook Security, Inc., Falcon Engineered Systems, LLC, Stereo & Media Consultants, Inc., Primus Electronics, LLC, Electronic Security Systems, And Quality Alarm Company.
- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®-The National Fire Alarm Code®, Teaneck, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72®, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification Systems, Appliances, Purpose, Performance Based Design, General Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances, Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Inc., Carbone Security, Leading Edge Technology Services, LLC, Perfect Security Systems, Han Kook Security, Inc., Falcon Engineered Systems, LLC, Stereo & Media Consultants, Inc., Primus Electronics, LLC, Electronic Security Systems, And Quality Alarm Company.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors-The Science Of Automatic Detection, Teaneck, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke

  Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Open Systems Integrators, Inc., Jaymer Communications Corporation, Sirina Protection Systems Corporation, Falcon Engineered Systems, LLC, T.F.L Electrical, Inc., Firmus Electronics, LLC, Sound Security Systems, Inc., Stereo & Media Consultants, Inc., Fire & Security Specialists, Inc., Superior Security Systems, LLC, Leading Edge Technology Services, LLC, Radar Security Systems, Inc., Open Systems Integrators, Inc., Homeguard, Inc., Amerigard Alarm & Security Corporation, Quality Alarm Company, US Security And Sound, Inc., Aggressive Home Automation & Design, Inc., United Burglar Alarm, Inc., Carbone Security, And Sokoly Alarms.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Industrial Safety: NFPA 70 E Safety In The Work Place, Teaneck, New Jersey. Topics: History, NFPA, NEC & OSHA, Definitions, NFPA-70 E 2009, Labeling, Safety Program, Approach Boundaries, Arch Flash Boundaries, PPE Requirements, Safety Related Work Practices, Responsible Parties, Relationship With Contractors, Training Requirements, Electrical Safety Programs, Awareness And Self-Discipline, Program Principles, Program Controls, Program Procedures, Hazard/Risk Evaluation, Job Briefing, And Electrical Safety Auditing. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Open Systems Integrators, Inc., Jaymer Communications Corporation, Sirina Protection Systems Corporation, Falcon Engineered Systems, LLC, T.F.L Electrical, Inc., Firmus Electronics, LLC, Sound Security Systems, Inc., Stereo & Media Consultants, Inc., Fire & Security Specialists, Inc., Superior Security Systems, LLC, Leading Edge Technology Services, LLC, Radar Security Systems, Inc.,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Open Systems Integrators, Inc., Homeguard, Inc., Amerigard Alarm & Security Corporation, Quality Alarm Company, US Security And Sound, Inc., Aggressive Home Automation & Design, Inc., United Burglar Alarm, Inc., Carbone Security, And Sokoly Alarms.

- July 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Barrier Free, New Jersey Uniform Construction Code & The ADA, Teaneck, New Jersey. Topics: Barrier Free Subcode, 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Americans With Disabilities Act: What Is It?, Definition Of Facility, The Difference Between Commercial Facilities And Public Accommodation, Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible

  Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Open Systems Integrators, Inc., Jaymer Communications Corporation, Sirina Protection Systems Corporation, Falcon Engineered Systems, LLC, T.F.L Electrical, Inc., Firmus Electronics, LLC, Sound Security Systems, Inc., Stereo & Media Consultants, Inc., Fire & Security Specialists, Inc., Superior Security Systems, LLC, Leading Edge Technology Services, LLC, Radar Security Systems, Inc., Open Systems Integrators, Inc., Homeguard, Inc., Amerigard Alarm & Security Corporation, Quality Alarm Company, US Security And Sound, Inc., Aggressive Home Automation & Design, Inc., United Burglar Alarm, Inc., Carbone Security, And Sokoly Alarms.

- June 2010, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Police Officers And

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Sergeants From The 13th, 34th, 41st, 52nd, 75th, 101st, 102nd, 108th, 110th, 111th, 112th, 114th, And 115th Precincts, Police Officers From PSA 1, 3, 4, 6, 7, And 8, Police Officers From TD 11, 12, 23, And 34, And Deputies From The US Marshals Office.

- June 2010, Instructor, Ways To Help Minimize Your Liability, When Providing Central Station Monitoring Services, Electronic Security Expo (ESX), Pittsburgh, Pennsylvania. Is Your Central Station Taking The Steps Necessary To Minimize Your Liability In The Event Of Loss? This Presentation Will Focus On Procedures And Policies You Should Implement Within Your Central Station. Also Discussed Will Be Training, Response Protocols And Documentation. Topics: Anatomy Of A Lawsuit, Theories Of Liability, New Installations, Takeovers, Connecting To Existing Systems, Service Calls, Programming Features, Recommendations, Life Safety Systems And Company Documentation. Participants: Owners, General Management, Operations/Technical Management, Central Station Managements, Sales And Marketing Management, Top Technical, Central Station And Sales And Marketing Staff From Security Integration/Installation Companies With Central Stations, Security Integration/Installation Companies Without Central Stations, Non-Installing Central Stations, Security Consultants, Other Security Installing And Contracting Companies And Security Products Distributors And Representatives.

- June 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Alarm Science, Teaneck, New Jersey. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Homeguard, Inc., Carbone Security,

APS Security, Statewide Monitoring, Kriebel Security, Inc., Integrated Security, Solutions, Radar Security, Stereo & Media Consultants, Incorporated, Intruder Alert Alarms, Electronic Security, Systems, Incorporated, National Security Systems, Incorporated, Quality Alarm Company, Security Products Systems, Consolidated Fire Protection Systems, Incorporated, APB Security Systems, Leading Edge Technology Services, LLC, Absolute Security, Inc., US Security & Sound, And Spark Security & Electronics, Inc.

- June 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Fire Alarm Signaling Systems, Teaneck, New Jersey. Topics: Establishing Fire Protection Goals And Understanding Fire Signatures, Choosing A Fire Alarm System, Establishing Fire Protection Goals, Life Safety, Property Protection, Mission Protection, Heritage Preservation, Environmental Protection, Fire Signature Fundamentals, Aerosol (Smoke) Signatures, Energy Release Signatures, Gas Signatures, Fatality Potential For Fire Signatures, Effects Of Aerosols, Heat, Toxic Gases, Oxygen Depletion, Additive And Synergistic Effects Of Toxic Materials, Understanding The Limitations Of A Fire Alarm System, Fire Alarm System Overview, Description Of A Fire Alarm System, Types Of Systems, Protected Premises (Local) Fire Alarm Systems, Auxiliary Fire Alarm Systems, Remote-Station Fire Alarm System, Proprietary Fire Alarm System, Central Station Fire Alarm Systems, Emergency-Voice/Alarm Communications Systems, Signal Processing, Types Of Signals Processed, Manual Fire Alarm Signals, Automatic Fire Alarm Signals, Types Of Processing, Guards Tour Supervisory Service, Sprinkler System Waterflow Alarm And Supervisory Signal Service, Trouble Signals, Matching System Type With Fire Protection Goals, Fire Alarm System Components And Circuits, Fire Alarm Control Units, Conventional Fire Alarm Control Units, Addressable Fire Alarm Control Units, Addressable/Analog Fire Alarm Control Units, Power Supply Requirements For Fire Alarm System, Primary (Main Power Supply), Secondary (Standby) Power Supply, Trouble-Signal Power Supply, Notification Appliance Power Supplies, Supervision Of Power Supplies, System Circuits And Equipment, Power Supply Supervision, System Circuit Supervision, Equipment Supervision, Remote-Station Fire Alarm System, Addressable Alarm Initiating Devices, Analog Alarm

## IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Initiating Devices, Non-Supervised Parts Of Fire Alarm Systems, Signal Initiations, Alarm Initiating Devices, General Requirements For Manual Stations: Mounting And Distribution, Manual Fire Alarm Boxes, Automatic Fire Detectors, Alarm Systems And Fire Extinguishing System, Functions Of Alarm And Supervisory Signals, Waterflow Alarm And Supervisory Signal Service, Pressure-Actuated Alarm Switches, Other Supervisory Devices, Guard's Tour Supervisory Service, Signal Transmission Methods And Processing, Wire Transmission, Conventional Detectors, Addressable Detectors, Multiplexing, Analog Data Transmission, Wireless Transmission, Central Station Systems, Local Systems, Remote-Station Systems And Proprietary Systems, Public Fire Service Communication Systems, Coded Radio Reporting Systems, Radio Dispatch Systems, Optical Fiber Transmission, Principles Of Fiber Optics, Fiber Cable, Fiber Optic Circuits, Fiber Optic Connectors, Fiber Optic Attenuation, Signal Transmission Compatibility, Signal Verification Versus False Alarms, False Alarm Reduction In Equipment, False Alarm Reduction In The Field, Signal Processing, Types Of Signals Processed, Types Of Processing, Fire Alarm Notification, Notification Methods, Fire Alarm Notification Signals, Distinctive Signals, Trouble Signals, Visual Zone Alarm Indication, Classification Of Notification Signals, Noncoded, Coded Or Textual Signals, Public And Private Operating Modes, Audible And Visible Characteristics, Signal Notification In Combination Systems, Common Wiring, Use Of Speakers, Signal Notification Operation, Audible Signal Characteristics, Visible Signal Characteristics, Physically Or Mentally Challenged Individuals, ADA, Residential Alarm Appliances For The Hearing Impaired, Notification Appliance Types, Audible Alarm Notification Appliances, Visible Notification Appliances, Combination Audible And Visible Notification Appliances, Permanent And Print Recorders, Textual Notification Appliances, Emergency Voice/Alarm Communications Systems, Voice/Alarm Communications Service, Multichannel Capability, Functional Sequence, Voice And Tone Devices, Voice/Alarm Communication System Components, Voice Communication Messages And Signals, Loudspeakers, Fire Command Station, Monitoring Integrity Of Conductors And Survivability, Combination Systems, Two-Way Telephone

Communication Service, Emergency Controls, Location, Elevator Recall, Release Of Automatic Door Closers, Activation Of Mechanical And Ventilation Systems, Smoke Management, Automatic Shutdown, Smoke Dampers, Automatic Fire Extinguishing Equipment, Emergency Lighting, Unlocking Of Doors, Special Lock Arrangements, Emergency Shutoff, And Signal Notification In High-Rise Buildings. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Carbone Security, APS Security, Statewide Monitoring, Kriebel Security, Inc., Integrated Security, Solutions, Radar Security, Stereo & Media Consultants, Incorporated, Intruder Alert Alarms, Electronic Security, Systems, Incorporated, National Security Systems, Incorporated, Quality Alarm Company, Security Products Systems, Consolidated Fire Protection Systems, Incorporated, APB Security Systems, Leading Edge Technology Services, LLC, East Coast Security Systems, Q.A.L. Security Systems, Fire Protection Industries, Integrated Security Solutions, Inc., US Security & Sound, Absolute Security, Inc., And Spark Security & Electronics, Inc.

- June 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Designing Fire Alarm Systems, Teaneck, New Jersey. Topics: Fire Alarm System Design Fundamentals, Overview Of Fire Alarm Systems, Codes And Standards Applicable To Fire Alarm System Design, Initiating Devices, Notification Appliances, Suppression Supervisory Equipment, Integration With Other Building Systems, Integration With Other Building Systems, Fire Alarm Control Unit (FACU), The Input-Output Matrix, UL, Detector Types, Detector Selection, Detection System Cost, Predominant Application, Detection Speed, Fire Alarm Control Units, Fire Alarm Power Supplies, Photoelectronic Smoke Detector, Ionization Smoke Detection, Heat Detectors, Visual Alarms, Wiring Types, Case Studies, And Fire Alarm System Science, Industry Standards, Recognized Practices And Standards Of The Technical Community Of The Fire Alarm Industry. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Integrated Security Solutions, Inc., East Coast Security Systems, Inc., Security Product Systems, Integrated Systems & Power Inc., B&R Systems, LLC, National

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Security Systems, Quality Alarm Company, Gold Protective Services, Inc., Q.A.L. Security Systems, And Schneider Electric.

- June 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Industrial Safety: NFPA 70e Safety In The Workplace, Teaneck, New Jersey. Topics: History, NFPA, NEC & OSHA, Definitions, NFPA-70 E 2009, Labeling, Safety Program, Approach Boundaries, Arch Flash Boundaries, PPE Requirements, Safety Related Work Practices, Responsible Parties, Relationship With Contractors, Training Requirements, Electrical Safety Programs, Awareness And Self-Discipline, Program Principles, Program Controls, Program Procedures, Hazard/Risk Evaluation, Job Briefing, And Electrical Safety Auditing. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: East Coast Security Systems, Inc., Security Product Systems, Integrated Systems & Power, Inc. B&R Systems, LLC, Q.A.L. Security Systems, And Schneider Electric.

- May 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Understanding The Fire Protection Handbook, Teaneck, New Jersey. Topics: Applying The Fire Protection Handbook To The Design, Application, Recommendations, Installation, Programming, Service, Maintenance, And Monitoring Of Fire Alarm And Life Safety Systems, Basics Of Fire And Fire Science, Americas Fire Problem And Fire Protection, Fundamentals Of Fire Safety Building Design, System Concepts For Building Safety, Building And Fire Codes And Standards, Chemistry And Physics Of Fire, Explosions, Dynamics Of Compartment Fire Growth, Theory Of Fire Extinguishment, Environmental Issues In Fire Protection, Fire And Life Safety Education, Fire And Life Safety Education: The State Of The Art, Using Data For Public Education Decision Making, Designing Disaster Education Programs, Fire And Life Safety Education: Theory And Techniques, Reaching High-Risk Groups, Fire Prevention, Electrical Systems And Appliances, Control Of Electrostatic Ignition Sources, Lightning Protection Systems, Emergency And Standby Power Supplies, Heating Systems And Appliances, Boiler-Furnaces, Industrial And Commercial Heat Utilization Equipment, Materials, Products, And Environments, Fire Hazards Of Materials, Combustion

  Products And Their Effects On Life Safety, Detection And Alarm, Fire Alarm Systems, Automatic Fire Detectors, Notification Appliances, Household Fire Warning Equipment, Gas And Vapor Detection Systems And Monitors, Suppression, Water And Water Additives For Fire Fighting, Water Storage Facilities And Suction Supplies, Fire Pumps, Theory Of Automatic Sprinkler Performance, Confining Fires, Building And Site Planning For Fire Safety, Building Construction, Confinement Of Fire In Buildings, Smoke Movement In Buildings, Evacuation Of Occupants, Human Behavior And Fire, Concepts Of Egress Design, System Approaches To Property Classes, Assessing Life Safety Buildings, Organizing For Fire Protection, Evaluation And Planning Of Public Fire Protection, Fire Prevention And Code Enforcement, Planning Fire Station Locations, Information And Analysis For Fire Protection, Fire And Arson Investigation, Fire Data Collection And Data Bases, Fire Risk Analysis, And Performance-Based Fire Codes And Standards. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: B-Secure, System Design Associates, APS Security, SEM Security Systems, Altronics Security, Kriebel Security, Homeland Security & Life Safety Systems, Minuteman Service Company, IRL Systems, Rutgers University, Sonia Security, Inter County Alarm, B& R Systems, LLC, Eastern Alarm & Signal, Company, Fire Protection Industries, D.N.E. Security Communications, Integrated Security Solutions, Inc., Comtec Systems, Inc., And Security Products Systems.

- May 2010, Instructor, New Jersey Division Of  Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Burglar Alarm System Testing, Inspection & Maintenance, Teaneck, New Jersey. Topics: Identifying Defective And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/Or Damaged Equipment, Identifying Changes In The Protected Premises That Can Affect Burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plan, Minimum Standards Relating To Testing Of Burglar Alarm Systems, Functional Testing Of Initiating Devices, Documenting Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspections,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Documenting Findings And Appropriately Notifying Subscriber, Minimum Standards Relating To Maintaining Burglar Alarm Systems, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment, What To Do When The System Cannot Be Repaired and Case Studies: Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Central Security Corporation, B-Secure, Shore Alarm, LLC, Protect America, Inc., Quality Alarm Company, FBS Security Systems, Flashback, Inc., Fire Protection Industries, Schneider Electric, Absolute Security, Inc., Security Products Systems, Rutgers University, Security Service, Company, SEM Security Systems, Security Headquarters, Shea Communications, And IRL Systems.

- May 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, The Alarm Technician: Polices Procedures, Customs, Habits, Training & Supervision, Teaneck, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training and Supervision Of Alarm Technicians, Understanding Ways To Address Liability, Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits Training And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Central Security Corporation, B-Secure, Shore Alarm, LLC, Protect America, Inc., Quality Alarm Company, FBS Security Systems, Flashback, Inc., Fire Protection Industries, Schneider Electric, Absolute Security, Inc., Security Products Systems, Rutgers University, Security Service Company, SEM Security Systems, And Jaymer Communications, Corporation.

- May 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Ambush, Holdup & Panic Alarm Systems, Teaneck, New Jersey. Topics: Understanding The Criticality And Purpose Of Ambush, Holdup And Panic Alarm Systems In Residential And Commercial Premises, Understanding And Applying UL 636-The Standard Of Safety For Holdup Alarm Units In Protected Premises, Understanding And Applying The Proper Design, Programming,

Location, Installation, Testing And Monitoring Of Ambush, Holdup, And Panic Alarm Systems, Nationally Recognized Industry Standards And Practices, UL 636 Scope, Terminology, Normal Operation Test, Circuit Protection Test, Power Supply Test, Types of Remote Stations, Extent Of Protection, Bandit-Resisting Enclosure And Alarm, Semiautomatic-Alarm, Manual Alarm, Types Of Radio Frequency Operated Initiating Devices, Manufacturing And Production Tests, Marking, Accessory Equipment, Operation And Electrical Supervision, Power Supplies, Installation, Outside Cables, Wiring Inside Buildings, Maintenance, Standards For Components, Dual Action Vs. Single Action Initiating Devices, Design And Installation Of Holdup And Panic Alarms, The Security Survey, Threat Assessment, Type Of Risk, Accessibility, OSHA Standards Relating To High-Risk Robbery Environments, Industry Standards, Duties Of An Alarm Contractor When Recommending, Designing, Installing, Placing, Programming, Testing, Inspecting, And Monitoring Of Ambush, Holdup And Panic Alarm Systems, Installer Training, Subscriber Training, What The Perpetrator May Already Know About Panic And Holdup Alarm Systems-And How To Counter It, Ambush, Holdup And Panic Alarm Systems For Safes And Vaults, How To Ensure Functional, Technical, Operational And Monitoring Reliability Of Ambush, Holdup, And Panic Alarm Systems, The Crime Triangle And Criminality: Motive, Intent And Opportunity, And Forensic Case Studies Regarding Ambush, Holdup And Panic Alarm Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Dunlap Electronic Security, BH Security, BH Security, Kriebel Security, Security Product Systems, Flashback, Inc., Knight Protective Systems, Top Security Locksmiths, Inc., Ingersoll Rand Security Technologies, Ocean Security Systems, Inc.

- May 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors-The Science of Automatic Detection, Teaneck, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Dunlap Electronic Security, BH Security, BH Security, Kriebel Security, Security Product Systems, Flashback, Inc., Knight Protective Systems, Top Security Locksmiths, Inc., Ingersoll Rand Security Technologies, Ocean Security Systems, Inc., IRL Systems, Inc. And Minuteman Service Company.

- May 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Electronic Countermeasures To Highly Skilled & Other Types Of Burglarious Circumvention Attacks, Teaneck, New Jersey. Topics: Methodologies To Defecting And Helping To Minimize Successful Circumvention Techniques To Disable Alarm Systems, Employing Sophisticated

   Countermeasures To Detect System Attacks, Understanding Ways To Help Lower Your Loss Potential When Designing, Installing And Monitoring High-Risk, High-Burglary Exposure Protected Premises, Types Of Occupancy, Assets To Be Protected, Physical Security Safeguards, Value Of Assets, Technology And System Options, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Security Equipment Services, Incorporated, Schneider Electric, Shea Communications, BH Security, Gold Protective Systems, Charles Okun & Associates, Kriebel Security, Homeland Security & Life Safety Systems, Integrated Electronic Solutions, Service Works, Inc., Access Systems Integration, B-Secure, J.A.S.S. Security Systems, Fire Protection Industries, Prism Electronics, Inc., And US Security & Sound.

- May 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Understanding UL Certificated Systems & Standards, Teaneck, New Jersey. Topics: UL Certified System Requirements, Performance Based Standards, Equipment Manufacturer's Specifications, UL 681, UL 827. The Authority Having Jurisdiction, The UL Certificate, Becoming UL Listed, Maintaining Your UL Listing, Yearly Inspection, Defects Report, Service And Maintenance Obligations And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Security Equipment Services, Incorporated, Schneider Electric, Shea Communications, BH Security, Gold Protective Systems, Charles Okun & Associates, Kriebel Security, Homeland Security & Life Safety Systems, Integrated Electronic Solutions, Service Works, Inc., Access Systems Integration, B-Secure, J.A.S.S. Security Systems, And US Security & Sound.

- April 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Commercial Security & Fire Alarm Systems, Teaneck, New Jersey. Topics: Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Commercial Security And Fire Alarm Systems, Existing Systems, Equipment Manufacturers

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Specification, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, VOIP Dangers, Testing And Completion, Loss Potential, Detection Principles, Minimum Standards, Initiating Devices, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Wet And Dry Sprinkler Systems, Exceeding Code Requirements And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies Schneider Electric, Security Equipment Services, Inc., Service Works, Inc., BH Security, FBS Security Systems, Flashback, Inc., Home Central LLC, Integrated Security Solutions, Inc., Fire Security Technologies, Gold Protective Systems, Shore Alarm LLC, And Carbone Security.

- April 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Telephone Line Security Methodologies, Teaneck, New Jersey. Topics: Detection And Remote Station Notification Of A Perpetrators Attempt To Cut The Protected Premises Telephone Lines In An Effort To Circumvent The Alarm System, Electronic Countermeasures Utilized For Circumvention Techniques To Disable An Alarm System By Either Cutting The Protected Premises Telephone Lines Or Attacking The Alarm System Equipment Itself, Or Both, Which Would Otherwise Not Be Detected By The Alarm System., Offering Enhanced Security And Monitoring Capabilities To Subscribers, Telephone Line Fault Monitor Options, Telephone Line Security Options, One Way Radio, Two Way Radio, Digital Cellular Radio, Derived Channel Technology, Internet Monitoring, Proper Installation Of Telephone Line Security, Equipment Manufacturer Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Telephone Line Fault Monitor, Remote Station Monitoring Of Telephone Line Security, Industry Standards Relating To The Monitoring And Dispatching Of Line Cut And/Or Communication Failure Conditions From Protected Premises, Handling Test Fail Conditions, Redundant Telephone Line Security Methodologies, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From

The Following Companies: Schneider Electric, Security Equipment Services, Inc., Service Works, Inc., BH Security, FBS Security Systems, Flashback, Inc., Home Central LLC, Integrated Security Solutions, Inc., Fire Security Technologies, Gold Protective Systems, Shore Alarm LLC, Prism Electronics, Inc., Fire Protection Industries, And Carbone Security.

- April 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, International Residential Code, Teaneck, New Jersey. Topics: Pertinent Sections Of The IRC For Burglar And Fire Alarm Contractors, Title, Scope, Purpose, Department Of Building Safety, Permits, Construction Documents, Temporary Structures And Uses, Fees, Inspections, Certificate Of Occupancy, Board Of Appeals, Violations, Stop Work Order, Definitions, Building Planning And Construction, Smoke Detection And Notification, NFPA 72®, Location, Alterations, Repairs, Additions, Exceptions, Power Source, Emergency Escape And Rescue Openings, Means Of Egress, Guards, Electrical Definitions, Branch, Circuit And Feeder Requirements, Branch Circuit Ratings, Conductor Sizing And Overcurrent Protection, Class 2 Remote-Control Signaling And Power-Limited Circuits, Power Sources, Wiring Methods, Installation Requirements, ICC International Residential Code Electrical Provisions, National Electrical Code Cross Reference And Fire Sprinkler Systems. Participants: Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Merchants Alarm Systems, Security World, Inc., Inc., Security Service Company, Rutgers University, Homeland Security & Life Safety Systems, Schneider Electric, Security Equipment Services, Inc., BH Security, And Carbone Security.

- April 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Teaneck, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Merchants Alarm Systems, 1st Precinct Security, Security World, Inc., Prism Electronics, Inc., Security Service Company, Rutgers University, Homeland Security & Life Safety Systems, Schneider Electric, Security Equipment Services, Inc., BH Security, Integrated Systems And Carbone Security.

- April 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Barrier Free Subcode, New Jersey Uniform Construction Code & The ADA, Teaneck, New Jersey. Topics: Barrier Free Subcode, 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups

  And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Americans With Disabilities Act: What Is It?, Definition Of Facility, The Difference Between Commercial Facilities And Public Accommodation, Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Jaymer Communications Corporation, Carbone Security, Fire Protection Industries, Security World, Inc., B&R Systems, LLC, Schneider Electric, Knight Protective Systems, 1st Precinct Security, Access Systems Integration, Flashback, Inc., Service Works, Inc., Merchants Alarm Systems, And Garcia Alarms.

- April 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Identifying Defects And Irregularities In Security System Design, Installation, Application, Programming, Testing, Inspection, Service, Maintenance & Remote Station

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Monitoring, Teaneck, New Jersey. Topics: Types Of Defects And Irregularities, Proper Training And Supervision, Acquisitions, Existing Systems, Takeovers, System Testing And Inspection, Verification Of Expected System Performance, Documentation Of System Impairments, The Fact Pattern, Duty, Breach Of Duty, Proximate Cause, Damages, Hardwired, Wireless, Machine Wired Screens, Door Contacts, Shock Sensors, Motion Detectors, Audio Glassbreak Detectors, Smoke Detectors, Rate Of Rise Heat Detectors, Fire Thermostats, Panic And Holdup Buttons And Case Studies. New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Jaymer Communications Corporation, Carbone Security, Fire Protection Industries, Security World, Inc., B&R Systems, LLC, Schneider Electric, Knight Protective Systems, 1st Precinct Security, Access Systems Integration, Flashback, Inc., Service Works, Inc., Merchants Alarm Systems, And Garcia Alarms.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Carbon Monoxide Design & Installation, Teaneck, New Jersey. Topics: Detection And Annunciation Of The Presence Of Carbon Monoxide, Evacuation Of Premises, Notification Of Authorities, UL Standards For Carbon Monoxide Sensors, UL 2034, UL 2075, Detection Principles Of Carbon Monoxide Sensors, Causes Of Carbon Monoxide, Equipment Manufacturer's Specifications, Detection Thresholds For Alarm Activation In Parts Per Million (PPM), Exposure Affects, Installation And Testing, Location And Placement Of Carbon Monoxide Sensors, Minimum Standards For The Installation Of Carbon Monoxide Sensors  In Protected Premises, Functional And Exposure Testing Of Carbon Monoxide Sensors, Functional And Reliable Life Expectancy Of Carbon Monoxide Sensors And Circuit, Power, And Initiating Device Supervision And Annunciation. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Digital Security Concepts, 1st Precinct Security, Carbone Security, DNE Security Comm., Sonia Security And Fire Security Technologies.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Fire Alarm System Testing, Inspection & Maintenance, Teaneck, New Jersey. Topics: System Reliability, Detection Capabilities, Repair And/Or Replacement Of System Impairments, Testing, Inspection And Maintenance Standards, NFPA 72®, The Authority Having Jurisdiction, Nationally Recognized Industry Standards And Practices, Fire Alarm System Performance Criteria, Equipment Manufacturer Specifications, Life Expectancy Of Different Types Of Initiating Detection Devices, Quantifying Performance Of Fire Alarm Systems, Documentation, Inspection And Testing Records, Acceptance Testing, Re-Acceptance Testing, Delegation Of Duty For Maintenance On Fire Alarm Systems, AHJ Notification On System Impairments, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Digital Security Concepts, 1st Precinct Security, Carbone Security, DNE Security Comm., Sonia Security, D& W Central Station Fire Alarm Company, Inc., Integrated Systems And Power, Inc., Prism Electronics United Burglar Alarm, Inc., US Security & Sounds, And Fire Security Technologies.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Barrier Free Subcode, New Jersey Uniform Construction Code And Americans With Disabilities Act, Teaneck, New Jersey. Topics: Barrier Free Subcode, 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Americans With Disabilities Act: What Is It?, Definition Of Facility, The Difference Between Commercial Facilities And Public Accommodation, Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Spark Security, Connex Communications, Inc., Regency Telecom, Inc., P.E. Security, LLC, Integrated Systems & Power, Inc., Shea Communications, Franklin Central Communications, Sentinel Service, Prism Electronics, Benco Security, Inc., Sokoly Alarms, Lowitt Alarms, US Security & Sound, Inc., Systems Sales Corp., Franklin Central Communications, Security Service Company, Cati-Com Systems, ARM Security Systems Corporations, B-Secure, Integrated Electronic Solutions, Inc., P. E. Security, Integrated Electronic Solutions, Inc., And B& R Systems, LLC.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Commercial Security & Fire Alarm Systems, Teaneck, New Jersey. Topics: Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Commercial Security And Fire Alarm Systems, Existing Systems, Equipment Manufacturers Specification, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, VOIP Dangers, Testing And Completion, Loss Potential, Detection Principles,

Minimum Standards, Initiating Devices, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Wet And Dry Sprinkler Systems, Exceeding Code Requirements And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Spark Security, Connex Communications, Inc., Regency Telecom, Inc., P.E. Security, LLC, Integrated Systems & Power, Inc., Shea Communications, Franklin Central Communications, Sentinel Service, Prism Electronics, Benco Security, Inc., Sokoly Alarms, Lowitt Alarms, US Security & Sound, Inc., Systems Sales Corp., Franklin Central Communications, Security Service Company, Cati-Com Systems, ARM Security Systems Corporations, B-Secure, Integrated Electronic Solutions, Inc., And B& R Systems, LLC.

- March 2010, Instructor, New Jersey Division Of  Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Burglar Alarm System Testing, Inspection & Maintenance, Teaneck, New Jersey. Topics: Identifying Defective And/Or Damaged Equipment, Repairing And/Or Replacing Defective And/Or Damaged Equipment, Identifying Changes In The Protected Premises that Can Affect Burglar Alarm System Performance And Reliability, Identifying System Defects And Irregularities And Providing Corrective Action Plan, Minimum Standards Relating To Testing Of Burglar Alarm Systems, Functional Testing Of Initiating Devices, Documenting Findings, Minimum Standards Relating To Inspection Of Burglar Alarm Systems, Utilizing Photography And/Or Videotaping In Burglar Alarm System Inspections, Documenting Findings And Appropriately Notifying Subscriber, Minimum Standards Relating To Maintaining Burglar Alarm Systems, Outdated Technologies, What To Do When The System Cannot Be Replaced With Like, Kind, And Quality Equipment, What To Do When The System Cannot Be Repaired And Case Studies: Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Carbone Security, Electra Shield Alarm Company, Inc., FBS Security Systems, Integrated Electronic Solution,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Sound Facets, LLC, Service Works, Inc., Red Alert Security Systems, SecureLimits Security Systems, LLC, 1ˢᵗ Precinct Security, Prism Electronics, Inc., B&R Systems and Eastern Alarm And Signal Company.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Electronic Countermeasures To Highly Skilled & Other Types Of Burglarious Circumvention Attacks, Teaneck, New Jersey. Topics: Methodologies To Defecting And Helping To Minimize Successful Circumvention Techniques To Disable Alarm Systems, Employing Sophisticated Countermeasures To Detect System Attacks, Understanding Ways To Help Lower Your Loss Potential When Designing, Installing And Monitoring High-Risk, High-Burglary Exposure Protected Premises, Types Of Occupancy, Assets To Be Protected, Physical Security Safeguards, Value Of Assets, Technology And System Options, And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Carbone Security, Electra Shield Alarm Company, Inc., FBS Security Systems, Integrated Electronic Solution, Sound Facets, LLC, Service Works, Inc., Red Alert Security Systems, SecureLimits Security Systems, LLC, 1ˢᵗ Precinct Security, Prism Electronics, Inc., B&R Systems And Eastern Alarm And Signal Company.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, The Alarm Contractor: Policies, Procedures, Customs & Habits, Teaneck, New Jersey. Topics: The Policies, Procedures, Customs, And Habits Of Alarm Contractors, Ways To Minimize Liability When Alarm Contracting, Minimum Industry Standards, Dealing With High Risk Accounts, Advanced Documentation Methodologies, Case Studies, And System Impairments. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Secure Works, Inc., Integrated Electronic Solutions, Eastern Alarm & Signal Company, 1ˢᵗ Precinct Security, Q.A.L. Security Corporation, Red Alert Security Systems, B&R Systems, LLC, Prism Electronics, Inc., D.N.E. Security Communications, And Integrated Security Solutions, Inc.


- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For 2010 License Renewal, Existing Systems & Takeovers, Teaneck, New Jersey. Topics: Policies And Procedures When Connecting To Existing And Take Over Accounts That Your Company Did Not Design Or Install, Identifying Defects And Irregularities On Existing And Take Over Accounts, Documenting Services Provided To Help Minimize Liability, Documenting Services Not Being Provided To Help Minimize Liability, Offering Full System Inspections, Developing Policies And Procedures To Address Existing And Takeover Accounts So The Systems Reliability And Effectiveness Can Be Quantified, Common But Serious Mistakes And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Secure Works, Inc., United Burglar Alarm, Inc., Integrated Electronic Solutions, Eastern Alarm & Signal Company, 1ˢᵗ Precinct Security, Q.A.L. Security Corporation, Red Alert Security Systems, B&R Systems, LLC, Prism Electronics, Inc., D.N.E. Security Communications, And Integrated Security Solutions, Inc.

- March 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, The Alarm Technician: Policies, Procedures, Customs, Habits, Training & Supervision, Teaneck, New Jersey. Topics: The Policies, Procedures, Customs, Habits, Training and Supervision Of Alarm Technicians, Understanding Ways To Address Liability, Minimization Techniques For The Alarm Technician Through The Company's Policies, Procedures, Customs, Habits Training And Supervision, Understanding Ways To Quantify An Alarm Technicians Effectiveness And Performance In The Tasks That They Perform And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Secure Works, Inc., United Burglar Alarm, Inc., Integrated Electronic Solutions, Eastern Alarm & Signal Company, 1ˢᵗ Precinct Security, Q.A.L. Security Corporation, Red Alert Security Systems, B&R Systems, LLC, Prism Electronics, Inc., D.N.E. Security Communications, And Integrated Security Solutions, Inc.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- February 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Security Surveys And Risk Analysis, Teaneck, New Jersey. Topics: Defining The Security Survey, How To Apply Security Surveys To Alarm Systems, Defining Risk Analysis, Hoe To Apply Risk Analysis To Alarm Systems, The Crime Triangle-Recognizing Motive, Intent And Opportunity, CPTED-Crime Prevention Through Environmental Design, Techniques And Methodologies, Performing A Security Survey-What To Do, What Not To Do, And How To Help Make Sure That You Have Not Missed Anything, Foreseeability And Criticality, Quantifying Risk Analysis And Incorporating It Into The Security Survey, Applying The Crime Triangle Into The Security Survey-How To Help Break The Crime Triangle, Utilizing CPTED, Crime Prevention Through Environmental Design In The Security Survey And Risk Analysis Of The Subject Premises, Utilizing Either Passive, Active, Or Combination Methodologies, Written Reports And Recommendations, What To Say, What Not To Say, And How To Help Make Sure That Your Recommendations Are Not A One Size Fits All Approach. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Access Systems, Integration, D.N.E. Security Communications, Prism Electronics, Inc., TJ Security, LLC, Open Systems Integrators, Inc., Davis Alarms, Absolute Security, Inc., Integrated Systems & Services, Inc., US Security & Sounds, Inc., Security Equipment Services, Inc., BH Security, Inc., Red Alert Security Systems, Inc., Universal Security Systems, Inc., Integrated Systems & Services, Inc., T&R Alarm Systems, Inc., Eastern Alarm & Signal Company, And ISS Security Corporation.
- February 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Alarm Science, Teaneck, New Jersey. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: New Jersey

Burglar And/Or Fire Alarm License Holders From The Following Companies: Q.A.L. Security Corporation, FBS Security Systems, Gold Protective Services, Access Systems, Integration, D.N.E. Security Communications, Prism Electronics, Inc., TJ Security, LLC, Open Systems Integrators, Inc., Davis Alarms, Absolute Security, Inc., Integrated Systems & Services, Inc., US Security & Sounds, Inc., Security Equipment Services, Inc., BH Security, Inc., Red Alert Security Systems, Inc., Universal Security Systems, Inc., Integrated Systems & Services, Inc., T&R Alarm Systems, Inc., Eastern Alarm & Signal Company, And ISS Security Corporation.

- February 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Ambush, Hold-Up And Panic Alarms, Teaneck, New Jersey. Topics: Understanding The Criticality And Purpose Of Ambush, Holdup And Panic Alarm Systems In Residential And Commercial Premises, Understanding And Applying UL 636-The Standard Of Safety For Holdup Alarm  Units In Protected Premises, Understanding And Applying The Proper Design, Programming, Location, Installation, Testing And Monitoring Of Ambush, Holdup, And Panic Alarm Systems, Nationally Recognized Industry Standards And Practices, UL 636 Scope, Terminology, Normal Operation Test, Circuit Protection Test, Power Supply Test, Types Of Remote Stations, Extent Of Protection, Bandit-Resisting Enclosure And Alarm, Semiautomatic-Alarm, Manual Alarm, Types Of Radio Frequency Operated Initiating Devices, Manufacturing And Production Tests, Marking, Accessory Equipment, Operation And Electrical Supervision, Power Supplies, Installation, Outside Cables, Wiring Inside Buildings, Maintenance, Standards For Components, Dual Action Vs. Single Action Initiating Devices, Design And Installation Of Holdup And Panic Alarms, The Security Survey, Threat Assessment, Type Of Risk, Accessibility, OSHA Standards Relating To High-Risk Robbery Environments, Industry Standards, Duties Of An Alarm Contractor When Recommending, Designing, Installing, Placing, Programming, Testing, Inspecting, And Monitoring Of

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Ambush, Holdup And Panic Alarm Systems, Installer Training, Subscriber Training, What The Perpetrator May Already Know About Panic And Holdup Alarm Systems-And How To Counter It, Ambush, Holdup And Panic Alarm Systems For Safes And Vaults, How To Ensure Functional, Technical, Operational And Monitoring Reliability Of Ambush, Holdup, And Panic Alarm Systems, The Crime Triangle And Criminality: Motive, Intent And Opportunity, And Forensic Case Studies Regarding Ambush, Holdup And Panic Alarm Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Inc., Sound-A-Vision, LLC, B&R Systems, LLC, Open Systems Integrators, Inc., Integrated Systems & Services, Inc., Sentinel Service, Gold Protective Services, US Security & Sounds, Inc., H&H Alarms, United Protective, Security Equipment Services, Inc., Red Alert Security Systems, Inc., Integrated Systems & Services, Inc., Shea Communications, B-Secure, Eastern Alarm & Signal Company, Integrated Systems And Power, Inc., Alier-3 Services And ISS Security Corporation.

- February 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Carbon Monoxide Design And Installation, Teaneck, New Jersey. Topics:  Detection And Annunciation Of The Presence Of Carbon Monoxide, Evacuation Of Premises, Notification Of Authorities, UL Standards For Carbon Monoxide Sensors, UL 2034, UL 2075, Detection Principles Of Carbon Monoxide Sensors, Causes Of Carbon Monoxide, Equipment Manufacturer's Specifications, Detection Thresholds For Alarm Activation In Parts Per Million (PPM), Exposure Affects, Installation And Testing, Location And Placement Of Carbon Monoxide Sensors, Minimum Standards For The Installation Of Carbon Monoxide Sensors  In Protected Premises, Functional And Exposure Testing Of Carbon Monoxide Sensors, Functional And Reliable Life Expectancy Of Carbon Monoxide Sensors And Circuit, Power, And Initiating Device Supervision And Annunciation. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Prism Electronics, Inc., Sound-A-Vision, LLC, B&R Systems, LLC, Open Systems Integrators, Inc., Integrated Systems & Services, Inc., Sentinel Service, Gold Protective Services, US Security & Sounds, Inc., H&H Alarms, United Protective, Security Equipment Services, Inc., Red Alert Security Systems, Inc., Integrated Systems & Services, Inc., Shea Communications,

B-Secure, Eastern Alarm & Signal Company, Integrated Systems And Power, Inc., Alier-3 Services And ISS Security Corporation.

- January 2010, Instructor, New Jersey Burglar And Fire Alarm Association (NJBFAA) 2010 Annual Symposium, New Jersey Division Of  Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®: The National Fire Alarm Code®-2007 Edition, Atlantic City, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72®, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification Systems, Appliances, Purpose, Performance Based Design, General  Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances, Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection, Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Security Systems Unlimited, Berman Home Systems, FAA Security & Surveillance, G&C Electronics, Security

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Specialists, Ocean Security Systems, Home Systems Of NJ, Inc., Intruder Alert, FYR-FYTER Sales & Service, Inc, Russ Security Systems, Delta Safety Systems, Associated Installations, Inc., JW Kennedy Fire Protection LLC, Independent Alarm Distributors, Inc., King Security Systems, Inc., Security Plus, Inc., Automatic Communications Alarm Co., Inc., Shield Alarm Systems, Inc., Marshall Alarm Systems, Inc., Feel Safe Fire & Burglary, LLC, Independent Alarm Distributors, Inc., Alarmtronics, Inc., Advance Security Technologies, Inc., Security Control Alarm Co, Inc., PACE Communications Group, Inc., B-Safe Alarms, Inc., Rutkoski Security/ASG Security, Reliable Safety Systems, Inc., ASG Security, Haig Security Systems, AAS Security Systems, Northeast Security Systems, Inc., SMS Security Systems, LLC, HEIM Electronics, Inc., Independent Alarm Distributors, Inc., Elizabeth Board Of Education, Pro Video Engineering, And Weiss Distributors.

- January 2010, Instructor, New Jersey Burglar And Fire Alarm Association (NJBFAA) 2010 Annual Symposium, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Security Surveys And Risk Analysis, Atlantic City, New Jersey. Topics: Defining The Security Survey, How To Apply Security Surveys To Alarm Systems, Defining Risk Analysis, Hoe To Apply Risk Analysis To Alarm Systems, The Crime Triangle-Recognizing Motive, Intent And Opportunity, CPTED-Crime Prevention Through Environmental Design, Techniques And Methodologies, Performing A Security Survey-What To Do, What Not To Do, And How To Help Make Sure That You Have Not Missed Anything, Foreseeability And Criticality, Quantifying Risk Analysis And Incorporating It Into The Security Survey, Applying The Crime Triangle Into The Security Survey-How To Help Break The Crime Triangle, Utilizing CPTED, Crime Prevention Through Environmental Design In The Security Survey And Risk Analysis Of The Subject Premises, Utilizing Either Passive, Active, Or Combination Methodologies, Written Reports And Recommendations, What To Say, What Not To Say, And How To Help Make Sure That Your Recommendations Are Not A One Size Fits All Approach. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Ackerman Services, GA Dynamics Security Systems, Inc., BH Security, CB Security Systems, Inc., B-Com Group, LLC, Protection Plus Security Systems, LLC,

Bergen Protective Systems, Inc., DABCO ASI, Automated Security Corp, ASG Security Dynamics, Inc., Evesham Security Technologies, Garden State Fire & Security, Scott's Security Systems, Integrated Systems & Services, Inc., Northstar Services, Inc., Kroll, Certified Protection Services, Inc., American Security Systems, Inc., Certified Protection Systems, Inc., Automated Security Corp, Hughes Fire & Security Systems, Fire Security Technologies, Inc., Associated Installations, Inc., Homeguard Alarm System Systems, Inc., Independent Alarm Distributors, Inc., La Torre Electronic Systems, Comtec Systems, Inc., Elgin Security Systems, Inc., Maffey's Security Group, Michel Security, Feel-Safe Fire & Burglary, LLC, Trinity Security Services, LLC, B&H Security, Pro-Tek Security, Planer Protective, Security Control Alarm Company, Inc., Integrated Systems & Services, Inc., B-Safe Alarms, Inc., Rutkoski Security/ASG Security, Complete Security Systems, Inc., FBS Security Systems, Shepherd Security Systems, Inc., Alarm Service Company Of New Jersey, Triad Security Systems, Inc., Pro-Tek Security, Triad Security Systems, Inc., Independent Alarm Distributors, Inc., Fox Brothers Alarm Services, Inc., Elizabeth Board Of Education, Securall Monitoring Corporation, Pro Video Engineering, And Weiss Distributors, Incorporated.

- January 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, The National Electrical Code, Teaneck, New Jersey. Topics: Analysis And Technical Overview, Understanding And Applying The National Electrical Code In All Types Of Burglar, Fire Alarm And CCTV System Installations, Wiring Methods And Materials, Equipment For General Use, Special Occupancies, Divisions 1 And 2, Class I Locations, Class II Locations, Class III Locations, Intrinsically Safe Systems, NEC Tables, Article 725 Class 1, Class 2, And Class 3 Remote Control, Signaling, And Power Limited Circuits, Article 760: Fire Alarm Systems, Non-Power Limited Fire Alarms (NPLFA) Circuits, Power-Limited Fire Alarm (PLFA) Circuits, Optical Fiber Cables And Raceways, Overcurrent Protection, Location, Enclosures, Disconnecting, Grounding, Circuit And System Grounding, Grounding Electrode System And Electric Conductors, Enclosure, Raceway And Service Cable Grounding, Equipment

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Grounding, Methods Of Equipment Grounding, Direct Current Systems, Instruments, Meters And Relays, Surge Arrestors, Connecting Surge Arrestors, Ensuring NEC Compliance When Installing Burglar, Fire Alarm, And CCTV Systems, Common Errors In NEC Compliance And Checklists For Identification Of NEC Errors. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Lowitt Alarms, B&R Systems, LLC, Open Systems Integrators, Inc., D.N.E. Security Communications, Gold Protective Services, Integrated Systems And Power, Inc., US Security & Sounds, Inc., Simplex Grinnell, United Burglar Alarm, Inc., Red Alert Security Systems, Rutgers University, Universal Security Systems, Inc., AJR Security Systems, Inc., City Electric Company, E.T. Security Systems, Inc., Falcon Engineered Systems, LLC, Q.A.L. Security Corporation, And FBS Security Systems.

- January 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, International Residential Code, Teaneck, New Jersey. Topics: Understanding Pertinent Sections Of The International Residential Code For Burglar And Fire Alarm Contractors, Administration, Department Of Building Safety, Permits, Construction Documents, Temporary Structures And Uses, Fees, Inspections, Certificate Of Occupancy, Board Of Appeals, Violations, Stop Work Order, Definitions, Building Planning And Construction, Smoke Detection And Notification, NFPA 71, Location, Alterations, Repairs And Additions, Exceptions, Power Source, Emergency Escape And Rescue Openings, Means Of Egress, Guards, Electrical Definitions, Branch Circuit And Feeder Requirements, Conductor Sizing And Overcurrent Protection, Class 2 Remote-Control Signaling And Power-Limited Circuits, Installation Requirements, ICC International Residential Code Electrical Provisions, National Electrical Code Cross Reference And Fire Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Lowitt Alarms, B&R Systems, LLC, Open Systems Integrators, Inc., D.N.E. Security Communications, Gold Protective Services, Integrated Systems And Power, Inc., US Security & Sounds, Inc., Simplex Grinnell, United Burglar Alarm, Inc., Red Alert Security Systems, Rutgers University, Universal Security Systems, Inc., AJR Security Systems, Inc., City Electric Company, E.T. Security Systems, Inc., Falcon Engineered Systems, LLC, Q.A.L. Security Corporation, And FBS Security Systems.

- January 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Barrier Free Subcode, New Jersey Uniform Construction Code And Americans With Disabilities Act, Teaneck, New Jersey. Topics: Barrier Free Subcode, 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential \ Groups, Including Spaces Other Than Guestrooms In Use Group R-1And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Americans With Disabilities Act: What Is It?, Definition Of Facility, The Difference Between Commercial Facilities And Public Accommodation, Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: SECURELIMITS SECURITY SYSTEMS, LLC, Look Alarmed, Open Systems Integrators, Inc., Engineered

## IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Solutions, Corp., Protect America, Inc., Jersey Protective Services, Inc., H&H Alarms, Electra Shield Alarm Company, Inc., Vector Security, Inc., Universal Security Systems, Inc., Charles Okun & Associates, Inc., Sentry Safe Alarms, Inc., Advanced Video Surveillance, Inc., FBS Security Systems, Inc., Shepherd Security Systems, Inc., Triad Security, Oliver Alarms, ComTec Systems, Inc., High Technology Fire & Security Systems, Satellite Headquarters, D&W Central Station Fire Alarm Company, Bravante & Associates, Inc., Intruder Alert Security And Fire, Inc., D& W Central Station Fire Alarm Company, Statewide Security Services, Han Kook Security, Bounty Alarms, City Electric Company, Perfect Security Systems, Altec Security Inc., Command Corporation, B&R Systems And Superior Security Systems.

- January 2010, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Teaneck, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And

Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: SECURELIMITS SECURITY SYSTEMS, LLC, Look Alarmed, Open Systems Integrators, Inc., Engineered Solutions, Corp., Protect America, Inc., Jersey Protective Services, Inc., H&H Alarms, Electra Shield Alarm Company, Inc., Vector Security, Inc., Universal Security Systems, Inc., Charles Okun & Associates, Inc., Sentry Safe Alarms, Inc., Advanced Video Surveillance, Inc., FBS Security Systems, Inc., Shepherd Security Systems, Inc., Triad Security, Oliver Alarms, ComTec Systems, Inc., High Technology Fire & Security Systems, Satellite Headquarters, D&W Central Station Fire Alarm Company, Bravante & Associates, Inc., Intruder Alert Security and Fire, Inc., D& W Central Station Fire Alarm Company, Statewide Security Services, Han Kook Security, Bounty Alarms, City Electric Company, Perfect Security Systems, Altec Security Inc., Command Corporation And Superior Security Systems.

- December 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Barrier Free Subcode, New Jersey Uniform Construction Code And Americans With Disabilities Act, Teaneck, New Jersey. Topics: Barrier Free Subcode, 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Americans With Disabilities Act: What Is It?, Definition Of Facility, The Difference Between Commercial Facilities And Public Accommodation, Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Security Systems Plus, Security Net Protection Systems, Sound Facets LLC, Bevan Security Systems, Inc., Franklin Central Communications, D.N.E Security Communications, East Coast Security Systems, Inc., Integrated Electronic Solutions, Q.A.L. Security Corporation, A-1 Security, Inc., United Burglar Alarm, Inc., Intruder Alert Alarms, LLC, Sound Facets, LLC, Consolidated Security, Inc., Pannella Security Systems, Inc., Alert Line Security, E.T. Security Systems, Inc., The Alarm Doctor, Co., And Security Headquarters, Inc.

- November 2009, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide

Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Housing CAB Police Officers And Sergeants, Police Officers And Sergeants From The 6th, 9th, 13Th, 17th, 19th, 28th, 32nd, 33rd, 44th, 63rd, 72nd, 88th, 101st, 108th And 110th Precincts, Police Officers And Detectives From The Monticello Police Department, Police Officers From SSD TF, Deputies From The US Marshal's Office, Police Officers From TD 11, Sergeants From The Bronx Community College, Police Officers From PAPD, Police Officers From TD 33, Police Officers From PSA 1, 8 And 9, Sergeants From SSD, Sergeants From BCPD, Detectives From Central Robbery Section, Sergeants From CAB, Detectives From INTEL Division And Police Officers From SSD Special Projects.

- November 2009, Instructor, Fraud, Subrogation & Lightning Claims, Advanced Investigations-Focus on Alarm Systems, Chubb Group of Insurance Companies, Whitehouse Station, New Jersey. Topics: Misconceptions About Alarm Contractor Liability, Duties Of An Alarm Contractor, Defeating Alarm Company Contracts, Common Defects Found In Residential And Commercial Fire Alarm Systems, Mission Critical Preservation Of All Alarm Equipment On Site And What The Evidence Reveals, Legal Theories Utilized Against Fire Alarm

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

System Designers And Contractors, and Identifying Risk In Fire Alarm System Testing And Inspection. Participants: Property Special Investigations Unit Investigators.

- November 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Barrier Free Subcode, New Jersey Uniform Construction Code And Americans With Disabilities Act, Vector Security, Incorporated, Lawrenceville, New Jersey. Topics: Barrier Free Subcode, 5:23-7.1 Applicability, 5:23-7.2 Accessibility Standard, 5:23-7.4 Non-Residential Buildings And Buildings Of Use Group R-1, 5:23-7.5 Residential Buildings Other Than Group R-1, 5:23-7.11 Requirements Applicable To Specific Non-Residential Groups And Group R-1, 5:23-7.12 Requirements Applicable To All Non-Residential Groups, Including Spaces Other Than Guestrooms In Use Group R-1 And 5:23-7.13 Existing Facilities. New Jersey Uniform Construction Code, Subchapter 2: Administration And Enforcement, 5:23-2.4 Alternations, Replacements And Damages, 5:23-2.7 Ordinary Maintenance, 5:23-2.8 Installation Of Equipment, 5:23-2.9 Variations And Exceptions, 5:23-2.14 Construction Permits (Requirements), 5:23-2.15A Records Retention, 5:23-2.17A Minor Work, 5:23-2.18 Inspections, 5:23-2.20 Tests And Special Inspections, 5:23-2.21 Construction Control, 5:23-2.23 Certificate Requirements, Subchapter 3: Subcodes, 5:23-3.6: Standards; Accepted Practice, 5:23-3.8 Products Violating The Code, Subchapter 5: Licensing, 5:23-5.3 Types Of Licenses, Subchapter 6: Rehabilitation Subcode, 5:23-6.2 Applicability And Compliance, 5:23-6.3 Definitions, 5:23-6.4 Repairs, 5:23-6.5 Renovations, 5:23-6.6 Alterations, 5:23-6.7 Reconstruction, And 5:23-6.8 Materials And Method. Americans With Disabilities Act: What Is It?, Definition Of Facility, The Difference Between Commercial Facilities And Public Accommodation, Americans With Disabilities ACT (ADA) Requirements And NFPA 72®, ADA Accessibility Guidelines For Building And Facilities (ADAAG), ADAAG In Comparison To DOJ Standards For Accessible Design And The International Building Code, Manual Pull Stations, Audible Warning Devices: Horns & Speakers, Visual Warning Devices: Strobe Lights, Activating A Manual Fire Alarm Box Requirements, And Emergency Call Systems: Supervised Sprinkler Systems. Participants: New Jersey Burglar And/Or Fire Alarm License Holders For Vector Security, Incorporated.

- November 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Vector Security, Incorporated, Lawrenceville, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders For Vector Security, Incorporated.

- October 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Overt & Covert CCTV Systems, Teaneck, New Jersey. Topics: Proper Design And Installation Of CCTV Systems, Understanding The Differences Between Overt And Covert CCTV Systems, Liability Concerns When Installing CCTV Systems, Types Of Occupancies, Lighting, Security Concerns, Vandalism, Prior Loss History, Purpose Of System, Expectation Of Privacy, Equipment Manufacturer's Specifications, Onsite Surveillance, Remote View, DVR Technologies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Sovereign Signal Systems, Triad Security Systems, Feldman Brothers Electrical Supply Company, ALTEC Electronic Systems, Security Controls Concepts & Designs, Inc., A.J.R. Security Systems, Inc., United Burglar Alarm, Inc., A-1 Security, Inc., Integrated Systems & Services, RR Concepts, Inc., ALTEC Electronic Systems, Consolidated Security, Inc., H&H Alarms, East Coast Security Systems, The Alarm Doctor, Co., C.W. Security Service, Northeast Security Systems, Inc., E.T. Security Systems, Inc., Advanced Video Surveillance, Inc., William R. Kelly Associates, Inc., Fortress Protection, LLC, Engineered Solutions Corp., Altronics, Inc., Open Systems Integrators, Inc., Ranger Security, Inc., Sound Facets, LLC, B&R Systems, LLC, Integrated Electronic Solutions, Inc., Gold Protective Systems, Inc., Homeguard Alarm Systems, Inc., National Security, Inc., Q.A.L. Security Corp., And D.N.E. Security Communications.

- October 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Residential Security & Fire Alarm Systems, Teaneck, New Jersey. Topics: Detection, Deterrence, Annunciation And Notification, Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Residential Security And Fire Alarm Systems, Existing Residential Security And Fire Alarm Systems, Equipment Manufacturer's Specifications, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, UL 1023, UL 985, Low Temperature And Water Leak Detection Systems, VOIP Dangers, Testing

And Completion, Detection Principles, Meeting Minimum Standards, Initiating Devices, Inherent Safeguards, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Contacts Only, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Exceeding Code Requirements, Supplemental Issues With Residential Fire And Code Restrictions With System Detectors And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Triad Security Systems, Feldman Brothers Electrical Supply Company, ALTEC Electronic Systems, Security Controls Concepts & Designs, Inc., A.J.R. Security Systems, Inc., United Burglar Alarm, Inc., A-1 Security, Inc., Integrated Systems & Services, RR Concepts, Inc., ALTEC Electronic Systems, Consolidated Security, Inc., H&H Alarms, East Coast Security Systems, The Alarm Doctor, Co., C.W. Security Service, Northeast Security Systems, Inc., E.T. Security Systems, Inc., Advanced Video Surveillance, Inc., William R. Kelly Associates, Inc., Fortress Protection, LLC, Engineered Solutions Corp., Altronics, Inc., Open Systems Integrators, Inc., Ranger Security, Inc., Sound Facets, LLC, B&R Systems, LLC, And Integrated Electronic Solutions, Inc., Gold Protective Systems, Inc., Homeguard Alarm Systems, Inc., And National Security, Inc.

- October 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Understanding UL Certificated Systems & Standards, Hackensack, New Jersey. Topics: UL Certified System Requirements, Performance Based Standards, Equipment Manufacturer's Specifications, UL 681, UL 827. The Authority Having Jurisdiction, The UL Certificate, Becoming UL Listed, Maintaining Your UL Listing, Yearly Inspection, Defects Report, Service And Maintenance Obligations And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: TRIAD Security, Sovereign Signal Systems, D.N.E. Security

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Communications, East Coast Security Systems, Q.A.L. Security Corp., AMERIGARD Alarm & Security Corp., Honeywell, Feldman Brothers Electrical Supply Co., Engineered Solutions Corp., William R. Kelly Associates, Inc., Integrated Systems & Services, Incorporated, Jaymer Communications Corp., Central State Medical Center, United Burglar Alarm, Inc., Consolidated Security, Inc., ALTEC Electronic Systems, Ranger Security, Inc., Advanced Video Surveillance, Inc., Security Controls Concepts & Designs, Inc., E.T. Security Systems, Inc., The Alarm Doctor, C.W. Security Service And Security Service Company.

- October 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®: The National Fire Alarm Code®-2007 Edition, Hackensack, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72®, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification Systems, Appliances, Purpose, Performance Based Design, General Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances, Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection, Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: TRIAD Security,

  Sovereign Signal Systems, D.N.E. Security Communications, East Coast Security Systems, Q.A.L. Security Corp., AMERIGARD Alarm & Security Corp., Honeywell, Feldman Brothers Electrical Supply Co., Engineered Solutions Corp., William R. Kelly Associates, Inc., Integrated Systems & Services, Incorporated, Jaymer Communications Corp., Central State Medical Center, United Burglar Alarm, Inc., Consolidated Security, Inc., ALTEC Electronic Systems, Ranger Security, Inc., Advanced Video Surveillance, Inc., Security Controls Concepts & Designs, Inc., E.T. Security Systems, Inc., The Alarm Doctor, C.W. Security Service And Security Service Company.

- September 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Hackensack, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Bravante & Associates, Rutgers University, ADT, Sound Facets, LLC, Sovereign-Bronnelly, LLC, Bounty Alarms, LLC, Feldman Brothers Electrical Supply Company, Greater Essex Security, Inc., William R. Kelley Associates, Inc., East Coast Security Systems, Aarcher's Protection, United Burglar Alarm, Inc., Ranger Security, Inc., A.J.R. Security Systems, Inc., Secure Zone, LLC, Northeast Security Systems, Inc., Bounty Alarms, LLC, E.T. Security Systems, Inc. And The Alarm Doctor Company.

- September 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Alarm Science, Hackensack, New Jersey. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Bravante & Associates, Rutgers University, ADT, Sound Facets, LLC, Sovereign-Bronnelly, LLC, Bounty Alarms, LLC, B&R Systems, LLC, Feldman Brothers Electrical Supply Company, Greater Essex Security, Inc., William R. Kelley Associates, Inc., D.N.E. Security Communications, East Coast Security Systems, Aarcher's Protection, Triad Security Systems, United Burglar Alarm, Inc., Ranger Security, Inc., A.J.R. Security Systems, Inc., Secure Zone, LLC,

  Northeast Security Systems, Inc., Bounty Alarms, LLC, E.T. Security Systems, Inc., And The Alarm Doctor Company.

- September 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Recessed Contacts: Aesthetically Pleasing Or The New Liability, Hackensack, New Jersey. Topics: Identifying Liability Concerns When Installing Recessed Contracts, Window And Door Manufacturer's Warranties, Installing Recessed Contracts In Door Or Windows Voids The Manufacturer's Warranty, Alternative Methodologies To Recessed Alarm Contacts, Identifying Exclusions In Errors And Omissions Coverage For Builder Trace Homes And The Installation Of Recessed Contacts, Case Studies, Water Damage, Mold And Piercing The Building Envelope. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Q.A.L. Security Corporation, Sovereign Signal Systems, B& R Systems, LLC, Protection Plus Security Systems, LLC, Fortress Protection, LLC, Altronics, Inc., Protection Plus Security Systems, LLC, Advanced Video Surveillance, Inc., East Coast Security Systems, Integrated Electronic Solutions, Inc., Gold Protective Systems, Inc., A-1 Security, Inc., United Burglar Alarm, Inc., Triad Security Systems, Inc., Ranger Security, Inc., Advanced Video Surveillance, Inc., A.J.R. Security Systems, Inc., Northeast Security Systems, Inc., E.T. Security Systems, Inc., And The Alarm Doctor, Co.

- September 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Security Surveys & Risk Analysis, Hackensack, New Jersey. Topics: Defining The Security Survey, How To Apply Security Surveys To Alarm Systems, Defining Risk Analysis, Hoe To Apply Risk Analysis To Alarm Systems, The Crime Triangle-Recognizing Motive, Intent And Opportunity, CPTED-Crime Prevention Through Environmental Design, Techniques And Methodologies, Performing A Security Survey-What To Do, What Not To Do, And How To Help Make Sure

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

That You Have Not Missed Anything, Foreseeability And Criticality, Quantifying Risk Analysis And Incorporating It Into The Security Survey, Applying The Crime Triangle Into The Security Survey-How To Help Break The Crime Triangle, Utilizing CPTED, Crime Prevention Through Environmental Design In The Security Survey And Risk Analysis Of The Subject Premises, Utilizing Either Passive, Active, Or Combination Methodologies, Written Reports And Recommendations, What To Say, What Not To Say, And How To Help Make Sure That Your Recommendations Are Not A One Size Fits All Approach. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Q.A.L. Security Corporation, Sovereign Signal Systems, B& R Systems, LLC, Protection Plus Security Systems, LLC, Fortress Protection, LLC, Altronics, Inc., Protection Plus Security Systems, LLC, Advanced Video Surveillance, Inc., East Coast Security Systems, Integrated Electronic Solutions, Inc., Gold Protective Systems, Inc., A-1 Security, Inc., United Burglar Alarm, Inc., Triad Security Systems, Inc., Ranger Security, Inc., Advanced Video Surveillance, Inc., A.J.R. Security Systems, Inc., Northeast Security Systems, Inc., E.T. Security Systems, Inc., And The Alarm Doctor, Co.

- September 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Machine Wired Screens: Proper Application & Installation, Hackensack, New Jersey. Topics: Proper Application And Installation Of Machine Wired Screens, Type Of Machine Wired Screens, Inside Screens, Outside Screens, Wire Trap, Magnetic Contact Trap, Horizontal Vs. Vertical Mesh Installation, Protective Loop Circuit Supervision, Case Studies, Best Practices When Ordering Machine Wired Screens, When Not Use Machine Wired Screens and False Alarm Issues With Machine Wired Screens And How To Avoid Them. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Sovereign Signal Systems, B& R Systems, LLC, Protection Plus Security Systems, LLC, Fortress Protection, LLC, Altronics, Inc., Protection Plus Security Systems, LLC, Advanced Video Surveillance, Inc., East Coast Security Systems, Integrated Electronic Solutions, Inc., Gold Protective Systems, Inc., A-1 Security, Inc., United Burglar Alarm, Inc., Triad Security Systems, Inc., Ranger Security, Inc., Advanced Video Surveillance, Inc., A.J.R. Security Systems, Inc., Northeast Security Systems, Inc., E.T. Security Systems, Inc., And The Alarm Doctor, Co.


- September 2009, Guest Speaker, American Society For Industrial Security (ASIS) Northern New Jersey Chapter XIII Meeting, Alarm Science: The Forensic Study Of Alarm Systems, Rochelle Park, New Jersey. Topics: Alarm and Security Science, The Forensic Study Of Alarm Systems, Case Studies, The Security Survey, Critical Detection Point (CDP), The Crime Triangle, Crime Prevention Through Environmental Design, (CPTED) Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Proper Design, Recommendations, Application, Installation, Programming, Service, Maintenance, Inspection and Monitoring Of Security And Fire Alarm Systems, Telephone Line Security Methodologies, Telephone Line Fault Monitors, And Recognized Practices Of The Technical Community Of The Alarm and Security Industry. Participants: Security Professionals From The Following Companies: Care-Inc., Summit Security, Diebold, Verizon, Boon Edan, Video Security Solutions, Bergen County Prosecutor's Office, Aegis Bleu, Jersey City Police Department, JP Morgan Chase And SCI.
- August 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Hackensack, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Jan-Mar, Stahl Security, Access Granted Access Denied, Reider Associates, Supreme Alarm, Don't Be Alarmed, Bullseye Security, Lyndhurst Quality Alarm, Atlantic Central Station, A&R Alarm, Sherlock Security, Jen-Kare, ARM Security, Digital Security, ABP Security, Quality Alarm Systems, Diversified Systems, IEH, Active Alarm, Digital Casa, TOMMAX, American Alarm Associates, R.J. Montgomery Associates And P.E. Security.

- August 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®: The National Fire Alarm Code®, Hackensack, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification Systems, Appliances, Purpose, Performance Based Design, General Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler

  Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances, Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection, Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Jan-Mar, Stahl Security, Access Granted Access Denied, Reider Associates, Supreme Alarm, Don't Be Alarmed, Bullseye Security, Lyndhurst Quality Alarm, Atlantic Central Station, A&R Alarm, Sherlock Security, Jen-Kare, ARM Security, Digital Security, ABP Security, Quality Alarm Systems, Diversified Systems, IEH, Active Alarm, Digital Casa, TOMMAX, American Alarm Associates, And P.E. Security.

- August 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Hackensack, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detection Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Integrated Electronic Solutions, Inc., Aurora Home Systems, LLC, B&R Systems LLC, Fortress Protection, National Security, Shore Alarm, Inc., Complete Security Systems, East Coast Security System, All Safe Alarm Systems, Gold Protective Systems, Q.A.L Security Corp., A-1 Security, Inc., Marker Alarm, Garden State Fire & Security Company, Metro Alarm, APS Corp., B-Secure, Tramutolo Security Services, DMI Security And Alarm Doctor.

- August 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®: The National Fire Alarm Code®, Hackensack, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification

  Systems, Appliances, Purpose, Performance Based Design, General Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances, Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection, Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Integrated Electronic Solutions, Inc., Aurora Home Systems, LLC, B&R Systems LLC, Fortress Protection, National Security, Shore Alarm, Inc., Complete Security Systems, East Coast Security System, All Safe Alarm Systems, Gold Protective Systems, Q.A.L Security Corp., A-1 Security, Inc., Marker Alarm, Garden State Fire & Security Company, Metro Alarm, APS Corp., B-Secure, Tramutolo Security Services, DMI Security And Alarm Doctor.

- July 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Overt And Covert CCTV Systems, Hackensack, New Jersey. Topics: Proper Design And Installation Of CCTV Systems, Understanding The Differences Between Overt And Covert

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

CCTV Systems, Liability Concerns When Installing CCTV Systems, Types of Occupancies, Lighting, Security Concerns, Vandalism, Prior Loss History, Purpose Of System, Expectation Of Privacy, Equipment Manufacturer's Specifications, Onsite Surveillance, Remote View, DVR Technologies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Sentinel Fire Alarm, Supreme Alarm, Garcia Alarm, Pro-Tech, Stahl Security, ABP Security, Strictly Wireless, IEH Communication, Digital Reaction, JV Security, Energy Innovations, PE Security, Jersey Protective, Jan-Mar, ARM Security, Quality Alarm Systems, TOMMAX, Jen-Kare, D& G Home Security, Sherlock Security, Savastano Alarm, Bullseye Security, J&B Lock & Alarm, Digital Casa, Don't Be Alarmed, Access Granted Access Denied, Rieder Associates, Shore Security Solutions, Charles Alarm, Atlantic Central Station And Lyndhurst Quality Alarms.

- July 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Residential Security & Fire Alarm Systems, Hackensack, New Jersey. Topics: Detection, Deterrence, Annunciation And Notification, Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Residential Security And Fire Alarm Systems, Existing Residential Security And Fire Alarm Systems, Equipment Manufacturer's Specifications, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, UL 1023, UL 985, Low Temperature And Water Leak Detection Systems, VOIP Dangers, Testing And Completion, Detection Principles, Meeting Minimum Standards, Initiating Devices, Inherent Safeguards, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Contacts Only, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Exceeding Code Requirements, Supplemental Issues With Residential Fire And Code Restrictions With System Detectors And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Sentinel Fire Alarm, Supreme Alarm, Garcia Alarm, Pro-Tech, Stahl Security, ABP Security, Strictly Wireless, IEH Communication, Digital Reaction, JV Security, Energy Innovations, PE Security, Jersey Protective, Jan-Mar,

  ARM Security, Quality Alarm Systems, TOMMAX, Jen-Kare, D& G Home Security, Sherlock Security, Savastano Alarm, Bullseye Security, J&B Lock & Alarm, Digital Casa, Don't Be Alarmed, Access Granted Access Denied, Rieder Associates, Shore Security Solutions, Charles Alarm, Atlantic Central Station And Lyndhurst Quality Alarms.

- July 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Smoke Detectors: The Science Of Automatic Detection, Hackensack, New Jersey. Topics: Fire Science, Smoke Detector Operations And Functionality, Hardwired And Wireless Smoke Detectors, The Visible And Invisible Particles Of Combustion: Understanding The Micron, Smoldering Fires Vs. Fast Flaming Fires, Environmental Limitations Of Smoke Detectors, Technical Limitations Of Smoke Detectors, The Four Stages Of A Fire, Obscuration, Stratification, Equipment Manufacturers Specifications, NFPA, Codes And Standards, Quantifying The Reliability Of Smoke Detectors, UL Standard 217, UL Standard 268, UL Standard 985, UL Standard 864, NFPA 72® The National Fire Alarm Code®, Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction (AHJ), International Residential Code (IRC), To Intentionally Exceed Fire Code Requirements Or Not, The Functional And Reliable Life Expectancy Of Smoke Detectors, Placement And Spacing, Different Types Of Smoke Detectors And Smoke Detection Systems, Two-Wire Smoke Detectors, Cross Listing Compatibility, Four Wire Smoke Detectors, Beam Detectors, Duct Detectors, Conventional Smoke Detection Systems, Addressable Smoke Detection Systems, Analog Addressable Smoke Detection Systems, Types Of Smoke Detector Coverage, Emerging Smoke Detection Technologies, Inspection, Testing And Maintenance Of Smoke Detectors, The Proper Methodology For Testing, Inspection And Maintenance, Identification Of Defects And Irregularities In Design, Recommendation, Application, Installation, Placement, Testing, Inspection, Maintenance, Repair And

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Monitoring Of Smoke Detectors, Functional Vs. Sensitivity Testing, Inherent Safeguards, Power Supervision Relays, End Of Line Resistor Supervision, Dangers And Hazards, Remote Momentary Of Toggle Reset Switch, T-Tapping, Special Applications Where Smoke Detectors Shall Be Installed And/Or Where The Occupancy Is Intrinsically Safe And Case Studies Where Fire Alarm Systems Failed And The Reasons Why. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: J.A.S.S. Security Systems, Incorporated, ABE Alarm Service, Sound-A-Vision, LLC, Diversify Interdigital Security Corporation, Complete Security Systems, Automatic Alarm Systems, Incorporated, Alier-3 Services, Reddi Alarm Systems, Altronics, DABCO, System Design Associates, De Santis Integrators, LLC, De-Ben Security Systems, DNE Security Communications, Absolute Security Inc., Integrated Electronic Solutions, Incorporated, Garcia Alarm, Seton Hall University, Triad Security Systems, Three Ring Alarm, LLC, State Of The Art Security Systems, COMTEC Systems, Incorporated, Wire Excellence Security Systems, Inter County Alarm, Maximum Security, Royal Systems Corporation, SEM Security Services, Flagship Systems, Incorporated, Pannella Security Systems, Incorporated, RR Concepts, Incorporated, Shore Security Solution, Tapco Protection Systems, Incorporated And Systems Sales Corporation.

- July 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, NFPA 72®: The National Fire Alarm Code® (TECFA), Hackensack, New Jersey. Topics: Understanding NFPA 72®, Navigating Through NFPA 72, Plans, Permits And Submittals, The Authority Having Jurisdiction (AHJ), Definitions, Fundamentals Of Fire Alarm Systems, Application, Purpose, Equipment, Personnel, System Fundamentals, Documentation, Impairments, Mass Notification Systems, Appliances, Purpose, Performance Based Design, General Requirements, Requirements For Smoke And Heat Detectors, Heat-Sensing Fire Detectors, Smoke-Sensing Fire Detectors, Radiant Energy-Sensing Fire Detectors, Combinations, Multi-Criteria And Multi-Sensor Detectors, Other Fire Detectors, Sprinkler Waterflow Alarm-Initiating Devices, Supervisory Signal-Initiating Devices, Smoke Detectors For Control Of Smoke Spread, Mass Notification Systems, Notification Appliances For Fire Alarm Systems, Application, Purpose, Audible Characteristics, Visible Characteristics-Public Mode And Private Mode, Supplementary Visible Signaling Method, Textual Audible Appliances, Textual Visible Appliances, Tactile Appliances,

  Standard Emergency Service Interface, Mass Notification Systems, Supervising Station Fire Alarm Systems, Fire Alarm Systems Or Central Station Service, Proprietary Supervising Station, Remote Supervising Station Fire Alarm Systems, Communications Methods For Supervising Station Fire Alarm Systems, Mass Notification Systems, Inspection, Testing, Maintenance, Single And Multiple Station Alarms And Household Fire Alarm Systems, Basic Requirements, Assumptions, Detection And Notification, Power Supplies, Equipment Performance, Installation, Optional Functions, Maintenance And Tests, Markings And Instructions. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: J.A.S.S. Security Systems, Incorporated, ABE Alarm Service, Sound-A-Vision, LLC, Diversify Interdigital Security Corporation, Complete Security Systems, Automatic Alarm Systems, Incorporated, Alier-3 Services, Reddi Alarm Systems, Altronics, DABCO, System Design Associates, De Santis Integrators, LLC, De-Ben Security Systems, DNE Security Communications, Absolute Security Inc., Integrated Electronic Solutions, Incorporated, Garcia Alarm, Seton Hall University, Triad Security Systems, Three Ring Alarm, LLC, State Of The Art Security Systems, COMTEC Systems, Incorporated, Wire Excellence Security Systems, Inter County Alarm, Maximum Security, Royal Systems Corporation, SEM Security Services, Flagship Systems, Incorporated, Pannella Security Systems, Incorporated, RR Concepts, Incorporated, Shore Security Solution, Tapco Protection Systems, Incorporated And Systems Sales Corporation.

- June 2009, Instructor, Ways To Help Minimize Your Liability, When Providing Central Station Monitoring Services, Electronic Security Expo (ESX)[21,22,23,24] Baltimore, Maryland. Is Your Central Station Taking The

---

[21] All courses have been tailored to meet the needs of owners and top executives, installation/operations managers, central station managers, sales and marketing managers, systems designers, technicians and central station operators of security

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Steps Necessary To Minimize Your Liability In The Event Of Loss? This Presentation Will Focus On Procedures And Policies You Should Implement Within Your Central Station. Also Discussed Will Be Training, Response Protocols And Documentation. Topics: Anatomy Of A Lawsuit, Theories Of Liability, New Installations, Takeovers, Connecting To Existing Systems, Service Calls, Programming Features, Recommendations, Life Safety Systems And Company Documentation. Participants: Owners, General Management, Operations/Technical Management, Central Station Managements, Sales And Marketing Management, Top Technical, Central Station And Sales And Marketing Staff From Security Integration/Installation Companies With Central Stations, Security Integration/Installation Companies Without Central Stations, Non-Installing Central Stations, Security Consultants, Other Security Installing/ Contracting Companies And Security Products Distributors And Representatives.

- June 2009, Instructor, Your Company On Trial, Electronic Security Expo (ESX)[25,26,27,28] Baltimore, Maryland. This Seminar Was Created To Assist Alarm Company Management, As Well As Employees Of Alarm

Companies, To Proactively Lower Their Loss Potential Before A Loss Occurs-Beginning Even As Early As When They Are First Contracted To Install, Service, Maintain, Inspect, Test Or Monitor Security And Fire Alarm Systems. Actual Case Studies Will Be Presented Where Alarm Systems Failed, And The Reasons Why Will Be Scientifically Explored. This Session Will Provide Great Scientific, Technical, And Forensic Alarm Information Which Can Be Immediately Implemented For Any Size Alarm Company. Topics: Case Studies, Anatomy Of A Lawsuit, Theories Of Liability, Company Files And Records, Properly Designed Systems, Recommendations, Installations, Programming, Inspection, Testing, Service, Maintenance And Monitoring. Participants: Owners, General Management, Operations/Technical Management, Central Station Managements, Sales And Marketing Management, Top Technical, Central Station And Sales And Marketing Staff From Security Integration/Installation Companies With Central Stations, Security Integration/Installation Companies Without Central Stations, Non-Installing Central Stations, Security Consultants, Other Security Installing And Contracting Companies And Security Products Distributors And Representatives.

- June 2009, Instructor, Using Risk Assessment & Threat Analysis As A Selling Tool, Electronic Security Expo (ESX)[29,30,31,32] Baltimore, Maryland. This Scientific And Technical Course Has Been Specifically Designed To

---

[22] systems integration and monitoring companies, custom electronics integrators, electrical and HVAC contractors and consulting engineers.
[22] Sponsors: Brinks Home Security, Impath Networks, Risco Group, S.I.C. Consulting, Inc., Security America, Rapid Response, ESC Central, Inc., Honeywell, GE Security, Security Dealer & Integrator, CSAA. NBFAA, Central Alarm, The Mechanic Group, Windy City Wire Cable & Technology Products, LLC, Electronic Supply Company, TRI·ED, Security Products, SDM Magazine, Cygnus Security Group, Security Systems News, Security Sales & Integration, and Securityinfowatch.com.
[23] 1.25 New Jersey State Approved Continuing Education Credits (CEUS) For Fire Alarm Burglar Alarm & Locksmith Licensees.
[24] 0.1 NBFAA National Training School (NTS) CEU Class Credits.
[25] All courses have been tailored to meet the needs of owners and top executives, installation/operations managers, central station managers, sales and marketing managers, systems designers, technicians and central station operators of security systems integration and monitoring companies, custom electronics integrators, electrical and HVAC contractors and consulting engineers.
[26] Sponsors: Brinks Home Security, Impath Networks, Risco Group, S.I.C. Consulting, Inc., Security America, Rapid Response, ESC Central, Inc., Honeywell, GE Security, Security Dealer & Integrator, CSAA. NBFAA, Central Alarm, The Mechanic Group, Windy City Wire Cable & Technology Products, LLC, Electronic Supply Company, TRI·ED, Security Products, SDM Magazine, Cygnus Security Group, Security Systems News, Security Sales & Integration, and Securityinfowatch.com.
[27] 1.25 New Jersey State Approved Continuing Education Credits (CEUS) For Fire Alarm Burglar Alarm & Locksmith Licensees.
[28] 0.1 NBFAA National Training School (NTS) CEU Class Credits.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Help Minimize Liability When Designing, Specifying, And Recommending All Types Of Security And Fire Alarm Systems. Topics: Case Studies, Educating The Customer, Understanding Risk Assessment, Threat Analysis, The Security Survey, The Crime Triangle, CPTED, 25 Principles Of Alarm Science, Takeovers, Best Location Practices, And Crucial Methodologies To Help Identify Risk And Vulnerabilities. Participants: Owners, General Management, Operations/Technical Management, Central Station Managements, Sales And Marketing Management, Top Technical, Central Station And Sales And Marketing Staff From Security Integration/Installation Companies With Central Stations, Security Integration/Installation Companies Without Central Stations, Non-Installing Central Stations, Security Consultants, Other Security Installing And Contracting Companies And Security Products Distributors And Representatives.

- June 2009, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation

  Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: New York City Police And Crime Prevention Officers, Sergeants, Lieutenants And Captains From The 1st, 5th, 6th, 10th, 17th, 28th, 34th, 40th, 47th, 61st, 63rd, 67th, 71st, 72nd, 73rd, 75th, 77th, 83rd, 90th, 94th, 100th, 104th, 106th, 110th, 114th, And 115th And Representative From The New York City Fire Department.

- June 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Understanding UL Certificated Systems And Standards, Hackensack, New Jersey. Topics: UL Certified System Requirements, Performance Based Standards, Equipment Manufacturer's Specifications, UL 681, UL 827. The Authority Having Jurisdiction, The UL Certificate, Becoming UL Listed, Maintaining Your UL Listing, Yearly Inspection, Defects Report, Service And Maintenance Obligations And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Inner Security Services, Abe Alarm, Supreme Security Systems, Bounty Alarms, Atlantic Central Station, Lyndhurst Security, Dallco Electronic System Of New York, D&W Central Station Fire Alarm Company, Inc., Charles Alarm, Inc., Totally Secure, Inc., DNE Security Communications, Q.A.L. Security Corporation, State Of The Art Security System, Custom Alarms Services,

---

[29] All courses have been tailored to meet the needs of owners and top executives, installation/operations managers, central station managers, sales and marketing managers, systems designers, technicians and central station operators of security systems integration and monitoring companies, custom electronics integrators, electrical and HVAC contractors and consulting engineers.

[30] Sponsors: Brinks Home Security, Impath Networks, Risco Group, S.I.C. Consulting, Inc., Security America, Rapid Response, ESC Central, Inc., Honeywell, GE Security, Security Dealer & Integrator, CSAA. NBFAA, Central Alarm, The Mechanic Group, Windy City Wire Cable & Technology Products, LLC, Electronic Supply Company, TRI·ED, Security Products, SDM Magazine, Cygnus Security Group, Security Systems News, Security Sales & Integration, and Securityinfowatch.com.

[31] 1.25 New Jersey State Approved Continuing Education Credits (CEUS) For Fire Alarm Burglar Alarm & Locksmith Licensees.

[32] 0.1 NBFAA National Training School (NTS) CEU Class Credits.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Maximum Security, S.E.M. Security Systems, Inc., Supreme Security Systems, Shore Security Solutions, H.E.S. Electronics, Triad Security, Bounty Alarms, JM Resources, US Security And Sound, Inc., And Reider Associates.

- June 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Recessed Contacts: Aesthetically Pleasing Or The New Liability, Hackensack, New Jersey. Topics: Identifying Liability Concerns When Installing Recessed Contacts, Window And Door Manufacturer's Warranties, Alternative Methodologies, Identifying Exclusions In Errors And Omissions Coverage For Builder Trac Homes, Case Studies, Water Damage, Mold And Piercing The Building Envelope. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Inner Security Services, Abe Alarm, Supreme Security Systems, Bounty Alarms, Atlantic Central Station, Lyndhurst Security, Dallco Electronic System Of New York, D&W Central Station Fire Alarm Company, Inc., Charles Alarm, Inc., Totally Secure, Inc., DNE Security Communications, Q.A.L. Security Corporation, State Of The Art Security System, Custom Alarms Services, Maximum Security, S.E.M. Security Systems, Inc., Supreme Security Systems, Shore Security Solutions, H.E.S. Electronics, Triad Security, Bounty Alarms, JM Resources, US Security And Sound, Inc., And Reider Associates.

- June 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Machine Wired Screens: Proper Application And Installation, Hackensack, New Jersey. Topics: Proper Application And Installation, Inside Screens, Outside Screens, Wire Traps, Magnetic Contact Trap, Horizontal Vs. Vertical Mesh Installation, Protective Loop Circuit Supervision, Case Studies, Best Practices, When Not To Use Machine Wired Screens And False Alarm Issues. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Abcode Security, Inc., Tom Max, Jan-Mar Alarm Company, Inc., Charles Alarm Inc., Energy Innovations, Inc., Hawk-Reliable, Inc., Superior Security Systems, LLC, International Alarm Security, LLC, Stahl Security Systems, Future Vision Systems, LLC, Lyndhurst Quality Security, Inc., Jen-Kare Alarm Systems, LLC, Pro-Tech Systems, Inc., American Alarm Associates, Discovery Security, B-Protected Alarm Company, A&R Alarm Corporation, Sherlock Security Systems, Inc., Twin Security, Inc., Active Alarm Systems, LLC, Don't Be Alarmed, J& B Lock And Alarm, Inc., ADT,  Northern Jersey Security Systems, Inc., Ultimate Security, Reider Associates, SMD, Shore Security Solutions, Inc., And P.E. Security.

<br>

- June 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Residential Security And Fire Alarm Systems, Hackensack, New Jersey. Topics: Detection, Deterrence, Annunciation And Notification, Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Residential Security And Fire Alarm Systems, Existing Residential Security And Fire Alarm Systems, Equipment Manufacturer's Specifications, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, UL 1023, UL 985, Low Temperature And Water Leak Detection Systems, VOIP Dangers, Testing And Completion, Detection Principles, Meeting Minimum Standards, Initiating Devices, Inherent Safeguards, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Contacts Only, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Exceeding Code Requirements, Supplemental Issues With Residential Fire And Code Restrictions With System Detectors And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Abcode Security, Inc., Tom Max, Jan-Mar Alarm Company, Inc., Charles Alarm Inc., Energy Innovations, Inc., Hawk-Reliable, Inc., Superior Security Systems, LLC, International Alarm Security, LLC, Stahl Security Systems, Future Vision Systems, LLC, Lyndhurst Quality Security, Inc., Jen-Kare Alarm Systems, LLC, Pro-Tech Systems, Inc., American Alarm Associates, Discovery Security, B-Protected Alarm Company, A&R Alarm Corporation, Sherlock Security Systems, Inc., Twin Security, Inc.,  Active Alarm Systems, LLC, Don't Be Alarmed, J& B

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Lock And Alarm, Inc., ADT, Northern Jersey Security Systems, Inc., Ultimate Security, Reider Associates, SMD, Shore Security Solutions, Inc., And P.E. Security.

- May 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Security Surveys & Risk Analysis, Hackensack, New Jersey. Topics: The Security Survey, Risk Analysis, The Crime Triangle, CPTED, Foreseeability And Criticality, Quantifying Risk Analysis, Written Reports And Recommendations. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Lyndhurst Security, Jen-Kare, Don't Be Alarmed, Discover Security, Sherlock Security, Pro-Tech Systems, Quality Alarm, A&R Alarm, Digital Security, Hawk Reliable, IEH Communications, American Alarm Association, North Jersey Security, Digital Reaction, Twin Security, Cencom, Digitalcasa, JV Security, Sentinel Security, International Alarm, Active Alarm, Stahl Security, ADT, Coastal Security, Jan-Mar And PE Security.

- May 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Alarm Science, Hackensack, New Jersey. Topics: Analysis And Technical Overview Of Alarm Science, Equipment Manufacturer's Specifications, UL Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Contractor, The 25 Principles Of Alarm Science, Identification Of Defects And Irregularities In Alarm System Design, Application, Installation, Programming, Service, Inspection, Maintenance, Testing, And Monitoring, Existing Systems, Takeovers, Liability, Policies, Procedures, Customs And Habits And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Lyndhurst Security, Jen-Kare, Don't Be Alarmed, Discover Security, Sherlock Security, Pro-Tech Systems, Quality Alarm, A&R Alarm, Digital Security, Hawk Reliable, IEH Communications, American Alarm Association, North Jersey Security, Digital Reaction, Twin Security, Cencom, Digitalcasa, JV Security, Sentinel Security, International Alarm, Active Alarm, Stahl Security, ADT, Coastal Security, Janmar And PE Security.

- May 2009, Instructor, New Jersey Division Of Consumer Affairs Approved Courses For Continuing Education Credits For The 2010 License Renewal, Commercial Security And Fire Alarm Systems, Hackensack, New Jersey. Topics: Minimization Of Loss, Proper Recommendation, Application, Installation, Service, Maintenance And Monitoring Of Commercial Security And Fire Alarm Systems, Existing Systems, Equipment Manufacturers Specification, Applicable UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, VOIP Dangers, Testing And Completion, Loss Potential, Detection Principles,

  Minimum Standards, Initiating Devices, Perimeter Vs. Motion Detection, Partial Perimeter Vs. Full Perimeter, Stay Shunting, Hardwired, Wireless And Hybrid Systems, Telephone Line Security Options, Smoke Detection, Heat Detection, Carbon Monoxide Detection, Gas Detection, Wet And Dry Sprinkler Systems, Exceeding Code Requirements And Case Studies. Participants: New Jersey Burglar And/Or Fire Alarm License Holders From The Following Companies: Lyndhurst Security, Jen-Kare, Don't Be Alarmed, Discover Security, Sherlock Security, Pro-Tech Systems, Quality Alarm, A&R Alarm, Digital Security, Hawk Reliable, IEH Communications, American Alarm Association, North Jersey Security, Digital Reaction, Twin Security, Cencom, Digitalcasa, JV Security, Sentinel Security, International Alarm, Active Alarm, Stahl Security, ADT, Coastal Security, Janmar And PE Security.

- February 2009, Keynote Speaker, Alarm Science, Connecticut Alarm And Systems Integrators Association (CASIA), Hamden, Connecticut. Topics: NFPA Standards, UL Standards, Equipment Manufacturers Specifications, Industry Standards, The National Electrical Code (NEC), Nationally Recognized Testing Laboratories (NRTL), Methodologies Regarding The Proper Design, Application, Programming, Installation, Sales, Service, Maintenance And Central Station Monitoring, Medical Alarm Systems, The Crime Triangle, Physical Security Standards, Crime Prevention Through Environmental Design (CPTED), Case Studies, Telephone Line Security, Telephone Line Fault Monitor Configurations, Carbon Monoxide Detectors And Central Station Policies, Procedures And Protocols. Participants: Presidents, Senior Management, Sales

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Personnel, Installers, Technicians, NICET Certified Technicians, Central Station Operators And Managers Representing One Or More Of The Following Companies: Advanced Electronic Systems, ASP Security, AlarmSystems, Inc.,  Alert Security, Inc., Alarms By Precision, Berkshire Alarm, CT Home Automation, Dubaldo Security Systems, EBC Security, LLC, FBN Security Company, LLC, Fire Control Service Company, Inc., Fireworks, LLC, MCI Security, Monitor Controls, Mule Security & Electric, RK Electronic Services, LLC, Safe Home Security, Security Solutions, Security Specialists, Sentry Security, Sterling Security, Systems By Walsh, The Alarm Company, United Alarm Services, Inc., VIP Security & Consulting, Inc. And Welte Electrical Systems.

- February 2009, Instructor, Alarm Science Boot Camp, Bay Alarm Company, Pacheco, California. Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems,  Medical Alarm Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ-31X Jack And Telephone Line Seizure, NFPA 72®, Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: Vice President Of Code Safety Compliance, Field System Designers, Senior System Designers, Southern California Corporate Accounts Sales Managers, Project Managers I, Project Managers II, Vice President Of Sales And Marketing, Trainers, Inspectors, Customer Care Managers, Central Station Customer Service III, Center Station Supervisors, Alarm Dispatch Managers, Vice President Of Monitoring Services, Corporate Project Managers, Field Support Supervisors, Operations Managers, Regional Branch Managers, Installation Managers, Sales Managers, Branch Managers, Field System Designers, Service And Installation Managers, Field Supervisors, Residential Sales Managers, Commercial Sales Managers And Co-Presidents.



- February 2009, Instructor, Fire Alarm Science Boot Camp, Washington Township Fire Department, Sewell, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, Equipment System Options- Recipe For Disaster?, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®[33], Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Programming, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Were Reported To Fail, And The Reasons Why, Demonstrative Equipment, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Fire Chief, Lieutenant, Code Official And Firefighters.

---

[33] Registered trademark of The National Fire Protection Association (NFPA).

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- January 2009, Instructor, Alarm Science Boot Camp, American Alarm And Communications, Incorporated, Arlington, Massachusetts. Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems, Medical Alarm Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ-31X Jack And Telephone Line Seizure, NFPA 72®, Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: Service And Installation Technicians, NICET Certified Technicians, Sales, Management And Central Station Operators, President And Vice President Of American Alarm And Communications, Incorporated. December 2008, Speaker, Case Studies Of Alarm Liability, Membership Meeting Of The New Jersey Chapter Of The Society Of Fire Protection Engineers[34], East Hanover, New Jersey. Topics: Case Studies, Duties Of An Alarm Contractor, The Security Survey, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Security System Design, Application, Recommendations, Sales, Installation, Service, Testing, Maintenance, Inspections And Monitoring, Types Of Line And Wireless Based Telephone Line Security Technologies, Fire Alarm Systems, Life Safety Systems, Fire Alarm Science, Obscuration And Stratification, Carbon Monoxide Systems, Installation Policies And Procedures, Central Station Monitoring Policies And Procedures, Connect To Existing Systems And Takeovers, And Training And Supervision. Participants: RJA Group, Risk Logic, Inc., United Fire Protection, GB Risk, Cintas, FA Associates, Willis HRH, FM Global, National Fire Sprinkler Associates, City Fire, Inc., Johnson & Johnson, Hoffman Laroche, Survivor Fire, Affiliated FM And XL Insurance.


- November 2008, Instructor, Alarm Science Boot Camp, Lowitt Alarms, Hicksville, New York. Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems, Medical Alarm Systems And Nurse Call, CCTV And Access Control Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ 31X Jack And Telephone Line Seizure, NFPA 72®, Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: Employees From All Divisions Of Company, Field Technicians, Central Station Manager, Central Station Dispatchers,

---

[34] The NJ Chapter, part of the National Society of Fire Protection Engineers headquartered in Bethesda, Maryland, is a group of fire protection and allied professionals dedicated to advancing the art and science of Fire Protection Engineering, maintaining a high ethical standard among its members, and fostering Fire Protection Engineering education.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Supervisors, Sales Consultants, Installation Manager, Service Manager, Office Personnel And President Of Lowitt Alarms.

- November 2008, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: New York City Police And Crime Prevention Officers.
- May 2008, Instructor, Fire Alarm Science Boot Camp, Kean University, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Union, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, Equipment System Options- Recipe For Disaster?, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®[35], Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Programming, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Were

Reported To Fail, And The Reasons Why, Demonstrative Equipment, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Construction Officials, Fire Inspectors, Bureau Of Training & Fire Safety Lieutenants, Fire Investigators, Fire Sub Code Officials, Fire Officials, Fire Department Chiefs, Fire Department Lieutenants, Fire Marshals, Central Station Supervisors, Code Specialists, Property Risk Control Executives, Alarm Contractors, NICET Certified Technicians, Fire Safety Directors And Fire & Housing Officials.

- November 2008, Instructor, Your Central Station Operator & Company On Trial!, Ways To Help Minimize Your Liability, When Providing Central Station Monitoring Services, Central Station Alarm Association (CSAA) Fall Operations Management Seminar: Destination: Success, Peabody Massachusetts. Topics: Duties Of A Central Station Operator, Central Station Supervisor, And Central Station, Case Studies, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Policies And Procedures, Customs And Habits, The Importance Of Clear, Complete, And Critical Information, Dialogue, Training, Complacency, And Urgency When Dispatching Alarm Signals, Opening And Closing Signals, Telephone Line Security, Carbon Monoxide Detectors, Smoke Detectors, System Testing, Default Instructions, The Dangers Of Taking

---

[35] Registered trademark of The National Fire Protection Association (NFPA).

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

A One Size Fits All Approach To Central Station Monitoring, 25 Principles Of Alarm Science, PERS, Medical Alarm Systems And How To Properly Address Supervision Of Central Station Operators When Monitoring Security And Fire Alarm System. Conference Participants: Security Partners, ADS Security, Vallance Security, Seacoast Security, Rapid Response Monitoring, Diebold, C.O.P.S. Monitoring, Southwest Dispatch Center, Gillmore Security Systems, Graham Alarm Monitoring, Digicom, Inc., United Central Control, Digital Security Controls (DSC), E.P.S., Giant Food, Vector Security, Inc., The Command Center, Inc., RFI Security, Inc., Holmes Electric Security Systems, Monitronics, Centurytel Security, The Protection Bureau, Sur-Gard, Central Station Alarm Association, Security Alarm Monitoring, Waste Management, Avantguard Monitoring, Certified System Design, LLC, Sebastian, State Farm Insurance, American Alarm & Communications, Inc., ADS Security, Alarm Detection Systems, Inc., Per Mar Security Services, Bay Alarm Company, Bold Technologies, Ltd, Security Partners, Monitoring America Alarm Co-Op, Fleenor Security Services, United Monitoring Services, Centerpoint Technologies, Amherst Alarm, Inc. And DMC Security Services.

- October 2008, Speaker, Your Company On Trial, You Have Been Served[36], Central Station Alarm Association 2008 Annual Meeting (CSAA), Grand Cayman Islands. *This Seminar Is Designed For High Level Executives In The Alarm Industry. It Will Be Very Fast Paced, Technical, And Scientific And Is Full Of Lots Of Great Forensic Alarm Information Which Can Be Immediately Implemented For Any Size Alarm Company. It Will Also Cover A Broad Spectrum Of What CSAA Members Encounter In Their Day-To-Day Business Operations.* Topics: Duties Of An Alarm Contractor, Duties Of An Alarm Technician, Case Studies, Equipment Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Telephone Line Security Methodologies, Line Fault Monitors, The Security Survey, Identification Of Risks And Vulnerabilities, Actions That Should Be Taken For High Risk Environments, The 25 Principles Of Alarm Science, Audibility Concerns For Security And Fire Alarm Systems, Recommendations Made, The Proper Training And Supervision Of All Persons Involved In The Sales, Design, Application, Programming, Installation, Service, Maintenance, Inspection, Testing, And Monitoring Of Security And Fire Alarm Systems, The Crime Triangle, Perimeter Detection Devices, Glassbreak Detection Devices, Interior Detection Devices, Hardwired And Wireless Initiating Detection Devices, Low Temperature Sensors, Carbon Monoxide, Gas And Smoke Detection Sensors, Medical Alarm Systems, Inherent Safeguards, Functional, Reliable, Technical And Operational Life Expectancy Of Carbon Monoxide, Smoke Detectors And Alarm Equipment, Open And Obvious Risks, The Criticality Of Testing Security And Fire Alarm Systems, And Ambush And Stay Shunting Dangers. Conference Participants: A1/Knight Security, Ackerman Security Systems, Acme Protective Systems, Ltd./APS, ADI, ADS Security, ADT Security Services, Incorporated, AES-Intellinet, Affiliated Central Station, Alarm Detection Systems, Alarmco, Incorporated, Alert Alarm Of Hawaii, Altronix Corporation, American

Alarm & Communications, Incorporated, Amherst Alarm Inc, APCO International, Incorporated, ASG Security, Axis Communications, Bay Alarm Company, Berrian Insurance Group, Blooston, Mordkofsky, Dickens, Duffy & Prendergast, Bold Technologies, Ltd., Bosch Security Systems, Buchanan Ingersoll & Rooney PC, Bud Wulforst, C.O.P.S. Monitoring, Central Station Alarm Association, CIA Security, Citizens Bank, Davis Marketing Group, Denver Burglar, Deview Electronics, DGA Security Systems, Incorporated, Diebold, Incorporated, Digital Security Controls (DSC)/Surgard, DMC Security Services, Incorporated, DMP, E-Data Corporation, Electronix Systems C.S.A., Incorporated, Expedeum, Incorporated, Fleenor Security Systems, GE Security, Guardian Alarm Company, Honeywell Security Group, Innovative Business Software, Intelligent Technology, Incorporated, International Association Of Chiefs Of Police (IACP), International Association Of Fire Chiefs (IAFC), Intertech Security, Intertek, Kleinbard, Bell & Brecker, LLP, L.T. Fiore, Incorporated, Lowitt Alarms & Security Systems, Incorporated, LRG Marketing Communications, Mace Security, Merchants Alarm Systems, Michael J. Kelly Insurance Agency, Micro Key Software, Incorporated, Mitchell, Silberberg & Knupp, Monitoring America Alarm Co-Op, NAPCO Security Group, National Burglar

---

[36] Sponsored by Bosch Security Systems.

## IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

& Fire Alarm Association (NBFAA), National Fire Protection Association (NFPA), National Sheriff's Association (NSA), Niscayah, Incorporated, OPTEX, Incorporated, Ozvision America, Pacific Alarm Systems, Incorporated, Peak Alarm Company, Incorporated, RAM Capital Corporation, Ray Adams, Reliance Protection, Incorporated, RSI Alarm-Videofied, S.E.M. Security Systems, SAFE Security, SDA Security Systems, Incorporated, Secure Global Solutions, LLC, Secure-I, Security Central, Incorporated, Security Equipment, Incorporated, Security Network Of America, Security Networks, LLC, Sedona Office, Sentry Watch, Incorporated, SIAC, Incorporated, SPECO Technologies, Stanley Convergent Security Solutions, Supreme Security Systems, Incorporated, Sur-Gard/DSC, SVI Systems, Incorporated, System Sensor, The Attrition Busters, The CMOOR Group, The Private Bank, Tri-Ed Distribution, Incorporated, Tyco Fire & Security/ADT, Underwriters Laboratories, Incorporated (UL), United Monitoring Services, Vector Security, Incorporated, Verifier Capital, Visonic Americas, Washington Alarm And Wayne Alarm Systems, Incorporated.

- October 2008, Instructor, Fire Alarm Science Boot Camp, Kean University, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Blackwood, New Jersey.[37] Continuing Education Units (CEU) Awarded In Uniform Fire Code Technical, UCC Reciprocal Technical And Fire Instructor. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, Equipment System Options- Recipe For Disaster?, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®[38], Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Programming, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Were Reported To Fail, And The Reasons Why, Demonstrative Equipment, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Firefighters, Fire Chiefs, District Captains, Training Officers, Fire Marshals, And Fire Inspectors.

- June, 2008, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And

---

[37] First Instructor at the new state-of-the-art academic training facility. The Academy operations are managed by the Camden County Fire Marshal's Office which provides a full-time director and support staff for daily operations.
[38] Registered trademark of The National Fire Protection Association (NFPA).

## IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: New York City Police Officers.

- May 2008, Instructor, Fire Alarm Science Boot Camp, Kean University, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Union, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, Equipment System Options-Recipe For Disaster?, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®[39], Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Programming, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Were Reported To Fail, And The Reasons Why, Demonstrative Equipment, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Construction Officials, Fire Inspectors, Bureau Of Training & Fire Safety Lieutenants, Fire Investigators, Fire Sub Code Officials, Fire Officials, Fire Department Chiefs, Fire Department Lieutenants, Fire Marshals, Central Station Supervisors, Code Specialists, Property Risk Control Executives, Alarm Contractors, NICET Certified Technicians, Fire Safety Directors And Fire & Housing Officials.

- May 2008, Instructor, PBFAA- Pennsylvania Burglar And Fire Alarm  26th Annual Membership Meeting & Exposition, Alarm Science Mini Boot Camp, Trevose, Pennsylvania. Topics: Your Company On Trial, Duties Of An Alarm Contractor, Design, Application, Programming, Installation, Placement, Service, Maintenance, Testing, And Monitoring Of Residential, Commercial, And Industrial Security Systems, Alarm Science, Junk Science, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, NFPA 72®, Fire Science, Case Studies Where The Alarm System Was Reported To Fail, And The Reasons Why, Equipment System Options- Recipe For Disaster?, Demonstrative Equipment, Carbon Monoxide And Gas Detection Systems, The Crime Triangle, The Security Survey, Security Methodologies, CPTED And Electronic Countermeasures To Highly Sophisticated Burglarious Attacks, Critical Detection Points (CDP), Telephone Line Security Methodologies, Environmental Monitoring, UL Listed Central Station Monitoring Policies And Procedures, The UL Certificate, And Ways To Help Lower

Your Companies Liability When Alarm Contracting. Participants: The President And Board Members Of The PBFAA, Alarm Contractors, Technicians, Certified Protection Professionals, Central Station Managers, And NICET Certified Technicians.

- April 2008, Instructor, Alarm Science Boot Camp, Illinois Electronic Security Association (IESA), Elk Grove Village, Illinois. Topics: The 25 Principles Of Alarm Science, Security Surveys, Alarm Company Documentation- Training And Supervision,  Alarm Science Or Junk Science, Duties Of An Alarm Contractor Serious Defects And Irregularities In Security And Fire Alarm System, Advance Fire Science Methodologies And Fire Alarm Science, Design, Installation, Application, Programming, Installation, Testing, Service, Maintenance, And Monitoring, Takeovers And Upgrades, Equipment System Options- Recipe For Disaster?, Reliable And Functional Life Expectancy On Initiating Devices, The Authority Having Jurisdiction, NFPA

---

[39] Registered trademark of The National Fire Protection Association (NFPA).

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

72®, Recessed Contacts, Fire Code Violations, Increased Liability And Loss Potential, What To Do When A Customer Does Not Accept What You Recommend, Low Temperature Detection Systems, Case Studies, Carbon Monoxide Detection, Relay Button Vs. Exposure Testing, NFPA Standards, UL Standards, Equipment Manufacturers Specifications, UL Certificates, Nationally Recognized Industry Standards And Practices, Your Employees On Trial-A Mock Demonstration, Functional Vs. Sensitivity Testing On Smoke Detection Systems, High-Risk High-Burglary Exposure Security, The Crime Triangle, CPTED And Highly Skilled Burglarious Circumvention Techniques & Effective Countermeasures. Participants: Alarm Company Operations Managers, Presidents, Vice Presidents, Sales Managers, Alarm Division Managers, Technicians, Installers, Installations Managers, Service Managers And NICET Certified Technicians.

- April 2008, Instructor, Alarm Science Boot Camp, Alarm Detection Systems, Incorporated, Aurora Illinois. Topics: The 25 Principles Of Alarm Science, Security Surveys, Alarm Company Documentation- Training And Supervision, Alarm Science Or Junk Science, Duties Of An Alarm Contractor Serious Defects And Irregularities In Security And Fire Alarm System, Advance Fire Science Methodologies And Fire Alarm Science, Design, Installation, Application, Programming, Installation, Testing, Service, Maintenance, And Monitoring, Takeovers And Upgrades, Equipment System Options-Recipe For Disaster?, Reliable And Functional Life Expectancy On Initiating Devices, The Authority Having Jurisdiction, NFPA 72®, Recessed Contacts, Fire Code Violations And Increased Liability And Loss Potential, What To Do When A Customer Does Not Accept What You Recommend, Low Temperature Detection Systems, Case Studies, Carbon Monoxide Detection, Relay Button Vs. Exposure Testing, NFPA Standards, UL Standards, Equipment Manufacturers Specifications, UL Certificates, Nationally Recognized Industry Standards And Practices, Your Employees On Trial- A Mock Demonstration, Functional Vs. Sensitivity Testing On Smoke Detection Systems, HighRisk High-Burglary Exposure Security, The Crime Triangle, CPTED And Highly Skilled Burglarious Circumvention Techniques & Effective Countermeasures. Participants: Alarm Company Operations Managers, Vice Presidents, Sales Managers, Alarm Division Managers, Technicians, Installers, Installations Managers, Service Managers And NICET Certified Technicians.

- February 2007, Keynote Speaker, Case Studies: Your Company On Trial, Connecticut Alarm And Systems Integrators Association (CASIA), Hamden, Connecticut. Topics: Case Studies, Duties Of An Alarm Contractor, The Security Survey, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Security System Design, Application, Recommendations, Sales, Installation, Service, Testing, Maintenance, Inspections And Monitoring, Types Of Line And Wireless Based Telephone Line Security Technologies, Fire Alarm Systems, Life Safety Systems, Fire Alarm Science, Obscuration And Stratification, Carbon Monoxide Systems, Installation Policies And Procedures, Central Station Monitoring Policies And Procedures, Connect To Existing Systems And Takeovers, And Training And Supervision. Participants: President And Board Members Of The Connecticut Alarm And Systems Integrators Association, Equipment Manufacturers Representatives, And Alarm Company Presidents, Owners And Technicians Including NICET Certified Technicians.


- November 2007, Instructor, Fire Alarm Science Boot Camp, Passaic County Fire Academy, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Wayne, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Deputy Fire Chiefs, Battalion Chiefs, Assistant Fire Chiefs, Fire Department Captains, Fire Inspectors, Fire Officials, Constructions Officials, Zoning Officers, Service Directors, Facilities Managers And PBA Delegates.

- November 2007, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of  Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: New York City Police Officers From The 107th, 45th, 63rd, 79th, 100th, 42th, 7th, 109th, 101st And 25th, Transit District 30th And 34th Precincts, Crime Prevention Section, Patrol Borough Manhattan North, New York City Police Sergeants From The Criminal Records Section, Police Academy,  Department Of Citywide Administrative Services,  New York City Detectives Manhattan Warrants Squad, Manhattan/Bronx Juvenile Crimes Squad, Major Case Unit, Sloan Kettering Security Officers, New York City School Safety Division Administrators, New York City Police Officers Community Affairs Bureau Representatives, New York City Police Athletic League Representatives And President Of CHB Industries.
- October 2007, Instructor, New York City Fire Department, Bureau Of Fire Investigation, Fire Marshal Training Unit, Fire Marshal Academy Class 2 Of 2007, Special Operations Command, Brooklyn, New York, Alarm Science Boot Camp. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable, And Analog Addressable Systems, Carbon Monoxide And Gas Detection Functional And Exposure Testing, 25 Principles Of Alarm Science, Final Inspections, New York State Department Of State Division Of Licensing Services, Article 6-D General Business Law, Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, Title 19 Security And Fire Alarm Systems, Part 195 Licensing Regulations For The Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, The New York City Fire Law Handbook, Title 15 Fire Prevention Control And Title 27-Chapter 4, Fire Prevention Code Of The New York City Administrative Code, International Fire Code, Inherent Safeguards, Wiring

Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, Service, Maintenance And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event, And Forensic Civil And Criminal Investigations. Participants: Fire Marshals And Supervisors.
- October 2007, Instructor, Fire Alarm Science Boot Camp, Middlesex County Fire Academy, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Sayreville, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Fire Officials, Fire Inspectors, Fire Marshals, Fire Instructors, Electrical Contractors, Fire Sub-Code Officials, Insurance Adjusters, Training Supervisors, Fire Captains, Fire Sub Code/Housing Inspectors.

- October 2007, Guest Speaker, New Jersey Burglar And Fire Alarm Association (NJBFAA) Northern Region Meeting, Saddle Brook, New Jersey. Case Studies Of Alarm Liability. Topics: Alarm Science, New Jersey Alarm Contracting Laws, Case Studies Of Alarm Liability, The Security Survey, Fire Alarm Systems, Standards, And NFPA 72®, The Authority Having Jurisdiction, Duties Of An Alarm Contractor, End Of Line Resistor (EOLR) Supervision, Normally Open And Normally Closed Protective Loop Circuit Supervision Methodologies, Telephone Line Seizure, VOIP, Power Supervision Relay, Two-Wire Smoke Detector Compatibility Verification, Identification Of Defects And Irregularities In Security System Design, Application, Programming, Installation, Service, Testing, Inspection, Repair, Maintenance And Remote Station Monitoring, Stay Shunting, Dialer Delay, Telephone Line Security, Radio Test Fail Conditions, Other Trouble Conditions, UL Standards, Equipment Manufacturers Specifications, Nationally Recognized Industry Standards And Practices, Techniques Utilized By The Criminal Element To Circumvent Security Systems, UL2034 And UL2075, Carbon Monoxide And Gas Detectors, High And Low Temperature Detection Devices, And Ambush And Panic Initiating Detection Devices. Participants: NICET Certified Technicians, Service And Installation Technicians, New Jersey And New York State Certified Alarm Contractors, New Jersey Burglar And Fire Alarm Association Board Members, Alarm Company Management, Owners, Equipment Manufacturers, Central Stations, And Manufacturers Representatives.

- August 2007, Instructor, DGA Security Systems, Inc. New York, New York. Alarm Science Boot Camp. Topics: Case Studies, Design, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And

  Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems, CCTV And Access Control Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ 31X Jack And Telephone Line Seizure, NFPA 72®, Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: President, Vice President, Senior Project Manager, Operations Manager, Installation Manager, Customer Service Manager, Vault Manager, Installation Manager, NICET Certified Technicians, Sales Manager And Senior Management.

- July 2007, Instructor, New York City Fire Department, Bureau Of Fire Investigation, Fire Marshal Training Unit, Fire Marshal Academy Class 1 Of 2007, Special Operations Command, Brooklyn, New York, Alarm Science Boot Camp. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional,

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Addressable, And Analog Addressable Systems, Carbon Monoxide And Gas Detection Functional And Exposure Testing, 25 Principles Of Alarm Science, Final Inspections, New York State Department Of State Division Of Licensing Services, Article 6-D General Business Law, Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, Title 19 Security And Fire Alarm Systems, Part 195 Licensing Regulations For The Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, The New York City Fire Law Handbook, Title 15 Fire Prevention Control And Title 27-Chapter 4, Fire Prevention Code Of The New York City Administrative Code, International Fire Code, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, Service, Maintenance And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event, And Forensic Civil And Criminal Investigations. Participants: Fire Marshals And Supervisors.

- July 2007, Instructor, Vector Security Inc., Turf Valley Resort, Ellicott City, Maryland, Vector University-Minimizing Risk. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Senior Vice President, Local And Regional Sales, Branch And Supervisory Managers.

- June 2007, Instructor, Vector Security, Inc., Wilkes-Barre, Pennsylvania, Alarm Science Boot Camp For Technicians. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Technician, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems, Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Installers, Technicians, Service Personnel, NICET Certified Technicians And Installation Supervisors.

- June 2007, Presenter, SEAK, Hyannis, Massachusetts.
- June 2007, Instructor, PBFAA-Pennsylvania Burglar And Fire Alarm Association's 25th Anniversary Annual Membership Meeting & Exposition: Alarm Science Mini Boot Camp, Philadelphia, Pennsylvania. Topics: Duties Of An Alarm Contractor, Design, Application, Programming, Installation, Placement, Service, Maintenance, Testing, And Monitoring Of Residential, Commercial, And Industrial Security Systems, Alarm Science, Junk Science, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, NFPA 72®, Fire Science, Case Studies Where The Alarm System Was Reported To Fail, And The Reasons Why, Demonstrative Equipment, Carbon Monoxide And Gas Detection Systems, The Crime Triangle, The Security Survey, Security Methodologies, Electronic Countermeasures To Highly Sophisticated Burglarious Attacks, Critical Detection Points, Telephone Line Security Methodologies, Environmental Monitoring, UL Listed Central Station Monitoring Policies And Procedures, The UL Certificate, And Ways To Help Lower Your Companies Liability When Alarm Contracting. Participants: The President And Board Members Of The PBFAA, Alarm Contractors, Technicians, Certified Protection Professionals, And NICET Certified Technicians.
- June, 2007, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Police Officers From The 5th, 7th, 17th, 24th, 47th, 61st, 62nd, 66th, 71st, 107th, 109th, 110th And 112th Precincts, Suffolk County Police Department Sergeant, Patrol Borough Queens North Sergeant, Manager Of The Police Athletic League,

  Manhattan South Task Force Captain, Manhattan North Narcotics Lieutenant, Transit Bureau Police Officer, Sloan Kettering Memorial Hospital Security Officer And Crime Prevention Lieutenant And Police Officers.
- June 2007, Instructor, Vector Security, Inc., Pittsburgh, Pennsylvania, Alarm Science Boot Camp For Technicians. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of A Technician, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey,

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems, Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Installers, Technicians, Service Personnel, NICET Certified Technicians And Installation Supervisors.

- June 2007, Instructor, Vector Security, Inc., Philadelphia, Pennsylvania, Alarm Science Boot Camp For Technicians. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Technician, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems, Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Installers, Technicians, Service Personnel, NICET Certified Technicians And Installation Supervisors.

- May 2007, Instructor, New York City Fire Department, Bureau Of Fire Investigation, Fire Marshal Training Unit, Fire Marshal Academy, Special Operations Command, Brooklyn, New York, Alarm Science Boot Camp. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Functional And Exposure Testing, 25 Principles Of Alarm Science, Final Inspections, New York State Department Of State Division Of Licensing Services, Article 6-D General Business Law, Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, Title 19 Security And Fire Alarm Systems, Part 195 Licensing Regulations For The Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, The New York City Fire Law Handbook, Title 15 Fire Prevention Control And Title 27-Chapter 4, Fire Prevention Code [Of The New York City Administrative Code], International Fire Code, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire

Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event, And Forensic Civil And Criminal Investigations. Participants: Fire Marshals And Supervisors.

- May 2007, Instructor, Vector Security, Inc., Princeton, New Jersey, Alarm Science Boot Camp For Technicians. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Technician, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems, Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Installers, Technicians, Service Personnel, NICET Certified Technicians And Installation Supervisors.

- May 2007, Instructor, Vector Security, Inc., Richmond, Virginia, Alarm Science Boot Camp For Technicians. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Technician, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems, Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Installers, Technicians, Service Personnel, NICET Certified Technicians And Installation Supervisors.

- May 2007, Instructor, Vector Security Inc., Turf Valley Resort, Ellicott City, Maryland, Vector University-Alarm Science Boot Camp. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And

The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- May 2007, Instructor, Alarm Science Boot Camp, Burlington County Emergency Services Training Center, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Mt. Holly, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, 25 Principles Of Alarm Science, Final Inspections, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards,  Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Fire Officials, Fire Inspectors, Fire Marshals, Fire Instructors, Electrical Contractors, Fire Sub-Code Officials, Consultants, Training Supervisors.

- April 2007, Instructor, Alarm Science Boot Camp, Bergen County Fire Academy, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Program, Mahwah, New Jersey. Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Conventional, Addressable And Analog Addressable Systems, Carbon Monoxide And Gas Detection Exposure Testing, 25 Principles Of Alarm Science, Uniform Fire Code, New Jersey State Fire Prevention Code, Department Of Law And Public Safety Division Of Consumer Affairs, Board Of Examiners Of Electrical Contractors Statues And Regulations, Inherent Safeguards, Wiring Methods, Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Fire Officials, Fire Inspectors, Fire Marshals, Fire Instructors, Electrical Contractors, Fire Sub-Code Officials, Insurance Adjusters, Training Supervisors, Fire Captains, Fire Sub Code/Housing Inspectors.

- April 2007, Instructor, Wayne Alarm Systems, Inc. Lynn, Massachusetts. Alarm Science Boot Camp: Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection

Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems,  Medical Alarm Systems And Nurse Call, CCTV And Access Control Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ 31X  Jack And Telephone Line Seizure, NFPA 72®,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: Employees From All Divisions Of Company, Field Technicians, Central Station Dispatchers, Supervisors, Sales Consultants And Office Personnel, President Of Wayne Alarms, Subcontract Alarm Dealers.

- April 2007, Instructor, Vector Security Inc., Turf Valley Resort, Ellicott City, Maryland, Vector University-Alarm Science Boot Camp. Topics: Case Studies, 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- March 2007, Instructor, Alarm Science Boot Camp, University Of New Haven Fire Science Department, Fire Detection And Control Class, West Haven, Connecticut. Topics: Fire Alarm Science, Acceptable And Unacceptable Methodologies And Practices Of The Technical Community Of The Fire Alarm Industry., Alarm Contractor Duties, Recommendations, One Size Fit All Approach Methodology, Best Location Practice, State Licensing Laws, The Authority Having Jurisdiction, (AHJ), Fire Protection Handbook, Equipment Manufacturers Specifications, UL Standards, UL Listing, UL Labeling, The National Electrical Code (NEC), Fuel Loads, Incendiary Versus Accidental Fires, Utilizing An Alarm System As A Silent Witness To The Event, Tampering Of Fire Alarm Systems And Devices, NFPA Standards, Nationally Recognized Industry Standards And Practices, Case Studies, 25 Principles Of Alarm Science, The RJ-31 X Telephone Jack And Coupler Cord, Design, System Application, Programming, Service, Maintenance, And Remote Station Monitoring Of Security And Life Safety Systems. Defects And Irregularities In Fire Alarm System Design And Installation, System Options And Supervision, Equipment Placement And Location, End Of Line Resistor Supervision, Telephone Line Seizure, Power Supervision Relays, Automated And Supervised Test Signaling, Standby Time And Current Load Calculations, Two-Wire Smoke Detector Compatibility, Slave Digital Dialers, Telephone Tape Dialers- Serious Misapplication Of Technology,  Hardwired, Hybrid, Wireless And Integrated Systems, Internal Event Log Data, Central And Remote Station Systems, Subscriber Database Information, Dispatch Instructions, Examination Of Forensic Evidence And Exemplar Equipment, NFPA 72®, Sprinkler

Systems, Employee And Technician Training Requirements, Types Of Fire Alarm Systems: Residential, Commercial, And Industrial, Conventional, Addressable, Analog-Addressable, Types Of Initiating Devices, Smoke, Heat And Beam Detection Initiating Devices, Advanced Fire Alarm Detection Initiating Detection Devices, Automatic And Manual Initiating Devices, Rate Of Rise And Heat Detection, Fire Reset Switches-Factory Versus Contractor Supplied, Functional, Operational, And Reliable Life Expectancy Of All Types Of Fire Alarm Initiating Devices, Coverage Areas Of Initiating Devices, Testing And Inspection Of Fire Alarm And Life Safety Systems, Carbon Monoxide Detection Devices, UL 2034, UL 2075, Exposure Versus Functional Testing, Smoke Detector Functional Versus Sensitivity Testing, Obscuration And Dead Air Spaces,

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

And Presentation Of Forensic Investigative Photographic Evidence From Actual Case Studies. Participants: Fire Protection Engineering Students, Arson Investigators And Students, Certified Fire Protection Specialist, Fire Protection Engineer, Law Enforcement, Lieutenant, West Haven Fire Prevention Office.

- March 2007, Instructor, Vector Security Inc., Split Rock Resort, Lake Harmony, Pennsylvania. Vector University-Central Station Spring Conference. Topics: Duties Of A Central Station, Duties Of A Central Station Operator And Supervisor, Telephone Line Issues, High-Risk High-Burglary Exposure Accounts, Types Of Telephone Line Security, Circumvention Techniques Utilized By The Criminal Element, UL Standards, NFPA Standards, Industry Standards, Dispatch Instructions, Requirements Of The Authority Having Jurisdiction (AHJ), Rules Of The State Fire Marshal, State Licensing Laws, Types Of Signals Transmitted-Burglary, Smoke And Heat, Troubles, Panic, Hold-Up And Ambush, Test Fail Conditions, Supervisory, Carbon Monoxide Detection, Gas Detection, Low Temperature, Radio Antenna Alarm, One And Two Way Radio Signaling And Polling Capabilities, Derived Channel Technology, The Subscriber Terminal Unit (STU), Water Detection, Medical Alarms, Verified Response, False Alarms, Restore Signals, Failure To Restore, Case Studies, NFPA 72® Requirements, Identifying Problematic Dispatch Instructions, And Suspicious Account Activity, Policies And Procedures, Customs And Habits. Participants: Central Station Operators, Supervisors, Managers, And Instructors, Executive Vice President Of Vector Security.

- December 2006, Instructor, Vector Security Inc., Plymouth Meeting, Pennsylvania, Alarm Science Boot Camp. Topics: 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- December 2006, Instructor, Vector Security Inc., Wilkes-Barre, Pennsylvania, Alarm Science Boot Camp. Topics: 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap

## IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- December 2006, Instructor, Vector Security, Inc., Richmond, Virginia, Alarm Science Boot Camp. Topics: 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- December 2006, Instructor, Vector Security, Inc., Lawrenceville, New Jersey, Alarm Science Boot Camp. Topics: 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention

Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- November 2006, Instructor, Vector Security Inc., Turf Valley Resort, Ellicott City, Maryland, Vector University-Alarm Science Boot Camp. Topics: 25 Principles Of Alarm Science, Duties Of An Alarm

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.

- November 2006, Instructor, Vector Security Inc., Boardman, Ohio, Alarm Science Boot Camp. Topics: 25 Principles Of Alarm Science, Duties Of An Alarm Contractor, Case Studies, Equipment Manufacturer's Specifications, NFPA Standards And NFPA 72®, UL Standards, Nationally Recognized Industry Standards And Practices, Security And Life Safety Initiating Devices, Standards Relating To System Design, Application, Sales, Installation, Programming, Service, Maintenance And Central Station Monitoring, Four Stages Of A Fire, Fire Science, Interpretation Of NEC, And The Requirements Mandated By The Authority Having Jurisdiction, Hardwired, Wireless And Hybrid Systems, Defects And Irregularities, Telephone Line Security, Carbon Monoxide, UL 2034 And UL 2075 And Gas Detection Devices, Interior Trap Detection, Dual Technology Inherent Safeguards, End Of Line Resistor Supervision, And Feed And Return Circuits, Functional And Sensitivity Testing, Detector Calibration And Exposure Testing, The Security Survey, Audible Notification Appliance Supervision, High Risk/High Burglary Exposure Premises, Circumvention Techniques Utilized By The Criminal Element, Existing Systems, Physical Security, Crime Prevention Through Environmental Design (CPTED), Sprinkler Systems, UL Certificated Systems, Workplace Violence, Parking Lot Concerns, Trucking Issues, System Inspection, Testing And Maintenance, NICET Curriculum, Glass Breakage Detection Methodologies And Devices, CCTV Systems And Remote View, Covert And Accessible Panic And Ambush Initiating Devices, Stay Shunting And System Programming Features And Options And Non-Sale Recommendations. Participants: Local And Regional Sales, Branch And Supervisory Managers.
- November 2006, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Gas Detection And Carbon Monoxide Detection Systems, Safe And Vault Protection, Circumvention Techniques Utilized By The Criminal Element,

Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Security System Design, And Central Station Policies And Procedures. Participants: NYPD Police Officers, Sergeants, Lieutenants, And Crime Prevention Officers.

- November 2006, Speaker, 8th Annual NASP Educational Conference, Orlando, Florida, With Peter Parashes, Esquire Of White And Williams, LLP, Philadelphia, Pennsylvania, Subrogating Against Security And Alarm Companies: An Examination Of Technical And Legal Issues And Recovery Theories. Topics: Case Law, Gross Negligence, Negligence, Fraud, Alarm Contracts, Alarm Science, Alarm System Components, Common Defects Found In Security Systems, Chapter 489, Part II Florida Statues, Rule 61G6 Of The Florida Administrative Code, Title 19 NYCRR Part 195, §195.4 Standards, §195.9 Supervisory Responsibility, How Alarm Systems Function, Duties Of An Alarm Contractor, Case Studies, Fire Codes, Causation, Licensing Regulations And Statutes, Recognized Standards And Practices When Performing Burglar And Fire Alarm System Investigations, Preservation Of Evidence, Internal Alarm System Event Log Data Retrieval, Central Station Database Signal History And Interpretation, Dispatch Instructions, Analysis Of NFPA 72®, National Fire Alarm Code®[40], National Fire Protection Association, Types Of Smoke And Heat Detection Initiating Devices, The Four Stages Of A Fire, Obscuration And Stratification, Equipment Manufacturers Specifications, UL Standards And The National Electrical Code, UL Certificated Systems, Hardwired, Hybrid, And Wireless Systems, Forms Of Telephone Line Security, The Telephone Line Fault Monitor, Internal System Programming And Utilizing Alarm Systems As A Silent Witness To The Event. Participants: Plaintiff And Defendant Attorneys, Insurance Adjusters, Underwriters, Special Investigators And Independent Forensic Experts.

- November 2006, Instructor, 2006 Fire Official And Fire Inspector Recertification Retreat, Middlesex County Fire Academy, Presented By New Jersey Department Of Community Affairs, Division Of Fire Safety, In Cooperation With Kean University Fire Safety Training Programs, For Fire Officials, Fire Inspectors, Fire Instructors And Firefighters, Sayreville, New Jersey, Alarm Science Boot Camp[41], Topics: Basic Overview Of Fire Alarm System Plans And Approvals, Inspections, Identifying Defects And Irregularities In Fire Alarm System Design, Programming, Installation, And Monitoring, NFPA 72®, Paperwork And Documentation, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Testing And Inspection Requirements, Common Defects Found In Fire Alarm System Design, 25 Principles Of Alarm Science, Final Inspections, Functional And Reliable Life Expectancy Of Initiating Devices, Conventional, Addressable And Analog Addressable Systems, Application, Selection, Installation, Testing, Service, Maintenance And Monitoring, Case Studies Where Fire Alarm Systems Failed And The Reasons Why, Arson Investigations: Utilizing Alarm Systems As A

Silent Witness To The Event. Participants: Fire Officials, Fire Inspectors, Fire Marshals, Fire Instructors, Electrical Contractors, Fire Sub-Code Officials, Insurance Adjusters And Training Supervisors.

- October 2006, Instructor, Vector University, Vector Security Inc., National Sales Meeting, Turf Valley Resort, Ellicott City, Maryland, Legal Liability In System Design. Topics: Alarm Science, Case Studies, Open And Obvious Risks, Options Offered, Options Declined, The Security Survey, Scientific Design Criteria For Residential, Commercial, And Industrial Applications, CCTV Systems, DVR Technologies, Smoke, Heat, Gas,

---

[40] Registered trademark of The National Fire Protection Association (NFPA).

[41] Excerpt from Director's message, Lawrence Petrillo, State Fire Marshal, Director, New Jersey Division of Fire Safety, *"As members of the Fire Service in today's world, it is imperative that we are as prepared as possible for every possibility. Our fall training and certification programs are designed to prepare you for the possibilities and potential situations that exist every day in the world of first responder. We are committed to meeting the training and educational needs of our diverse Fire Service Community. The Fire Service is offering two courses prior to the N.J. Firemen's Convention in Wildwood and we have a diverse line-up planned for the FIFO Conference, which you can see on Page 4. Courses like Fire Alarm Science Boot Camp, Demystifying Expert Testimony in a Fire Case, Conflict Prevention and Resolution and Terrorism Awareness for Fire Inspectors and Code Officials will provide you with a working understanding of each subject."*

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

And Carbon Monoxide Detection Systems, Interpretation Of NFPA 72®, National Fire Alarm Code®, Fire Protection Handbook, National Fire Protection Association, Recognized Application, Installation, And Placement Methodologies, Industry Standards, Existing Systems, Operational And Functional Life Expectancy Of Different Types Of Alarm Equipment, Perimeter And Interior Scientific Detection Criteria And Principles, System Objectives, Panic, Holdup, And Ambush Devices, System Programming, Equipment Selection, Educating Customers, Identifying Potential Sources Of Combustion, Dry And Wet Sprinkler Systems, Waterflow And Gate Valve Switches, Criminal Circumvention Techniques And Advanced Electronic Countermeasures, Free Systems And One Size Fits All Type Methodologies, Misapplication Of Technologies, And Identifying Defects And Irregularities In System Design, Sales, Recommendations, Installation, Programming, Testing, Inspection, Application, Service, Maintenance And Remote Station Monitoring. Participants: Veteran Vector Sales Professionals From All Offices Across The Country, National Accounts Sales Professionals, Vector Director Of Technical Engineering, NICET Certified Technicians, Vector Senior Management And Vector President And Its Senior Vice President.

- October 2006, Instructor, Vector University, Vector Security Inc., National Operations Meeting, Turf Valley Resort, Ellicot City, Maryland, E & O Liability Awareness Topics: Alarm Science Or Junk Science, Case Studies, Policies And Procedures, Customs And Habits, Existing And Takeover Systems, Employee Supervision, Quality Control, False Alarm Tracking, Ways To Help Minimize Liability, Training, Design, Application, Installation, And Monitoring Criteria And  Principles, Duties Of An Alarm Contractor, High-Risk High-Burglary And Robbery Exposure Premises, The Security Survey, NFPA Acceptance And Re-Acceptance Testing, Functional And Sensitivity Testing, Integrated Systems, Conventional And Analog Addressable Fire Alarm And Life Safety Systems, Burglar Alarm And Detection Methodologies, Power Supply And Standby Requirements, Testing And Inspection, Defects And Irregularities, End Of Line Resistor Supervision, Two Wire Smoke Detector Compatibility, Power Supervision, Equipment Manufacturers Specifications, UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, The Authority Having Jurisdiction, Fire Code Interpretation, NFPA 72®, National Fire Alarm Code®, Fire Protection Handbook, National Fire Protection Association, One And Two Way Telephone Line Security Methodologies, UL Certificated Systems, Water, Low Temperature And Environmental Detection Devices, Medical Alarm Systems, ECP, VOIP, Telephone Line Seizure, System Options, Open And Obvious Risks, (CPTED), Crime Prevention Through Environmental Design, System Maintenance, Supervised Openings And Closings And Scientific Methodologies When Performing Alarm System Design And Installation. Participants: Operation Managers From Each Vector Location Across The Country, Senior Management, Senior Vice President And Vector President.
- June 2006, Instructor, Vector Security, Inc. Leaders Conference, Ace Conference Center, Lafayette Hill, Pennsylvania. E & 0 Liability Awareness, Topics: Alarm Science Or Junk Science, Duties Of An Alarm Contractor, Temperature Sensors, Digital And Radio Test Fail Conditions, Residential And Commercial Fire Alarm Accounts, Slave Digital Communicators, UL Listed Remote Station Operator Instructions, Medical Alarm Systems, High-Risk High Burglary Exposure Premises, The Security Survey, End Of Line Resistor Supervision, The 25 Principles Of Alarm Science, Functional Vs. Sensitivity Testing, Existing And Takeover Systems, Carbon Monoxide And Gas Detection Systems, Panic, Holdup, And Ambush Systems, Case Studies, And Advanced Circumvention Techniques Utilized By The Criminal Element. Participants: President Of

Vector Security, Executive Vice President, Senior Vice Presidents, Senior Management, Technical Vice President, False Alarm Coordinator, And Branch Managers From All Offices Across The Country.
- June 2006, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Alarm Science, Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Safe And Vault Protection, Circumvention

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Techniques Utilized By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: Training Specialist Of New Jersey Office Of Homeland Security, Sergeant Columbia University Department Of Public Safety, New York Office Of Emergency Management, Lieutenant Metro Tech Security, New York City Police Department Officers, And Sergeants From The 1, 13, 19, 24, 28, 32, 33, 34, 41, 42, 47, 60, 70, 72, 78, 81 And 111 Precincts. New York City Police Department Crime Prevention Officers, And Sergeant, Lieutenant Community Affairs Bureau, Detective And Police Officers New Rochelle Police Department, 1 Police Plaza Security, Captain Of The Organized Crime Control Bureau, Patrol Borough Bronx Police Officers, Housing Division Police Officers, Training Coordinators From The Office Of Emergency Management, Transit District Police Officers And Patrol Borough Manhattan North Police Officers.

- April 2006, Executive Guest Lecturer, New York Institute Of Technology (NYIT), Department Of Behavioral Science, Private Security, Forensic Case Studies Of Alarm Liability, Old Westbury, New York. Topics: Alarm, Fire And Security Science, Case Studies, Duties Of An Alarm Contractor, Equipment Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Identifying Defects And Irregularities In System Design, Application, Installation, Programming, Service, Maintenance And Monitoring, Telephone Line Security Methodologies, The Security Survey, Crime Prevention Through Environmental Design, Circumvention Techniques Utilized By The Criminal Element In Advanced Electronic Countermeasures To Counter This Threat, UL Certificated Systems And UL Listed Central Station Monitoring Performance Based Standards, Risk, Threat And Vulnerability Assessment, Workplace Violence, Licensing Standards And Standards Of Care, NFPA 72® And The Authority Having Jurisdiction, Active And Passive Infrared Beam Technology, Single And Dual Technology, Inherent Safeguards, Safe And Vault Protection, Electronic And Physical Security, Protection Strategies, And Covert And Overt CCTV Systems. Participants: Undergraduate And Graduate Students And Professor Edward Maggeo, J.D.

- December 2005, Instructor, New York City Police Department (NYPD), Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Safe And Vault Protection, Circumvention Techniques By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming,

Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, And Central Station Policies And Procedures. Participants: NYPD Lieutenants, Sergeants, Detectives, Police Officers, Crime Prevention Officers And Security Directors.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- November 2005, Guest Speaker, Certificate Of Appreciation, Recognized By The New Jersey Chapter Of The Automatic Fire Alarm Association, AFAA-NJ General Membership Meeting By Participating With Our Association To Improve Fire And Life Safety In America And By Striving To Ensure Fire Protective Signaling And Automatic Detection Systems Are Properly Designed, Installed And Maintained. Case Studies In Alarm Liability And New Jersey's Laws On Alarm Contracting. Topics: Fire Science And Recognized Methodology, New Jersey Fire Alarm Contractor Licensing Rules And Regulations, Equipment Manufacturer Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, NFPA 72®, Code Interpretation, Acceptance And Reacceptance Testing, Functional And Sensitivity Testing On Smoke Detectors, System Documentation, Case Studies, Common Defects And Irregularities In The Design, Application, Installation, Programming, Service, Maintenance, And Monitoring Of Residential And Commercial Fire Alarm And Life Safety Systems, Fire Code Violations, And Duties Of A Fire Alarm Contractor. Participants: AFAA Members, Representatives Of New Jersey's Alarm Licensing Board, NICET Certified Technicians And Fire Alarm Company Managers, Service Technicians And Owners.
- October 2005, Presenter, Rotary International, Alarm Science, *What You Need To Know…*
- August 2005, Instructor, Wayne Alarm Systems, Inc. Lynn, Massachusetts. Alarm Science: Topics: Case Studies, Sales, Installation, And Central Station Monitoring Policies And Procedures, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, The National Electrical Code, Nationally Recognized Industry Standards And Practices, Fire Science, Smoke And Heat Detection Systems, Carbon Monoxide And Gas Detectors, The Security Survey, Design, Installation, Application, Programming, Testing, Service, Maintenance And Central Station Monitoring, Ambush And Panic Systems, Inherent Safeguards, Service Calls, Stay Shunting, Machine Wired Screens, Automated And Supervised Signaling And Testing, Polling Requirements, UL Certificated Systems, Telephone Line Security, High-Risk High Burglary Exposure Premises And Systems, Circumvention Techniques, Existing Systems, Takeovers, Upgrades, Technical And Operational Analysis Of Alarm Equipment And Functionality, Low And High Temperature Detection Systems, Water Detection Systems, Medical Alarm Systems And Nurse Call, CCTV And Access Control Systems, Physical Security And CPTED, NFPA Acceptance And Reacceptance Testing, Functional And Sensitivity Testing, VOIP And DSL, RJ 31X Jack And Telephone Line Seizure, NFPA 72®, Code Requirements And Interpretation, And Alarm System Defects And Irregularities. Participants: Approximately 80 Employees From All Divisions Of Company, Field Technicians, Central Station Dispatchers, Supervisors, Sales, Consultants And Office Personnel, President Of Wayne Alarms, Corporate Counsel, Subcontract Alarm Dealers: Secure Security Systems, Inc. Ultraguard BNT Security.
- August 2005, Instructor, 41st Southeastern Arson Seminar, Fire Investigations: Bridging The Gap In The 21st Century, Savannah, Georgia. Hosted By The Georgia Insurance And Safety Fire Commissioner, John W. Oxendine, Commissioner Of Insurance, Safety Fire Commissioner And The Georgia Fire Investigators Association, The Georgia Chapter Of IAAI[42], Alarms: Topics: Fire Science, Obscuration, Stratification, Case Studies, Duties Of An Alarm Contractor, Equipment Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, The National Electrical Code, The Four Stages Of Fire, Early Warning Detection, Types Of Fire Alarm Initiating Devices, Types Of Systems, Alarm

Defects And Irregularities, System Programming, Testing, Repair, And Maintenance, Design, Installation, Application, Service, Monitoring, End Of Line Resistor Supervision, Power Supervision, Secondary Forms Of Central And Remote Station Communications, Special Considerations, Proper Methodology For Collection Of Evidence In Fire Investigations, Two Wire Smoke Detector Compatibility And Fraud Analysis In Fire Investigations. Participants: Local And State Fire Marshals, Fire Chiefs, Fire Protection Engineers, Electrical

---

[42] The International Association of Arson Investigators (IAAI), is a worldwide organization of fire investigators, fire service/law enforcement professionals and other related disciplines dedicated to the promotion of professional standards in fire investigation, fire safety, public education and awareness of fire-related issues, and the suppression of arson.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President**
**Board Certified in Security Management**
**Nationwide: 800-353-0733**
**www.alarmexpert.com**

Engineers, Cause And Origin Investigators, Fire Inspectors, Fire Investigators, Various Police And Fire Departments, Private Investigators, Attorneys, Adjustors, And Insurance Agencies, Captain Of Fire Prevention, Henry County Fire Department, Lieutenant Fire Investigator, Augusta Georgia Bureau Of Fire Prevention, And Captain Martinez Fire Department.

- July 2005, Instructor, National Fire Protection Association (NFPA), America's Fire Expo (AFE)[43], Florida. The Fire Alarm Technical Community: Acceptable And Unacceptable Practices In The Design, Application, Installation, Sales, Service, And Monitoring Of Residential And Commercial Fire Alarm Systems. Topics: Manufacturers Specifications, NFPA Standards, UL Standards, Nationally Recognized Industry Standards And Practices, Testing, Compliance With It's Representations And Specifications, Case Studies, Duties Of An Alarm Contractor, End Of Line Resistor Locations, Power Supervision Relay, Two-Wire Smoke Detector Compatibility, Programming, Design And Installation, Maintenance, Grounding, Control And Initiating Device Application, Telephone Line Security, Automated Testing On Residential And Commercial Fire Alarm Systems, Training And Supervision, Full System Testing And Documentation, User Training, Chapter 489, Part II Florida Statutes, Rule 61G6 Florida Administrative Code And Article 6D Of The General Business Law. Participants: Fire Inspectors, Fire Marshals, Fire Officials, Fire Protection Engineers, Alarm Technicians And Alarm Contractors.

- June 2005, Instructor, Florida Insurance Fraud Education Committee (FIFEC), Division Of Insurance Fraud (DIF) And Special Investigations Unit (SIU) 2005 Joint FIFEC Conference, Orlando, Florida. Case Studies- Defects And Irregularities In Residential And Commercial Fire Alarm Systems. Topics: Specialized Techniques And Analysis Of Security Systems In Fraud And Special Investigations And Utilization Of This Data In Civil And Criminal Cases For Plaintiffs And Defendants. Manufacturers Specifications, UL Standards, NFPA Standards, Installation Methodologies, Nationally Recognized Industry Standards And Practices And The Fire Code. Case Studies, Testing And Inspecting Protocols, Duties Of An Alarm Contractor, Chapter 489, Part II, Florida Statutes, Rule 61G6 Of The Florida Administrative Code, Defects Found In Residential And Commercial Security And Fire Alarm Systems, End Of Line Resistor Locations, Power Supervision Relays, Two Wire Smoke Detector Compatibility And Incompatibility, Failure To Properly Program, Design, Install, Test And Maintain Security And Fire Alarm Systems. Participants: Plaintiff And Defendant Attorneys, Private Investigators, Cause And Origin Investigators, Special Investigation Unit Investigators, Certified Fraud Examiners, Florida Department Of Financial Services, State Of Florida Law Enforcement Investigator II, Fraud Division, State Of Florida Criminal Investigator Fraud Division, Insurance Adjusters, Claims Professionals And Consultants.

- May 2005, Instructor, 2005 North American Security Symposium & Exposition (NASS EX), Montreal, Canada. Organized By The Central Station Alarm Association.[44] Technical Training: Forensic Case Studies Of

---

[43] Subject: Thank you from NFPA. "To all who dedicated their time and research to the development of fire and safety professionals across the Americas! Thank you for participating as a presenter at the NFPA 2005 America's Fire Expo. This year's education program was very well received. It was successful because experts like you offer our attendees valuable training opportunities. We know how much time and work is involved in developing presentations and we do appreciate your efforts. Thank you again for your support of NFPA. Sincerely, Olga C. Caledonia, Director, Global Operations." Subject: Thank you from ESTI/TEEX, Texas A&M University System. "On behalf of ESTI, TEEX, and the Texas A& M University System, we welcome the opportunity to support the NFPA and the Americas Fire & Security Expo. Mr. Anthony Garcia and Mr. Rosendo Garcia spoke very highly of the recent conference. I know they look forward to again working with the NFPA staff and supporting the 2006 conference. Best Regards, Mike Wisby, Program Manager." The Texas Engineering Extension Service develops a skilled and trained workforce that enhances public safety, security and economic growth of Texas and the nation through training, technical assistance and technology transfer. A MEMBER OF THE TEXAS A&M UNIVERSITY SYSTEM.

[44] The Central Station Alarm Association (/) is a national nonprofit trade organization for individuals or companies whose primary business is the operation of central station facilities. It's purpose, from it founding in 1950 to present, has been to

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Alarm Liability[45], Topics: Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, Physical Security, Foreseeability And Preventability, Duties Of An Alarm Contractor, Design, Application, Installation, Programming, Service, Installation, Testing And Central Station Defects And Irregularities, UL Certificated Systems, Safe And Vault, Partial And Complete Systems, System Programming, Telephone Line Security, Enhanced Methodologies In The Application Of Telephone Line Security Applications, High-Risk High-Burglary Exposure Premises, Panic And Holdup Systems, Sensitivity And Functional Testing Of Smoke Detectors, Heat Detectors, Proper Application Of Fire Alarm Initiating Devices, The Four Stages Of Fire, Obscuration, Stratification And Fire Alarm Science, The 25 Principles Of Alarm Science, Records Retention Policies And Procedures, Acceptance And Reacceptance Testing, Central Station Operations, Training And Supervision Of Technicians And Central Station Operators, Alarm And Central Station Policies, Procedures And Protocols, Standards Of Care, Dispatch Policies, Procedures And Protocols, Performing Alarm And Central Station Services Without The Knowledge, Consent, Or Authority Of The Subscriber, Testing, Alarm System Design And Surveys, Service And Maintenance Requirements, NYC Fire Requirements, Article 6D Of The General Business Law For Alarm Contractors In New York State, Title 19 NYCRR Security And Fire Alarm Systems Part 195 Licensing Regulations For The Business Of Installing, Servicing Or Maintaining Security Or Fire Alarm Systems, Chapter 489, Part II, Florida Statutes, And Rule 61 G6 Of The Florida Administrative Code For Alarm Contractors In The State Of Florida, Qualifiers Responsibilities And Duties, PERS Systems And Equipment And Standards, And Case Studies. Participants: UL Listed Central Station Alarm Companies, Nationally And Regionally Recognized UL Listed Alarm Companies, Alarm Contractors, Senior Level Technical Management, Installation And Central Station Management From Alarm And Central Station Companies From Across The Country And Canada, Equipment Manufacturers Product And Technical Representatives, Attorneys Representing The Alarm Industry, Certified Protection Professionals And NICET Certified Technicians. NTS 04-1308.

- May 2005, Presenter, NASP, Buffalo, New York, Alarm Failures. Topics: Intrusion Detection Systems, Fire And Life Safety Systems, State Of New York Department Of State, Article 6D Of The General Business Law As It Relates To The Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, Accepted And Non-Accepted Practices By The Technical Community Of The Alarm Industry, Defects And Irregularities In Alarm System Design And Installation, 25 Principles Of Alarm Science, Fire Code Requirements And The Authority Having Jurisdiction. Participants: Insurance Company Adjusters, Attorneys, Special Investigators And Cause And Origin Investigators.

- April 2005, Instructor, Property Loss Research Bureau (PLRB), Claims Conference 2005, San Antonio, Texas. Alarm University. Topics: Alarm Fundamentals, Alarm Science, Alarm Methodologies And Principles, Basic Alarm Electronics, Alarm System Recommendations, Design, Application, Installation Service, Maintenance And Central Station Monitoring, Testing And Inspection, UL Certificated Systems, Equipment Manufacturer's

---

foster and improve relationships among providers and users of UL Listed and FMRC Approved central station protective services, and with agencies that have jurisdiction over, or regulate such services. The NASSEX 2005 is sponsored by ADI, Alert Alarm of Hawaii, Bosch Security Systems, Digital Security Controls (DSC), GE Monitoring Automation Systems (MAS), GE Security, Honeywell Access Systems, LaSalle Bank and System Sensor. The NASSEX 2005 is endorsed by the Alabama Alarm Association (AAA); Alarm Association of Florida (AAF); California Alarm Association (CAA), Illinois Electronic Security Association (IESA); Louisiana Burglar & Fire Alarm Association (LBFAA); Massachusetts Systems Contractors Association (MSCA); Mississippi Alarm Association Inc. (MAA); New Hampshire Burglar & Fire Alarm Association (NHBFAA); New Jersey Burglar & Fire Alarm Association (NJBFAA); New York Burglar & Fire Alarm Association (NYBFAA); Pennsylvania Burglar and Fire Alarm Association (PBFAA); SDM Magazine; Security Dealer Magazine; Security System News; Security Sales and Integration; SP & T News; Tennessee Burglar & Fire Alarm Association (TBFAA); and the Wisconsin Burglar & Fire Alarm Association (WBFAA).

[45] Forensic Case Studies Of Alarm Liability is approved for continuing education by the National Training School of The National Burglar and Fire Alarm Association, .4 CEUs, NTS 04-1308.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Defects And Irregularities, Policies And Procedures, Protective Safeguard Endorsements, Lightning Damage Claims, Investigation Fundamentals, Preservation Of Evidence, Case Studies And Fraud Detection. Participants: Plaintiff And Defendant Attorneys And Claims Professionals. Continuing Education Credits Approval By: The Florida Department Of Insurance, North Carolina Department Of Insurance, The Florida Bar And The State Bar Of Texas.

- February, 2005, Instructor, Regional Alarm Association (RAA), Elmsford, New York-Case Studies Of Alarm Liability. Topics; Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, End Of Line Resistor Supervision, Power Supervision Relays, Functional And Sensitivity Smoke Detector Testing, NFPA Acceptance And Reacceptance Testing, System Programming, Panic And Ambush, Smoke Detector Life Expectancy, System Defects And Irregularities, RPM Technology, System Testing And Training. Participants: Certified And Licensed New York State Alarm Contractors, NICET Certified Technicians And Alarm Technicians.

- December 2004, Instructor, New York City Police Department, Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center,  JP Morgan Chase, Brooklyn, New York.  Topics: Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Safe And Vault Protection, Circumvention Techniques By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, Covert And Overt CCTV Systems And Digital Video Technologies And Central Station Policies And Procedures. Authored And Administered Written Examination. Participants: NYPD Lieutenants, Sergeants, Detectives, Police Officers, Inspectors, Port Authority Of New York And New Jersey Police Officers, New Jersey State Police Detective, Sergeants And Troopers, Nassau County Police Department, Mount Vernon Police Department, US Marshals Inspector, JP Morgan Chase Security Supervisors, Price Waterhouse Security Manager And ARUP Engineering.

- July 2004, Instructor, 2004 NFPA Americas' Fire Expo (AFE), Miami Beach, Florida, Forensic Case Studies Of Alarm Liability, National Fire Protection Association. Topics: Twenty Five Principles Of Alarm Science, Case Studies, Duties Of An Alarm Contractor, Manufacturer's Specifications, NFPA Standards, UL Standards, Nationally Recognized Industry Standards And Practices, Training And Supervision, The Authority Having Jurisdiction (AHJ), Fire Code Interpretation, Existing Fire Alarm Systems And Initiating Devices, Testing And Inspection, Functional Versus Sensitivity Testing, Accepted Practices By The Technical Community Of The Fire Alarm Industry, Minimizing Loss When Performing Fire Alarm System Design And Installation, Defects Found In Residential And Commercial Fire Alarm Systems, Identifying High Risk Fire Alarm System Design And Installation, Identifying Risk In Fire Alarm System Testing And Inspection, Mission Critical: Proper Testing And Inspection Of Fire Alarm Systems. Participants: Fire Inspectors, Fire Marshals, Fire Officials, Fire Protection Engineers, Alarm Technicians, Alarm Contractors And Insurance Loss Control And Risk Managers.

- June 2004, Presenter, SEAK, Inc. Seminar, Sheraton Hotel, Hyannis Cape Cod, Massachusetts.


- June 2004, Instructor, Florida Insurance Fraud Education Committee (FIFEC), Division Of Insurance Fraud (DIF) And Special Investigations Unit (SIU) 2004 Joint FIFEC Conference, Orlando, Florida. Silent Witness: Utilizing Security Systems In Fraud Investigations. Topics: Specialized Techniques And Analysis Of Security Systems In Fraud And Special Investigations And Utilization Of This Data In Civil And Criminal Cases For

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Plaintiffs And Defendants. Manufacturers Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices And The Fire Code. Case Studies, Testing And Inspecting Protocols, Duties Of An Alarm Contractor, Chapter 489, Part II, Florida Statutes, Rule 61G6 Of The Florida Administrative Code, Defects Found In Residential And Commercial Security And Fire Alarm Systems, End Of Line Resistor Locations, Power Supervision Relays, Two Wire Smoke Detector Compatibility And Incompatibility, Failure To Properly Program, Design, Install, Test And Maintain Security And Fire Alarm Systems. Participants: Detectives, Police Investigators, Detectives State Fire Marshal's Office, Plaintiff And Defendant Attorneys, Private Investigators, Cause And Origin Investigators, Special Investigators, Florida Department Of Financial Services, Fraud Division Investigators, Insurance Adjusters, Claims Professionals And Consultants.

- June 2004, Instructor, New York City Police Department, Crime Prevention Section, Office Of The Chief Of Department, Basic Methods Of Security Course, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Fire Alarm Science, Functional And Sensitivity Smoke Detector Testing, Safe And Vault Protection, Circumvention Techniques By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, Covert And Overt CCTV Systems And Digital Video Technologies And Central Station Policies And Procedures. Authored And Administered Written Examination. Participants: NYPD Sergeants, Lieutenants, Detectives, Internal Affairs Officers, Patrol Officers, School Safety Officers, Port Authority Police, FDNY Fire Marshals And JP Morgan Chase Security Director.
- April 2004, Executive Guest Lecturer[46], Eastern Kentucky University, Department Of Loss Prevention And Safety, College Of Justice And Safety, Richmond, Kentucky. Courses Taught: Fire Safety Supervision And Fire Law, Principles Of Assets Protection, Assets Protection Law, Retail Security And Homeland Security. Topics: Fire Science, Fire Alarm System Design, Application, Installation, Service, Maintenance And Remote

Station Monitoring, System Programming, Training And Supervision, Code Interpretation, NFPA Standards, NFPA Acceptance And Re-Acceptance Testing, Functional And Sensitivity Testing, System Documentation,

---

[46] Subject: Norman M. Spain, J.D., CPP, Professor & Program Coordinator, Assets Protection and Security, Eastern Kentucky University, College of Justice and Safety Department of Loss Prevention and Safety. *"This open correspondence is to serve as a warm letter of appreciation for alarm system consultant Jeffrey Zwirn, CPP, who was an invited Executive Guest Lecturer at our University in April of 2004. Jeffrey made three separate presentations on fire and security alarm systems to undergraduate students enrolled in assets protection and security, and fire safety engineering technology programs. In these presentations, he provided an overview of security and fire alarm systems; discussed alarm system liability issues; and examined terrorism and homeland security with an emphasis on alternative uses of alarm system technology. Each presentation was exceptional. Jeffrey was well organized, his slides were highly illustrative, and his enthusiasm was boundless. He tailored each presentation to the appropriate audience and engaged the students by talking about real issues and cases, and by showing slides and asking questions that encouraged them to think as professionals. For example, not only did he discuss appropriate uses of fire and burglar alarm hardware and related physical security equipment, he discussed inappropriate uses of this equipment, and showed slides of installed equipment that was improperly used and/or maintained. As part of these discussions, he provided invaluable insight on and demonstrated the need for proper alarm system policies and procedures, and employee training. We felt very fortunate that he was able to visit our University and to share his professional knowledge and experiences with our students."*

## IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Equipment Manufacturers Specifications, UL Standards, Nationally Recognized Industry Standards And Practices, Case Studies, Arson And Fire Scene Investigation And Methodology, Evidence Preservation, Alarm System Failures, Identification Of Defects And Irregularities On Fire Alarm, Life Safety And Suppression Systems, Authorities Having Jurisdiction, Fire Department Response Requirements, Statistical Data And Accepted And Non-Accepted Practices Of The Technical Community Of The Fire Alarm Industry, Security Management, Physical Security, Crime Prevention Through Environmental Design (CPTED), Premises Security Liability, Security Awareness, Security Policies And Procedures, Security Techniques And Strategies To Minimize And Identify Risk, Foreseeability Studies, Crime Demographic Studies, Target Hardening, Security System Design, Application, Installation, Service, Maintenance And Remote Station Monitoring, UL Standards, UL Certificated Systems, High-Risk, High-Burglary And Robbery Exposure Premises, Hardwired And Wireless Panic And Ambush Systems, System Programming, Training And Supervision, Case Studies, Electronic Counter Measures To Highly Skilled Burglarious Attacks, Safe And Vault Protection, Primary And Secondary Communication Signal Technologies, End Of Line Resistor Supervision, Double Circuitry, Positive And Negative In And Out Circuitry, Feed And Return Protective Loops, Remote And Central Station Standards And Practices, Identification Of Defects And Irregularities On Security Systems In Residential, Commercial And Industrial Applications, Police Department Response To Alarm Signals, Infrastructure Security And Accepted And Non-Accepted Practices Of The Technical Community Of The Burglar Alarm Industry.

- March, 2004, Instructor, Property Loss Research Bureau (PLRB), Decisions 2004 Claims Conference, Chicago, Illinois. Fraud, Subrogation & Lightning Claims-Advanced Investigations: Focus On Alarm Systems. Topics: Defects And Irregularities In Security System Design, Case Studies, Manufacturer's Specifications, UL Standards, NFPA Standards, And Nationally Recognized Industry Standards And Other Practices In The Alarm Industry. Recognized Practices And Acceptance Of Alarm System Design, Application, Programming, Installation, Testing, Service, Maintenance And Central Station Monitoring By The Technical Community Of The Alarm And Security Industry. Proper And Improper End Of Line Resistor Protective Circuit Supervision Configuration, Feed And Return Circuits And Their Proper Application In Residential, Commercial And Industrial Applications. Common Defects Found In Burglar And Fire Alarm Systems And Their Effect On Alarm System Performance. Defects And Irregularities In Burglar And Fire Alarm Systems Which Are Concealed From The Subscriber. Proper Investigative Techniques For Burglar And Fire Alarm Systems. Participants: Plaintiff And Defendant Attorneys From The Insurance Industry And In Private Practice And Claims Professionals. Course Acceptance: Continuing Education Units And Or Professional Development Approved By The New Hampshire Department Of Insurance.
- January, 2004, Presenter, NASP, Melville, New York, Advanced Alarm System Investigations. Topics: Intrusion Detection Systems, Fire And Life Safety Systems, State Of New York Department Of State, Article 6D Of The General Business Law As It Relates To The Business Of Installing, Servicing, Or Maintaining Security Or Fire Alarm Systems, Accepted And Non-Accepted Practices By The Technical Community Of The Alarm Industry, Defects And Irregularities In Alarm System Design And Installation, 25 Principles Of Alarm Science, Fire Code Requirements And The Authority Having Jurisdiction. Participants: Insurance Company Adjusters, Attorneys, Special Investigators And Cause And Origin Investigators.
- December, 2003, Instructor, Joint Terrorism Task Force, Counter Terrorism Bureau, Metrotech Center, JP Morgan Chase, Brooklyn, New York. Topics: Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Functional And Sensitivity Smoke Detector Testing, Safe And Vault Protection, Circumvention Techniques By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And

Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For Security System Design, Covert And Overt CCTV Systems And Digital Video Technologies And Central Station Policies And Procedures. Authored And Administered Written Examination. Participants: New York City Police Department Intelligence Division, Patrol Commanders, Commanders, Administrative Services, Captain, Sergeants, Detectives, Lieutenants, Police Officers, Crime Prevention Unit, Amtrak Police Department, Ithaca Police Department, City Of New York Fire Department, City Of New York Fire Marshals, South Carolina Port Authority, Hempstead Police Department, Rockefeller Center Security And Apollo Security.

- November 2003, Chair And Instructor, Warehouse Arson Losses: Multi-Million Dollar Claims, PLRB/LIRB Large Loss Conference, Atlanta, Georgia.
- November, 2003, Instructor, National Fire Protection Association (NFPA) Fall Education Conference 2003,[47] Reno, Nevada, Forensic Case Studies Of Alarm Liability. Topics: Twenty Five Principles Of Alarm Science, Case Studies, Duties Of An Alarm Contractor, Manufacturer's Specifications, NFPA Standards, UL Standards, Nationally Recognized Industry Standards And Practices, Training And Supervision, The Authority Having Jurisdiction (AHJ), Fire Code Interpretation, Existing Fire Alarm Systems And Initiating Devices, Testing And Inspection, Functional Versus Sensitivity Testing, Accepted Practices By The Technical Community Of The Fire Alarm Industry, Minimizing Loss When Performing Fire Alarm System Design And Installation, Defects Found In Residential And Commercial Fire Alarm Systems, Identifying High Risk Fire Alarm System Design And Installation, Identifying Risk In Fire Alarm System Testing And Inspection, Mission Critical: Proper Testing And Inspection Of Fire Alarm Systems. Participants: Fire Alarm And Life Safety System Designers And Installers, Consultants, Building Officials, Fire Inspectors, Plans Examiners, Battalion Chief, Fire Chief, Professional Engineers, Fire Prevention Specialists And Loss Control Directors.
- October 2003, Participant, Fire Alarm Training, Pennsylvania Burglar And Fire Alarm Association, Morgantown, Pennsylvania.
- October 2003, Instructor, Advanced Alarm Investigations, Travelers Insurance Company Corporate Training Center, Hartford, Connecticut.
- June 2003, Instructor, New York City Police Department (NYPD), Office Of The Chief Of Department, Basic Methods Of Security Course, Queens College, City College, New York. Topics: Intrusion Detection Systems, Manufacturers Specifications, UL Standards, UL Certificated Systems, NFPA Standards And Nationally Recognized Industry Standards And Practices, Functional And Sensitivity Smoke Detector Testing, Safe And Vault Protection, Circumvention Techniques By The Criminal Element, Land Line And Radio Based Telephone Line Security Technologies, Redundant Systems, System Programming And Safeguards, End Of Line Resistor And Double Circuitry, Protective Loop Circuit Supervision, Installation Methodologies, Security System Design, Survey And Recommendations, Defects And Irregularities In Security System Design, Application, Installation, Testing, Programming, Service, Maintenance And Central Station Monitoring, Security System Design Criteria For High Risk, High Burglary Exposure Premises, Bank Security, Case Studies, Physical Security, Crime Prevention Through Environmental Design (CPTED), Accepted And Non-Accepted Installation Methodologies For Security And Life Safety Systems, Advanced Techniques For

---

[47] *"The Fall Education Conference, once again proved to be an amazing opportunity to learn from renowned experts, network with Colleagues from around the world, and take home knowledge that can be readily implemented in the workplace. More than 800 professionals from a wide cross-section of disciplines gathered in Reno for the 2003 NFPA Fall Education Conference. What they experienced can only be described as astounding!"*- NFPA Journal January/February 2004

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Security System Design, Covert And Overt CCTV Systems And Digital Video Technologies And Central Station Policies And Procedures. Authored And Administered Written Examination. Participants: Joint Terrorism Task Force, State Department, FBI, Counter Terrorism Bureau, New York City Police Department Detectives, New York City Police Department Crime Prevention Officers, Empire State Building Security Director, Austrian Museum Security Director, Cultural Institution Security Directors And Out Of State Law Enforcement.

- June 2003, Instructor, Regional Alarm Association (RAA), Elmsford, New York-Case Studies Of Alarm Liability. Topics: Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices, End Of Line Resistor Supervision, Power Supervision Relays, Functional And Sensitivity Smoke Detector Testing, NFPA Acceptance And Reacceptance Testing, System Programming, Panic And Ambush, Smoke Detector Life Expectancy, System Defects And Irregularities, Grounding, System Testing And Training. Participants: Certified And Licensed New York State Alarm Contractors, NICET Certified Technicians, Certified Protection Professionals, Alarm Technicians And The President Of The New York Burglar And Fire Alarm Association.

- March-April 2003, Instructor, Property Loss Research Bureau (PLRB), Claims Conference 2003, Orlando, Florida. Fraud, Subrogation & Lightning Claims-Advanced Investigations: Focus On Alarm Systems. Topics: Defects And Irregularities In Security System Design, Case Studies, Manufacturer's Specifications, UL Standards, NFPA Standards, And Nationally Recognized Industry Standards And Other Practices In The Alarm Industry. Recognized Practices And Acceptance Of Alarm System Design, Application, Programming, Installation, Testing, Service, Maintenance And Central Station Monitoring By The Technical Community Of The Alarm And Security Industry. Proper And Improper End Of Line Resistor Protective Circuit Supervision Configuration, Feed And Return Circuits And Their Proper Application In Residential, Commercial And Industrial Applications. Common Defects Found In Burglar And Fire Alarm Systems And Their Effect On Alarm System Performance. Defects And Irregularities In Burglar And Fire Alarm Systems Which Are Concealed From The Subscriber. Proper Investigative Techniques For Burglar And Fire Alarm Systems. Participants: Plaintiff And Defendant Attorneys From The Insurance Industry And In Private Practice And Claims Professionals. Course Acceptance: Continuing Education Units And Or Professional Development Approved By The Florida Bar, Chartered Property Casualty Underwriters (CPCU), State Of Delaware Insurance Commissioner, New Hampshire Insurance Department, North Carolina Insurance Department, Texas Department Of Insurance And The Society Of Registered Professional Adjusters.

- November, 2002, Instructor, New York City Police Department (NYPD), Office Of The Chief Of Department, Basic Methods Of Security Course, Queens College, City University Of New York, Topics: Intrusion Detection Systems, Life Safety Systems, Crime Prevention Through Environmental Design (CPTED), Physical Security, Security Survey And Analysis, Workplace Violence, Electronic House Arrest Systems, Case Studies, Defects And Irregularities In Alarm System Design, Installation And Central Station Monitoring, Manufacturers Specifications, UL Standards, UL Certificated Systems. Performance Based Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, Jewelry Store Security, Safe And Vault Protection And Bank Security. Participants: Joint Terrorism Task Force, Counter Terrorism Bureau, New York City Police Department Detectives, Queens College Security, Deputy Commissioner Community Affairs, Department Of Investigations, Internal Affairs, Bronx District Attorney's Office, Manhattan District Attorney's Office, Chief Of Departments Office, NYPD Major Case Squad, Veterans Administration, Health And Hospital Police, Columbia University, NYPD Crime Prevention Officers, Drug Enforcement Administration (DEA).

- November, 2002, Instructor, Prudential Insurance, Fairfield, New Jersey, Alarm System Seminar, Lightning, Fraud And Subrogation Analysis And Investigations.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- May, 2002 Guest Speaker, Certificate Of Appreciation, Recognized By The New Jersey Chapter Of The Automatic Fire Alarm Association, AFAA-NJ General Membership Meeting By Participating With This Organization To Improve FIRE AND LIFE SAFETY IN AMERICA And By Striving To Ensure Fire Protective Signaling And Automatic Detection Systems Are Properly Designed, Installed And Maintained. Case Studies In Alarm Liability. Topics: Accepted And Non-Accepted Procedures In The Fire Alarm Technical Community When Performing Fire Alarm System Design, Sales, Installation, Service, Maintenance And Central Station Monitoring. Case Studies, Component And System Functional Life Expectancy, When Should An Overhaul And Upgrades Be Performed, Smoke Detector Life Expectancy, Alarm Company Definitions And Interpretation, The Authority Having Jurisdiction (AHJ), Policies And Procedures, Manufacturers Specifications, UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Practices, Duties Of An Alarm Company And Contractual Terms And Conditions Of Alarm Companies. Participants: NICET Certified Technicians And Fire Alarm Company Managers, Service Technicians And Owners.
- May 2002 Instructor, New York City Police Department (NYPD), Office Of The Chief Of Department, Basic Methods Of Security Course, Queens College, New York. Topics: Intrusion Detection Systems, Life Safety Systems, Physical Security, Security Analysis And Survey, Bank Security, Workplace Violence, Case Studies, Defects And Irregularities In Alarm System Design, Installation And Central Station Monitoring, Manufacturer's Specifications, UL Standards, NFPA Standards, Nationally Recognized Industry Standards And Practices. Participants: New York City Police Department And Crime Prevention Officers, Counter Terrorism Task Force.
- April, 2002 Instructor, Property Loss Research Bureau (PLRB) Claims Conference 2002, Anaheim Convention Center. Anaheim, California. Fraud, Subrogation And Lightning Damage: A Focus In Burglar And Fire Alarm Systems. Topics: Defects And Irregularities In Security System Design, Overview Of Fire Detection Devices, Manufacturers Specifications, UL Standards, NFPA Standards And Nationally Recognized Industry Standards And Other Practices In The Alarm Industry And The Technical Community. Participants: Plaintiff And Defendant Attorneys From The Insurance Industry And In Private Practice. Course Acceptance: Continuing Education Units And Professional Development Approved By The Insurance Departments In The States Of Delaware, New Hampshire, North Carolina, Texas And For CPCU (Chartered Property Casualty Underwriters) And The Society Of Professional Adjusters.
- February, 2002 *Instructor*, New York City Police Department (NYPD), Office Of The Chief Of Department, Basic Methods Of Security Course, Queens College, New York Topics: Intrusion Detection Systems, Life Safety Systems, Physical Security, Security Analysis And Survey, Bank Security, And Workplace Violence. Participants: FBI, DEP, FAA, Kroll Organization, Port Authority Police, NYPD, Crime Prevention, Joint Terrorists Task Force, Fire Marshall's Office, Mayor's Office.
- Presenter, Parent Council Meeting, Lubavitch On The Palisades, Physical And Electronic Security Counter-Measures, Identifying Threats, New Jersey, October 2001.
- Instructor, National Association Of Independent Insurance Adjusters Eastern Regional Conference, Everything Adjusters Need To Know About Protection Systems And More, Cape May, New Jersey, September 2001.
- Instructor, New Jersey Burglar And Fire Alarm Association, Case Studies Of Alarm Liability And How To Minimize Your Loss Potential When Designing, Installing, Servicing, Maintaining And Monitoring Security And Fire Alarm Systems, Clifton, New Jersey – Sponsored By Ademco And Rapid Response Monitoring, September 2001.
- Instructor, New York City Police Department (NYPD), Office Of The Chief Of Department, Basic Methods Of Security Course, St. John's University, Queens Campus, June 2001.
- Presenter, SEAK, Inc. Seminar, Sheraton Hotel, Hyannis Cape Cod, Massachusetts, June 2001.
- Instructor, Lightning Damage Claims And Other Claims Involving Alarm Systems, Prudential Insurance Horsham, Pennsylvania, May 2001.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- Instructor, Intrusion Detection Systems, New York City Police Department (NYPD), Office Of The Chief Of Department, Basic Methods Of Security Course Crime Prevention Bureau St. Johns University, Queens Campus, December, 2000.
- Instructor, Case Studies Of Alarm Liability, National Fire Protection Association (NFPA) Fall Education Conference 2000, Orlando, Florida, November 2000.
- Instructor, Case Studies Of Alarm Liability, Presented To Alarm Dealers At Alarm Distributors (NBFAA Certified Course) February 2000.
- Workshop Chair, Property Loss Research Bureau (PLRB) Claims Conference, Chicago, Illinois 2000.
- Chairman, Temple Emanuel Security Committee, Closter, New Jersey, January 2000.
- Certified Instructor, National Burglar & Fire Alarm Association (NBFAA) 1999.
- Instructor, New Jersey Burglar And Fire Alarm Association 1999.
- Chairman, Property Loss Research Bureau (PLRB) Claims Conference, New Orleans. Understanding Burglar And Fire Alarms 1999.
- Instructor To The Regional Alarm Association (RAA) 1999.
- Instructor To The International Security Conference (ISC), New York Conference, Intermediate Corporate Application (1999).
- Instructor, New York City Police Department (NYPD) Police Training Academy (1998).
- Instructor To The Regional Alarm Association (RAA) 1998.
- Instructor To The International Association Of Electrical Inspectors (IAEI) (1998).
- Instructor To The Metropolitan Burglar And Fire Alarm Association (MBFAA) (1998).
- Instructor To The New Jersey Burglar And Fire Alarm Association (NJBFAA) (1998).
- Instructor To The Virginia Burglar And Fire Alarm Association (VBFAA) (1998).
- Instructor To The International Security Conference (ISC), Las Vegas, Advanced Corporate Application Seminar, (1998).
- Instructor To The International Security Conference (ISC), Chicago Conferences (1998).
- Instructor To The Central Station Alarm Association (CSAA) (1998).
- Instructor's Certificate By The Texas Department Of Insurance; Continuing Education Program (1998).
- Instructor To The New Jersey Association Of Fire Equipment Distributors (NJAFED) (1998).
- Seminar Panelist, Large Property Fraud Losses, Property Loss Research Bureau (PLRB) Chicago, IL (1998).
- Instructor, To The Mid-Hudson Alarm Association (MHAA) (1998).
- Participant, Understanding Risks With High Burglary Exposures: Management Systems To Reduce Losses, Central Station Alarm Association Seminar (1997).
- Instructor, CCTV Security Systems, What You Should Know!, NYPD Patrol Borough Manhattan North A.P.P.L. Conference (1997).
- Instructor, How To Protect Your Company From Litigation And What To Do If You Are Sued, Metropolitan Burglar And Fire Alarm Association (MBFAA) (1997).
- Instructor, New Jersey Burglar And Fire Alarm Association, Two Seminars (1997).
- Instructor To The Metropolitan Burglar And Fire Alarm Association (MBFAA) (1997).
- Instructor To The New Jersey Burglar And Fire Alarm Association (NJBFAA) (1996).
- Instructor, How An Expert's Eye For Detail Can Give You The Edge In Claims Investigations, NYPD Crime Prevention Unit And Claims Personnel Of The Insurance Industry (1996).
- Instructor, Loss Control Crime Prevention Program, Insurance Risk Managers, Underwriters And New York City Police Department (NYPD) Crime Prevention Unit (1996).
- Instructor, New York City Police Department (NYPD) Police Training Academy (1996).
- Instructor To The International Association Of Arson Investigators [IAAI]

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- Instructor, How Secure Are Your Security Systems, Museum, Library And Cultural Property Protection American Society For Industrial Security (ASIS) Committee, The Frick Museum (1996).
- Consultant And Keynote Speaker To Over 300 Alarm Dealers, AFY Annual Security Convention, Orange, New Jersey (1995).

## FORENSIC ALARM SCIENCE LABORATORY EXPERIENCE:

Mr. Zwirn Is Court Qualified In The Forensic Study Of Alarm Systems. This In Part Is Based On His Extensive Experience In The Analysis, Examination, Investigation, And Testing Of Equipment, Materials, And Products Regarding A Multitude Of All Different Types Of Security And Fire Alarm Systems, Appliances, Devices, And Sensors, In The Performance Of Security And Fire Alarm System Forensic Analysis And Investigation Related Experiments, Including But Not Limited To:

| | |
|---|---|
| Hardwired, Hybrid & Wireless Systems | Internal System Programming |
| System Operation And Wiring | Burglar Alarm Systems |
| Burglar Alarm Control Panels | System Transformers |
| Primary And Secondary Power Supplies | Burglar Alarm System Keypads |
| Digital Alarm Communicator Transmitter | Network Interface Device (NID) |
| RJ-31X Telephone Jack And Coupler Cord | Intrusion Detection Sensors |
| Door Contacts | Recessed Contacts |
| Safe Contacts | Bell And Siren Housings |
| Machine Wired Screens | Window Bugs |
| Motion Detectors | Active And Passive Infra-Red Sensors |
| Ultrasonic Detectors | Microwave Detectors |
| Dual Technology Motion Detectors | Audio Glass Break Detectors |
| Shock And Vibration Sensors | Safe And Vault Detection Sensors |
| Fire Alarm Systems | Fire Alarm Control Units |
| Notification Appliance Boosters | Strobe Lights |
| Deluge Systems | Waterflow And Gate Valve Switches |
| Hardwired And Wireless Initiating Detection Devices | Dual Diversity Radio Receiving Units |
| Radio Repeaters | Long Range Wireless Radio |
| Telephone Line Fault Monitors | Telephone Line Security |
| Panic Buttons And Holdup Systems | One & Two Way GSM Wireless Transmitters |
| Personal Emergency Response Systems (PERS) | Long Range Radio Wireless Transmitters |
| Fire Alarm Systems | Audible Indicating Appliances |
| Audible Notification Appliances | Photo-Electronic Smoke Detectors |
| Ionization Smoke Detectors | Duct Detectors |
| Beam Detectors | Manual Fire Alarm Pull Stations |
| Rate Of Rise Heat Detectors | Addressable Modules |
| Carbon Monoxide Detectors | Natural Gas Detectors |
| NFPA Standards | Medial Alarm Systems |
| Machine Wired Alarm Screens | Audio Active Microphones |
| Audio Listen Back Microphones | Electronic Vibration Detection |
| Proximity Alarms | VAML Control Panels |
| Aspiration Systems | Photo Electronic Infrared Beams |
| ETL, NRTL & UL Listings | Intrinsically Safe Products |

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

## CERTIFICATIONS, SPECIALIZED EDUCATION, AND TRAINING:

- Level I NICET Certified In Fire Protection Engineering Technology/ Inspection and Testing of Fire Alarm Systems, National Institute For Certification In Engineering Technologies-A Division Of The National Society Of Professional Engineers.
- Level II NICET Certified In Fire Protection Engineering Technology/, Inspection and Testing of Fire Alarm Systems, National Institute For Certification In Engineering Technologies-A Division Of The National Society Of Professional Engineers.
- *Fundamentals Of Risk Management, IS-00454,* FEMA Certificate Of Achievement, Emergency Management Institute, Unite States Department of Homeland Security, March 2015.
- *Introduction To Incident Command System, IS-00100.b,* FEMA Certificate Of Achievement, Emergency Management Institute, United States Department Of Homeland Security, March 2015.
- The City Of New York Fire Department Certificate Of Acceptance For The Maintenance Of Smoke Detectors Provided Under The New York City Fire Department Rule 3, RCNY Section 17-06.
- Central Station Alarm Operator Level One Certified-The Central Station Alarm Association.[48]
- Central Station Alarm Operator Level Two Certified-The Central Station Alarm Association.
- National Fire Protection Association (NFPA) Certificate Of Appointment Building Code/Safety To Life-Detention And Correctional Occupancies Committee, Principal Member, Representing The Automatic Fire Alarm Association (AFAA).
- Certified Criminal Investigator (CCI), American College Of Forensic Examiners Institute.[SM]
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Selling Effective Security Systems*, Course Code BUS-13(7) C033, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *What is NFPA 731? Standard For The Installation Of Electronic Premises Security*, Course Code L/C 13(7) C032, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *What Is NFPA 730? Guide For Premises Security*, Course Code L/C 13(7) C031 Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.

---

[48] CSAA is the only known association offering online training courses geared specifically toward central station operators and managers. Both CSAA's Level 1 and Level 2 courses include students worldwide in the United States, Canada, South America, and the Caribbean, and include Fortune 500 companies and DOD (Department of Defense) entities. And the program continues to grow. To date, nearly 11,000 industry professionals have taken CSAA's online training courses, including the Level 1 and Level 2 courses, the False Alarm Reduction course, and the Alarm Industry Employee Orientation online training course. According to CSAA Past President Ralph Sevinor, president of Wayne Alarm Systems, "The CSAA online training program is a consensus-pacing online program allowing flexibility, best practices, state-of-the-art technology and measurable tracking of proficiency. The courses are regularly updated and reviewed by subject matter experts in their individual field of expertise, including technologists, industry field experts, police, and fire services personnel."

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Troubleshooting, Service And Maintenance*, Course Code TECBF-13(7) C030, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Got Liability? A Forensic Alarm Expert's Perspective*, Course Code BUS-13(7) C037 Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Alarm Company Ethics*, Course Code BUS-13(7) C036, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Alarm System Programming*, Course Code TECBF-13(7) C035, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Fire Alarm System Technical Writing Course*,  Course Code TECFA-13(7) C034, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Design And Installation Technical Writing Course*, Course Code BUS-13(7) C029, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Service Ticket Technical Writing Course*, Course Code BUS-13(7) C028, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Designing Fire Alarm Systems*, Course Code TECFA-13(7) C014, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Industrial Safety: NFPA 70E: Electrical Safety In The Workplace*, Course Code L/C 13(7) C015, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Fire Alarm Signaling Systems*, Course Code TECFA-13(7) C016, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *NFPA, The National Fire Alarm Code®*, Course Code TECFA-13(7) C002, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Smoke Detectors-The Science Of Automatic Detection*, Course Code TECRF-13(7) C001, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *International Residential Code*, Course Code L/C, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Understanding The Fire Protection Handbook*,  Course Code L/C-13(7) C017, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *The National Electrical Code (NEC)*, Course Code L/C, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Ambush, Holdup And Panic Alarm Systems*, Course Code TECBA-13(7) C018 Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Carbon Monoxide Design And Installation*, Course Code TECFA-13(7) C019, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Identifying Irregularities In Security System Design, Installation, Application, Programming, Testing, Inspection, Service, Maintenance & Remote Station Monitoring*, Course Code TECBA-13(7) C010, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Electronic Countermeasures To Highly Skilled & Other Types Of Burglarious Circumvention Attacks*, Course Code TECBA 13(7) C009, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *The Alarm Contractor: Policies, Procedures, Customs & Habits*, Course Code BUS-13(7) C008, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Fire Alarm System Inspection, Testing & Maintenance*, Course Code TECFA-13(7) C007, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Telephone Line Security Methodologies*, Course Code TECBA-13(7) C006, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Burglar Alarm System Testing, Inspection & Maintenance*, Course Code TECBA-13(7) C005, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *The Alarm Technician: Policies, Procedures, Customs Habits, Training & Supervision*, Course Code TECBA-13(7) C004, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Existing Systems And Takeovers*, Course Code BUS-13(7) C002, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Security Surveys And Risk Analysis*, Course Code TECBA-13(7) C020, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.[49]

---

[49] The Fire Alarm, Burglar Alarm and Locksmith Advisory Committee is created within the Division of Consumer Affairs in the Department of Law and Public Safety, under the Board of Examiners of Electrical Contractors, The board shall have the following powers and duties, or may delegate them to the committee: a. To set standards and approve examinations for applicants for a fire alarm, burglar alarm or locksmith license and issue a license to each qualified applicant; b. To administer the examination to be taken by applicants for licensure; c. To determine the form and contents of applications for licensure, licenses and identification cards; d. To adopt a code of ethics for licensees; e. To issue and renew licenses and identification cards; f. To set the amount of fees for fire alarm, burglar alarm and locksmith licenses, license renewal, applications, examinations and other services provided by the board and committee, within the limits provided in subsection b. of section 11 ʼ of this act; g. To refuse to admit a person to an examination or refuse to issue or suspend, revoke, or fail to renew the license of

## IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Machine Wired Screens: Proper Application And Installation*, Course Code TECBA-13(7) C021, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Recessed Contacts: Aesthetically Pleasing Or The New Liability*, Course Code TECBA-13(7) C022, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Overt And Covert CCTV Systems*, Course Code TECES-13(7) C023, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Alarm Science*, Course Code TECBF-13(7) C024, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Residential Security & Fire Alarm Systems*, Course Code TECBA-13(F) C025, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Commercial Security & Fire Alarm Systems*, Course Code TECBF-13(7) C026, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Understanding UL Certificated Systems And Standards*, Course Code TECBF-13(7) C027, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Barrier Free Subcode*, L/C13(7) C011, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Americans With Disabilities Act* Course Code L/C-13(7) C012, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *New Jersey Uniform Construction Code*, L/C-13(7) C013, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- New Jersey Fire Alarm, Burglar Alarm & Locksmith Continuing Education Instructor, *Fire Alarm, Burglar Alarm & Locksmith Laws & Regulations*, L/C-16(7) C040, Approved By The Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee.
- Qualified By The Court As An Expert In The Forensic Study Of Alarm Systems.
- New York City Fire Department Certificate Of Fitness[50], Certificate Number 83021212.[51]

---

a fire alarm, burglar alarm, or locksmith licensee pursuant to the provisions of P.L.1978, c.73 (C.45:1-14 et seq.); h. To maintain a record of all applicants for a license; i. To maintain and annually publish a record of every licensee, his place of business, place of residence and the date and number of his license; j. To take disciplinary action, in accordance with P.L.1978, c.73 (C.45:1-14 et seq.) against a licensee or employee who violates any provision of this act or any rule or regulation promulgated pursuant to this act; k. To adopt standards and requirements for and approve continuing education programs and courses of study for licensees and their employees; l. To review advertising by licensees; and m. To perform such other duties as may be necessary to effectuate the purposes of this act.

[50] The Fire Department of the City of New York issues Certificates of Fitness for various occupations by providing tests to applicants. Certificates of Fitness are required by laws and regulations to conduct certain businesses within the New York City for hazardous occupations.

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- Certified Security And Fire Alarm System Instructor For The State Of New York Department Of State, Pursuant To Section 196.24 Of The Rules And Regulations Established By The New York State Secretary Of State, Instructor ID 1-73.
- Fire Protection Engineering Technology/Automatic Sprinkler System Layout Level One Certification By The National Institute For Certification In Engineering Technologies (NICET).
- NICET Level I Certified In  Fire Protection Engineering Technology/Fire Alarm Systems By The National Institute for Certification In Engineering Technologies- A Division of the National Society Of Professional Engineers.
- NICET Level II Certified Engineering Technician (CET), Fire Protection Engineering Technology/Fire Alarm Systems By The National Institute for Certification In Engineering Technologies- A Division Of The National Society of Professional Engineers.
- NICET Level III Certified Engineering Technician (CET), Fire Protection Engineering Technology/Fire Alarm Systems By The National Institute for Certification In Engineering Technologies- A Division Of The National Society Of Professional Engineers.
- NICET IV Certified Senior Engineering Technician, Fire Protection Engineering Technology/Fire Alarm Systems, By The National Institute for Certification In Engineering Technologies- A Division Of The National Society Of Professional Engineers.[52]
- State Of New Jersey, Office Of The Attorney General, Department Of Law And Public Safety, Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee, Burglar Alarm License Number 34BA00009000. Recertification Cycle Is Every Three Years, And Requires 36 Hours Of Continuing Education Credits.
- State Of New Jersey, Office Of The Attorney General, Department Of Law And Public Safety, Division Of Consumer Affairs, Fire Alarm, Burglar Alarm And Locksmith Advisory Committee, Fire Alarm License Number 34FA00009000. Recertification Cycle Is Every Three Years, And Requires 36 Hours Of Continuing Education Credits.
- State Of New Jersey Department Of Community Affairs, Division Of Fire Safety, Fire Protection Equipment Contractor Business Permit, Permit ID P00765.
- State Of New Jersey, Department Of Community Affairs, Division Of Fire Safety, Fire Alarm System Certification, ID Number 155643.
- State Of Florida Department Of Business And Professional Regulation Electrical Contractor's Licensing Board Continuing Education Provider[53] ECLB 0001804 Course #ECLB0006862.
- Certificate, New Jersey Special Investigators Association Fraud Seminar (1997).
- State Of Florida Department Of Business And Professional Regulation Continuing Education, Burglar And Fire Alarm Systems (1996).
- Listed In Who's Who In The Alarm Industry; National Burglar & Fire Alarm Association (NBFAA) (1995-96).
- Graduate, Fire School Of The Broward County Fire Academy (1993).
- Broward County Central Examining Board Of Electricians Continuing Education, Burglar And Fire Alarm Systems (1992, 1996).

---

[51] May 18, 2007 through May 4th, 2010.
[52] NICET is a non-profit division of the National Society of Professional Engineers that recognizes that through education, experience and knowledge that the certificant has met the standards set forth by this institute.
[53] "61G6-9.007 Qualifications of Course Instructors. (1) All course instructors shall be qualified, by education or experience, to teach the course or parts of a course, to which the instructor is assigned." Electrical Contractor's Licensing Board-Rule 61G6, Florida Administrative Code.

## IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- National Security Dealer Examination, Certificate Of Proficiency (1991).
- Continuing Education Courses, Seminars, Workshops And Conventions (1980 – Present).
- Multi-State Court Qualified Alarm And Security Expert.


- Security Dealer 25th Anniversary Club.
- American Society For Industrial Security (ASIS) – Arlington, Virginia.
- Certified Protection Professional[54] (CPP) Board Certified In Security Management-ASIS International.
- Certified Fire Protection Specialist[55] (CFPS) – National Fire Protection Association International (NFPA).
- Association Of Certified Fraud Examiners[56] – Austin, Texas.
- Certified Fraud Examiner (CFE).
- Fellow, American College Of Forensic Examiners Institute (FACFEI).
- Certified By The American College Of Forensic Examiners.
- Certified In Homeland Security, Level IV - American Board Of Certification In Homeland Security, American College Of Forensic Examiners International, Inc.
- Florida State Certified Alarm Contractor One.[57]
- Florida State Registered Electrical Contractor.
- Dade County Board Certified Master Alarm Technician.
- Broward County Burglar And Fire Alarm Certified Specialty Electrician.
- Palm Beach County Certified Burglar And Fire Alarm Contractor.
- New York State Certified Burglar And Fire Alarm Contractor.
- New Jersey Board Of Examiners Of Electrical Contractors- Fire Alarm, Burglar Alarm And Locksmith Advisory Committee, November 21st 2000 Meeting, Selected By Committee As A Burglar Alarm Subject Matter Expert And Fire Alarm Subject Matter Expert To Participate In Burglar And Fire Alarm Examination Development Workshops.

## BOARD APPOINTMENT, TECHNICAL PANEL MEMBERSHIP, SIA JUDGE QUALIFICATION, PROFESSIONAL AFFILIATIONS AND ACCOMPLISHMENTS:

- Stakeholder For UL 2800, Interoperable Medical Device Interface Safety.
- Supervising Alarm Notification Devices Patent Number 9437100 Issued To Jeffrey D. Zwirn, Tenafly, NJ, 2016.
- Electronic Deterrence Devices Patent Number 9542818B2 Issued to Jeffrey D. Zwirn, Tenafly, NJ, 2017.

---

[54] ASIS certifications have recently been awarded the SAFETY Act Designation by the U.S. Department of Homeland Security. Individuals who hold ASIS certifications as a Certified Protection Professional (CPP), now have protection from lawsuits involving ASIS certification and the ASIS certification process that arise out of an act of terrorism.
[55] On September 19th, 2006, the CFPS program was granted accreditation by the ANSI Personnel Certification Accreditation Committee. The ISO 17024 accreditation is an important milestone for CFPS and for the fire protection field of practice. Fire Protection Specialists holding the CFPS designation possess the necessary skills and experience to effectively implement fire protection policies and strategies.
[56] The FBI, U.S. Department of Defense, Government Accountability Office, Postal Inspection Service and the Integrated Market Enforcement (IMET) Branch within the Royal Canadian Mounted Police officially recognize the CFE designation for their fraud investigators.
[57] "Alarm system contractor" means a person whose business includes the execution of contracts requiring the ability, experience, science, knowledge, and skill to lay out, fabricate, install, maintain, alter, repair, monitor, inspect, replace, or service alarm systems for compensation, including, but not limited to, all types of alarm systems for all purposes." (a) "Alarm system contractor I" means an alarm system contractor whose business includes all types of alarm systems for all purposes." FS 489.505 (2) and (2a).

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- Member of the International Association of Arson Investigators, Inc. (IAAI).
- Member of the International Association of Special Investigation Units (IASIU).
- Associate Member Of The New Jersey Banker's Association.


- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 260, Check, Dry Pipe, And Alarm Valves For Fire Protection Service Covering: UL 193-Alarm Valves For Fire-Protection Service, UL 260-Check, Dry Pipe, And Alarm Valves For Fire Protection Service Covering, UL 312-Check Valves For Fire-Protection Service, UL 753-Alarm Accessories For Automatic Water-Supply Control Valves For Fire Protection Service, UL 1469-Strength Of Body And Hydraulic Pressure Loss Testing Of Backflow Special Check Valves, And UL 1486-Quick Opening Devices For Dry Pipe Valves For Fire-Protection Service.
- Awarded The Security Industry Association (SIA) Membership Milestone Award.
- Appointed Ambassador[58] For 2012 ESX Nashville: Tune Into The Future, Nashville, Tennessee.
- Recognized Subject Matter Expert (SME) In The Development Of the Security Sales Essentials Training Program, Published by The Electronic Security Association™ (ESA), The National Training School (NTS).
- Member Of The ASIS International Fire & Life Safety Council.[59]
- Member Of The Workplace Violence Prevention And Intervention (WVPI) Committee.[60] Participated In The Creation Of ASIS/SHRM WVPI.1-2011, An American Standard, Workplace Violence Prevention And Intervention[61], Approved September 2, 2011 By The American National Standards Institute, ASIS International And The Society For Human Resource Management.
- Appointed By The New Jersey Burglar Alarm And Locksmith Advisory Committee To Participate As A Subject Matter Expert In Exam Development Workshops For Burglar Alarm Examination, November 2000.
- Appointment By The New Jersey Burglar Alarm And Locksmith Advisory Committee To Participate As A Subject Matter Expert In Exam Development Workshops For The Fire Alarm Examination, November 2000.
- Member Of The Security Industry Association (SIA) Standards Council[62] (SISC) And Of The Security Industry Association Monitoring Advisory Council (SIA).

---

[58] ESX Nashville: Tune Into The Future, Nashville, Tennessee

[59] This Council coordinates with ASIS headquarters and provides education to the membership on issues related to fire and life safety, including Occupation Safety and Health Administration and other regulatory institutions.

[60] The WVPI Committee is comprised of both The American Society for Industrial Security (ASIS) and The Society For Human Resource Management (SHRM) members in a collective effort to develop the joint WVPI American National Standard.

[61] This Standard provides an overview of policies, processes, and protocols that organizations can adopt to help identify and prevent threatening behavior and violence affecting the workplace, and to better address and resolve threats and violence that have actually occurred. This Standard describes the personnel within organizations who typically become involved in prevention and intervention efforts; outlines a proactive organizational approach to workplace violence focused on prevention and early intervention; and proposes ways in which an organization can better detect, investigate, manage, and – whenever possible – resolve behavior that has generated concerns for workplace safety from violence. The Standard also describes the implementation of a Workplace Violence Prevention and Intervention Program, and protocols for effective incident management and resolution.

[62] The SISC was formed to provide a forum for the various facets of the security industry. It has two main areas of responsibility. The responsibilities of the SISC as a "Balanced Consensus Body" for standards production are distinct and separate from the additional function of the SISC to act as an umbrella organization that co-ordinates, evaluates and delegates standards production tasks to the best qualified participating Standards Development Organization (SDO). ANSI looks upon co-ordination and harmonization as positive and necessary elements of any standards program. These additional and separate functions of the SISC therefore enhance standards production efforts and reflect the industry's will to comply with ANSI's National Standards Strategy. SIA is the Secretariat for this counsel. The SISC will be the Balanced Consensus body that votes on proposed standards that are being considered from ASIS International, Central Station Alarm Association, National Burglar and Fire Alarm Association and Security Industry Association.  Scope: To oversee electronic security industry standards

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- Member Of The Security Industry Association (SIA) Standards Committee.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 294, Access Control Systems, Covering The Following Standards: UL 294A-Standard For Access Control Systems, UL 294B-Standard For Access Control Systems Using Power Over Ethernet (PoE), And UL 294C-Standard For Short Range Radio Frequency Devices Used In Access Control Systems.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 2075, Gas And Vapor Detectors And Sensors.
- Member-Task Group For Underwriters Laboratories (UL) Standards Technical Panel (STP) For Remote Connection.
- Member-Task Group For Underwriters Laboratories (UL) Standards Technical Panel (STP) For Alarm System Services (STP 205).[63]
- National Fire Protection Association (NFPA) Task Group Member, NFPA 720 Carbon Monoxide Detection, Re-Write Task Group.
- National Institute For Certification In Engineering Technologies (NICET) Job/Task Analysis Group Member, Subject Matter Expert, Fire Alarm System Certification.[64]
- Member Of The Security Industry Association (SIA).
- Member Of The Fire Alarm And Life Safety Technical Committee, Electronic Security Association[65] (ESA) (Formerly The National Burglar And Fire Alarm Association *NBFAA*).
- Member Of The Fire Protection Industry Group, Security Industry Association (SIA).
- Certified Member Of The American Society Of Certified Engineering Technicians (ASCET).
- Identified Defect In UL Listed Carbon Monoxide Detector Which Led To The Recall Of Approximately 74,000 Units By The U.S. Consumer Products Safety Commission.

---

[63] activities, including those activities related to all products and services associated with the design, production, distribution, installation, monitoring, maintenance, and other treatment of electronic security equipment, including alarm and non-alarm equipment. Review and coordinate the standards activities of member SDOs. Vote on draft standards submitted by organizationally accredited, member SDOs. Review proposed new, revised, or withdrawn standards and their associated development documentation to approve (or disapprove) actions on ANSI accredited standards. Identify and include any additional Interest Segments in the security industry or Standards Developing Organizations (SDOs) developing standards for the industry. Identify related organizations with relevant expertise for SDO assistance and coordination in their individual standards projects. Maintain relationships with organizations that could affect the security industry and participate in their standards activities.

[63] This task group will be undertaking a review of UL 681, Standard for Installation and Classification of Burglar and Holdup Alarm Systems, pursuant to returning proposed revisions to UL 681 as follows; 1. Organizational revisions intended to simplify the use of the standard by industry. 2. Technical revisions that will clarify the use of new and existing technologies. 3. Clarification of the interconnection of control units with external transmission equipment. The task group may identify additional objectives relative to UL 681 and expanded their work accordingly. Proposed revision to UL 681 which is returned from the task group will be advanced through UL's ANSI accredited consensus standards development process, pursuant to formally adopting the proposed revisions as a new edition, ANSI/UL 681 Standard.

[64] Task group members participate in writing exam questions for the NICET Fire Alarm System Certification Program. The examination questions are derived from the outline of the job/task analysis which task group members created and/or participated in, of which, encompass each work element of the testing program for certification Levels I, II, III, and IV, through the National Institute for Certification in Engineering Technologies, which recognizes that through education, experience, and knowledge, the person has met the rigorous standards set forth by NICET.

[65] Our membership includes more than 2,600 electronic life safety, security, and systems businesses in all 50 states and four U.S. territories, which employ more than 500,000 industry professionals, servicing more than 25 million residential and commercial accounts. ESA represents more than seventy percent of the market for intrusion and fire/life safety systems, access control, video surveillance and monitoring.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- National Fire Protection Association (NFPA) Certificate Of Appointment- Signaling Systems For The Protection Of Life And Property- Principal Member Of The Technical Committee On Fundamentals Of Fire Alarm Systems, NFPA 72®.[66][67]

- Member - National Fire Protection Association (NFPA) Fire Science & Technology Educators Section.[68]


- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0217, Smoke Detectors And Alarms, Covering The Following Standards: UL 217, Single And Multiple Station Smoke Alarms, UL 268, Smoke Detectors For Fire Alarm Signaling Systems And UL 268A  Smoke Detectors For Duct Application.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 1730, Smoke Detector Monitors And Accessories For Individual Living Units Of Multifamily Residence And Hotel/Motel Rooms.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0260, Valves For Fire-Protection Service, Covering The Following Standards: UL 193, Standard For Alarm Valves For Fire-Protection Service, UL 246, Standard For Hydrants For Fire-Protection Service, UL 260, Standard For Dry Pipe And Deluge Valves For Fire-Protection Service, UL 262, Standard For Gate Valves For Fire-Protection Service, UL 312, Standard For Check Valves For Fire-Protection Service, UL 789, Standard For Indicator Posts For Fire-Protection Service, UL 1091, Standard For Butterfly Valves For Fire-Protection Service, UL 1468, Standard For Direct Acting Pressure Reducing And Pressure Restricting Valves, UL 1469, Standard For Strength Of Body And Hydraulic Pressure Loss Testing Of Backflow Special Check Valves, UL 1478, Standard For Fire Pump Relief Valves, UL 1486, Standard For Quick Opening Devices For Dry Pipe Valves. For Fire Protection Service, UL 1726, Standard For Automatic Drain Valves For Standpipe Systems, And UL 1739, Standard For Pilot-Operated Pressure-Control Valves For Fire-Protection Service.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 2238, Cable Assemblies And Fitting For Industrial Control And Signal Distribution.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 1977, Data, Signal, Control And Power Connectors.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0864, Fire Protection Signaling Equipment, Covering The Following Standards: UL 864, Standard For Safety For Control Units And Accessories For Fire Alarm Systems; UL 1481, Standard For Safety For Power Supplies For Fire-Protective Signaling Systems And UL 1711, Standard For Safety For Amplifiers For Fire Protective Signaling Systems.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 2017, Purpose Signaling Devices And Systems.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0010 Fire Doors, Covering The Following Standards: UL 9, Standard For Fire Tests On Window Assemblies; UL 10A, Standard For Tin-Clad Fire Doors; UL 10B, Standard For Fire Tests Of Door Assemblies And UL 10C, Standard For Positive Pressure Fire Tests Of Door Assemblies, 14B, Standard For Sliding Hardware For Standard, Horizontally Mounted Tin-Clad Fire Doors, 14C, Standard For Swinging Hardware For Standard Tin-Clad Fire Doors Mounted Singly And In Pairs.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 205, Alarm System Services, Covering The Following Standards: UL 681, Installation And Classification Of Burglar And Holdup Alarm

---

[66] NFPA 72 covers the application, installation, location, performance, and maintenance of fire alarm systems and their components.
[67] Technical Committee Member from July of 2002 through November 2009.
[68] The Fire Science and Technology Educators (FSTE) Section promotes the exchange of ideas and information related to curricula development, teaching resources, and program administration. It also stimulates and participates in research to further the objectives NFPA.

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

Systems, UL 827, Central-Station Alarm Services, UL 1641, Installation And Classification Of Residential Burglar Alarm Systems And UL 1981, Central-Station Automation Systems.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 205A, Premises Security-Control Units And Accessories, Covering The Following Standards: UL 294, Access Control System Units, UL 365, Police Station Connected Burglar Alarm Units And Systems, UL 603, Power Supplies For Use With Burglar Alarm Systems, UL 609, Local Burglar Alarm Units And Systems, UL 636, Holdup Alarm Units And Systems, UL 1076, Proprietary Burglar Alarm Units And Systems, UL 1610, Central-Station Burglar-Alarm Units And UL 1635, Digital Alarm Communicator System Units.

- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 205B, Premises Security Initiating Devices, Covering The Following Standards: UL 606, Linings And Screens For Use With Burglar-Alarm Systems, UL 634, Connectors And Switches For Use With Burglar-Alarm Systems And UL 639, Intrusion-Detection Units.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 205C, Residential Signal Equipment, Covering The Following Standards: UL 985 Household Fire Warning System Units, UL 1023, Household Burglar-Alarm System Units And UL 1637, Standard For Home Health Care Signaling Equipment.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member STP 205D, Antitheft Alarms And Devices, Covering The Following Standards: UL 1037, Antitheft Alarms And Devices.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0521, Heat Detectors, Covering The Following Standards: UL 521, Heat Detectors For Fire Protective Signaling Systems.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0038, Manual Signaling Boxes For Fire Alarm Systems.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0752, Bullet Resisting Equipment, Covering The Following Standards: UL 972, The Standard For Burglary-Resisting Glazing Materials And UL 752, The Standard For Bullet-Resisting Equipment.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0096, Lightening Protection Components, Covering The Following Standard: UL 96, The Standard For Lightning Protection Equipment And UL 96A, Installation Requirements For Lightening Protection Systems.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0218, Fire Pump Controllers, Covering The Following Standards: UL 218, The Standard For Fire Pump Controllers And UL 218A, The Standard For Battery Contactors For Use In Diesel Engines Driving Centrifugal Fire Pumps.
- Underwriters Laboratories, Inc. (UL) Standards Technical Panel Member, STP 0555, Dampers-Fire, Smoke And Related, Covering The Following Standards: UL 555, Standard For Fire Dampers, UL 555C, Standard For Ceiling Dampers And UL 555S, Standard For Smoke Dampers.
- Qualified NPS Judge By The Security Industry Association (SIA), International Security Conference 2003, Las Vegas, Nevada.
- Qualified NPS Judge By The Security Industry Association (SIA), International Security Conference 2002, Orlando, Florida.
- Qualified NPS Judge By The Security Industry Association (SIA), International Security Conference 1999, New York, New York.
- Qualified NPS Judge By The Security Industry Association (SIA), International Security Conference 1998, Las Vegas, Nevada.
- Electronic Security Association[69] (ESA) *Formerly The National Burglar And Fire Alarm Association NBFAA.*

---

[69] Our membership includes more than 2,600 electronic life safety, security, and systems businesses in all 50 states and four U.S. territories, which employ more than 500,000 industry professionals, servicing more than 25 million residential and

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- American Society For Industrial Security.
- Association Of Certified Fraud Examiners.
- Former Board Of Directors:  Broward County Crime Commission.[70]


- International Association Of Electrical Inspectors.
- National Fire Protection Association.
- New Jersey Burglar And Fire Alarm Association.
- Security Industry Association
- The Monitoring Association
- Automatic Fire Alarm Association

## PUBLICATIONS AND INTERVIEWS:

- *Why Consumers Should Say No To SimpliSafe,* Authored by Jeffrey D. Zwirn, Security Sales & Integration Magazine, November 2016.
- *Alarm Contractors: Make Sure Your Insurance Policies Cover The Business You Secure*, Authored by Jeffrey D. Zwirn, Security Sales & Integration Magazine, March 2016.
- The Alarm Science Manual™ Was Featured In Security Sales & Integration Magazine, *11 Holiday Gift Ideas For Security Techs*, December 2015.
- Interviewed By Susan Crow, Director Of Communications, NSA, National Neighborhood Watch, A Division Of National Sheriffs' Association, *NNW Security System Review*, July/August 2015.
- The New Jersey Electronic Security Association (NJESA) Sponsored the Dissemination[71] of *The Alarm Science Manual™: Scientific Advice And Advanced Methodologies To Help Your Company Minimize Liability Now*

commercial accounts. ESA represents more than seventy percent of the market for intrusion and fire/life safety systems, access control, video surveillance and monitoring.

[70] The Broward County Crime Commission was chartered in 1976 as a non-profit, non-partisan, non-political, tax-exempt fact-finding body. It acts in behalf of law-abiding citizens generally and the community at large in the first against crime and corruption. In this effort it supports the major elements of the criminal justice system. It does not sit in judgment of community morals, act as a vigilante group, have any authority other than the weight of public opinion, nor have any extra-legal rights. It endorses ethical and moral considerations under the law and demands similar commitment from its members.

[71] Dear Attendee: In appreciation of your commitment of attending the 2015 New Jersey Electronic Security Association (NJESA) Symposium, and based on our commitment to providing you and your company with the best in alarm industry education and training, the NJESA is pleased to provide you with special access to receive an e-book copy of the first of its kind 339 page peer reviewed authoritative treatise entitled The Alarm Science Manual™ written by Jeffrey Zwirn. The Alarm Science Manual™ is intended to provide expert training for persons involved in the security survey, need analysis, system design, recommendation, application, installation, service, maintenance, repair, inspection, testing and monitoring of all types of residential, commercial, and industrial security alarm and life safety systems.  With over four decades of expertise, Jeffrey is nationally recognized in the industry as a Subject Matter Expert in Alarm Science, the Forensic Study of Alarm Systems, is a Master Alarm Technician, a Certified protection professional Board Certified in Security Management, Fellow of the American Board of Forensic Engineering and Technology, a Certified Fraud Examiner, is licensed in three states as a certified Alarm Contractor, is Certified in Homeland Security, Level IV, and is a NICET Level IV Certified Senior Engineering Technician in Fire Protection Engineering Technology/Fire Alarm Systems. Mr. Zwirn has been appointed to serve on 22 Underwriters Laboratories, Inc. Standard Technical Panel (STP) Committees, was formerly appointed by the National Fire Protection Association to serve in the Special Expert Category, as Principal Technical Committee Panel Member for NFPA 72® of the National Fire Alarm Code® and for NFPA 72® of the National Fire Alarm and Signaling Code. Jeff has been personally involved in the security survey, recommendations, needs analysis, sales, design, programming, installation, service, testing, inspection, maintenance, and monitoring of more than 3,000 security system. To access your own personal copy of the Alarm Science Manual™ use the code (NJESA2015) by going to alarmexpert.com/alarmsciencemanual. Kindly note that access using

# IDS Research & Development, Inc.
### Security And Alarm Expert Witness And Consultation Services
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

*While Providing Your Customers With The Most Effective And Reliable Security Systems Available,* E-Book To All Of The 631 Participants At The 2015 Annual Symposium, Atlantic City, New Jersey.

- *"Recommended Book: The Alarm Science Manual*[TM]*"* Security Letter™[72] -A Private Monthly Letter-Plus Supplements And Data Services-On The Issues Of Corporate Planning And Protection, January, 2015, Robert McCrie, CPP, Ph.D[73].

- Book Signing at The International Security Conference & Exposition (ISC West), Sponsored by Rapid Response Monitoring, Las Vegas, Nevada, April 14th-17[th], 2015. *The Alarm Science Manual*[TM]: *Scientific*

---

this promo-code is only authorized for one download per registered attendee of the NJESA 2015 symposium and is good until March 6, 2015. For a limited time, first edition hardcover autographed and personalized copies of the Alarm Science Manual™ by Jeffrey Zwirn, are also available for purchase through the NJESA directly; at the special pricing of $60.00, plus shipping costs of $10.00. A portion of all proceeds made from the sales of these books will be donated to the NJESA Youth Scholarship Program. We truly hope you enjoy the Symposium and your complimentary copy of the Alarm Science Manual™.

[72] RECOMMENDED BOOK: *THE ALARM SCIENCE MANUAL*[TM] Alarm system planning, selection, installation, and monitoring are incompletely understood by most security practitioners. Confidence in the installer or central alarm monitoring organizations is sometimes badly placed. Jeffrey D. Zwirn has been an alarm industry expert for over four decades. His involvement began early when he configured his own alarm system before the age of 10. Zwirn went on to build a large, independent alarm box in Florida. He sold it, moved north, and has largely concentrated on alarm consulting since then. As one of the nation's leading forensic consultants on alarm standards, he has seen plenty of examples where alarms have made society safer. In this highly personal book, Zwirn shares case histories of what has gone wrong, why, and the consequences. Zwirn writes this book for alarm dealers and installers. Yet anybody who is responsible for alarm system selection and mgmt. could benefit. The writing is non-technical. Scores of full-color images make the subject matter alive. Eighteen mini-quizzes add a challenge. Some findings: <u>Vulnerability of phone lines.</u> The best conceived and installed alarm systems become worthless if their phone connection to the central monitoring station is cut. Surprisingly, that's easy to do. Zwirn writes: "[I]f the telephone lines are cut by the criminal prior to entering the facility (as they often are), the digital dialer will be unable to dial the central station for appropriate response." What to do? Protect phone and meter rooms "as mission-critical areas and secure them." <u>Is the alarm dealer truly UL Certified?</u> Premises liability insurance generally calls for UL-Certified security systems to be installed. However, "many alarm dealers" pass themselves off as meeting UL requirements when they do not. They may use UL-Listed equip. or state that the system will be connected to a UL-Listed central station. But that doesn't mean the dealer/installer has proper UL-Certification. Such a level of expertise requires a thorough understanding of UL Standards, specific manufacturer's specs, and the ability to install systems and pass a UL evaluation. Central station services are governed by UL 827 standard. The author writes" "Fewer than 25% of all monitoring facilities are said to have been granted UL approval under section UL 827." <u>Protecting Safes.</u> Electronic vibration detection (EVD), or an equivalent form of safe protection, is necessary to protect safes. This is in addition to other alarm features to protect a space here safes are installed. Such security measures are only taken following a security survey-an exhaustive search of all risks and vulnerabilities of a premise. <u>A special offer.</u> We've never read a book on alarms so engaging. And the topic is consequential. www.alarmexpert.com 339 pp.; numerous colored images.

[73] Robert McCrie began his career in protection as a security guard in his home town of Toledo, Ohio. Upon graduating with a bachelor's degree, he began his teaching career in biology at the University of Toledo. He subsequently conducted research and studied in the US and Denmark. He next became an advertising copywriter on scientific and consumer accounts at a series of New York City advertising agencies. In 1970, he left advertising and started a newsletter concerned with protection of assets from loss. The next year he began consulting in a wide variety of issues concerning security. In the 1970's McCrie joined the advisory board of John Jay's Security Management Institute. In the following years, he became more involved at John Jay planning programs, lecturing, and aiding students. In 1986, McCrie joined the faculty on a tenure-track line, eventually reaching full professor and serving as chair (1997-2003). En route he obtained a doctorate in urban history under Richard C. Wade. McCrie has written and edited widely in the field, including Security Operations Management, published by Butterworth-Heinemann. Professor McCrie founded the B.S. in Security Management major and has coordinated the M.S. in Protection Management degree at John Jay College of Criminal Justice. Mr. McCrie also edits Security Letter and was the founding editor-in-chief of Security Journal. His awards include the President's Award of Merit from the American Society for Industrial Security and the Breslin award from the International Security Management Association. In recent years, he has become committed to the radical reform of prisons in the US and other countries.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

*Advice And Advanced Methodologies To Help Your Company Minimize Liability Now While Providing Your Customers With The Most Effective And Reliable Security Systems Available.*

- *It's No Secret: Bush Incident Shows Secret Service Needs To Brush Up on Security Basics,* Authored by Jeffrey D. Zwirn, Security Sales & Integration Magazine, April 2015.
- *The Secret Service Could Learn From Alarm And Security Professionals*, Authored by Jeffrey D. Zwirn, Security Sales & Integration Magazine, October 2014.
- *The Alarm Science Manual: Scientific Advice And Advanced Methodologies To Help Your Company Minimize Liability Now While Providing Your Customers With The Most Effective And Reliable Security Systems Available[74],* Authored By Jeffrey D. Zwirn, CPP, CFPS, CFE, DABFET, CHS-III, SET, President, IDS

Research & Development, Incorporated, August 2014. Peer reviewed by Lessing (Les) Gold, Partner, Mitchell Silberberg & Knupp[75]; Keith Jentoft, President, RSI Video Technologies, Inc.[76]; Professor Robert McCrie,

---

[74] The Alarm Science Manual™ is available for sale through the Security Industry Association (SIA) Book Store and others.

[75] The Alarm Science Manual™ Jeff Zwirn has made the security industry more observant and responsive. During the years I have represented the industry it has gone through a very significant evolution. When I first represented the industry, there was little if any regulation or oversight. Technology was years behind in innovation and communication. Security companies were fortunate in what they were able to include within their contracts, i.e., language, which under most circumstances protected them from liability. As the industry joined the computer age and technology became a part of the industry, legal challenges became more prevalent. Security companies were required to assess the risk and recommend appropriate security coverage for each individual installation. This gave rise to a new industry, "expert evaluation of the risk." Security companies were not required to make certain not only that the security they recommended was appropriate, but that it was properly installed, services and maintained. Then emerged Jeff Zwirn. A number of expert witness, knowledgeable in the industry preceded Jeff, but none who possessed his technical and engineering skill and prowess. He has become the leading expert witness in the field and has positively impacted the industry on the importance of doing it right. Jeff is widely relied upon by the security industry in determining the proper installation, maintenance and use of security systems. Plaintiffs and defendants race to call Jeff to make sure they get to him first. Lessing (Les) Gold, Partner, Mitchell Silberberg & Knupp, *Recipient of the George R. Lippert Memorial Award from the Security Industry Association for exemplary service to the security industry, inducted into the SSI Hall of Fame for distinguished industry service to the electronic security industry, recipient of Lifetime Achievement Award from the California Alarm Association for service to the security industry, AV® Preeminent™ Rating, Martindale-Hubbell, formation of several major security alarm and integration companies, lead counsel in acquisition of one of the largest security alarm companies in the United States, authored California alarm licensing law, worked with many municipalities and states to develop licensing and standards, and served as counsel to many buyers and sellers in some of the largest and smallest acquisitions in the security-related industries.*

[76] Jeffrey Zwirn's book is unique and necessary – necessary for leaders and owners in the industry. In terms of maximizing company value and minimizing threats to the owner, this book should be required reading for every manager of design/installation – and suggested reading for everybody else. The book is unique in that it goes beyond the obvious, beyond the sales pitch, even beyond the technology and brings the reader face to face with the consequences of poor decisions (loss, deaths, and lawsuits). What was promised, what was installed, what are the results and ultimately landing in what happens next…. As Jeffrey explains, too often there is a very expensive lawsuit where science proves to the courts that promises were indeed broken, installations were defective, and the results were catastrophic to the customer. But, this book is not simply a collection of horror stories; it is eminently practical. It outlines a way of thinking, a way of acting and a way of doing business. A scientific professional approach unfolds through the pages that can be understood and absorbed into practice. Stronger alarm design and stronger alarm installations are the natural result of embracing Jeffrey's ideas. Keith Jentoft, President RSI Video Technologies, Inc., Videofied is the world leader in video intrusion alarm systems with an installed based of hundreds of thousands of systems in over 35 countries. Videofied delivers priority police response for greater security and reduced losses. *Videofied is the leading solution to fight copper theft. The products are wireless, cordless and can operate both indoors and in harsh outdoor environments. The alarm systems are effective enough to protect the critical infrastructure of the USA (over 60 utilities use Videofied to protect their substations from copper theft) and affordable enough for the residential consumer. Mr. Jencroft is the holder of 12 Patents in several fields.*

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

CPP, Ph.D, Professor At John Jay College of Criminal Justice[77]; Ralph Wayne Sevinor, President, Wayne Alarm Systems, Inc.[78]; Daniel B. Kennedy, Ph.D, CPP, Consulting Forensic Criminologist And Professor

---

[77] Alarm system planning, selection, installation, and monitoring are completely understood by most security practitioners. Confidence in the installer or central alarm monitoring organizations is sometimes badly placed.
Jeffrey D. Zwirn has been an alarm industry expert for over four decades. His involvement began early when he configured his own alarm system before the age of 10. Zwirn went on to build a large, independent alarm biz in Florida. He sold it, moved north, and has largely concentrated on alarm consulting since then. As one of the nation's leading forensic consultants on alarm standards, he has seen plenty of examples where alarms have made society safer. In this highly personal book, Zwirn shares case histories of what has gone wrong, why, and the consequences. Zwirn writes this book for alarm dealers and installers. Yet anybody who is responsible for alarm systems selection and management could benefit. The Writing is non-technical. Scores of full-color images make the subject matter alive. Eighteen mini-quizzes add a challenge. Professor Robert McCrie, CPP, Ph.D, Professor at John Jay College of Criminal Justice, *Robert McCrie began his career in protection as a security guard in his home town of Toledo, Ohio. Upon graduating with a bachelor's degree, he began his teaching career in biology at the University of Toledo. He subsequently conducted research and studied in the US and Denmark. He next became an advertising copywriter on scientific and consumer accounts at a series of New York City advertising agencies. In 1970, he left advertising and started a newsletter concerned with protection of assets from loss. The next year he began consulting in a wide variety of issues concerning security. In the 1970's McCrie joined the advisory board of John Jay's Security Management Institute. In the following years, he became more involved at John Jay planning programs, lecturing, and aiding students. In 1986, McCrie joined the faculty on a tenure-track line, eventually reaching full professor and serving as chair (1997-2003). En route he obtained a doctorate in urban history under Richard C. Wade. McCrie has written and edited widely in the field, including Security Operations Management, published by Butterworth-Heinemann. Professor McCrie founded the B.S. in Security Management major and has coordinated the M.S. in Protection Management degree at John Jay College of Criminal Justice. Mr. McCrie also edits Security Letter and was the founding editor-in-chief of Security Journal. His awards include the President's Award of Merit from the American Society for Industrial Security and the Breslin award from the International Security Management Association. In recent years, he has become committed to the radical reform of prisons in the US and other countries.*
[78] Few people have had as much expertise in forensically investigating electronic security and fire alarm systems as nationally recognized alarm expert and industry veteran Jeffrey D. Zwirn, CPP, CFPS, CFE, DABFET, CHS-III, SET, CCI, and President of Zwirn Corporation. At the age of nine, Zwirn built his first alarm system. For the next forty plus years, Zwirn has been immersed in all aspects of owning and operating an alarm contracting practice including performing security surveys and needs analysis, providing recommendations, as well as the sales, design, installation, programming, inspection, service, repair, maintenance, testing, and monitoring of thousands of security and alarm systems. In addition to being designated and recognized by the New York City Police Department (NYPD) as an expert instructor, Zwirn has been retained to investigate a multitude of cases and claims involving electronic security systems, from burglary and .re losses to events where security systems have stood as silent witnesses to catastrophic crimes, such as arson, fraud, rape, and murder. Zwirn's highly specialized skills are further amplified through the crucial application of his education, skill, knowledge, training, experience, and credentials in the alarm and security industry. To that end, Zwirn has educated and taught juries and the technical community of the alarm, security, and law enforcement industries across the country, about all of this mission-critical information, and his forensic methodologies. By employing a combination of reliable scientific and technical formulas, Zwirn is able to uncover the reasons why a system is alleged to have failed, did not fail, was circumvented, or bypassed by an intruder, or otherwise what, if any, impact his forensic investigative analysis and findings bring to the case. One measure used to quantify Zwirn's unparalleled expertise in forensic alarm investigations is that he has been retained by some of the world's largest alarm companies and manufacturers as their expert. In just one example, the reliability of Zwirn's forensic expertise was a contributing factor in securing a defense verdict in a plaintiff's $90 million fire loss claim against a nationally recognized alarm company. Conversely, Zwirn has also been retained as the plaintiff's alarm expert. In fact, in the first seven months of 2010 alone, Zwirn's testimony was a contributing factor in jury awards and verdicts in excess of millions of dollars. Zwirn is also nationally known for the groundbreaking scientific and technical forensic investigation that he performed, and testified to, in the first degree murder retrial case of the State of Missouri versus George Revelle. During the deliberations, the jury stated that they believed that Revelle killed his wife. However, a.er hearing Zwirn testify for the defense, the jury came back with a not guilty verdict. In particular, not only did the jury state that Zwirn was a reliable witness, but also the jury unilaterally relied on Zwirn's expertise and testimony to reach its not guilty verdict. Zwirn has also been selected to provide test questions for the internationally recognized Certified Protection Professional® credential and for each level of the National Institute for Certification in Engineering Technologies Fire Alarm Systems Certification Program (NICET®). Zwirn was also appointed as

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

Emeritus, Criminal Justice And Security Administration, University Of Detroit Mercy[79]; Ron Davis, Davis Mergers And Acquisitions Group, Inc.[80]; Dale R. Eller, Owner/Executive Director, ITZ Solutions[81], Michael J.

Revness, Esquire[82]; Greg Kessinger, SET, CFPS, IMSA, CDT[83]; Peter Lowitt, President, Lowitt Alarms & Security Systems[84]; Charles G. Darsch[85], Bob Dolph[86] And Jack F. Dowling[87].

---

a principal technical committee panel member for NFPA 72®, the National Fire Alarm Code®® and for the National Fire Alarm and Signaling Code®, in the special expert category, and he currently serves on twenty-two UL® Standards Technical Panels. Ralph Wayne Sevinor, President, Wayne Alarm Systems, Inc., Lynn, Massachusetts. *Well-known internationally in the security industry, he is an active and influential member of several trade associations, including past president of Central Station Alarm Association. An industry historian, he has over 30 years of experience in the electronic detection field and has created an Alarm Industry Museum in his offices to preserve and promote the alarm industry artifacts and history.*

[79] At last, a book about an important subject that the nontechnical among us can read and understand. Although those of us in the safety and security professions are fully aware of the importance of intrusion detection systems and fire alarms, rarely can we find a book on the subject that is both highly informative and yet very readable, or "user friendly". The book's author is Jeffrey D. Zwirn, a nationally known alarm specialist with extensive history in all aspects of alarm development, operations, installation, and monitoring. Zwirn holds multiple, respected certifications such as CPP, CFE, CFPS, and a host of others. Zwirn is also a master alarm technician and is a burglar and fire alarm certified contractor in Florida, New York, and New Jersey. Not only is he a master of his trade, Zwirn also has wide-ranging experience as a forensic consultant who has served as an expert witness in various courts across the country. In addition, he has produced training curricula for the New York City Police Department (NYPD) and the Joint Terrorism Task Force, among others. The Alarm Science Manual is divided into seven information-filled chapters. Chapter 1 introduces the read to alarm basics while Chapter 2 delves into specific technologies, features, and devices. Chapter 3 focuses on fire protection in a particular while Chapter 4 discusses best practices in the industry. Chapter 5 includes case histories detailing he human tragedies that have occurred due to a variety of technical and human errors. Chapter 6 appropriately details the liability consequences of failing to follow acceptable alarm practices. Finally, Chapter 7 provides an overview of certain current issues in the industry. This book is to be commended for its authority, content, and clarify. It reminds me of the enormously popular Protection of Assets Manual in terms of its readability and focus on the most important issues concerning the alarms segment of security and safety efforts emphasized in modern societies. Daniel B. Kennedy, Ph. D, CPP *Consulting Forensic Criminologist and Professor Emeritus, Criminal Justice and Security Administration University of Detroit Mercy.*

[80] Thank you, Jeff... For a copy of your new book. It is, indeed, impressive. I have heard a great deal about your work, and am impressed by both the quality of the work that you do as well as the knowledge you possess. Your book, should be a "must read" for anyone in the alarm industry, particularly those who are managing a traditional alarm company. I have read your book in its entirety, and find the body of work to be unique, necessary and not easily duplicated. If I am ever going to be involved in litigation, I want to be prepared by having read your book, once again, ahead of time. I am most appreciative of your efforts in making this information available to the industry. If ever I can return the favor, all you ever have to do is ask. Again, congratulations on a fine work. Yours for greater success, Ron, Ron Davis, Davis Mergers and Acquisitions Group, Inc. *Founded in 1973 by Ron Davis, the Davis Group has consulted with hundreds of alarm companies, manufacturers, distributors, investors and international players looking to understand the dynamics of the American security marketplace. It's estimated that over 70% of the alarm installing companies have been reached by Davis Group through its seminars and audio tapes.*

[81] Spellbinding, Mesmerizing, Captivating. Having been in the electronic life safety and security industry for thirty-plus years, I can count on one hand the number of speakers who I would describe with these terms. . . Jeffrey Zwirn is clearly one of these individuals. . .I have witnessed, firsthand, seminar session rooms overflowing with alarm company owners, managers, technicians, and salespersons hanging on every word Jeffrey spoke, and those sessions ran thirty to sixty minutes past their scheduled conclusion time due to the continuous barrage of attendee questions. A truly gifted teacher and subject matter expert, Jeffrey is one of our industry's masters who now has taken his wealth of knowledge and penned what I am sure will quickly become a must read for anyone who wants to make a living in this industry "the right way." Dale R. Eller, Owner/Executive Director, ITZ Solutions!
*Executive Director, PBFAA, Executive Director, NYSESA Executive Director, Installation Quality Certification Program.*

# IDS Research & Development, Inc.
*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

---

[82] *The Alarm Science Manual*™ is the first of its kind in the Security Alarm Industry and a welcoming addition to any alarm dealer's "tool box." Ignore Mr. Zwirn's guidance, tips, strategies, and warnings in this industry bible at your own risk. There is a good reason he is one of the most respected and sought after alarm security experts in the United States. It would do you well to listen to him. This manual is peppered with "life safety" and "company saving" gems which, if followed, will most certainly reduce your risk of having to spend some unpleasant and unwelcome time with litigation attorneys like myself! Enjoy the read and the education—I most certainly did. Michael J. Revness, Esquire, *Legal Counsel To The New Jersey Electronic Security Association And The Pennsylvania Burglar And Fire Alarm Association.*

[83] As the author of the longest running magazine article on fire alarm systems in the United States, I was surprised to discover a new level of in-depth scientific and technical alarm information which has never been provided to the alarm industry before. The Alarm Science Manual does just that in going behind the scenes and forensically examining court cases where "electronic security" didn't live up to its name. I can safely bet that every alarm company owner or professional technician who reads this book will have a newly found respect for each of their duties and tasks. Whether readers dive into this text mid-stream, or start from the first chapter, all will eventually experience the author's skilled intent to ensure that the reader is provided with the awareness and importance of doing it right, or accepting the serious and negative consequences of its actions and inactions from doing it wrong. Readers will discover highly advanced methodologies from Zwirn that they can adopt and integrate into their own business model which may save their customers from loss, serious personal injury, and even death. If The Alarm Science Manual readers follow Zwirn's expert advice and guidance it could dramatically improve the way they conduct their businesses. Greg Kessinger, SET, CFPS, IMSA, CDT. SD&I *Columnist and National Training Director for Zenith Design Group, Inc.*

[84] Don't walk—RUN to get a copy of The Alarm Science Manual by Jeffrey Zwirn, CPP. If you install, service, test, inspect or monitor security systems this is a MUST READ. Learn how to minimize your liability on all types of electronic security systems, from fire and burglary to panic and carbon monoxide alarms. Mr. Zwirn's extensive experience with forensic investigations of systems that failed is critical in ensuring the same does not happen to you. Attend any of Mr. Zwirn's lectures, industry training, or license renewal courses and you will hear firsthand about systems that did not function or were circumvented, leading to catastrophic losses. Read this manual to discover why alarm systems failed and what you can do to prevent a disastrous loss for your company. Learn techniques to keep yourself out of the news media and out of the courtroom. Get The Alarm Science Manual TODAY!! Peter Lowitt, President, Lowitt Alarms & Security Systems, *Member: CSAA Board of Directors, AHJ Liaison Committee.*

[85] Security Sales & Integration Book Review-The biographical preface of Jeffrey Zwirn's highly impressive background should be an inspiration to anyone considering entering the life safety field. From a young alarm tinkerer to professional alarm installer/owner to a highly qualified industry expert, Jeffrey has written a text book that should be used by every alarm company to upgrade the training of their installers on industry best practices. It should also be read by both experienced installers and novices who intend to enter alarm industry. The hints, tips and basic alarm installing features should help make this book available at local alarm associations for purchase by their members or used as a teaching tool by associations during training sessions. An excellent resource. Charles G. Darsch, *Nonvoting Vice President and SIA Representative to the NBFAA board of directors, Ex-Offico for the Alarm Industry Research Educational Foundation (AIREF), Former President of the Security Industry Association (SIA), Former Director of Corporate Relations For System Sensor, Former Board Member of CSAA, Triton Award Winner.*

[86] In your career in the alarm industry you may have been identified by many titles such as technician, contractor, agent, dealer, integrator, etc. But have you ever been called a scientist? One dictionary defines science as *"The investigation of natural phenomena through observation, experimentation, and theoretical explanation. Science makes use of the scientific method, which includes the careful observation of natural phenomena, the formulation of a hypothesis, the conducting of one or more experiments to test the hypothesis, and the drawing of a conclusion that confirms or modifies the hypothesis."* Further, a scientist is defined as *"a person who studies or practices any of the sciences or who uses scientific methods."* Now before you label me as having gone off the deep end, you may find more truth to this classification of scientist than meets the eye. Let's investigate further. I had to chance to review a new and fascinating book called *The Alarm Science Manual*. The author is Jeffrey D. Zwirn, CPP, CFPS, CFE, DABFET, CHS-IV, SET, CCI, and president of Zwirn Corp. — you may also know the name from his monthly Security Science quiz and forensic tips in *SSI* (see page 80). Zwirn has been involved in the security industry for more than 30 years, achieved numerous credentials, and is highly respected for his industry and technology knowledge. In discussing his book, which delves into its share of alarm-related catastrophes, Zwirn noted, "Clearly, there is no right way to do [alarm contracting] wrong. Unfortunately, about 80% of what I investigate contains defects and irregularities, which puts a black eye on the industry, and those of us who know how to professionally perform alarm contracting."

**IDS Research & Development, Inc.**
*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

---

One of the areas for which I know Zwirn best is his experience as an expert witness in many landmark security industry-related court cases. Culling from his years of wide-ranging experience and knowledge of the alarm industry make Zwirn's book a must read for alarm company owners, executives and sales/technical/operations staff. This book should quickly earn a favorite and well-worn spot on any security professional's reference library shelf. Being a fellow alarm science evangelist — or alarm scientist, perhaps — I felt that this month was a good opportunity tore-view and emphasize some of key points from *The Alarm Science Manual*. As you all know, we live and work in a very litigious society; working in the security industry and providing daily life-safety services underscores the extra concern for risks of li-ability and litigation. I would encourage management who read this book to share the many rich, true-life stories Zwirn reveals with all their employees, especially technical and sales staff. The big question is, will you become an alarm science evangelist? Zwirn starts out by offering a specific definition to alarm science, as he describes, "Reliable methodologies of how alarm systems are properly designed, applied, installed, programmed, serviced, maintained, tested, inspected, and monitored utilizing a scientific and technical level of performance-based standards and countermeasures." I've talked plenty before about the seriousness of bad installations. It's always a challenge of any service business to perform the best work possible and still stay competitive. It can be an easy sales argument that life-safety systems should be as accurate and reliable as possible. Every sales-person should carry pictures of the solid work their staff does versus some of the work of other companies. If you are looking for some good examples of poor workmanship, Zwirn's book is filled with them and in vivid color. How much time do you as a manager and owner take to emphasize proper training, methodology, and supervision of staff? *The Alarm Science Manual* also includes 25 principles of alarm science, identifying serious defects and irregularities in alarm systems. In the online version of Tech Talk (go to securitysales.com/ topic/category/blogs) I will highlight and comment on a few of my favorites. *Bob is currently a Security Sales & Integration "Tech Talk" columnist and a contributing technical writer. Bob installed his first DIY home intercom system at the age of 13, and formally started his technology career as a Navy communication electronics technician during the Vietnam War. He then attended the Milwaukee School of Engineering and went on to complete a Security Management program at Milwaukee Area Technical College. Since 1976, Bob has served in a variety of technical, training and project management positions with organizations such ADT, Rollins, National Guardian, Lockheed Martin, American Alarm Supply, Sonitrol and Ingersoll Rand. Early in his career, Bob started and operated his own alarm dealership. He has also served as treasurer of the Wisconsin Burglar and Fire Alarm Association and on Security Industry Association (SIA) standards committees. Bob also provides media and training consulting to the security industry.*

[87] Security Management-A Publication Of ASIS International-BOOK REVIEW: THE ALARM SCIENCE MANUAL-This book details the full lifetime of author Jeffrey Zwirn's fascination with alarms. From his initial interest and early experimentation with alarm systems as a youngster in his home to his dedicated career in the alarm industry, he presents a complete and comprehensive study of the alarm industry and the various types of alarms, such as intrusion, panic, fire, and more. The first chapter discusses the basic components of alarm systems: control panel, detection devices, and annunciators. This section also covers the methods of attacks on alarm systems, testing and maintenance procedures, and alarm monitoring options. The risk of liability for alarm companies is explained and supported with case studies throughout the text. The author uses his knowledge as a court-qualified expert witness to emphasize the civil liability potential for negligent actions or inactions by alarm companies. Some of these have resulted in multimillion dollar settlements and judgments against the industry. According to the author, one area of concern is the "stay" or "shunt" mode for alarm systems and the need to fully explain this function to the customer prior to programming this feature into the system. The author repeatedly stresses the importance of a reliable alarm system that is designed, installed, tested, and maintained to ensure that the system functions properly. This includes the duties of the alarm contractor to meet applicable standards published by Underwriters Laboratories Incorporated (UL) and the National Fire Protection Association (NFPA). Zwirn discusses false alarms, one of the well-known issues that plague the alarm industry, and the author concedes that only the alarm industry can solve this problem through technology and coordination with the law enforcement community. The subject matter in each chapter is followed by questions that test the reader's knowledge of the topic. The text is filled with sharp color photographs of alarm systems and components to assist the reader in understanding the written material. Although there is no word index at the end of the book, the table of contents at the beginning basically fulfills this need. A two-page list of resources at the end of the text enables the reader to learn more about alarm systems. This book—especially the liability sections—would serve any security administrator responsible for implementing alarm systems and should be mandatory reading for those in the alarm industry. *Jack F. Dowling, CPP, PSP, is president of JD Security Consultants, LLC. He teaches in the College of Criminal Justice and Security at the University of Phoenix. He is a member of the ASIS Commercial Real Estate Council and serves on various committees of the ASIS Commission on Standards and Guidelines.*

# IDS Research & Development, Inc.

**Security And Alarm Expert Witness And Consultation Services**
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- *"Video Verification-Reducing Contractor Risk And Mitigating Lawsuits"* White Paper, By Jeffrey D. Zwirn, July 2014. Provided To The Technical Community Of The Alarm, Central Station, Security And Law Enforcement Communities And Videofied, The Equipment Manufacturer Of A Nationally Recognized Video Verification Product Which Is Installed And Central Station Monitored Throughout The United States And Internationally.
- "Officer Down: False Dispatch Leads to Shot Fired", By Rodney Bosch And Jeffrey Zwirn, Security Sales & Integration Magazine, March 2014.
- Interviewed By Jack Leonard And Paul Pringle, "Work at Ridley-Thomas's Residence Went Beyond Security System", Los Angeles Times, January 2014.


- *"Company's Carelessness Costs Customer Her Life"*, By Rodney Bosch And Jeffrey Zwirn, Security Sales & Integration Magazine, March 2013.
- Monthly Technical Contributor And Writer In *Security Science* For The Nationally Recognized Security Sales And Integration Magazine.
- Interviewed By Tess Nacelewicz, Managing Editor, *Talking Best Practices,* 2012 Electronic Security Expo (ESX)-Tune Into the Future, Nashville, Tennessee, June 2012.
- Inventor Of Secure Your Alarm Science™ IQ Cards Which Were Distributed To All Electronic Security Alarm Associations By The Electronic Security Alarm Association And All Central Station Alarm Association Board Members By The CSAA At The ESX Expo In Nashville, Tennessee.
- *"Monitoring Missteps Cost Provider 8.6M"*, By Rodney Bosch And Jeffrey Zwirn, Security Sales & Integration Magazine, March 2012.
- *Security Sales & Integration Magazine, Security Speaking Podcast*, Interviewed By Scott Goldfine, Security Sales & Integration Magazine, January 2012.
- *"Can Your Company Afford A $2.5M Judgment?"*, By Scott Goldfine And Jeffrey Zwirn, Security Sales & Integration Magazine, March 2011.
- *"4.6M Wrongful Death Settlement Puts Focus On Industry Best Practices"*, Interviewed By Security Sales & Integration, February 2011.
- Interviewed By The College Foundation Of North Carolina, Career Planning, *Insider Info: Alarm Technician: What They Do.*
- Interviewed By The College In Colorado, Career Planning, *Insider Info: Alarm Technician: What To Learn.*
- *"Safe Heist: Highlight Combination Of Errors"*, Security Sales & Integration Magazine, March 2010.
- *"Central Stations Can Do More In An Emergency"*, Central Station Alarm Association Dispatch, Winter 2010.
- *"Residential Fire Leaves Burning Questions"*, Pending Litigation Is Underway After Two Firefighters And Two Residents Lost Their Lives In A Residential House Fire. A Miscommunication By A Fire Alarm Operator Appears To Have Started A Devastating Domino Effect Of Destruction. Alarm Companies Can Learn A Great Deal For The Situation To Prevent Similar Tragedies, Interviewed By Security Sales & Integration, Bobit Publishing, October 2008.
- *"Minimizing Your Loss Potential"*, Security Sales & Integration, October 2008.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- *"Let's Do Battle For Better Product Quality Control",* Security Science: Expert Insight Into The Latest Forensic Alarm Science, Regularly Featured Contributing Technical Writer, Security Sales & Integration Magazine, October, 2008.
- *"Security Company Sued Over Theft",* The Herald News, September 12th, 2008.
- *"Alarm On Woman's Jewelry Closet Installed Wrong, Expert Testifies",* The Bergen Record, September 15th, 2008.
- *"Expert Says Botched Job On Alarm Led To $1M Theft",* The Bergen Record, September 16th, 2008.
- *"So Much To Lose,"* Security Science: Expert Insight Into The Latest Forensic Alarm Science, Regularly Featured Contributing Technical Writer, Security Sales & Integration Magazine, September 2008.
- Interviewed By Jill Scott, Reporter, *Tips On How To Arm Your House Against Holiday Break-Ins,* NY1 News, NY1.Com New York, New York, August 19th, 2008.
- Interviewed By Jill Scott, Reporter, *Be Secure When Choosing An Alarm,* R News, Rochester, New York, Aired August 2nd, 2008.
- Interviewed By Jill Scott, Reporter, *Tips On How To Arm Your House Against Holiday Break-Ins,* News 10 Now, Syracuse, New York, Aired July 13th, 2008.
- Interviewed By Jill Scott, Reporter, *Tips On How To Arm Your House Against Holiday Break-Ins,* Capital News 9, Albany, New York, Aired July 13th, 2008.

- Interviewed By Jill Scott, Reporter, *Tips On How To Arm Your House Against Holiday Break-Ins,* CNN Headline News, Aired July 3rd, 2008.
- Interviewed By Jill Scott, Reporter, *Tips On How To Arm Your House Against Holiday Break-Ins,* NY1 News, New York, New York, Aired July 1st, 2008.
- *"Camp Fire Toasts Installer,"* Security Sales & Integration Magazine, May 2008.
- *"Burglary Goes Down Unhampered",* Alarm Expert Jeffrey D. Zwirn, Security Dealer & Integrator Magazine, March 2008.
- *"Hoodwinking The Hoodlum",* Security Science: Expert Insight Into The Latest Forensic Alarm Science, Regularly Featured Contributing Technical Writer, Security Sales & Integration Magazine March 2008.
- Interviewed By Matt Meagher, Senior Correspondent, Inside Edition, *House Alarm Investigation,* Aired February 18th, 2008.
- *"Critical Carbon Monoxide Detection,"* NFPA Journal, *Fire* Science And Technology Educators, January February 2008, National Fire Protection Association International.
- *"What's In Your Subscriber Files?"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, December 2007.
- Interviewed By Maria Durant, Reporter, *Flaws In Alarm Systems Intruders Already Know About,* FOX56, Kentucky, Aired November 26th, 2007.
- Interviewed By Maria Durant, Reporter, *Expert Says A Reliable Alarm System Critical For Home Security,* ABC6/FOX28 Ohio, Aired November 1st, 2007.
- *"Provide Clients Added Value",* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, October 2007.
- *"Don't Be Alarmed: BE PREPARED",* Cepro, October 2007.
- Interviewed By The Bergen Record, *"Home, Secure Home", September 2007.*
- Interviewed By Jewish Standard, Jewish Community News, Rockland Jewish Reporter, *"The Keys To Protecting Your Home",* Fall 2007.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- *"Fire Alarm Reset Switch, Scientifically Safe Or Tantamount To Danger"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, September 2007.
- *"Stay Shunting Dangers…"*, The Bellringer, Pennsylvania Burglar And Fire Alarm Association, September 2007.
- *"Open The Window To Alarm Screens, System Can Be Ineffective If Not Properly Configured"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, August 2007.
- *"Stay Shunting Dangers…"* New York Security Signal, Official Publication Of The New York Burglar & Fire Alarm Association, July/August 2007.
- Interviewed By Kirstin Cole, Consumer Reporter, *Consumer Watch: Home Insecurity Expert: Alarm Companies Don't Always Fortify Your Home*, CBS2, Aired July 2007.
- *"Be Prepared To Accept The Risks Posed By Swimming Pool Alarms"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, June/July 2007.
- Interviewed By Kirstin Cole, Consumer Reporter, *CBS 2 HD Undercover: Security Lapses At NYC Hotels: You May Think You're Safe And Sound, But Are You Really?*, Aired June, 2007.
- Interviewed By Kevin D. Demarrais, Reporter, *How Reliable Are Your Security And Fire Alarm Systems?*, The Bergen Record, June 29th, 2007.
- *"Telephone Tape Dialers Now Old Technology"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, April, 2007.

- *"Deadly Outcome Was Preventable"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, March 2007.
- *"Don't Let Window Contacts Expose Holes In Your Liability"*, Security Sales And Integration Magazine, Bobit Publishing, March 2007.
- *"Residential Security Systems"*, Interviewed By Consumers Digest Magazine, March 2007.
- *"Carbon Monoxide Detectors Are Mission-Critical In The Home"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, January/February 2007.
- *"Circumventing The System"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, December 2006.
- *"Inheriting Someone Else's Problem"*, Alarm Science, Regularly Featured Columnist, Security Products & Technology News, November 2006.
- *"Are Your Installation Methods Rooted In Junk Science"*, Security Sales & Integration, Bobit Publishing, October 2006.
- *"What Is Early Warning Fire Detection?"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, October 2006.
- Author Of 2006 Edition Of *"The Alarm Connection A Practical Guide To Burglar & Fire Alarm Systems For Fire Officials, Fire Inspectors, And Authorities Having Jurisdiction."*
- *"Alarm Science, One Size Doesn't Fit All"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, September 2006.
- *"Do You Have The Science To Support Your Methodology?"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, August 2006.
- *"Where There's Smoke"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, June/July 2006.
- *"Safeguarding Your Subscribers"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, May 2006.
- *"Unveiling The Mother Of All Inventions"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, April 2006.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- *"Beware Of Ebay"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, March 2006.
- *"Preparing Your Customer For An Ambush"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, January/February 2006.
- *"In Security We Trust"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, December 2005.
- *"To Shunt Or Not To Shunt...That Is The Question"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, November 2005.
- *"False Sense Of Security"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, October 2005.
- *"Central Station Liability And Ways To Minimize It"*, CSAA Dispatch, Central Station Alarm Association, Fall 2005.
- *"Cleaning Up The Mess"* Alarm Science, Regularly Featured Columnist, Security Products & Technology News, September 2005.
- *"Central Station Liability And Ways To Minimize It"*, CSAA Dispatch, Central Station Alarm Association, Summer 2005.
- *"Editor's Angle "Knowledge Is Powerful"* Security Distributing And Marketing Magazine, June 2005.
- *"EOL Resistors Must Be Installed Correctly"*, Quoted In, Bosch Security Systems News And Information, March 2005, Volume 1 Issue 28.


- *"False Sense Of Security Results In Murder"*, The Consequences Of Incorrectly Installing And Servicing An Alarm System Were Severe For One Alarm Company's Customer. A Mother Of Two Who Thought She Was Protected Was Strangled To Death By An Intruder In Her Home After Her Alarm System Failed To Function Correctly. This Case Serves As A Pivotal Reminder As To The Importance Of Installation And Service Diligence, Interviewed By Security Sales & Integration, Bobit Publishing, March, 2005.
- *"The Alarm Connection A Practical Guide To Burglar & Fire Alarm Systems For Law Enforcement And Security Professionals"* Utilized As Course Curriculum For The New York City Police Department Crime Prevention Training Basic Methods Of Security Course And Manual, May, 2004.
- *"Mission Critical-Protect Your Telephone Lines"*, The Sentinel, Your Guide To Better Security, Summer 2004.
- *"Bad Installations Are No Laughing Matter"*, Sloppy Work Is A Detriment In Any Profession, But It Is Particularly Destructive For The Electronic Security Industry. Defying The Conventions Of Generally Accepted Practices And Standards Is Dangerous And Damaging To Customers, The Offending Business And The Entire Industry. Examining These Slipshod Installations Is Helpful In Eliminating Such Undesirable Elements, Interviewed By Security Sales & Integration, Bobit Publishing, August, 2003 Issue.
- *"Alarm Design That Rings True"*, Security Management Magazine, American Society For Industrial Security, April 2003.
- *"Contracts Clear Alarm Company Of Liability In $100M Suit,"* Security Company Accused Of Negligence Proves Its Duty And Responsibility Under Contract Did Not Include Servicing A Sprinkler System At Pennsylvania Storage Facility Destroyed By Fire, Interviewed By Security Sales & Integration, Bobit Publishing, March, 2003.
- *"Learning The Hard Way"*, An Alarm Company In Central Florida Must Pay $26.9 Million In Damages To A Former Bank Teller Who Was Paralyzed In A Botched Bank Robbery. The Plaintiff's Expert Witness And Attorney Successfully Argued In Court That The Security System Was Defective", Interviewed By Security Sales & Integration, Bobit Publishing, August 2002.

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- *"Fire System Passes Test Lives Saved In Dorm Blaze* . . . University Fire System Takes The Heat, Forensic Alarm Expert's Investigation Triggers Upgrading Of University Of Rio Grande (Ohio) Fire System, Interviewed By Security Sales & Integration, Bobit Publishing, May 2002.
- Author Of 2002 Edition Of *"The Alarm Connection A Practical Guide To Burglar & Fire Alarm Systems For Insurance Professionals."*
- Author Of 2002 Edition Of *"The Alarm Connection A Practical Guide To Burglar & Fire Alarm Systems For Law Enforcement Professionals."*
- *"Fraud Detection: Better Methods Are Needed For Purchasers Of Alarm Accounts"*, Security Systems News, March 2002.
- Alarm Systems Manual New York City Police Department, Crime Prevention Division, February 2002.
- Interviewed By Security Sales & Integration Magazine *"The New Life/Safety"* January 2002.
- Author Of 2001 Edition Of *"The Alarm Connection A Practical Guide To Burglar & Fire Alarm Systems For Insurance Professionals."*
- *"Silent Witness"* Published In Subrogator, November 2000.
- Interviewed By Security Magazine *"Integration's Planning Effort Is Essential."*
- Interviewed By Security Line *"Industry Profile"* July 2000.
- Interviewed By Security Sales Magazine *"Alarm Expert Stymies State In Missouri Murder Trial"* February 1999.
- Publisher And Creator Of *"Sherman The Loudmouth"* A Coloring Book Which Teaches Children About Burglar And Fire Alarms Systems In A Non-Threatening Way, 1999.
- Author Of 1999 Edition Of *The Alarm Connection:  A Practical Guide To Burglar And Fire Alarm Systems For Insurance Professionals."*

- Contributor To The Security Business Practices Reference Book Published By The American Society For Industrial Security, 1999.
- Interviewed By Security Magazine, A Guide To Security Consultants And System Integrators And Consultants, *"Specialists Hit The Mark"*, October 1998.
- Contributor To The Security Business Practices Reference Book Published By The American Society For Industrial Security, December 1998.
- *"To Be Or Not To Be UL Listed"* Security Sales Magazine, Bobit Publishing, August 1998.
- *"Help Lower Your Loss Potential By Properly Inspecting And Testing Fire Alarm Systems"*, Security System News, July 1998.
- Author Of 1998 Edition Of *"The Alarm Connection:  A Practical Guide To Burglar And Fire Alarm Systems For Insurance Professionals."*
- Contributor To The Security Business Practices Reference Book Published By The American Society For Industrial Security, December 1997.
- Interviewed By Security Magazine, *"Identifying Risks…Burglar And Fire Alarm Services"*, Security Magazine, Guide To Security Consultants, 1997.
- *"For Whom The Bell Tolls"*, Security Management Magazine, American Society For Industrial Security, November 1997.
- *"Fine-Tuned Contracts Help Grow, Safeguard Your Company"*, Security Sales Magazine, Bobit Publishing, September 1997.
- *"Security System Subrogation?  Consider Defects, Fraud Possibilities In Losses With Burglar, Fire Alarms"*, Claims Magazine, August 1997.
- *"Extended Limited Warranty And Monitoring Agreements Can Make Your Company Money"*, The AFY Advantage, March 1997.
- *"Alarm Quiz"*, The AFY Advantage, September 1996.

## IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
**Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President**
**Board Certified in Security Management**
Nationwide: 800-353-0733
www.alarmexpert.com

- *"What Your Technicians Write Down On Your Service Tickets...Can Be Hazardous To Your Company's Wealth!"*, The AFY Advantage, May 1996.
- *"You Get What Your Pay For"*, The AFY Advantage, February 1996.
- *"Certify Your Insured's Alarm Is UL Certified"*, Bests Review, A.M. Best, May 1995.
- *"Use An Expert Witness As A Money Savings Tool"*, Security Sales Magazine, Bobit Publishing, March 1994.
- *"An Eye For Detail Gives You The Edge"*, Security Concepts, Terra Publishing, October 1994.
- *"Dealer's Boyhood Security Dreams Are Fulfilled"*, Security Sales, 1994.
- *"Kinks And Hints"*, Contributor, Security Distributing And Marketing (SDM) Magazine, 1987.

## EDUCATION:

University School Of Nova University, Davie, Florida
North Atlantic Regional High School, Lewiston, Maine

## EXPERTISE:

*All Types Of Fire, Life Safety, Burglar Alarm, Security Systems And Security Management Including:*

- ❖ Sonitrol Security Systems Expert
- ❖ House Arrest And Offender Management Systems For Federal, State And Local Agencies
- ❖ Hardwired And Wireless Systems
- ❖ Physical Security Evaluations, Recommendations And Countermeasures
- ❖ Crime And Loss Prevention, Crime Predictability Analysis, Crime Prevention Through Environmental Design - (CPTED)
- ❖ Court House Security
- ❖ Foreseeability Analysis And Studies,  Risk Assessments, Premises Liability, Parking Lots
- ❖ Residential, Commercial And Industrial Applications And Systems
- ❖ Manufacturers, Specifications, UL Standards And Policies And Procedures
- ❖ ADA, NEC, NFPA, IFC, UFC,  & BOCA Standards, Industry And Reasonable Standards
- ❖ Code And Standards Interpretation And Violations
- ❖ Nationally Recognized Industry Standards And Practices
- ❖ Customs, Habits And Policies And Procedures
- ❖ Central Station Issues, Reports And Telephone Line Security
- ❖ UL Listed And Certificated Systems, Standards And Central Stations
- ❖ US Customs Bonded Warehouse Systems And Standards
- ❖ Bank, Jewelry And Museum Security
- ❖ State And Federal Government Facilities

# IDS Research & Development, Inc.

*Security And Alarm Expert Witness And Consultation Services*
Jeffrey D. Zwirn, CPP, CFPS, CFE, SET, FASI&T, President
Board Certified in Security Management
Nationwide: 800-353-0733
www.alarmexpert.com

- ❖ Card Access And CCTV Systems
- ❖ Ambush, Hold-Up And Panic Systems And Standards
- ❖ Single Station And System Smoke Detection, Heat, Water Flow And Gate Valve Systems And Standards
- ❖ Carbon Monoxide And Gas Detection Systems
- ❖ Temperature Monitoring Systems
- ❖ Health Care Patient Monitoring And Nurse Call
- ❖ Adequate Security And Contract Review
- ❖ Equipment Specifications, Ratings And Programming
- ❖ Integrated Systems
- ❖ Evaluation And Inspection, Professional Case Analysis, Plaintiff Or Defendant
- ❖ Written Reports And Expert Testimony
- ❖ Expert Evidence Reconstruction And Analysis
- ❖ Experiments, Models And Demonstrations For Trial Presentation
- ❖ Laboratory Analysis And Testing
- ❖ Internal Review Of System Programming And Event Log
- ❖ Training And Seminars
- ❖ Certified Fraud Examination And Investigation
- ❖ Fraud, Fraudulent Conduct And Indicators Of Fraud

© IDS Research & Development, Inc. Updated February 2018
Some Licenses Are In An Inactive Status

# EXHIBIT 2

1

Exhibit 2:Depostion And Trial Listing Of Jeffrey D. Zwirn, CPP, CFPS, CFE,  SET, FASI&T, MBAT, President

Deposition List

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| Inter-Ocean (Free Zone) Inc., a Florida corporation vs. Econocaribe Consolidators, a Florida corporation<br>*Trial testimony also provided* | June 30th, 1992 | Case No. 91-10980 CA-08 | Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida |
| Jim Rooker vs. Day Detective Inc., Morse Security Group, Linear Corp., et. al. | August 1, 1996 | CI-940097 | Circuit Court of Madison County, Mississippi |
| Trace Minerals International vs. Eagle Security Corporation | November 14, 1997 | 9609003 86PD | Second Judicial District Court of Weber County, State of Utah |
| Zigmund & Sara Markevitz vs. Federal Insurance Co. & David Eliassen | June 26, 1997 | 94-22191-CA 32 | Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida |
| Brian D. Schnell as personal representative of the estate of John R. Schnell, Sr. vs. Bob Orsini d/b/a Romax Protective Services, Inc., HI-Rise Safety Systems, Inc., Firelite Alarms Inc., Scantronic (USA) Inc. d/b/a Scantronic Security Systems, Inc. | December 15, 1997 | 96-5405-02 | Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida |
| Doe vs. Muvico Theatres, Inc. | October 17, 1998 | 980-1290 | Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida |
| Charles Posey, Medical Park Pharmacy vs. Columbia Mutual Ins. Co. | April 7, 1999 | 5-97-CV-126-3 | U. S. District Court, Northern District of Georgia, Macon Division |
| London & Edinburgh Insurance Company vs. Versailles Gallery, Inc. d/b/a Deligny Gallery | June 25, 1999 | 98-7407-CIV-Ferguson | United States District Court Southern District of Florida |
| Gepetto, Inc. vs. Royal Indemnity Company | January 3, 2000 | 98-28595 | Circuit Court of the 11th Judicial |
| Myron Eichengreen vs. Rollins, Inc., f/k/a Apollo General Protection, Inc. | January 10, 2000 | 97-L-15618 | Circuit Court of Cook County, Illinois County Department – Law Division |
| Richards Golf Co. vs. Assurance Company of America | March 13, 2000 | 98-2352 | Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida |
| Doll Enterprises, Inc. vs. Guillermo Sostchin, Trustee d/b/a Demeris #2 | April 18, 2000 | 99-13324CA 01 (06) | Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida |
| Jane Doe v. Edward Schwartz, Individually and d/b/a Coast to Coast Video, Day Detectives, Inc. Edward Tinsley, and John Does 1-5 | October 20, 2000 | 98-0099 | Copiah County Circuit Court State of Mississippi |

2

Deposition List

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| Donald Menchhofer, Individually, and as President of FABRI-TECH, INC. and FABRI-TECH, Inc. v. HONEYWELL, INC. | February 16, 2001 | Cause NO. IP99-1674C-B/S | United States District Court Southern District of Indiana Indianapolis Division |
| NEWARK BETH ISRAEL MEDICAL CENTER, a not-for-profit corporation of the State of New Jersey vs. HAYNES ELECTRONIC SECURITY SYSTEMS, INC. and John D'Agostino | February 22, 2001 | ESX-L-2675-98 | Superior Court of New Jersey Law Division Essex County |
| Rae Lynn Hnizdo as Next vs. Kindercare Learning Centers, Inc. | June 1, 2001 | 348-178574-99 | The District Court Tarrant County, Texas |
| MARISHIA SCOTT and DAVID CURBOW as personal representative of the Estate of HEATHER YOUNG, deceased vs. FORELINE SECURITY CORPORATION | July 3, 2001 | 00-129-CA | The Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida |
| Olen Residential Realty Corp., a Nevada Corporation vs. Network Multi-family Security Corporation, a Delaware Corporation | August 30, 2001 | CV-S-00-0411-PMP-RLH | United States District Court – District of Nevada |
| Federal Insurance Company as Subrogee of Microage, Inc. vs. Blue Knights Protection Services and T&M Electric, Inc. and ADT Security Services, Inc. and Kennedy-Wilson Florida Management, Inc. | November 6, 2001 | 00-01226 CIV Moore | United States District Court for the Southern District of Florida |
| Datamat Systems Research, Inc. vs. Honeywell Inc. | December 17, 2001 | No. 00-CV-1167 | United States District Court for the Eastern District of Pennsylvania |
| Jackie Sanders vs. Sonitrol of New Orleans, Inc. | March 14, 2002 | No.99-13685 | Div. "C", 22nd J.D.C., Parish of St. Tammany, Louisiana |
| Arlene Camarda vs. Stratagem Security, Inc. William Milligan and Linear Corporation | March 20, 2002 | No. 19714-000T | Supreme Court Of The State of New York County of Westchester |
| Louis Sanchez vs. ADT Security Services, Inc. | April 16, 2002 | No. L-4637-0 | Superior Court of New Jersey Law Division: Camden County |
| The Proctor & Gamble Paper Products Company, et al. vs. Leicht Transfer & Storage Co, Lexington Insurance Company, et al. Fort James Corporation vs. Leicht Transfer & Storage Company, et al Cigna Marine Insurance Company vs. Leicht Transfer & Storage Co., et al | August 14-15, 2002 | Case No. 00CV 82 | State of Wisconsin, Brown County Circuit Court |
| Flushing Jewish Center vs. United Security Systems, Inc., National Security Monitoring, United Video Security, Inc., Emergency Response Center and Vector Security | February 21, 2003 | Case No. 00-CV-7487 | United States District Court Eastern District of New York |

**Deposition List-(continued)**

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| The Limited, Inc.; Express, L.L.C.; and Bath & Body Works, Inc., v. Lara Hensley; Southlake Mall, L.L.C.; Valor Security Services, Inc.; and John Doe Mall Management Company | February 25, 2003 | | State Court of Gwinnett County State of Georgia |
| Flushing Jewish Center vs. United Security Systems, Inc., National Security Monitoring, United Video Security, Inc., Emergency Response Center and Vector Security | March 14th, 2003 | Case No. 00-CV-7487 | United States District Court Eastern District of New York |
| Flushing Jewish Center vs. United Security Systems, Inc., National Security Monitoring, United Video Security, Inc., Emergency Response Center and Vector Security | April 14th, 2003 | Case No. 00-CV-7487 | United States District Court Eastern District of New York |
| Kenneth G. Bennett, Rosilyn K. Bennett, Rebecca A. Bennett, and Bob Bennett Homes, Inc., a West Virginia corporation, vs. ASCO Services, Inc., a West Virginia corporation; Ademco Group, A Division of Pittway Corporation, a foreign corporation; Toyota Motor Corporation, a foreign corporation; Toyota Motor Manufacturing, U.S.A., Inc., a foreign corporation; Toyota Motor Corporate Services of North America, Inc., a foreign corporation; Toyota Motor Manufacturing North America, Inc., a foreign corporation; Toyota Motor Sales, U.S.A., Inc., a foreign corporation; and COBB and Coulson Auto Sales, Inc., d/b/a C&C Dodge Toyota, a foreign corporation | July 25th, 2003 | Civil Action No. OO-C-133 | Circuit Court of Wood County, West Virginia |
| John Rose and Elaine Rose, individually and for the use and benefit of State Farm Florida Insurance Company vs. ADT Security Services, Inc., and Alarm Device Manufacturing Company (Ademco) | August 21st, 2003 | Case No. 01-883 | Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida |
| Anna Mc Knights vs. Checkers Drive-In Restaurants, Inc., a Delaware Corporation, d/b/a Checkers, and ADT Security Services, Inc., a Delaware Corporation | September 4th, 2003 | Case No. 01-29166-CA-30 | Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida |
| Anna Mc Knights vs. Checkers Drive-In Restaurants, Inc., a Delaware Corporation, d/b/a Checkers, and ADT Security Services, Inc., a Delaware Corporation | November 26th, 2003 | Case No. 01-29166-CA-30 | Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida |
| Good Hope Missionary Baptist Church, Plaintiff, vs. Brinks Home Security, Inc. and Alarm Services, Defendants. | December 12th, 2003 | Case No. 012-10413 Division 1 | Circuit Court of the City of St. Louis State of Missouri |

4

Deposition List-(continued)

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| Dennis Duryea By His Subrogated Insurance Carrier, First Trenton Indemnity, vs. Cooper Alarm Systems | June 23rd, 2004 | Docket No. HNT-L-337-02 | Superior Court of New Jersey Law Division-Hunterdon County |
| William Deem, An Underwriter At Lloyd's, London, On Behalf Of Himself And All Those Other Lloyd's Underwriters Subscribing To Certificate Number GA77578/0678 And Clive Henry Magnus, As Underwriter At Lloyd's London, On Behalf Of Himself And All Those Other Lloyd's Underwriters Subscribing To Certificate Number GA77860, vs. Maurice Jeweler's Inc, Maurice's Jeweler's Inc., Third Party Plaintiff vs. Wexler Insurance Agency, Inc., AllState Security Of Florida, Inc., Arresco, Inc., And Republic Industries, Inc., Through And As Scott Alarm, One Of Their Divisions, Wexler Insurance Agency, Inc., Third Party Plaintiff, vs. Syndicate #1173, And Underwriter At Lloyd's London Third Party Defendant | July 22nd, 2004 | Case No. 98-10152 | In The Circuit Court of the 11th Judicial Circuit In and For Dade County, Florida |
| Elizabeth Baboghlian, individually and as Executrix of the Estate of Vartkes O. Baboghlian; Vartkes Baboghlian Shelter Trust; Vigen Baboghlian; Vartkes K. Baboghlian; Estate of Rahile Baboghlian; Artistic Furniture & Lighting Co., Inc.; and/or Vartkes O. Baboghlian and Elizabeth Baboghlian t/a Artistic Furniture & Lighting Company, Plaintiffs, vs. Swift Electrical Supply Co., A Corporation, A/K/A Swift Electrical Supply Co, Inc.; Swift Electric Supply Co., A Corporation; Swift Electric Supply Co., as successor in-Interest to Swift Electric Supply Co., August Sadora, Individually and T/A Swift Electrical Supply Co. and/or Swift Electric Supply Co., and August Sadora, Jr., Individually and T/A Swift Electrical Supply Co. and/or Swift Electrical Supply Co., ABC Corporations 1-5, and John Does 1-5. | October 25th, 2004 | Docket No. HUD-L-005260-1 | Superior Court of New Jersey Law Division-Hudson County |
| Adele Siegel, v. Casto Homes, Inc. a Florida Corporation, and RS Security, Inc. a Florida Corporation, f/k/a Master Technologies, Inc., d/b/a Master Security | November 11th, 2004 | Case No. CA 01-061 66 AN | Circuit Court of the 15th Judicial Circuit, In and For Palm Beach County, Florida |

5

**Deposition List-(continued)**

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| William Deem, An Underwriter At Lloyd's, London, On Behalf Of Himself And All Those Other Lloyd's Underwriters Subscribing To Certificate Number GA77578/0678 And Clive Henry Magnus, As Underwriter At Lloyd's London, On Behalf of Himself And All Those Other Lloyd's Underwriters Subscribing To Certificate Number GA77860, vs. Maurice Jeweler's Inc, Maurice's Jeweler's Inc., Third Party Plaintiff vs. Wexler Insurance Agency, Inc., AllState Security Of Florida, Inc., Arresco, Inc., And Republic Industries, Inc., Through And As Scott Alarm, One Of Their Divisions, Wexler Insurance Agency, Inc., Third Party Plaintiff, vs. Syndicate #1173, And Underwriter At Lloyd's London Third Party Defendant | December 10th, 2004 | Case No. 98-10152 | In The Circuit Court of the 11th Judicial Circuit In and For Dade County, Florida |
| Reliance Insurance Company, Plaintiff, v. SecurityLink from Ameritech Inc. And Vanguard Security, Inc. | December 20th, 2004 | Case No. 00-14434-CAI | In The Circuit Court of The 11th Judicial Circuit In and For Miami-Dade County, Florida |
| The Hartford Insurance Company, as subrogee of Fragrance's Mart, Inc., vs. BellSouth Telecommunications, Inc. | February 2nd, 2005 | Case No. 04-20532-CIV-UNGAR O-BENAGES | United States District Court Southern District of Florida |
| U.S. Managers Realty, Inc. Plaintiff, v. Barton Protective Services, Inc. Defendant | March 23rd, 2005 | Civil Action File No.: 04C-09123-5 | In The State Court of Gwinnett County State of Georgia |
| Madeline Robitschek, Plaintiff vs. Wilson West Apartments, LTD, et al, Defendants. | May 2nd, 2005 | Case No.: 16-04-CV-004976 Division CV-G | In The Circuit Court, Fourth Judicial Circuit In and For Duval County, Florida |
| Cedar Hill Hardware and Construction Supply, Inc., Plaintiff, vs. Insurance Corporation of Hannover, Defendant. | September 27th, 2005 | Case No.: 4:04-CV-743 DJS | United States District Court Eastern District of Missouri Eastern Division |
| Camp Takajo, Inc., Plaintiff, vs. SimplexGrinell L.P. and Pitre Painting Company, Inc., Defendants. | November 18th, 2005 | Docket No. CV-04-773 | Superior Court State of Maine |
| Dudley's Steak House of Poplar Bluff, Inc. d/b/a Western Sizzlin, Plaintiff v. Alliance Security, Inc. and Steve Palmer, Defendants. | January 19th, 2006 | Case No. 032-00752 | Circuit Court of The City of St. Louis State of Missouri |
| NEXEL, L.C., a Florida Corporation, Plaintiff vs. LEXINGTON INSURANCE COMPANY, a foreign insurance company, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AMB HTD-BEACON CENTRE, LLC. A Florida limited liability company, CODINA REALTY SERVICES, INC., and OMEGA CONTROLS, INC., Defendants | February 2nd, 2006 | Case No. 05-4776 CA 01 -15 | Circuit Court of The 11th Judicial Circuit in and for Miami-Dade County, Florida |

6

## Deposition List-(continued)

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| SENTRY SELECT INSURANCE COMPANY As Subrogee of REA FORD LINCOLN MERCURY, INC., Plaintiff vs. BRITTANY PROPERTY MANAGEMENT, INC. and P.N. FIRE AND BURGLAR ALARM CO., INC., Defendants. | February 22nd, 2006 | Civil Action No.: 05 CV.4829 | United States District Court Southern District of New York |
| John Rose and Elaine Rose, individually and for the use and benefit of State Farm Florida Insurance Company vs. ADT Security Services, Inc., and Alarm Device Manufacturing Company (Ademco) | March 3rd, 2006 | Case No. 01-883 | Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida |
| Geonie J. Cairuz, as Administrator of the Estate of Tony J. Keiruouz, deceased, Plaintiff, vs. Adams/Scat Security Systems, Inc. Defendant | March 17th, 2006 | At Law No: CL03-2212 | In The Circuit Court For The City of Norfolk |
| LEXINGTON INSURANCE COMPANY, et al. vs. CORNERSTONE SECURITY, a Colorado corporation d/b/a SONITROL OF DENVER, et al. | August 3rd, 2006 | Case No. 03 CV 3836 | District Court, Adams County, Colorado |
| Dudley's Steak House of Poplar Bluff, Inc. d/b/a Western Sizzlin, Plaintiff v. Alliance Security, Inc. and Steve Palmer, Defendants. | August 9th, 2006 | Case No. 032-00752 | Circuit Court of The City of St. Louis State of Missouri |
| TEXAS FARM, INC. Plaintiff, v. FARMPRO, INC. and PHONETICS, INC., Defendants. | September 12th, 2006 | No. 11,037 | 84th District Court Ochiltree County, Texas |
| AMADEU PEREIRA, et al v. NISSAN NORTH AMERICA, INC. and SONITROL SECURITY SYSTEMS OF HARTFORD, INC. NEW LONDON COUNTY MUTUAL INS. CO., ET AL v. NISSAN NORTH AMERICA, INC. AND SONITROL SECURITY SYSTEMS OF HARTFORD, INC. | January 15th, 2007 | UWY-CV-02-4003594-S | SUPERIOR COURT COMPLEX LITIGATION DOCKET AT WATERBURY |
| Good Hope Missionary Baptist Church, Plaintiff, v. St. Louis Alarm Monitoring Company Inc. | February 16th, 2007 | Cause No.: 052-1175 | Circuit Court of The City of St. Louis State of Missouri |
| SHARON FRIED, INTERNATIONAL TELECOMMUNICATIONS GROUP, JOHN ANDREW LAGATTUTA, and FREDDIE DAVIS, individually and on behalf of all others similarly situated, Plaintiffs, v. ADT Security Services, Inc. | March 31st, 2008 | Case No. 07-80950-CIV-MIDDLEBROOKS/ JOHNSON As Consolidated with Cases 07-81074 and 07-81220 | United States District Court Southern District of Florida West Palm Beach Division |

7

Deposition List-(continued)

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| KAY NORTH, individually and KAY NORTH as PERSONAL REPRESENTATIVE OF THE ESTATE OF GEORGE NEIL SMITH, II, Plaintiffs, vs. LG INVESTMENT GROUP, L.C., EUGENE E. SPARLIN, SAMUEL J. SPARLIN and DAVID A. HENDELBERG, AS TRUSTEES OF THE SAMUEL J. SPARLIN TRUST DATED SEPTEMBER 26, 1990, ANN MAIRE SPARLIN and DAVID A. HENDELBERG, AS TRUSTEES OF THE ANN MARIE APARLIN TRUST DATED SETPEBMER 26, 1990, WILLIAM C. SAMMONS, RONALD G. FISHMAN, AS TRUSTEE OF THE RONALD G. FISHMAN REVOCABLE LIVING TRUST DATED JUNE 15, 1993, FLAMINGO WHSE, LLC AND LEDER REALTY & MANAGEMENT, INC., Defendants. | March 24, 2009 | CASE NO: 502005-CA011697-XXXXMB | The Circuit Court of The Fifteenth Judicial Circuit In And For Palm Beach County, Florida |
| LG INVESTMENT GROUP, L.C., EUGENE E. Medical Systems Corp., ET AL | October 2nd, 2009 | NO. 52382 | State of Louisiana Parish of Lincoln Third Judicial District Court |
| ADT Security Services, Inc., Plaintiff, v. Vicki Seliger Swenson, As Personal Representative Of The Estate Of Teri Lynn Lee, And  Timothy J. Hawkinson, Jr., As Personal Representative Of The Estate Of Timothy Jon Hawkinson, Sr., And Vicki Seliger Swenson, As Trustee For The Next-Of-Kin Of Teri Lynn Lee, Decedent, And T.M.L., T.B.L., T.J.L. And T.M.L., Minors, Through Their Co-Guardians And Co-Conservators, Erik P. Swenson And Vicki Seliger Swenson, Defendants. | January 8, 2010 | File No.: 07-CV-2983 JRT-AJB | United States District Court District Of Minnesota |
| JAUSER CARGO CORPORATION, Plaintiff/ Counter-Defendant, v. ALDO INTERNATIONAL, LLC, Defendant/Counter-Plaintiff | April 5, 2010 | CASE NO.: 08-13708 CA (09) | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. GENERAL JURISDICTION DIVISION |
| VELMA VEASLEY, Plaintiff, v. TEL-STAR ALARMS, INC., MONITRONICS INTERNATIONAL, INC., and JOHN DOES 1-3, Defendants | May 16, 2011 | CASE NO. 09A11 855-2 | State Court Of Dekalb County State of Georgia |
| Hiscox Dedicated Corporate Member, Ltd. Plaintiff(s), Vs. Matrix Group Limited and Louis Orloff, Defendant(s) | June 20, 2011 | Case No: 8:09-CIV-2465-T-33AEP | United States District Court For The Middle District Of Florida |
| Dixie Segura, vs. Checkpoint Security Systems, A Minnesota Corporation, Brian L. Taylor, Defendant DOE Corporations 1 through 10 and DOES 11-100 inclusive | December 1, 2011 | Case No. BC 395246 | Superior Court Of The State Of California For The County Of Los Angeles |
| FIRESTONE OF DENHAM SPRINGS, INC. D/B/A CONSOLIDATED TIRE AND OIL VERSUS TOKIO MARINE NICHIDO AND STANLEY CONVERGENT SECURITY SOLUTIONS, INC. | January 11, 2012 | Case No. 68753 DIV. B | 18th Judicial District Court Parish Of Iberville State Of Louisiana |
| Stephens & Stephens, XII, LLC, Plaintiff, v. Fireman's Fund Insurance Company; The American Insurance Company; Factory Mutual Insurance Company; and Does 1-50, Defendants. | January 16, 2012 | Case No. CGC-10-502891 | Superior Court Of The State Of California For The County Of San Francisco |

8

Deposition List-(continued)

| Style | Date of Deposition | Docket No. | Court |
|---|---|---|---|
| Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Plaintiff, Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Rose Prystowsky, v. TGC Stores, Inc., ADT Security Services, Inc., Invacare Corporation, and Pride Mobility Products Corp., et al. | February 10, 2012 | Civil Action No. 2:07-cv-00072 (SDW) (MCA) | U.S. District Court for the District of New Jersey |
| Mel Bailey, Individually and on Behalf of the Wrongful Death Beneficiaries of Marie H. Bailey, Deceased, and The Estate of Marie H. Bailey, Deceased, By and Through Mel Bailey, Executor v. Monitronics International, Inc. | August 15, 2012 | Cause No. 3:09cv158 HTW-LRA | U.S. District Court For The Southern District of Mississippi, Jackson Division |
| Duncan & Boyd Jewelers Of Austin, LLC vs. United Central Control, Inc. | November 27, 2012 | No. D-1-GN-10-002669 | In The District Court Of Travis County, Texas 34th Judicial District |
| Louis Vasquez, Plaintiff, v. AEV 2861 Corporation, a Florida Corporation; and Velta Padron, Inc., a Florida Corporation, Defendants | July 31, 2013 | Case No.: 09-11489 (CA 21) | Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida |
| Stephen Rice, Plaintiff v. Mark Ragsdale and Affiliated Central, Inc. Third-Party Plaintiff, v. Lauri Ragsdale, Third-Party Defendant | January 20, 2014 | Civil Action No.: W0CV2009-1543-A | Commonwealth Of Massachusetts |
| WOOD EXPRESSIONS FINE CUSTOM CABINETRY, INC., vs. Plaintiff, vs. AAA ALARM & SECURITY, INC., Defendant. AAA ALARM & SECURITY INC., Third Party Plaintiff, vs. ASI COMMUNICATIONS, INC., d/b/a AZ SECURITY CONTROL, Third Party Defendants | September 21, 2015 | No. CV2013-4106 | SUPERIOR COURT OF ARIZONA COUNTY OF MARICOPA |
| Nasser Ghanem, vs. The ADT Corporation, A Foreign Corporation; ADT Holdings, Inc., A Foreign Corporation, ADT LLC Of Delaware, A Foreign Limited Liability Company; DOES 1 through 25; ROE Corporations 1-15, inclusive | March 9, 2017 | Case No. 2:15-cv-01551 -RFB-CWH | United States District Court District of Nevada |
| Iris Ramos, Plaintiff, against Forest Hill Terrace Associates, L.P., The Kamson Corportion, Security Resources Inc., Olympic Detective Agency, Inc., ABC Companies 1-10 (names for ficticious entities), ABC Companies 12-10 (name for ficticious entities), John Does 1-10 (names for ficticious individuals) and John Does 11-20 (names for ficticious individuals | June 26, 2017 | Docket No. ESX-L-6444-14 | Superior Court of New Jersey Law Division: Essex County |
| FEDERAL INSURANCE COMPANY, Plaintiff, v. A.P.I. ALARM MONITORING, INC., an Arizona Corporation, Defendant | August 22, 2017 | Case Number: 2016 CV 30166 | District Court, County of Eagle, Colorado Eagle County Justic Center |

Arbitration

| Style | Date of Arbitration | Docket No. | Court |
|---|---|---|---|
| The Cincinnati Insurance Company vs. V.K. Vemulapalli a/k/a Genesee Towers | February 14, 2000 | 99-65843-NO | State of Michigan In The Circuit Court for The County of Genesee |
| Delucia Farms vs. Sonitrol West Connecticut, Inc. | April 22, 1999 | CV-94-0364706S | Judicial Circuit Court of New Haven, Connecticut |

9

| Arbitration Style | Date of Arbitration | Docket No. | Court |
|---|---|---|---|
| The Cincinnati Insurance Company vs. V.K. Vemulapalli a/k/a Genesee Towers | September 27th and 28th, 2004 | 99-65843-NO | State of Michigan In The Circuit Court for The County of Genesee |

| Hearings Style | Date of Hearing | Docket No. | Court |
|---|---|---|---|
| Atlantic Special Insurance et, al, Plaintiff -against- AE OUTFITTERS RETAIL COMPANY, et al., | June 29, 2011 | Case No. 07-Civ-08508 (BSJ) | United States District Court Southern District of New York |
| Atlantic Special Insurance et, al, Plaintiff -against- AE OUTFITTERS RETAIL COMPANY, et al., | August 23, 2011 | Case No. 07-Civ-08508 (BSJ) | United States District Court Southern District of New York |

Trials

| Style | Date of Trial Appearance | Docket No. | Court |
|---|---|---|---|
| State of Missouri vs. George S. Revelle | December 10, 1998 | CR-598-1159FX | Criminal Court – State of Missouri |
| Richards Golf Co., vs. Assurance Company of America | August 28, 2000 | 98-2352 | Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Civil Division |
| Jane Doe v. Edward Schwartz, individually and d/b/a Coast to Coast Video, Day Detectives, Inc. Edward Tinsley, and John Does 1-5 | March 26, 2001 | 98-0099 | Copiah County Circuit Court State of Mississippi |
| MARISHIA SCOTT and DAVID CURBOW as personal representative of the Estate of HEATHER YOUNG, deceased vs. FORELINE SECURITY CORPORATION | January 25, 2002 | 00-129-CA | The Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida |
| Jackie Sanders vs. Sonitrol of New Orleans | December 19, 2002 | 99-13685 | 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana |
| BILL M. KIRBY, individually, on behalf of the Estate and Statutory Beneficiaries of KAREN SAWYERS, Deceased, and as Next Friend of KIRBY ANNE SAWYERS a Minor Child, and JEAN KIRBY vs. BI INCORPORATED | February 14, 2003 | 4-98-CV-1136-Y | In The United States District Court For The Northern District Of Texas Fort Worth Division |
| Elizabeth Baboghlian, individually and as Executrix of the Estate of Vartkes O. Baboghlian; Vartkes Baboghlian Shelter Trust; Vigen Baboghlian; Vartkes K. Baboghlian; Estate of Rahile Baboghlian; Artistic Furniture & Lighting Co., Inc.; and/or Vartkes O. Baboghlian and Elizabeth Baboghlian t/a Artistic Furniture & Lighting Company, Plaintiffs, vs. Swift Electrical Supply Co., A Corporation, A/K/A Swift Electrical Supply Co, Inc.; Swift Electric Supply Co., A Corporation; Swift Electric Supply Co., as successor in-interest to Swift Electric Supply Co., August Sadora, Individually and T/A Swift Electrical Supply Co. and/or Swift Electric Supply Co., and August Sadora, Jr., Individually and T/A Swift Electrical Supply Co. and/or Swift Electric Supply Co., ABC Corporations 1-5, and John Does 1-5. | May 11th, 2005 | HUD-L-005 260-01 | Superior Court of New Jersey Law Division-Hudson County |
| The Hartford Insurance Company, as subrogee of Fragrance's Mart, Inc., vs. BellSouth Telecommunications, Inc. | September 13th, 2005 | Case No. 04-20532-CIV-UNGAR | United States District Court Southern District of Florida |
| John Badura and Teresa Badura, against Circuit City Stores, Inc. and Patapsco Designs, Inc. | January 31st, 2006 | Index No. 5499/98 | Supreme Court of The State of New York County of Dutchess |

<u>Trials</u>

| <u>Style</u> | <u>Date of Trial Appearance</u> | <u>Docket No.</u> | <u>Court</u> |
|---|---|---|---|
| Tony J. Keiruouz, deceased, Plaintiff, vs. Adams/Scat Security Systems, Inc. Defendant | March 17, 2006 | CL03-2212 | In The Circuit Court For The City of Norfolk |
| Cedar Hill Hardware And Construction Supply, Inc., Plaintiff, vs. Insurance Corporation of Hannover, Defendant | May 9th, 2006 | No. 4:04-CV-743 DJS | United States District Court Eastern District of Missouri Eastern Division |
| William Deem, An Underwriter At Lloyd's, London, On Behalf Of Himself And All Those Other Lloyd's Underwriters Subscribing To Certificate Number GA77578/0678, And Clive Henry Magnus, An Underwriter At Lloyd's, London, On Behalf Of Himself And All Those Other Lloyd's Underwriters Subscribing To Certificate Number GA77860, Plaintiffs, vs. Maurice's Jewelers, Inc. Defendant | August 23rd and 24th, 2006 | CASE NO. 98-10152 CA21 01-11703-CA21 | Circuit Court Of The Eleventh Judicial Circuit In and For Dade County, Florida |
| CAMP TAKAJO, INC., Plaintiff, v. SIMPLEXGRINNELL LP, and PITRE PAINTING CO., INC., Defendants | February 21st and 28th, 2007 | Docket No. CV-04-773 | Commonwealth of Pennsylvania Philadelphia County, ss. |
| DUDLEY'S STEAK HOUSE OF POPLAR BLUFF, INC. d/b/a WESTERN SIZZLIN An Arkansas An Arkansas Corporation, Plaintiff v. ALLIANCE SECURITY, INC. AN ARKANSAS CORPORATION, and STEVE PALMER | August 20th and 21st, 2008 | Cause No.: 032-00752 Division No.: 1 | In The Circuit Court Of The City Of St. Louis State of Missouri |
| Craig Roper, et al. v. Complete Security Systems, Inc., et al | September 15th and 16th, 2008 | Docket No. PAS-L-122-06 | Passaic County Superior Court Paterson, New Jersey |
| JACQUELINE FISHBEIN, PLAINTIFF -VS- ROBERT FISHBEIN, DEFENDANT. | January 21st, 2009 | Docket No. FV-18-955-08 | Superior Court of New Jersey Law Division-Family Party Somerset County |
| JAUSER CARGO CORPORATION, Plaintiff/ Counter-Defendant, v. ALDO INTERNATIONAL, LLC, Defendant/Counter-Plaintiff | April 14th and 15th, 2010 | CASE NO.: 06-13708 CA (09) | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. GENERAL JURISDICTION DIVISION |
| George Elenbark v. Rack's Bar and Grill and Steven Evans, et al | May 6, 2010 | CAM-L-201-08 | CAMDEN COUNTY SUPERIOR COURT, CAMDEN, NEW JERSEY |
| KIMBERLY GRAJALES, Plaintiff, vs. VANWELL ELECTRONICS, INC., CRITICOM MONITORING SERVICES and ABC CORPS. 1-10, Defendants, and VANWELL ELECTRONICS, INC., Defendant/ Third-Party Plaintiff, vs. KENNETH A. GOUGH, Third-Party Defendant, and CRITICOM MONITORING SERVICES, Defendant/Third-Party Plaintiff, vs. KENNETH A. GOUGH and Hampton INN AT THE MEADOWLANDS, Third-Party Defendants. | June 10th, 2010 | ESX-L-6330-08 | SUPERIOR COURT OF NEW JERSEY-LAW DIVISION-ESSEX COUNTY |

12

Trials

| Style | Date of Trial Appearance | Docket No. | Court |
|-------|--------------------------|------------|-------|
| CORE-MARK MIDCONTINENT, INC. and CORE-MARK INTERNATIONAL, INC. V. SONITROL MANAGEMENT CORPORATION; CORNERSTONE SECURITY, INC., D/B/A SONITROL OF DENVER; and SONITROL CORPORATION | August 12 and 13, 2010 | Case Number 03CV1978 | District Court, Adams County, State of Colorado |
| Hiscox Dedicated Corporate Member, Ltd. Plaintiff(s), Vs. Matrix Group Limited and Louis Orloff, Defendant(s) | October 5, 2011 | Case No: 8:09-CIV-2465-T-33AEP | United States District Court For The Middle District Of Florida |
| VELMA VEASLEY, Plaintiff, v. TEL-STAR ALARMS, INC. MONITRONICS INTERNATIONAL, INC., and JOHN DOES 1-3, Defendants | November 8 and 9, 2011 | Case No.: 09A11855-2 | State Court of Dekalb County State Of Georgia |
| Stephens & Stephens, XII, LLC, Plaintiff, v. Fireman's Fund Insurance Company; The American Insurance Company; Factory Mutual Insurance Company; and Does 1-50, Defendants. | March 20, 2012 | Case No. CGC-10-502891 | Superior Court Of The State Of California For The County Of San Francisco |
| DUNCAN & BOYD JEWELERS OF AUSTIN, LLC VS. UNITED CENTRAL CONTROL, INC. | December 12th and 13th, 2012 | NO. D-1-GN-10-002869 | In The District Court Of Travis County, Texas 345th Judicial District |
| Louis Vasquez, Plaintiff, v. AEV 2881 Corporation, a Florida Corporation; and Velta Padron, Inc., a Florida Corporation, Defendants | October 30, 2013 | Case No.: 09-11489 (CA 21) | Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida |
| Stephen Rice, Plaintiff v. Mark Ragsdale and Affiliated Central, Inc. Third-Party Plaintiff, v. Lauri Ragsdale, Third-Party Defendant | February 4th - February 7, 2014 | Civil Action No.: W0CV2009-1543-A | Commonwealth Of Massachusetts |
| CORE-MARK MIDCONTINENT, INC., ET. AL. Plaintiffs, V. SONITROL CORPORATION Defendant | April 9, 2014 | Case No. 03-CV-3836 Consolidated for Trial With 04-CV-1978 04-CV-3725 | District Court, Adams County, State of Colorado |

Miscellaneous

| | | | |
|-------|--------------------------|------------|-------|
| Metropolitan Property & Casualty Insurance Company., as subrogee of Kenneth and and Abby Kenigsberg against Budd Morgan Central Station Alarm Company, Inc. | By Affidavit May 2000 | CV 98-7560 | United States District Court Eastern District of New York |

© 2017 IDS Research and Development, Incorporated

# EXHIBIT 3

| | |
|---|---|
| **From:** | Mike Hampton <Mike.Hampton@ESAweb.org> |
| **Sent:** | Wednesday, February 07, 2018 8:55 AM |
| **To:** | Jeffrey Zwirn |
| **Cc:** | Membership; Myranda Applewhite |
| **Subject:** | FW: Code of Ethics |
| **Attachments:** | ESA_Code_of_Ethics.pdf |

Hello Mr. Zwirn,

Thank you for reaching out to the Electronic Security Association (ESA)! In response to your email below, all members regardless of membership type fall under our ESA Code of Ethics policy. If you know of someone in violation please let me know and I can provide you with the process to file an official complaint.

Let me know if you have any questions.

Thanks,
Mike

**Mike Hampton**
Vice President of Customer Engagement

Electronic Security Association
6333 North State Highway 161
Suite 350
Irving, Texas 75038

**T** 888.447.1689 x6823
**L** 972.807.6823
**F** 972.807.6883
Mike.Hampton@ESAweb.org
www.ESAweb.org

**From:** Jeffrey Zwirn [mailto:jeffzwirn@alarmexpert.com]
**Sent:** Wednesday, February 7, 2018 10:20 AM
**To:** Myranda Applewhite
**Subject:** Code of Ethics

Dear Ms. Applewhite:

My name is Jeffrey Zwirn, and I am the president of IDS Research & Development, Incorporated. My company has been an associate member of the Electronic Security Association for many years.

It is my understanding that the Code of Ethics applies to all members regardless of the type of membership they hold. Can you please confirm my understanding of the aforementioned.

Very truly yours,

Jeffrey D. Zwirn, CPP, CFPS, CFE, FACFEI, CHS-IV, SET, CCI, FASI&T, MBAT, President



IDS Research & Development, Incorporated
46 West Clinton Avenue
Tenafly, New Jersey 07670
Phone: 201-227-2559
www.alarmexpert.com

*The information in this email is confidential and may be privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by IDS Research and Development, Inc. for any loss or damage arising in any way from its use.*

*Any views stated in this message are those of the individual sender, except where the message indicates otherwise and the sender is duly authorized by IDS Research and Development, Inc. to make such statements.*

# Electronic Security Association, Inc.
## Code of Ethics and Standards of Conduct
Amended June 23, 2014 by the Board of Directors

Members of the Electronic Security Association ("ESA") are committed to serving the public with high quality products and services that help protect lives and property through the detection and notification of certain events. The ESA Code of Ethics and Standards of Conduct (collectively the "Code") is intended to assist ESA members and their employees in providing these products and services to the public in a highly ethical manner.

This Code is intended to provide guidance for ESA members in the ethical conduct of business. ESA expects its Members to meet or exceed the guidelines set forth in this Code. Members are encouraged to implement policies and procedures that provide the highest standards of quality and consumer protections. In addition, if there is a conflict between this Code and any state, federal, and/or local rule or regulation, the controlling rule or regulation supersedes this Code. Members should interpret this Code as broadly as possible to protect all impacted groups to the greatest extent possible.

This Code is binding on all members of the ESA. Failure to comply with this Code may result in disciplinary action, including but not limited to termination of ESA membership. Members are required to respond truthfully and accurately to all inquiries made by ESA during an investigation into a potential violation of this Code.

## Code of Ethics

In providing products and services for consumers, conduct of the ESA member impacts (1) potential and existing customers; (2) public emergency response agencies; (3) their employees and other paid Representative (as defined herein); and (4) the general public. Members are required to comply with all applicable federal, state, and local laws and regulations, including licensing requirements. In addition, ESA members will take all appropriate steps to adhere to the following principles as they apply to each of these impacted groups.

**Potential and Existing Customers**
Members acknowledge that their customers' safety and security is their reason for being in business. Members shall treat each potential and existing customer with respect. Members shall engage in marketing and advertising in a non-deceptive manner, and in accordance with the laws and regulations of the Federal Trade Commission ("FTC") and all other applicable federal, state, and local laws and regulations.

**Emergency Response Agencies**
Members shall endeavor to reduce the rate at which emergency agencies respond to non-emergency occurrences by adopting industry recognized best practices for installing, servicing and monitoring of electronic life safety and security systems.

**Representatives**
Members acknowledge that it is through their employees and other Representatives that they are able to deliver products and services to customers, thereby creating, sustaining and developing their businesses. Members shall provide adequate training and supervision to employees and implement disciplinary measures for employees that fail to comply with this Code. Moreover, Members shall require other Representatives to implement appropriate and effective controls —whether they are independent contractors, agents, dealers, etc.—through contracts, agreements, and other formal processes and procedures. In no circumstance may a Member structure a relationship with a Representative or third party who markets, sells, or services electronic life safety and security systems for the purpose of avoiding application of the Code to the Member's customers.

**General Public**
ESA desires that its Members and their Representatives (1) conduct their business dealings with the highest standards of integrity and professionalism, (2) act as reasonable and responsible citizens in the communities in which they operate, and (3) positively and ethically promote the industry to the general public.

## Standards of Conduct

### Purpose

These *Standards of Conduct* are to provide guidance for member companies in conducting their activities in the spirit of honesty toward consumers, specifically with integrity and fair competition. Adherence to this Code will promote best practices which foster consumer protection, and also preserve the integrity and reputation of the entire electronic life safety and security industry.

### Representative Defined

The term "Representative" includes employees, independent contractors, agents, dealers, dealer networks, associates, and other entities and individuals who market or sell electronic life safety and security products and services on behalf of a Member, regardless of the underlying legal arrangement between the Member and the Representative. The term Representative is to be construed broadly and Members may not structure arrangements with third parties for the purpose of circumventing the Code with respect to the accounts serviced or owned by a Member.

For example, but in no way limiting the definition of a Representative, a Member may not agree to purchase accounts from a non-member for the purpose of acquiring accounts that were not generated in conformance with the Code. Similarly, a Member may not disclaim a legal relationship with a Representative or other third party for the purpose of circumventing the Code.

### STANDARD 1 - RELATIONSHIP WITH CONSUMERS

#### 1.1 Identification of Representatives

Members shall require their Representatives to:

1.1.1   Carry an accurate photo identification card with company affiliation when meeting customers or potential customers in person, and show it to any consumer who asks to see identification;

1.1.2   Truthfully and clearly identify themselves by name, their company by name, and the purpose of their solicitation to the potential customer at the initiation of a sales presentation, without request from the consumer and before entering the consumer's premises;

1.1.3   Not generically identify themselves as being from "the alarm company" or "the security company"; and

1.1.4   Be properly licensed and registered in compliance with all applicable laws, ordinances and regulations.

#### 1.2 Consumer Respect

Members shall require compliance with the following practices:

1.2.1   Representatives shall only make telephone contact with consumers during the hours of 8 a.m. to 9 p.m. in the applicable time zone (or as otherwise limited by applicable law) and shall only make in-person contact with consumers in conformance with any applicable laws;

1.2.2   Representatives shall discontinue a sales presentation and immediately leave the premises upon the request of a consumer;

1.2.3    Representatives shall not approach a consumer's premises if a "No Solicitation", "No Trespassing" or similar sign is posted;

1.2.4    Members and their Representatives shall comply with  all applicable  laws that prohibit or regulate solicitations, including honoring all applicable do-not-call lists and all other requests not to be called, contacting consumers electronically in conformance with the CAN-SPAM Act, and honoring requests not to receive additional emails or faxes for or on behalf of a consumer; and

1.2.5    Representatives shall not remove another company's alarm equipment or signage from the customer's property.

## 1.3 Deceptive or Unlawful Business Practices

Members shall prohibit their Representatives from engaging in deceptive, misleading, unlawful, or unethical business practices, including but not limited to falsely stating or implying any of the following to a potential customer:

1.3.1    That a competitor company is going out of business or is in financial difficulty;

1.3.2    That a competitor company does not exist;

1.3.3    That a competitor company is changing or has changed its company name;

1.3.4    That the Representative's company is acquiring, merging with, has been taken over, or is part of a competitor company;

1.3.5    That the Representative is a representative or agent for, is acting on behalf of, or is otherwise acting with the consent or approval of a competitor company;

1.3.6    That the Representative's company is the "sister" company of a competitor company;

1.3.7    That the Representative represents or is affiliated with an equipment manufacturer, vendor or service provider, unless such entity has granted written permission to do so;

1.3.8    That the Representative's company manufactures the equipment used by a competitor company;

1.3.9    That the Representative's company is performing routine maintenance on a competitor company's equipment;

1.3.10   That any change proposed during a sales solicitation is an "update" or "upgrade" of an existing system when such a transaction requires an agreement with a person, company, or entity different than the consumer's existing alarm system or alarm monitoring service agreement;

1.3.11   That the Representative's company, or any other entity, is "taking over" the monitoring of a competitor company's accounts or has purchased the customer's account from a competitor company;

1.3.12   That a competitor company is not, or has stopped, monitoring the alarm system for that person, residence, or business;

1.3.13   That a competitor company will no longer be able to monitor or service the alarm system for that person, residence, or business;

1.3.14   That the manufacturer or provider of the existing alarm system in the consumer's home prefers or recommends that the consumer switch to or use a specific or different alarm monitoring service; and1.3.15   That the Representative or the Representative's company is affiliated with, has the endorsement of, or is in any manner acting at the direction of, any governmental or law enforcement agency.

Furthermore, Members shall prohibit their Representatives from:

1.3.16   Misrepresenting the capabilities of their products or services;

1.3.17   Misrepresenting the capabilities or lack thereof of the consumer's existing alarm system or alarm monitoring service;

1.3.18   Quoting statistics or providing other information that is known to be false or misleading, or which the Member has not made a reasonable effort to objectively quantify or substantiate; and

1.3.19   Utilizing another company's trade secrets, confidential information or proprietary information, including utilizing another company's customer lists without that company's prior written consent.

## 1.4 Contracting with Customers

Members shall require compliance with the following:

1.4.1   When contracting with potential or existing customers, Members shall require their Representatives to use written materials, which clearly and conspicuously set forth both the Member's and customer's rights and obligations;

1.4.2   Members and their Representatives shall clearly and conspicuously disclose all material terms and conditions of the offer before obtaining a customer's consent;

1.4.3   Members shall train their Representatives with respect to the terms and conditions of the contract so that a customer's questions can be adequately answered at or prior to signing the contract; and

1.4.4   Members shall require their Representatives to provide a copy of the contract with the customer immediately upon execution, either in paper or electronic form, as appropriate.

## 1.5 Refunds

1.5.1   Refund policies, including termination fees, shall be clearly and conspicuously disclosed to customers or potential customers prior to the sale of any product or service;

1.5.2   Members shall honor all refunds for customers in accordance with their stated refund policies; and

1.5.3   Upon request, Members shall provide customers a written termination fee calculation and state the information upon which they base the calculation.

## 1.6 Privacy

1.6.1   Members who collect personal information from consumers shall implement a privacy policy that discloses their practice of data collection, usage and sharing;

1.6.2   Members shall disclose the privacy policy in a clear and conspicuous manner when accepting a consumer's personal information. For example, every request for a consumer's personal information should include the disclosure of the Member's privacy policy in print or by reference to the privacy policy on the Member's website; and

1.6.3   Members shall have technical and management controls in place to comply with all applicable laws and regulations on the protection of personal information.

### STANDARD 2 - RELATIONSHIP WITH EMERGENCY RESPONSE AGENCIES

Members shall require compliance with the following:

**2.1** Members and their Representatives shall comply with all applicable alarm ordinances;

**2.2** Members and their Representatives shall encourage customers to comply with all applicable alarm ordinances;

**2.3** Members and their Representatives shall train customers in the proper use of the Members' products and services and provide customers with an instruction manual;

**2.4** Members and their Representatives shall provide reasonable cooperation to customers and emergency agencies to remedy an alarm system identified as creating non-emergency dispatches; and

**2.5** Members shall encourage participation in, or cooperation with, industry-recognized programs designed to reduce non-emergency dispatches.

### STANDARD 3 - RELATIONSHIP WITH OTHER PROVIDERS OF ELECTRONIC LIFE SAFETY AND SECURITY PRODUCTS AND SERVICES

Members shall require compliance with the following:

**3.1** Representatives shall not use misleading or unsubstantiated comparisons between companies; and

**3.2** Representatives shall not unfairly or falsely denigrate any company, business or product, directly or by implication.

### STANDARD 4 - RELATIONSHIP WITH REPRESENTATIVES

Members shall engage in the following:

**4.1** Members shall develop and utilize training, policies, and procedures that promote on-the-job safety;

**4.2** Members shall provide training and supervision to all Representatives sufficient to allow them to perform their duties in a high quality and highly professional and ethical manner;

**4.3** Members shall provide training to all Representatives sufficient to ensure that they engage in non-deceptive marketing and advertising; and

**4.4** Members and their Representatives shall comply with all equal employment opportunity laws.

### STANDARD 5 - RELATIONSHIP WITH THE GENERAL PUBLIC

Members shall require compliance with the following:

**5.1** Members and their Representatives shall comply with all federal, state and local laws and permits governing the type of services offered to the general public in the jurisdiction in which they are conducting their business;

**5.2** Members and their Representatives shall handle all hazardous materials in compliance with all applicable environmental laws; and

**5.3** Members whose Representatives operate motor vehicles in the performance of the Member's business shall establish policies and procedures that encourage safe and courteous driving.

## ADDITIONAL REQUIREMENTS

**Compliance**
Members shall implement an effective program for complying with this Code which includes adopting and enforcing appropriate policies and procedures to prevent activities proscribed by this Code. Compliance programs should include (a) requiring compliance with this Code as a material obligation in any written contract for the engagement of any Representative, (b) refusing to purchase or acquire alarm monitoring accounts that were sold or generated using practices prohibited under this Code, (c) conducting effective and ongoing training and education of all Representatives on the requirements of this Code, (d) maintaining processes to effectively collect and investigate complaints alleging violations of this Code, (e) responding promptly to all such complaints and undertaking corrective actions, and (f) enforcing this Code through appropriate internal disciplinary procedures and actions.

**Prompt Investigation**
If any consumer alleges that a Representative offering the products or services of a Member has engaged in improper conduct, the Member shall promptly investigate the allegation. If a violation of this Code is identified, the Member shall appropriately discipline the offending Representative, and take further steps, as necessary, to address the consumer's concerns.

**Publication**
The Association will publicize the existence of this Code. Members are encouraged to advertise compliance to this Code, and to make customers and potential customers aware of such compliance. Members and their Representatives are encouraged to post this Code on their external websites.

**Acknowledgement**
Each member shall certify to the Association that they have read and understand the Code of Ethics and Standards of Conduct and, by virtue of remittance of membership dues, are in compliance with the Code of Ethics and these Standards of Conduct.

#10313069-v1