# — **EXHIBIT 26** —

**Jeffrey Zwirn**

| | |
|---|---|
| **From:** | Mike Hampton <Mike.Hampton@ESAweb.org> |
| **Sent:** | Wednesday, February 7, 2018 11:55 AM |
| **To:** | Jeffrey Zwirn |
| **Cc:** | Membership; Myranda Applewhite |
| **Subject:** | FW: Code of Ethics |
| **Attachments:** | ESA_Code_of_Ethics.pdf |

Hello Mr. Zwirn,

Thank you for reaching out to the Electronic Security Association (ESA)! In response to your email below, all members regardless of membership type fall under our ESA Code of Ethics policy. If you know of someone in violation please let me know and I can provide you with the process to file an official complaint.

Let me know if you have any questions.

Thanks,
Mike

**Mike Hampton**
Vice President of Customer Engagement

Electronic Security Association
6333 North State Highway 161
Suite 350
Irving, Texas 75038

T 888.447.1689 x6823
L 972.807.6823
F 972.807.6883
Mike.Hampton@ESAweb.org
www.ESAweb.org

---

**From:** Jeffrey Zwirn [mailto:jeffzwirn@alarmexpert.com]
**Sent:** Wednesday, February 7, 2018 10:20 AM
**To:** Myranda Applewhite
**Subject:** Code of Ethics

Dear Ms. Applewhite:

My name is Jeffrey Zwirn, and I am the president of IDS Research & Development, Incorporated. My company has been an associate member of the Electronic Security Association for many years.

1

It is my understanding that the Code of Ethics applies to all members regardless of the type of membership they hold. Can you please confirm my understanding of the aforementioned.

Very truly yours,

Jeffrey D. Zwirn, CPP, CFPS, CFE, FACFEI, CHS-IV, SET, CCI, FASI&T, MBAT, President



IDS Research & Development, Incorporated
46 West Clinton Avenue
Tenafly, New Jersey 07670
Phone: 201-227-2559
www.alarmexpert.com

*The information in this email is confidential and may be privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by IDS Research and Development, Inc. for any loss or damage arising in any way from its use.*

Any views stated in this message are those of the individual sender, except where the message indicates otherwise and the sender is duly authorized by IDS Research and Development, Inc. to make such statements.

ZWIRN_000046