— **EXHIBIT 27** —

Joseph Moretti
December 7, 2017

```
                                                            Page 1
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4

 5              Civil Action No. 4:15-cv-06314-YGR

 6
     *****************************************
 7   ABANTE ROOTER AND PLUMBING, INC.,        *
     MARK HANKINS, and PHILIP J. CHARVAT,     *
 8   individually and on behalf of all        *
     others similarly situated,               *
 9                                            *
                     Plaintiffs               *
10                                            *
     v.                                       *
11                                            *
     ALARM.COM INCORPORATED, and              *
12   ALARM.COM HOLDINGS, INC.,                *
                                              *
13                   Defendants               *
     *****************************************
14

15

16           DEPOSITION OF:  JOSEPH MORETTI

17        CATUOGNO COURT REPORTING SERVICES, INC.

18           155 South Main Street, Suite 201

19                Providence, Rhode Island

20         December 7, 2017              10:03 a.m.

21

22

23                     Ellen M. Muir

24                     Court Reporter
```

Joseph Moretti
December 7, 2017

Page 17

1    Q.    Were you incorporated?
2    A.    I was an LLC.
3    Q.    And is that a Rhode Island LLC?
4    A.    No, it was a Delaware LLC.
5    Q.    Delaware.  Okay.  And is it fair to say
6  Nationwide Alarm was going to, your business was to
7  sell alarm systems to residential homeowners?
8    A.    Yes, sir.
9    Q.    And, now, the contracts, when you signed
10 people up, you sold those to Alliance?
11   A.    Yes, sir.
12   Q.    And did you sell only to Alliance when
13 you were at Nationwide?
14   A.    I don't recall.  I believe there may have
15 been maybe three to five deals that I tried selling
16 elsewhere.  I don't recall what companies, though.
17 But, I mean, the very high majority were to Alliance.
18   Q.    And would you only take a deal to
19 somebody else if Alliance wouldn't buy it, a
20 contract?
21   A.    I forget what the exact terms were, but I
22 really don't recall why I was going to the other
23 ones.  I don't know.
24   Q.    The vast majority, though, went to

Joseph Moretti
December 7, 2017

Page 18

1  Alliance?
2      A.   Yes, sir.
3      Q.   And how would you make sales at
4  Nationwide Alarm?
5      A.   How did we make sales?
6      Q.   Were they only phone based?
7      A.   Yes, sir.
8      Q.   No door knocking?
9      A.   No.
10     Q.   And did you place calls yourself?
11     A.   No, sir.
12     Q.   Did you hire Justin Ramsey to make calls
13 for you?
14     A.   No, sir.
15     Q.   How did you make the calls?
16     A.   My representatives did it.
17     Q.   Okay.  And did you have a calling
18 platform that you made calls on?
19     A.   Ytel.
20     Q.   And can you tell me what Ytel is?
21     A.   It is a -- what's the word? -- basically,
22 like a lead distribution model.  I can't think of the
23 exact word I'm trying to look for but they organized
24 our leads for us basically.

Joseph Moretti
December 7, 2017

Page 19

1    Q.    CRM, was that the acronym?
2    A.    I believe so, yes.
3    Q.    Was it customer relationship management
4  software?
5    A.    Yes.
6    Q.    How many employees did you have at
7  Nationwide?
8    A.    Anywhere from five to ten at any given
9  point.
10   Q.    And were those employees all people
11 working in a call center?
12   A.    Yes, sir.
13   Q.    Where was your office located?
14   A.    Pawtucket.
15   Q.    Were they working on -- did you have a
16 phone system in-house apart from the Ytel that you
17 dialled out from?
18   A.    My Ytel was the phone system.
19   Q.    Ytel was the phone system.  And so when
20 you signed up with Ytel, did they provide you with
21 physical telephones to use in the office?
22   A.    I believe we had physical telephones at
23 first.  We may have been using Cox or Verizon and
24 then we switched to Ytel shortly after.  But Ytel was

Joseph Moretti
December 7, 2017

Page 20

1  a computer-based system.
2         Q.    Okay.  So looking back on the screen at
3  Exhibit 141, this is labelled a Master Service
4  Agreement.  Is this the contract that Nationwide
5  Alarm had with Ytel?
6         A.    I don't recall honestly.
7         Q.    But do you remember signing a contract
8  with them to get their services?
9         A.    Vaguely.  I also had my assistant doing a
10 lot of stuff like that for me.
11        Q.    Who was your assistant?
12        A.    Tiffany Webster.
13        Q.    And can you describe to me how the Ytel
14 system would work.  Would you have to log in to open
15 the system at the beginning of the day?
16        A.    I believe so.  I honestly don't really
17 remember how the whole thing worked.  It was a
18 pretty intricate system.
19        Q.    Did you ever upload numbers for the Ytel
20 system to dial out to?
21        A.    I believe so.
22        Q.    And where did you get those phone numbers
23 to call?
24        A.    Multiple lead sources.  I mean, probably

**CATUOGNO COURT REPORTING & STENTEL TRANSCRIPTIONS**
Springfield, MA  Worcester, MA  Boston, MA  Providence, RI

Joseph Moretti
December 7, 2017

Page 21

```
 1   ten different lead sources we had at any given time.
 2        Q.    Do you remember --
 3        A.    You know, trial and error system.
 4        Q.    Was Data World Technologies one of those
 5   data lead sources?
 6        A.    I don't recall that name at all.
 7        Q.    How about Data Guru?
 8        A.    I don't recall that name either.
 9        Q.    Do you remember any of the names of the
10   sources of --
11        A.    I really don't, to be completely honest.
12        Q.    And when you say "lead sources," was that
13   essentially data with phone numbers and names and
14   addresses of people you would call?
15        A.    Correct.
16        Q.    And you could upload that to the Ytel
17   system.  Did it dial the numbers for you?
18        A.    Yes, sir.  Well, we had manual dial
19   option as well as automatic dial option.
20        Q.    And did you ever place robocalls directly
21   from Nationwide Alarm via the Ytel system?
22              MS. SCHUCHARDT:  Objection to form.
23        A.    A robocall, what's that?
24        Q.    Like a call that would go out with a
```

1   prerecorded message that would play when the person
2   picked up on the other end?
3       A.   No.
4       Q.   Now, if you ran the Ytel system in an
5   automatic dialling mode, how did your people know
6   when to pick up; how did the system work, would
7   somebody have picked up on the other end?
8       A.   It would beep.
9       Q.   And did the system automatically find the
10  available call center person in your office?
11      A.   I really don't recall exactly how it
12  worked, but I believe it was something similar to
13  that.
14      Q.   Okay.  Did you or Nationwide Alarm have a
15  subscription to the Do Not Call List?
16      A.   Could you please explain what you mean by
17  that, a subscription?
18      Q.   Yeah.  Did you ever download numbers from
19  the federal government's Do Not Call List as the
20  people that you couldn't call?
21      A.   To use in my office?
22      Q.   Yes.
23      A.   Absolutely not.
24      Q.   At Nationwide Alarm you only sold home

Page 62

```
 1         I, ELLEN M. MUIR, a Commissioner of the State
 2   of Rhode Island, do hereby certify that JOSEPH
 3   MORETTI came before me on the 7th day of December,
 4   2017, at CATUOGNO COURT REPORTING SERVICES, INC., 155
 5   South Main Street, 2nd Floor, Providence, Rhode
 6   Island, and was by me duly sworn to testify to the
 7   truth and nothing but the truth as to his knowledge
 8   touching and concerning the matters in controversy in
 9   this cause; that he was thereupon examined upon his
10   oath and said examination reduced to writing by me;
11   and that the statement is a true record of the
12   testimony given by the witness, to the best of my
13   knowledge and ability.
14         I further certify that I am not a relative or
15   employee of counsel/attorney for any of the parties,
16   nor a relative or employee of such parties, nor am I
17   financially interested in the outcome of the action.
18         WITNESS MY HAND this 15th day of February,
19   2017.
20
21
22   Ellen M. Muir                My Commission expires:
23   Commissioner of the          November 31, 2021
24   State of Rhode Island
```