— **EXHIBIT 29** —

**From:** Martin Hebert
**Sent:** Sunday, August 23, 2015 9:00 PM
**To:** Nate Natale
**Subject:** RE: Movers Issue Comp Report

**SysUserProp:**   88334F2CCA0D8E51C8530404366F9B82

Some color below.  Not sure if you wanted the subdealer color or corporate account color.  Will I be on the call with Steve or not?

I can add color for others if you want or put together something for the corporate accounts.


Alliance – through aggressive recruiting and the best funding deal in the industry, Alliance has poached telemarketing teams from many existing Alarm.com and Moni dealers (amongst others) and seen significant growth YOY.  Acquiring PowerHome diversified their business and added to their overall growth while adding another recruiting avenue:  door knocking.  To grow at the rate they have based on their yearly volume from 2014 is incredible.

Skyline – despite losing a 200 account per month manager who began his own company selling accounts to Dave Roman, Skyline has seen considerable growth YOY and intends to continue that growth trend into 2016.  They've moved into a new building they recently purchased and have built an impressive company culture based around being the best and recruiting the best.  Edwin feels they are the west coast counterbalance to Alliance and predicts as Alliance subdealers begin to attrit, he will be positioned to pick up additional teams.

Power Home – down thanks to volume being siphoned off into the Alliance bucket following the acquisition.  Otherwise a steady volume year.

The Alarm Guyz – excellent growth thanks to a rededication to the core business from Ryan Brown and a strong partnership with CSG.  Their account mix is about as good as any subdealer in any dealer program and they believe that technology first sales should be the standard.  Helping drive best practices within CSG that may hopefully lead to a stronger position for CSG with nationwide dealers.

Capital Connect – another strong summer season for Capital following an off year in 2014.  Very devoted to our platform, recently gave an impressive quote used in our Monitronics dealer outreach campaign.

Elite Home – Elite chose to push Honeywell in 2 of their summer offices this year due to pricing concessions on hardware and their legacy contract with Moni which allows them to offer wifi only systems with no passthrough and high RMRs.  The managers that were forced to move have consistently complained, but $45 per account was enough for Elite to decide to split the business causing our YOY declines.  They're in the process of closing a private funding deal that they hope will allow them to keep all accounts in house next year and they want us to be their platform so long as our pricing is competitive.

---

**From:** Nate Natale
**Sent:** Saturday, August 22, 2015 8:52 AM
**To:** Martin Hebert <mhebert@alarm.com>
**Subject:** RE: Movers Issue Comp Report

Thanks – Very interesting.  Do you mind adding a note to some of the top dealers who are up or down? I'm sure Steve is going to want details.

**Nate Natale**
*Senior VP of N. American Sales &
Platform Strategy*
703-304-0867 Cell

nate@alarm.com
www.alarm.com

---

**From:** Martin Hebert
**Sent:** August 21, 2015 5:30 PM
**To:** Nate Natale <nnatale@alarm.com>
**Subject:** FW: Movers Issue Comp Report

All subdealers that created at least 5 accounts in the past 30 days and their YOY growth.

---

**From:** Matthew Appleby
**Sent:** Friday, August 21, 2015 3:57 PM
**To:** Martin Hebert <mhebert@alarm.com>
**Subject:** Re: Movers Issue Comp Report

No problem. Here is the second report. Let me know if you have any questions.

Thanks,

Matt

- - - - - - - - - - - - - - - -

**Matthew Appleby**
*Senior Product Management
Associate – Business Intelligence*

571.385.0017 (Office)
617.460.1979 (Mobile)
mappleby@alarm.com
www.alarm.com



*Your home in your hands.*

---

**From:** Martin Hebert <mhebert@alarm.com>
**Date:** Friday, August 21, 2015 at 3:34 PM
**To:** Matthew Appleby <mappleby@alarm.com>
**Subject:** RE: Movers Issue Comp Report

Looks great, thanks!

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Matthew Appleby <mappleby@alarm.com>
Date: 08/21/2015 15:15 (GMT-05:00)
To: Martin Hebert <mhebert@alarm.com>
Subject: Re: Movers Issue Comp Report

So far so good, here is the Holding Dealer RMR report.

Thanks,

Matt

**Matthew Appleby**
*Senior Product Management*
*Associate – Business Intelligence*

571.385.0017 (Office)
617.460.1979 (Mobile)
mappleby@alarm.com
www.alarm.com



*Your home in your hands.*

---

**From:** Martin Hebert <mhebert@alarm.com>
**Date:** Friday, August 21, 2015 at 2:49 PM
**To:** Matthew Appleby <mappleby@alarm.com>
**Subject:** RE: Movers Issue Comp Report

Thanks.  How are we looking on the two reports I requested?

---

**From:** Matthew Appleby
**Sent:** Friday, August 21, 2015 2:14 PM
**To:** Martin Hebert <mhebert@alarm.com>
**Subject:** Movers Issue Comp Report

Hi Marty,

I figured out the issue with movers on the comp report. The underlying report was not updating so I went ahead and fixed that. The version that comes out next Tuesday should be more accurate.

Thanks,

Matt

**Matthew Appleby**
*Senior Product Management*
*Associate – Business Intelligence*

571.385.0017 (Office)

ALARM-0005348

617.460.1979 (Mobile)
mappleby@alarm.com
www.alarm.com



Your home in your hands.

ALARM-0005349