— **EXHIBIT 30** —


# Party Search Results

**Search Criteria:** Party Search; Last Name: Alliance Security, Inc.; Date Filed (From): 03/11/2014; Party Roles: [DEF, DFT]
**Result Count:** 53 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 5:2014cv02638 |
| Case Title | Harold Collins v. Alliance Security, Inc. et al |
| Court | California Central District Court |
| Date Filed | 12/30/2014 |
| Date Closed | 01/13/2015 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 2:2017cv08657 |
| Case Title | Janice Getty v. Versatile Marketing Solutions, Inc. et al |
| Court | California Central District Court |
| Date Filed | 11/30/2017 |
| Date Closed | 05/01/2018 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 2:2017cv01288 |
| Case Title | Grier v. Alliance Security, Inc. |
| Court | California Eastern District Court |
| Date Filed | 06/23/2017 |
| Date Closed | 01/05/2018 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 3:2014cv01914 |
| Case Title | Moser v. Alliance Security, Inc. et al |
| Court | California Southern District Court |
| Date Filed | 08/14/2014 |
| Date Closed | 10/20/2014 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2015cv22862 |
| Case Title | Newhart v. Monitronics International, Inc. et al |
| Court | Florida Southern District Court |
| Date Filed | 07/31/2015 |
| Date Closed | 09/03/2015 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 0:2015cv61803 |
| Case Title | Bisesar et al v. Alliance Security, Inc. et al |
| Court | Florida Southern District Court |
| Date Filed | 08/28/2015 |
| Date Closed | 02/11/2016 |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 9:2016cv81313 |
| Case Title | Meyers v. Alliance Security, Inc. |
| Court | Florida Southern District Court |
| Date Filed | 07/22/2016 |
| Date Closed | 08/10/2016 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 0:2016cv62442 |
| Case Title | Isola et al v. Alliance Security, Inc. et al |
| Court | Florida Southern District Court |
| Date Filed | 10/14/2016 |
| Date Closed | 01/17/2017 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv02701 |
| Case Title | Dolemba v. Alliance Security, Inc. et al |
| Court | Illinois Northern District Court |
| Date Filed | 04/15/2014 |
| Date Closed | 05/08/2014 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv02701 |
| Case Title | Dolemba v. Alliance Security, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 04/15/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 3:2014cv00153 |
| Case Title | Finklea v. Monitronics International, Inc., et al. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 05/02/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv04410 |
| Case Title | Bank v. Alliance Security Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 07/23/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 2:2014cv01366 |
| Case Title | Charvat v. Monitronics International, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 08/26/2014 |
| Date Closed | |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 3:2014cv01914 |
| Case Title | Moser v. Alliance Security, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 08/14/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 2:2014cv01213 |
| Case Title | SHAPIRO v. ALLIANCE SECURITY, INC. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 09/08/2014 |
| Date Closed | 10/14/2014 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 2:2015cv00185 |
| Case Title | ABRAMSON v. ALLIANCE SECURITY, INC. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 02/10/2015 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 2:2015cv02644 |
| Case Title | Lawrence Tarizzo v. Alliance Security Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 04/09/2015 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2015cv02139 |
| Case Title | Worsham v. Monitronics International, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 07/22/2015 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 8:2015cv02138 |
| Case Title | Kaider v. Monitronics International, Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 07/22/2015 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2015cv22862 |
| Case Title | Newhart v. Monitronics International, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 07/31/2015 |
| Date Closed | |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2015cv02572 |
| Case Title | Reo v. Alliance Security, Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 12/11/2015 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 0:2015cv04231 |
| Case Title | Chester v. Alliance Security Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 11/25/2015 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00019 |
| Case Title | Frazer v. Alliance Security, Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 01/11/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 5:2016cv00456 |
| Case Title | Corralez-Estrada-Diaz v. Alliance Security Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 01/26/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00130 |
| Case Title | GERACI v. ALLIANCE SECURITY, INC. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 01/10/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00600 |
| Case Title | Worsham v. Monitronics International, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 03/08/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv01285 |
| Case Title | Worsham v. Alliance Security, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 04/29/2016 |
| Date Closed | |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv02219 |
| Case Title | Worsham v. Alliance Security, Inc. et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 06/17/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 9:2016cv81313 |
| Case Title | Meyers v. Alliance Security, Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 07/22/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00105 |
| Case Title | Barger v. Alliance Security, Inc. |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 06/02/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2017ap01032 |
| Case Title | Lucas et al v. Alliance Security, Inc., et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 01/16/2018 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2015cv02139 |
| Case Title | Worsham v. Monitronics International, Inc. et al |
| Court | Maryland District Court |
| Date Filed | 07/22/2015 |
| Date Closed | 12/09/2015 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00600 |
| Case Title | Worsham v. Monitronics International, Inc. et al |
| Court | Maryland District Court |
| Date Filed | 03/08/2016 |
| Date Closed | 06/06/2016 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv01285 |
| Case Title | Worsham v. Alliance Security, Inc. et al |
| Court | Maryland District Court |
| Date Filed | 04/29/2016 |
| Date Closed | 08/08/2016 |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv02219 |
| Case Title | Worsham v. Alliance Security, Inc. et al |
| Court | Maryland District Court |
| Date Filed | 06/17/2016 |
| Date Closed | 07/25/2016 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00019 |
| Case Title | Frazer v. Alliance Security, Inc. |
| Court | Michigan Western District Court |
| Date Filed | 01/11/2016 |
| Date Closed | 01/29/2016 |
| Party Name | ALLIANCE SECURITY, INC. (dft) |
| Case Number | 1:2016cv00130 |
| Case Title | GERACI v. ALLIANCE SECURITY, INC. et al |
| Court | New Jersey District Court |
| Date Filed | 01/10/2016 |
| Date Closed | 03/08/2016 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2015cv02572 |
| Case Title | Reo v. Alliance Security, Inc. |
| Court | Ohio Northern District Court |
| Date Filed | 12/11/2015 |
| Date Closed | 12/29/2015 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2017cv00934 |
| Case Title | Sears et al v. Alliance Security, Inc. et al |
| Court | Ohio Northern District Court |
| Date Filed | 05/02/2017 |
| Date Closed | 09/18/2017 |
| Party Name | ALLIANCE SECURITY, INC. (dft) |
| Case Number | 2:2014cv01213 |
| Case Title | SHAPIRO v. ALLIANCE SECURITY, INC. |
| Court | Pennsylvania Western District Court |
| Date Filed | 09/08/2014 |
| Date Closed | 10/14/2014 |
| Party Name | ALLIANCE SECURITY, INC. (dft) |
| Case Number | 2:2015cv00185 |
| Case Title | ABRAMSON v. ALLIANCE SECURITY, INC. |
| Court | Pennsylvania Western District Court |
| Date Filed | 02/10/2015 |
| Date Closed | 04/16/2015 |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2017ap01032 |
| Case Title | Lucas and Alliance Security, Inc. |
| Court | Rhode Island Bankruptcy Court |
| Date Filed | 10/13/2017 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 3:2014cv00153 |
| Case Title | Finklea v. Monitronics International, Inc., et al.<B><font color=red> Case transferred electronically to Northern District of West Virginia.</font></B> |
| Court | Texas Southern District Court |
| Date Filed | 05/02/2014 |
| Date Closed | 05/22/2014 |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv00064 |
| Case Title | Beavers et al v. Versatile Marketing Solutions, Inc. et al |
| Court | West Virginia Northern District Court |
| Date Filed | 04/08/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv00082 |
| Case Title | Dolemba v. Alliance Security, Inc. et al |
| Court | West Virginia Northern District Court |
| Date Filed | 05/13/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv00087 |
| Case Title | Finklea v. Monitronics International, Inc., et al. |
| Court | West Virginia Northern District Court |
| Date Filed | 05/22/2014 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2014cv00158 |
| Case Title | Shreders v. UTC Fire & Security Americas Corporation, Inc. et al |
| Court | West Virginia Northern District Court |
| Date Filed | 09/18/2014 |
| Date Closed | 06/24/2015 |
| Party Name | ALLIANCE SECURITY, INC. (dft) |
| Case Number | 1:2016cv00036 |
| Case Title | GERACI v. ALLIANCE SECURITY, INC. et al |
| Court | West Virginia Northern District Court |
| Date Filed | 03/08/2016 |
| Date Closed | |

| | |
|---|---|
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 1:2016cv00105 |
| Case Title | Barger v. Alliance Security, Inc. |
| Court | West Virginia Northern District Court |
| Date Filed | 06/02/2016 |
| Date Closed | |
| Party Name | Alliance Security, Inc. (dft) |
| Case Number | 3:2016cv04381 |
| Case Title | First Mercury Insurance Company v. Monitronics International, Inc. et al |
| Court | West Virginia Southern District Court |
| Date Filed | 05/13/2016 |
| Date Closed | 01/17/2017 |
| Party Name | Alliance Security, Inc. d/b/a AH Security (dft) |
| Case Number | 2:2017cv12471 |
| Case Title | Dobronski v. Alliance Security, Inc. d/b/a AH Security et al |
| Court | Judicial Panel On Multidistrict Litigati |
| Date Filed | 07/31/2017 |
| Date Closed | |
| Party Name | Alliance Security, Inc. d/b/a AH Security (dft) |
| Case Number | 2:2017cv12471 |
| Case Title | Dobronski v. Alliance Security, Inc. d/b/a AH Security et al |
| Court | Michigan Eastern District Court |
| Date Filed | 07/31/2017 |
| Date Closed | 08/31/2017 |
| Party Name | Alliance Security, Inc. d/b/a AH Security (dft) |
| Case Number | 5:2017cv00138 |
| Case Title | Dobronski v. Alliance Security, Inc. d/b/a AH Security et al |
| Court | West Virginia Northern District Court |
| Date Filed | 08/31/2017 |
| Date Closed | |

| PACER Service Center | |
|---|---|
| | Receipt 05/11/2018 13:20:07 456900401 |
| User | tedbroderick |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name Alliance Security, Inc.; Role def, dft; Date Filed on or after 03/11/2014; Page: 1 |
| Billable Pages | 1 ($0.10) |