— **EXHIBIT 32** —

**From:** Nate Natale [nnatale@alarm.com]
**Sent:** Monday, June 02, 2014 8:39 AM
**To:** Jay Gotra; Brian Fabiano
**CC:** Noah Billger
**Subject:** Hello
**Attachments:** 5_TCPA_Marketing_Obstacles-1.pdf

Hey guys.  Saw this article and it reminded me that I wanted to get up to your neck of the woods and check in on you.  Let me know what works best, and I will set up a visit with Noah.

BTW – I'm sure this article is old news to you, but it surprised me.  Let me know what works, hope to see you soon.

Nate

**Nate Natale**
*VP of Sales*
703-304-0867 Cell

nate@alarm.com
www.alarm.com



**ALARM.COM**
*Your home in your hands.*

ALARM-0000696