Chiharu G. Sekino (SBN 306589)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., GEORGE ROSS MANESIOTIS, MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO: 4:15-CV-06314-YGR<br><br>**PROOF OF SERVICE RE: NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY OF RECORD FOR PLAINTIFFS** |

-1-

I hereby certify that on July 11, 2018, I electronically filed Notice of Change of Address of Counsel of Record for Plaintiffs [Dkt. #234] with the Clerk of the Court for the U.S. District Court – Northern District of California, by using the court's CM/ECF system.

Participants in the case who are registered CM/ECF users have been served by the CM/ECF system. The following non-CM/ECF participant has been served by USPS First Class mail.

>Kerem M. Levitas
>Terrell Marshall Law Group PLLC
>936 N. 34th Street, Suite 300
>Seattle, WA 98103

Dated: July 11, 2018                    Respectfully submitted,

*/s/ Chiharu G. Sekino*
Chiharu G. Sekino (SBN 306589)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

-2-

PROOF OF SERVICE                              NO: 4:15-CV-06314-YGR