1  Chiharu Sekino, SBN #306589
   Email: csekino@sfmslaw.com
2  SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   1230 Columbia Street, Suite 1140
3  San Diego, California 92101
   Telephone: (619) 235-2416
4  Facsimile: (866) 300-7367

5
   Beth E. Terrell, SBN #178181
6  Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, *Admitted Pro Hac Vice*
7  Email:  jmurray@terrellmarshall.com
   Elizabeth A. Adams, SBN #290029
8  Email:  eadams@terrellmarshall.com
9  TERRELL MARSHALL LAW GROUP PLLC
   936 North 34th Street, Suite 300
10 Seattle, Washington 98103
   Telephone: (206) 816-6603
11 Facsimile: (206) 319-5450

12
   [Additional Counsel Appear on Signature Page]
13
   *Attorneys for Plaintiffs and the Proposed Class*
14

15                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                        OAKLAND DIVISION

17 ABANTE ROOTER AND PLUMBING,
   INC., MARK HANKINS, and PHILIP J.          NO. 4:15-cv-06314-YGR
18 CHARVAT, individually and on behalf of all
   others similarly situated,                 **SUPPLEMENTAL DECLARATION OF**
19                                            **CARLA A. PEAK IN SUPPORT OF**
                                              **NOTICE PLAN**
20            Plaintiffs,

21      v.                                    JURY TRIAL DEMAND

22 ALARM.COM INCORPORATED, and                Complaint Filed:  December 30, 2015
   ALARM.COM HOLDINGS, INC.,
23                                            Honorable Yvonne Gonzalez Rogers
              Defendants.
24                                            DATE:
                                              TIME:
25                                            LOCATION:  Oakland Courthouse
                                                         Courtroom 1 - 4th Floor
26

27

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK IN SUPPORT OF NOTICE
PLAN - 1
CASE NO. 4:15-CV-06314-YGR

I, Carla A. Peak, declare as follows:

1.  I am a Vice President of Legal Notification Services at KCC, LLC ("KCC") located at 3301 Kerner Boulevard, San Rafael, California 94901.

2.  I am over the age of 21. The matters described in this Declaration are based upon my own personal knowledge, as well as information received from the parties. The opinions and recommendations made herein are based on my training and experience.

3.  This Declaration supplements my prior declaration, Declaration of Carla A. Peak In Support of Notice Plan (Dkt. No. 280). This Declaration provides additional information and data regarding the publication portion of the proposed Notice Plan, as well as the cost of the class certification notice program that was previously implemented.

4.  KCC used a variety of advertising measurement tools to ensure the reach of its Notice Plan. For example, to measure the effectiveness of the consumer publications KCC utilizes GfK Mediamark Research & Intelligence, LLC (MRI). MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. Established in 1979, MRI measures the usage of nearly 6,000 product and service brands across 550 categories, along with the readership of hundreds of magazines and newspapers, internet usage, television viewership, national and local radio listening, yellow page usage, and out-of-home exposure. Based on a yearly face-to-face interview of 26,000 consumers in their homes, MRI's Survey of the American Consumer™ is the primary source of audience data for the U.S. consumer magazine industry and the most comprehensive and reliable source of multi-media audience data available.

5.  MRI indicates that *People* will reach 16.9% of likely Settlement Class Members and *Better Homes and Gardens* will reach 15.4%. Combined, the net reach of these publications is approximately 27.5%.

6.  To measure the effectiveness of the internet banners and social media advertising, comScore, Inc. (comScore) data was studied. comScore is a leading cross-platform measurement

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK IN SUPPORT OF NOTICE
PLAN - 2
CASE NO. 4:15-CV-06314-YGR

and analytics company that precisely measures audiences, brands and consumer behavior everywhere, capturing 1.9 trillion global interactions monthly. comScore's proprietary digital audience measurement methodology allows marketers to calculate audience reach in a manner not affected by variables such as cookie deletion and cookie blocking/rejection, allowing these audiences to be reached more effectively. comScore operates in more than 75 countries, serving over 3,200 clients worldwide.

7. According to comScore, purchasing and distributing approximately 241.75 million internet impressions over the Google Display Network, Facebook and YouTube will reach approximately 64.1% of likely Settlement Class Members.

8. Using advertising-industry standard reach calculations, the combined net reach of the media portion of the Notice Program is approximately 74%.[1]

9. KCC designed and implemented the class certification notice program in this case. The cost of that notice program was $221,293.77.

I, Carla A. Peak, declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December 2018, at Sellersville, Pennsylvania.

*Carla Peak*
Carla A. Peak

---

[1] The reach or net reach of a notice program is defined as the percentage of a class that was exposed to a notice net of any duplication among people who may have been exposed more than once.

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK IN SUPPORT OF NOTICE PLAN - 3
CASE NO. 4:15-CV-06314-YGR

**LOCAL RULE 5-1(I)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that in concurrence to the filing of this document permission was obtained from the signatory, and that I will maintain records to support this concurrence by the signatory subject to this document as required under the local rules.

DATED this 17th day of December, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs and the Proposed Classes*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kasey C. Townsend, SBN #152992
>Email: ktownsend@murchisonlaw.com
>Susan J. Welde, SBN #205401
>Email: swelde@murchisonlaw.com
>MURCHISON & CUMMING, LLP
>275 Battery Street, Suite 850
>San Francisco, California 94111
>Telephone: (415) 524-4300
>
>Martin W. Jaszczuk, *Admitted Pro Hac Vice*
>Email: mjaszczuk@jaszczuk.com
>Margaret M. Schuchardt, *Admitted Pro Hac Vice*
>Email: mschuchardt@jaszczuk.com
>Seth H. Corthell, *Admitted Pro Hac Vice*
>Email: scorthell@jaszczuk.com
>Daniel I. Schlessinger, *Admitted Pro Hac Vice*
>Email: dschlessinger@jaszczuk.com
>JASZCZUK P.C.
>311 South Wacker Drive, Suite 1775
>Chicago, Illinois 60606
>Telephone: (312) 442-0311
>
>Craig S. Primis, *Admitted Pro Hac Vice*
>Email: craig.primis@kirkland.com
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005
>Telephone: (202) 879-5921
>Facsimile: (202) 879-5200
>
>*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK IN SUPPORT OF NOTICE PLAN - 5
CASE NO. 4:15-CV-06314-YGR

1  DATED this 17th day of December, 2018.

2  TERRELL MARSHALL LAW GROUP PLLC

3  By: /s/ Beth E. Terrell, SBN #178181
4  Beth E. Terrell, SBN #178181
   Email: bterrell@terrellmarshall.com
5  936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
6  Telephone: (206) 816-6603
   Facsimile: (206) 319-5450
7

8  *Attorneys for Plaintiffs*

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK IN SUPPORT OF NOTICE
PLAN - 6
CASE NO. 4:15-CV-06314-YGR