Chiharu Sekino, SBN #306589
Email: csekino@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1230 Columbia Street, Suite 1140
San Diego, California 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Elizabeth A. Adams, SBN #290029
Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT NOTICE PLAN**<br><br><u>JURY TRIAL DEMAND</u><br><br>Complaint Filed: December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE: August 13, 2019<br>TIME: 2:00 p.m.<br>LOCATION: Oakland Courthouse<br>Courtroom 1 - 4th Floor |


I, Carla A. Peak, declare as follows:

1.      I have personal knowledge of the matters set forth herein, and I believe them to be true and correct. I am Vice President of Legal Notification Services at KCC, LLC ("KCC"), the Settlement Administrator in this action.

2.      KCC was chosen by the parties and approved by the Court to design and implement the notice program (the "Notice Plan") and notice documents (the "Notices") to inform class members about their rights and options under the class action settlement (the "Settlement"). Details about the Notice Plan, along with our experience and credentials, were included with my prior declarations, Declaration of Carla A. Peak in Support of Notice Plan (Dkt. #280) and Supplemental Declaration of Carla A. Peak in Support of Notice Plan (Dkt. #288).

3.      With the support of KCC's claims administration and media teams, each element of the Court-approved Notice Plan has been implemented.

      a)      The media portion of the Notice Plan reached at least 74% of likely Settlement Class Members on average 2.2 times each via the consumer magazine and internet efforts alone.[1] The mailed and emailed Notices were successfully delivered to approximately 84.5% of the identified Settlement Class Members.

      b)      All of the Court-approved Notices were designed to be noticeable, clear, simple, substantive, and informative, and complied with the requirements for

---

[1] The reach or net reach of a notice program is defined as the percentage of a class that was exposed to a notice net of any duplication among people who may have been exposed more than once. The average "frequency" of notice exposure is the average number of times that those reached by a notice would be exposed to a notice.

notices outlined in the Northern District of California's Procedural Guidance for Class Action Settlements

c)      The Notices were disseminated by February 15, 2019, ensuring that each person reached had adequate time prior to the final approval hearing to make appropriate decisions, such as whether to object or opt out.

d)      The Notice Plan fairly and adequately covered the Settlement Class without excluding any demographic group or geographic area.

e)      The Notice Plan was consistent with other court-approved notice programs that KCC has designed and implemented for purposes of settlement.

4.      After the Court granted preliminary approval of the Settlement, KCC began implementing the Notice Plan. This declaration provides relevant details and "proofs of performance" of the media activities undertaken.

## NOTICE PLAN IMPLEMENTATION

### *Data Preparation*

5.      After preliminary approval was granted, KCC merged all of the data received from Plaintiffs' Counsel into one comprehensive database. KCC then de-duplicated the database to ensure, as best as possible, that each unique telephone number appeared on the list a single time. Where duplicate telephone numbers appeared in the database with matching email addresses, the duplicate telephone number was removed. Where duplicate telephone numbers appeared in the database with unique email addresses, the duplicate telephone number was retained. In total, after removing clear duplicates, the Notice List contained 1,215,993 Settlement Class Member phone numbers.  After de-duplication, KCC performed a reverse directory search using the phone numbers provided in the database that did not contain an associated postal address.

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT
NOTICE PLAN - 3
CASE NO. 4:15-CV-06314-YGR

6.      Where the initial search did not return a result, KCC used both a secondary and tertiary reverse directory data vendor to increase the number of search results.

7.      Upon completion of the above-referenced searches, KCC updated the database and created an identified class member "Notice List" using the information obtained. KCC then de-duplicated and reviewed the entire identified class member Notice List to ensure a single summary notice was emailed or a mailed, except as discussed below. In total from all sources, KCC was able to identify addresses and/or email addresses for 1,183,991 identified Settlement Class Members.

8.      Prior to finalizing the class list, KCC performed a "list cleanse" analysis on the available email addresses to identify addresses that would be undeliverable and/or jeopardize the overall deliverability of the email campaign due to being identified as known fraudulent or invalid addresses, retaining only addresses with a likelihood of being deliverable.  After performing this analysis, 197,406 email addresses were identified that were expected to be deliverable or potentially deliverable.

### *Individual Notice*

9.      On February 15, 2019, KCC sent the summary notice via email (the "Email Notice") to 197,406 emails on the Notice List.

10.     As of February 22, 2019, KCC received data indicating that 128,388 Email Notices were successfully delivered.

11.     In addition, on February 15, 2019 KCC sent the summary notice via USPS ("Postcard Notice") to all identified Settlement Class Members with a known physical address, including those for whom an email address was available in the Notice List. KCC sent the Postcard Notice to 1,183,991 physical addresses on the Notice List.

12.     Prior to mailing, the addresses were checked against the National Change of Address (NCOA)[2] database maintained by USPS; certified via the Coding Accuracy Support System (CASS);[3] and verified through Delivery Point Validation (DPV).[4]

13.     Notices returned by USPS as undeliverable were re-mailed to any address available through postal service forwarding order information. For any returned mailing that did not contain an expired forwarding order with a new address indicated, KCC conducted further address searches using credit and other public source databases to attempt to locate new addresses. When new addresses were located, KCC re-mailed the Postcard Notices to the new addresses.

14.     As of June 14, 2019, KCC received 256,934 Postcard Notices were returned as undeliverable. Of these, 71,966 were re-mailed to a different address as provided by expired postal forwarding information or to an address that resulted from further search.  In total, 1,002,004 Postcard Notices are considered to have been successfully delivered.

15.     In total, 1,027,192 Email and Postcard Notices were successfully delivered, representing approximately 84.5% of the identified Settlement Class Members.

16.     A copy of the Email Notice is attached as **Exhibit A**. A copy of the Postcard Notice is attached as **Exhibit B**.

17.     In March 2019, reminder notices were sent to all identified Settlement Class Members who had not yet filed a claim and for whom an email address was available. KCC sent a total of 127,484 Reminder Notices. A copy of the Reminder Notice is attached as **Exhibit C**.

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.
[3] Coding Accuracy Support System is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.
[4] Records that are ZIP+4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT
NOTICE PLAN - 5
CASE NO. 4:15-CV-06314-YGR

1

2 *Consumer Publications*

3 18.     A third-page summary notice ("Publication Notice")appeared in the national print

editions and online digital replicas of the consumer publications on the dates and pages indicated

4 below:

5

6

| Publication | Issue Date[5] | On-Sale Date[6] | Page # |
|---|---|---|---|
| *Better Homes & Gardens* | April 2019 | March 15, 2019 | 128 |
| *People* | March 4, 2019 | February 22, 2019 | 50 |

9 19.     The *Better Homes & Gardens* Publication Notice appeared within "Food

10 Recipes," which provides instructions on how to create the food items featured in the issue. The

11 *People* magazine Publication Notice appeared adjacent to the issue's feature article about

12 Miranda Lambert's secret marriage to Brendan McLoughlin.

13 20.     Copies of the Publication Notices as they appeared in the publications are attached

14 as **Exhibit D**.

15 *Internet Advertising*

16 21.     Two hundred forty one million seven hundred fifty thousand (241,750,000) digital

17 media impressions were purchased and distributed over the Google Display Network (GDN),

18 Facebook, and YouTube. The impressions appeared on both mobile and desktop devices and

19 broadly targeted adults 18 years of age or older.

20 22.     A total of 252,917,745 impressions were delivered over an approximate 60-day

21 period beginning on February 15, 2019, resulting in an additional 11,167,745 impressions above

22 and beyond what was planned. The banner notices appeared on a variety of websites, such as

23 amazon.com, msn.com, and people.com.

24

25

26 [5] The date that appeared on the cover of the publication.

27 [6] The date the publication first became available to readers.

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT
NOTICE PLAN - 6
CASE NO. 4:15-CV-06314-YGR

23.     Screenshots of the digital media notices as they appeared on various websites are attached as **Exhibit E**.

### Settlement Website

24.     On or before February 15, 2019, a settlement website (www.AlarmTCPAclassaction.com) was established. The settlement website provided Settlement Class Members with additional information, such as answers to frequently asked questions, important dates and deadlines, the Settlement Agreement, the Email Notice, the Website Notice, the Court's Order Granting Preliminary Approval, and the Motion for Attorneys' Fees, Costs, and Service Awards with supporting declarations. The website also allowed Settlement Class Members to submit a Claim Form online and to check the number of phone calls to their phone number (if they were part of the identified Settlement Class Member population).

25.     As of June 14, 2019, the settlement website has received 1,970,935 hits and 27,494 Claim Form submissions. The website address was displayed on the Postcard Notice and Publication Notice, and was accessible through a hyperlink embedded in the Email Notices and internet banner notices.

### Toll-Free Telephone Number

26.     On or before February 15, 2019, a toll-free number (1-855-256-2243) was established. By calling this number, Settlement Class Members were able to learn more about the Settlement in the form of frequently asked questions and answers, request to have a Detailed Notice mailed directly to them, and leave a message. As of June 14, 2019, the toll-free number has received a total of 1,019 calls, of which 129 left a message. It also received 151 requests for Class Notices. The toll-free number was displayed on the Postcard Notice, Email Notice, Publication Notice, Reminder Notice and on the settlement website.

### Settlement P.O. Box

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT NOTICE PLAN - 7
CASE NO. 4:15-CV-06314-YGR

27.     On or before February 15, 2019, a Settlement P.O. Box was established. The P.O Box allowed Settlement Class Members to submit hard copy Claim Forms, exclusion requests, objections, and other case correspondence by postal mail.

### Requests for Exclusion

28.     The deadline for Settlement Class Members to request to be excluded from the Settlement Class was April 16, 2019. KCC has received 14 valid requests for exclusion. Four additional requests for exclusion were received that were deemed to be incomplete and were sent a deficiency letter allowing them the opportunity to correct their request.  As of the date of this declaration KCC has received a response from one of the four people sent these letters and their request is now considered valid. A list of class members requesting exclusion and those whose exclusion requests are currently considered deficient is attached as **Exhibit F**.

### Objections

29.     The deadline for Settlement Class Members to object to the Settlement was April 16, 2019. KCC has received no objections to the Settlement.

### Claim Forms

30.     The deadline for Settlement Class Members to submit or file a Claim Form was April 16, 2019. As of the date of this declaration, KCC has received 55,435 timely Claim Forms. Of these, 43,292 have been deemed valid, 4,763 have been deemed deficient, 1,781 are under review for validity and 5,599 were duplicative or consolidated. Settlement Class Members who submitted deficient Claim Forms were sent a letter providing them with an opportunity to correct the deficiency. The cure period for deficient claims remains open as of the date of this declaration.

31.     Of the 43,292 valid Claim Forms, 19,794 contained claims for more than one telephone number. In total, Claim Forms associated with 73,256 telephone numbers were filed. The exact quantity of numbers associated with deficient claims can't be determined yet because many failed to provide a number on their claim form.  Based on the current valid claims, if the Court approves all requested settlement expenses, including attorneys' fees, costs, and

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT NOTICE PLAN - 8
CASE NO. 4:15-CV-06314-YGR

administration expenses, a Settlement Class Member would be entitled to an estimated payment of $235 for each claimed telephone number.

### *Distribution of CAFA Notices*

32.     In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint for Damages and Injunctive Relief, Defendants' Answer and Affirmative Defenses to Class Action Complaint for Damages and Injunctive Relief, Plaintiffs' Notice of Motion and Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Declaration of Beth E. Terrell in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Edward A. Broderick in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of John W. Barrett in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Matthew P. McCue in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Fred Heidarpour for Abante Rooter and Plumbing, Inc., Declaration of Philip J. Charvat, Declaration of Mark Hankins, Declaration of Carla A. Peak in Support of Notice Plan, [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Postcard Notice, Email Notice, Website Notice, Publication Notice, Class Action Settlement Agreement, [Proposed] Final Approval Order, a cover letter, and Appendix A, providing an approximate percentage breakdown of class member by state of residence (collectively, the "CAFA Notice Packet"). A copy of the cover letter and Appendix A is attached hereto as **Exhibit G**.

33.     On November 2, 2018, KCC caused fifty-eight (58) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on **Exhibit H**, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

34.     As of the date of this declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 30 above.

*Notice Plan and Settlement Administration Expenses*

35.     Based on current time and expenses, and likely future time and expenses, incurred in designing and implementing the Notice Plan and administering the Settlement will not exceed $1,825,000.  The final costs of administration will be contingent upon, amongst other things, the process for W9 collection ultimately approved by the Court and the final count and disposition of payments to claimants.

36.     Based on preliminary estimates of claimant awards it is anticipated that some payments will total $600 or more, making them reportable as 1099 MISC income.  In compliance with IRS regulations KCC must solicit and acquire valid and complete W9 forms prior to issuing payments of $600 or more.  The exact number of affected claimants will be impacted by the number of valid deficiency responses and the associated phone numbers for those responses.  It is our understanding that the parties intend to propose to the Court that KCC perform two rounds of W9 solicitation, where applicable, with at least 30 days between the two campaigns.  Any claimant that is part of this group who fails to submit a valid and timely W9 response will have their payment limited to $599.

## CONCLUSION

37.     The primary objective of the Notice Plan was to effectively reach Settlement Class Members with notice of the Settlement and provide them with a reasonable opportunity to understand their legal rights and options. These efforts were successful.

38.     The media portion of the Notice Plan reached at least 74% of likely Settlement Class Members on average 2.2 times each. The individual notice efforts significantly enhanced and extended the overall reach of the Notice Plan.

39.     In my experience, this reach percentage is consistent with other effective court-approved notice programs. In addition, it meets the 70-95% reach standard set forth in the

Federal Judicial Center's (FJC) *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*.

40.     The Notices were designed to be "noticed" and understood by Settlement Class Members. They contained easy-to-read summaries of all the key information affecting Settlement Class Members' rights and options. All information required by Federal Rule of Civil Procedure 23, as well as the *Manual for Complex Litigation, Fourth*, and the Northern District of California's Procedural Guidance for Class Action Settlements was incorporated into the Notices. Many courts, as well as the FJC, have approved notices that were written and designed in a similar fashion.

41.     In my opinion, the Notice Plan and Notices provided the best notice practicable under the circumstances of this case, satisfied due process, including its "desire to actually inform" requirement, conformed to all aspects of Federal Rule of Civil Procedure 23, and comported with the guidance for effective notice articulated in the *Manual for Complex Litigation, Fourth* and the Northern District of California's Procedural Guidance for Class Action Settlements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Sellersville, Pennsylvania, this 21st day of June, 2019.


_____

Carla A. Peak

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT
NOTICE PLAN - 11
Case No. 4:15-cv-06314-YGR

1

<u>CERTIFICATE OF SERVICE</u>

2

3
I, Beth E. Terrell, hereby certify that on June 21, 2019, I electronically filed the foregoing

4
with the Clerk of the Court using the CM/ECF system which will send notification of such filing

5
to the following:

6
Kasey C. Townsend, SBN #152992
Email: ktownsend@murchisonlaw.com

7
Susan J. Welde, SBN #205401
Email: swelde@murchisonlaw.com

8
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 850

9
San Francisco, California 94111
Telephone: (415) 524-4300

10

11
Martin W. Jaszczuk, *Admitted Pro Hac Vice*
Email: mjaszczuk@jaszczuk.com

12
Margaret M. Schuchardt, *Admitted Pro Hac Vice*
Email:  mschuchardt@jaszczuk.com

13
Seth H. Corthell, *Admitted Pro Hac Vice*
Email: scorthell@jaszczuk.com

14
Daniel I. Schlessinger, *Admitted Pro Hac Vice*
Email: dschlessinger@jaszczuk.com

15
JASZCZUK P.C.

16
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606

17
Telephone: (312) 442-0311

18
Craig S. Primis, *Admitted Pro Hac Vice*

19
Email:  craig.primis@kirkland.com
KIRKLAND & ELLIS LLP

20
655 Fifteenth Street, N.W.
Washington, DC 20005

21
Telephone: (202) 879-5921
Facsimile: (202) 879-5200

22

23
*Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

24

25

26

27

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT
NOTICE PLAN - 12
Case No. 4:15-cv-06314-YGR

1    DATED this 21st day of June, 2019.

2                                   TERRELL MARSHALL LAW GROUP PLLC

3                                   By:  /s/ Beth E. Terrell, SBN #178181
4                                        Beth E. Terrell, SBN #178181
                                         Email: bterrell@terrellmarshall.com
5                                        936 North 34th Street, Suite 300
                                         Seattle, Washington  98103-8869
6                                        Telephone:  (206) 816-6603
                                         Facsimile: (206) 319-5450
7
8                                   *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT
NOTICE PLAN - 13
Case No. 4:15-cv-06314-YGR

# Exhibit A

Claim ID#: «ClaimID»
«First1» «Last1»

**EMAIL NOTICE**

<u>United States District Court for the Northern District of California</u>

# If you received telemarketing calls from Alliance Security, Inc. or a third party hired by Alliance that promoted or could have resulted in the purchase of Alarm.com goods or services, you could get a payment from a class action settlement.

**Click Here For A Downloadable Claim Form**
**Click Here To Access An Electronic Claim Form**

**<u>Why did I get this Notice</u>?**  You received this Notice because a proposed settlement of a class action lawsuit filed against Alarm.com has been reached in the United States District Court for the Northern District of California (*Abante Rooter and Plumbing, Inc. et al. v. Alarm.com Incorporated et al.,* Case No. 4:15-cv-06314) (the "Settlement").

You may be in the Settlement Class because on or after December 30, 2011 you may have received from Alliance Security, Inc. or one of its subdealers, independent business operators, vendors, lead generators, or agents (collectively "Alliance") without your permission: (a) automated telemarketing calls to your cellular telephone; (b) telemarketing calls using an artificial or pre-recorded voice to your cellular telephone or residential line; or (c) two or more telemarketing calls within any twelve-month period to a telephone number that was registered on the National Do-Not-Call Registry, where the calls promoted Alarm.com goods or services or could have resulted in the installation of a security system that could use or include any Alarm.com product or service. Records obtained through this case indicate that you may have received one or more of these calls. You are not a member of the Settlement Class if you previously received a notice of this class action and excluded yourself. You also are not a member of the Settlement Class if you provided your telephone number to Alarm.com before you received the allegedly unlawful calls from Alliance.

The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement.  Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**<u>What is this lawsuit about?</u>**  Plaintiffs brought this lawsuit alleging that Alarm.com's dealer, Alliance Security, Inc., violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") by making or retaining others to make automated telemarketing calls promoting Alarm.com's goods or services to cellular telephones, and making calls using an artificial or pre-recorded voice to a residential line, and making calls to telephone numbers registered on the National Do-Not-Call Registry without the prior permission of the people contacted. Under the TCPA, a person is entitled to receive $500 for calls that were placed using a pre-recorded message or automated telephone dialing system without the person's consent. A person is entitled to receive up to $500 per call for calls placed to telephone numbers registered on the National Do-Not-Call Registry without that person's consent. If the person proves the calls were placed willfully, the person is entitled to triple the amount awarded, up to $1,500.   Alarm.com denies all allegations of wrongdoing in the lawsuit.  The Court did not decide in favor of the Plaintiffs or Alarm.com. Instead, both sides agreed to a settlement.  That way, they avoid the cost of a trial, and the people affected will get compensation.

**<u>What are the terms of the Settlement?</u>**  Alarm.com will pay $28,000,000 into a fund that will cover: (1) cash payments to eligible persons in the Settlement Class who submit Claim Forms; (2) attorneys' fees to Class Counsel, in an amount not to exceed 30% of the Settlement Fund or $8,400,000 as approved by the Court; (3) Class Counsel's out-of-pocket expenses, currently estimated to be approximately $525,000, as approved by

the Court; (4) court-approved Service Awards in the amount of $10,000 each to Plaintiffs Abante Rooter and Plumbing, Inc., Hankins, and Charvat; and (5) the costs of administering the Settlement. Your share of the fund will depend on a number of factors, including the number of Claim Forms that Settlement Class Members submit. Class Counsel estimate each Settlement Class Member will receive between $94 and $142. Actual payments will be calculated based on the total number of telephone numbers that received qualifying phone calls.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

**Submit a Claim Form.** To get a cash payment, you must submit a Claim Form. You may submit a Claim Form online by going to the Settlement Website at www.AlarmTCPAClassAction.com and following the instructions. You may also request a paper copy of the Claim Form by calling the Settlement Administrator toll-free at 1-855-256-2243 or downloading it. You must mail your paper Claim Form to: Alarm.com Settlement Administrator, P.O. Box 505034, Louisville, KY 40233-9702. Your Claim Form must be postmarked or received through the Settlement Website at www.AlarmTCPAClassAction.com by **April 16, 2019.**

**Click Here For A Downloadable Claim Form**
**Click Here To Access An Electronic Claim Form**

**Exclude yourself.** To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from the *Abante Rooter and Plumbing, Inc. et al. v. Alarm.com Incorporated et al.* settlement. You must sign the letter and include the following statement: "I request to be excluded from the Settlement in the Alarm.com action." Your request for exclusion must include your full name, address, and telephone number at which you may be contacted; the telephone number(s) which you maintain was unlawfully called; and must be personally signed by you. You must mail your exclusion request postmarked no later than **April 16, 2019** to the following address:

> Alarm.com Settlement Administrator
> P.O. Box 505034
> Louisville, KY 40233-9702

If you submit a valid exclusion request, you will not get a payment, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit.

**Object**. If you remain a Settlement Class Member, you may object to the Settlement by writing to the Court by no later than **April 16, 2019**. Additional details on how to object to the Settlement are contained in the detailed Notice which is available on the Settlement Website at www.AlarmTCPAClassAction.com Please note that the Court cannot change the terms of the Settlement. The Court can only approve or deny the Settlement.

**Go to the Fairness Hearing**. The Court will hold a hearing on **August 13, 2019 at 2:00 p.m**. to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to be paid to Class Counsel and the amount of Service Awards to be paid to the Class Representatives. It is not necessary for you to appear at the hearing, but you may attend at your own expense. The hearing will be held at the U.S. District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, in Courtroom One on the Fourth Floor.

**Note:** The date and time of the Fairness Hearing are subject to change by Court Order. Any changes will be posted at the Settlement Website, www.AlarmTCPAClassAction.com. You can also monitor case activity and for changes to the dates and time of the fairness hearing by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**Do Nothing**.  If you do nothing, you will be legally bound by the settlement but you will not get a settlement payment.

Further information regarding the Settlement is available at www.AlarmTCPAClassAction.com. You may also contact the Settlement Administrator toll-free at 1-855-256-2243 or by writing to: Alarm.com Settlement Administrator, P.O. Box 505034, Louisville, KY 40233-9702.

The United States District Court for the Northern District of California has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Settlement Administrator with regard to this Settlement, please click on this **link**.

**Click Here For A Downloadable Claim Form**
**Click Here To Access An Electronic Claim Form**

# Exhibit B

**A COPY OF AN AUTHORIZED**
THIS LEGAL NOTICE

Alarm.com Settlement Administrator
P.O. Box 505034
Louisville, KY 40233-9702

**If you received telemarketing calls from Alliance Security or third parties hired by Alliance that promoted or could have resulted in the purchase of Alarm.com goods or services, you may be entitled to benefits under a class action settlement.**

A settlement has been reached in a class action lawsuit, *Abante Rooter and Plumbing, Inc. v. Alarm.com Inc.* (U.S. District Court N.D. Cal.), where Plaintiffs allege that Alarm.com's dealer Alliance Security or third parties hired by Alliance (collectively "Alliance") placed: (1) autodialed or pre-recorded calls and (2) calls to numbers on the National Do-Not-Call Registry. Alarm.com denies any wrongdoing.

**Complete and return the enclosed Claim Form by April 16, 2019 to receive a cash payment.**

## A2T

«Barcode»

Postal Service: Please do not mark barcode

Claim#: A2T-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»

---

*Carefully separate at perforation.*

«ClaimID»

### Alarm.com Telemarketing Settlement Claim Form

Fill out each section of this form, sign where indicated, carefully tear at perforation, and mail. Forms must be postmarked by **April 16, 2019**. You may also complete your Claim Form online at www.AlarmTCPAClassAction.com. If you received calls on more than three telephone numbers you will need to submit additional Claim Forms.

**Part I:    Claimant Identification.**  Complete this section.

Name (First, Last): _____

Street Address: _____

City, State, ZIP Code: _____

Country (if not USA): _____

Contact Phone #: _____  Email Address: _____

Telephone #(s) at which calls were received: _____

_____    _____

**Part II:    Claim.  Unique Identifier:** «ClaimID»

I affirm I received one or more calls at the number(s) listed above on or after December 30, 2011 from Alliance or a third party hired by Alliance that promoted or could have resulted in the purchase of Alarm.com goods or services.

**Part III:    Certification.**  I certify that the foregoing information is true and correct.

Signature: _____

Print Name: _____

Date (mm/dd/yyyy): _____

A2T          «ClaimID»

**WHO IS A CLASS MEMBER?** You may be in the Settlement Class if, on or after December 30, 2013, you received from Alliance Security or third parties hired by Alliance an automated telemarketing call on your cell phone or a telemarketing call to your residential line using an artificial or pre-recorded voice, or if you received multiple calls in a twelve-month period to a number listed on the National Do-Not-Call Registry. Records obtained through this case indicate that you may have received one or more of these calls. You are <u>NOT</u> a class member if you previously excluded yourself from this case or provided your telephone number to Alarm.com prior to receiving such calls.

**SETTLEMENT TERMS:** Alarm.com will pay $28,000,000 into a fund that will cover: (1) cash payments to eligible Settlement Class Members who submit claims; (2) attorneys' fees to Class Counsel not to exceed $8,400,000 (30% of the fund) plus litigation costs of approximately $525,000, as approved by the Court; (3) court-approved service awards to Plaintiffs Abante Rooter and Plumbing, Hankins, and Charvat of $10,000 each; and (4) the costs of administering the settlement. Under the TCPA, a person is entitled to receive $500 for calls placed using a pre-recorded voice or automatic telephone dialing system without the person's consent. A person is entitled to receive up to $500 per call for calls placed to telephone numbers registered on the National Do-Not-Call Registry without that person's consent. Class Counsel estimate you will receive between $94 and $142, which is less than the $500 to $1,500 per call you might receive if Plaintiffs had won at trial. The amount you will receive under the Settlement will depend on the number of Claim Forms that Class Members submit and other factors. Actual payments will be calculated based on the total number of telephone numbers that received qualifying phone calls.

**YOUR RIGHTS AND OPTIONS:** **Submit a Claim Form.** To receive a cash award, fill out the attached Claim Form, carefully tear off at the perforation, and drop it in the mail. You may also submit a Claim Form electronically on the Settlement Website: www.AlarmTCPAClassAction.com. You can submit one claim per telephone number at which you received calls. Your Claim Form must be postmarked or submitted electronically no later than April 16, 2019. **Opt Out.** You may also exclude yourself from the Settlement and keep your right to sue Alarm.com on your own by sending a written request for exclusion to the Settlement Administrator postmarked by April 16, 2019. If you do not exclude yourself, you will be bound by the settlement and give up your right to sue Alarm.com regarding the settled claims. Please visit the Settlement Website for more details. **Object**. If you do not opt out, you have the right to object to the proposed settlement. Objections must be signed, filed with the Court, postmarked by April 16, 2019, provide the reason(s) for the objection, and specify if the objection applies only to the objector, to a specific subset of the class, or to the entire class. Visit the Website for more details. **Do Nothing.** If you do nothing, you will not receive any payment and will lose the right to sue Alarm.com about the Released Claims. You will be considered part of the Settlement Class, and you will be bound by the Court's decisions. **Attend the Fairness Hearing.** The Court has set a hearing to decide whether the settlement should be approved on August 13, 2019 at 2:00 p.m. at the **United States District Court for the Northern District of California, Courtroom One, 4th Floor, 1301 Clay Street, Oakland, CA 94612**. All persons who timely object to the settlement by April 16, 2019 may ask to appear at the Fairness Hearing.

<div align="center">

**You can find more details about the settlement on the website:**
**www.AlarmTCPAClassAction.com or by calling toll-free 1-855-256-2243.**
**PLEASE DO NOT TELEPHONE THE COURT OR THE CLERK'S OFFICE**
**TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIMS PROCESS.**

</div>

**A2T**



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 959     LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

ALARM.COM SETTLEMENT ADMINISTRATOR
PO BOX 505034
LOUISVILLE KY 40233-9702

# Exhibit C

Claim ID#: «ClaimID»
«First1» «Last1»

### REMINDER EMAIL NOTICE

You were previously sent a Notice in the *Abante Rooter and Plumbing, Inc. et al. v. Alarm.com Incorporated et al.* class action settlement and you are receiving this email as a reminder the claims deadline is approaching on **April 16, 2019**.  Please read the email below for additional details about this Settlement.

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

## If you received telemarketing calls from Alliance Security, Inc. or a third party hired by Alliance that promoted or could have resulted in the purchase of Alarm.com goods or services, you could get a payment from a class action settlement.

**Click Here For A Downloadable Claim Form**
**Click Here To Access An Electronic Claim Form**

**<u>Why did I get this Notice</u>?**  You received this Notice because a proposed settlement of a class action lawsuit filed against Alarm.com has been reached in the United States District Court for the Northern District of California (*Abante Rooter and Plumbing, Inc. et al. v. Alarm.com Incorporated et al.,* Case No. 4:15-cv-06314) (the "Settlement").

You may be in the Settlement Class because on or after December 30, 2011 you may have received from Alliance Security, Inc. or one of its subdealers, independent business operators, vendors, lead generators, or agents (collectively "Alliance") without your permission: (a) automated telemarketing calls to your cellular telephone; (b) telemarketing calls using an artificial or pre-recorded voice to your cellular telephone or residential line; or (c) two or more telemarketing calls within any twelve-month period to a telephone number that was registered on the National Do-Not-Call Registry, where the calls promoted Alarm.com goods or services or could have resulted in the installation of a security system that could use or include any Alarm.com product or service. Records obtained through this case indicate that you may have received one or more of these calls. You are not a member of the Settlement Class if you previously received a notice of this class action and excluded yourself. You also are not a member of the Settlement Class if you provided your telephone number to Alarm.com before you received the allegedly unlawful calls from Alliance.

The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement.  Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**<u>What is this lawsuit about?</u>**  Plaintiffs brought this lawsuit alleging that Alarm.com's dealer, Alliance Security, Inc., violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") by making or retaining others to make automated telemarketing calls promoting Alarm.com's goods or services to cellular telephones, and making calls using an artificial or pre-recorded voice to a residential line, and making calls to telephone numbers registered on the National Do-Not-Call Registry without the prior permission of the people contacted. Under the TCPA, a person is entitled to receive $500 for calls that were placed using a pre-recorded message or automated telephone dialing system without the person's consent. A person is entitled to receive up to $500 per call for calls placed to telephone numbers registered on the National Do-Not-Call Registry without that person's consent. If the person proves the calls were placed willfully, the person is entitled to triple the amount awarded, up to $1,500.   Alarm.com denies all allegations of wrongdoing in the lawsuit.  The Court did not decide in favor of the Plaintiffs or Alarm.com. Instead, both sides agreed to a settlement.  That way, they avoid the cost of a trial, and the people affected will get compensation.

**What are the terms of the Settlement?**  Alarm.com will pay $28,000,000 into a fund that will cover: (1) cash payments to eligible persons in the Settlement Class who submit Claim Forms; (2) attorneys' fees to Class Counsel, in an amount not to exceed 30% of the Settlement Fund or $8,400,000 as approved by the Court; (3) Class Counsel's out-of-pocket expenses, currently estimated to be approximately $525,000, as approved by the Court; (4) court-approved Service Awards in the amount of $10,000 each to Plaintiffs Abante Rooter and Plumbing, Inc., Hankins, and Charvat; and (5) the costs of administering the Settlement. Your share of the fund will depend on a number of factors, including the number of Claim Forms that Settlement Class Members submit. Class Counsel estimate each Settlement Class Member will receive between $94 and $142. Actual payments will be calculated based on the total number of telephone numbers that received qualifying phone calls.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

**Submit a Claim Form.** To get a cash payment, you must submit a Claim Form. You may submit a Claim Form online by going to the Settlement Website at www.AlarmTCPAClassAction.com and following the instructions. You may also request a paper copy of the Claim Form by calling the Settlement Administrator toll-free at 1-855-256-2243 or downloading it. You must mail your paper Claim Form to: Alarm.com Settlement Administrator, P.O. Box 505034, Louisville, KY 40233-9702. Your Claim Form must be postmarked or received through the Settlement Website at www.AlarmTCPAClassAction.com by **April 16, 2019.**

**Click Here For A Downloadable Claim Form**
**Click Here To Access An Electronic Claim Form**

**Exclude yourself.**  To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from the *Abante Rooter and Plumbing, Inc. et al. v. Alarm.com Incorporated et al.* settlement. You must sign the letter and include the following statement: "I request to be excluded from the Settlement in the Alarm.com action." Your request for exclusion must include your full name, address, and telephone number at which you may be contacted; the telephone number(s) which you maintain was unlawfully called; and must be personally signed by you. You must mail your exclusion request postmarked no later than **April 16, 2019** to the following address:

Alarm.com Settlement Administrator
P.O. Box 505034
Louisville, KY 40233-9702

If you submit a valid exclusion request, you will not get a payment, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit.

**Object**.  If you remain a Settlement Class Member, you may object to the Settlement by writing to the Court by no later than **April 16, 2019**. Additional details on how to object to the Settlement are contained in the detailed Notice which is available on the Settlement Website at www.AlarmTCPAClassAction.com Please note that the Court cannot change the terms of the Settlement. The Court can only approve or deny the Settlement.

**Go to the Fairness Hearing**.  The Court will hold a hearing on **August 13, 2019 at 2:00 p.m.** to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to be paid to Class Counsel and the amount of Service Awards to be paid to the Class Representatives. It is not necessary for you to appear at the hearing, but you may attend at your own expense. The hearing will be held at the U.S. District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, in Courtroom One on the Fourth Floor.

**Note:** The date and time of the Fairness Hearing are subject to change by Court Order. Any changes will be posted at the Settlement Website, www.AlarmTCPAClassAction.com. You can also monitor case activity and for changes to the dates and time of the fairness hearing by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the

office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**Do Nothing**.  If you do nothing, you will be legally bound by the settlement but you will not get a settlement payment.

Further information regarding the Settlement is available at www.AlarmTCPAClassAction.com. You may also contact the Settlement Administrator toll-free at 1-855-256-2243 or by writing to: Alarm.com Settlement Administrator, P.O. Box 505034, Louisville, KY 40233-9702.

The United States District Court for the Northern District of California has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Settlement Administrator with regard to this Settlement, please click on this **link**.

**Click Here For A Downloadable Claim Form**
**Click Here To Access An Electronic Claim Form**

**Exhibit D**

FOOD **RECIPES**

LEGAL NOTICE

**If you received telemarketing calls from Alliance Security or a third party hired by Alliance that promoted or could have resulted in the purchase of Alarm.com's goods or services, you may be entitled to benefits under a class action lawsuit.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?** A settlement has been reached in a class action lawsuit, *Abante Rooter and Plumbing, Inc. v. Alarm.com Inc.*, Case No. 4:15-cv-06314 (U.S. Dist. Court N.D. Cal.). Plaintiffs allege Alarm.com's dealer, Alliance Security, Inc. or third parties hired by Alliance violated the Telephone Consumer Protection Act ("TCPA"), by making (1) autodialed or pre-recorded calls and (2) calls to numbers on the National Do-Not-Call Registry. The TCPA entitles a person to $500 per call for calls placed using pre-recorded messages or an automated telephone dialing system without the person's consent and up to $500 per call for calls placed without consent to telephone numbers on the National Do-Not-Call Registry. If the calls were placed willfully, the person is entitled to up to $1,500 per call. Alarm.com denies it violated the TCPA.

**WHO IS A SETTLEMENT CLASS MEMBER?** You may be in the Settlement Class if, on or after December 30, 2011, you received from Alliance Security or third parties hired by Alliance an automated telemarketing call on your cell phone or a telemarketing call to your residential line using an artificial or pre-recorded voice or if you received multiple calls in a twelve-month period to a number listed on the National Do-Not-Call Registry. You are NOT a class member if you previously excluded yourself from this case or provided your telephone number to Alarm.com prior to receiving such calls.

**WHAT ARE THE TERMS OF THE SETTLEMENT?** Alarm.com will pay $28,000,000 into a Settlement Fund for: (1) cash payments to Settlement Class Members who submit timely and valid Claim Forms; (2) attorneys' fees of up to $8,400,000 to Class Counsel; (3) out-of-pocket litigation costs of approximately $525,000; (4) service awards to the lead Plaintiffs of up to $10,000 each; and (5) settlement administration costs. Each Settlement Class Member's share of the settlement fund will depend on a number of factors, including the number of claims made. Class Counsel estimates each Settlement Class Member will receive $94 to $142. Actual payments will be calculated based on the total number of telephone numbers that received qualifying phone calls.

**WHAT ARE MY OPTIONS?** Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.AlarmTCPAClassAction.com or call 1-855-256-2243 to request a paper Claim Form; (2) exclude themselves from the Settlement by April 16, 2019 or they will not be able to pursue their own claims against Alarm.com in the future; (3) object to the Settlement by April 16, 2019; (4) go to the Fairness Hearing on July 30, 2019; or (5) do nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.AlarmTCPAClassAction.com. They may also contact the Settlement Administrator toll-free at 1-855-256-2243 or by writing to: Alarm.com Settlement Administrator, P.O. Box 505034, Louisville, KY 40233-9702.

1. Preheat oven to 350°F. Butter bottom and sides of a 3-qt. rectangular baking dish; set aside. In a large skillet melt 3 Tbsp. butter over medium. Add leeks, shallots, and a pinch of *salt*. Cook about 10 minutes or until softened, stirring occasionally. Add spinach, garlic, and oregano. Cook 2 to 3 minutes or until spinach is wilted. Remove from heat; let cool slightly.

2. In a medium bowl whisk together three eggs, the cottage cheese, feta, milk, lemon zest, ½ tsp *salt*, and a generous amount of *black pepper*.

3. Fill a shallow baking dish with water. Dip three sheets of matzo in water; let matzo soften 2 to 3 minutes. Shake off excess water. Arrange matzo sheets in bottom of prepared baking dish, breaking matzo to fit if necessary. Cover with half the cheese mixture then half the leek mixture. Repeat with three more softened matzo sheets and remaining cheese and leek mixtures.

4. Soften remaining three sheets of matzo; arrange on top. In a small bowl whisk remaining egg; brush over top.

5. Bake about 45 minutes or until golden brown and bubbling. Let stand 10 minutes. Sprinkle with parsley. Serve warm. Refrigerate leftovers, covered, up to 4 days. Makes 8 servings.

**EACH SERVING** 404 cal, 17 g fat, 142 mg chol, 689 mg sodium, 41 g carb, 3 g fiber, 7 g sugars, 22 g pro.

## GRILLED ASPARAGUS WITH TOUM

*Use leftover toum as a sauce for grilled meats or prawns or as a dip for fresh veggies or pita.*

**TOTAL TIME** 20 min.

1   head garlic, cloves separated and peeled
    Juice of 1 lemon
1½  tsp. honey
1   cup canola oil
1   lb. asparagus

---

1. For toum: In a blender combine garlic and 3 Tbsp *water;* puree until blended. Add lemon juice, 1 Tbsp. *kosher salt,* and the honey; process until well blended. With blender on low, slowly add oil. (Mixture should be thick and creamy.)

2. Preheat grill to medium-high. Prepare an ice bath. Bring a large pot of salted water to boiling; add asparagus. Cook 30 seconds; transfer immediately to ice bath. Grill asparagus about 2 minutes each side. Serve with toum. Makes 6 servings.

**EACH SERVING** 352 cal, 36 g fat, 563 mg sodium, 7 g carb, 1 g fiber, 3 g sugars, 3 g pro.

## BUTTERED SWEET PEA RICE

*If you're serving Seder dinner, keep in mind some Jewish sects avoid rice and peas during Passover.*

**HANDS-ON TIME** 15 min.
**TOTAL TIME** 40 min.

1½  cups basmati rice
¼   cup slivered almonds
¼   cup butter, schmaltz, or olive oil
1   Tbsp. Chili Garlic Jazz (recipe, *opposite*)
1   cup shelled sweet peas or frozen baby sweet peas, thawed
1   cup sugar snap peas, sliced into ½-inch pieces
2   cups pea shoots or snow pea greens, plus more for garnish

1. Preheat oven to 375°F. In an oven-safe small saucepan with a lid bring 2 cups water and 1½ tsp. *salt* to boiling. Stir in rice; cover. Transfer to oven. Cook 20 minutes or until rice is tender and water is absorbed. Spread rice onto a baking sheet or tray; let cool.

2. Meanwhile, in a nonstick skillet cook almonds over medium-low 2 to 3 minutes or until starting to brown, stirring constantly. Transfer to a bowl.

3. Once rice is cool, heat a large skillet over medium-high.

---

Add ½ cup water, the butter, Chili Garlic Jazz, and ½ tsp. salt. Bring to boiling.

4. Add cooked rice to skillet. Cook 5 minutes or until hot. Add sweet and snap peas; mix to combine. Cook 30 seconds more or until heated.

5. Remove from heat. Stir in pea shoots. Top with toasted almonds and additional pea shoots. Makes 8 servings.

**CHILI GARLIC JAZZ** Preheat oven to 250°F. In a food processor combine 1 cup coarsely chopped *garlic,* ½ cup coarsely chopped *red finger* or *Fresno chiles,* and ¼ cup *canola oil.* Process 2 to 3 minutes or until mixture forms a thick paste. Pour into an oven-safe 1-qt. pot. Add ½ to ¾ cup canola oil; the oil should come just over the top of the mixture. Cover; bake 45 to 60 minutes or until mixture smells toasty. Let cool completely. Refrigerate in a screw-top jar up to 1 month.

**EACH SERVING** 213 cal, 9 g fat, 19 mg chol, 328 mg sodium, 31 g carb, 3 g fiber, 1 g sugars, 5 g pro.

## COCONUT-HALVA MACAROONS

*For picture-perfect macaroons, bake 10 minutes. Dip a 3-inch circle cookie cutter in water, then place it over a cookie and roll it around the edges to smooth and reshape cookies into tighter mounds. Return to oven for remaining 10 minutes; repeat with wet cookie cutter after baking.*

**HANDS-ON TIME** 20 min.
**TOTAL TIME** 1 hr. 20 min.

1   14-oz. bag sweetened shredded coconut
1   14-oz. can sweetened condensed milk or 1 cup canned unsweetened coconut milk
2   Tbsp. matzo meal or coconut flour
½   tsp. ground cinnamon
¼   tsp. ground cardamom
2   eggs, separated
½   cup crumbled halva (2½ oz.) (optional)

1. Preheat oven to 325°F. Line two baking sheets with parchment paper. In a large bowl combine coconut, condensed milk, matzo meal, ½ tsp. *salt,*

---

cinnamon, cardamom, and egg yolks.

2. In a medium bowl beat egg whites and ¼ tsp. salt with mixer until stiff peaks form. Fold into coconut mixture; if desired, fold in halva.

3. Scoop 2 Tbsp. mounds onto baking sheets 2 inches apart. Bake 20 minutes or until golden. Remove from oven; let cool completely on wire racks. Makes 24 cookies.

**EACH SERVING** 144 cal, 8 g fat, 21 mg chol, 105 mg sodium, 17 g carb, 1 g fiber, 16 g sugars, 2 g pro.

## TAHINI RAINBOW COOKIES

**HANDS-ON TIME** 35 min.
**TOTAL TIME** 1 hr. 50 min.

    Butter or shortening
3½  cups almond flour
2   cups powdered sugar
1   tsp. kosher salt
1   cup unsalted butter or margarine
1   Tbsp. granulated sugar
8   eggs, separated
2   tsp. ground matcha
    Green food coloring (optional)
2   tsp. ground dried hibiscus flowers
    Purple or red food coloring (optional)
¾   cup tahini (sesame seed paste)
2   Tbsp. honey
1   cup semisweet chocolate chips
1   Tbsp. coconut oil

1. Preheat oven to 350°F. Coat three 13×9-inch baking pans with butter or shortening; line bottoms with parchment paper. In a medium bowl whisk together almond flour, powdered sugar, and salt until combined.

2. In a large bowl beat butter and granulated sugar with an electric mixer until fluffy. Add egg yolks, one at a time, mixing well after each addition. With mixer running, slowly add flour mixture until batter comes together.

3. In a separate bowl and using clean beaters, beat egg whites to medium peaks; fold into batter. Divide batter among three bowls. Stir matcha and, if desired, green food coloring into one. Stir hibiscus and, if desired,



# BIG FOOD FOR BIG DAYS

Kellogg's
Frosted
Mini Wheats
ORIGINAL

THE LAST SCHMALTZ

**THE LAST SCHMALTZ**
Expect family faves, restaurant recipes, and general musings in Anthony Rose and Chris John's cookbook. $40; penguin randomhouse.com

PUBLISHED BY APPETITE BY RANDOM HOUSE 2018

PHOTOGRAPHS BY ANTHONY ROSE AND CHRIS JOHNS, COURTESY OF APPETITE BY RANDOM HOUSE; FOOD STYLING BY...

## LEGAL NOTICE

**If you received telemarketing calls from Alliance Security or a third party hired by Alliance that promoted or could have resulted in the purchase of Alarm.com's goods or services, you may be entitled to benefits under a class action settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?** A settlement has been reached in a class action lawsuit, *Abante Rooter and Plumbing, Inc. v. Alarm.com Inc.*, Case No. 4:15-cv-06314 (U.S. Dist. Court N.D. Cal.). Plaintiffs allege Alarm.com's dealer, Alliance Security, Inc. or third parties hired by Alliance violated the Telephone Consumer Protection Act ("TCPA"), by making (1) autodialed or pre-recorded calls and (2) calls to numbers on the National Do-Not-Call Registry. The TCPA entitles a person to $500 per call for calls placed using pre-recorded messages or an automated telephone dialing system without the person's consent and up to $500 per call for calls placed without consent to telephone numbers on the National Do-Not-Call Registry. If the calls were placed willfully, the person is entitled to up to $1,500 per call. Alarm.com denies it violated the TCPA.

**WHO IS A SETTLEMENT CLASS MEMBER?** You may be in the Settlement Class if, on or after December 30, 2011, you received from Alliance Security or third parties hired by Alliance an automated telemarketing call on your cell phone or a telemarketing call to your residential line using an artificial or pre-recorded voice or if you received multiple calls in a twelve-month period to a number listed on the National Do-Not-Call Registry. You are not a class member if you previously excluded yourself from this case or provided your telephone number to Alarm.com prior to receiving such calls.

**WHAT ARE THE TERMS OF THE SETTLEMENT?** Alarm.com will pay $28,000,000 into a Settlement Fund for: (1) cash payments to Settlement Class Members who submit timely and valid Claim Forms; (2) attorneys' fees of up to $8,400,000 to Class Counsel; (3) out-of-pocket litigation costs of approximately $525,000; (4) service awards to the Lead Plaintiffs of up to $10,000 each; and (5) settlement administration costs. Each Settlement Class Member's share of the settlement fund will depend on a number of factors, including the number of claims made. Class Counsel estimates each Settlement Class Member will receive $94 to $142. Actual payments will be calculated based on the total number of telephone numbers that received qualifying phone calls.

**WHAT ARE MY OPTIONS?** Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.AlarmTCPAClassAction.com or call 1-855-256-2243 to request a paper Claim Form; (2) exclude themselves from the Settlement by April 16, 2019 or they will not be able to pursue their own claims against Alarm.com in the future; (3) object to the Settlement by April 16, 2019; or (5) go to the Fairness Hearing on July 30, 2019; or (5) do nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.AlarmTCPAClassAction.com. They may also contact the Settlement Administrator toll-free at 1-855-256-2243 or by writing to: Alarm.com Settlement Administrator, P.O. Box 505034, Louisville, KY 40233-9702.



# 2019
## just got
**MORE**
## delicious!

*introducing*

# CookingLight diet

This is the year *you* get ...

**MORE** of your favorites - tell us what foods you love, we'll plan your breakfast, lunch & dinner ... you'll enjoy the delicious results!

**MORE** energy to do the things you love - our perfectly balanced meal plans keep you satisfied while thousands of tried-and-true recipes mean you never get bored!

**MORE** time and money - pre-made grocery lists make shopping for healthy, wholesome ingredients easier on you and your pocketbook!

**MORE** tools to keep you on track - including a Personal Progress Tracker, our team of experts and an online support group.

Plus a **BONUS Welcome Pack** filled with diet tips and tricks ... yours **FREE** when you say **YES** now!



Eat what *you love* ... and achieve your *weight loss goals!*

## 20% off for our readers
at cookinglightdiet.com/save20

*Members following the Cooking Light Diet, on average, lose 1/2 lb. per week.
© 2018 COOKING LIGHT is a trademark of Meredith Corporation, registered in the U.S. and other countries.

CLD3V91



## MEET OFFICER McLOUGHLIN

**He's a brand-new dad (who thwarts bank robbers!). All about Miranda Lambert's "hot cop" husband**

- Brendan McLoughlin, 27, hails from Staten Island and joined the NYPD's Midtown South Precinct in 2013. Last March the precinct praised him for apprehending a "perpetrator in a bank robbery."

- He welcomed a child—a baby boy named Landon James—from a previous relationship in November.

- He once tried to become a professional model. In 2011 he created a profile on Model Mayhem, a site for models to network as well as seek and secure jobs, where he described his style as "all american boy/ abercrombie/ sporty."

**Reporting for Duty**
The NYPD's Midtown South Precinct tweeted a photo of McLoughlin (right) in his uniform posing next to a canine comrade, named Kybo, at a "doggy diving event" in 2015.

*By Brianne Tracy* with reporting by **Melody Chiu, Janine Rubenstein, Nicole Sands**

Felker (see sidebar), this time love came fast and hard for the star, who a source confirms first met McLoughlin in New York City on Nov. 2, the day she appeared on *Good Morning America* to perform her band Pistol Annies' feisty single "Got My Name Changed Back" (which is, ironically, a song about reclaiming your name after divorce). McLoughlin, who's currently assigned to the NYPD's South Midtown Precinct, patrols the area where Lambert performed both on *GMA* and at the Town Hall later that evening. As for what may have sparked things up between them, "if you know Miranda's dad and his background," says a friend, noting that Lambert's dad, Richard, is a retired detective, "you can guess why she'd easily connect with Brendan."

In their three months together, it hasn't all been smooth sailing. The wedding news came only days after Lambert made headlines for being embroiled in a restaurant dispute that reportedly had her "flipping plates" on a couple, according to a 911 call. It wasn't confirmed that McLoughlin was there during the altercation, but the manager of Nashville's Stoney River Steakhouse told cops that the man with Lambert and her mother, Beverly Hughes, said "he's an out-of-state cop." McLoughlin is also a new dad, having welcomed a son on Nov. 5, just days after meeting Lambert (the status of his relationship to the baby's mother at the time he met Lambert is unclear). No stranger to relationship drama—amid news of her last relationship, to Felker, his estranged wife, Staci Nelson, claimed she was blindsided with his sudden divorce filing in mid-February, just days after he had met Lambert—Lambert may still have finally found a good fit in McLoughlin, one source says. "I think he provides for her a state of [normalcy] that balances with her life before she became Miranda Lambert," says a longtime industry source. Most important, adds a close pal, with McLoughlin, "Miranda truly is happier than ever."

CLOCKWISE FROM TOP LEFT: COURTESY MIRANDA LAMBERT; JIM HALL/AKG/SHUTTERSTOCK; KEVIN HAGEN/NEWSMAKING; FRASER HARRISON/GETTY IMAGES

## Her Ex Files





**Blake Shelton**
Since Lambert and Shelton's divorce more than three years ago, Shelton has moved on with longtime girlfriend Gwen Stefani, 49. "He put Miranda in his rear-view mirror long ago," says a source.



**Anderson East**
After two years together, Lambert and the Nashville-based musician East, 30, split in April 2018. "It's always difficult to be a traveling musician and still keep things together," East told *In Style* before their breakup.



**Evan Felker**
In August 2018 Lambert revealed in an interview with *The Tennessean* that she and the Turnpike Troubadours singer, 34, ended their romance.



# Exhibit E

*Abante Rooter and Plumbing v. Alarm.com Inc. ‖ 728x90*
Placement: HuffPost.com













*Abante Rooter and Plumbing v. Alarm.com Inc. [728x90]*
Placement: People.com



















RADIO.COM    LISTEN    MUSIC    NEWS    SPORTS    PODCASTS    MORE

To try and comfort the kindergartner, her teacher Shannon Grimm, also went for a new do. She cut her formerly hip-length hair to match that of her student.

Prisilla was thrilled to have someone to look up to, who looked like her. She even got her a matching bow. Shannon recently nominated Prisilla for the Texas school district's Student of the Month award. But she was shocked when Prisilla actually presented her with a "hero medal."

Their honorable prizes are just one more thing the two now have in common.

**RELATED**

**Former Teacher Brings Sisters To Father-Daughter Dance After Losing Their Father**

Heartwarming    National News    kindness    teachers    haircut    lice    school

Couples Marry On Top Of Empire State Building Taking Love To New Heights

Red, White Or Violet? Know The Meaning Behind The Rose Color Your Buying

Ad

If you received telemarketing calls from Alliance Security or a third party hired by Alliance that promoted or could have resulted in the purchase of Alarm.com's goods or services, you may be entitled to benefits under a class action settlement.

**File a Claim**

www.AlarmTCPAClassAction.com



*Abante Rooter and Plumbing v. Alarm.com Inc. II 728x90*  Case 4:15-cv-06314-YGR   Document 304   Filed 06/21/19   Page 37 of 52

Placement: Weather.com





*Abante Rooter and Plumbing v. Alarm.com Inc. #300x250*
Placement: Weather.com









*Abante Rooter and Plumbing v. Alarm.com Inc.*: Desktop Ad
Placement: Facebook.com









●●○○○ AT&T  LTE                3:12 PM

What's on your mind?

🔴 Live        🖼 Photo        📍 Check In

**Alarm.com Class Action Settlement**
Sponsored (demo) · 🌐                    ···

If you received telemarketing calls from Alliance
Security or a third party hired by Alliance that
promoted or could have resulted in the purchase of
Alarm.com's goods or services, you may be entitled to
benefits under a class action settlement.

ALARMTCPACLASSACTION.COM              Learn More
**Alarm.com Class Action Settlement**

👍 Like        💬 Comment        ↪ Share



# Exhibit F

**Requests for Exclusion**

**Total:**                    18

| Last | First | Status |
|------|-------|--------|
| ALEXANDER | FREDERICK | VALID |
| BAILEY | OLDEN | VALID |
| BANK | TODD | VALID |
| BROWN | ANGELA L | VALID |
| BROWN | TIFFANY | VALID |
| DALLAPIAZZA | BILL | VALID |
| GIGANDET | DIANE | DEFICIENT |
| GONZALEZ | ABIGAIL | VALID |
| HAMMEL | JAN T | VALID |
| HOUSTON | ERIC | VALID |
| HUSSIN | TAMMY | VALID |
| KUBASKY | MARK | VALID |
| MACKLIN | JAMAL | VALID |
| RUOSS | JAMES | DEFICIENT |
| SORENSEN | D | DEFICIENT |
| TUCKER-CURRY | SHRAIL | VALID |
| VALENTINE | ADELITA | VALID |
| WILLIS | KEISHA | VALID |

# Exhibit G



<div align="right">
3301 Kerner Boulevard    415.798.5900  PHONE<br>
San Rafael, CA 94901     415.892.7354  FAX<br>
kccllc.com
</div>

November 2, 2018

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      KCC Class Action Services, LLC has been retained as the independent third-party Administrator in a class action lawsuit entitled *Abante Rooter and Plumbing, Inc., Mark Hankins, and Philip J. Charvat, individually and on behalf of all others similarly situated, v. Alarm.com Incorporated and Alarm.com Holdings, Inc.,* Case No. 4:15-cv-06314-YGR.   Kirkland & Ellis LLP and Jaszczuk P.C. represent Alarm.com Incorporated and Alarm.com Holdings, Inc. ("Alarm.com") in that matter.   The lawsuit is pending before the Honorable Yvonne Gonzalez Rogers in the United States District Court for the Northern District of California, Oakland Division.   This letter is to advise you that Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on October 25, 2018.

| | |
|---|---|
| **Case Name:** | *Abante Rooter and Plumbing, Inc., et al., v. Alarm.com Incorporated, et al.* |
| **Case Number:** | 4:15-cv-06314-YGR |
| **Jurisdiction:** | United States District Court, Northern District of California, Oakland Division |
| **Date Settlement Filed with Court:** | October 25, 2018 |

      Alarm.com denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.   In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:



«First» «Last»
November 2, 2018
Page 2

1.   **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  Copies of the *Class Action Complaint for Damages and Injunctive Relief* and *Defendants' Answer and Affirmative Defenses to Class Action Complaint for Damages and Injunctive Relief* are included on the enclosed CD.

2.   **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of November 2, 2018, the Court has not yet scheduled a final fairness hearing in this matter.  Plaintiffs filed *Plaintiffs' Notice of Motion and Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement* noting the hearing for preliminary approval of the Settlement is scheduled to take place on November 27, 2018, at 2:00 p.m. in Courtroom 1 on the 4th Floor of the Oakland Courthouse, before the Honorable Yvonne Gonzalez Rogers.   Copies of *Plaintiffs' Notice of Motion and Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Declaration of Beth E. Terrell in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Edward A. Broderick in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of John W. Barrett in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Matthew P. McCue in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Fred Heidarpour for Abante Rooter and Plumbing, Inc., Declaration of Philip J. Charvat, Declaration of Mark Hankins, Declaration of Carla A. Peak in Support of Notice Plan,* and *[Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* are included on the enclosed CD.

3.   **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**   Copies of the proposed *Postcard Notice, Email Notice, Long Form Notice, Online Notices,* and *Publication Notice* to be provided to the class are included on the enclosed CD.

4.   **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Class Action Settlement Agreement* is included on the enclosed CD.

5.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of November 2, 2018, no other settlement or agreement has been entered into by the parties to this Action, either directly or by and through their respective counsels.

6.   **28 U.S.C. § 1715(b)(6) – Final Judgment**:  No Final Judgment has been reached as of November 2, 2018, nor have any Notices of Dismissal been granted at this time.  A copy of the *[Proposed] Final Approval Order* is included on the enclosed CD.

7.   **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While KCC in connection with Alarm.com is in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as



«First» «Last»
November 2, 2018
Page 3

well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 1,215,988 individuals in the class.  Attached hereto as Appendix A is an approximate percentage breakdown of class members by state of residence.  These percentages are preliminary and are likely to change over the course of the administration of this settlement.

8.   **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  As of November 2, 2018, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact KCC immediately at either jchernila@kccllc.com or (415) 798-5969 so that Alarm.com can address any concerns or questions you may have.

Thank you.

Sincerely,

/s/
Daniel Burke
Executive Vice President

Enclosure – CD Rom

*Abante Rooter and Plumbing, Inc. et al., v. Alarm.com Incorporated, et al.*
USDC, Northern District of California, Oakland Division
4:15-cv-06314-YGR

## APPENDIX A

| STATE/REGION | APPROX. COUNT | APPROX. PCTG. |
|:---:|---:|:---:|
| UNKNOWN | 9,083 | 1% |
| AA | 1 | <1% |
| AE | 29 | <1% |
| AK | 76 | <1% |
| AL | 8,167 | 1% |
| AP | 9 | <1% |
| AR | 2,199 | <1% |
| AZ | 2,588 | <1% |
| CA | 21,001 | 2% |
| CO | 43,297 | 4% |
| CT | 76,875 | 6% |
| DC | 533 | <1% |
| DE | 1,450 | <1% |
| FL | 31,219 | 3% |
| GA | 97,343 | 8% |
| GU | 5 | <1% |
| HI | 114 | <1% |
| IA | 407 | <1% |
| ID | 460 | <1% |
| IL | 6,919 | 1% |
| IN | 2,945 | <1% |
| KS | 1,274 | <1% |
| KY | 52,858 | 4% |
| LA | 586 | <1% |
| MA | 94,123 | 8% |
| MD | 4,202 | <1% |
| ME | 243 | <1% |
| MI | 4,392 | <1% |
| MN | 562 | <1% |
| MO | 55,598 | 5% |
| MS | 3,513 | <1% |
| MT | 118 | <1% |
| NC | 19,257 | 2% |
| ND | 52 | <1% |
| NE | 163 | <1% |
| NH | 11,374 | 1% |
| NJ | 7,623 | 1% |

*Abante Rooter and Plumbing, Inc. et al., v. Alarm.com Incorporated, et aL.*
USDC, Northern District of California, Oakland Division
4:15-cv-06314-YGR

## APPENDIX A

| STATE/REGION | APPROX. COUNT | APPROX. PCTG. |
|:---:|:---:|:---:|
| NM | 1,070 | <1% |
| NV | 2,402 | <1% |
| NY | 99,909 | 8% |
| OH | 162,638 | 13% |
| OK | 3,740 | <1% |
| OR | 263 | <1% |
| PA | 157,044 | 13% |
| PR | 273 | <1% |
| RI | 24,024 | 2% |
| SC | 7,039 | 1% |
| SD | 85 | <1% |
| TN | 6,627 | 1% |
| TX | 155,254 | 13% |
| UT | 551 | <1% |
| VA | 3,836 | <1% |
| VI | 12 | <1% |
| VT | 283 | <1% |
| WA | 717 | <1% |
| WI | 2,470 | <1% |
| WV | 27,033 | 2% |
| WY | 60 | <1% |

**Exhibit H**

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Lindemuth | Jahna | Office of the Alaska Attorney General | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Washington Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Suzuki | Russell | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | Suite 102, State Capitol 75 Dr. | Martin. Luther King, Jr. Blvd. | St. Paul | MN | 55155 |
| Hawley | Joshua D. | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| MacDonald | Gordon | New Hampshire Attorney General | 33 Capitol Street | | Concord | NH | 03301-6397 |
| Grewal | Gurbir S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street.  P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Underwood | Barbara D. | Office of the New York Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Vermont Attorney General | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol | RM 114 East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Office of the Attorney General, ITC Building | 590 S. Marine Corps Drive | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902-0192 |
| Walker | Claude E. | Virgin Islands Attorney General, Department of Justice | 34-38 Kronprindsens Gade | GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Brogan | Kathleen A. | Kirkland & Ellis LLP | 655 Fifteenth Street, N.W. | | Washington | DC | 20005 |