1  Chiharu Sekino, SBN #306589
   Email: csekino@sfmslaw.com
2  SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
   1230 Columbia Street, Suite 1140
3  San Diego, California 92101
   Telephone: (619) 235-2416
4  Facsimile: (866) 300-7367

5  
   Beth E. Terrell, SBN #178181
6  Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, *Admitted Pro Hac Vice*
7  Email:  jmurray@terrellmarshall.com
   Elizabeth A. Adams, SBN #290029
8  Email:  eadams@terrellmarshall.com
   TERRELL MARSHALL LAW GROUP PLLC
9  936 North 34th Street, Suite 300
10 Seattle, Washington 98103
   Telephone: (206) 816-6603
11 Facsimile: (206) 319-5450

12 *Class Counsel*

13

14                  UNITED STATES DISTRICT COURT
15           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
16

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., MARK HANKINS, and PHILIP J. CHARVAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARM.COM INCORPORATED, and ALARM.COM HOLDINGS, INC.,<br><br>Defendants. | NO. 4:15-cv-06314-YGR<br><br>**SUPPLEMENTAL DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT NOTICE PLAN**<br><br><u>JURY TRIAL DEMAND</u><br><br>Complaint Filed:  December 30, 2015<br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:         August 13, 2019<br>TIME:         2:00 p.m.<br>LOCATION:  Oakland Courthouse<br>                   Courtroom 1 - 4th Floor |

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION
OF SETTLEMENT NOTICE PLAN - 1
CASE NO. 4:15-CV-06314-YGR

I, Carla A. Peak, declare as follows:

1. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct. I am Vice President of Legal Notification Services at KCC, LLC ("KCC"), the Settlement Administrator in this action.

2. This declaration supplements my earlier declaration executed June 21, 2019.

### *Requests for Exclusion*

3. As noted in my previous declaration, KCC initially received 14 timely and valid requests for exclusion. Four additional timely requests for exclusion were received that were deemed to be incomplete. KCC sent a deficiency letter to each of the four people to give them the opportunity to correct their request. As of the date of this declaration KCC has received responses from three of the four people sent these letters and their requests are now considered valid. The deadline to respond to the deficient exclusion request letter they were sent has now passed. A revised list of valid requests for exclusion is attached hereto as Exhibit A.

### *Claim Forms*

4. The final count of valid claim forms after accounting for all successful responses to deficiency letters is 45,169 associated with 76,310 telephone numbers. Based on the current valid claims, if the Court approves all requested settlement expenses, including attorneys' fees, costs, and administration expenses, Settlement Class Members will be entitled to estimated payments of $225 for each claimed telephone number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Sellersville, Pennsylvania, this 18th day of July, 2019.

_____
Carla A. Peak

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION
OF SETTLEMENT NOTICE PLAN - 2
CASE NO. 4:15-CV-06314-YGR

**LOCAL RULE 5-1(I)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that in concurrence to the filing of this document permission was obtained from the signatory, and that I will maintain records to support this concurrence by the signatory subject to this document as required under the local rules.

DATED this 18th day of July, 2019.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By: /s/ Beth E. Terrell, CSB #178181
>Beth E. Terrell, CSB #178181
>Email: bterrell@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450
>
>*Attorneys for Plaintiffs and the Proposed Classes*

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION OF SETTLEMENT NOTICE PLAN - 3
CASE NO. 4:15-CV-06314-YGR

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I, Beth E. Terrell, hereby certify that on July 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kasey C. Townsend, SBN #152992
    Email: ktownsend@murchisonlaw.com
    Susan J. Welde, SBN #205401
    Email: swelde@murchisonlaw.com
    MURCHISON & CUMMING, LLP
    275 Battery Street, Suite 850
    San Francisco, California 94111
    Telephone: (415) 524-4300

    Martin W. Jaszczuk, *Admitted Pro Hac Vice*
    Email: mjaszczuk@jaszczuk.com
    Margaret M. Schuchardt, *Admitted Pro Hac Vice*
    Email:  mschuchardt@jaszczuk.com
    Seth H. Corthell, *Admitted Pro Hac Vice*
    Email: scorthell@jaszczuk.com
    Daniel I. Schlessinger, *Admitted Pro Hac Vice*
    Email: dschlessinger@jaszczuk.com
    JASZCZUK P.C.
    311 South Wacker Drive, Suite 1775
    Chicago, Illinois 60606
    Telephone: (312) 442-0311

    Craig S. Primis, *Admitted Pro Hac Vice*
    Email:  craig.primis@kirkland.com
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 879-5921
    Facsimile: (202) 879-5200

    *Attorneys for Defendants Alarm.com Incorporated and Alarm.com Holdings, Inc.*

SUPPLEMENTAL DECLARATION OF CARLA A. PEAK ON IMPLEMENTATION
OF SETTLEMENT NOTICE PLAN - 4
CASE NO. 4:15-CV-06314-YGR

DATED this 18th day of July, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, SBN #178181
    Beth E. Terrell, SBN #178181
    Email: bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

# Exhibit A

**Requests for Exclusion**

**Total:** 17

| Last | First | Status |
|---|---|---|
| ALEXANDER | FREDERICK | VALID |
| BAILEY | OLDEN | VALID |
| BANK | TODD | VALID |
| BROWN | ANGELA L | VALID |
| BROWN | TIFFANY | VALID |
| DALLAPIAZZA | BILL | VALID |
| GIGANDET | DIANE | VALID |
| GONZALEZ | ABIGAIL | VALID |
| HAMMEL | JAN T | VALID |
| HOUSTON | ERIC | VALID |
| HUSSIN | TAMMY | VALID |
| KUBASKY | MARK | VALID |
| MACKLIN | JAMAL | VALID |
| RUOSS | JAMES | VALID |
| TUCKER-CURRY | SHRAIL | VALID |
| VALENTINE | ADELITA | VALID |
| WILLIS | KEISHA | VALID |